AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH <br><br> *Plaintiff(s)* <br> v. <br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Walmart
201 Gateway Blvd.
Rock Springs, WY 82901

Jetson Electric Bikes, LLC
86 34th Street, 4th Floor,
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Taly Goody of Goody Law Firm 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274 (310) 893-1983 and T. Michael Morgan of Morgan & Morgan, P.A. 20 N. Orange Ave., Ste 1600 Orlando, FL 32801 (407) 420-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*