# United States District Court
## For The District of Wyoming

I, Margaret Botkins, Clerk of Court for the United States District Court for the District of Wyoming, do hereby certify that

## TALY GOODY

was duly admitted and qualified to practice as an Attorney in the District Court on the 30th day of June, 2023.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Cheyenne this 30th day of June, 2023.

_____
Clerk of Court


