John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH<br>Plaintiffs,<br>vs.<br><br>WALMART, INC. AND JETSON ELECTRIC BIKES, LLC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter the appearance of John A. Sundahl of the firm Sundahl, Powers, Kapp & Martin, LLC, P.O. Box 328, Cheyenne, WY 82003-0328, as attorney for Defendant Walmart Inc.

**DATED** this 1st day of August 2023.

John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 1st day of August 2023, as follows:

Taly Goody, ESQ.
Goody Law Group                       |_____| U.S. Mail
58 Malaga Cove Plaza                  |_____| Electronically
Palos Verdes Estates, Ca 90274        |__X__| E-File
Taly@GoodyLawGroup.com


T. Michael Morgan, Esq.*
Morgan & Morgan, P.A.                 |_____| U.S. Mail
20 N Orange Ave., Suite 1600          |_____| Electronically
Orlando, Fl 32801                     |__X__| E-Filed
mmorgan@forthepeople.com
*Counsel for Plaintiffs*
*\*Wyoming Pro Hac Vice Pending*

John A. Sundahl

2