John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH ) ) ) ) ) ) | ) |
| Plaintiffs, ) | ) |
| vs. ) | ) Civil No. 2:23-cv-00118-NDF |
| WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. ) ) | ) ) |
| Defendants. ) | ) |

## **DEFENDANT WALMART, INC.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**COMES NOW,** Defendant, Walmart, Inc., by and through its undersigned counsel, and hereby moves this Court for an extension of time to file an answer or other response to the Plaintiffs' Complaint pursuant to Local Rule 6.1(b). An answer to the Complaint is due on August 2, 2023. Defendant's attorney has only just recently become aware that the Complaint was served and requires additional time to respond to the 358-paragraph Complaint. Defendant requests an additional 14 days to answer or otherwise respond to the Complaint, making its response due on August 16, 2023. Defendant has conferred with Plaintiff's counsel Mike Morgan who does not oppose the extension, see attached email.

**Dated** this 1st day of August 2023

_____
John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 1st day of August 2023, as follows:

| | |
|---|---|
| Taly Goody, ESQ.<br>Goody Law Group<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, Ca 90274<br>Taly@GoodyLawGroup.com | [ \_ ] U.S. Mail<br>[ \_ ] Electronically<br>[ X ] E-File |
| T. Michael Morgan, Esq.*<br>Morgan & Morgan, P.A.<br>20 N Orange Ave., Suite 1600<br>Orlando, Fl 32801<br>mmorgan@forthepeople.com<br>*Counsel for Plaintiffs*<br>*\*Wyoming Pro Hac Vice Pending* | [ \_ ] U.S. Mail<br>[ \_ ] Electronically<br>[ X ] E-Filed |

_____
John A. Sundahl / Patrick M. Brady