**Subject:** Re: Wadsworth v. Walmart - Wyoming Federal Complaint
**Date:** Monday, July 31, 2023 at 3:03:49 PM Mountain Daylight Time
**From:** Mike Morgan x5214
**To:** John Sundahl, taly@goodylawgroup.com
**CC:** Angela Kelsey-Flowers x5213, Stephanie Dickinson, Jane France, Shannon Cochran, Meggan Nicholas
**Attachments:** image001.png

We don't consent, but no opposition.

Get [Outlook for iOS](#)

**Mike Morgan**
Board Certified Civil Trial Attorney
My Bio

**P:** (407) 236-5998
**F:** (407) 245-3389
**A:** 20 N Orange Ave, Suite 1600, Orlando, FL 32801

*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

---

**From:** John Sundahl <jsundahl@spkm.org>
**Sent:** Monday, July 31, 2023 1:44:49 PM
**To:** taly@goodylawgroup.com <taly@goodylawgroup.com>
**Cc:** Mike Morgan x5214 <MMorgan@forthepeople.com>; Angela Kelsey-Flowers x5213 <akelseyflowers@forthepeople.com>; Stephanie Dickinson <sdickinson@spkm.org>; Jane France <jfrance@spkm.org>; Shannon Cochran <scochran@spkm.org>; Meggan Nicholas <mnicholas@spkm.org>
**Subject:** *EXT* Wadsworth v. Walmart - Wyoming Federal Complaint

**CAUTION: Use caution when clicking on links or opening attachments in this external email.**

---

Dear all,

I previously called your office to request that you consent Walmart to receiving a 14 day extension to

answer or otherwise plead. This would make the response date August 16, 2023, do you consent?

*John Sundahl*
Sundahl, Powers, Kapp & Martin, LLC
2020 Carey Avenue, Suite 301
Cheyenne, WY  82001
307.632.6421 (voice)
307.632.7216 (fax)
jsundahl@spkm.org



This e-mail transmission and any attachments to it contains information from the law firm of Sundahl, Powers, Kapp & Martin, LLC which may be confidential and/or privileged.  The information is intended to be for the use of the individual or entity named above.   If you are not the intended recipient, be aware that any disclosure, copying, distribution or the use of the contents of this information is prohibited.   If you have received this e-mail in error, please notify me by telephone or return e-mail immediately so that I can arrange for the deletion of the information and destruction of any copies that have been made at no cost to you.
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.