John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Civil No. 2:23-cv-00118-NDF |
| WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. ) ) | |
| Defendants. ) | |

## ORDER EXTENDING TIME FOR DEFENDANT WALMART, INC. TO RESPOND TO THE COMPLAINT

**THIS MATTER**, having come before the Court on Defendant Walmart, Inc.'s *Motion to Extend Time to File Answer to Complaint*, and the Court noting no opposition and being fully advised in the premises, hereby

**GRANTS** the Defendant's Motion.  The Court further

**ORDERS** that the Defendant has until August 16, 2023 to answer or otherwise respond to the Plaintiffs' Complaint.

**DATED** this _____ day of August, 2023.

BY THE COURT

_____
District Court