## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Wyoming

Case Number: 2:23-CV-00118-NDF

Plaintiff:
**Stephanie Wadsworth, et al.**

vs.

Defendant:
**Walmart, Inc. and Jetson Electric Bikes, LLC**

For:
T. Michael Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave.
Suite 1600
Orlando, FL 32801

Received by Aallen Bryant & Associates, Inc. on the 11th day of July, 2023 at 10:05 am to be served on **Walmart, Inc. c/o CT Corporation System, 2232 Dell Range Blvd., Suite 200, Cheyenne, WY 32009**.

I, Danielle Broderick, being duly sworn, depose and say that on the **12th day of July, 2023** at **1:45 pm**, I:

**SERVED** the within named corporation/entity by delivering a true copy of the **Summons; Complaint; Certificate; Civil Cover Sheet; Stipulation of Consent to Trial Before United States Magistrate Judge Entry of Final Judgment by United States Magistrate and Consent to Appeals to United States Court of Appeals** with the date and hour of service endorsed thereon by me to: **Abby Worlen** as employee of the **Registered Agent (Company) for Walmart, Inc. at 2232 Dell Range Blvd., Suite 200, Cheyenne, WY 32009** and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am of legal age, and have no interest in the above action.

STATE OF Wyoming

Subscribed and Sworn to before me on the 17th day of July, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

LORETTA AANENSON - NOTARY PUBLIC
County of Albany
State of Wyoming
My Commission Expires August 22, 2024

Danielle Broderick
Process Server

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2023009521
Ref: 13320575

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k



AO 440 (Rev. 06/12) Summons in a Civil Action

@CT Corp
2232 Dell Range #200
~~Cheyenne WY~~
7/12/2023
1:45 pm
DB

# UNITED STATES DISTRICT COURT
для the
District of Wyoming

STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH

Plaintiff(s)

v.

WALMART, INC. and JETSON ELECTRIC BIKES, LLC

Defendant(s)

Civil Action No. 23-cv-118-NDF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Walmart
201 Gateway Blvd.
Rock Springs, WY 82901

~~Jetson Electric Bikes, LLC
86 34th Street, 4th Floor,
Brooklyn, NY 11232~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Taly Goody of Goody Law Firm 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274 (310) 893-1983 and T. Michael Morgan of Morgan & Morgan, P.A. 20 N. Orange Ave., Ste 1600 Orlando, FL 32801 (407) 420-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 6, 2023



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*