## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 2:23-CV-00118-NDF

Plaintiff:
**Stephanie Wadsworth, et al.**

vs.

Defendant:
**Walmart, Inc. and Jetson Electric Bikes, LLC**

For:
T. Michael Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave.
Suite 1600
Orlando, FL 32801

Received by Aallen Bryant & Associates, Inc. on the 11th day of July, 2023 at 10:05 am to be served on **Jetson Electric Bikes, LLC, 86 34th Street, 4th Floor, Brooklyn, NY 11232.**

I, Gregory Naeder, being duly sworn, depose and say that on the **18th day of July, 2023** at **2:30 pm**, I:

**SERVED** the within named **Limited Liability Company** by delivering a true copy of the **Summons; Complaint; Certificate; Civil Cover Sheet; Stipulation of Consent to Trial Before United States Magistrate Judge Entry of Final Judgment by United States Magistrate and Consent to Appeals to United States Court of Appeals** at the address of **86 34th Street, 4th Floor, Brooklyn, NY 11232** with the date and hour endorsed thereon by me, by serving **Marlee Raber**, as an employee of the **Registered Agent** listed with the **Florida Division of Corporations, pursuant to F.S. 48.091(4)**

Description of Person Served: Age: 30+, Sex: F, Race/Skin Color: White, Height: 5'2"-5'6", Weight: 175-205, Hair: Blonde, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am of legal age, and have no interest in the above action.

STATE OF __New York__

Subscribed and Sworn to before me on the 20th day of July, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Gregory Naeder**
#2108828

**Aallen Bryant & Associates, Inc.**
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2023009522
Ref: 13320575

> JENNIFER M. JULIANO
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01JU6359013
> Qualified In Richmond County
> Commission Expires    May 22, 20 25

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k



Case 2:23-cv-00118-NDF   Document 3   Filed 07/06/23   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

STEPHANIE WADSWORTH, Individually and as
Parent and Legal Guardian of W.W., K.W.,
G.W., and L.W., minor children, and MATTHEW
WADSWORTH

*Plaintiff(s)*

v.

WALMART, INC. and JETSON ELECTRIC BIKES,
LLC

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  23-cv-118-NDF

REC'D ___7/13/2023___
SERVED ___Marlee Raber___
DATE ___7/18/2023___
TIME ___2:30pm___
P.S. ___Gregory Naeder___
(PRINT/SIGN NAME)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Walmart
201 Gateway Blvd.
Rock Springs, WY 82901

Jetson Electric Bikes, LLC
86 34th Street, 4th Floor,
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Taly Goody of Goody Law Firm 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274 (310) 893-1983 and T. Michael Morgan of Morgan & Morgan, P.A. 20 N. Orange Ave., Ste 1600 Orlando, FL 32801 (407) 420-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Signature of Clerk or Deputy Clerk

Date:  July 6, 2023