## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

### **NOTICE OF APPEARANCE**

Taly Goody, attorney with the Goody Law Group, gives notice of her appearance as counsel for Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth. All pleadings, papers, and correspondence concerning this action should be sent to the undersigned attorney of record.

Date: August 3, 2023

Respectfully Submitted,

*/s/ Taly Goody, ESQ.*
**TALY GOODY, ESQ.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email:Taly@GoodyLawGroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taly Goody*
Taly Goody

2