UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-NDF <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION TO APPEAR PRO HAC VICE**

Pursuant to Superior Court Civil Rule 84.2(b) the undersigned requests permission to appear *pro hac vice* and participate in this litigation on behalf of the Plaintiffs. In support of this request, the undersigned counsel affirms the following:

    1.    I, T. Michael Morgan, am an attorney with Morgan and Morgan, P.A., 20 N. Orange Avenue, Suite 1600, Orlando, FL 32801, Email: mmorgan@forthepeople.com, telephone number (407) 420-1414.

    2.    I have been admitted to practice in the following courts:

    **State Courts:**
    Florida State Court, Admitted 1/30/2009.
    Kentucky State Court, Admitted 8/13/2012.

**U.S. District Courts:**
U.S.D.C. for the Northern District of Florida - Admitted 4/30/2019.
U.S.D.C. for the Middle District of Florida - Admitted 10/6/2010.
U.S.D.C. for the Southern District of Florida - Admitted 11/2/2018.
U.S.D.C. for the Eastern District of Kentucky - Admitted 12/8/2015.

3. No written disciplinary proceedings have ever been brought against me by any disciplinary authority in any jurisdiction. I have never been publicly sanctioned by any court.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Taly Goody, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge and submit to being subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

ACCORDINGLY, Plaintiff respectfully submits this Affidavit in support of the Motion for Admission for T. Michael Morgan to appear *pro hac vice*.

Date: August 4, 2023                    Respectfully Submitted,

*/s/ T. Michael Morgan, Esq.*\*
**T. Michael Morgan, Esq.**
Florida Bar No. 062229
Kentucky Bar No. 94856
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Primary Email:
mmorgan@forthepeople.com

Secondary Email:
akelseyflowers@forthepeople.com

**TALY GOODY, ESQ.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

*Pro Hac Vice Pending*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Taly Goody
Taly Goody