# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

**FILED**

**1:23 pm, 8/4/23**

**Margaret Botkins**
**Clerk of Court**

STEPHANIE WADSWORTH,
Individually and as Parent and Legal Guardian
of W.W., K.W., G.W., and L.W., minor children

Plaintiffs,

vs.                                         Civil Action No.  23-CV-118-F

WALMART, INC. and JETSON ELECTRIC, LLC

Defendant.

---

### ORDER GRANTING ADMISSION PRO HAC VICE OF T. MICHAEL MORGAN AS COUNSEL FOR PLAINTIFFS STEPHANIE WADSWORTH, INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH

---

**THIS MATTER** having come before the Court upon the motion of counsel for the Plaintiffs Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting T. Michael Morgan as Pro Hac Vice counsel in the District of Wyoming.  The Court has reviewed this matter, and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that T. Michael Morgan hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 4th day of August, 2023.

_____
KELLY H. RANKIN,
UNITED STATES MAGISTRATE JUDGE