UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 84.2(b), Plaintiffs Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth, by and through their undersigned counsel, respectfully submit the following Motion to grant attorney Greyson Goody permission to appear *pro hac vice*.

1. I, Taly Goody, an attorney with Good Law Group, P.A., 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274, Email: taly@goodylawgroup.com, telephone number (310) 893-1983, am counsel for the Plaintiffs in the above-captioned matter.

2. I, Taly Goody, certify I am a member in good standing with the Wyoming Bar Association and the U.S.D.C. District Court of Wyoming Bar. My Wyoming Bar Number is 8-6737. I was admitted to practice in the District Court of Wyoming on June

30, 2023.

3. Movant, Greyson Goody, is an attorney with Goody Law Group, P.A., 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274, Email: greyson@goodylawgroup.com, telephone number (310) 893-1983.

4. To the best of my knowledge and belief, Mr. Goody is of good moral character. He is an attorney duly licensed and in good standing with the California State Bar, admitted on December 3, 2013. He has never been denied *pro hac vice* admission or had admission revoked in any court. Mr. Goody has never been disciplined or sanctioned by any court.

5. As local counsel, I affirm that I shall be fully prepared to represent the client at any time, and in any capacity.

ACCORDINGLY, Plaintiff respectfully moves the Court to enter an Order permitting Greyson Goody to appear in this matter *pro hac vice.*

Date: August 4, 2023                                          Respectfully Submitted,

*/s/ Taly Goody, Esq.*
**TALY GOODY, Esq.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com


**T. MICHAEL MORGAN, ESQ.***
Florida Bar No. 062229
Kentucky Bar No. 94856
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801

2

Telephone: (407) 420-1414
Primary Email:
mmorgan@forthepeople.com
Secondary Email:
akelseyflowers@forthepeople.com

**GREYSON GOODY, ESQ.***
California Bar No.: 292527
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
greyson@GoodyLawGroup.com

**EITAN GOLDROSEN, ESQ.***
Florida Bar No. 1025140
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Primary Email:
egoldrosen@forthepeople.com
Secondary Email:
csmaya@forthepeople.com

**Pro Hac Vice Pending*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Taly Goody*
                                                Taly Goody