Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT JETSON ELECTRIC BIKES, LLC'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Jetson Electronic Bikes, LLC, states as follows:

No parent corporation exists nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted this 9st day of August 2023.

CROWLEY FLECK PLLP

By: /s/ Brandon E. Pryde

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279

## CERTIFICATE OF SERVICE

  I certify the foregoing *Disclosure Statement* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 9 August 2023, and that copies were served as follows:

| | |
|---|---|
| Taly Goody, ESQ.<br>Goody Law Group<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 893-1983<br>Primary Email:<br>Taly@GoodyLawGroup.com | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| T. Michael Morgan, Esq.*<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801<br>Telephone: (407) 420-1414<br>Primary Email:<br>mmorgan@forthepeople.com<br>Secondary Email:<br>akelseyflowers@forthepeople.com<br>Tertiary Email:<br>phfllip@forthepeople.com<br>Counsel for Plaintiffs<br>*Wyoming Pro Hac Vice Pending | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

             By: /s/ Brandon E. Pryde
             OF CROWLEY FLECK PLLP