Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br>  ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF <br><br> **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

COMES NOW, Brandon E. Pryde of the Law Firm of Crowley Fleck PLLP, hereby enters his appearance as counsel for the Defendant, Jetson Electric Bikes, LLC in the above captioned matter.

DATED this 9th day of August, 2023.

>/s/ Brandon E. Pryde
>Brandon E. Pryde (Bar No. 8-6883)
>CROWLEY FLECK, PLLP
>111 W. 2nd Street, Suite 220
>Casper, WY 82601
>(307) 265-2279
>bpryde@crowleyfleck.com
>*Attorney for Defendant Jetson Electric Bikes, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023 I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ Brandon E. Pryde
Brandon E. Pryde