John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. <br><br> Defendants. | Civil No. 2:23-cv-00118-NDF |

## DEFENDANT WALMART, INC.'S CORPORATE DISCLOSURES

COMES NOW the Defendant Walmart, Inc., by and through its counsel of record, Sundahl, Powers, Kapp & Martin, LLC, and pursuant to F.R.C.P. Rule 7.1, hereby submits the following statement to the Court regarding its corporate affiliations.

Walmart, Inc., is not owned by a parent corporation and there are no publicly held corporations owning 10% or more of its stock.

**Dated** this 16th day of August 2023

_____
John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 16th day of August 2023, as follows:

| | |
|---|---|
| Taly Goody, ESQ.<br>Goody Law Group<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, Ca 90274<br>Taly@GoodyLawGroup.com | [ _ _ ] U.S. Mail<br>[ _ _ ] Electronically<br>[ X ] E-File |
| T. Michael Morgan, Esq.*<br>Morgan & Morgan, P.A.<br>20 N Orange Ave., Suite 1600<br>Orlando, Fl 32801<br>mmorgan@forthepeople.com<br>*Counsel for Plaintiffs*<br>**Wyoming Pro Hac Vice Pending* | [ _ _ ] U.S. Mail<br>[ _ _ ] Electronically<br>[ X ] E-Filed |
| Timothy M. Stubson<br>Brandon E. Pryde<br>Crowley Fleck, PLLP<br>111 West 2nd Street, Suite 220<br>Casper, WY 82601<br>tstubson@crowleyfleck.com<br>bpryde@crowleyfleck.com<br>*Attorneys for Defendant Jetson Electric Bikes, LLC* | [ _ _ ] U.S. Mail<br>[ _ _ ] Electronically<br>[ X ] E-Filed |

John A. Sundahl / Patrick M. Brady