John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH ) ) ) ) ) | ) |
| Plaintiffs, ) | ) |
| vs. ) | ) Civil No. 2:23-cv-00118-NDF |
| WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. ) ) | ) |
| Defendants. ) | ) |

## NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the Defendant hereby notifies the Court and the opposing party that the above-named civil case is:

_____ NON-COMPLEX       \_\_\_X\_\_\_ COMPLEX

**Dated** this 16th day of August 2023

_____
John A. Sundahl, WSB# 5-1244
Patrick M. Brady, WSB# 7-5494
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
pbrady@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 16th day of August 2023, as follows:

Taly Goody, ESQ.
Goody Law Group                           [ ___ ] U.S. Mail
58 Malaga Cove Plaza                      [ ___ ] Electronically
Palos Verdes Estates, Ca 90274            [ X ] E-File
Taly@GoodyLawGroup.com

T. Michael Morgan, Esq.*                  [ ___ ] U.S. Mail
Morgan & Morgan, P.A.                     [ ___ ] Electronically
20 N Orange Ave., Suite 1600              [ X ] E-Filed
Orlando, Fl 32801
mmorgan@forthepeople.com
*Counsel for Plaintiffs*
*Wyoming Pro Hac Vice Pending*

Timothy M. Stubson                        [ ___ ] U.S. Mail
Brandon E. Pryde                          [ ___ ] Electronically
Crowley Fleck, PLLP                       [ X ] E-Filed
111 West 2nd Street, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

John A. Sundahl / Patrick M. Brady

3