Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF |

**NOTICE OF COMPLEXITY OF CIVIL CASE**

Pursuant to U.S.D.C.L.R. 16.4, the Defendant, Jetson Electric Bikes, LLC, hereby notifies the Court and the opposing parties that the above referenced civil case is Complex.

Respectfully submitted this 18st day of August 2023.

        CROWLEY FLECK PLLP

        By:/s/ Brandon E. Pryde
         Timothy M. Stubson, Wyo. Bar No. 6-3144
         Brandon E. Pryde, Wyo. Bar No. 8-6883
         Crowley Fleck, PLLP
         111 W. 2nd, Suite 220
         Casper, WY 82601
         (307) 265-2279

## CERTIFICATE OF SERVICE

      I certify the foregoing ***Notice of Complexity*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 18 August 2023, and that copies were served as follows:

| | |
|---|---|
| Taly Goody, ESQ.<br>Goody Law Group<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 893-1983<br>Taly@GoodyLawGroup.com | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| T. Michael Morgan, Esq.*<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801<br>Telephone: (407) 420-1414<br>mmorgan@forthepeople.com<br>*Counsel for Plaintiffs*<br>*Wyoming Pro Hac Vice Pending | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| John A. Sundahl<br>Patrick M. Brady<br>Jane M. France<br>Sundahl, Powers, Kapp & Martin, L.L.C.<br>2020 Carey Avenue, Ste. 301<br>P.O. Box 328<br>Cheyenne, WY 82003-0328<br>(307)632-6421<br>isundahl@spkm.org<br>pbrady@spkm.org<br>jfrance@spkm.org<br>*Attorneys for Defendant Walmart Inc.* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

                        By:/s/ Brandon E. Pryde_____
                        OF CROWLEY FLECK PLLP