John A. Sundahl, WSB# 5-1244
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH )))))) | |
| Plaintiffs, ) | |
| vs. ) | Civil No. 2:23-cv-00118-NDF |
| WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. )) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Jane M. France of the firm Sundahl, Powers, Kapp & Martin, LLC, P.O. Box 328, Cheyenne, WY 82003-0328, as attorney for Defendant Walmart Inc.

**DATED** this 23rd day of August 2023.

*[signature]*
John A. Sundahl, WSB# 5-1244
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 23rd day of August 2023, as follows:

Taly Goody, Esq..
Greyson Goody, Esq
Goody Law Group
58 Malaga Cove Plaza
Palos Verdes Estates, Ca 90274
Taly@GoodyLawGroup.com
greyson@goodylawgroup.com

[_____] U.S. Mail
[_____] Electronically
[__X__] E-File

T. Michael Morgan, Esq.*
Eitan Goldrosen, Esq.
Morgan & Morgan, P.A.
20 N Orange Ave., Suite 1600
Orlando, Fl 32801
mmorgan@forthepeople.com
egoldrosen@forthepeople.com
*Counsel for Plaintiffs*
*\*Wyoming Pro Hac Vice Pending*

*[signature]*
Jane M. France