Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

*Attorneys for Defendants*
*Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br>  ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF |

**MOTION FOR NON-RESIDENT EUGENE M. LAFLAMME**
**FOR ADMISSION *PRO HAC VICE***

Jetson Electric Bikes, LLC by and through undersigned counsel Timothy Stubson, Crowley Fleck PLLP, hereby moves this Court for admission of Eugene M. LaFlamme to appear in this matter *pro hac vice* in compliance with Rule 8 of the Rules Governing the Wyoming State Bar and the Authorized Practice of Law and pursuant to Rule 84.2(b) of the Local Rules of the United States District Courts for the District of Wyoming, and as grounds for this motion states as follows:

1.   I am associated with Eugene M. LaFlamme on this case. I am employed as an attorney on this case and will personally participate in the hearings and trial as required by the Court.

2.   I am a practicing attorney and a member of good standing with the State Bar of Wyoming. My State Bar number is 6-3144 and address is as follows: Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 265-62279, email tstubson@crowleyfleck.com.

3.   Eugene M. LaFlamme is a managing partner with the law firm McCoy Leavitt Laskey LLC, with offices at N19 W24200 Riverwood Drive, Suite 125, Waukesha, WI 53188, telephone 262-522-7000, email elaflamme@mlllaw.com.

4.   Mr. LaFlamme is a reputable attorney and I vouch, to the best of my knowledge and belief, for the good moral character and veracity of Mr. LaFlamme. As a result, I recommend that the Court permit him to practice in this case.

5.   I am fully prepared to Represent the Defendant Jetson Electric Bikes, LLC, at any time, in any capacity.

6.   Attached hereto is the Affidavit in Support of Eugene M. LaFlamme and Certificates of Good Standing from Wisconsin and Illinois.

WHEREFORE, I, Timothy Stubson on behalf of Jetson Electric Bikes, LLC, requests the Court grant this motion, and enter an order permitting Eugene M. LaFlamme to appear *pro hac vice* in this matter as counsel for Defend Jetson Electric Bikes, LLC.

Dated: August 24, 2023

**CROWLEY FLECK, PLLC**

   /s/ Timothy M. Stubson
Timothy M. Stubson, Wyo. Bar No. 6-3144
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                                             /s/ Timothy M. Stubson  
                                             Timothy M. Stubson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH<br>Individually and as Parent and Legal Guardian<br>of W.W., K.W., G.W., and L.W., minor children<br>and MATTHEW WADSWORTH<br>Plaintiff, <br><br>v.<br><br>WALMART, INC. and<br>JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>**JURY TRIAL DEMANDED** |

### EUGENE M. LAFLAMME AFFIDAVIT IN SUPPORT OF THE
### MOTION FOR NON-RESIDENT ADMISSION *PRO HAC VICE*

STATE OF WISCONSIN      )
                        )
COUNTY OF WAUKESHA      )

Eugene M. LaFlamme, the affiant herein, having been duly sworn, states upon oath:

1.  Affiant is a managing partner with the law firm McCoy Leavitt Laskey LLC, with offices at N19 W24200 Riverwood Drive, Suite 125, Waukesha, WI 53188, telephone 262-522-7000, facsimile 262-522-7020, email elaflamme@MLLlaw.com.

-1-

2. Affiant is not currently appearing *pro hac vice* in the USDC of Wyoming.

3. Affiant has not been the subject of disciplinary actions by the Bar or courts of any jurisdiction in which the applicant is licensed in the past five years. Eugene M. LaFlamme has not been denied admission to the courts of any state or to any federal court during the past five years.

4. Affiant represents Jetson Electric Bikes LLC, in this matter and Jetson Electric Bikes LLC, has been notified of his request for permission to appear on their behalf in this case.

5. Affiant is admitted in the States of Wisconsin and Illinois and is an active member in good standing with the Bar of the State of Wisconsin and Bar of the State of Illinois. Eugene M. LaFlamme is also admitted before the U.S. District Court for the Eastern District of Wisconsin, the U.S. District Court for the Western District of Wisconsin and the U.S. District Court Northern District of Illinois.

6. Eugene M. LaFlamme acknowledges that he is subject to, and shall comply with, the Local Rules of the United States District Court for the District of Wyoming Court, Wyoming statutes, rules of the Wyoming Supreme Court, including but not limited to, the Rules of Professional Conduct, the Disciplinary Code for the Wyoming State Bar, the Rules of the Supreme Court of Wyoming, Rules Governing the Wyoming State Bar and the Authorized Practice of Law, Wyoming Rules of Civil Procedure, and Uniform Rules for District Court. Applicant attests that he will at all times abide by and comply with these rules throughout the pro hac vice admission.

7. Affiant has associated with local counsel Timothy M. Stubson, Esq. and Brandon E. Pryde, Esq. of Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 232-6901, email tstubson@crowleyfleck.com and bpryde@crowleyfleck.com. Timothy Stubson is a resident attorney whose State Bar number is 6-3144 and will personally participate in

the trial of this case. Brandon Pryde is a resident attorney whose State Bar number is 8-6883 and will personally participate in the trial of this case.

8. Affiant acknowledges that local counsel is required to be fully prepared to represent the clients at any time, in any capacity.

9. Affiant acknowledges that he submits to and subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

10. Attached hereto are Certificates of Good Standing for both Wisconsin and Illinois.

Eugene M. LaFlamme, Affiant, being first duly sworn, states upon oath, that all of the representations in this affidavit are true as far as affiant knows or is informed, and that such affidavit is true, accurate and complete to the best of affiant's knowledge and belief.

Dated: August 24, 2023

_/s/ Eugene M. LaFlamme_
Eugene M. LaFlamme
*Attorneys for Defendant Jetson Electric Bikes, LLC*

Subscribed and sworn to before me
This 24th day of August, 2023.

_/s/ Sandy A Corrigan_
Notary Public, State of Wisconsin
My Commission expires: 1/18/2027

SANDY A CORRIGAN
Notary Public
State of Wisconsin

—3—

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Eugene Mathieu LaFlamme

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/03/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of August, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



**Samuel A. Christensen**
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

EUGENE M. LAFLAMME

*was admitted to practice as an attorney within this state on May 20, 2002 and is presently in good standing in this court.*

Dated: July 24, 2023

*signature*

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing