UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

*10:56 am, 8/24/23*

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| STEPHANIE WADSWORTH,<br>Individually and as Parent and Legal Guardian<br>of W.W., K.W., G.W., and L.W., minor children<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>WALMART, INC. and JETSON ELECTRIC, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  23-CV-118-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING ADMISSION PRO HAC VICE OF EUGENE M. LAFLAMME
AS COUNSEL FOR DEFENDANT JETSON ELECTRIC BIKES, LLC**

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant Jetson Electric Bikes, LLC pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Eugene M. LaFlamme as Pro Hac Vice counsel in the District of Wyoming.  The Court has reviewed this matter, and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Eugene M. LaFlamme is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or

any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

    **DATED** this 24th day of August, 2023.

                                                                                                    KELLY H. RANKIN,
                                                                                                   UNITED STATES MAGISTRATE JUDGE