Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

*Attorneys for Defendant*
*Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00118-NDF |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART, INC. and | ) | |
| JETSON ELECTRIC BIKES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR NON-RESIDENT JILLIAN LUKENS
## FOR ADMISSION *PRO HAC VICE*

Jetson Electric Bikes, LLC by and through undersigned counsel Brandon E. Pryde, Crowley Fleck PLLP, hereby moves this Court for admission of Jillian L. Lukens to appear in this matter *pro hac vice* in compliance with Rule 8 of the Rules Governing the Wyoming State Bar and the Authorized Practice of Law and pursuant to Rule 84.2(b) of the Local Rules of the United States District Courts for the District of Wyoming, and as grounds for this motion states as follows:

–1–

1.      I am associated with Jillian L. Lukens on this case. I am employed as an attorney on this case and will personally participate in the hearings and trial as required by the Court.

2.      I am a practicing attorney and a member of good standing with the State Bar of Wyoming. My State Bar number is 8-6883 and address is as follows: Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 265-2279, email bpryde@crowleyfleck.com.

3.      Jillian L. Lukens is an associate with the law firm McCoy Leavitt Laskey LLC, with offices at N19 W24200 Riverwood Drive, Suite 125, Waukesha, WI 53188, telephone 262-522-7000, email jlukens@MLLlaw.com.

4.      Ms. Lukens is a reputable attorney and I vouch, to the best of my knowledge and belief, for the good moral character and veracity of Ms. Lukens. As a result, I recommend that the Court permit her to practice in this case.

5.      I am fully prepared to Represent the Defendant Jetson Electric Bikes, LLC, at any time, in any capacity.

6.      Attached hereto is the Affidavit in Support of Jillian L. Lukens and a Certificate of Good Standing from Wisconsin.

WHEREFORE, I, Brandon Pryde on behalf of Jetson Electric Bikes, LLC, requests the Court grant this motion, and enter an order permitting Jillian L. Lukens to appear *pro hac vice* in this matter as counsel for Applicant Jetson Electric Bikes, LLC.

Dated: August 30, 2023

**CROWLEY FLECK, PLLC**

–2–

__/s/ Brandon E. Pryde_____
Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ Brandon E. Pryde
Brandon E. Pryde

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00118-NDF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| WALMART, INC. and | ) | |
| JETSON ELECTRIC BIKES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

---

**JILLIAN L. LUKENS AFFIDAVIT IN SUPPORT OF THE
MOTION FOR NON-RESIDENT ADMISSION *PRO HAC VICE***

---

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) |
| COUNTY OF WAUKESHA | ) |

Jillian L. Lukens, the affiant herein, having been duly sworn, states upon oath:

1.       Affiant is an associate with the law firm McCoy Leavitt Laskey LLC, with offices at N19 W24200 Riverwood Drive, Suite 125, Waukesha, WI 53188, telephone 262-522-7000, facsimile 262-522-7020, email jlukens@MLLlaw.com.

–1–

2.      Affiant is not currently appearing *pro hac vice* in the USDC of Wyoming.

3.      Affiant has not been the subject of disciplinary actions by the Bar or courts of any jurisdiction in which the applicant is licensed in the past five years. Jillian L. Lukens has not been denied admission to the courts of any state or to any federal court during the past five years.

4.      Affiant represents Jetson Electric Bikes LLC, in this matter and Jetson Electric Bikes LLC, has been notified of her request for permission to appear on their behalf in this case.

5.      Affiant is admitted in the State of Wisconsin and is an active member in good standing with the Bar of the State of Wisconsin. Jillian L. Lukens is also admitted before the U.S. District Court for the Eastern District of Wisconsin, the U.S. District Court for the Western District of Wisconsin.

6.      Jillian L. Lukens acknowledges that she is subject to, and shall comply with, the Local Rules of the Unites States District Court for the District of Wyoming Court, Wyoming statutes, rules of the Wyoming Supreme Court, including but not limited to, the Rules of Professional Conduct, the Disciplinary Code for the Wyoming State Bar, the Rules of the Supreme Court of Wyoming, Rules Governing the Wyoming State Bar and the Authorized Practice of Law, Wyoming Rules of Civil Procedure, and Uniform Rules for District Court. Applicant attests that she will at all times abide by and comply with these rules throughout the pro hac vice admission.

7.      Affiant has associated with local counsel Timothy M. Stubson, Esq. and Brandon E. Pryde, Esq. of Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 232-6901, email tstubson@crowleyfleck.com and bpryde@crowleyfleck.com. Timothy Stubson is a resident attorney whose State Bar number is 6-3144 and will personally participate in

–2–

the trial of this case. Brandon Pryde is a resident attorney whose State Bar number is 8-6883 and will personally participate in the trial of this case.

8.    Affiant acknowledges the local counsel is required to be fully prepared to represent the clients at any time, in any capacity.

9.    Affiant acknowledges that she submits to and is subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

10.    Attached hereto is the Certificate of Good Standing for Wisconsin.

Jillian L. Lukens, Affiant, being first duly sworn, states upon oath, that all of the representations in this affidavit are true as far as affiant knows or is informed, and that such affidavit is true, accurate and complete to the best of affiant's knowledge and belief.

Dated: August 30, 2023

Jillian L. Lukens
*Attorneys for Defendant Jetson
Electric Bikes, LLC*

Subscribed and sworn to before me
This _30th_ day of August, 2023.

Notary Public, State of _~~Tilipoot~~ Wisconsin_
My Commission expires: _1/18/2027_

SANDY A CORRIGAN
Notary Public
State of Wisconsin

–3–



**WISCONSIN SUPREME COURT**

OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

# *CERTIFICATE OF GOOD STANDING*

*I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *JILLIAN LEIGH LUKENS*

*was admitted to practice as an attorney within this state on May 20, 2019 and is presently in good standing in this court.*

*Dated: August 18, 2023*

*SAMUEL A. CHRISTENSEN*
*Clerk of Supreme Court*