Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

*Attorneys for Defendants*
*Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF |

**MOTION FOR NON-RESIDENT JARED GIROUX**
**FOR ADMISSION *PRO HAC VICE***

Jetson Electric Bikes, LLC by and through undersigned counsel Brandon Pryde, Crowley Fleck PLLP, hereby moves this Court for admission of Jared Giroux to appear in this matter *pro hac vice* in compliance with Rule 8 of the Rules Governing the Wyoming State Bar and the Authorized Practice of Law and pursuant to Rule 84.2(b) of the Local Rules of the United States District Courts for the District of Wyoming, and as grounds for this motion states as follows:

1. I am associated with Jared Giroux on this case. I am employed as an attorney on this case and will personally participate in the hearings and trial as required by the Court.

2. I am a practicing attorney and a member of good standing with the State Bar of Wyoming. My State Bar number is 8-6883 and address is as follows: Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 265-2279, email bpryde@crowleyfleck.com.

3. Jared Giroux is a partner with the law firm McCoy Leavitt Laskey LLC, with offices at 202 U.S. Route 1, Suite 200, Falmouth, ME 04105, telephone 207-835-0535, email JGiroux@mlllaw.com.

4. Mr. Giroux is a reputable attorney and I vouch, to the best of my knowledge and belief, for the good moral character and veracity of Mr. Giroux. As a result, I recommend that the Court permit him to practice in this case.

5. I am fully prepared to Represent the Defendant Jetson Electric Bikes, LLC, at any time, in any capacity.

6. Attached hereto is the Affidavit in Support of Jared Giroux and a Certificate of Good Standing from Massachusetts.

WHEREFORE, I, Brandon Pryde on behalf of Jetson Electric Bikes, LLC, requests the Court grant this motion, and enter an order permitting Jared Giroux to appear *pro hac vice* in this matter as counsel for Defendant Jetson Electric Bikes, LLC.

Dated: September 6, 2023

**CROWLEY FLECK, PLLC**

___/s/ Brandon E. Pryde_____
Brandon E. Pryde (Bar # 8-6883)
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC.*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 6, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

                /s/ Brandon E. Pryde
                Brandon E. Pryde

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>**JURY TRIAL DEMANDED** |

**JARED GIROUX AFFIDAVIT IN SUPPORT OF THE
MOTION FOR NON-RESIDENT ADMISSION *PRO HAC VICE***

STATE OF MAINE        )
                      )
COUNTY OF CUMBERLAND  )

Jared Giroux, the affiant herein, having been duly sworn, states upon oath:

1. Affiant is a partner with the law firm McCoy Leavitt Laskey LLC, with offices at 202 U.S. Route 1, Ste 200, Falmouth, ME 04105, telephone 207-835-0535, facsimile 262-522-7020, email jgiroux@MLLlaw.com.

–1–

2.  Affiant is not currently appearing *pro hac vice* in the USDC of Wyoming.

3.  Affiant has not been the subject of disciplinary actions by the Bar or courts of any jurisdiction in which the applicant is licensed in the past five years. Jared Giroux has not been denied admission to the courts of any state or to any federal court during the past five years.

4.  Affiant represents Jetson Electric Bikes LLC, in this matter and Jetson Electric Bikes LLC, has been notified of his request for permission to appear on their behalf in this case.

5.  Affiant is admitted in the State of Massachusetts and is an active member in good standing with the Bar of the State of Massachusetts. Jared Giroux is also admitted before the U.S. District Court for District of Massachusetts.

6.  Jared Giroux acknowledges that he is subject to, and shall comply with, the Local Rules of the United States District Court for the District of Wyoming Court, Wyoming statutes, rules of the Wyoming Supreme Court, including but not limited to, the Rules of Professional Conduct, the Disciplinary Code for the Wyoming State Bar, the Rules of the Supreme Court of Wyoming, Rules Governing the Wyoming State Bar and the Authorized Practice of Law, Wyoming Rules of Civil Procedure, and Uniform Rules for District Court. Applicant attests that he will at all times abide by and comply with these rules throughout the pro hac vice admission.

7.  Affiant has associated with local counsel Timothy M. Stubson, Esq. and Brandon E. Pryde, Esq. of Crowley Fleck, PLLP, 111 West 2nd Street, Suite 220, Casper, WY 82601, phone (307) 232-6901, email tstubson@crowleyfleck.com and bpryde@crowleyfleck.com. Timothy Stubson is a resident attorney whose State Bar number is 6-3144 and will personally participate in the trial of this case. Brandon Pryde is a resident attorney whose State Bar number is 8-6883 and will personally participate in the trial of this case.

8. Affiant acknowledges that local counsel is required to be fully prepared to represent the clients at any time, in any capacity.

9. Affiant acknowledges that he submits to and subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

10. Attached hereto is a Certificate of Good Standing for Massachusetts.

Jared Giroux, Affiant, being first duly sworn, states upon oath, that all of the representations in this affidavit are true as far as affiant knows or is informed, and that such affidavit is true, accurate and complete to the best of affiant's knowledge and belief.

Dated: September 6, 2023

Jared Giroux
*Attorneys for Defendant Jetson Electric Bikes, LLC*

Subscribed and sworn to before me
This 6th day of September, 2023.

Kelly A. Jarvis
Notary Public, State of Maine
My Commission expires: 3/9/28

Kelly A. Jarvis
Notary Public, State of Maine
My Commission Expires March 9, 2028

-3-



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

August 14, 2023

Attorney Jared Giroux
Sandy Corrigan
N19W24200 Riverwood Drive Suite 125
Waukesha , WI  53188
scorrigan@MLLlaw.com

**IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Jared Giroux .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **nmp**
Clearance:  08.14.2023/08.11.12.13.2023
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 1, 2009**, said Court being the highest Court of Record in said Commonwealth:

## Jared Giroux

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **August** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.