# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br>  ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE OF JARED GIROUX

This matter having come before the Court pursuant to Defendant Jetson Electric Bikes, LLC's Motion for Admission of Attorney Pro Hac Vice, it is hereby ORDERED that Jared Giroux is granted admission pro hac vice in the above-captioned matter as attorney for Defendant Jetson Electric Bikes, LLC.

DATED: _____    _____
                                United States Judge