Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(pro hac vice pending)*
Jillian L. Lukens *(pro hac vice pending)*
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendant*
*Jetson Electric Bikes, LLC.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH )<br>Individually and as Parent and Legal Guardian )<br>of W.W., K.W., G.W., and L.W., minor children )<br>and MATTHEW WADSWORTH )<br>Plaintiff, ) | Case No. 2:23-cv-00118-NDF |
| )<br>v. ) | **JURY TRIAL DEMANDED** |
| )<br>WALMART, INC. and )<br>JETSON ELECTRIC BIKES, LLC )<br>)<br>Defendants. ) | |

### NOTICE OF APPEARANCE *PRO HAC VICE*

1

NOTICE IS HEREBY GIVEN that Jillian L. Lukens, Esq. of the law firm of McCoy Leavitt Laskey LLC, enters her appearance as attorney of record for Defendants Jetson Electric Bikes, LLC.

Respectfully submitted this 6th day of September, 2023.

                                    McCOY LEAVITT LASKEY LLC

                                By: /s/ Jillian L. Lukens
                                    Jillian L. Lukens (*PHV* granted)
                                    N19 W24200 Riverwood Dr., Ste 125
                                    Waukesha, WI 53188
                                    (262) 522-7012
                                    Attorney for Jetson Electric Bikes, LLC