# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

11:34 am, 9/11/23

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| Stephanie Wadsworth, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Walmart, Inc., et al., <br><br> Defendant. | NOTICE <br><br> Case Number: 23-CR-118-NDF <br><br> Setting or Resetting: Resetting |

**Type of Case:**

## CIVIL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: <br> Joseph C. O'Mahoney Federal Center <br> 2120 Capitol Avenue <br> Cheyenne, WY 82001-3657 <br> Judge Freudenthal's Chambers | Before: Nancy D. Freudenthal, United States Senior District Judge ||
|---|---|---|
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | September 26, 2023 at 11:00 a.m. | October 31, 2023 at 1:30 p.m. |

**Type of Proceeding:**

## INITIAL PRETRIAL CONFERENCE

Counsel shall appear by telephone; counsel to participate by using the following conference call-in:
   Number:  307/735-3644
   Access Code:  547991460#

Counsel shall make available their calendars to assist in the scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting.  These matters will be scheduled during this initial pretrial conference.
**The form of Case Management Plan, can be found on the US District Court's website under Judge Freudenthal's Forms.**

| | |
|---|---|
| | Margaret Botkins |
| | Clerk of Court |
| Dated this 11th day of September, 2023. | Kellie Erickson |
| | Deputy Clerk |

TO:

| | |
|---|---|
| Counsel of Record | Court Reporter |