Patrick M. Brady, WSB# 795494
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
pbrady@spkm.org
*Attorney for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC. AND JETSON ELECTRIC BIKES, LLC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LR, 84.3, Patrick M. Brady notifies the court and counsel of his withdrawal for Defendant Walmart Inc.  Walmart Inc. will continue to be represented by Jane M. France. Defendant Walmart Inc., consents to this withdraw.

Therefore, the undersigned respectfully requests leave to withdraw in this matter.

DATED this 27th day of September 2023.

_____
Patrick M. Brady, WSB# 7-5494
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
pbrady@spkm.org
*Attorney for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies copy of the foregoing was served this 27th day of September 2023, as follows:

Taly Goody, Esq..
Greyson Goody, Esq
Goody Law Group
58 Malaga Cove Plaza
Palos Verdes Estates, Ca 90274
Taly@GoodyLawGroup.com
greyson@goodylawgroup.com                [ _ ] U.S. Mail
                                         [ ___ ] Electronically
T. Michael Morgan, Esq.*                 [ x ] E-File
Eitan Goldrosen, Esq.
Morgan & Morgan, P.A.
20 N Orange Ave., Suite 1600
Orlando, Fl 32801
mmorgan@forthepeople.com
egoldrosen@forthepeople.com
*Counsel for Plaintiffs*
*\*Wyoming Pro Hac Vice Pending*

2

Eugene M. LaFlamme
Jared B. Giroux
Jillian L. Lukens
McCoy Leavitt Laskey
N19 W24200 Riverwood Dr., Ste 125
Waukesha, WI 53188
ELaFlamme@mlllaw.com
jgiroux@MLLlaw.com            [ _ ] U.S. Mail
jlukens@MLLlaw.com            [ ___ ] Electronically
                              [ x ] E-File

Timothy M. Stubson
Brandon E. Pryde
Crowley Fleck PLLP
111 West 2nd Street, Suite 220,
Casper WY 82601
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Jetson Electric Bikes, LLC.*

_____
Patrick M. Brady

3