## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC. AND JETSON ELECTRIC BIKES, LLC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>)<br>) |

### ORDER ALLOWING WITHDRAWAL

THIS MATTER came before the Court upon Patrick M. Brady's Notice to Withdraw as Counsel for Defendant Walmart Inc. Since Walmart Inc. has consented to the withdrawal and continues to be represented by other counsel, this motion is GRANTED.

DATED this ___ of _____, 2023.

KELLY H. RANKIN<br>
UNITED STATES MAGISTRATE JUDGE

1