John A. Sundahl, WSB# 5-1244
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
*Attorney for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC. AND JETSON ELECTRIC BIKES, LLC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWL OF COUNSEL

Pursuant to LR. 84.3, John A. Sundahl notifies the court and counsel of his withdrawal for Defendant Walmart Inc. Walmart Inc will continue to be representative by Jane M. France. Defendant Walmart Inc., consents to this withdrawal.

Therefore, the undersigned respectfully requests leave to withdraw in this matter.

1

DATED this 27th day of September 2023.

                                                */s/ John A. Sundahl*

John A. Sundahl, WSB# 5-1244
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jsundahl@spkm.org
*Attorney for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies copy of the foregoing was served this 27th day of September 2023, as follows:

Taly Goody, Esq..
Greyson Goody, Esq
Goody Law Group
58 Malaga Cove Plaza
Palos Verdes Estates, Ca 90274
Taly@GoodyLawGroup.com
greyson@goodylawgroup.com
                              [   ] U.S. Mail
                              [   ] Electronically

T. Michael Morgan, Esq.*          [ X ] E-File
Eitan Goldrosen, Esq.
Morgan & Morgan, P.A.
20 N Orange Ave., Suite 1600
Orlando, Fl 32801
mmorgan@forthepeople.com
egoldrosen@forthepeople.com
*Counsel for Plaintiffs*
*\*Wyoming Pro Hac Vice Pending*

Eugene M. LaFlamme  
Jared B. Giroux  
Jillian L. Lukens  
McCoy Leavitt Laskey  
N19 W24200 Riverwood Dr., Ste 125  
Waukesha, WI 53188  
ELaFlamme@mlllaw.com  
jgiroux@MLLlaw.com  
jlukens@MLLlaw.com  

[____] U.S. Mail  
[____] Electronically  
[_X_] E-File  

Timothy M. Stubson  
Brandon E. Pryde  
Crowley Fleck PLLP  
111 West 2nd Street, Suite 220,  
Casper WY 82601  
tstubson@crowleyfleck.com  
bpryde@crowleyfleck.com  
*Attorneys for Jetson Electric Bikes, LLC.*

_____  
John A. Sundahl