Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br>  ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF |

**ENTRY OF APPEARANCE**

Holly L. Tysse of the Law Firm of Crowley Fleck PLLP, hereby enters her appearance as counsel for the Defendant, Jetson Electric Bikes, LLC in the above captioned matter.

DATED this 20th day of October, 2023.

/s/ Holly L. Tysse
Holly L. Tysse (Bar No. 7-5553)
CROWLEY FLECK, PLLP
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
htysse@crowleyfleck.com
*Attorney for Defendant Jetson Electric Bikes, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023 I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ Holly L. Tysse
Holly L. Tysse