# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-NDF <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE (PRO HAC VICE)

Rudwin Ayala, attorney with Morgan and Morgan, P.A. gives notice of his appearance as counsel for Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth. All pleadings, papers, and correspondence concerning this action should be sent to the undersigned attorney of record.

Date: November 13, 2023         Respectfully Submitted,

*/s/ Rudwin Ayala, Esq.\**
**RUDWIN AYALA, Esq.**
Florida Bar No. 84005
**MORGAN & MORGAN, P.A.**
1700 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33401
Telephone: (561)764-2220
Primary Email: rayala@forthepeople.com

Secondary Email: sleroy@forthepeople.com

*Pro Hac Vice*
*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rudwin Ayala, Esq.**
**RUDWIN AYALA, Esq.**