Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendant*
*Jetson Electric Bikes, LLC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00118-NDF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| WALMART, INC. and | ) | |
| JETSON ELECTRIC BIKES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE *PRO HAC VICE*

NOTICE IS HEREBY GIVEN that Eugene M. LaFlamme, Esq. of the law firm of McCoy

Leavitt Laskey LLC, enters his appearance as attorney of record for Defendant Walmart, Inc.

Respectfully submitted this 14th day of November, 2023.

McCOY LEAVITT LASKEY LLC

By:/s/ Eugene M. LaFlamme
     Eugene M. LaFlamme (*PHV* granted)
     N19 W24200 Riverwood Dr., Ste 125
     Waukesha, WI 53188
     (262) 522-7007
     Attorney for Jetson Electric Bikes, LLC.