Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendant*
*Jetson Electric Bikes, LLC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH                              ) <br> Individually and as Parent and Legal Guardian  ) <br> of W.W., K.W., G.W., and L.W., minor children  ) <br> and MATTHEW WADSWORTH                         ) <br> Plaintiff,                                      ) <br>                                                  ) <br> v.                                               ) <br>                                                  ) <br> WALMART, INC. and                                ) <br> JETSON ELECTRIC BIKES, LLC                       ) <br>                                                  ) <br> Defendants.                                      ) | Case No. 2:23-cv-00118-NDF <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE *PRO HAC VICE***

NOTICE IS HEREBY GIVEN that Jillian L. Lukens, Esq. of the law firm of McCoy Leavitt Laskey LLC, enters her appearance as attorney of record for Defendant Walmart, Inc.

1

Respectfully submitted this 14th day of November, 2023.

        McCOY LEAVITT LASKEY LLC

By: /s/ Jillian L. Lukens
    Jillian L. Lukens (*PHV* granted)
    N19 W24200 Riverwood Dr., Ste 125
    Waukesha, WI 53188
    (262) 522-7012
    Attorney for Jetson Electric Bikes, LLC