Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens (*admitted pro hac vice*)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendant*
*Jetson Electric Bikes, LLC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE *PRO HAC VICE***

       NOTICE IS HEREBY GIVEN that Jared B. Giroux, Esq. of the law firm of McCoy Leavitt

Laskey LLC, enters his appearance as attorney of record for Defendant Walmart, Inc.

1

Respectfully submitted this 14th day of November, 2023.

                        McCOY LEAVITT LASKEY LLC

          By:/s/ Jared B. Giroux
              Jared B. Giroux (*PHV granted*)
              202 U.S. Route 1, Suite 200
              Falmouth, ME 04105
              (207) 835-0535
              Attorney for Jetson Electric Bikes, LLC.