Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00118-NDF |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART, INC. and | ) | |
| JETSON ELECTRIC BIKES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Holly L. Tysse of the Law Firm of Crowley Fleck PLLP, hereby enters

her appearance as counsel for the Defendants, Walmart, Inc. in the above captioned matter.

DATED this 14th day of November, 2023.

/s/ Holly L. Tysse
Holly L. Tysse (Bar No. 7-5553)
CROWLEY FLECK, PLLP
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
htysse@crowleyfleck.com
*Attorney for Defendants Walmart, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2023 I caused a true and correct copy of the foregoing

document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system

which sent notification of such filing to all counsel of record in this matter.


/s/ Holly L. Tysse
Holly L. Tysse