Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Attorneys for Defendant Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH <br> Plaintiff, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-00118-NDF |

**ENTRY OF APPEARANCE**

COMES NOW, Timothy M. Stubson of the Law Firm of Crowley Fleck PLLP, hereby enters his appearance as counsel for the Defendant, Walmart, Inc. in the above captioned matter.

DATED this 14th day of November, 2023.

/s/ Timothy M. Stubson
TIMOTHY M. STUBSON (Bar No. 6-3144)
CROWLEY FLECK, PLLP
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com
*Attorney for Defendants Walmart, Inc./ Jetson Electric Bikes, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023 I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ Timothy M. Stubson
Timothy M. Stubson