Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY 82003-0328
(307)632-6421
(307)632-7216 facsimile
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH )<br><br>Plaintiffs, )<br>vs. ) | Civil No. 2:23-cv-00118-NDF |
| WALMART, INC. AND JETSON ELECTRIC BIKES, LLC. )<br>Defendants. ) | |

### MOTION TO WITHDRAW

COMES NOW Jane M. France, of the firm Sundahl, Powers, Kapp & Martin, LLC, and hereby moves the Court for an Order allowing Jane M. France to withdraw as counsel for Walmart, Inc. Eugene LaFlamme, Timothy M. Stubson, Brandon E. Pryde, and Holly L. Tysse shall serve as counsel of record for Walmart, Inc. in this matter, and Jane M. France's withdrawal will not prejudice any party. Walmart, Inc. has consented to her withdrawal. This motion is not brought for and should not create undue delay.

DATED this __8__ day of December 2023.

*[signature]*
Jane M. France, WSB #7-4828
Sundahl, Powers, Kapp & Martin, L.L.C.
2020 Carey Avenue, Ste. 301
P.O. Box 328
Cheyenne, WY  82003-0328
(307)632-6421
(307)632-7216 facsimile
jfrance@spkm.org
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this __8__ day of December 2023, as follows:

Taly Goody, Esq..
Greyson Goody, Esq
Goody Law Group
58 Malaga Cove Plaza
Palos Verdes Estates, Ca 90274
Taly@GoodyLawGroup.com
greyson@goodylawgroup.com

[____] U.S. Mail
[____] Electronically
[_X_] E-File

T. Michael Morgan, Esq.*
Eitan Goldrosen, Esq.
Morgan & Morgan, P.A.
20 N Orange Ave., Suite 1600
Orlando, Fl 32801
mmorgan@forthepeople.com
egoldrosen@forthepeople.com
*Counsel for Plaintiffs*
*\*Wyoming Pro Hac Vice Pending*

*[signature]*
Jane M. France

2