# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC. AND JETSON ELECTRIC BIKES, LLC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>) |

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

**THIS MATTER** having come before the Court upon the *Motion for Withdrawal* of Jane M. France as counsel for Walmart, Inc., and the Court being fully advised in the premises and finding good cause for granting the Motion;

**HEREBY ORDERS** that Jane M. France shall be allowed to withdraw as counsel of record for Walmart, Inc.

Dated this _____ day of _____, 2023.

KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE

1