## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby notifies all interested parties involved in this action that he will not be available from June 6, 2024, through June 9, 2024. The undersigned respectfully requests that no depositions, discovery, hearings, or trials be scheduled during this period; and, that no pleadings be filed which require a timely response during this time frame. Additionally, it is requested that all pending matters remain status quo during this specified period.

Date: January 31, 2024                     Respectfully Submitted,

*/s/ Rudwin Ayala, Esq.\**
**RUDWIN AYALA, Esq.**
Florida Bar No. 84005
**MORGAN & MORGAN, P.A.**
1700 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33401

Telephone: (561)764-2220
Primary Email: rayala@forthepeople.com
Secondary Email: sleroy@forthepeople.com

*Pro Hac Vice Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rudwin Ayala, Esq.\**
**RUDWIN AYALA, Esq.**

2