## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITIONS OF PLAINTIFFS' MINOR CHILDREN

AND NOW, this_____ day of_____, 2024, upon consideration of the Plaintiffs, STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH's *Motion For Protective Order as To the Deposition of Plaintiffs' Minor Children,* it is ORDERED and DECREED that the Motion is GRANTED.

BY THE COURT:

_____
District Court