# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

IN RE:  CREATION OF THE DOCKET )
FOR THE HONORABLE KELLY H. RANKIN )

FILED

12:33 pm, 3/19/24

Margaret Botkins
Clerk of Court

## ORDER

The Honorable Kelly H. Rankin was sworn in as the District of Wyoming's 9th United States District Judge on March 12, 2024.

To maintain efficiency in cases currently assigned to Senior District Judge Nancy D. Freudenthal as she is winding down her caseload, the following civil cases are directly assigned to Judge Rankin.

Pursuant to U.S.D.C.L.R 40.2 (a)(4) all reassignments or transfer of cases from one judge to another shall be only with the approval of the Chief Judge.

Therefore, it is

**ORDERED** that the following civil cases shall be directly assigned from the Honorable Nancy D. Freudenthal to the Honorable Kelly H. Rankin:

    19-CV-243   Black vs. Occidental Petroleum Corporation

    20-CV-138   Frank et al vs. Wyoming Secretary of State et al
                CASE STAYED pending appeal to SCOTUS

    21-CV-037   Northern Arapaho Tribe vs. US. Department of Health and
                Human Services Acting Secretary et al
                CASE STAYED pending appeal to SCOTUS

    21-CV-194   Typhoon Advertising vs. Knowles et al

21-CV-223   Gramercy Distressed Opportunity Fund II LP et al vs. Bakhmatyuk et al
CASE STAYED pending appeal to Tenth Circuit

22-CV-102   Wildcat Coal LLC vs. Pacific Minerals Inc et al
CASE STAYED pending appeal to Tenth Circuit

22-CV-104   Bankers Standard Insurance Co. vs. JTEC Inc. et al
CASE STAYED pending appeal to Tenth Circuit

22-CV-177   Harrell vs. Johnson et al
CASE STAYED pending Corizon's bankruptcy proceedings

22-CV-213   Wright vs. Devon Energy Production Company LP
SCHEDULING ORDER VACATED pending class wide settlement or status report.

23-CV-048   Rock Springs Grazing Association vs. US DOI et al
MEMBER CASE – Consolidated with 23-CV-84, 23-CV-087 and 23-CV-117

23-CV-084   American Wild Horse Campaign et al vs. US Bureau of Land Management Director et al
LEAD CASE – Consolidated with 23-CV-048, 23-CV-087 and 23-CV-117

23-CV-087   Return to Freedom et al vs. US Department of Interior et al
MEMBER CASE – Consolidated with 23-CV-48, 23-CV-84, and 23-CV-117

23-CV-117   Friends of Animals vs. United States Department of Interior Secretary et al
MEMBER CASE – Consolidated with 23-CV-048, 23-CV-084 and 23-CV-087

23-CV-118   Wadsworth vs. Walmart Inc et al

23-CV-181   Loginov vs Sheridan Memorial Hospital et al

23-CV-186   Archer (UK) Limited vs. Archer Drilling LLC

23-CV-205   Four Corners Healthcare LLC vs. Weese et al

23-CV-247   Jorns & Associates LLC vs. WCMS Media LLC et al

24-CV-040   Pederson vs. Menard Inc

24-CV-041   The Phoenix Insurance Company vs. Jane Kemble Dunbar Living Trust et al

24-CV-056   Chesapeake Exploration, LLC vs. Matrix Production Co.

Dated this 19TH day of March 2024.

_____
Scott W. Skavdahl
Chief Judge
District of Wyoming