UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

### NOTICE OF FILING
### CORRESPONDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITIONS OF PLAINTIFFS' MINOR CHILDREN

Plaintiffs, STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, by and through the undersigned Counsel hereby file this Notice of Filing as follows:

Exhibit A: Correspondence from Mindy R. Tellefson, LCSW to support Plaintiffs' Motion for Protective Order.

Date: March 20, 2024                    Respectfully Submitted,

  /s/ Taly Goody
**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
*Attorney for Plaintiff*

  /s/ T. Michael Morgan
**T. MICHAEL MORGAN, ESQ**.*
Florida Bar No.: 062229
Kentucky Bar No.: 94856
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Primary Email: mmorgan@forthepeople.com
Secondary Email: akelseyflowers@forthepeople.com
*\*Pro Hac Vice Attorney for Plaintiff*

  /s/ Rudwin Ayala
**RUDWIN AYALA, Esq**.*
Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
1700 Palm Beach Lakes Blvd, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 764-2220
Facsimile: (561) 764-2270
Primary Email: rayala@forthepeople.com
Secondary Email: sleroy@forthepeople.com
*\*Pro Hac Vice Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Counsels for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com

Holly L. Tysse – htysse@crowleyfleck.com

                                                        */s/ Rudwin Ayala*_____  
                                                        **RUDWIN AYALA, Esq.**