# EXHIBIT A



**Professional Counseling Services, LLC**
**Mindy R Tollefson, LCSW**

choose your path

March 18, 2024

Dear Mr Ayala, Counsel for the Wadsworth family,

As the therapist who provided care and support to the Wadsworth children following the traumatic house fire incident, I feel compelled to address a matter of critical concern regarding their ongoing legal proceedings.

I would like to extend my appreciation for your dedication to advocating for the best interests of the Wadsworth family, particularly the children, whom I had the privilege of working with during their initial recovery efforts from the house fire that interrupted their lives. As you are aware, this tragic event had a profound effect on their mental and emotional well-being.

I provided four free sessions to support the Wadsworth family in processing the trauma. I must highlight a crucial aspect of their recovery journey. During these sessions, it became evident that despite the potential for the onset of Post Traumatic Stress Disorder, each of the children exhibited signs of healing. Therefore, it is counterintuitive to their continued recovery to consider deposing any of the children, as this could potentially trigger regression and impede their healing process.

It is anticipated that the deposing party will attempt to coerce the children into testifying beyond their recollection. Specifically, they may implant suggestions that the children do not recall events accurately, particularly if these suggestions implicate a parent's fault.

Given the varying degrees of distress experienced by the children, it is crucial to approach any decisions regarding their future with sensitivity and caution. Disrupting their current environment and routine by subjecting them to the deposition process, as proposed by the opposing party's attorney, may pose significant risks to the well-being and recovery of the children.

Thank you for your attention to this matter and your unwavering commitment to serving the needs of the Wadsworth family.

Sincerely,

Mindy R. Tollefson, LCSW
EMDR Certified
Synergy Play Certified
DM Facilitator

50 Shoshone Suite B, Green River, Wyoming 82935
307.337.9830  307.204.5487(f)  pcs@mindy.sprucecare.com