IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF EUGENE M. LAFLAMME IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITIONS OF PLAINTIFFS' MINOR CHILDREN**

STATE OF WISCONSIN   )
                     )
COUNTY OF WAUKESHA   )

Eugene M. LaFlamme, the affiant herein, having been duly sworn, states upon oath:

1. I am an attorney duly licensed and authorized to practice law in the state of Wisconsin as a Partner with the law firm of McCoy Leavitt Laskey LLC and am one of the attorneys of record representing Walmart Inc. and Jetson Electric Bikes, LLC in this case. I am admitted Pro Hac Vice in this matter.

2. I make this Declaration on the basis of my personal knowledge of the facts set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of pertinent pages from the transcript of Stephanie Wadsworth's February 27, 2024 deposition.

4. Attached hereto as Exhibit B is a true and correct copy of pertinent pages from the transcript of Matthew Wadsworth's February 26, 2024 deposition.

5. Attached hereto as Exhibit C is a true and correct copy of Deposition Exhibit 18A.

6. Attached hereto as Exhibit D is a true and correct copy of pertinent pages from the transcript of Jeff Sheaman's November 16, 2023 deposition.

7. Attached hereto as Exhibit E is a true and correct copy of Deposition Exhibit 29.

8. Attached hereto as Exhibit F is a true and correct copy of *Kuyper v. Board of County Comm. Of Weld County*, 2010 WL 4038831 (D. Colo. 2010).

9. Attached hereto as Exhibit G is a true and correct copy of *Halley v. State of Oklahoma*, 2016 WL 4995393 (E.D. Okla. 2016).

10. Attached hereto as Exhibit H is a true and correct copy of *Edgin v. Blue Valley*, 2021 WL 1750861 (D. Kan. 2021).

Dated: March 22, 2024

_____
Eugene M. LaFlamme

Subscribed and sworn to before me this
22 day of March, 2024.

_____
Notary Public, State of Wisconsin
My Commission expires: 5-18-26

[Notary Seal: ANGELA J. HINRICHS, NOTARY PUBLIC, STATE OF WISCONSIN]

2