# EXHIBIT A

Page 1

1                    UNITED STATES DISTRICT COURT

2               IN AND FOR THE DISTRICT OF WYOMING

3                            -ooOoo-

4        STEPHANIE WADSWORTH,        :

5        Individually and as
         Parent and Legal           :

6        Guardian of W.W., K.W.,
         G.W. and L.W., minor        : Case No.

7        children, and MATTHEW        2:23-cv-00118-NDF JURY
         WADSWORTH,                  :

8
                    Plaintiff,       :

9
         v.                          :

10
         WALMART, INC. and JETSON    :

11       ELECTRIC BIKES, LLC,

                                     :

12                  Defendants.

                                     :

13       _____

14

15          DEPOSITION OF STEPHANIE WADSWORTH
                    TAKEN THROUGH

16                    VERITEXT

17

18

19        Taken on Tuesday, February 27, 2024

20            8:59 a.m. to 12:55 p.m.

21

22                  At HAMPTON INN
              1055 Wild Horse Canyon Road

23            Green River, Wyoming 82935

24

25      Job No. CS6457160
      Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC

Page 62

1          A.    Yes.

2          Q.    And Matthew is a smoker as well; correct?

3          A.    Yes.

4          Q.    Okay.  And how much does he smoke a day?

5          A.    I don't know.  I'm not him.

6          Q.    Okay.  Does he -- does it appear that he

7    roughly smokes consistent with what you smoke per day?

8          A.    Yes.

9          Q.    Okay.  And when you smoke a pack a day, I

10   assume cigarettes as opposed to cigars or something

11   else?

12         A.    Correct.

13         Q.    Okay.  Any marijuana use?

14         A.    No.

15         Q.    Any other drug use?

16         A.    No.

17         Q.    How about Matthew?  Any marijuana use for

18   him?

19         A.    No.

20         Q.    Any other drug use for him?

21         A.    No.

22         Q.    How long have you smoked?

23         A.    Twenty years.

24         Q.    Okay.  Any alcohol consumption?

25         A.    Yes.

Page 63

1          Q.     How often is that?

2          A.     Most days.

3          Q.     And what's the average daily alcohol

4    consumption?

5          A.     I don't know.  I don't keep track.

6          Q.     Okay.  Is it beer, wine or liquor?

7          A.     Liquor.

8          Q.     Okay.  And what's the -- any special type?

9          A.     Jäger.

10         Q.     Okay.  There is some reference in your

11   records to whisky as well, is that --

12         A.     I consider Jäger whisky.

13         Q.     Oh, okay.  It might be.

14         A.     I think it's actually a liqueur, but I

15   don't know what the difference between a liqueur and a

16   whisky is.

17         Q.     Roughly, how many drinks per day?

18         A.     I don't know.

19         Q.     Okay.  More than five?

20         A.     Yes.

21         Q.     More than ten?

22         A.     Maybe.

23         Q.     Okay.  And was that consistent with before

24   the fire as well?

25         A.     It's worse now.

Page 64

```
 1        Q.    Okay.  How was it before the fire?
 2        A.    It was --
 3        Q.    As far as, what was your average daily
 4   alcohol intake?
 5        A.    Not a lot less than now.
 6        Q.    Okay.  So somewhere around ten or so?
 7        A.    Sure.
 8        Q.    Have you ever had any alcohol-related
 9   treatment?
10        A.    No.
11        Q.    Do you vape at all?
12        A.    No.
13        Q.    Have you ever?
14        A.    I might have --
15        Q.    Not just, like, once or twice, but --
16        A.    Oh, no.
17        Q.    Okay.  How about Matthew, does he vape?
18        A.    Yes.
19        Q.    Did he before the fire?
20        A.    I don't know.
21        Q.    Okay.
22              MR. LAFLAMME:  I'm going to mark this as
23   Exhibit 42.
24                  (Exhibit No. 42 was marked
25                    for identification.)
```

Page 71

1       Q.    Okay.  You just didn't want to smoke in the

2    house because of the kids?

3       A.    I don't smoke around -- enclosed around the

4    kids --

5       Q.    Okay.

6       A.    -- ever.

7       Q.    So when you were home and you would smoke,

8    you would use the smoking shed in the winter?

9       A.    Yes.

10       Q.    Okay.  Was the smoking shed used for

11    anything else other than smoking?

12       A.    No.

13       Q.    Did you use the smoking shed the evening

14    before the fire?

