Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
        greyson@GoodyLawGroup.com
*Attorneys for Plaintiffs*

T. Michael Morgan, Esq*
Florida Bar No.: 062229
Rudwin Ayala, Esq*
Florida Bar No.: 84005
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
        rayala@forthepeople.com
**\*** *Pro Hac Vice Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-NDF <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR**
**EXPERT DISCLOSURES**

Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and Matthew Wadsworth, by and through the undersigned counsel, hereby file this Motion to Extend the Deadline for Expert Disclosures as follows:

1.      Pursuant to Fed. R. Civ. P 26(a)(2) and U.S.D.C.L.R. 26.1(e), the parties shall designate expert witnesses, providing a complete summary of the expected testimony from each expert. As outlined in the Order on Initial Pretrial Conference served on November 1st, 2023, Plaintiffs were given a Designation deadline of June 14, 2024, and Defendants, July 31, 2024.

2.      Plaintiffs respectfully request an extension of these deadlines of 30 days each due to conflicts involving trial settings in other matters that prevent Plaintiffs' expert from having the time and ability to prepare, conference, and otherwise be available to consult on this matter.

3.      Specifically, Plaintiffs' expert is facing conflicts due to trials relating to the Maui Fires, which were recently set to commence between now and June 2024.

4.      Counsel for Plaintiffs has communicated with counsel for the Defendants regarding this requested extension, and he has expressed no objection to the proposed extension.

5.      If granted, the extension would result in new deadlines to designate/disclose expert witnesses of July 14, 2024, for Plaintiffs, and September 13, 2024 for Defendants.

6.      This request is made in good faith and with no intent to delay the process.

WHEREFORE, Plaintiffs respectfully request entry of an Order granting this Motion to Extend the Deadline for Expert Disclosures as stated herein, and all other relief deemed just and appropriate.

This Motion has been reviewed and approved by Opposing Counsel:

_____

Eugene M. LaFlamme, Esq. (*For all Counsel for Defendants)*
McCoy Leavitt Laskey, LLC.
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188

Date: May 13, 2024                    Respectfully Submitted,

_____

**RUDWIN AYALA, Esq**.*
Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
1700 Palm Beach Lakes Blvd, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 764-2220
Facsimile: (561) 764-2270
Primary Email: rayala@forthepeople.com
Secondary Email: sleroy@forthepeople.com
*Pro Hac Vice Attorney for Plaintiff*

And,

 /s/ Taly Goody_____

**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GREYSON M. GOODY, ESQ.**
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
*Attorney for Plaintiff*

 /s/ T. Michael Morgan_____

**T. MICHAEL MORGAN, ESQ**.*
Florida Bar No.: 062229

Kentucky Bar No.: 94856
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Primary Email: mmorgan@forthepeople.com
Secondary Email: akelseyflowers@forthepeople.com
*Pro Hac Vice Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2024, a true and correct copy of the foregoing was electronically served to all counsel of record.

Counsel for Defendants:

Timothy M. Stubson – tstubson@crowleyfleck.com
Brandon E. Pryde – bpryde@crowleyfleck.com
Holly L. Tysse – htysse@crowleyfleck.com
Eugene M. LaFlamme – elaflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com

/s/ Rudwin Ayala_____
**RUDWIN AYALA, Esq.**

Page **4** of **4**