UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR EXPERT DISCLOSURES

**COMES NOW** on this __ day of May 2024, upon consideration of Plaintiffs' Motion to Extend the Deadline for Expert Disclosures, and having been informed of agreement of counsel for the parties, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. The new deadlines applicable to Plaintiffs' Expert Disclosure shall be July 14, 2024, and Defendants' Expert Disclosure shall be September 13, 2024.

BY THE COURT:

_____
JUDGE
U.S.D.C FOR THE DISTRICT OF WYOMING