**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) <br> Individually and as Parent and Legal Guardian ) <br> of W.W., K.W., G.W., and L.W., minor children ) <br> and MATTHEW WADSWORTH ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART, INC. and ) <br> JETSON ELECTRIC BIKES, LLC ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00118-NDF |

**STIPULATED MOTION FOR PROTECTIVE ORDER**

COME NOW the Parties hereto, by and through their undersigned counsel of record, and stipulate that they agree to the discovery Protective Order submitted herewith. The Parties move that the Court enter the Protective Order to govern the proceedings in this matter.

Respectfully submitted this 11th day of June, 2024.

By: _/s/ Holly L. Tysse_____
Eugene M. LaFlamme, Esq.
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive
Suite 125
Waukesha, WI 53188
(262) 522-7000
elaflamme@MLLlaw.com

and

Holly L. Tysse, Esq.
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(307) 232-6901
htysse@crowleyfleck.com

By: /s/ Rudwin Ayala_____
Rudwin Ayala, Esq.
Morgan & Morgan
1700 Palm Beach Lakes Blvd.
Suite 500
West Palm Beach, FL 33401
(561) 764-2220
rayala@forthepeople.com

and

Greyson Goody, Esq.
Goody Law Group, LLP
8605 Santa Monica Blvd., #90793
West Hollywood, CA 90069-4109
(310) 893-1983
greyson@goodylawgroup.com