# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND EXPERT DISCLOSURES

**COMES NOW** on this __ day of September 2024, upon consideration of Plaintiffs' Motion to Amend Expert Disclosures filed on September 3, 2024, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. The deadline for Plaintiffs to amend their Expert Disclosures shall be September 13, 2024.

BY THE COURT:

_____
JUDGE KELLY H. RANKIN
U.S.D.C FOR THE DISTRICT OF WYOMING