# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

4:16 pm, 9/3/24

STEPHANIE WADSWORTH

          Plaintiff,

vs.

WALMART INC et al

          Defendant.

Case Number: 23-CV-118-KHR

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 09/03/2024   Time: 3:02 - 3:39 PM

| Kelly H. Rankin | MiYon Bowden | Megan Strawn | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Rudwin Ayala

Attorney(s) for Defendant(s)   Eugene LaFlamme, Holly Tysse, Jared Giroux

Other:

Court held a telephonic status conference to discuss some discrepancies with the trial setting. Court will reschedule the trial for up to 12 days (stacked #2) beginning on March 3, 2025. Order reflecting new trial schedule to be entered.