

Giavonni Lewis
08/05/2024

Page 1

```
 1           UNITED STATES DISTRICT COURT
         IN AND FOR THE DISTRICT OF WYOMING
 2    -------------------------------------------

 3    STEPHANIE WADSWORTH,
      Individually and as Parent
 4    and Legal Guardian of W.W., K.W.,
      G.W., and L.W., minor children,
 5    and MATTHEW WADSWORTH,

 6                        Plaintiffs,

 7           vs.           Case No.
                           2:23-cv-00118-NDF
 8

 9    WALMART, INC. AND JETSON
      ELECTRIC BIKES, LLC,
10
                          Defendants.
11
      -------------------------------------------
12

13

14      REMOTE DEPOSITION OF DR. GIAVONNI LEWIS

15

16

17

18           Monday, August 5, 2024

19              9:00 a.m. (MDT)

20

21

22

23    Reported By:

24    Joan Ferrara, RMR, FCRR

25    Job No. 44610
```

Lexitas Legal Philadelphia
215-504-4622

Page 12

1  or changes in the scarring and/or grafting.
2      Q    Okay.  As far as -- and I think
3  we'll probably just talk a little more
4  generally now for the typical procedures
5  that you would expect.
6           Stephanie went through it looks
7  like about five laser treatment surgeries
8  following her burn injuries.
9           Is there an expected period of
10 time in which laser treatments are ongoing
11 after discharge based on the burn injuries?
12     A    So we evaluate for scars after
13 the burn is healed or the wound is healed
14 with or without grafting.
15          Typically around six months to
16 eight months after things have settled, we
17 will make recommendations as to surgical
18 interventions for scar releasing or
19 reconstruction or laser treatment.  And
20 that treatment can be up to six to eight
21 sessions with about two months in between.
22          We do tend to see some
23 resolution or improvement in the scar
24 profile after about six treatments.  And so
25 at that point, it becomes more of a shared

Giavonni Lewis
08/05/2024

Page 13

```
 1   decision as to whether or not more
 2   treatment is required based on the
 3   patient's symptoms and function.
 4       Q    For Stephanie Wadsworth, she was
 5   in your hospital from February 1 of 2022
 6   until March 21 of 2022, and then she
 7   received her first laser treatment on
 8   September 6, 2022.
 9            So that seems to coincide with
10   what you're saying as far as six to eight
11   months later is when the laser treatment
12   would be expected to start.
13            Does that sound about right?
14       A    Correct.
15       Q    And then typically you would
16   expect about six to eight laser treatment
17   sessions?
18       A    Correct.
19       Q    Is that --
20       A    And we check in every four
21   sessions to determine progress improvement.
22       Q    And once the six to eight
23   sessions are complete, and just speaking
24   generally now, does that generally run the
25   course of the laser treatment surgery?
```

Giavonni Lewis
08/05/2024

Page 14

```
 1            MR. AYALA:  Form.
 2       A     That ends the course, but we can
 3   have multiple rounds if the symptoms recur
 4   or the scar shrinks back, they have a
 5   functional issue.
 6       Q     So would you consider one round
 7   of laser treatment surgery, is that six to
 8   eight sessions?
 9       A     Correct.
10       Q     And it sounds like the six to
11   eight sessions are generally done on
12   two-to-three-month time periods?
13       A     Correct.
14       Q     And it sounds like when you are
15   about halfway through the first session, is
16   that when you reevaluate the laser
17   treatments and determine what may be needed
18   going forward?
19       A     Correct.  We assess through both
20   functional evaluation with our physical
21   therapist as well as a physician
22   appointment to assess the progress of the
23   scar and determine if more treatment would
24   be suitable for the state and the function
25   and proceed with more laser treatments, if
```

Page 15

1  indicated.
2       Q      What would be the conditions
3  that would necessitate further laser
4  treatment beyond the first group?
5       A      So specifically the first round?
6       Q      Correct, first round.  Thank
7  you.
8       A      The reasons patients come back
9  is two-fold.  One, patients tend to gain
10 weight, which puts stretch and tension and
11 tightness on their scars because they won't
12 grow with them, and so they can experience
13 intense itching and neuropathic pain.  They
14 can also experience contractures and
15 functional losses related to that.
16             And then the other is that the
17 scar maybe doesn't maintain or stabilize
18 with the first round of treatment.  And so
19 all of the original symptoms that led us to
20 the laser treatment recur or relapse and so
21 it requires more laser treatment to help to
22 settle down the symptoms and improve
23 function.
24      Q      And it sounds like at least as
25 you sit here today, you don't have any

