Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme*
Jared B. Giroux*
Jillian L. Lukens*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants, Jetson Electric Bikes, LLC*
*and Walmart Inc.*

*Attorneys admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-00118-NDF |
| | ) | |
| v. | ) | **DEFENDANTS EXPERT** |
| | ) | **WITNESS DISCLOSURES** |
| WALMART INC. and | ) | |
| JETSON ELECTRIC BIKES, LLC | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**DEFENDANTS' EXPERT WITNESS DISCLOSURES**

Pursuant to the Court's Order Setting Case for Jury Trial and in accordance with Fed. R. Civ. P. 26(a)(2) and U.S.D.C.L.R. 26.1(3), Defendants, Jetson Electric Bikes, LLC and Walmart Inc. (hereinafter "Defendants"), by and through the undersigned counsel, hereby file their expert witness disclosures. Pursuant to the Court's Order, Defendants designate their expert witnesses, including a comprehensive statement of expert's opinions and the basis for the opinions in Exhibits A through Q.

Defendants reserve the right to supplement, update, or make substitutions to this list as the need may arise or as additional witnesses are identified in ongoing investigation and discovery.

1. **JOSEPH R. FILAS, CFI, CFEI, CFI(V)**
   Rimkus Consulting Group, Inc
   8100 S. Akron Street, Suite 320
   Centennial, CO 80112

Mr. Filas, CFI, CFEI, CFI(V), will offer expert testimony in the area of origin and cause investigations. His opinions will be consistent with his written report, which is attached hereto as "Exhibit A", his file materials, and deposition testimony if taken. The basis and substance of his opinions are set forth in his report and includes his review of the documents produced in this case, his review of discovery, his investigation, and his professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of his opinions.

Mr. Filas' curriculum vitae, including his prior testimony and publications, if any, is attached hereto as "Exhibit B". Mr. Filas' fee schedule is attached hereto as "Exhibit C".

2. **GREGORY E. GORBETT, Ph.D., IAAI-CFI, CFEI, CFPS**
   FIRE Dynamics Analysis
   330 Eastern Bypass, Suite 1
   PMB #231
   Richmond, KY 40475

Mr. Gorbett, Ph.D., IAAI-CFI, CFEI, CFPS, will offer expert testimony in the area of fire modeling and fire dynamics engineering and investigations. His opinions will be consistent with his written report, which is attached hereto as "Exhibit D", his file materials, and deposition testimony if taken. The basis and substance of his opinions are set forth in his report and includes his review of the documents produced in this case, his review of discovery, his investigation, and his professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of his opinions.

Mr. Gorbett's curriculum vitae, including his prior testimony and publications, if any, is attached hereto as "Exhibit E". Mr. Gorbett's fee schedule is attached hereto as "Exhibit F".

3. **SAMUEL SUDLER, III, PE, IntPE, DFE, F.NSPE, CFEI, CVFI**
   SEA Limited
   795 Cromwell Park Drive, Suite N
   Glen Burnie, MD 21061

Mr. Sudler, PE, IntPE, DFE, F.NSPE, CFEI, CVFI, will offer expert testimony in the area of electrical engineering and failure investigations. His opinions will be consistent with his written report, which is attached hereto as "Exhibit G", his file materials, and deposition testimony if taken. The basis and substance of his opinions are set forth in his report and includes his review of the documents produced in this case, his review of discovery, his investigation, and his professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of his opinions.

Mr. Sudler's curriculum vitae, including his prior testimony and publications, if any, is attached hereto as "Exhibit H". Mr. Sudler's fee schedule is attached hereto as "Exhibit I".

4. **BRIAN STRANDJORD, PE, CFI, CFEI**
   AEI Corporation
   8197 West Brandon Drive,
   Littleton, CO 80125

Mr. Strandjord, PE CFI, CFEI, will offer expert testimony in the area of mechanical and electrical engineering and failure investigations. His opinions will be consistent with his written report, which is attached hereto as "Exhibit J", his file materials, and deposition testimony if taken. The basis and substance of his opinions are set forth in his report and includes his review of the documents produced in this case, his review of discovery, his investigation, and his professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of his opinions.

