

795 Cromwell Park Drive
Suite N
Glen Burnie, Maryland 21061
410.766.2390  •  800.635.9507
Fax 410.768.0749
www.SEAlimited.com

# FEE/COST SUMMARY

*Samuel G. Sudler, III, P.E., IntPE, CFEI*

Investigative and engineering analyses are conducted on a time-and-expense basis.  SEA, Ltd. invoices for activities, including but not limited to, travel time, scene inspection, follow-up investigation, testing and analysis, documentation and report writing, court preparation, deposition and courtroom testimony.  The hourly fee per individual is the same, regardless of the activity being performed on the project (travel, scene inspection, communication, deposition, trial, etc.).  **The current billable rate per hour for** *Samuel G. Sudler, III is $450.*

SEA, Ltd. also invoices for any out-of-pocket expenses on an actual cost basis.  Other expenses may include, but are not limited to, travel costs, photographs, photocopies, police/fire/agency reports, postage, faxes, international long-distance telephone charges, supplies, equipment or tool rental when required, evidence storage fees, and special testing or laboratory services.  Often, chemical laboratory charges are established on a fee-per-sample/per-test basis (i.e., fire debris by gas chromatography).  Items not included in the fee-per-sample rate will either be quoted a rate and/or analysis performed at the chemist's regular hourly rate.

*This document is submitted in response to your request.  This document is Privileged and Confidential.  This document is not to be disseminated to any third party in any other manner or form than indicated.  Rates listed are effective 1/1/24.  Hourly rates may be subject to change.  To ensure accuracy, please inquire about current rates.*

**EXHIBIT I**

*00430311.17*