## CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.

10132 NE 185th St.
Bothell, WA 98011
425-486-4040 ext. 5222
cloie@osc-voc.com

**Education**

M.Ed, Guidance and Counseling,
Whitworth College, Spokane, Washington, 1996
B.S., Liberal Studies, (Psychology, Sociology and Counseling)
University of the State of New York, Troy, New York, 1992

**Certifications**

Registered Vocational Rehabilitation Counselor, Washington
State Department of Labor and Industries #8764 1993
Certified Vocational Rehabilitation Counselor, Oregon
Workers' Compensation Division #AC 0486 2006
Certified Case Manager M-027632 1998
Vocational Expert for the Social Security Administration's
Office of Hearings and Appeals, Seattle, WA 2002
Diplomate – American Board of Vocational Experts 2002
Contracted Counselor with Veteran's Administration 2002

## Professional Affiliations, Awards and Involvement

Professionals in Workers' Compensation, Seattle, WA Member
Past President and Board Member (2001-2003)
Washington Self Insurer's Association – Member
Past Board of Directors Vocational Representative (2013 – 2017)
International Association of Rehabilitation Professionals (IARP), Member
IARP, International Academy of Life Care Planning (IALCP) Member
Past Chair (2008 - 2010)
IALCP Standards of Practice for Life Care Planning; Advisory Group 3rd
Edition (2013 – 2014) and 4th Edition (2021 – 2022)
IALCP Life Care Planning Summit Chair/Co-Chair/Committee,
2010, 2011 (Canada), 2012, 2015, 2017, 2022
IALCP Costing Framework for Life Care Planning; Advisory Group
(2023 – present)
Rehabilitation Professional Journal,
Past Managing Editor (2007-2011)
Current Editorial Board Member
Journal of Life Care Planning (JLCP)
Current Editorial Board Member
The Earnings Analyst
Current Editorial Board Member
Collegium of Pecuniary Damages Experts (CPDE)
American Rehabilitation Economics Association (AREA)
American Academy of Economic and Financial Experts (AAEFE)
Lifetime Achievement Award – October 2016
Presented by the International Symposium of Life Care Planning,
(Foundation for Life Care Planning Research (FLCPR),
International Commission on Health Care Certification (ICHCC),
IARP, IALCP, and The Care Planner Network)

EXHIBIT N

## CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.

**Professional Experience**

Vocational Rehabilitation Counselor/Case Manager

    OSC Vocational Systems, Inc.                             1/2002 – Present

- Perform vocational assessments of disabled veterans, injured worker's and their occupations after sustaining an industrial injury or occupational disease.
- Provide vocational services to individuals in need of retraining or placement to obtain and perform gainful employment on a continuous basis.
- Perform case management services and coordinate Care Plans for individuals with a catastrophic injury or long term health care needs.
- Perform economic damage calculations regarding loss of earning capacity, wageloss and life care planning, including reduction to present value.
- Perform assessments, file reviews, reporting and expert witness testimony in injury, state and federal civil, workers' compensation and social security cases regarding ability to work, wage loss, life care planning and lost earning capacity.

Field Case Manager/Vocational Rehabilitation Counselor/Case Manager

    Intracorp                                           9/1993 – 1/2002

- Perform vocational assessments of disabled veterans, injured worker's and their occupations after sustaining an industrial injury or occupational disease.
- Provide vocational services to individuals in need of retraining or placement to obtain and perform gainful employment on a continuous basis.
- Perform case management services and coordinate Care Plans for individuals with a catastrophic injury or long term health care needs.
- Perform economic damage calculations regarding loss of earning capacity, wageloss and life care planning.
- Perform assessments, file reviews, reporting and expert witness testimony in injury, state and federal civil, workers' compensation and social security cases regarding ability to work, wage loss, and lost earning capacity.
- Provided review, assessment, reporting and expert witness testimony in various state and federal worker's compensation files to include Washington, Oregon Alaska, California, Texas, Florida, Iowa, Nebraska, North Dakota, Idaho, Longshore Harbor Workers Act, OWCP and United States Air Force.
- Prepared and provided educational training to colleagues and other professionals regarding vocational services.
- Performed vocational assessments of injured workers and their occupations after sustaining an industrial injury or occupational disease.
- Provided vocational services to individuals in need of retraining to obtain and perform gainful employment on a continuous basis.
- Performed file reviews, interviews and assessment in order to provide opinions regarding individuals ability to work.

