

**VOCATIONAL SYSTEMS, INC.**

# Rate Structure

## Earning Capacity/Life Care Planning

| Service/Description | Rate | Mileage[1] |
|---|---|---|
| **Professional Time** | **$285.00** | **$0.670** |
| **Present Value Calculation** | **$340.00** | **$0.670** |
| **Deposition / Testimony (per hour) 1 Hour Minimum** | **$450.00** | **$0.670** |
| **Non-Refundable Retainer** | **$875.00** | |

_____

*Discovery Depositions:  All discovery depositions must be paid three (3) business days in advance or re-scheduling will be required. This prepayment is non-refundable unless notice of cancellation is received three (3) business days in advance.  This includes any travel time, mileage and/or parking at our customary rate if the Subpoena Duces Tecum requires travel. Rates are subject to change.*

_____

Mileage reimbursement will match IRS rates per mile
Effective 10/1/2023

(Bothell) Office ☏ 10132 N.E. 185th
Bothell, WA 98011 ● (425) 486-4040
Fax: (425) 486-8701

Burlington Office ☏ 160 Cascade Pl. Suite 204
Burlington, WA 98233 ● (360) 424-6239
Fax: (360) 738-9524

Olympia Office ☏ 2101 4th Ave Suite 101
Olympia, WA 98506 ● (360) 352-5078
Fax: (360) 352-5417

Maruni 123 Main St Bi ☏ Chehalis Office
Chehalis, WA  98532● (360) 219-1048
Fax: (360) 352-5417

Wenatchee Office ☏ 7 N. Wenatchee Ave Suite 402
Wenatchee, WA 98801 ● (509) 665-8382
Fax: (509) 325-7666

Edmonds Office ☏ 7500 212th St. S.W., Suite 216
Edmonds, WA 98026 ● (425) 672-9600
Fax: (425) 776-5375

Burien Office ☏ 601 SW 152nd St
Burien, WA 98166● (206) 243-1300
Fax: (206) 243-0366

Lake Crayolta 72162 ☏ Kingston Office 300
Kingston, WA 98346 ● (360) 633-4252
Fax: (360) 352-5417

Vancouver Office ☏ 237 Chkalov Dr. Suite 228
Vancouver, WA 98684● (360) 831-0477
Fax: (360) 352-5417

Moses Lake Office ☏ 406 W. Broadway, Suite G
Moses Lake, WA 98837 ● (509) 766-0379
Fax: (509) 765-1392

Bellingham Office ☏ 119 N. Commercial, Suite 350
Bellingham, WA 98225 ● (360) 734-9163
Fax: (360) 738-9524

Tacoma Office ☏ 2607 Bridgeport Way W. #2i
Tacoma, WA 98466 ● (253) 779-5485
Fax: (253) 779-5486

Spokane Office ☏ N. 4181 ● Spokane Office
Spokane, WA 99205 ● (509) 325-7766
Fax: (360) 325-7666

Longview Office ☏ 308 Woodard St SE 6C
Longview, WA 98632● (360) 200-6810
Fax: (360) 352-5417

Aberdeen Office ☏ 110 W. Market St Ste 208
Aberdeen, WA 98520 ● (360) 637-4024
Fax: (360) 352-5417

**EXHIBIT O**