Schedule 15

**Charity A. Rowsey, CPA, MAFF, CVA**
- Shareholder
- Valuation and Litigation Consulting Services Department
- Joined Anderson ZurMuehlen in 1999

**Education**
- Master of Science in Professional Accounting, Montana State University, graduated Summa Cum Laude – 1997
- Bachelor of Science Business, Accounting emphasis, Montana State University, graduated Summa Cum Laude – 1996
- Master Analyst in Financial Forensics – 2008
- Certified Valuation Analyst – 2009
- Continuing education courses through Montana Society of Certified Public Accountants (MSCPA), American Institute of Certified Public Accountants (AICPA), Washington Society of Certified Public Accountants (WSCPA), National Association of Certified Valuation Analysts (NACVA) and Anderson ZurMuehlen sponsored courses.

**Experience**
- Litigation and business consulting experience includes performance of, and assistance with, accounting and fraud investigations, business and financial analysis, stock valuations, and market and industry research.  Computation of economic damages, including lost profits and earnings.
- Public accounting experience includes audits, compilations, reviews, analysis of internal controls, and preparation of tax returns.
- Prepared, reviewed, and analyzed financial statements and filings with the Securities and Exchange Commission, prepared forecasts and projections and evaluated management/business practices.
- Client groups served include retail and trade establishments, manufacturing companies, healthcare, and nonprofit organizations.

**Awards, Activities, and Affiliations**
- Member, AICPA
- Member, MSCPA
- Member, NACVA
- Member, National Association of Forensic Economics
- Published in Montana Lawyer, September 2003, *"Employment Fraud, How and Why is it Happening in Montana?"*

**PHONE:**  406.442.1040
**FAX:**      406.442.1100
**E-MAIL:** crowsey@azworld.com

EXHIBIT Q

**Services to the Legal Profession**
- Extensive litigation consulting experience assisting attorneys on both liability and damage issues.
- Assisted attorneys representing both plaintiffs and defendants with a similar degree of frequency.
- Development of innovative and reasonable solutions to complex business and damage problems.
- Examples of the types of services rendered in resolving issues of liability include:
  - Use of sophisticated computer spreadsheets and databases.
  - Interpretation of financial statements, tax returns, workpapers, Internet research, correspondence files and other source documents in fraud, contract disputes, and other business problem situations.
  - Evaluation of business practices.
- As a consultant, provided assistance with large complex litigation assignments for attorneys for organizing and databasing document files; analyzing and cross-referencing information from various sources and tracking inconsistencies; developing trial exhibits to illustrate business transactions and relationships in a simplified manner; and preparing and assisting with damage claims for settlement negotiations.
- Examples of services in situations needing preparation, assistance with, or evaluation of damage claims include:
  - Business Interruptions
  - Contractual Disputes/Terminations
  - Embezzlement/Fraud
  - Wrongful Death
  - Wrongful Termination
  - Malpractice (medical, legal and accounting)
  - Marital Dissolution
  - Personal Injury
  - Insurance Claim Disputes

