Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>**DECLARATION OF EUGENE M. LAFLAMME**<br><br>**JURY TRIAL DEMANDED** |

STATE OF WISCONSIN          )
                            ) SS
COUNTY OF WAUKESHA          )

I, Eugene M. LaFlamme, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3. I attended the depositions of Plaintiffs' experts, Dr. Ronald Snyder, Derek King, and Michael Schultz, taken on August 14, 2024, August 19, 2024, and September 10, 2024, respectively.

4. To date, only the defense has sent notices and/or subpoenas for depositions of Plaintiffs' medical care providers and treaters.

5. At no time since this case was filed on July 6, 2023 have Plaintiffs noticed and/or subpoenaed their own medical care providers and treaters for deposition.

6. Attached as Exhibit 1 are the pertinent portions of Plaintiffs' expert, Dr. Ronald Snyder's deposition.

7. Attached as Exhibit 2 is a true and correct copy of the email from Attorney Rudwin Ayala dated September 3, 2024 and time stamped 12:21 p.m. CDT.

8. Attached as Exhibit 3 is a true and correct copy of the electronic filing notice of Plaintiffs' Motion to Amend Expert Disclosures, filed by Attorney Rudwin Ayala, dated September 3, 2024 and time stamped 2:31 p.m. CDT.

9. Attached as Exhibit 4 is a true and correct copy of the email from Paralegal Samanda Leroy dated September 3, 2024 and time stamped 3:43 p.m. CDT which attached Plaintiffs' Motion to Amend Expert Disclosures.

Dated: September 17, 2024

_____
Eugene M. LaFlamme

Subscribed and sworn to before me this
17th day of September, 2024.

_____
Notary Public, State of Wisconsin
My Commission expires: 5-18-26

3