| | |
|---|---|
| **Subject:** | Wadsworth |
| **Sent:** | 9/3/2024, 12:21:29 PM |
| **From:** | Rudwin Ayala x31665<rayala@forthepeople.com> |
| **To:** | Eugene M. LaFlamme |
| **Cc:** | Jared B. Giroux |

Eugene/Jared,

Hope all is well. Wanted to give you a heads up that I will be filing a Motion to Amend Expert Disclosures today to add my economist who I apparently omitted, but also a plastic surgery expert given Stephanie's treaters' refusal to speak with my life care planner and the depositions left to be taken of other treaters. Given what is looking like a continuance of the trial to April/May or some time after that next year, don't know if you will have much of an objection, but wanted to run it by you nonetheless. Either way, please let me know so I can reflect same in the filing. Thank you.

**Rudwin Ayala**
**Attorney**

**T:** (561) 764-2220
**F:** (561) 764-2270

1700 Palm Beach Lakes Blvd, Suite 500,
West Palm Beach, FL 33401



$20B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.