**From:** wyodcclerks@wyd.uscourts.gov <wyodcclerks@wyd.uscourts.gov>
**Sent:** Tuesday, September 3, 2024 3:31 PM
**To:** wyd_cmecf@wyd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-00118-KHR Wadsworth v. Walmart Inc et al Motion to Amend/Correct

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Wyoming

### Notice of Electronic Filing

The following transaction was entered by Ayala, Rudwin on 9/3/2024 at 2:31 PM MDT and filed on 9/3/2024
**Case Name:**      Wadsworth v. Walmart Inc et al
**Case Number:**    2:23-cv-00118-KHR
**Filer:**          Matthew Wadsworth
                    Stephanie Wadsworth
                    Stephanie Wadsworth (Gua)
**Document Number:** 76

**Docket Text:**
MOTION to Amend/Correct [73] Designation of Experts filed by Plaintiffs Matthew Wadsworth, Stephanie Wadsworth, Stephanie Wadsworth (Gua). (Attachments: # (1) Proposed Order)(Ayala, Rudwin)

**2:23-cv-00118-KHR Notice has been electronically mailed to:**

Brandon E Pryde      bpryde@crowleyfleck.com

Eitan Goldrosen      egoldrosen@forthepeople.com

Eugene M LaFlamme      elaflamme@mlllaw.com, ahinrichs@mlllaw.com

Greyson M Goody      greyson@goodylawgroup.com

Holly Lee Tysse  tysse@crowleyfleck.com, mlowndes@crowleyfleck.com, maden@crowleyfleck.com

Jared B. Giroux  jgiroux@mlllaw.com

Jillian L Lukens  jlukens@mlllaw.com, rburgess@mlllaw.com

Rudwin Ayala  rayala@forthepeople.com, sleroy@forthepeople.com

Taly Goody  taly@goodylawgroup.com, nycolle@goodylawgroup.com

Timothy Michael Morgan  mmorgan@forthepeople.com, akelseyflowers@forthepeople.com, phillip@forthepeople.com, rhansch@forthepeople.com

Timothy Michael Stubson  tstubson@crowleyfleck.com, mlowndes@crowleyfleck.com

**2:23-cv-00118-KHR <span style="color:red">This document has NOT been electronically delivered - you must serve it manually to the following people</span>**:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1043181152 [Date=9/3/2024] [FileNumber=2251905-0]
[aa2af0f6c72cdf5493eaff4a3f29c90f44ef4e31ff77e88f049aef3c1873008a734e
d0598d3faf3e2bf739cc437431e8319a5e528b4295e9e6ef97be5baea755]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1043181152 [Date=9/3/2024] [FileNumber=2251905-1]
[1570652ec79aebe05dd29519d7a0bb647be2f69e8c2e62d101894f67770344b35349
29782cd7b1ac8b3e7549d30c9eb5202468941b64223a22734781b00f9d65]]