| | |
|---|---|
| **From:** | Samanda Leroy x23123 <sleroy@forthepeople.com> |
| **Sent:** | Tuesday, September 3, 2024 3:43 PM |
| **To:** | wyojudgekhr@wyd.uscourts.gov |
| **Cc:** | Nycolle Harding; Taly Goody; Greyson Goody; Maki Wilson; Hilda Galvez; Rudwin Ayala x31665; 13320575@inbox.forthepeople.com; Phillip; 13320575@inbox.forthepeople.com; Eugene M. LaFlamme; Jillian L. Lukens; Angie Hinrichs; htysse@crowleyfleck.com; tstubson@crowleyfleck.com; bpryde@crowleyfleck.com; jguiroux@MLLlaw.com; Sandy Corrigan |
| **Subject:** | Plaintiffs' Proposed Order - Motion to Amend Expert Disclosures_Stephanie Wadsworth et al., v. Walmart, Inc. et al. (Case No.: 2:23-cv-00118-NDF) |
| **Attachments:** | Proposed order Pla Motion 9.3.24_ S. Wadsworth et al v. Walmart Inc et al.docx |

Good afternoon,

Pursuant to LR 7.1(b)(1)(E), attached is Plaintiffs' Proposed Order in Word format regarding Plaintiffs' Motion to Amend Expert Disclosures, filed on September 3, 2024 (Document #76).

This is submitted for the attention of Magistrate Judge Kelly H. Rankin's chambers.

All counsel of record are copied on this email.

Best regards,

**Samanda Leroy**
Litigation Paralegal

**T:** (689) 219-2092
**F:** (689) 219-2192

20 North Orange Avenue, Suite 1600,
Orlando, FL 32801



$20B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.