Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
   greyson@GoodyLawGroup.com
*Attorneys for Plaintiffs*

T. Michael Morgan, Esq*
Florida Bar No.: 062229
Rudwin Ayala, Esq*
Florida Bar No.: 84005
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
   rayala@forthepeople.com
**\*** *Pro Hac Vice Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED<br><br><br><br>**NOTICE OF CONFLICT** |

## PLAINTIFFS' NOTICE OF CONFLICT

COME NOW, Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and Matthew Wadsworth, by and through the undersigned counsel, hereby files this Notice of Conflict, respectfully informing the Court and all parties of the following scheduling conflicts:

1.     Counsel is scheduled to begin trial in the matter of *Jeffrey Iuliucci et al. v. Grasso Farm LLC et al.,* (Case No.: CAM-L-001236-22) before judge Judith S. Charny, set to begin the week of November 18, 2024, in Camden, New Jersey. The week of Thanksgiving will be off, as the presiding judge will be attending a conference. The trial is set to resume the first week of December 2024 and conclude sometime in the second week of December 2024. The case is expected to last a total of approximately 14 days.

2.     Additionally, counsel is scheduled to begin trial in the case of *Aaron Sherry, et al. v. SWFL One LLC,* (Case No.: 23-CA-001619) before judge Michael T. McHugh, on February 3, 2025, in Fort Myers, Florida. The case is expected to last approximately 10 days.

Due to the above-listed scheduling conflicts, counsel respectfully requests that no discovery, hearings, or other actions take place in this case during the

duration of these conflicts, including but not limited to the period from November 18, 2024, through December 13, 2024, and from February 3, 2025 through February 14, 2025.

Counsel appreciates the Court's understanding and consideration of this request and will promptly update the Court and parties should any changes arise in the aforementioned matters.

Date: October 2, 2024   Respectfully Submitted,

  /s/_Rudwin Ayala_____
**RUDWIN AYALA, Esq**.*
Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
1700 Palm Beach Lakes Blvd, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 764-2220
Emails: rayala@forthepeople.com
      sleroy@forthepeople.com
*Admitted Pro Hac Vice*

   And,
 _/s/ Taly Goody_____
**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GREYSON M. GOODY, ESQ.**
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Emails: taly@GoodyLawGroup.com

greyson@GoodyLawGroup.com
*Local Counsel*

/s/ T. Michael Morgan
**T. MICHAEL MORGAN, ESQ.***
Florida Bar No.: 062229
Kentucky Bar No.: 94856
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Emails: mmorgan@forthepeople.com
akelseyflowers@forthepeople.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2024, a true and correct copy of the foregoing was electronically served to all counsel of record.

Counsel for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com

/s/ Rudwin Ayala
**RUDWIN AYALA, Esq.**
Fla Bar No.: 84005
*Admitted Pro Hac Vice*
