Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
        greyson@GoodyLawGroup.com
*Attorneys for Plaintiffs*

T. Michael Morgan, Esq*
Florida Bar No.: 062229
Rudwin Ayala, Esq*
Florida Bar No.: 84005
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
        rayala@forthepeople.com
**\*** *Pro Hac Vice Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, | Case No.: 2:23-cv-00118-NDF  JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| WALMART, INC. and JETSON ELECTRIC BIKES, LLC, | **PLAINTIFFS' WITNESS LIST** |
| Defendants. | |

# **PLAINTIFFS' WITNESS LIST PURSUANT TO COURT'S AMENDED SCHEDULING ORDER**

Plaintiffs, STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, pursuant to this Court's Amended Scheduling Order entered following a September 3, 2024 Scheduling Conference, hereby files their Witness List as follows:

1. Plaintiffs hereby reincorporate their INITIAL RULE 26(a)(1) DISCLOSURES filed on or about November 3, 2023, and all witnesses set forth therein.

2. Plaintiffs hereby reincorporate their Expert Witness Disclosure filed on or about July 15, 2024, any amendments thereto, and all rebuttal experts allowable by this Court.

3. Memorial Hospital of Sweetwater County – 1200 College Dr. Rock Springs, WY 82901. Agents, employees, and other medical personnel have knowledge of the injuries and damages Plaintiffs sustained as a result of this incident. The medical personnel include but are not limited to Julianne Forrester FNP-C; Astrid Haaland; Dr. Mary Murphy.

4. University of Utah Hospitals and Clinics/Burn Center- 50 North Medical Drive, Suite AA24, Salt Lake City, UT 84132. Agents, employees, and other medical personnel have knowledge of the injuries and damages Plaintiffs received as a result of this incident. The medical personnel include but are not limited to Dr. Christopher LaChapelle; Dr. Callie Thompson; Dr. Brianne Schiffer; Dr. Giavonni Lewis; Dr. Ashraf Patel; Westley Hunsaker, PA-C; Mindy Orr, APRN; Dr. Matthew Curtis; David Souza, PA-C; Daphne Perry, PT

5. Castle Rock Medical Center - 1400 Uinta Dr., Green River, WY 82935, and other agents, employees, or other medical personnel have knowledge of the injuries and damages Plaintiffs sustained as a result of this incident. The medical personnel include but is not limited to Lynn Eskelson, M.D.; Joel Robertson, M.D.; Kristine F. Sherwin, PA-C, and; Brenna Kirsch, APRN.

6. High Plains Physical Therapy – 920 Upland Way Green River, WY. Agents, employees, and other medical personnel have knowledge of the injuries and damages Plaintiffs sustained as a result of this incident. The medical personnel include but is not limited to Michael Nelson, PT.

7. Rock Springs Plastic Surgery Center – 1180 College Dr., Ste 3-3, Rock Springs, WY 82901. Agents, employees, and other medical personnel have knowledge of the injuries and damages Plaintiffs sustained as a result of this incident. The medical personnel include but is not limited to Dr. Scott Sulentich and Dr. Ashley Tarasen.

8. Castle Rock Hospital District (Emergency Services)- 1400 Uinta Dr., Green River, WY 82935. Ms. Chelcee Serres and Ms. Heather Graebert are Emergency Medical Technicians who arrived on scene and transported Mrs. Wadsworth and Weston Wadsworth to the hospital. They have knowledge of the injuries and treatment Mrs. Wadsworth received as a result of this incident.

9. Desert View Eyecare, LC - 170 Commerce Dr # C, Green River, WY 82935. Agents, employees, and other medical personnel have knowledge of the injuries and damages Plaintiffs sustained as a result of this incident. The medical personnel include but is not limited to Jeffrey Wilson, O.D. and Amasa Mecham, O.D.

10. Malinda Tollefson CCSW- 50 Shoshone Avenue, Suite B, Green River, WY 8293. Ms. Tollefson has knowledge of the injuries and damages Plaintiffs sustained as a result of this incident.

11. Raymona Nuttal- 645 Tamarron DR, Grand Junction, CO 81506. Ms. Nuttal has knowledge of damages sustained to the Wadsworth residence and property as a result of this incident, as well as factual knowledge relating to Plaintiffs' livelihood and relationships.

12. Lavonne Wadsworth and Lon Wadsworth- 1600 State Highway 374, Green River, WY 82935. They lived next door to the Plaintiffs on the date of the fire, and have knowledge of the incident, injuries and damages Plaintiffs sustained as a result of this incident, as well as knowledge relating to the fire.

13. Any and all witnesses, expert or otherwise, of the Defendants.

14. Any and all witnesses listed in any answers to interrogatories or mentioned in documents produced pursuant to requests for production or notices of production from non-parties.

15. Any and all persons named in any and all hospital documents, medical records for the facilities and entities identified herein.

16. Plaintiffs hereby reserve the right to amend or modify this Witness List should additional witnesses be identified hereafter, as allowed by the Court.

Date: October 3, 2024                    Respectfully Submitted,

                                         /s/ Rudwin Ayala
                                         **RUDWIN AYALA, Esq.***
                                         Florida Bar No.: 84005
                                         **MORGAN & MORGAN, P.A**

1700 Palm Beach Lakes Blvd, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 764-2220
Emails: rayala@forthepeople.com
       sleroy@forthepeople.com
*Admitted Pro Hac Vice*

And,

 */s/ Taly Goody*
**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GREYSON M. GOODY, ESQ.**
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Emails: taly@GoodyLawGroup.com
       greyson@GoodyLawGroup.com
*Local Counsel*

 */s/ T. Michael Morgan*
**T. MICHAEL MORGAN, ESQ**.*
Florida Bar No.: 062229
Kentucky Bar No.: 94856
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Emails: mmorgan@forthepeople.com
       akelseyflowers@forthepeople.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2024, a true and correct copy of the foregoing was electronically served to all counsel of record.

Counsel for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com

                                              */s/ Rudwin Ayala*
                                              **RUDWIN AYALA, Esq.**
                                              Fla Bar No.: 84005
                                              *Admitted Pro Hac Vice*