Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme*
Jared B. Giroux*
Jillian L. Lukens*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants, Jetson Electric Bikes, LLC
and Walmart Inc.*

*Attorneys admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-00118-KHR |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR HEARING ON MOTION TO AMEND EXPERT DISCLOSURES**

Defendants, Jetson Electric Bikes, LLC ("Jetson") and Walmart Inc. ("Walmart"), collectively "Defendants", by their attorneys, respectfully submit the following response to Plaintiffs' information request for hearing on their pending *Plaintiffs' Motion to Amend Expert Disclosures* (ECF No. 73) and *Plaintiffs' Memoranudm in Support of Plaintiffs' Motion to Amend Expert Disclosures* (ECF No. 76).

Through an email to Honorable Magistrate Klosterman's chambers on October 3, 2024, Plaintiffs' counsel's paralegal submitted a request for "an oral argument pursuant to LR 7.1 for the Motion to Amend Expert Disclosures." Defendants object to Plaintiffs' informal request for a hearing on this matter. Local Rule 7.1(a) provides that motions will be decided on submissions unless oral argument is ordered, which is done so at the Court's discretion. U.S.D.C.L.R. 7.1(a). As noted by Plaintiffs, this matter is fully briefed. At no time between the filing of the Motion (September 3) and now has the Court indicated that a hearing is necessary. Plaintiffs did not request a hearing in their Motion (ECF No. 76), nor in their Memorandum in Support (ECF No. 79). Plaintiffs elected not to file a reply, which would have been due on or before September 24, 2024. As such, Plaintiffs have waived their right to address any arguments raised in Defendants' response.

The information and arguments necessary to address this matter are before the Court. Defendants respectfully request that the matter be decided on the briefing consistent with the local rules.

Dated this 3rd day of October 2024.

By: */s/ Holly L. Tysse*
Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220

        Casper, WY 82601
        (P) 307-232-6901
        tstubson@crowleyfleck.com
        bpryde@crowleyfleck.com
        htysse@crowleyfleck.com

        Eugene M. LaFlamme *(pro hac vice)*
        Jared B. Giroux *(pro hac vice)*
        Jillian L. Lukens *(pro hac vice)*
        McCoy Leavitt Laskey, LLC
        N19 W24200 Riverwood Drive, Suite 125
        Waukesha, WI 53188
        (P) 262-522-7000
        elaflamme@MLLlaw.com
        jgiroux@MLLlaw.com
        jlukens@MLLlaw.com

        Attorneys for Defendants, Jetson Electric
        Bikes, LLC and Walmart Inc.