**FILED**

9:57 am, 10/21/24

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH

Plaintiff,

vs.

WALMA INC et al

Defendant.

Case Number: 23-CV-118-KHR

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Oct 21, 2024          Time: 9:04 - 9:30 AM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Rudwin Ayala

Attorney(s) for Defendant(s)     Eugene LaFlamme, Holly Tysse, Jared Giroux

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 88 | Extend of Time and Continue Trial | Granted In Part and Denied In Part |

☐ Briefs to be filed on or before          by
                                           by

☐ Order to be prepared by ☐ Court     ☐ Attorney

Other:
Court held a telephonic hearing on plaintiff's motion for extension of time for the deadline for dispositive motions or alternatively, motion to continue trial [88], and the defendant's response [90]. Court finds good cause to extend the dispositive motions and Daubert deadline to 12/2/24, with responses due no later than 12/16/24 and replies due no later than 12/23/24. Written order to follow.