**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH  Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,  Plaintiff,  v.  WALMART, INC. and JETSON ELECTRIC BIKES, LLC  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:23-cv-00118-NDF  JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE PURPOTED EXPERT TESTIMONY OF BRIAN STANDJORD

**COMES NOW** on this _____ day of _____, 2024, upon consideration of Plaintiffs' *Motion to Exclude The purported Expert Testimony of Brian Strandjord*, along with the supporting Brief and Exhibits filed on December 2, 2024 (Ref.: Document # 94 and 95). The Court, having reviewed the Motion and being otherwise fully informed, hereby **ORDERS** that Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

_____
Scott P. Klosterman
United States Magistrate Judge