EXHIBIT D

**BRIAN N. STRANDJORD, PE, CFI, CFEI**
**Project Engineer**
**brian@AEIengineers.com**



Mr. Strandjord is a licensed mechanical and electrical professional engineer with an extensive and diverse background. He investigates the origin and cause of fires and explosions, carbon monoxide incidents, and other mechanical and electrical matters. His experience ranges from thermal analysis of individual electronic components and assemblies to the design, implementation, and operation of automation systems for control of HVAC, mechanical, and lighting systems in large facilities. Mr. Strandjord's background also includes extensive, hands-on fabrication and welding experience, including production of commercial and military aircraft components.

**EDUCATION**
Bachelor of Science in Mechanical Engineering, University of Colorado, 2005

**AREAS OF EXPERTISE**
Mechanical and Electrical Engineering
Fire/Explosion Origin & Cause Investigation
Carbon Monoxide Incident Investigation

**CERTIFICATION & LICENSURE**
Licensed Professional Engineer in California, Colorado, Florida, Hawaii, Idaho, Kansas, Kentucky, Montana, Nebraska, New Mexico, New York, North Dakota, South Dakota, Utah, and Wyoming
Certified Fire Investigator (CFI), International Association of Arson Investigators (IAAI)
Certified Fire and Explosion Investigator (CFEI), National Association of Fire Investigators (NAFI)
Certified Level 1 Infrared Thermographer
Certified Weigher License, Colorado Department of Agriculture
FCC General Radio Telephone Operators License (GROL) with Radar Endorsement
FCC Extra Class Amateur Radio Operators License

**WORK HISTORY**
Project Engineer, *AEI Corporation*, 2019-Present
West Region MEP Division Manager, *Rimkus Consulting Group, Inc.*, 2014-2019
Project Manager, *PM Services Company*, 2013-2014
Project Engineer II, *Trane Company*, 2008-2013
Adjunct Faculty Member, *Metropolitan State College of Denver*, 2007
Aerospace Welder, *Stanley Aviation*, 2006-2008
Project Engineer, *Coretec Denver, Inc.*, 2004-2005
Mechanical Engineer, *Thermal Management, Inc.*, 2003-2004

**EXPERIENCE**
Mr. Strandjord has investigated failures in a wide range of mechanical and electrical systems, such as consumer products, lithium battery powered equipment, gas and electric appliances, building systems, commercial and industrial machinery, and electrical switchgear. He has conducted site inspections and laboratory examinations to determine the root cause of machine and device failures ranging from equipment breakdown to catastrophic failures, including fires, explosions, and significant injuries. Mr. Strandjord is also

EXHIBIT K

experienced in the investigation of electrical accidents, including shocks and electrocutions. He has provided mechanical and electrical engineering expert witness testimony for matters in both state and federal courts.

**AFFILIATIONS**
International Association of Arson Investigators (IAAI)
National Association of Fire Investigators (NAFI)

**PRESENTATIONS**
***Commercial Vehicle and Equipment Fires***
Oshkosh Corporation – April 2022

**SEMINARS & ADDITIONAL TRAINING**
**Asbestos**
*Asbestos Awareness Training,* Safety Unlimited, Inc. – December 2018
*Asbestos Awareness Training,* Safety Unlimited, Inc. – February 2017
*Asbestos Awareness Training,* Safety Unlimited, Inc. – February 2016
**HAZMAT & HAZWOPER**
*DOT Hazmat Materials Transportation,* Compliance Solutions Occupational Trainers – December 2019
*DOT Security Awareness,* Compliance Solutions Occupational Trainers – December 2019
*The HAZWOPER Standard,* IAAI – March 2016
**International Association of Arson Investigators (IAAI)**
*Critical Evaluation and Testing of Commonly Reported Accidental Causes* – June 2019
*Fire Protection Systems* – June 2019
*Postflashover Fires* – June 2019
*Ethics & Social Media* – May 2018
*Fire Chemistry* – May 2018
*Basic Electricity* – May 2017
*Fundamentals of Residential Building Construction* – May 2017
*Investigating Natural Gas Systems* – May 2017
*Motor Vehicles: The Engine and the Ignition, Electrical, and Fuel Systems* – May 2017
*Motor Vehicles: Transmission, Exhaust, Brake, and Accessory Systems* – May 2017
*Residential Electrical Systems* – May 2017
*Residential Natural Gas Systems* – May 2017
*Thermometry, Heat, and Heat Transfer* – January 2017
*Arc Mapping Basics* – March 2016
*Documenting the Event* – March 2016
*Electrical Safety* – March 2016
*Ethics and the Fire Investigator* – March 2016
*Explosion Dynamics* – March 2016
*Fire Investigator Scene Safety* – March 2016
*Introduction to Fire Dynamics and Modeling* – March 2016
*Investigating Fatal Fires* – March 2016
*Investigating Motor Vehicle Fires* – March 2016
*NFPA 1033 and Your Career* – March 2016
*The Practical Application of the Relationship Between NFPA 1033 and NFPA 921* – March 2016
*The Scientific Method for Fire and Explosion Investigation* – March 2016
*Understanding Fire Through the Candle Experiments* – March 2016
**National Association of Fire Investigators (NAFI)**
*DOT Hazmat Transportation & Security Awareness,* Compliance Solutions Occupational Trainers –

September 2020
**Miscellaneous**
*AFCI Basics Training Course,* UL Knowledge Solutions Training – January 2019
*Fall Protection Training,* Rimkus Consulting Group – July 2017
*Investigation of Gas and Electric Appliance Fires,* Fire Findings – April 2016
*Diaphragm Tanks for VFD Systems,* American Society of Plumbing Engineers – March 2016
*Prevention and Investigation of Commercial Kitchen Fires,* International Code Council – March 2016