| | |
|---|---|
| Timothy M. Stubson, Wyo. Bar No. 6-3144 | Eugene M. LaFlamme (*Admitted pro hac vice*) |
| Brandon E. Pryde, Wyo. Bar No. 8-6883 | Jared B. Giroux (*Admitted pro hac vice*) |
| Holly L. Tysse, Wyo. Bar No. 7-5553 | Jillian L. Lukens (*Admitted pro hac vice*) |
| Crowley Fleck PLLP | McCoy Leavitt Laskey, LLC |
| 111 West 2nd Street, Suite 220 | N19 W24200 Riverwood Drive, Suite 125 |
| Casper, WY 82601 | Waukesha, WI 53188 |
| (P) 307-232-6901 | (P) 262-522-7000 |
| tstubson@crowleyfleck.com | elaflamme@MLLlaw.com |
| bpryde@crowleyfleck.com | jgiroux@MLLlaw.com |
| htysse@crowleyfleck.com | jlukens@MLLlaw.com |

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | Case No. 2:23-cv-00118-NDF |
| Plaintiffs, | ) ) | DEFENDANTS JETSON ELECTRIC BIKES, LLC AND |
| v. | ) ) | WALMART INC.'S **MOTION FOR SUMMARY JUDGMENT;** |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) | MEMORANDUM IN SUPPORT OF MOTION |
| Defendants. | ) ) | |

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLP and McCoy Leavitt Laskey LLC, hereby submit their Motion for Summary Judgment (the "Motion").

This Motion is brought pursuant to Federal Rules of Civil Procedure 56, the Court's inherent powers, and is based upon the exhibits, declarations, Memorandum in Support of Motion, the pleadings on file in this matter and on any further evidence or matters that may be presented to the Court.

|  |  |
|---|---|
|  | **McCOY LEAVITT LASKEY LLC** |
|  | Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc. |
| Dated: December 2, 2024 | By: _[signature]_ |
|  | Eugene M. LaFlamme *(pro hac vice)* |
|  | Jared B. Giroux *(pro hac vice)* |
|  | Jillian L. Lukens *(pro hac vice)* |
|  | McCoy Leavitt Laskey, LLC |
|  | N19 W24200 Riverwood Drive, Suite 125 |
|  | Waukesha, WI 53188 |
|  | (P) 262-522-7000 |
|  | elaflamme@MLLlaw.com |
|  | jgiroux@MLLlaw.com |
|  | jlukens@MLLlaw.com |
|  | and |
|  | Timothy M. Stubson, Wyo. Bar No. 6-3144 |
|  | Brandon E. Pryde, Wyo. Bar No. 8-6883 |
|  | Holly L. Tysse, Wyo. Bar No. 7-5553 |
|  | Crowley Fleck, PLLP |
|  | 111 West 2nd Street, Suite 220 |
|  | Casper, WY 82601 |
|  | (P) 307-232-6901 |
|  | tstubson@crowleyfleck.com |
|  | bpryde@crowleyfleck.com |
|  | htysse@crowleyfleck.com |