# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH<br>Individually and as Parent and Legal Guardian<br>of W.W., K.W., G.W., and L.W., minor children<br>and MATTHEW WADSWORTH<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC. and<br>JETSON ELECTRIC BIKES, LLC<br><br>    Defendants. | Case No. 2:23-cv-00118-NDF<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE PURPOTED EXPERT TESTIMONY OF JOSEPH FILAS

**COMES NOW** on this _____ day of _____, 2024, upon consideration of Plaintiffs' *Motion to Exclude The purported Expert Testimony of Joseph Filas*, along with the supporting Brief and Exhibits filed on December 2, 2024 (Ref.: Document # 97 and 98). The Court, having reviewed the Motion and being otherwise fully informed, hereby **ORDERS** that Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

_____
Scott P. Klosterman
United States Magistrate Judge