# EXHIBIT 3

# M.J. Schulz & Associates, Inc.
*Forensic Fire and Explosion Incident Analysis*

## Wadsworth Matter

## REPORT OF FORENSIC INVESTIGATION AND ANALYSIS

## July 15, 2024

### Identification of the Subject Hostile Fire Incident

The hostile fire incident that is the subject of this forensic investigation and analysis occurred on Tuesday, February 1, 2022, at or about 4:27 AM (0427), in a private residence located at 1620 Highway 374, Green River, Wyoming 82935.

### Request for the Forensic Investigation and Analysis

The request for this forensic investigation and analysis was originally received from Attorney Greyson Goody of the Goody Law Group whose law offices are located at 8605 Santa Monica Boulevard, Suite 90793, West Hollywood, California 90069. The law firm's business telephone number is (310) 893-1983 and its business facsimile number is (424) 427-6811. The law firm maintains a web presence at www.goodylawgroup.com. Attorney Goody's electronic mail address is greyson@goodylawgroup.com.



**Diagram:** *Room of origin.*

*Michael Schulz*, M.S.
PRINCIPAL

**Michael J. Schulz, M.S.**
**Fire and Explosion Analyst**
**Fire and Safety Engineering Technologist**
**Certified Fire Protection Specialist**

88