# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF WYOMING

JURY TRIAL DEMANDED

CASE NO.: 2:23-CV-00118-NDF


STEPHANIE WADSWORTH,

INDIVIDUALLY AND AS PARENT AND LEGAL

GUARDIAN OF W.W., K.W., G.W., AND L.W.,

MINOR CHILDREN, AND MATTHEW

WADSWORTH,

Plaintiffs


V.


WALMART, INC. AND JETSON

ELECTRIC BIKES, LLC,

Defendants


DEPONENT:   LAYNE WADSWORTH

DATE:       MAY 20, 2024

REPORTER:   MELODIE BERGERON

Page 11

1   A.   Yes.
2   Q.   And did Gunner then get back into bed?
3   A.   The -- the noise -- the -- the noise -- I woke
4   up when he was getting back in bed.
5   Q.   Okay.  So the noise was you heard him coming
6   back into the bedroom?
7   A.   Yeah.
8   Q.   All right.  And was that when he opened the
9   door to come back into the bedroom that you heard the
10  noise?
11  A.   No.  He tried closing it, but it didn't close,
12  and it went back to the wall.
13  Q.   Okay.  So Gunner tried to close the door?
14  A.   Yes.
15  Q.   And then the door stayed open?
16  A.   Yes.
17  Q.   And did you get out of bed at all at that
18  time?
19  A.   No.
20  Q.   And were you able to fall back asleep?
21  A.   Yes.
22  Q.   And was the next time that you woke up -- was
23  that when the fire started?
24  A.   Yes.
25  Q.   Okay.  What did you see when the fire started?

Page 12

1           Or let me ask you this: What woke you up?
2      A.   The window breaking.
3      Q.   Okay.  And that was your bedroom window?
4      A.   Yes.
5      Q.   And did any glass get into your bed?
6      A.   No.
7      Q.   And you were on the bottom bunk; is that
8  right?
9      A.   Yes.
10     Q.   Okay.  So Gunner would've had the top bunk --
11     A.   Yeah.
12     Q.   -- above you?  So did you just hear the window
13  break?
14     A.   Yes.
15     Q.   And was that the first thing that woke you up
16  --
17     A.   Yes.
18     Q.   -- during the fire?
19          MR. WADSWORTH:  Sorry.
20          MR. LAFLAMME:  That's fine.  Do you need water?
21          MR. WADSWORTH:  I've got a drink.
22          MR. LAFLAMME:  Okay.
23  BY MR. LAFLAMME:
24     Q.   All right.  And then once you woke up when the
25  fire started, what did you do?