# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF WYOMING

-ooOoo-

STEPHANIE WADSWORTH,            :
Individually and as
Parent and Legal                :
Guardian of W.W., K.W.,
G.W. and L.W., minor            : Case No.
children, and MATTHEW             2:23-cv-00118-NDF JURY
WADSWORTH,                      :

        Plaintiff,       :

v.                              :

WALMART, INC. and JETSON        :
ELECTRIC BIKES, LLC,
                              :
        Defendants.
                              :
_____

DEPOSITION OF STEPHANIE WADSWORTH
TAKEN THROUGH
VERITEXT


Taken on Tuesday, February 27, 2024
8:59 a.m. to 12:55 p.m.

At HAMPTON INN
1055 Wild Horse Canyon Road
Green River, Wyoming 82935

Job No. CS6457160
Reported by: Abigail D.W. Johnson, RPR, CRR, CRC

Page 62

```
 1        A.    Yes.
 2        Q.    And Matthew is a smoker as well; correct?
 3        A.    Yes.
 4        Q.    Okay.  And how much does he smoke a day?
 5        A.    I don't know.  I'm not him.
 6        Q.    Okay.  Does he -- does it appear that he
 7   roughly smokes consistent with what you smoke per day?
 8        A.    Yes.
 9        Q.    Okay.  And when you smoke a pack a day, I
10   assume cigarettes as opposed to cigars or something
11   else?
12        A.    Correct.
13        Q.    Okay.  Any marijuana use?
14        A.    No.
15        Q.    Any other drug use?
16        A.    No.
17        Q.    How about Matthew?  Any marijuana use for
18   him?
19        A.    No.
20        Q.    Any other drug use for him?
21        A.    No.
22        Q.    How long have you smoked?
23        A.    Twenty years.
24        Q.    Okay.  Any alcohol consumption?
25        A.    Yes.
```

Page 63

1    Q.   How often is that?
2    A.   Most days.
3    Q.   And what's the average daily alcohol
4    consumption?
5    A.   I don't know.  I don't keep track.
6    Q.   Okay.  Is it beer, wine or liquor?
7    A.   Liquor.
8    Q.   Okay.  And what's the -- any special type?
9    A.   Jäger.
10   Q.   Okay.  There is some reference in your
11   records to whisky as well, is that --
12   A.   I consider Jäger whisky.
13   Q.   Oh, okay.  It might be.
14   A.   I think it's actually a liqueur, but I
15   don't know what the difference between a liqueur and a
16   whisky is.
17   Q.   Roughly, how many drinks per day?
18   A.   I don't know.
19   Q.   Okay.  More than five?
20   A.   Yes.
21   Q.   More than ten?
22   A.   Maybe.
23   Q.   Okay.  And was that consistent with before
24   the fire as well?
25   A.   It's worse now.

Page 64

1  Q. Okay. How was it before the fire?
2  A. It was --
3  Q. As far as, what was your average daily
4  alcohol intake?
5  A. Not a lot less than now.
6  Q. Okay. So somewhere around ten or so?
7  A. Sure.
8  Q. Have you ever had any alcohol-related
9  treatment?
10 A. No.
11 Q. Do you vape at all?
12 A. No.
13 Q. Have you ever?
14 A. I might have --
15 Q. Not just, like, once or twice, but --
16 A. Oh, no.
17 Q. Okay. How about Matthew, does he vape?
18 A. Yes.
19 Q. Did he before the fire?
20 A. I don't know.
21 Q. Okay.
22     MR. LAFLAMME: I'm going to mark this as
23 Exhibit 42.
24     (Exhibit No. 42 was marked
25        for identification.)

```
 1         A.    I do not remember.
 2         Q.    Okay.  And then you said there was a toy
 3   chest as well?
 4         A.    Yes.
 5         Q.    Could you put that one in yellow?  Thanks.
 6         A.    Okay.
 7         Q.    So if we're looking at Exhibit 42, you've
 8   put in green -- there was a bookshelf there; correct?
 9         A.    Yes.
10         Q.    Okay.  And then you made a little orange
11   square at the foot of Layne's bed, which was a
12   nightstand?
13         A.    Correct.
14         Q.    Okay.  And then in yellow, against the wall
15   that led to the hallway, was a toy chest?
16         A.    Yes.
17         Q.    Okay.  And then there was a dresser either
18   in the closet or next to where the nightstand was?
19         A.    Correct.
20         Q.    Okay.  And then outside of their bedroom
21   window, there was a smoking shed; correct?
22         A.    Yes.
23         Q.    Okay.  Where was that located, roughly?
24         A.    I don't know if it was right in front of
25   the window or if it was off to the side of the window,
```

