# EXHIBIT 7



1752 West 1180 South, Suite 8
Woods Cross, UT 84087
(385) 207-2699

# Report of Findings

Jetson Fire Origin & Cause
Claim Number: 5015617702

Rimkus Matter No: 100162188

Prepared For:
McCoy Leavitt Laskey, L.L.C.
1805 Rio Grande Boulevard
Albuquerque, NM 87104

Attention:
Mr. Eugene LaFlamme

Digitally signed by: Joseph R Filas
Date: 2024.09.13 12:16:14 -07'00'

Joseph Filas, IAAI-CFI (V), NAFI-CFEI
Senior Fire Consultant

EXHIBIT A

## Section II

## CONCLUSIONS

1. The fire originated at the plastic shed located below the Bedroom #4 window along the north exterior wall of the structure.

2. The probable cause of the fire was the ignition of combustible materials from heat generated by the smoldering coal of an improperly discarded cigarette that ignited adjacent combustible materials.

3. The opinions expressed by Detective Jeff Sheaman with the Sweetwater County Sherriff as to the origin and cause of the fire are inaccurate.  The opinions are not consistent with witness statements, proper identification of fire patterns, dynamics of fire development, arc mapping analysis, overall methodology of fire investigations, and all known data.

4. The opinions expressed by Mr. Shulz with M.J. Schulz & Associates as to the origin and cause of the fire are inaccurate.  The opinions are not consistent with witness statements, proper identification of fire patterns, dynamics of fire development, arc mapping analysis, overall methodology of fire investigations, and all known data.