# EXHIBIT 8



# ENGINEERING INVESTIGATION REPORT

**STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC**

Case No.:              2:23-CV-00118
Location:              1620 Highway 374, Green River, Wyoming
Date of Loss:          February 1, 2022
AEI Project No.:       15082



EXHIBIT J



**Advanced
Engineering
Investigations**

**www.AEIengineers.com**

# ENGINEERING INVESTIGATION REPORT

## STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC

Case Number: 2:23-CV-00118
Location: 1620 Highway 374, Green River, Wyoming
Date of Loss: February 1, 2022
AEI Project No.:15082

**Report Prepared for:**

McCoy Leavitt Laskey, LLC
Eugene LaFlamme
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188

**Submitted by:**

**AEI Corporation**

_____     September 13, 2024
Brian N. Strandjord, PE, CFI, CFEI            Date
Senior Project Engineer
brian@**AEI**engineers.com
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY

This statement and its contents are the Work Product of AEI Corporation.  This report should only be duplicated or distributed in its entirety.  This report may contain confidential or court protected information; please contact an authorized entity prior to distributing.

Copyright AEI Corporation© 2024 - All Rights Reserved

Eugene LaFlamme
September 13, 2024
AEI P/N:15082
Page 26 of 26



www.AEIengineers.com

The opinions expressed in this report are based upon this writer's education, training, and work experience. The opinions are also based upon a reasonable degree of scientific and engineering certainty and the information available to this writer at the time the report was authored. This writer reserves the right to modify and/or supplement these opinions should new information become available. The investigation, methodology, analysis, findings, conclusions, and opinions detailed in this report are consistent with, and based upon, the recognized and accepted standards and practices of physical component failure investigation and fire and explosion investigation including, but not limited to, applicable sections of ASTM Standards: E 620, E 678, E 860, and E 2332, and the 2021 Edition of National Fire Protection Association (NFPA) 921, *Guide for Fire and Explosion Investigations*.

## ATTACHMENTS

This writer's resume and four-year testimony record are attached. This writer charges $350 per hour for consulting time and $525 per hour for testimony time.