# EXHIBIT 12

## Inspection Sign In Sheet

Case Name: **Stephanie Wadsworth et al. v. Walmart,Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/30/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.

| Name | Company/Firm | Party Representing |
|---|---|---|
| Scott Cramer | EDT | MORGAN & MORGAN / WADSWORTH |
| SMOKEY DYER | DYER FIRE CONSULT | " |
| Brian Strandjord | AEI | Jetson |
| Joseph Films | Rimkus | Jetson |
| Ashley Wilson | Palmer Engineering | |
| Erin Cadiohn | Morgan & Morgan | Wadsworth |
| Eugene LaFlamme | MLL | Jetson |
| Sam Sussman | S-E-A | Jetson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# <u>Inspection Sign In Sheet</u>

Case Name: **Stephanie Wadsworth et al. v. Walmart,Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/31/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.



**EDT**
KANSAS CITY

Forensic Engineering & Consulting

**Scott S. Cramer, P.E.**

Electrical Engineer

scramer@edtengineers.com

O: (913) 859-9580   M: (816) 916-2936

8405 Melrose Drive, Pine Ridge East, Lenexa, KS 66214

EDTengineers.com

---

**RICHARD "SMOKEY" DYER**
FIRE CONSULTANT

118 NORTH CONISTOR
SUITE B-283
LIBERTY, MISSOURI 64068-1909
PHONE 816.223.0888

smokeydyer@kc.rr.com

---



Advanced Engineering Investigations

wwww.**AEI**engineers.com

**Brian N. Strandjord**
PE, CFI, CFEI
Senior Project Engineer
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY

brian@**AEI**engineers.com

Main:        303-756-2900
Direct:      303-339-3228
Mobile:     303-549-8202
Toll Free:   877-937-2900
Fax:          303-756-2911

8197 West Brandon Drive
Littleton, CO 80125

---



**Joseph R. Filas, IAAI - CFI (V), NAFI - CFEI, CFI**
Senior Fire Consultant

jrfilas@rimkus.com
720.272.6968

8100 S. Akron Street, Suite 320
Centennial, CO  80112

---

**MORGAN & MORGAN**
AMERICA'S LARGEST INJURY LAW FIRM

**Eitan J. Goldrosen**
Attorney
20 North Orange Ave, Suite 1600
Orlando, FL 32801

**Tel:** 321.361.3537
**Fax:** 321.361.3568
EGoldrosen@forthepeople.com
ForThePeople.com

---



EUGENE M. LaFLAMME
Partner

McCOY  LEAVITT  LASKEY LLC
N19 W24200 RIVERWOOD DRIVE, SUITE 125
WAUKESHA, WI 53188
262-522-7026 (Direct)   414-232-1561 (Cell)
ELaflamme@MLLlaw.com

ALBUQUERQUE, NM • CHICAGO, IL • MILWAUKEE, WI • PORTLAND, ME

---



**PALMER**
ENGINEERING & FORENSICS
QUALITY • CLARITY • INTEGRITY

**Ashley K. Wilson, B.Sc.**
Lab, Field, and Radiology Technician

30 North Cutler Drive, #404
North Salt Lake, UT 84054
www.PE4n6.com

Phone: 801-936-0676
Mobile: 801-897-0033
Fax: 801-315-7802
email: akwilson@PE4n6.com

---



**Jen Paldino**
Director of Risk and Compliance

+631.384.4922
jen.paldino@ridejetson.com
86 34th Street 4th Floor
Brooklyn, NY 11232
www.ridejetson.com

Make
Moves.