# EXHIBIT 20

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2            IN AND FOR THE DISTRICT OF WYOMING
 3    - - - - - - - - - - - - - - - - - - - - - - - - - -
      STEPHANIE WADSWORTH, individually
 4    and as Parent and legal guardian
      of WW, KW, GW and SW, minor
 5    children of MATTHEW WADSWORTH,
 6                     Plaintiffs,   Case No.
                                     2:23-cv-00118-NDF
 7         vs.
 8    WALMART, INC., and JETSON ELECTRIC
      BIKES, LLC,
 9
                       Defendants.
10
      - - - - - - - - - - - - - - - - - - - - - - - - - -
11
                  VIDEO-RECORDED DEPOSITION OF:
12                 CORPORATE REPRESENTATIVE OF
                      JETSON ELECTRIC BIKES
13                         SAM HUSAIN
14          TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15          LOCATED AT:  N19 W24200 Riverwood Drive
                        Waukesha, Wisconsin
16
                          May 17, 2024
17
                      9:36 a.m. to 2:11 p.m.
18
            REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
      - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25    JOB NO. 6646833
```

Page 31

1   A.   That is correct.
2   Q.   That's all done by the manufacturer?
3   A.   That is correct.
4   Q.   Has it always been like that?
5   A.   That has always been like that since I've been there.
6   Q.   Okay. So the design department that is headed by Mr.
7        Adika, the only thing that he and the department is
8        responsible for is determining the color of the
9        product and the color box or the color of the box?
10              MR. LAFLAMME: Object to the form. Go
11       ahead.
12              THE WITNESS: The cosmetics of the
13       product, yes. Also the logo placement of where the
14       logo should be of Jetson, anything as far as stripes
15       to a product or a sticker added to a product such as
16       for design purposes would be done by that
17       department.
18  BY MR. AYALA:
19  Q.   Okay. That includes warning labels?
20  A.   No.
21  Q.   Is that the responsibility of the manufacturer?
22  A.   Those are in accordance to the UL certification.
23  Q.   Okay.
24  A.   They would be the ones telling us where to place the
25       size and the specifications they have set for it.

Page 32

1  Q.  Does Jetson rely on the UL certification process for
2      purposes of determining what labels to affix to their
3      products?
4  A.  Yes.
5  Q.  And for purposes of determining where to affix those
6      labels?
7  A.  Correct.
8  Q.  The size of those labels all relying upon the UL
9      certification process?
10 A.  That is correct.
11 Q.  Does Jetson make any recommendations to the
12     manufacturer for additional labels or warnings?
13 A.  All the warnings and labels are -- on the product are
14     done according to the UL guidelines that they set for
15     it.
16 Q.  And when did that start?
17 A.  Since UL has been implementing this certification.
18 Q.  You're talking about the UL, what is it, 2272?
19 A.  2272.
20 Q.  And --
21 A.  Sorry, let me correct.
22 Q.  For Hoverboards?
23 A.  That is correct.
24 Q.  And there is other certifications that apply to the
25     electric bikes and the electric scooters?

Page 74

1  Q.  I've only been talking about UL certified inspection.
2      And so I understand, this product for purposes of
3      gaining UL certification under 2272, this product is
4      only inspected by UL?  I can ask it again.
5  A.  Yes, please.
6  Q.  For purposes of gaining UL certification of this
7      product, it is only inspected by UL?
8  A.  The word inspected is a little different than product
9      being certified.  So I don't know if you're -- so
10     your question I'm not following because there is two
11     parts to that question I believe.
12 Q.  So let me ask it again.
13              For purposes of obtaining UL certification,
14     is UL the only entity that inspects this model?
15 A.  For purposes of a UL 2272 certification for this
16     product, UL is the only entity that could give you a
17     UL certification for this product.
18 Q.  Based upon an inspection they perform?
19 A.  Based upon a product testing that they perform.
20 Q.  Okay.  Which includes inspection?
21 A.  Which can include inspection.
22 Q.  Does it always?
23 A.  It -- when you're first certifying a product, it is a
24     certification done by testing of the product.  So,
25     again, the word inspection, yeah, when you get a

1     product, are you inspecting it, sure.
2  Q. So when they first certify a product, it's done by
3     testing?
4  A. Correct.
5  Q. How about when they renew a certification, no testing
6     done?
7  A. There could be a testing, there usually is a testing
8     and there could be -- there is an inspection done as
9     well.
10 Q. What dictates whether a testing is done or not done
11    for renewals of certifications?
12 A. It depends on UL.
13 Q. Do you have any idea what that protocol is?
14 A. I don't remember it.
15 Q. Do you know the last time that UL performed testing
16    on this model for purposes of renewing
17    certifications?
