# EXHIBIT 21

Page 1

1            IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE DISTRICT OF WYOMING
2

    STEPHANIE WADSWORTH, Individually and as Parent and Legal
3   Guardian of W.W., K.W., G.W., and L.W., minor children;
    and MATTHEW WADSWORTH,
4

            Plaintiffs,
5

    vs.                        No. 2:23-CV-00118-NDF
6

    WALMART, INC. AND JETSON ELECTRIC BIKES, LLC,
7

            Defendants.
8

9   _____
10           VIDEOTAPED DEPOSITION OF CORYN KREMERS
               TAKEN ON BEHALF OF THE PLAINTIFFS
11          ON MAY 31, 2024, BEGINNING AT 9:26 A.M.
                  IN BENTONVILLE, ARKANSAS
12             REPORTED BY KERRI PIANALTO, CCR
13                     APPEARANCES:
14  By Zoom on behalf of the PLAINTIFFS
15           Rudwin Ayala
             MORGAN & MORGAN, P.A.
16           20 North Orange Avenue, Suite 1600
             Orlando, Florida 32801
17           407-420-1414
             rayala@forthepeople.com
18
19  On behalf of the DEFENDANTS
20           Eugene M. LaFlamme
             MCCOY LEAVITT LASKEY, LLC
21           N19 W24200 Riverwood Drive, Suite 125
             Waukesha, Wisconsin 53188
22           262-522-7026
             elaflamme@mlllaw.com
23
24  Also present for Walmart:  Matthew Moncur
25  Videographer:  Payton Dawson

1        holding this role of manager of the U.S. product safety

2        and compliance team performing some of the same duties and

3        responsibilities that you've just described?

4              A     That is correct.

5              Q     Okay.  And when you refer to some of the testing

6        that you would either ensure was done, are you referring

7        to the UL WERCSmart, W-E-R-C-S-m-a-r-t?

8              A     No, not directly.

9              Q     Okay.  What testing are you referring to that

10       you would ensure was done by suppliers and/or third

11       parties?

12             A     Walmart requires all general merchandise product

13       that we sell to be tested prior to initial sale and then

14       annually.  That testing is facilitated through, at the

15       time, one of five third-party lab organizations.  We call

16       that production testing.

17             Q     Six to seven years ago were the five third-party

18       lab companies the same as they are today?

19             A     As we speak today, there are four organizations.

20             Q     Are those -- are those four, at the very least,

21       some of the same ones that existed and were in a

22       relationship for third-party testing with Walmart back six

23       to seven years ago?

24             A     Yes.  They all were within the same group of

25       five.

1    confirm anything else about Jetson hoverboards?

2         MR. LAFLAMME:  Object to form, just the term

3    "anything else".  Go ahead and answer if you understand

4    the question.

5        A    Walmart requires our third-party lab

6    organizations to review a product, for example, a

7    hoverboard, against any applicable Walmart regulatory

8    requirement.  So I am not an expert in hoverboards.  A lot

9    of those regulatory requirements are nuanced based

10   specifically on the product as being received by a third

11   party, but, absolutely, if there were other regulatory

12   requirements beyond Walmart's requirement of being listed

13   to the UL 2272 standard, those would be evaluated by our

14   third-party labs.

15       Q    (BY MR. AYALA)  Is there anybody at Walmart, any

16   associate or executive that is familiar with the

17   regulatory requirements of hoverboards?

18       A    As a retailer, we are not experts in any of the

19   product that we supply.  Walmart has taken a position in

20   the absence of a regulatory requirement to ensure that

21   hoverboards, all micro-mobility product, meet and are

22   listed against UL 2272.  We have captured in our testing

23   requirements hundreds of other regulatory requirements

24   that may or may not be applicable to the subject

25   hoverboard.  We have partnered with third-party

1    laboratories and are dependent on their expertise as well

2    as our supplier's expertise in making sure that the -- any

3    other regulatory requirement that's applicable to the

4    product is satisfied.

