Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S **MOTION TO EXCLUDE TESTIMONY OF JEFF SHEAMAN;** MEMORANDUM IN SUPPORT OF MOTION |

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLC and McCoy

Leavitt Laskey LLC, hereby submit their Motion to Exclude any Opinion Testimony from Jeff Sheaman (the "Motion").

This Motion is brought pursuant to Federal Rules of Evidence 702, the Court's inherent powers, and is based upon the exhibits, declarations, Memorandum in Support of Motion, the pleadings on file in this matter and on any further evidence or matters that may be presented to the Court.

Pursuant to Local Rule 7.1(b)(1) Defendants further certify that they met and conferred with Plaintiffs' counsel on this instant Rule 702 *Daubert* motion on November 22, 2024 via Zoom conference and Plaintiffs indicated that they would not agree to the motion.

                                                    **McCOY LEAVITT LASKEY LLC**

                                                    Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

Dated: December 2, 2024                        By: _____
                                                    Eugene M. LaFlamme *(pro hac vice)*
                                                    Jared B. Giroux *(pro hac vice)*
                                                    Jillian L. Lukens (*pro hac vice*)
                                                    McCoy Leavitt Laskey, LLC
                                                    N19 W24200 Riverwood Drive, Suite 125
                                                    Waukesha, WI 53188
                                                    (P) 262-522-7000
                                                    elaflamme@MLLlaw.com
                                                    jgiroux@MLLlaw.com
                                                    jlukens@MLLlaw.com

                                                    and

                                                   Timothy M. Stubson, Wyo. Bar No. 6-3144
                                                   Brandon E. Pryde, Wyo. Bar No. 8-6883
                                                   Holly L. Tysse, Wyo. Bar No. 7-5553
                                                   Crowley Fleck, PLLP
                                                   111 West 2nd Street, Suite 220
                                                   Casper, WY 82601
                                                   (P) 307-232-6901

tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com