# EXHIBIT 4

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF WYOMING
 3                           -ooOoo-
 4
     STEPHANIE WADSWORTH,        :
 5   Individually and as
     Parent and Legal            :
 6   Guardian of W.W., K.W.,
     G.W. and L.W., minor        : Case No.
 7   children, and MATTHEW           2:23-cv-00118-NDF JURY
     WADSWORTH,                  :
 8
                 Plaintiff,      :
 9
     v.                          :
10
     WALMART, INC. and JETSON    :
11   ELECTRIC BIKES, LLC,
                                 :
12               Defendants.
                                 :
13   _____
14
15          DEPOSITION OF STEPHANIE WADSWORTH
                    TAKEN THROUGH
16                    VERITEXT
17
18
19        Taken on Tuesday, February 27, 2024
20             8:59 a.m. to 12:55 p.m.
21
22                 At HAMPTON INN
            1055 Wild Horse Canyon Road
23           Green River, Wyoming 82935
24
25     Job No. CS6457160
     Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
```

Page 61

1    days versus overcast days?
2         A.   Yes.
3         Q.   Okay.  I assume the sunnier and the hotter,
4    the worse it would be for you?
5         A.   Yes, it's painful.
6         Q.   Yep.  So is there also heat sensitivity?
7         A.   Yes.
8         Q.   Okay.  Do you have cold sensitivity as
9    well?
10        A.   Not as bad, but yes.
11        Q.   Okay.  Are you able to take showers?  Or
12   how does that -- does that affect you?
13        A.   No.
14        Q.   Meaning, you're not able to take showers?
15        A.   I --
16        Q.   That was a poor question I asked you.
17        A.   I run around filthy all day.  It does not
18   affect my showers.
19        Q.   Okay.  And are you still a smoker?
20        A.   Yes.
21        Q.   Okay.  How much do you smoke?
22        A.   About a pack a day.
23        Q.   And how much did you smoke before the fire?
24        A.   About a pack a day.
25        Q.   So roughly the same?

```
 1       A.    Yes.
 2       Q.    And Matthew is a smoker as well; correct?
 3       A.    Yes.
 4       Q.    Okay.  And how much does he smoke a day?
 5       A.    I don't know.  I'm not him.
 6       Q.    Okay.  Does he -- does it appear that he
 7    roughly smokes consistent with what you smoke per day?
 8       A.    Yes.
 9       Q.    Okay.  And when you smoke a pack a day, I
10    assume cigarettes as opposed to cigars or something
11    else?
12       A.    Correct.
13       Q.    Okay.  Any marijuana use?
14       A.    No.
15       Q.    Any other drug use?
16       A.    No.
17       Q.    How about Matthew?  Any marijuana use for
18    him?
19       A.    No.
20       Q.    Any other drug use for him?
21       A.    No.
22       Q.    How long have you smoked?
23       A.    Twenty years.
24       Q.    Okay.  Any alcohol consumption?
25       A.    Yes.
```

1       Q.      How often is that?
2       A.      Most days.
3       Q.      And what's the average daily alcohol
4    consumption?
5       A.      I don't know.  I don't keep track.
6       Q.      Okay.  Is it beer, wine or liquor?
7       A.      Liquor.
8       Q.      Okay.  And what's the -- any special type?
9       A.      Jäger.
10      Q.      Okay.  There is some reference in your
11   records to whisky as well, is that --
12      A.      I consider Jäger whisky.
13      Q.      Oh, okay.  It might be.
14      A.      I think it's actually a liqueur, but I
15   don't know what the difference between a liqueur and a
16   whisky is.
17      Q.      Roughly, how many drinks per day?
18      A.      I don't know.
19      Q.      Okay.  More than five?
20      A.      Yes.
21      Q.      More than ten?
22      A.      Maybe.
23      Q.      Okay.  And was that consistent with before
24   the fire as well?
25      A.      It's worse now.

