# EXHIBIT 5

Page 1

```
                  UNITED STATES DISTRICT COURT

                IN AND FOR THE DISTRICT OF WYOMING

                            -ooOoo-

    STEPHANIE WADSWORTH,        :
    Individually and as
    Parent and Legal            :
    Guardian of W.W., K.W.,
    G.W. and L.W., minor        : Case No.
    children, and MATTHEW         2:23-cv-00118-NDF JURY
    WADSWORTH,                  :

            Plaintiff,          :

    v.                          :

    WALMART, INC. and JETSON    :
    ELECTRIC BIKES, LLC,
                                :
            Defendants.
                                :
    _____

            DEPOSITION OF MATTHEW WADSWORTH
                    TAKEN THROUGH
                       VERITEXT


          Taken on Monday, February 26, 2024
               9:57 a.m. to 2:47 p.m.

                    At HAMPTON INN
             1055 Wild Horse Canyon Road
              Green River, Wyoming 82935

    Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
    Job No.:      CS6457156
```

Page 47

1   Q.   Are you a smoker?
2   A.   Yes.
3   Q.   Okay.  How much do you smoke?
4   A.   Now?  A pack a day.
5   Q.   Okay.  And how long has the pack a day
6   habit been in place?
7   A.   Years.
8   Q.   Okay.  In 2022, how much would you average
9   smoking on a given day?
10  A.   I was in the process of trying to quit.
11  Q.   Okay.
12  A.   So I was -- I cut back to about a half a
13  pack.
14  Q.   How about Stephanie?  Does she -- I
15  understand she doesn't smoke presently; correct?
16  A.   Incorrect.
17  Q.   She does smoke?
18  A.   Correct.
19  Q.   Okay.  How much does she smoke presently?
20  A.   I don't know.
21  Q.   Okay.  Do you know, in 2022, how much she
22  smoked on a daily average?
23  A.   I don't know.
24  Q.   Okay.  Any -- do you guys vape at all?
25  A.   I do.  I have been trying to use it for a