# EXHIBIT 2

**City of Green River FD**
Station: 2

| Location: | Incident Type: |
|---|---|
| 1620 HWY 374<br>Green River WY 82935 | 111 - Building fire |
| Lat/Long:<br>N 41° 32' 46.34"<br>W 109° 29' 5.77" | FDID: 37515<br>Incident #: 2022-46<br>Exposure ID: 64232633<br>Exposure #: 0<br>Incident Date: 02/01/2022<br>Dispatch Run #: 21542988 |
| Zone:<br>400 - Jamestown Fire District<br>Location Type: 1 - Street address | |

| Report Completed by: | Robinson , Bill | ID: | Date: 02/09/2022 |
|---|---|---|---|
| Report Reviewed by: | Robinson , Bill | ID: | Date: 03/02/2022 |
| Report Printed by: | Robinson, Bill | ID: | Date: 3/2/2022  Time: 09:27 |

| Structure Type: Enclosed building | Property Use: 419 - 1 or 2 family dwelling | |
|---|---|---|
| Automatic Extinguishment System Present: ☐ | Detectors Present: ☑ | Cause of Ignition: Failure of equipment or heat source |
| Aid Given or Received:   None | Primary action taken:   10 - Fire control or extinguishment, other | |

| Losses | Pre-Incident Values | | | | |
|---|---|---|---|---|---|
| Property: | Property: | Civilian Injuries: | 2 | Fire Service Injuries: | 0 |
| Contents: | Contents: | Civilian Fatalities: | 0 | Fire Service Fatalities: | 0 |
| Total: | Total: | Total Casualties: | 2 | Total Fire Service Casualties: | 0 |
| Total # of apparatus on call: | | 3 | Total # of personnel on call: | | 17 |

| Special Studies | |
|---|---|
| COVID 19 was a factor in this incident. | No, COVID 19 was not a factor. |

**Exhibit 0009**
11/15/2023
Bill Robinson

| NARRATIVE (1) |
|---|
| **Narrative Title:** Assistant Chief |
| **Narrative Author:** Robinson, Bill |
| **Narrative Date:** 02/09/2022 10:36:34 |
| **Narrative Apparatus ID:** C-2 |
| **Narrative:** |
| GRFD responded to a structure fire in Jamestown. Up[on arrival, GRFD found injuries on two victims inside fire that were sitting in a vehicle, EMS arrived and took over care of the injured and GRFD continued to the fire. GRFD attacked the fire offensively until water was an issue and needed more relayed and more structural firefighters. GRFD command called out District Fire to back them with that kind of support. Firefighters continued to fight the blaze until all was extinguished and then began salvage and overhaul procedure and investigation. After a thorough investigation including GRFD and Sweetwater County Sherrifs Department, it was determined that the fire started to come from a hover board that was plugged in, in the first bedroom. Two dogs were found in the back bedroom that did not survive. GRFD also contacted the State Fire Marshal's Office and it was determined further investigation was not needed. GRFD left after all scene was secure and turned back over to the owners. |

| NARRATIVE (2) |
|---|
| **Narrative Title:** Assistant Chief |
| **Narrative Author:** Robinson, Bill |
| **Narrative Date:** 03/02/2022 09:27:24 |
| **Narrative Apparatus ID:** C-2 |
| **Narrative:** |
| Added to this narrative on 3-2-2022 at 0924 hours, by William Robinson, the evidence found on scene during the investigation and any other findings were turned over to the Sweetwater County Sheriffs Department as they performed the thorough investigation. |

