# EXHIBIT 3

# Inspection Sign In Sheet

Case Name: **Stephanie Wadsworth et al. v. Walmart, Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/30/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.

| Name | Company/Firm | Party Representing |
|---|---|---|
| Scott Cramer | EDT | Morgan & Morgan / ~~Wadsworth~~ |
| Smokey Dyer | Dyer Fire Consult | " |
| Brian Strandjord | AEI | Jetson |
| Joseph Films | Rimkus | Jetson |
| Ashley Wilson | Palmer Engineering | |
| Eitan Ladrom | Marjan & Marjan | Wadsworth |
| Eugene LaFlamme | MLL | Jetson |
| Sim Susner | S-E-A | Jetson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Inspection Sign In Sheet

Case Name: **Stephanie Wadsworth et al. v. Walmart, Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/31/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.

**EDT KANSAS CITY** — Forensic Engineering & Consulting
Scott S. Cramer, P.E.
Electrical Engineer
scramer@edtengineers.com
O: (913) 859-9580  M: (816) 916-2936
8405 Melrose Drive, Pine Ridge East, Lenexa, KS 66214
EDTengineers.com

**RICHARD "SMOKEY" DYER**
FIRE CONSULTANT
118 North Conistor
Suite B-283
Liberty, Missouri 64068-1909
Phone 816.223.0888
smokeydyer@kc.rr.com



**AEI CORPORATION** — Advanced Engineering Investigations
www.AEIengineers.com
Main: 303-756-2900
Direct: 303-339-3228
Mobile: 303-549-8202
Toll Free: 877-937-2900
Fax: 303-756-2911
Brian N. Strandjord
PE, CFI, CFEI
Senior Project Engineer
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY
8197 West Brandon Drive
Littleton, CO 80125
brian@AEIengineers.com

**RIMKUS**
Joseph R. Filas, IAAI - CFI (V), NAFI - CFEI, CFI
Senior Fire Consultant
jrfilas@rimkus.com
720.272.6968
8100 S. Akron Street, Suite 320
Centennial, CO 80112

**MORGAN & MORGAN** — AMERICA'S LARGEST INJURY LAW FIRM
Eitan J. Goldrosen
Attorney
20 North Orange Ave, Suite 1600
Orlando, FL 32801
Tel: 321.361.3537
Fax: 321.361.3568
EGoldrosen@forthepeople.com
ForThePeople.com



**EUGENE M. LaFLAMME**
Partner
**McCOY LEAVITT LASKEY LLC**
N19 W24200 RIVERWOOD DRIVE, SUITE 125
WAUKESHA, WI 53188
262-522-7026 (Direct)   414-232-1561 (Cell)
ELaflamme@MLLlaw.com
ALBUQUERQUE, NM • CHICAGO, IL • MILWAUKEE, WI • PORTLAND, ME

**PALMER ENGINEERING & FORENSICS** — QUALITY • CLARITY • INTEGRITY
Ashley K. Wilson, B.Sc.
Lab, Field, and Radiology Technician
30 North Cutler Drive, #404
North Salt Lake, UT 84054
www.PE4n6.com
Phone: 801-936-0676
Mobile: 801-897-0033
Fax: 801-315-7802
email: akwilson@PE4n6.com


Jen Paldino
Director of Risk and Compliance
+631.384.4922
jen.paldino@ridejetson.com
86 34th Street 4th Floor
Brooklyn, NY 11232
www.ridejetson.com

