Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>　　Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>　　Defendants. | Case No. 2:23-cv-00118-NDF<br><br>DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S **MOTION TO EXCLUDE TESTIMONY RONALD SNYDER;** MEMORANDUM IN SUPPORT OF MOTION |

JETSON ELECTRIC BIKES, LLC ("Jetson") and WALMART INC. ("Walmart"), collectively Defendants, by and through their attorneys, Crowley Fleck PLLP and McCoy Leavitt Laskey LLC, hereby submit their Motion to Exclude Testimony of Dr. Ronald Snyder (the "Motion").

This Motion is brought pursuant to Federal Rules of Evidence 702, the Court's inherent powers, and is based upon the exhibits, declarations, Memorandum in Support of Motion, the pleadings on file in this matter and on any further evidence or matters that may be presented to the Court.

Pursuant to Local Rule 7.1(b)(1) Defendants further certify that they met and conferred with Plaintiffs' counsel on this instant Rule 702 *Daubert* motion on November 22, 2024 via Zoom conference and Plaintiffs indicated that they would not agree to the motion.

|  |  |
|---|---|
| Dated: December 2, 2024 | **McCOY LEAVITT LASKEY LLC**<br>Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.<br><br>By: _/s/ signature_<br>Eugene M. LaFlamme *(pro hac vice)*<br>Jared B. Giroux *(pro hac vice)*<br>Jillian L. Lukens *(pro hac vice)*<br>McCoy Leavitt Laskey, LLC<br>N19 W24200 Riverwood Drive, Suite 125<br>Waukesha, WI 53188<br>(P) 262-522-7000<br>elaflamme@MLLlaw.com<br>jgiroux@MLLlaw.com<br>jlukens@MLLlaw.com<br><br>and<br><br>Timothy M. Stubson, Wyo. Bar No. 6-3144<br>Brandon E. Pryde, Wyo. Bar No. 8-6883<br>Holly L. Tysse, Wyo. Bar No. 7-5553<br>Crowley Fleck, PLLP<br>111 West 2nd Street, Suite 220<br>Casper, WY 82601 |

(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com