Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | Case No. 2:23-cv-00118-NDF  **DECLARATION OF JARED B. GIROUX IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF RONALD SNYDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) | |
| Defendants. | ) | |

I, Jared G. Giroux, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Falmouth, Maine.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on September 6, 2023.

3. This case involves a February 1, 2022 residential fire in Green River, Wyoming.

4. My partner, Eugene LaFlamme, attended the deposition of Dr. Ronald Snyder, taken on August 14, 2024.

5. Attached as Exhibit 1 are the pertinent portions of Plaintiffs' Initial Expert Witness Disclosures – Dr. Snyder's Report filed on July 15, 2024, Doc. 73-2.

6. Attached as Exhibit 2 are the pertinent portions of Dr. Ronald Snyder's deposition taken on August 14, 2024.

7. Attached as Exhibit 3 are the pertinent portions of Dr. Callie Thompson's deposition taken on October 15, 2024.

8. Attached as Exhibit 4 are the pertinent portions of Dr. Scott Sulentich's deposition taken on August 27, 2024.

9. Attached as Exhibit 5 are the pertinent portions of Plaintiff Stephanie Wadsworth's deposition taken on February 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 2, 2024

Jared B. Giroux