# EXHIBIT 1

# EXHIBIT A

Case 2:23-cv-00118-KHR Document 73-1 Filed 07/15/24 Page 12 of 168




**PHYSIATRY LIFE CARE PLANNING ASSOCIATES**
**Ronald E Snyder, MD**
**Nicholas Bagnoli, DO**
**Maria Ocasio-Silva, MD, CLCP**
**Rafael Santiago, MD**
**Rachel Richardson, MAT, CLCP**

**Offices**
**Orlando - West Palm Beach – San Juan**

**www.PhysiatryLifeCarePlanning.com**

Phone: 407-598-5055
FAX: 407-598-5056
RSnyderMD@LCPDoctors.com

**Records and Billing Office**
668 N Orlando Ave
Suite 1018
Maitland, FL 32751

**Ronald E. Snyder, MD**
**Physical Medicine and Rehabilitation**
**Pediatrics**



**Client: Wadsworth, Stephanie**
**Date of Birth:** 03-16-1987
**Date of Home Visit:** 04-13-2023
**Date of Report:** 06-04-2024

**Physiatry Home Evaluation**
**And**
**Life Care Planning**

## Summary

Stephanie Wadsworth is now a 37-year-old female who on 02-01-2022, was 34-years-old when she was pulled from a burning home by a passerby. She was brought by EMS to Memorial Hospital of Sweetwater County Emergency Department in Rock Springs, Wyoming, where she was noted to have sustained severe burns. She was intubated as she had stridorous respirations and sustained smoke inhalation, burns to the oropharynx, and airway edema. She was given IV fluids including Hydroxocobalamin, Fentanyl Drip, Cefazolin Sodium, and transferred to the Trauma Center at University of Utah in Salt Lake City.

Upon arrival to University of Utah, she was noted to have burns involving 30-39% TBSA with full thickness burns of 30-39%. She underwent seven surgical interventions that resulted in autograft placement to all of her full thickness burn wounds. She had thrombocytopenia and acute blood loss anemia, replaced with platelets and packed red blood cell transfusions. She also had electrolyte imbalances which resolved over time. She remained intubated for 19 days for grade

WADSWORTH, Stephanie
Green River, WY

   a. Giavonni Lewis, MD (University of Utah)
   b. Callie Marie Thompson, MD (University of Utah)
   c. Irma Dekonti Fleming, MD (University of Utah)
   d. Christopher Roy LaChapelle, MD (University of Utah)
3. Otolaryngology
   a. Breanne Schiffer, MD (University of Utah)
4. Plastic Surgery of Rock Springs

**Past Medical History PRIOR to Event on 02-01-2022**

1. Depression: Mrs. Wadsworth reports she had post-partum depression.
   a. She took Citalopram for some time.
   b. She reports ran out of it and nobody would refill it.
2. Back Pain, Lumbar Stenosis
3. Vitiligo

**Medical Conditions AFTER Event on 02-01-2022**

1. Full-thickness burns involving 30-39% TBSA.
2. Grade 3/4 Inhalation Injury: Burns to the oropharynx, and airway edema.
   a. Status-post intubation and mechanical ventilation.
3. Thrombocytopenia and anemia.
   a. Status-post blood transfusions.
4. Bilateral corneal abrasions and thermal corneal injury to the left eye.
5. Burn hypermetabolism.
6. Dysphonia with vocal fold edema.
7. Dysphagia
8. Posterior glottic stenosis
9. Pruritis
10. Neuropathic pain
11. Scarring
12. Callus of the foot

**Past Surgical History PRIOR to Event on 02-01-2022**

1. Tubal ligation
2. Lumbar spine surgery, microdiscectomy. 04-08-2021
3. Wisdom tooth extraction

**Past Surgical History AFTER Event on 02-01-2022**

1. 02-03-2022: Excision and Allograft Placement to back & bilateral lowers (Irma Dekonti Fleming, MD)
2. 02-04-2022: Excision and Allograft Placement to bilateral upper extremities and bilateral lower extremities (Callie Marie Thompson, MD)




Current Age | Life Expectancy | Years Remaining | Occurrence of Care or Service | Frequency | Cost per Item or Service Average | Cost per Lifetime Average

