# EXHIBIT 5

```
                                                              Page 1

                    UNITED STATES DISTRICT COURT

                 IN AND FOR THE DISTRICT OF WYOMING

                              -ooOoo-

   STEPHANIE WADSWORTH,         :
   Individually and as
   Parent and Legal             :
   Guardian of W.W., K.W.,
   G.W. and L.W., minor         : Case No.
   children, and MATTHEW          2:23-cv-00118-NDF JURY
   WADSWORTH,                   :

              Plaintiff,         :

   v.                            :

   WALMART, INC. and JETSON     :
   ELECTRIC BIKES, LLC,
                                 :
              Defendants.
                                 :
   _____


              DEPOSITION OF STEPHANIE WADSWORTH
                         TAKEN THROUGH
                            VERITEXT


           Taken on Tuesday, February 27, 2024
                  8:59 a.m. to 12:55 p.m.


                      At HAMPTON INN
                 1055 Wild Horse Canyon Road
                  Green River, Wyoming 82935


       Job No. CS6457160
    Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
```

1          A.     Yes.
2          Q.     How about mental health.  Are you
3     undergoing any treatment for that presently?
4          A.     No.
5          Q.     Have you had any mental health treatment
6     after the fire?
7          A.     No.
8          Q.     Do you plan to have any in the future?
9          A.     No.
10         Q.     Okay.  How is -- as far as your current
11    physical limitations, what are some of those
12    limitations compared to how you were pre-fire?
13         A.     Mostly it's just the amount of things that
14    I can do for a duration of time.
15         Q.     So basically, you don't have as much
16    endurance as you used to before the fire?
17         A.     Yes.
18         Q.     Any specific limitations in what you can
19    physically do as far as activities?
20         A.     Can you ask again, please?
21         Q.     Sure.  Are there any activities that you
22    did before the fire that you can no longer do now?
23         A.     No.
24         Q.     Do you have any specific limitations that
25    your doctors have placed on you as far as lifting

Page 59

1   BY MR. LAFLAMME:
2        Q.   Was that related to some postpartum issues?
3        A.   Yes.
4        Q.   Okay. And were you still on
5   antidepressants at the time of the fire?
6        A.   Yes.
7        Q.   Are you still taking antidepressants?
8        A.   No.
9        Q.   Okay. When did you stop taking
10  antidepressants?
11       A.   Last winter-ish.
12       Q.   Okay. Are you currently on any medication?
13       A.   No.
14       Q.   Is there any daily routine for burn or
15  wound care that you still need to do?
16       A.   Lotion.
17       Q.   Okay. Is that a daily process?
18       A.   As often as I possibly can.
19       Q.   Okay. Is it just an over-the-counter
20  lotion or is there a specialized prescription lotion?
21       A.   Just over-the-counter.
22       Q.   Does Weston do the same?
23       A.   Yes.
24       Q.   Okay. Is that a daily thing for Weston
25  also?

```
 1    before going inside?
 2         A.   Yes.
 3              MR. LAFLAMME:  Object to form.
 4    BY MR. AYALA:
 5         Q.   You don't know of anything that would have
 6    caused you to stray from that practice of shutting it
 7    off before going inside?
 8              MR. LAFLAMME:  The same objection.
 9              THE WITNESS:  No.
10    BY MR. AYALA:
11         Q.   When you made your way inside early that
12    morning, do you recall what, if anything, you did prior
13    to laying down to go to bed?
14         A.   I brushed my teeth.  I washed my face, my
15    lotion, my normal nighttime -- I filled up my water
16    bottle, changed my clothes.
17         Q.   Did you have any -- any issues, any
18    problems, any difficulties doing any of those typical
19    things that you do before bed?
20         A.   No.
21         Q.   Okay.  Let's talk a little bit about when
22    you were woken up by the kids, or at least three of the
23    kids.
24              You were on the couch in the living room;
25    correct?
```

Page 147

1       A.    I was on the floor.
2       Q.    Okay.  Was that because of your back?
3       A.    Yes.
4       Q.    Okay.
5       A.    We had a make-shift bed set up in the
6    living room.
7       Q.    Okay.  And then when you were woken up, the
8    three kids were standing over you?
9       A.    Yes.
10      Q.    Okay.  And what do you remember them saying
11   to you?
12      A.    That there was a fire.
13      Q.    Did they tell you where the fire was?
14      A.    Gunner and Layne were yelling at me, Fire.
15   And I looked at Kamille for confirmation.  And she
16   said, Yes.  And I jumped up.  And I said, Where?  She
17   said, In the boys' room.
18      Q.    Okay.  At any time, did the kids tell you
19   that the fire was outside?
20      A.    No.
21      Q.    After the kids told you that the fire was
22   in the boys' room, you attempted to go to the boys'
23   room; correct?
24      A.    Yes.
25      Q.    Okay.  You walked from the living room down