IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br><br>   Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>   Defendants. | )<br>)<br>) Case No. 2:23-cv-00118-NDF<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE PURPOTED EXPERT TESTIMONY OF GREGORY GORBETT

**COMES NOW** on this _____ day of _____, 2024, upon consideration of Plaintiffs' *Motion to Exclude The purported Expert Testimony of Gregory Gorbett*, along with the supporting Brief and Exhibits filed on December 2, 2024 (Ref.: Document # 108 and 110). The Court, having reviewed the Motion and being otherwise fully informed, hereby **ORDERS** that Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

_____
Scott P. Klosterman
United States Magistrate Judge