IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>ORDER GRANTING MOTION TO EXCLUDE TESTIMONY OF BILL ROBINSON |

This matter, having come before the Court on Defendants, Jetson Electric Bikes, LLC and Walmart Inc.'s *Motion to Exclude Testimony of Fire Chief Bill Robinson* ("Motion"), ECF Nos. 102 and 103.

The Court, having considered the *Motion*, and otherwise being fully informed, concludes that Defendants' *Motion* should be **GRANTED**.

BY THE COURT:

_____
Scott P. Klosterman
United States Magistrate Judge