Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>**DECLARATION OF EUGENE M. LAFLAMME IN SUPPORT OF RESPONSE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF GREGORY E. GORBETT** |

I, Eugene M. LaFlamme, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3. This case involves a February 1, 2022 residential fire in Green River, Wyoming.

4. The primary liability dispute between the parties is whether the fire originated at a Jetson Plasma hoverboard by the bedroom door of G.W. and L.W.'s bedroom or a smoking shed located outside the bedroom window of G.W. and L.W.

5. I attended the deposition of expert Brian N. Strandjord, PE, CFI, CFEI taken on November 27, 2024.

6. Attached as Exhibit 1 is a true .and correct copy of NFPA 921 (2021 ed) sections 4.4.3.3, 18.6.2.2, 21.4.8, and 21.4.8.3.3.

7. Attached as Exhibit 2 is a true .and correct copy of NFPA 921 (2024 ed) sections 4.4.3.3, 18.6.2.2, 21.4.8, and 21.4.8.3.3.

8. Attached as Exhibit 3 are the pertinent portions of expert Gregory Gorbett's deposition taken on October 24, 2024.

9. Attached as Exhibit 4 is a true and correct copy of the expert report prepared by Fire Dynamics Analysts' Gregory E. Gorbett, Ph.D., IAAI-CFI, CFEI, CFII, CFPS, CVFI dated September 9, 2024.

10. Attached as Exhibit 5 are the pertinent portions of Plaintiff Stephanie Wadsworth's deposition taken on February 27, 2024.

11. Attached as Exhibit 6 are the pertinent portions of Plaintiffs' origin and cause expert Michael J. Schulz's deposition taken on September 10, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed: December 16, 2024

Eugene M. LaFlamme

3