15       A.    Yes.

16       Q.    Would you have used it multiple times the

17    day before the fire?

18       A.    The day before?

19       Q.    Correct.

20       A.    Yes.

21       Q.    Okay.  So basically, throughout the day and

22    then into the evening whenever you would have had a

23    cigarette the day before, you would have used the

24    smoking shed?

25       A.    Yes.

1          Q.      Okay.   And would you have used the space

2    heater that was in there as well?

3          A.      Every time?   No.

4          Q.      Okay.   Some of the times that day you would

5    have used the space heater?

6          A.      When it got colder, yes.

7          Q.      Okay.   So during the evening hours it would

8    have been more likely that you would have used the

9    space heater than during the daylight hours?

10         A.      Yes.

11         Q.      And what was in -- by way of furnishings,

12    in the smoking shed?

13         A.      There was two chairs, a nightstand and a

14    blanket.

15         Q.      Two chairs, one night stand?

16         A.      Yes.

17         Q.      Okay.   What were the two chairs made out

18    of?

19         A.      One of them was plastic and metal.

20         Q.      Like a folding chair?

21         A.      No.   Like a cheap doctor's office lobby

22    chair.

23         Q.      Okay.

24         A.      Like a plastic seat with metal.

25         Q.      All right.   So it was permanently affixed,

Page 89

1          A.    It was, like, camping pads, padded eggshell

2     foam on the floor.

3          Q.    Okay.

4          A.    Can I clarify when I say when I went to

5     bed?

6          Q.    Sure.

7          A.    2:00 a.m. is when I got into bed, not when

8     I went outside to go to bed.

9          Q.    Okay.  Let me clarify that because I'm

10     not --

11          A.    Okay.

12          Q.    -- I'm not 100 percent sure what you're

13     saying.

14                So 2:00 a.m. is when you got in bed to go

15     to sleep?

16          A.    Correct.

17          Q.    Okay, but before you got into bed at

18     2:00 a.m., you would have had a cigarette before going

19     to bed?

20          A.    Correct.

21          Q.    Okay.  Was that the clarification that you

22     wanted to make?

23          A.    Yeah.  One of the questions you said

24     outside at 2:00 a.m.  I wouldn't have been outside at

25     2:00 a.m.

Page 90

1          Q.    Okay.  You would have been outside a little

2     bit before 2:00 a.m., because 2:00 a.m. is when you

3     went to bed?

4          A.    Correct.

5          Q.    All right.  And how soon before going to

6     bed do you typically have your last cigarette, within,

7     like, a half hour?

8          A.    Yes.

9          Q.    Okay.  And did you have any alcohol the

10    night of January 31st?

11         A.    Yes.

12         Q.    Okay.  Do you know how much you had that

13    evening?

14         A.    No.

15         Q.    Would it have been a typical day for

16    alcohol consumption for you?

17         A.    Yes.

18         Q.    As far as when you would consume alcohol,

19    is it more at night or is it throughout the day?

20         A.    More at night.

21         Q.    Okay.  So is it once the kids go down --

22         A.    Yes.

23         Q.    -- then you will have some alcohol?

24         A.    Yes.

25         Q.    And do you know, was it Jäger that you were

Page 159

1                       REPORTER'S CERTIFICATE

2       STATE OF UTAH         )

                             )

3       COUNTY OF SALT LAKE )

4                      I, ABIGAIL D.W. JOHNSON, a Certified

5       Shorthand Reporter and Registered Professional

6       Reporter, hereby certify:

7                      THAT the foregoing proceedings were

8       taken before me at the time and place therein set

9       forth, at which time the witness was placed under oath

10      to tell the truth, the whole truth, and nothing but the

11      truth; that the proceedings were taken down by me in

12      shorthand and thereafter my notes were transcribed

13      through computer-aided transcription; and the foregoing

14      transcript constitutes a full, true, and accurate

15      record of such testimony adduced and oral proceedings

16      had, and of the whole thereof.

17                      I FURTHER CERTIFY that I am not a

18      relative or employee of any attorney of the parties,

19      nor do I have a financial interest in the action.

20                 (X) Review and signature was requested.

21                 ( ) Review and signature was waived.

22                 ( ) Review and signature was not requested.

23              I have subscribed my name on this

24      9th day of March, :    *Abigail D.W. Johnson*

25

                      ABIGAIL D.W. JOHNSON, RPR, CRR, CRC