Page 16

1 recommendations going forward at this point
2 as far as how many rounds, whether the
3 first round will be sufficient for
4 Stephanie or if there are additional rounds
5 that may be needed?
6     A    I would defer to our medical
7 record because we typically have another
8 physician evaluation determining if we will
9 continue with laser treatment, or hold and
10 assess later, based on patient symptoms and
11 function.
12     Q    Okay.  And would that be in the
13 medical record that is associated with the
14 laser treatments?
15     A    Correct.
16     Q    Okay.  So at some point within
17 the laser treatment record, there should be
18 some indication as to the progress that she
19 is making in that regard?
20     A    Correct.
21     Q    Would Dr. Thompson, being at
22 least the listed attendee care physician
23 for Stephanie, would that be a better
24 question for Dr. Thompson?
25     A    If it's related to discharge

Giavonni Lewis
08/05/2024

Page 19

```
 1      A      Okay.
 2      Q      Because this is her third laser
 3   treatment when she received her first one
 4   on September 6th of 2022.
 5      A      Okay.  I will defer to the
 6   records as they are.
 7      Q      As you said, we'll defer to the
 8   records.
 9             All right.  If you could just
10   take a look at this and I'll page through
11   to the next page if you need me to, just to
12   let me know if, number one, this triggers
13   any memories on your end as far as her
14   treatment, and number two, if this provides
15   any guidance for you as to what she may
16   need going forward.
17      A      Sure.  Well, this is laser
18   treatment number three.  So it's kind of --
19   it's one treatment before a fourth
20   treatment, which again the reason why we've
21   arbitrarily used the fourth treatment as an
22   important timeline is because that's where
23   we tend to see stabilization of the scar
24   and more significant changes and/or
25   improvements.
```

 1           And so at the third laser
 2   treatment, it's really hard for me to say
 3   based on this that we would provide more or
 4   less.  It's more of the assessment.  And
 5   right here we're still in the basic history
 6   present illness as to why she presented for
 7   her third laser.
 8       Q    Okay.  And just for the record,
 9   we are referring to laser treatment number
10   three record, which is STEPH 00225.
11           Let me see if I can dig up
12   number four for you, since that seems like
13   it may be the better one for you to look
14   at.
15       A    Also, images are more visually
16   helpful.
17       Q    Okay.  I will have the fourth
18   one dug up so we can go through that at
19   some point here.
20           I don't want to keep you on the
21   line while I'm digging through these.  All
22   right.  So I will have that pulled up and
23   we will look at that in a little bit.
24           As far as the rounds of laser
25   treatment, are subsequent rounds also six

Page 34

 1   history, there would be an area of the
 2   physical exam and what we are planning to
 3   do for the patient and our assessment of
 4   all of the information.
 5           This, based on what I'm seeing
 6   currently, it just supports the fact that
 7   he still has ongoing scars, he tolerated
 8   the laser treatments, and he's doing well.
 9   So this is the H&P for the procedure.
10           There should be a separate note
11   outside of the burn laser H&P to assess.
12           So the attending will see the
13   patient outside of the laser treatment
14   sessions to provide an assessment and note
15   to determine if further treatment is
16   required.
17       Q   Okay.  Is that done on the third
18   laser treatment as well or would that be
19   more something that is done on the fourth
20   at the midpoint for Weston?
21       A   It's after the fourth treatment
22   before the fifth treatment.
23       Q   Okay.  So since that was the
24   third treatment, laser treatment, and we
25   don't have a record of at least the fourth