Mr. Strandjord's curriculum vitae, including his prior testimony and publications, if any, is attached hereto as "Exhibit K". Mr. Strandjord's fee schedule is attached hereto as "Exhibit L".

5. **CLOIE JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**
   OSC Vocational Systems, Inc.
   10132 NE 185th Street
   Bothell, WA 98011

Ms. Johnson, M.Ed., A.B.V.E.-D., C.C.M, will offer expert testimony in the area of vocational rehabilitation and life care planning. Her opinions will be consistent with her written report, which is attached hereto as "Exhibit M", her file materials, and deposition testimony if taken. The basis and substance of her opinions are set forth in her report and includes her review of the documents produced in this case, her review of discovery, her investigation, and her professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of her opinions.

Ms. Johnson's curriculum vitae, including her prior testimony and publications, if any, is attached hereto as "Exhibit N". Ms. Johnson's fee schedule is attached hereto as "Exhibit O".

6. **CHARITY ROWSEY, CPA, MAFF, CVA**
   Rowsey Financial Forensics, LLC
   P.O. Box 59604

Helena, MT 59604

Ms. Rowsey, CPA, MAFF, CVA, is a certified public accountant and forensic financial investigator.  Her opinions will be consistent with her written report, which is attached hereto as "Exhibit P", her file materials, and deposition testimony if taken. The basis and substance of her opinions are set forth in her report and includes her review of the documents produced in this case, her review of discovery, her investigation, and her professional training, education, knowledge, experience, and skill. Defendants may utilize at trial as exhibits any of the above-referenced materials and/or photographs as a summary or in support of her opinions.

Ms. Rowsey's curriculum vitae, including her prior testimony and publications, if any, is attached hereto as "Exhibit Q". Ms. Rowsey charged $385.00 per hour for her services.

7.   Any consultant, investigator, or other person retained by any other party for purposes relating to this lawsuit.

8.   Any health care providers or health professionals who rendered care to Plaintiffs relating to the underlying incident.

9.   These Defendants reserve the right to supplement this disclosure statement with additional witnesses as discovery / disclosures proceed.

10.  These Defendants reserve the right to elicit opinion testimony from non-retained and retained experts identified by any of the other parties to this action, using, if necessary, any exhibits identified by the other parties.

**McCOY LEAVITT LASKEY, LLC**

Dated: <u>September 13, 2024</u>          By: <u> /s/Eugene M. LaFlamme</u>

Eugene M. LaFlamme     *Pro Hac Vice*
Jared B. Giroux          *Pro Hac Vice*
Jillian L. Lukens         *Pro Hac Vice*
Riverwood Corporate Center III

N19 W24200 Riverwood Drive, Ste. 125
Waukesha, WI 53188
Phone (262) 522-7000 - Fax (262) 522-7020
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

and

**CROWLEY FLECK, PLLP**

Timothy Stubson, Wyo. Bar. No. 6-3144
Holly Tysse, Wyo. Bar. No. 7-5553
Brandon Pryde, Wyo. Bar. No. 8-6883
111 West 2nd Street, Suite 220
Casper, WY 82601
Phone: (307) 265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

*Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was served on the 13th day of September, 2024, upon all parties in the above cause by serving the attorneys of record at their respective addresses disclosed on the pleadings. Service was made by:

☐ U.S. Mail      ☐ Hand-Delivery      ◉ Email      ☐ Facsimile      ◉ Other – EDMS

Taly Goody, Esq.
Greyson Goody, Esq.
Goody Law Group, LLP
8605 Santa Monica Blvd., #90793
West Hollywood, CA 90069-4109
taly@goodylawgroup.com
greyson@goodylawgroup.com
Maki@goodylawgroup.com
Hilda@goodylawgroup.com

T. Michael Morgan, Esq.
Rudwin Ayala, Esq.
Eitan Goldrosen, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@forthepeople.com
rayala@forthepeople.com
egoldrosen@forthepeople.com
akelseyflowers@forthepeople.com;
csmaya@forthepeople.com

_____ /s/ Angela J. Hinrichs _____
Angela J. Hinrichs, Legal Assistant