Behavioral Science Specialist

    United States Army, SC, TX, OK, Panama, AR, WA               1987 – 1995

- Active Duty 5 years; Reserve Duty 3 years.

## CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.

**Professional Experience** (cont.)

Behavioral Science Specialist

United States Army, SC, TX, OK, Panama, AR, WA                          1987 – 1995

- Non-Commissioned Officer in Charge of the following clinics: Community Mental Health Services, Psychological Testing Services, Alcohol and Drug Abuse Prevention and Control Program, and Social Work Services
- Provided discharge planning services and family advocacy assessments for soldiers and dependents leaving the hospital after treatment
- Provided crisis intervention, supportive and guidance counseling to active duty, retired military and their dependents.
- Performed and assisted in the personality, neuro-psychological and intelligence testing of soldiers and their families.
- Provided alcohol and drug assessment, training and counseling services to the 1st Battalion 508th Airborne infantry, a 600-man battalion stationed at Fort Kobbe, Panama.
- Performed file reviews, interviews and assessment in order to provide opinions regarding individuals fitness for duty and ability to serve in the United States Armed Forces.
- Prepared and provided educational training to colleagues and other professionals regarding behavioral science specialist activities.
- Interviewed clients with problems, such as personal and family adjustments, finances, employment, food, clothing, housing, and physical and mental impairments to determine nature and degree of problem.
- Reviewed service plans and performs follow-up to determine quantity and quality of service provided client and status of client's case.
- Performed on-call services to the emergency room for crisis intervention, assessments and triage for psychiatric and domestic cases.
- Served on the Family Advocacy Case Management Team
- Developed and implemented a Standard Trainee Rapid Adjustment Counseling (STRAC) Program for newly enlisted soldiers in an effort to reduce loss and adjustment disorders of young soldiers newly transitioned to the military.
- Provided training to unit Alcohol and Drug Coordinators for routine assessment, monitoring and referral of soldiers with substance abuse problems.
- Served a combat tour during Operation Just Cause
- Performed Critical Incident Stress Debriefings after traumatic events and was part of the Gorgas Army Hospital Psychiatric Emergency Response Team (PERT) responding to fatalities and crises throughout the military bases in Panama.

## Publications and Presentations:

Johnson, C., (2002) Contributor in Dillman, E., Field, T., Horner, S., Slesnick, T., and Weed, R., **Approaches to Estimating Lost Earnings: Strategies for the Rehabilitation Consultant,** Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. and Parker, J., **Introduction to Workers' Compensation in Washington,** Lorman Education Services, Eau Claire, WI, (2002), Presenter, 9/19/02

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

<u>**Publications and Presentations:**</u> (cont.)

Johnson, C. and Parker, J., **Advanced Workers' Compensation in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 12/12/02

Johnson, C., **Vocational Reform,** Professionals In Workers Compensation, Presenter, 1/16/03

Johnson, C. and Parker, J., **Advanced Workers' Compensation in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 2/18/03

Johnson, C., (2003), <u>Book Review, The Transitional Classification of Jobs,</u> *Journal of Life Care Planning*, Vol. 2, No. 4, 215-218, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. and Bennett, N., **Five Most Common Injuries in Workers' Compensation Update in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 4/27/04

Johnson, C., **Top 10 Tips from a Vocational Expert,** Washington State Trial Lawyers, Workers Compensation Conference, Presenter, 5/14/04

Johnson, C., Choppa, A., Field, T., Fountaine, J., Grimes, J., Jayne, K., and Shafer, K., (2004), **The Efficacy of Professional Clinical Judgment: Developing Expert Testimony in Cases Involving Vocational Rehabilitation and Care Planning Issues**, *Journal of Life Care Planning*, Vol. 3, No. 3, 131-150, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Bennett, N., Choppa, A., Cohen, M., Fountaine, J., Glass, S., Lohse, K., Parker, J., Penberthy, A., and Silberberg E., **Life Care Planning in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 10/14/04

Johnson, C., Blackwell, T., Kelsey, M., and Neulicht, A., (2005), **Vocational Expert, Revised and Updated**, Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C. and Fountaine, J., **Successful Handling of Wrongful Death Cases,** Lorman Education Services, Eau Claire, WI, Presenter, 3/21/05