## Trial Testimony

| CASE | YEAR | JUDGE | COUNSEL |
|---|---|---|---|
| Murphy Homes, Inc. v. Marilyn Muller & Patrick Aberle | 2004 | Judge Tucker | Palmer Hoovestal |
| Glover v. Skinner | 2005 | Judge Honzel | Norm Grosfield |
| Christy Fleming v. MacKenzie River Pizza Company | 2005 | Judge Salvagni | Norm Grosfield |
| Kuhr, et al v. City of Billings | 2005 | Judge Baugh | Rick Larson |
| Guardianship of M. Johnson | 2006 | Judge Tucker | Kevin Vainio |
| Pettinato v. Stephens & The Toggery, Inc. | 2007 | Judge Curtis | Brand Boyar |
| Linnda Dumont v. Pablo Water and Sewer District | 2008 | Hearing Officer Gregory L. Hanchett | Cindy Walker |
| Kristofer Williams v. Steck's Incorporated | 2008 | Judge Young | C. Edward Webster II |
| Messick & Bowman, et al v. Patrol Helicopters, Inc. | 2008 | Judge Ostby | Brooke Murphy |
| Hogan v. Hogan | 2009 | Judge Newman | Kathleen McBride |
| Stayner v. Peccia | 2010 | Judge Seeley | Mark Yeshe |
| Rooney v. City of Cut Bank | 2011 | Judge Anderson | Lin Deola |
| Michelle Keeley v. State of Montana, Department of Justice & Choteau County | 2011 | Judge McCarter | John Doubek |
| Swehla v. State of Montana | 2012 | Judge McCarter | Lin Deola |
| Devlin v. Devlin | 2012 | Judge Tucker | Abby Rinenbark |
| Patricia Thomas v. Jack Long | 2012 | Judge Sherlock | John Doubek |
| Ronda Taurman Kenser v. Premium Nail Concepts, Inc., et al. | 2013 | Judge Pinski | Jory Ruggiero, Esq. |
| Travis Gary v. Gus Varnavas, M.D. | 2014 | Judge Newman | John Dubek |
| Tim Meikle v. Jim Olsen and Human Interactive Products Incorporated | 2014 | Judge Kirscher | Brian Miller |
| Barton v. Barton | 2014 | Judge Allison | Kay Lynn Lee |
| Elizabeth Pritchard-Sleath v. Richard Opper, Kathleen Zeeck, Larry LeRoux, & the Montana Department of Health & Human Resources | 2014 | Judge Christensen | Frederick Sherwood |
| Michael Schnittgen v. BNSF Railway Co. | 2014 | Judge Pinski | Anthony Nicastro |
| Ken & Cindy Farago v. Dessye-Clark, PhD/ARPN, et al. | 2014 | Judge Larson | Stephanie Kucera & Craig Daue |
| Holly Labair & Robert Labair, et al. v. Steve Carey, Esq., et al. | 2015 | Judge Larson | Tina Morin |
| Michael Finley v. BNSF Railway Company | 2015 | Judge Neill | Ben Snipes |
| Doug Elvbakken v. Protechnics, HRB | 2015 | Hearing Officer | Terry Spear |
| Robert Alwood v. Ecolab, Inc. | 2016 | Judge Watters | William Mattix |
| Brandy Overcash, individually and on behalf of the next of kin of Darrell Overcash, deceased v. Jones Contractors, Inc. | 2016 | Magistrate Charles S. Miller, Jr. | Kent Reierson |
| Matter of Tina L. Morin | 2020 | Commission on Practice of the Supreme Court of State of Montana | Pamela Bucy |
| Matthew Winkler v. City of Billings | 2020 | Judge Davies | Veronica Procter |
| Apex Abrasives, Inc. v. WGI Heavy Minerals, Inc. and WGI Heavy Minerals, LLC | 2020 | Judge Molloy | Marshal Mickelson |
| Gregory Dahl v. Mark Runkle, et al. | 2021 | Arbitrator Axelberg | Matthew Baldassin, Lin Deola, & KD Feeback |
| Forrest and Jill Kreiman v. C & CB LLC | 2021 | Judge Bidegaray | Lisa Six |
| Kristina Landon v. James G. Clough, DPM | 2022 | Judge Kutzman | Keith Marr & Greg Pinski |
| William Marsh v. State of Montana, Department of Corrections | 2022 | Judge Menahan | Tara Harris |
| Kyle Harris v. Oasis Petroleum, Inc., et al. | 2022 | Judge Rustad | Shea Thomas |
| Kristine Groshelle v. Rodney "Shane" Groshelle | 2022 | Judge Allison | Kai Groenke |