Page 71

1    Q.   Okay.  You just didn't want to smoke in the
2  house because of the kids?
3    A.   I don't smoke around -- enclosed around the
4  kids --
5    Q.   Okay.
6    A.   -- ever.
7    Q.   So when you were home and you would smoke,
8  you would use the smoking shed in the winter?
9    A.   Yes.
10   Q.   Okay.  Was the smoking shed used for
11 anything else other than smoking?
12   A.   No.
13   Q.   Did you use the smoking shed the evening
14 before the fire?
15   A.   Yes.
16   Q.   Would you have used it multiple times the
17 day before the fire?
18   A.   The day before?
19   Q.   Correct.
20   A.   Yes.
21   Q.   Okay.  So basically, throughout the day and
22 then into the evening whenever you would have had a
23 cigarette the day before, you would have used the
24 smoking shed?
25   A.   Yes.

Page 89

1      A.   It was, like, camping pads, padded eggshell
2  foam on the floor.
3      Q.   Okay.
4      A.   Can I clarify when I say when I went to
5  bed?
6      Q.   Sure.
7      A.   2:00 a.m. is when I got into bed, not when
8  I went outside to go to bed.
9      Q.   Okay.  Let me clarify that because I'm
10  not --
11      A.   Okay.
12      Q.   -- I'm not 100 percent sure what you're
13  saying.
14           So 2:00 a.m. is when you got in bed to go
15  to sleep?
16      A.   Correct.
17      Q.   Okay, but before you got into bed at
18  2:00 a.m., you would have had a cigarette before going
19  to bed?
20      A.   Correct.
21      Q.   Okay.  Was that the clarification that you
22  wanted to make?
23      A.   Yeah.  One of the questions you said
24  outside at 2:00 a.m.  I wouldn't have been outside at
25  2:00 a.m.

Page 90

1  Q.   Okay.  You would have been outside a little
2  bit before 2:00 a.m., because 2:00 a.m. is when you
3  went to bed?
4  A.   Correct.
5  Q.   All right.  And how soon before going to
6  bed do you typically have your last cigarette, within,
7  like, a half hour?
8  A.   Yes.
9  Q.   Okay.  And did you have any alcohol the
10 night of January 31st?
11 A.   Yes.
12 Q.   Okay.  Do you know how much you had that
13 evening?
14 A.   No.
15 Q.   Would it have been a typical day for
16 alcohol consumption for you?
17 A.   Yes.
18 Q.   As far as when you would consume alcohol,
19 is it more at night or is it throughout the day?
20 A.   More at night.
21 Q.   Okay.  So is it once the kids go down --
22 A.   Yes.
23 Q.   -- then you will have some alcohol?
24 A.   Yes.
25 Q.   And do you know, was it Jäger that you were

Page 91

1   drinking that evening?
2        A.   Yes.
3        Q.   And how do you typically drink it?  Do you
4   have it on ice or in a little shooter or snifter?
5        A.   On ice.
6        Q.   So on ice, in kind of a normal tumbler
7   glass?
8        A.   Well, no, it doesn't go into a glass.  I
9   guess it would be, like, a shot glass.
10       Q.   Okay.  So you're having --
11       A.   It's in the freezer.
12       Q.   You have it in the freezer?
13       A.   Yes.
14       Q.   Okay.  So that's how it is chilled?
15       A.   Yes.
16       Q.   I know that Jäger warm is not that good.
17       A.   Nasty.
18       Q.   All right.  So you keep it in the freezer
19   chilled, and then you pour it into a glass from there?
20       A.   Yes.
21       Q.   Okay.  Any other alcohol besides Jäger you
22   would have had?
23       A.   That night, probably not.  I don't know for
24   sure.
25       Q.   Okay.  Do you drinks beer as well?