18 A. I don't recall.
19 Q. Okay.  Is that something that would be documented by
20    Jetson?
21 A. I would -- yes.
22 Q. And in what form would that be documented?
23 A. It would be a certification from UL.
24 Q. Does Jetson have a requirement that for certification
25    renewals that testing be performed?

Page 78

1           the manufacturer that does this on a day-to-day with
2           the UL local team over there.
3      Q.   So sitting here today, you on behalf of Jetson do not
4           know one way or another whether testing was performed
5           for every recertification since August 2020?
6                    MR. LAFLAMME:  Object to form,
7           mischaracterizes testimony.  Go ahead.
8                    THE WITNESS:  Can you repeat that?  Sorry.
9      BY MR. AYALA:
10     Q.   Yeah.  You do not know whether testing was performed
11          on this product for every recertification since
12          August 2020?
13                   MR. LAFLAMME:  Same objections.
14                   THE WITNESS:  I don't remember.
15     BY MR. AYALA:
16     Q.   Now, these third-party inspections that take place,
17          are there multiple entities that perform third-party
18          inspections of this product?
19     A.   No.
20     Q.   Who does then?
21     A.   There is one.
22     Q.   And what is that -- the name of that entity?
23     A.   Test, T E S T O O, Test -- sorry, Testcoo, T E S T C-
24          O O.
25     Q.   Is that one word?

Page 79

```
 1   A.   That is one word.
 2   Q.   Where are they located?
 3   A.   They're in China as well.  They have several offices.
 4   Q.   Were you involved in any way with developing the
 5        relationship with the manufacturer?
 6   A.   Can you repeat that question?
 7   Q.   Yeah.  Were you involved on behalf of Jetson with
 8        establishing and developing the relationship with the
 9        manufacturer for this product?
10   A.   What do you mean by relationship?
11   Q.   Well, I would assume Jetson enjoys a relationship
12        with its manufacturer to the extent that the
13        manufacturer is producing Jetson products, correct?
14   A.   Sure.
15   Q.   And so that's what I mean by the relationship.
16             Were you involved at all in establishing
17        that relationship?
18   A.   Yes.
19   Q.   How did you find this manufacturer?
20   A.   Through a trade show.
21   Q.   Prior to establishing the relationship with this
22        manufacturer, did you perform any type of research or
23        background investigation?
24   A.   Yes.
25   Q.   What did that entail?
```

Page 80

```
1   A.   Visit to the facilities of the manufacturing plant,
2        checking with component suppliers on the history of
3        this manufacturer.
4   Q.   Anything else?
5   A.   Checking with the certification parties such as UL to
6        check what they have certified and any violations or
7        any sort of issues that they have had with them.
8   Q.   Okay.
9   A.   And a factory audit.
10  Q.   Were all of those, all of those checks, of course
11       aside from the visit to the plant, but all of those
12       checks with suppliers, with UL, were all of those
13       documented communications?
14  A.   Not necessarily.
15  Q.   Do you know when you would have established that
16       relationship with Kalvin Xiao?
17  A.   I'm just trying to recall my memory.  It would have
18       been 2018 or 2019.
19  Q.   How about with Testcoo.  Were you involved in
20       establishing that relationship?
21  A.   Yes.
22  Q.   How did you meet them?
23  A.   Also at a trade show.
24  Q.   When did you establish that relationship?
25  A.   Around the same time I would probably --
```

Page 141

1    distribution centers throughout?
2  A. That is correct.
3  Q. Okay.
4  A. And then from there it goes to the stores.
5  Q. Gotcha.
6  A. Sorry to add on.
7  Q. Do the Plasma Hoverboards already come boxed meaning
8     in the box that they are presented to the customer in
9     or does that take place in California?
10 A. They are boxed as it would be -- they're boxed, call
11    it sealed because they're taped, and they would be
12    loaded into a container overseas from the container
13    to California.
14 Q. Gotcha. All of the -- the design of the unit, the
15    manufacturer of the unit and its components and the
16    boxing of the units takes place overseas; is that
17    fair?
18 A. You said something that I should correct. Design of
19    the box?