5         Q    As it relates to UL 2272, you're relying upon

6    the third-party labs approved by Walmart to ensure that

7    all of the requirements for that certification to be -- to

8    -- have been complied with?

9         A    Correct.  We require the product to be listed to

10   UL 2272.  Our third party lab organizations will review

11   the products supplied against all requirements within

12   2272.

13        Q    But as you've described, there are times when

14   the five approved third-party lab organizations don't, in

15   fact, review the product (inaudible) by another

16   third-party lab organization, correct?

17             MR. LAFLAMME:  You broke up a bit again, Rudy.

18   Could you restate that?

19        Q    (BY MR. AYALA)  Sure.  As you described, there

20   are times when one of the five Walmart-approved lab

21   organizations doesn't, in fact, review the product, they

22   only review another third-party lab's report about either

23   an inspection or examination of that product, fair?

24        A    No.  And apologies for not -- not clarifying

25   previously.  So, yes, a supplier or manufacturer can

1    test labs, they're independent organizations.  We don't --

2    we don't have visibility to or knowledge of who or how

3    they manage their relationships with their clients.

4         Q    Is -- how is Walmart advised if any of the

5    products it lists for sale are voluntarily recalled?

6         A    Voluntarily recalled through a regulatory

7    authority, I guess is my question?  If a manufacturer is

8    partnering, in this instance when we talk about

9    hoverboards, with the CPSC to conduct a voluntary recall,

10   our expectation is that our supplier contacts Walmart

11   directly.  Walmart also monitors all CPSC recalls and

12   safety warnings so that we -- if -- if -- in addition to

13   being notified by our supplier, we understand the impact

14   to our product catalog and are responding appropriately.

15        Q    Well, do you understand the CPSC to issue

16   mandatory recalls of products or just recommend them?

17        A    CPSC has authority to issue recalls in

18   conjunction with manufacturers or retailers.  In absence

19   of support of a recall from any entity, they have the

20   authority to issue a unilateral warning.  In the eyes of

21   Walmart, unilateral warnings are treated the same way as a

22   recall.

23        Q    But in the eyes of Walmart, it understands that

24   a unilateral warning by the CPSC is not in practice the

25   same as a recall of a product, correct?

1    be done, we would have been responsive to whatever the

2    next level of guidance that they put out was.  As we sit

3    here today, 2272 is the safety standard that's recognized

4    for this product.

5         Q    Okay.  And I understand, as you've said it a few

6    times, that Walmart doesn't have the expertise.  I get

7    that.  I get that.  And so Walmart only relies upon the UL

8    2272 certification and it relies on everybody else,

9    including the manufacturer, the distributor of a product,

10    and the laboratories to advise Walmart whether anything

11    additional should be done prior to listing a product for

12    sale, correct?

13         A    Correct.  As a retailer, that's our position.

14    We are not experts in the product.

15         Q    And as a retailer, Walmart has no responsibility

16    to the consumer to whom it's selling its products with

17    regards to whether additional testing requirements or

18    standards should be implemented, correct?

19              MR. LAFLAMME:  Object to form.

20         A    Walmart has proactively taken a stance to

21    require that the product that is being supplied to us be

22    listed against UL 2272, which is the recognized safety

23    standard.  If there are additional design changes, you

24    know, whatever that looks like, testing that our

25    manufacturers feel like is appropriate, we encourage them

Page 95

1    sale were not also subject to this same danger, correct?

2              MR. LAFLAMME:  Object to form.

3         A    To my knowledge, Jetson never informed Walmart

4    of any similarities that would cause them to want or have

5    need to remove additional product in our assortment.

6         Q    (BY MR. AYALA)  Yes, ma'am, I know -- I know

7    Jetson never reached out to you independently, but I'm

8    asking the other way around.  Did Walmart ever reach out

9    to Jetson to inquire as to whether there was any need of

10   concern or to remove the Jetson hoverboards from the

11   shelves?

12        A    Walmart was never indicated by our supplier,

13   Walmart was not impacted by the Jetson Rogue Hoverboard as

14   a retailer, and to my knowledge, we did not reach out.