```
                                                      Page 64
 1         Q.    Okay.  How was it before the fire?
 2         A.    It was --
 3         Q.    As far as, what was your average daily
 4    alcohol intake?
 5         A.    Not a lot less than now.
 6         Q.    Okay.  So somewhere around ten or so?
 7         A.    Sure.
 8         Q.    Have you ever had any alcohol-related
 9    treatment?
10         A.    No.
11         Q.    Do you vape at all?
12         A.    No.
13         Q.    Have you ever?
14         A.    I might have --
15         Q.    Not just, like, once or twice, but --
16         A.    Oh, no.
17         Q.    Okay.  How about Matthew, does he vape?
18         A.    Yes.
19         Q.    Did he before the fire?
20         A.    I don't know.
21         Q.    Okay.
22               MR. LAFLAMME:  I'm going to mark this as
23    Exhibit 42.
24               (Exhibit No. 42 was marked
25                   for identification.)
```

Page 89

```
 1          A.   It was, like, camping pads, padded eggshell
 2     foam on the floor.
 3          Q.   Okay.
 4          A.   Can I clarify when I say when I went to
 5     bed?
 6          Q.   Sure.
 7          A.   2:00 a.m. is when I got into bed, not when
 8     I went outside to go to bed.
 9          Q.   Okay.  Let me clarify that because I'm
10     not --
11          A.   Okay.
12          Q.   -- I'm not 100 percent sure what you're
13     saying.
14               So 2:00 a.m. is when you got in bed to go
15     to sleep?
16          A.   Correct.
17          Q.   Okay, but before you got into bed at
18     2:00 a.m., you would have had a cigarette before going
19     to bed?
20          A.   Correct.
21          Q.   Okay.  Was that the clarification that you
22     wanted to make?
23          A.   Yeah.  One of the questions you said
24     outside at 2:00 a.m.  I wouldn't have been outside at
25     2:00 a.m.
```

1      Q.    Okay.  You would have been outside a little
2   bit before 2:00 a.m., because 2:00 a.m. is when you
3   went to bed?
4      A.    Correct.
5      Q.    All right.  And how soon before going to
6   bed do you typically have your last cigarette, within,
7   like, a half hour?
8      A.    Yes.
9      Q.    Okay.  And did you have any alcohol the
10  night of January 31st?
11     A.    Yes.
12     Q.    Okay.  Do you know how much you had that
13  evening?
14     A.    No.
15     Q.    Would it have been a typical day for
16  alcohol consumption for you?
17     A.    Yes.
18     Q.    As far as when you would consume alcohol,
19  is it more at night or is it throughout the day?
20     A.    More at night.
21     Q.    Okay.  So is it once the kids go down --
22     A.    Yes.
23     Q.    -- then you will have some alcohol?
24     A.    Yes.
25     Q.    And do you know, was it Jäger that you were

Page 91

```
 1     drinking that evening?
 2         A.    Yes.
 3         Q.    And how do you typically drink it?  Do you
 4     have it on ice or in a little shooter or snifter?
 5         A.    On ice.
 6         Q.    So on ice, in kind of a normal tumbler
 7     glass?
 8         A.    Well, no, it doesn't go into a glass.  I
 9     guess it would be, like, a shot glass.
10         Q.    Okay.  So you're having --
11         A.    It's in the freezer.
12         Q.    You have it in the freezer?
13         A.    Yes.
14         Q.    Okay.  So that's how it is chilled?
15         A.    Yes.
16         Q.    I know that Jäger warm is not that good.
17         A.    Nasty.
18         Q.    All right.  So you keep it in the freezer
19     chilled, and then you pour it into a glass from there?
20         A.    Yes.
21         Q.    Okay.  Any other alcohol besides Jäger you
22     would have had?
23         A.    That night, probably not.  I don't know for
24     sure.
25         Q.    Okay.  Do you drinks beer as well?
```