| APPARATUS | | | |
|---|---|---|---|
| Fire Controlled Date / Time: | | 2/1/2022 11:57:22 AM | |
| Unit | C-2 | Unit | E-2 |
| Type: | Chief officer car | Type: | Engine |
| Use: | Other | Use: | Suppression |
| Response Mode: | () | Response Mode: | () |
| # of People | 1 | # of People | 5 |
| Alarm | 02/01/2022 04:27:02 | Alarm | 02/01/2022 04:27:02 |
| Dispatched | 02/01/2022 04:29:03 | Dispatched | 02/01/2022 04:29:03 |
| Enroute | 02/01/2022 04:32:16 | Enroute | 02/01/2022 04:32:16 |
| Arrived | 02/01/2022 04:37:08 | Arrived | 02/01/2022 04:37:08 |
| Cancelled | -- / -- / -- --:--:-- | Cancelled | -- / -- / -- --:--:-- |
| Cleared Scene | 02/01/2022 11:57:22 | Cleared Scene | 02/01/2022 11:57:22 |
| In Quarters | -- / -- / -- --:--:-- | In Quarters | -- / -- / -- --:--:-- |
| In Service | -- / -- / -- --:--:-- | In Service | -- / -- / -- --:--:-- |
| Unit | E-22 | | |
| Type: | Engine | | |
| Use: | Suppression | | |
| Response Mode: | () | | |
| # of People | 6 | | |
| Alarm | 02/01/2022 04:27:02 | | |
| Dispatched | 02/01/2022 04:29:03 | | |
| Enroute | 02/01/2022 04:32:16 | | |
| Arrived | 02/01/2022 04:37:08 | | |
| Cancelled | -- / -- / -- --:--:-- | | |
| Cleared Scene | 02/01/2022 11:57:22 | | |
| In Quarters | -- / -- / -- --:--:-- | | |
| In Service | -- / -- / -- --:--:-- | | |
| Number Of People not on apparatus: 5 | | | |

| FIRE | | | |
|---|---|---|---|
| Acres Burned | None or Less Than One | Acres Burn From Wildland Form | False |
| Area Of Fire Origin | Bedroom - < 5 persons; included are jail or prison | Heat Source | Spark, ember, or flame from operating equipment |
| Item First Ignited | Cabinetry (including built-in) | Fire Is Confined To Object Of Origin | |
| Type Of Material | Plastic | Cause Of Ignition | Failure of equipment or heat source |
| Factor Contributing To Ignition | Fire spread or control, other | | |
| Human Factors Contributing | None | | |
| Equipment Involved In Ignition Flag | True | Equipment Involved | Personal and household equipment, other |
| Brand | Hover Board | Equipment Model | |
| Equipment Power Source | Electrical, other | Equipment Portability | Portable |

## STRUCTURE FIRE

| | | | |
|---|---|---|---|
| **Structure Type** | Enclosed building | **Building Status** | In normal use |
| **# Of Stories At Above Grade** | 1 | **# Of Stories Below Grade** | 1 |
| **Square Feet** | 1800 | **Length** | |
| **Width** | | **Floor Of Origin** | 1 |
| **Fire Spread** | Confined to floor of origin | | |
| **Minor Damage** | 0 | **Significant Damage** | 0 |
| **Heavy Damage** | 0 | **Extreme Damage** | 1 |
| **Item Contributing Most To Spread** | Structural component or finish, other | **Type Of Material Contributing Most To Spread** | Natural product, other |
| **Presence Of Detectors** | Present | **Type Of Detection System** | Combination smoke and heat in a single unit |
| **Detector Power Supply** | Multiple detectors and power supplies | **Detector Operation** | Detector operated |
| **Detector Effectiveness** | Detector alerted occupants, occupants failed to respond | **Detector Failure Reason** | |

## CIVILIAN CASUALTIES 1

| Gender | Name | Age | Date Of Birth | Race | Ethnicity Hispanic |
|---|---|---|---|---|---|
| Female | Mother | 30 | *** | | |

| **Affiliation** | **Date Of Injury** 02/01/2022 | **Time Of Injury** 04:27: |
|---|---|---|

| **Severity** Life threatening | **Cause Of Injury** | |
|---|---|---|

| **Human Factors** | Asleep | |
|---|---|---|

| **Contributing Factors 1** | **Contributing Factors 2** | **Contributing Factors 3** |
|---|---|---|

| **Primary Apparent Symptom** | **Primary Part Of Body Injured** | **Disposition** Transported to emergency care facility |
|---|---|---|

**Remarks**
Mother of children was burned severely and transported to the hospital and later life flighted to a facility more suited for these type of injuries. 70 % of body burns or more