DATE OF REPORT: 06-04-2024

**This spreadsheet of Lifetime Costs is provided as a Professional Courtesy. As it is a Work Product, it is NOT to be released or published. Additionally, this document does not replace the findings and work of an Economist.**

**STEPHANIE WADSWORTH**
**LIFE CARE PLANNING**

**DIAGNOSES**

**Full Thickness Burns Involving 30-39% TBSA**
**Hypertrophic Scarring**
**Burn Scar Alopecia**
**Neuropathic Pain**
**Pruritis**
**Hands Fragile Skin**
**Callus of the Foot and Feet Pain**
**Posterior Glottic Stenosis**
**Suspected PTSD**
**Suspected Aggravation of Depression**
**Suspected Cognitive Sequelae**
**Impaired Mobility and ADLs due to Physical Losses**

| PHYSICIAN and PROFESSIONAL CARE | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Burn Surgery (Next 5 Years) | 37 | 81 | 44 | 6x/Year | 6 | $747.54 | $22,426.20 |
| Burn Surgery (After 5 Years) | 37 | 81 | 44 | 1x/Year | 1 | $747.54 | $29,154.06 |
| Plastic Surgeon | 37 | 81 | 44 | 4x/Year | 4 | $202.12 | $35,573.12 |
| Hair Transplantation (Next 2 Years) | 37 | 81 | 44 | 6x/Year | 6 | $698.54 | $8,382.48 |
| Physiatry | 37 | 81 | 44 | 1x/Year | 1 | $252.12 | $11,093.28 |
| ENT | 37 | 81 | 44 | 1x/Year | 1 | $220.87 | $9,718.28 |
| Ophthalmology | 37 | 81 | 44 | 1x/Year | 1 | $252.12 | $11,093.28 |
| Internal Medicine | 37 | 81 | 44 | 1x/Year | 1 | $239.62 | $10,543.28 |
| Psychiatry | 37 | 81 | 44 | 60x/Lifetime | 60 | $202.45 | $12,147.00 |
| Psychology | 37 | 81 | 44 | 180x/ Lifetime | 180 | $200.94 | $36,169.20 |
| Physical Therapy | 37 | 81 | 44 | 12x/Year | 12 | $326.36 | $172,318.08 |
| Occupational Therapy | 37 | 81 | 44 | 12x/Year | 12 | $366.16 | $193,332.48 |
| Podiatry | 37 | 81 | 44 | 8x/Year | 8 | $235.37 | $82,850.24 |
| Nutrition Consultation | 37 | 81 | 44 | 2x/Year | 2 | $133.33 | $11,733.04 |
| Vocational Rehab Evaluation | 37 | 81 | 44 | 2x/Lifetime | 2 | $1,880.55 | $3,761.10 |
| Vocational Rehab Counseling | 37 | 81 | 44 | 16x/Lifetime | 16 | $165.00 | $2,640.00 |
| Ergonomic Evaluation | 37 | 81 | 44 | 2x/Lifetime | 2 | $2,507.40 | $5,014.80 |

| COMPREHENSIVE NEUROCOGNITIVE MULTIMODAL THERAPY PROGRAM | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Neuropsychology Testing | 37 | 81 | 44 | 1x/Lifetime | 1 | $2,761.28 | $2,761.28 |
| Neuropsychology Follow-Up Visit | 37 | 81 | 44 | 24x/Lifetime | 24 | $219.44 | $5,266.56 |
| Neuropsychology Cognitive Rehabilitation | 37 | 81 | 44 | 24x/Lifetime | 24 | $229.85 | $5,516.40 |
| Speech and Language Cognitive Evaluation | 37 | 81 | 44 | 1x/Lifetime | 1 | $402.98 | $402.98 |
| Speech and Language Cognitive Therapy | 37 | 81 | 44 | 24x/Lifetime | 24 | $229.85 | $5,516.40 |
| Occupational Therapy Cognitive Evaluation | 37 | 81 | 44 | 1x/Lifetime | 1 | $255.72 | $255.72 |
| Occupational Therapy Cognitive Therapy | 37 | 81 | 44 | 24x/Lifetime | 24 | $229.85 | $5,516.40 |
| Brain Injury Education | 37 | 81 | 44 | 24x/Lifetime | 24 | $79.60 | $1,910.40 |
| Group Therapy | 37 | 81 | 44 | 72x/Lifetime | 72 | $55.72 | $4,011.84 |