Giavonni Lewis
08/05/2024

Page 35

 1   yet, that's what we would be looking for
 2   once we get the fourth laser treatment
 3   record?
 4        A    Correct.
 5        Q    Okay.  All right.
 6             And then looking at Stephanie's
 7   fourth laser treatment record, which I'll
 8   pull up here -- this should be all of it.
 9        A    Uh-huh.
10        Q    And this was the first page that
11   you had looked at before.
12        A    Right.
13        Q    But if you want to look at
14   anything further on here, let me know.
15        A    We can keep going.  Okay, keep
16   going.  More.  Keep going.  Stop there.
17   Okay, keep going.  You can keep going.  And
18   you can hold there.  Okay, you can keep
19   going.  And here.
20             So this outlines what we
21   essentially do as part of the practice.  So
22   she is receiving her laser treatment on the
23   day of this service for number four, and
24   the areas that are being treated are also
25   listed and there's been improvement for

Page 36

```
 1   both feet.
 2              And then there, again, she will
 3   need a burn attending clinic visit.  That
 4   will be the discussion about an assessment
 5   of the status of her burn injuries and
 6   scars and determination of further
 7   treatment and plans.
 8        Q    Would that be an in-person burn
 9   attending clinic visit at the hospital?
10        A    Typically, yes.  Sometimes we do
11   them virtually, but our preference is in
12   person.
13        Q    And when that clinic visit
14   occurred or will occur, that's when further
15   discussion will happen as far as how future
16   laser treatments may be utilized?
17        A    Correct.
18        Q    And since she is still on her
19   first round of laser treatments, is that
20   assessment done at this point after the
21   fourth laser treatment or is that done at
22   the end of the course of the six to eight
23   sessions?
24        A    So we do an assessment after the
25   fourth laser, and then after every fourth
```

Page 37

 1  assessment or fourth laser, or if we have
 2  decided not to do any further laser if it's
 3  anywhere between numbers five to eight,
 4  then we will have a follow-up attending
 5  appointment to determine if they are, in
 6  fact, okay and don't require any further
 7  intervention currently.  And then we move
 8  into the watchful waiting period and then
 9  determine if we're okay to kind of be less
10  aggressive and sort of evaluate as needed.
11       Q    And is Dr. Chris LaChapelle, is
12  he with your clinic in Salt Lake City?
13       A    Yes.  He's one of the burn
14  surgeons, yes.
15       Q    So at this point is
16  Dr. LaChapelle, is he the attending, in
17  essence, for the laser treatment side of
18  it?
19       A    Correct, for this particular
20  procedure, uh-huh.
21       Q    So is it just on a procedure
22  basis or is it on a patient basis?
23       A    On a procedure basis, because
24  this is a shared model.
25       Q    As far as who is making the call

Giavonni Lewis
08/05/2024

Page 41

1  your experience, at least here in Utah,
2  since 2012 I believe you said, in this burn
3  unit you have seen and cared for patients
4  who have been very responsive to an initial
5  laser treatment session and others that
6  require more laser treatment sessions.  Is
7  that fair?
8       A    Correct.
9       Q    Okay.  Sitting here today, just
10 based on the limited records that you've
11 been shown -- because you don't have an
12 independent recollection of Stephanie or
13 Weston Wadsworth, correct?
14      A    Correct.
15      Q    Sitting here today, you don't
16 have an opinion one way or another whether
17 Stephanie Wadsworth is going to require an
18 additional session after this first six or
19 eight treatments of laser.  Is that fair?
20      A    That is fair.
21      Q    Okay.  Certainly, there is a
22 possibility that she may need additional
23 sessions just based on your own experience
24 in treating burn victims like Stephanie?
25      A    Correct.

Giavonni Lewis
08/05/2024

Page 42

1    Q    Same type of question as to
2    Weston.  Sitting here today, you don't have
3    an understanding as to whether he's going
4    to require an additional session of laser
5    treatments following the first six to
6    eight.  Is that fair?
7    A    Correct.
8    Q    What you did say about Weston,
9    in particular, based on at least some of
10   the photographs that you were shown, the
11   fact that he has -- his area of focus, if
12   you will, is over the knee and the joint, I
13   believe you said that that's a high stakes
14   area?
15   A    Correct.
16   Q    That requires continued
17   follow-up and evaluation up through the age
18   of majority, so the age of 18?
19   A    Correct.  Technically, physical
20   maturity for boys could be up to 21, but
21   technically 18 or physical maturity.
22   Q    Okay.  And with regards to these
23   high stakes areas such as knees and joints,
24   what are some of the complications at the
25   very least that you would be concerned