Johnson, C., Farnsworth, K., Field, J., Field, T., Griffin, S., Jayne, K., Kelsay, E., Kelsay, M., Neulicht, A., Van de Bittner, E., and Van de Bittner, S., (2005) Contributor and Editor, **Quick Desk Reference (QDR) Forensic Rehabilitation Consultants**, Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C., Choppa, A. and Field, T., (2006), **The Daubert Challenge; From Referral to Trial**, Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C., Field, T., Schmidt, R., and Van de Bittner, G, (2006), **Methods and Protocols; Meeting the Criteria of General Acceptance and Peer Review Under Daubert and Kumho**, Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C., **Vocational Plans: Positives and Pitfalls,** Professionals In Workers Compensation, Presenter, 1/19/06

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

**Publications and Presentations:** (cont.)

Johnson, C., **Vocational Experts and Issues: From Referral to Testimony,** Washington Self Insured Association Spring Conference, Presenter, 3/17/06

Johnson, C., **Private Sector Rehabilitation, Life Care Planning Seminar,** Guest Lecturer, Texas Tech University, 4/10 – 14/06

Johnson, C. and Bennett, N., **Workers' Compensation Update in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 10/12/06

Johnson, C. and Weed, R., (2006), **Life Care Planning in Light of Daubert and Kuhn**, Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C., **Admissible Testimony Series Pre-Conference Seminar,** IARP – Forensic Conference, Scottsdale, AZ Presenter, 11/2/06

Johnson, C., **Private Sector Rehabilitation, Life Care Planning Seminar,** Guest Lecturer, Texas Tech University, 4/9 – 13/07

Johnson, C., **Traumatic Brain Injuries: Meeting Real Life Needs: Vocational Assessments, Rehabilitation and Life Care Plans**, Washington State Trial Lawyers, Workers Compensation Conference, Presenter, 6/15/07

Johnson, C., Choppa, A., Field, T., Fountaine, J., and Jayne, K., (2007), **Rule of Evidence vs. Professional Certifications: The Real Basis for Establishing Admissible Testimony by Rehabilitation Counselors and Case Managers**, *Rehabilitation Professional Journal***,** Vol. 15, No. 3, 7 – 16, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Fountaine, J., Gibson, G., Jayne, K., Parker, J., and Vega, E., **Preconference – Earning Capacity Data, Methodology, and Thinking Outside the Box,** IARP – Forensic Conference, Presenter, 11/1/07

Johnson, C., Bensch, E., and Hollar, P., **Workers' Compensation Update,** Lorman Education Services, Tacoma, WA, Presenter, 11/28/07

Johnson, C., **Self Insured Vocational Update,** Puget Sound Workers' Compensation Trust, Renton, WA, Presenter, 12/6/07

Johnson, C., (2008) Contributor in Field , J. and Field, T. (Eds.), **CDMS Study Guide, 5th Edition**, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., **Private Sector Rehabilitation, Life Care Planning Seminar,** Guest Lecturer, Minnesota State University, Spring 2008

Johnson, C. and Bennett, N., **Workers' Compensation Update in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 2/27/08

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

<u>**Publications and Presentations:**</u> (cont.)

Johnson, C., Becker, T., and Bennett, N., **Applications of work physiology science to capacity test prediction of full-time work – 8 hour work day and the Utilization of the FCE for Vocational Case Management and/or Forensic Case Management by the Vocational Expert,** IARP Annual Conference, Los Angeles, CA, Presenter, 5/17/08

Johnson, C. and Choppa, A., (2008), **Response to Estimating Earning Capacity: Venues, Factors and Methods,** Timothy F. Field, Ph.D., *Earning Capacity Journal*, Vol. 1, No. 1, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Choppa, A., Deutsch, P., Field, T., Fountaine, J., and Gamboa, A., **Worklife Expectancy and Life Expectancy Data, Methodology, and Thinking Outside the Box – Effects on Earning Capacity Assessments and Life Care Plans,** IARP – Forensic Pre-Conference, Presenter, 10/30/08

Johnson, C., Becker, T, and Bennett, N., **Rehabilitation Educators Guide for Work Task and Activity of Daily Living Using the Science of Full Time Work,** National Rehabilitation Educators Conference – Spring Conference, San Antonio, TX, Presenter, 2/20/09