## Deposition Testimony

| CASE | YEAR | COUNSEL |
|---|---|---|
| Debbie Dahl v. West Mont | 2004 | Mike Meloy |
| Big Sky Paramedics, LLC v. Great Falls Emergency Services, Inc. et al | 2004 | Tim Fox & Will Gilbert |
| Dan Glover v. Andy & Carol Skinner | 2004 | Norm Grosfield |
| Kuhr, et al v. City of Billings | 2005 | Rick Larson |
| Hobson v. Community Medical Center | 2007 | Lawrence Daly |
| Young v. USA | 2007 | Andrew Biviano, AUSA |
| Kristofer Williams v. Steck's Incorporated | 2008 | C. Edward Webster II |
| Thomas Messick, Individually, and as Personal Representative of the Estate of Theresa J. Messick and Craig A. Bowman as Personal Representative of the Estate of Joan R. Bowman v. Patrol Helicopters, Inc. | 2008 | Brooke Murphy |
| Orion Buford v. Patricia Monaco | 2008 | Martin Studer |
| Hogan v. Hogan | 2009 | Kathleen McBride |
| Genie Land Company, et al v. Great Northern Properties, LP, et al | 2010 | J. Breting Engel |
| Thornton v. Gribben | 2010 | Rick Orizotti |
| Stayner v. Peccia | 2010 | Mark Yeshe |
| Arseneau v. Allstate | 2010 | Tracey Morin |
| Jim Rickman v. Lee Enterprises, Inc., d/b/a The Independent Record | 2012 | Cherche Prezeau |
| Scott & Jane Hineman v. Erickson's Pools & Spas, Inc., et al. | 2012 | Mark Kovacich |
| Kenser v. Premium Nail Concepts, Inc., et al. | 2012 | Domenic Cossi, Esq. |
| Tim Meikle v. Jim Olsen & Human Interactive Products Incorporated | 2013 | Brian Miller |
| Dan Morgan v. Father Carl Bonk | 2013 | John Fitzpatrick |
| Jennifer Sorensen v. Boyd Andrew Community Services, d/b/a Elkhorn Treatment Center | 2014 | Stephanie Kucera |
| Marvin Monroe and Debra Monroe v. First Community Bank, et al. | 2014 | Thomas Budewitz |
| Ken & Cindy Farago v. Dessye-Clark, PhD/APRN and Sound View Imaging | 2014 | Stephanie Kucera |
| Scott Chamberlain v. Sidney Health Center and Sidney Health Center Clinic | 2014 | John Fitzpatrick |
| Tammie Kelley & Jason Kelley v. Jeanne Sticht, M.D. | 2014 | Randy Dix |
| Koni Dole v. Billings Clinic | 2014 | Fritz Pierce & Dave Whisenand |
| Shelby Cleveland v. Janice Ward | 2015 | Brian Miller |
| Bruce Bruckner v. Rich Hofer & East Malta Hutterian Brethren aka East Malta Hutterite Colony | 2015 | Brooke Murphy |
| Robert Lee, John Hagman, & Matthew Flesch v. Ruck E. Traxier, et. al. | 2015 | Luke Casey |
| Timothy Hysell and Marsha Hysell v. The Lincoln Electric Company, et al | 2015 | Ben Snipes |
| Gary L. Frisch v. Tamim J. Khaliqi, M. D. | 2015 | Jim Hunt |
| Wendell Plentyhawk v. Mansoor Sheikh, M. D., et al. | 2016 | Brian Taylor and Steve Hamilton |
| Laurie Townsend and the Estate of Thomas Townsend v. Montana Cardiology, PC | 2016 | John Russell |
| Randy Zeman v. BNSF Railway Co. | 2016 | David Slovak |
| James Watson v. The City of Sidney | 2016 | Paul Odegaard |
| Laurence L. Steiger v. David E. Pheanis II and Springfield Cartage, LLC | 2016 | Adam Warren |
| Jacob Harris v. American Sheet Metal and Roofing Service, Inc. | 2018 | Jim Hunt |
| Deborah Gustafson v. Jeffrey D. Georgia, M. D., et al. | 2018 | Keith Marr |
| Randy Zito, et al. v. Progressive Insurance Company, et al. | 2019 | Nicholas Pagnotta |
| Robert Cazier v. Monsanto Company and Rocky Mountain Supply, Inc. | 2019 | Justin Stalpes |
| Jasmine Garcia, et al. v Aveda Transportation and Energy Services, et al. | 2019 | Kent Reierson |
| Chad Chandler v. Whiting Oil and Gas Corporation and Pioneer Drilling Services | 2020 | Mark Kovacich and Jacy Suenram |
| Jeffrey L. Evans v. St. Vincent Healthcare, and Kristian French, MD. | 2020 | Elizabeth Hausbeck |
| Jennifer Barton v. Arrow Striping & Manufacturing, et al. | 2021 | Ryan Gustafson and Patrick Sullivan |

| | | |
|---|---|---|
| Northern Rockies Neuro-Spine, P.C., et al. v. ONI Realty Investors, LLC, et al. | 2022 | Gerry Fagan |
| Joel Thompson v. State of Montana | 2022 | Tara Harris |
| David S. Zrowka vs. BNSF Railway Company | 2022 | Keith Marr |

## Business/Stock Appraisals

| COMPANY NAME | LOCATION |
|---|---|
| Bison Engineering, Inc. | Helena, Montana |
| D.L. Evans Bankcorp | Burley, Idaho |
| Forsyth Bancshares, Inc. | Forsyth, Montana |
| Helena Physician Group, LLC | Helena, Montana |
| Bear Creek Country Kitchens | Heber City, Utah |
| Scheels All Sports, Inc. | Fargo, North Dakota |
| Kane Funeral Home, LLC | Sheridan, Wyoming |
| Yellowstone Angler, Inc. | Livingston, Montana |
| Le Sorelle, LLC | Helena, Montana |
| Augustine Properties, LLC | Helena, Montana |