20 Q. No, no, the design of the unit.
21 A. Yes.
22 Q. The design of the box takes place over here.
23 A. That is correct.
24 Q. In the United States?
25 A. That is correct.

Page 142

| | | |
|---|---|---|
| 1 | Q. | By Jetson? |
| 2 | A. | That is correct. |
| 3 | Q. | And so when the units arrive at port in California, they are essentially ready to be distributed and there is no other interaction or involvement by Jetson as it relates to changes to a unit? |
| 7 | A. | That is correct. |
| 8 | Q. | The units when they arrive at port in California already come with whatever labels are going to be affixed to them as well as to the boxes? |
| 11 | A. | That is correct. |
| 12 | Q. | And it is a package ready to be distributed for sale? |
| 13 | A. | That is correct. |
| 14 | Q. | Where is the California warehouse, Jetson warehouse located? |
| 16 | A. | As of right now I believe the city is Fontana, California. |
| 18 | Q. | Do you know the address there or no? |
| 19 | A. | Not off the top of my head, sorry. |
| 20 | Q. | Was there more than one warehouse or a different warehouse back in 2020 and 2021? |
| 22 | A. | Yes. |
| 23 | Q. | Where were those located? |
| 24 | A. | Again, the city would be Buena Park, California. |
| 25 | Q. | Any reason for the change in city? |

Page 143

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Ever since Jetson started selling Hoverboards, has it |
| 3 | | ever tested alternatives to the lithium battery? |
| 4 | A. | Can you clarify that for me? |
| 5 | Q. | Sure.  Well, let me break it down. |
| 6 | | Has Jetson ever offered a Hoverboard that |
| 7 | | does not have a lithium battery? |
| 8 | A. | No. |
| 9 | Q. | Has Jetson engaged in determining or considering use |
| 10 | | of anything other than a lithium battery in its |
| 11 | | Hoverboards? |
| 12 | A. | Can I -- as in Hoverboards or in general? |
| 13 | Q. | Hoverboards. |
| 14 | A. | No.  And, sorry, that long pause was because there is |
| 15 | | always new trends that are always coming up and |
| 16 | | they're being offered by manufacturers.  But if it |
| 17 | | does not abide by the UL certification and it's been |
| 18 | | tested and approved, we don't entertain any changes. |
| 19 | Q. | The UL certification though only applies to lithium |
| 20 | | battery Hoverboards, correct, the 2272? |
| 21 | A. | That is correct.  But, sorry, there is another |
| 22 | | alternative to have as well that they are working on |
| 23 | | from what I know.  That's just my knowledge. |
| 24 | Q. | Okay.  Is that the LiFePO4 batteries? |
| 25 | A. | That is correct. |

Page 150

|    |    |                                                                |
|----|----|----------------------------------------------------------------|
| 1  |    | with the manufacturers on if they have done anything           |
| 2  |    | on their own.                                                  |
| 3  | Q. | Okay.  Does Jetson maintain any type of quality                |
| 4  |    | assurance policy or protocols for its Hoverboards?             |
| 5  | A. | Yes.                                                           |
| 6  | Q. | Okay.  Are you familiar with them?                             |
| 7  | A. | Rough idea of them, yes.                                       |
| 8  | Q. | Okay.  And what is your rough idea of what those               |
| 9  |    | quality assurance policies and protocols provide?              |
| 10 | A. | Those quality assurance require the manufacturer to            |
| 11 |    | follow what is listed on the UL 2272 certification,            |
| 12 |    | to make sure all suppliers and specifications are to           |
| 13 |    | those what are listed and to make sure that they are           |
| 14 |    | following those guidelines 100 percent.                        |
| 15 | Q. | So essentially Jetson completely relies on the UL              |
| 16 |    | 2272 criteria; is that fair?                                   |
| 17 | A. | Yes.                                                           |
| 18 | Q. | It doesn't stray from that, it doesn't go beyond               |
| 19 |    | that.  It relies on the UL 2272 certification                  |
| 20 |    | criteria for purposes of determining if any of its             |
| 21 |    | Hoverboard products are safe for consumer use?                 |
| 22 | A. | Yes.  But we do the additional testing from the third          |
| 23 |    | party that I mentioned which is Testcoo, and I                 |
| 24 |    | shouldn't say testing, I should probably say                   |
| 25 |    | inspection of these goods to make sure that they are           |

1  being followed.
2  Q.  Okay.  And that's just -- is that a visual inspection
3      of the components?
4  A.  No, it's a physical plugging into machines, checking
5      all the details and making sure everything is exactly
6      how it's supposed to be as per the UL 2272
7      guidelines.
8  Q.  Is that required meaning is that additional component
9      inspection required by UL 2272?
10 A.  No.
11 Q.  Is it required by any agency that you're aware of?
12 A.  No.
13 Q.  Do Jetson competitors also engage in additional
14     third-party testing of components -- I'm sorry,
15     inspections of components?
16 A.  I am --
17             MR. LAFLAMME:  Object to the form, exceeds
18     the scope, go ahead.
19             THE WITNESS:  I'm not aware of my
20     competitors' information.
21 BY MR. AYALA:
22 Q.  And even with that Testcoo component inspection and
23     even with the UL 2272 testing and certification
24     process, Jetson still made the decision to recall
25     over 50,000 Rogue Hoverboards for a fire hazard