15        Q    Did you ever review Mr. Hussein's deposition

16   transcript?

17        A    I have not.

18        Q    Did you have any involvement in procuring this

19   product line or this manufacturer and developing the

20   relationship to sell Jetson hoverboards at Walmart?

21        A    I personally had no involvement in the decision

22   to onboard Jetson as a supplier or what the assortment

23   looked like.

24        Q    Okay.  You did?  Who within Walmart would've had

25   that responsibility?

Page 96

1      A      The decision to bring product into our

2   assortment and form relationships with specific suppliers

3   or manufacturers is a function of our merchandising team.

4   That organization is completely separate from the

5   compliance organization.

6      Q      Who within the merchandising team would have had

7   that responsibility?

8      A      I don't know.  It would be a merchant assigned

9   to this product category.

10     Q      And in your preparation of the deposition today,

11   did you review any materials relating to the purchase of

12   the Wadsworth hoverboard from Walmart, including a

13   receipt?

14     A      I did review the image of the receipt for the

15   Wadsworth purchase.

16     Q      Okay.  So your review of the receipt for the

17   Wadsworth purchase of the Jetson hoverboard, Plasma model,

18   can you confirm that it indicates that they would have

19   purchased it from the Walmart store located in Rock

20   Springs, Wyoming?

21     A      I don't recall the store.  If you have the image

22   of the receipt, we could take a look at it.

23     Q      Is this the receipt that you would have reviewed

24   prior to the deposition?  And I can't scroll down to the

25   Jetson Plasma item number.

1       A    Yes, that is the receipt that I reviewed, and

2    from the top of the receipt, it does indicate that the

3    purchase was made at Rock Springs store.

4       Q    Okay.  And by the way, are all Walmart

5    brick-and-mortar stores, are they all corporate owned?

6       A    I don't know if I understand your question.  All

7    Walmart brick-and-mortar locations are part of the

8    Walmart, Inc. entity.

9       Q    Okay.  They don't franchise out any

10    brick-and-mortar stores, correct?

11       A    Not to my knowledge, no.

12       Q    Okay.  So this Walmart located at 201 Gateway

13    Boulevard in Rock Springs, Wyoming, that would've been

14    owned by Walmart, Inc., correct?

15       A    Correct.

16       Q    And what this receipt reflects is that on the

17    date of this purchase by the Wadsworth family, and it's

18    dated 12/12/2021, they would have purchased a Jetson

19    Plasma Hoverboard and there is a UPC code there of

20    081199103159, they would have purchased that Jetson Plasma

21    Hoverboard from -- directly from Walmart, correct?

22       A    That is correct.

23       Q    And Walmart would have been offering the Jetson

24    Plasma Hoverboard purchased by the Wadsworth family due to

25    the relationship that it maintained with the supplier,

1      Jetson Electric Bikes, correct?

2          A      Correct.

3          Q      You were not involved in procuring or securing

4      that relationship in any way, shape, or form, correct?

5          A      That is correct.

6          Q      To your knowledge, has Walmart ever communicated

7      to Jetson complaints about its hoverboard products?

8              MR. LAFLAMME:   Object to form.

9          A      Help me with what you're referring to as a

10     complaint.

11         Q      (BY MR. AYALA)   Sure.   Has Walmart ever

12     communicated to Jetson any concerns, any issues that

13     Walmart itself had about the Jetson hoverboard products

14     offered for sale at its stores?

15         A      I'm unsure if Walmart as an entity had any

16     concerns about any product that we're making available for

17     sale.   What we have done as part of our compliance program

18     is if we were notified of customer issues with a product

19     that they've purchased from Walmart, we would share those

20     with the Jetson team at the same time that we're sending

21     those to the Consumer Product Safety Commission.

22         Q      Yes.   And that was going to be my next question,

23     but at least as it relates to Walmart's independent

24     concerns, issues, or otherwise, there would have been

25     nothing voiced to Jetson as it relates to any of the