## CIVILIAN CASUALTIES 2

| Gender | Name | Age | Date Of Birth | Race | Ethnicity Hispanic |
|---|---|---|---|---|---|
| Male | child | 4 | *** | | |

| **Affiliation** | **Date Of Injury** 02/01/2022 | **Time Of Injury** 04:27: |
|---|---|---|

| **Severity** Severe | **Cause Of Injury** | |
|---|---|---|

| **Human Factors** | Asleep | |
|---|---|---|

| **Contributing Factors 1** | **Contributing Factors 2** | **Contributing Factors 3** |
|---|---|---|

| **Primary Apparent Symptom** | **Primary Part Of Body Injured** | **Disposition** Transported to emergency care facility |
|---|---|---|

**Remarks**
Child of mother was injured in fire trying to get out and was transported to a facility more suitable for these type injuries. 20 % body burns (arms and leg)

| PEOPLE -- PERSON 1 | | | |
|---|---|---|---|
| Is Owner | True | Business Name | |
| Address | | | |

| CUSTOM FIELDS FORM | |
|---|---|
| Property use | 419 jamestown residential |
| Estimated Dollar Losses and Values | 200,000.00 home |

## INCIDENT IMAGES

| PERSONNEL ON CALL | | | |
|---|---|---|---|
| **Name** | **Personnel Rank** | **Role(s)** | **Apparatus** |
| Apostolope, J.P. | Captain | | Other |
| Apostolope, Trey | Firefighter | | E-22 |
| Berry, Spencer | Firefighter | | E-22 |
| Burnett, Kole | Firefighter | | E-22 |
| Draney, Nathan | Firefighter | | Other |
| Eaton, Chevy | Firefighter | | E-2 |
| Erdmann, Larry | Assistant Chief | | Other |
| Kendall, Casey | Lieutenant | | Other |
| Kendall, Clint | Captain | | E-2 |
| Madura, Tom | Firefighter | | E-2 |
| Mead, Brandon | Firefighter | | E-22 |
| Parker, Ian | Firefighter | | Other |
| Reyes, Albert | Firefighter | | E-2 |
| Rider, Austin | Firefighter | | E-2 |
| Robinson, Bill | Assistant Chief | | C-2 |
| Spalding, Gerhart | Firefighter | | E-22 |
| Walgren, Jamie | Firefighter | | E-22 |

Member Making Report (Assistant Chief Bill Robinson): _____

Incident Reviewer (Assistant Chief Bill Robinson): _____

Fire - Fire Fire - Fire



## Fire: Fire

| | |
|---|---|
| When Reported: | 04:27:10 02/01/2022 |
| Address: | 1620 HWY 374, GREEN RIVER, WY 82935 |
| Area: | |
| Agency: | GRFD |
| Officer: | ROBINSON W |
| Contact: | RYAN PASBORG |
| Disposition: | ACT, 02/01/2022 |

**Complainant**
- Name:
- Address:
- Race:
- Sex:
- Phone:
- Birth Date:

Incident #: 22GR00046

Thumbnail Photo Not Available

### Other Information:

| | |
|---|---|
| Reported Condition Code: | |
| Observed Condition Code: | |
| Condition Codes: | |
| Responding Officers: | GRFD Station 1, ROBINSON W, GE2, GE22, FD1 STATION, E203, GSQ2 |
| Occurred Between: | 04:27:02 02/01/2022 - 04:30:43 02/01/2022 |
| Received By: | TEBEDO A |
| How Received: | Telephone |
| CAD Call ID: | 21542988 |
| Misc Entry: | |