| HOSPITALIZATIONS & PROCEDURES | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Removal/Excision of Benign Feet Lesions | 37 | 81 | 44 | N/A | N/A | N/A | N/A |
| Scar Excision and Reconstruction Surgery | 37 | 81 | 44 | N/A | N/A | N/A | N/A |
| Follicular Unit Hair Transplant Surgery | 37 | 81 | 44 | N/A | N/A | N/A | N/A |
| Semi-Permanent Tattoo for her Right Eyelid | 37 | 81 | 44 | 1x/Year | 1 | $774.78 | $34,090.32 |
| Emergency Room Visits | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $1,599.11 | $14,072.17 |

| IMAGING and STUDIES | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Shoulder X-Ray: Bilateral | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $282.58 | $2,486.70 |
| Shoulder MRI: Bilateral | 37 | 81 | 44 | 2x/Lifetime | 2 | $5,940.16 | $11,880.32 |
| Shoulder MRI: Bilateral Diagnostic Reading Fee | 37 | 81 | 44 | 2x/Lifetime | 2 | $839.06 | $1,678.12 |
| Hand X-Ray: Bilateral | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $288.56 | $2,539.33 |
| Hand MRI: Bilateral | 37 | 81 | 44 | 2x/Lifetime | 2 | $3,860.60 | $7,721.20 |
| Hand MRI: Bilateral Diagnostic Reading Fee | 37 | 81 | 44 | 2x/Lifetime | 2 | $632.82 | $1,265.64 |
| Foot X-Ray: Bilateral | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $165.18 | $1,453.58 |
| Foot MRI: Bilateral | 37 | 81 | 44 | 2x/Lifetime | 2 | $4,107.36 | $8,214.72 |
| Foot MRI: Bilateral Diagnostic Reading Fee | 37 | 81 | 44 | 2x/Lifetime | 2 | $632.82 | $1,265.64 |

| MEDICATIONS | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Neurontin | 37 | 81 | 44 | 365.25x/Year | 365.25 | $5.61 | $90,158.20 |

| Baclofen | 37 | 81 | 44 | 365.25x/Year | 365.25 | $1.74 | $27,963.76 |
|---|---|---|---|---|---|---|---|
| Duloxetine | 37 | 81 | 44 | 365.25x/Year | 365.25 | $6.50 | $104,461.72 |
| Lansoprazole | 37 | 81 | 44 | 12x/Year | 12 | $6.45 | $3,405.60 |
| Zolpidem Tartrate | 37 | 81 | 44 | 365.25x/Year | 365.25 | $2.13 | $34,231.12 |
| | | | | | | | |
| **LABORATORY TESTING** | **Current Age** | **Life Expectancy** | **Years Remaining** | **Description** | **Frequency** | **AVERAGE Cost per Item** | **AVERAGE Cost Per Lifetime** |
| CBC | 37 | 81 | 44 | 1x/Year | 1 | $43.78 | $1,926.32 |
| Liver Profile | 37 | 81 | 44 | 1x/Year | 1 | $50.75 | $2,233.00 |
| Renal Profile | 37 | 81 | 44 | 1x/Year | 1 | $89.55 | $3,940.20 |
| Draw Fee | 37 | 81 | 44 | 1x/Year | 1 | $21.89 | $963.16 |
| | | | | | | | |
| **EQUIPMENT** | **Current Age** | **Life Expectancy** | **Years Remaining** | **Description** | **Frequency** | **AVERAGE Cost per Item** | **AVERAGE Cost Per Lifetime** |
| Shower Chair | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $70.59 | $621.19 |
| Long-Handled Lotion Application | 37 | 81 | 44 | 1x/Year | 1 | $10.49 | $461.56 |
| Long-Handled Shower Sponge | 37 | 81 | 44 | 1x/Year | 1 | $12.98 | $571.12 |
| Reacher | 37 | 81 | 44 | 1x/Every 3 Years | 1 | $18.00 | $264.00 |
| Motorized Scooter | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $2,189.00 | $19,263.20 |
| Motorized Scooter Maintenance (Excluding year of purchase) | 37 | 81 | 44 | 1x/Year | 1 | $218.90 | $7,705.28 |
| All Terrain Scooter | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $5,349.00 | $47,071.20 |
| All Terrain Scooter Maintenance (Excluding year of purchase) | 37 | 81 | 44 | 1x/Year | 1 | $534.90 | $18,828.48 |
| Scooter Backpack | 37 | 81 | 44 | 1x/Every 2 Years | 1 | $62.00 | $1,364.00 |
| Portable Ramps: 3' and 5' | 37 | 81 | 44 | 1x/Every 10 Years | 1 | $497.32 | $2,188.21 |
| Adjustable, Elevating Head of Bed | 37 | 81 | 44 | 1x/Every 8.5 Years | 1 | $4,048.00 | $20,954.35 |
| Walker (Start Age 50) | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $71.52 | $457.73 |
| | | | | | | | |
| **NON-MEDICAL and SKINCARE PRODUCTS** | **Current Age** | **Life Expectancy** | **Years Remaining** | **Description** | **Frequency** | **AVERAGE Cost per Item** | **AVERAGE Cost Per Lifetime** |
| Resta Lite | 37 | 81 | 44 | 12x/Year | 12 | $17.69 | $9,340.32 |
| Vaseline | 37 | 81 | 44 | 12x/Year | 12 | $6.29 | $3,321.12 |
| Cut Protective Gloves | 37 | 81 | 44 | 4x/Year | 4 | $143.04 | $25,175.04 |
| Sun/UV Protective Clothing | 37 | 81 | 44 | 4x/Year | 4 | $243.00 | $42,768.00 |
| Sunscreen | 37 | 81 | 44 | 12x/Year | 12 | $38.99 | $20,586.72 |
| | | | | | | | |