Johnson, C., **Life Care Planning Issues Associated with the Traumatic Brain Injury Victim**, Washington State Association for Justice, Seattle, WA, Presenter, 3/20/09

Johnson, C., **Private Sector Rehabilitation, Life Care Planning Seminar,** Guest Lecturer, Minnesota State University, Presenter, Spring 2009

Johnson, C., Bensch, E., and Hollar, P., **Workers' Compensation Update,** Lorman Education Services, Seattle, WA, Presenter, 4/24/09

Johnson, C., Choppa, A., Field, T., Fountaine, J., Jayne, K., and Smith, A., (2009), **Bereavement and Mortality: A Methodology for Assessing Capacity and Functioning Following the Loss of a Spouse**, *Journal of Life Care Planning*, Vol. 7, No. 4, 163-179. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., **Medical and Other Records for Paralegals, How to Get the Most From Them,** Institute for Paralegal Education, Webinar Presenter, 8/25/09

Johnson, C. and Preston, K., **Life Care Planning Summits: An Analysis of Results and Relevancy for the Future,** International Symposium of Life Care Planning, Chicago, IL, Presenter, 9/26/09

Johnson, C., Deutsch, P, Riddick-Grisham, S. Bonfiglio, R., and Pomeranz, J., **Building Foundations in Life Care Planning, (Standards of Practice in Life Care Planning and Cases Where LCP Opinions Have Been Challenged)**, International Symposium of Life Care Planning, Chicago, IL, Presenter, 9/24-25/09

## CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.

**Publications and Presentations:** (cont.)

Johnson, C., Fountaine, J., Jayne, K., and Neulicht, A., **Preconference Thinking Outside the Box – Anatomy of a Case and Special Considerations, Part 3 of 3,** IARP Forensic Conference, Presenter, 10/29/09

Johnson, C., Berens, D., Pomeranz, J., and Preston, K., **Life Care Planning Summit 2010**, Georgia State University**,** Atlanta, GA, Co-Chair and Presenter, 4/17 and 18/10

Johnson, C., Berens, D., Pomeranz, J., and Preston, K., (2010), **Life Care Planning Summit 2010 Proceedings,,** *Journal of Life Care Planning*, Vol. 9, No.2, 3 - 14. Elliott and Fitzpatrick, Inc. Athens, GA:

Johnson, C., Bennett, N., Fisher, M., Fountaine, J., and Parker, J., (2010), **Past Medical Bill Review: Who is Best Qualified to Determine the Reasonableness of Costs?,** Trial News

Johnson, C., Choppa, A., and Field, T., **Clinical Judgment,** IARP Webinar, Presenter, 10/13/10

Johnson, C., Lacerte, M., and Weed, R., **Canadian Life Care Planning Summit 2011**, Toronto, Ontario, Co-Chair and Presenter, 6/3 and 4/11

Johnson, C., Bennett, N., Fisher, M., Fountaine, J., and Parker, J., **Determining the Reasonableness of Past Medical Bills**, American Rehabilitation Economics Association (AREA) Annual Conference, Seattle, WA, Presenter, 6/9/11

Johnson, C., Choppa, A., Field, T., and Jayne, K.; **Clinical Judgment**, American Rehabilitation Economics Association (AREA) Annual Conference 2011, Seattle, WA, Presenter, 6/11/11

Johnson, C., Lacerte, M, and Weed, R., (2011), **Canadian Life Care Planning Summit 2011 Proceedings**, *Journal of Life Care Planning*, Vol. 10, No.3, 87-106. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., (2012), **Guest Editor**, *Journal of Life Care Planning*, Vol. 11, No. 1, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Weed, R., Grisham, S., and Yuhas, S., (2012), **What Every Life Care Planner Should Know About the 2012 Summit.** *Journal of Life Care Planning*, Vol. 11, No. 1, 113-130. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., **2012 Life Care Planning Summit,** Dallas, TX, Chair and Presenter, 5/5 - 6/12

Johnson, C., (2012), **The 2012 Life Care Planning Summit: Third Time is a Charm.**, *Journal of Life Care Planning*, Vol. 11, No.2, 3-8. Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C. and Preston, K., (2012), **Consensus and Majority Statements derived from Life Care Planning Summits held in 2000, 2002, 2004, 2006, 2008, 2010 and 2012**, *Journal of Life Care Planning*, Vol. 11, No. 2, 9-14, Elliott and Fitzpatrick, Inc., Athens, GA