### Narrative:

### Supplements: 1 - 11:57:22 02/01/2022 - PALMER L - CAD Call info/comments

### Radio Logs:

| When Reported | Unit | Ten Code | Agency | Zone | Logged By | Description |
|---|---|---|---|---|---|---|
| 18:00:43 02/01/2022 | 4C26 | CMPLT | SCSO | SOPAT | BACH K | incid#=S22-01535 Completed Call call=134l |
| 17:53:23 02/01/2022 | 4C26 | AH | SCSO | SOPAT | BACH K | incid#=S22-01535 At Hospital disp:CLO clr:NFA call=134l |
| 17:53:09 02/01/2022 | | | SCSO | SOPAT | BACH K | Call type l reopened and assigned call number 134 |
| 15:25:43 02/01/2022 | 4C26 | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 Completed Call call=70l |
| 14:35:45 02/01/2022 | GC2 | CMPLT | GRFD | GRF1 | PALMER L | incid#=22GR00046 Completed Call call=70f |
| 14:35:39 02/01/2022 | GC2 | DISP | GRFD | GRF1 | PALMER L | incid#=22GR00046 DISPATCHED TO CALL disp:ACT call=70f |
| 12:58:48 02/01/2022 | 4C26 | ARRVD | SCSO | SOPAT | WILLIAMS C | call=70l |
| 12:44:21 02/01/2022 | 4C26 | ENRT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 Enroute to a Call disp:CLO clr:NFA call=70l |
| 12:43:51 02/01/2022 | | | SCSO | SOPAT | WILLIAMS C | Call type l reopened and assigned call number 70 |
| 12:23:54 02/01/2022 | GRFD1 | BASE | GRFD | GRF1 | PALMER L | |
| 12:06:12 02/01/2022 | GRFD1 | DISP | GRFD | GRF1 | PALMER L | incid#=22GR00046 DISPATCHED TO CALL disp:ACT call=70f |
| 12:05:25 02/01/2022 | | | GRFD | GRF1 | PALMER L | Call type f reopened and assigned call number 70 |
| 11:57:22 02/01/2022 | GC2 | CMPLT | GRFD | GRF1 | PALMER L | incid#=22GR00046 Completed Call call=13f |
| 11:14:39 02/01/2022 | GSQ2 | CMPLT | GRFD | GRF1 | PALMER L | |
| 11:14:27 02/01/2022 | GE22 | CMPLT | GRFD | GRF1 | PALMER L | |
| 11:14:20 02/01/2022 | GE2 | CMPLT | GRFD | GRF1 | PALMER L | |
| 11:01:18 02/01/2022 | 4C37 | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 clr:NFA call=13l |
| 11:01:18 02/01/2022 | 4C44 | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 clr:NFA call=13l |
| 11:01:18 02/01/2022 | 4CADM | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 clr:NFA call=13l |
| 10:42:45 02/01/2022 | 4C37 | NMINQ | SCSO | SOPAT | MORRIS S | MDC: name=LAMB, AMANDA |
| 10:37:22 02/01/2022 | 4C37 | NMINQ | SCSO | SOPAT | MORRIS S | MDC: name=WADSWORTH, * |
| 10:21:08 02/01/2022 | 4C37 | ARRVD | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 Arrived on Scene disp:CLO call=13l |
| 09:00:54 02/01/2022 | 4C95 | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 Reassigned to call 33l, completed call 13l |
| 09:00:44 02/01/2022 | 4C37 | CMPLT | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 Reassigned to call 33l, completed call 13l |
| 08:50:43 02/01/2022 | 4C95 | ARRVD | SCSO | SOPAT | WILLIAMS C | call=13l |
| 08:27:45 02/01/2022 | 4C95 | DISP | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 DISPATCHED TO CALL disp:CLO call=13l |
| 08:03:54 02/01/2022 | FD1 | BASE | SFD1 | GRF1 | WILLIAMS C | |
| 08:03:51 02/01/2022 | 203 | CMPLT | SFD1 | GRF1 | WILLIAMS C | incid#=22SF00027 Completed Call call=13f |
| 07:44:13 02/01/2022 | 4C53 | CLR | SCSO | SOPAT | WILLIAMS C | |
| 07:39:14 02/01/2022 | 203 | EQ | SFD1 | GRF1 | WILLIAMS C | call=13f |
| 07:29:17 02/01/2022 | 4C53 | ARRVD | SCSO | SOPAT | WILLIAMS C | incid#=S22-01535 c=13l |
| 07:15:12 02/01/2022 | GSQ2 | ARRVD | GRFD | GRF1 | WILLIAMS C | call=13f |
| 07:13:27 02/01/2022 | MS126 | CMPLT | CRAS | CRAS | BACH K | incid#=C22000167 Completed Call call=13e |
| 07:13:27 02/01/2022 | MS128 | CMPLT | CRAS | CRAS | BACH K | incid#=C22000167 Completed Call call=13e |