| TRANSPORTATION | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Standard Van: Initial Purchase | 37 | 81 | 44 | 1x/Lifetime | 1 | $47,035.00 | $47,035.00 |
| Standard Van: Replacement Purchase (To begin 5 years after Initial Purchase) | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $15,250.00 | $118,950.00 |
| Van Modifications | 37 | 81 | 44 | 1x/Every 5 Years | 1 | $35,625.00 | $313,500.00 |
| Van Modification Maintenance (Excluding year of purchase) | 37 | 81 | 44 | 1x/Year | 1 | $362.50 | $12,760.00 |
| Automobile Association Membership | 37 | 81 | 44 | 1x/Year | 1 | $99.99 | $4,399.56 |

| HOME MODIFICATIONS | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Handicapped Home Modifications | 37 | 81 | 44 | 1x/Lifetime | 1 | $32,956.52 | $32,956.52 |
| Home Security Monitoring | 37 | 81 | 44 | 12x/Year | 12 | $49.32 | $26,040.96 |

| HOMEMAKER CARE | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Housekeeper | 37 | 81 | 44 | 12x/Year | 12 | $520.00 | $274,560.00 |
| Personal Care Attendant | 37 | 81 | 44 | 52.18x/Year | 52.18 | $599.00 | $1,375,256.08 |
| Home Maintenance | 37 | 81 | 44 | 12x/Year | 12 | $321.85 | $169,936.80 |

| EDUCATION | Current Age | Life Expectancy | Years Remaining | Description | Frequency | AVERAGE Cost per Item | AVERAGE Cost Per Lifetime |
|---|---|---|---|---|---|---|---|
| Phoenix World Burn Congress | 37 | 81 | 44 | 10x/Lifetime | 10 | $4,000.00 | $40,000.00 |
| Burn Support Group at Salt Lake City Burn Center | 37 | 81 | 44 | 5x/Lifeitme | 5 | $700.00 | $17,500.00 |

**LIFETIME TOTAL**
**$3,698,895.16**

**Ronald E. Snyder, M.D.**
**Physical Medicine and Rehabilitation**
**Pediatrics**

**Physiatry Life Care Planning Associates**

**Orlando Office**: 668 N Orlando Ave, Suite 1018
Maitland, FL 32751

**West Palm Beach Office**: 4440 Beacon Circle
West Palm Beach, FL 33407

**Billing and Staff Office**: 668 N Orlando Ave, Suite 1018
Maitland, FL 32751