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

**Publications and Presentations:** (cont.)

Johnson, C., **Life Care Planning Process and Practice,** Association Internationale de Dommage Corporel Pre-Congress Workshop: Life Care Planning: State of Art., Montreal, Canada, Presenter, 9/9/12

Johnson, C. and Choppa, A., **Case Studies and Discussion: Amputation and Spinal Cord Injury,** Association Internationale de Dommage Corporel Pre-Congress Workshop: Life care Planning: State of Art., Montreal, Canada, Presenter, 9/9/12

Johnson, C. and Choppa, A., **Fundamentals and Practice of Life Care Planning,** Washington Chapter IARP, Fall Conference, Tacoma, WA, Presenter, 9/21/12

Johnson, C., Choppa, A., and Neulicht, A., (2013) **Foundations for Forensic Vocational Rehabilitation -** *Chapter 11* **Case Conceptualization: Achieving Opinion Validity through the Lens of Clinical Judgment,** Springer Publishing Company, New York, NY.

Johnson, C. and Sommers, L., **Best Practices in ADA, FMLA and Workers' Compensation,** Lorman Education Services, Eau Claire, WI, Presenter, 7/17/13

Johnson, C. and Lacerte, M., Co-Editors, (2013) **Special Issue on Life Care Planning,** *Physical Medicine and Rehabilitation Clinics of North America*, Vol 24, No. 3, 403-572, Elsevier, Philadelphia, PA

Johnson, C. and Weed, R., (2013) **The Life Care Planning Process,** *Physical Medicine and Rehabilitation Clinics of North America* - August 2013 (Vol. 24, Issue 3, Pages 403-417, DOI: 10.1016/j.pmr.2013.03.008)

Johnson, C. and Katz, R., (2013) **Life Care Planning for the Child with Cerebral Palsy,** *Physical Medicine and Rehabilitation Clinics of North America* - August 2013 (Vol. 24, Issue 3, Pages 491-505, DOI: 10.1016/j.pmr.2013.03.003)

Johnson, C., Choppa, A., and Meier, R., (2013) **Life Care Planning for Persons with Amputations,** *Physical Medicine and Rehabilitation Clinics of North America* - August 2013 (Vol. 24, Issue 3, Pages 467-489, DOI: 10.1016/j.pmr.2013.03.004)

Johnson, C. and Sommers, L., **Workers' Compensation Update,** Lorman Education Services, Eau Claire, WI, Presenter, 12/13/13

Johnson, C. and Cary, J., **Workers' Compensation Update in Washington,** Lorman Education Services, Eau Claire, WI, Presenter, 12/12/14

Johnson, C., Lacerte, M., and Fountaine, J., (2015) **Certification Standards for Professionals Coordinating Life Care Plans for Individuals Who Have Acquired Brain Injury,** *NeuroRehabilitation Journal*, Vol. 36, No. 3, 235-241.

## CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.

**Publications and Presentations:** (cont.)

Johnson, C., Cary, J., Choppa, N., and Gamez, J., **Labor Market Survey/Research: A New Approach to LMS Focused on the Injured Worker and Grounded in Objective and Reliable Data,** Seattle, WA, Washington State Association for Justice Section Meeting, Presenter, 7/09/2015

Johnson, C. and Gamez, J., (2015) **What is the Life Care Planning Summit; and Why Should You Attend the 2015 Summit?**, *Journal of Life Care Planning*, Vol. 13, No. 1., 19-22, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Field, T., Choppa A., and Fountaine, J., (2015) **The Collateral Source Rule and the Affordable Care Act: Implications for Life Care Planning and Economic Damages,** *Journal of Life Care Planning*, Vol. 13, No. 3, 3-16. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., **2015 Life Care Planning Summit,** Pre-conference - International Symposium on Life Care Planning, Scottsdale, AZ, 9/18/15.

Johnson, C., Field, T. and Choppa A. **The Collateral Source Rule and the Affordable Care Act: Implications for Life Care Planning and Economic Damages,** International Symposium on Life Care Planning, Scottsdale, AZ, 9/19/15.