| Time | Date | Unit | Status | Agency | Zone | Officer | Incident |
|---|---|---|---|---|---|---|---|
| 07:07:37 | 02/01/2022 | GSQ2 | ENRT | GRFD | GRF1 | WILLIAMS C | incid#=22GR00046 Enroute to a Call disp:ACT call=13f |
| 06:29:57 | 02/01/2022 | GRFD1 | CLR | GRFD | GRF1 | HOOK A | |
| 06:29:51 | 02/01/2022 | GC2 | ARRVD | GRFD | GRF1 | HOOK A | Assigned as Responsible Unit for call 21542988 |
| 06:24:33 | 02/01/2022 | 4C37 | ARRVD | SCSO | SOPAT | HOOK A | incid#=S22-01535 Arrived on Scene disp:CLO call=13l |
| 06:21:41 | 02/01/2022 | 4C9 | CMPLT | SCSO | SOPAT | BARTOLOTTA M | (MDC) Completed call incid#=S22-01535 call=13l |
| 06:21:38 | 02/01/2022 | 4C9 | ARRVD | SCSO | SOPAT | BARTOLOTTA M | (MDC) Arrived on scene incid#=S22-01535 call=13l |
| 06:14:12 | 02/01/2022 | 4C11 | CMPLT | SCSO | SOPAT | KAUMO R | (MDC) Completed call incid#=S22-01535 call=13l |
| 06:11:12 | 02/01/2022 | 4C44 | CLR | SCSO | SOPAT | HOOK A | |
| 06:10:55 | 02/01/2022 | 4C11 | OK | SCSO | SOPAT | HOOK A | incid#=S22-01535 Status Check call=13l |
| 06:10:55 | 02/01/2022 | 4C44 | OK | SCSO | SOPAT | HOOK A | incid#=S22-01535 Status Check call=13l |
| 06:10:55 | 02/01/2022 | 4C9 | OK | SCSO | SOPAT | HOOK A | incid#=S22-01535 Status Check call=13l |
| 06:10:55 | 02/01/2022 | 4CADM | OK | SCSO | SOPAT | HOOK A | incid#=S22-01535 Status Check call=13l |
| 06:01:25 | 02/01/2022 | 4C9 | ENRT | SCSO | SOPAT | BARTOLOTTA M | (MDC) Assisting unit 4C44 incid#=S22-01535 call=13l |
| 05:51:56 | 02/01/2022 | 4C35 | CMPLT | SCSO | SOPAT | MCPHIE A | (MDC) Completed call incid#=S22-01535 call=13l |
| 05:47:39 | 02/01/2022 | MS128 | CMPLT | CRAS | CRAS | TEBEDO A | incid#=C22000167 Completed Call call=13e |
| 05:39:50 | 02/01/2022 | 203 | ARRVD | SFD1 | GRF1 | TEBEDO A | incid#=22SF00027 Arrived on Scene call=13f |
| 05:37:20 | 02/01/2022 | 4CADM | DISP | SCSO | SOPAT | HOOK A | incid#=S22-01535 DISPATCHED TO CALL disp:CLO call=13l |
| 05:37:11 | 02/01/2022 | MS128 | EGR | CRAS | CRAS | TEBEDO A | incid#=C22000167 Enroute to Green River call=13e |
| 05:36:53 | 02/01/2022 | 4C11 | ARRVD | SCSO | SOPAT | KAUMO R | (MDC) Arrived on scene incid#=S22-01535 call=13l |
| 05:36:37 | 02/01/2022 | 4C11 | ENRT | SCSO | SOPAT | KAUMO R | (MDC) Assisting unit 4C44 incid#=S22-01535 call=13l |
| 05:35:43 | 02/01/2022 | 4C11 | CMPLT | SCSO | SOPAT | HOOK A | incid#=S22-01535 Reassigned to call 17l, completed call 13l |
| 05:23:07 | 02/01/2022 | 203 | ENRT | SFD1 | GRF1 | TEBEDO A | incid#=22SF00027 Enroute to a Call disp:ACT call=13f |
| 05:22:15 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH, WES* |
| 05:20:55 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH, KA* |
| 05:16:14 | 02/01/2022 | 4C35 | DLINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH, LAYNE dob=05/29/2015 sex=M |
| 05:16:13 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH, LAYNE dob=05/29/2015 sex=M |
| 05:13:06 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH*, GUN* |
| 05:12:57 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH*, GUNER |
| 05:12:11 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADSWORTH*, * |
| 05:11:16 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADS*, STEPH* |