Johnson, C., (2015) **2015 Life Care Planning Summit: Moving Forward and Looking Ahead,** *Journal of Life Care Planning*, Vol. 13, No. 4, 27-33. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. (2015) **Consensus and Majority Statements Derived from Life Care Planning Summits Held in 2000, 2002, 2004, 2006, 2008, 2010, 2012 and 2015,** *Journal of Life Care Planning*, Vol. 13, No. 4, 35-38. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Field, T., and Choppa, A. (2015) **Prologue - The Collateral Source Rule and the Affordable Care Act: Implications for Life Care Planning and Economic Damages,** *Journal of Life Care Planning*, Vol. 13, No. 4, 47-50. Elliott and Fitzpatrick, Inc., Athens, GA:

Johnson, C. and Choppa, N., **Medical Issues in Workers' Compensation, Vocational and Legal Perspectives**. National Business Institute. Workers' Compensation from A to Z, 109-119, November 18, 2015

Johnson, C. and Choppa, N., (2016) **Use of the FCE in Estimation of Client Care of Services,** *Rehabilitation Professional Journal***,** Vol. 24, No. 1, 31-36, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Field, T. and Choppa, A., **Collateral Sources and Life Care Planning: Issues Related to the Life Care Planner's Role in the Emerging ACA Climate**, American Board of Vocational Experts Annual Conference, Vancouver, BC, Presenter, 4/8/16.

Johnson, C. and Donley, J., **Revised Labor Market Survey Research (LMS/R),** CC/ AGO University, Tumwater, WA 5/25/16

Johnson, C., **Life Care Planning Standards of Practice,** Canadian Society of Medical Examiners, Toronto, ON. Presenter 6/3/16

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

**Publications and Presentations:** (cont.)

Johnson, C., Cary, J. Choppa, N., and Gamez, J., **Building a Supportable Labor Market**, Tumwater, WA, WA State Department of Labor and Industries Fall Conference Presenter 10/05/16

Johnson, C., Cary, J., Choppa, N., and Gamez, J., **Code of Ethics Review, CRC and CDMS**, DoubleTree SeaTaC., WA IAM Corporation to Re-employment and Safety Training (CREST) Conference Presenter, 12/5/16

Johnson, C., (2017). Contributor in Field, J. and Field, T. (Eds.), **Forensic Casebook: Vocational and Economic Reports**. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. and Gamez, J., (2015) **Why Should You Attend the 2017 Life Care Planning Summit?**, *Journal of Life Care Planning*, Vol. 15, No. 1., pp.41-43, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. and Cary, J., (2016) **Response to: Appropriate Use of Vocational Opinions to Rebut a Scheduled Rating in California Workers' Compensation Claims for Permanent Partial Disability After *Dahl* and After Senate Bill 863**. *Journal of Forensic Vocational Analysis,* 17(1), pp 39 – 43, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Albee, T. and Gamez, J., (2017), **Life Care Planning Summit Proceedings**, *Journal of Life Care Planning,* 15(3), 19 – 29,

Johnson, C., Gamez, J., and Stajduhar, L., (2017), **A Comparison of Life Care Planning Standards of Practice,** *Journal of Life Care Planning*, 15(3), 37-44. Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C. and Choppa, A., **Life Care Planning Process and Practice Case Studies and Discussion: Amputation and Spinal Cord Injury,** Guest Lecturer, University of Washington Law School, Seattle, WA, 11/28/17

Johnson, C., Guest Editor (2018) **Special Issue on Life Care Planning Summits,** *Journal of Life Care Planning,* 16(4), Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Pomeranz, J. and Stetten, 2018 **Life Care Planning Consensus and Majority Statements, 2000-2018: Are They Still Relevant and Reliable? A Delphi Study**, *Journal of Life Care Planning,* 16(4), 5-15, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Pomeranz, J. and Stetten, 2018 **Consensus and Majority Statements derived from Life Care Planning Summits held in 2000, 2002, 2004, 2006, 2008, 2010, 2012, 2015 and 2017 and updated via Delphi study in 2018**, , *Journal of Life Care Planning,* 16(4), 15- 19, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., (2019) **A Historical Review of Life Care Planning Summits since 2000** *Journal of Life Care Planning,* 17(3), 37-51, Elliott and Fitzpatrick, Inc., Athens, GA

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

<u>**Publications and Presentations:**</u> (cont.)