| 05:10:45 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=PAS*, RYAN* |
| 05:10:23 | 02/01/2022 | FD1 | DISP | SFD1 | GRF1 | TEBEDO A | incid#=22SF00027 DISPATCHED TO CALL disp:ACT call=13f |
| 05:09:23 | 02/01/2022 | MS128 | AH | CRAS | CRAS | TEBEDO A | incid#=C22000167 At Hospital call=13e |
| 05:09:03 | 02/01/2022 | MS126 | ARRVD | CRAS | CRAS | TEBEDO A | incid#=C22000167 Arrived on Scene call=13e |
| 05:04:13 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WADS*, MAT* |
| 05:04:02 | 02/01/2022 | MS126 | ENRT | CRAS | CRAS | TEBEDO A | incid#=C22000167 Enroute to a Call disp:ACT call=13e |
| 04:56:05 | 02/01/2022 | MS128 | EH | CRAS | CRAS | TEBEDO A | incid#=C22000167 Enroute to Hospital call=13e |
| 04:54:26 | 02/01/2022 | 4C35 | NMINQ | SCSO | SOPAT | MCPHIE A | MDC: name=WAD*, LAV* |
| 04:50:26 | 02/01/2022 | GC2 | OK | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Status Check call=13f |
| 04:50:26 | 02/01/2022 | GE2 | OK | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Status Check call=13f |
| 04:50:26 | 02/01/2022 | GE22 | OK | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Status Check call=13f |
| 04:50:26 | 02/01/2022 | GRFD1 | OK | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Status Check call=13f |
| 04:50:14 | 02/01/2022 | GC2 | ARRVD | GRFD | GRF1 | TEBEDO A | Assigned as Responsible Unit for call 21542988 |
| 04:49:57 | 02/01/2022 | GE22 | ARRVD | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Arrived on Scene call=13f |
| 04:43:00 | 02/01/2022 | GE22 | ENRT | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Enroute to a Call disp:ACT call=13f |
| 04:42:01 | 02/01/2022 | GE2 | ARRVD | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Arrived on Scene call=13f |
| 04:40:28 | 02/01/2022 | 4C35 | ARRVD | SCSO | SOPAT | HOOK A | incid#=S22-01535 c=13l |
| 04:39:57 | 02/01/2022 | 4C11 | ARRVD | SCSO | SOPAT | HOOK A | incid#=S22-01535 Arrived on Scene call=13l |
| 04:39:57 | 02/01/2022 | 4C44 | ARRVD | SCSO | SOPAT | HOOK A | incid#=S22-01535 Arrived on Scene call=13l |
| 04:38:49 | 02/01/2022 | CREMS | CLR | CRAS | CRAS | MCGEE E | |
| 04:38:46 | 02/01/2022 | MS128 | ARRVD | CRAS | CRAS | MCGEE E | Assigned as Responsible Unit for call 21542988 |
| 04:38:39 | 02/01/2022 | MS128 | ARRVD | CRAS | CRAS | MCGEE E | call=13e |
| 04:37:08 | 02/01/2022 | GC2 | ARRVD | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Arrived on Scene call=13f |
| 04:36:43 | 02/01/2022 | GE2 | ENRT | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Enroute to a Call disp:ACT call=13f |
| 04:32:51 | 02/01/2022 | 4C11 | ENRT | SCSO | SOPAT | HOOK A | incid#=S22-01535 c=13l |
| 04:32:16 | 02/01/2022 | GC2 | ENRT | GRFD | GRF1 | TEBEDO A | incid#=22GR00046 Enroute to a Call disp:ACT call=13f |
| 04:31:38 | 02/01/2022 | MS128 | ENRT | CRAS | CRAS | MCGEE E | incid#=C22000167 Enroute to a Call disp:ACT call=13e |
| 04:29:03 | 02/01/2022 | GRFD1 | DISP | GRFD | GRF1 | MCGEE E | incid#=22GR00046 DISPATCHED TO CALL disp:ACT call=13f |
| 04:28:59 | 02/01/2022 | 4C44 | ENRT | SCSO | SOPAT | HOOK A | incid#=S22-01535 Enroute to a Call disp:CLO call=13l |
| 04:28:54 | 02/01/2022 | CREMS | DISP | CRAS | CRAS | MCGEE E | incid#=C22000167 DISPATCHED TO CALL disp:ACT call=13e |

Refresh Data