Johnson, C. and Choppa, N., (2020). **Life Care Planning; Coordination of Care; A Tool of Case Management**. *Washington Chapter - IARP Winter Newsletter.* January 2020, 7-10.

Johnson, C., Choppa, N., and Cary J., **Accommodating Anxiety, Workplace Stress and PTSD Under the ADA.** Lorman Education Services Webinar, Presenter, 12/1/20.

Johnson, C., Cary, J., Choppa, N. Layton, K., McBroom Weiss, M., and Taylor, D., (2021). **Considerations for Vocational Assessments in the Era of COVID-19**. *Rehabilitation Professional,* 29 (2), 57-70, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Cary, J., Choppa A., Choppa, N., and Fountaine, J., **A Walk-Through from Referral to Testimony; Methodology & Admissibility,** IARP 2021 Virtual Conference – Pre-Conference, Presenter, 11/11/21.

Johnson, C., Cary, J., Choppa, N. Layton, K., McBroom Weiss, M., and Taylor, D., (2021). **Considerations for Vocational Assessments in the Era of COVID-19**. *Rehabilitation Professional*, 29, (1), 57-70. *[Selected for reprint in the The Rehabilitation Professional & Journal of Life Care Planning: A Year in Review (2021) Vol.1, No. 1, (9-22)]*

Johnson, C. and Woodard, L., **Life Care Planning Cost Techniques: History, Methodology, and Literature Review**, IARP, IALCP 2022 Life Care Planning Summit, Dallas, TX, Presenter, 5/13/22

Johnson, C. and Woodard, L., (2022). **Life Care Planning Cost Techniques: History, Methodology, and Literature Review**, *Journal of Life Care Planning,* 20 (2), 37-55, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Cary, J. and Robert, E., (2022). **A Comparison of the Definition of a Life Care Plan: The Impact on Life Care Planners**, *Journal of Life Care Planning,* 20 (3), 25-43, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Layton, K., McBroom Weiss, M., and Taylor, D., (2022). **Admissibility: Federal Rules of Evidence 702 Revisited,** *Rehabilitation Professional,* 30 (3), 13-22, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., (2022). **A Comparison of Codes of Ethics of Life Care Planners, International Symposium of Life Care Planners,** Fort Worth, TX, Presented 10/20/22

Johnson, C., Cary, J. and Robert, E., (2022). **A Comparison of the Definition of a Life Care Plan: The Impact on Life Care Planners**, *The Rehabilitation Professional & Journal of Life Care Planning: A Year in Review* Vol. 20, No 1, 88-107, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Choppa, A., and Girards, J., **Presenting Life Care Planning Testimony, International Symposium of Life Care Planners,** Fort Worth, TX, Presented 10/20/22

**CLOIE B. JOHNSON, M.Ed., A.B.V.E.-D., C.C.M.**

**Publications and Presentations:** (cont.)

Johnson, C., Pomeranz, J., Yu, N., Robert, E., Davis, E., Woodard, L., and Penilton, D., (2023), **2022 Life Care Planning Summit,** *Journal of Life Care Planning,* Vol: 21:No 1, 31-68, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Cary, J., Choppa A., Choppa, N., and Fountaine, J., (2023), **A Walk-Through from Referral to Testimony; Methodology & Admissibility,** *Journal of Life Care Planning,* Vol: 21:No 1, 69-84, Elliott and Fitzpatrick, Inc., Athens, GA

Johnson, C., Choppa, N., and Choppa A., **A Comparison of the Certifications of a Life Care Planner; and the Rules of Evidence.** IARP, Fall Forum and IALCP Symposium, Arlington, VA. Presented 10/26/23

Johnson, C. and Choppa, A., **Life Care Planning Process and Practice Case Studies and Discussion,** Guest Lecturer, University of Washington Law School, Seattle, WA, 11/29/24

Johnson, C., Bomberger, A., and Grunhurd, B., **Managing Employees Pre-existing Injuries.** Lorman Education Services Webinar, Presenter, 1/23/24.

Johnson, C., (2023), Book Review, Life Care Planning and Case Management Across the Lifespan, *Journal of Life Care Planning*, [at press], Elliott and Fitzpatrick, Inc., Athens, GA