

# NFPA® 921

## Guide for Fire and Explosion Investigations

2021

origin, cause, and responsibility; produce a written or oral report; prepare for criminal or civil litigation; make suggestions for code enforcement, code promulgation, or changes; make suggestions to manufacturers, industry associations, or government agency action; or determine some other results.

**4.4.2 Preparing for the Investigation.** The investigator should marshal his or her forces and resources and plan the conduct of the investigation. Preplanning at this stage can greatly increase the efficiency and therefore the chances for success of the overall investigation. Estimating what tools, equipment, and personnel (both laborers and experts) will be needed can make the initial scene investigation, as well as subsequent investigative examinations and analyses, go more smoothly and be more productive.

**4.4.3 Conducting the Investigation.**

**4.4.3.1** It is during this stage of the investigation that an examination of the incident fire or explosion scene is conducted. The fundamental purpose of conducting an examination of any incident scene is to collect all of the available data and document the incident scene. The investigator should conduct an examination of the scene if it is available and collect data necessary to the analysis.

**4.4.3.2** The actual investigation may include different steps and procedures, which will be determined by the purpose of the assignment. These steps and procedures are described in detail elsewhere in the document. A fire or explosion investigation may include all or some of the following tasks: a scene inspection or review of previous scene documentation done by others; scene documentation through photography and diagramming; evidence recognition, documentation, and preservation; witness interviews; review and analysis of the investigations of others; and identification and collection of data from other appropriate sources.

**4.4.3.3** In any incident scene investigation, it is necessary for at least one individual/organization to conduct an examination of the incident scene for the purpose of data collection and documentation. While it is preferable that all subsequent investigators have the opportunity to conduct an independent examination of the incident scene, in practice, not every scene is available at the time of the assignment. The use of previously collected data from a properly documented scene can be used successfully in an analysis of the incident to reach valid conclusions through the appropriate use of the scientific method. Thus, the reliance on previously collected data and scene documentation should not be inherently considered a limitation in the ability to successfully investigate the incident.

**4.4.3.4** The goal of all investigators is to arrive at accurate determinations related to the origin, cause, fire spread, and responsibility for the incident. Improper scene documentation can impair the opportunity of other interested parties to obtain the same evidentiary value from the data. This potential impairment underscores the importance of performing comprehensive scene documentation and data collection.

**4.4.4 Collecting and Preserving Evidence.** Valuable physical evidence should be recognized, documented, properly collected, and preserved for further testing and evaluation or courtroom presentation.

**4.4.5 Analyzing the Incident.** All collected and available data should be analyzed using the principles of the scientific method. Depending on the nature and scope of one's assignment, hypotheses should be developed and tested explaining the origin, ignition sequence, fire spread, fire cause or causes of damage or casualties, or responsibility for the incident.

**4.4.6 Conclusions.** Conclusions, which are final hypotheses, are drawn as a result of testing the hypotheses. Conclusions should be drawn according to the principles expressed in this guide and reported appropriately.

**4.5 Level of Certainty.** The level of certainty describes how strongly someone holds an opinion (conclusion). Someone may hold any opinion to a higher or lower level of certainty. That level is determined by assessing the investigator's confidence in the data, in the analysis of that data, and testing of hypotheses formed. That level of certainty may determine the practical application of the opinion, especially in legal proceedings.

**4.5.1** The investigator should know the level of certainty that is required for providing expert opinions. Two levels of certainty commonly used are probable and possible:

(1) Probable. This level of certainty corresponds to being more likely true than not. At this level of certainty, the likelihood of the hypothesis being true is greater than 50 percent.
(2) Possible. At this level of certainty, the hypothesis can be demonstrated to be feasible but cannot be declared probable. If two or more hypotheses are equally likely, then the level of certainty must be "possible."

**4.5.2** If the level of certainty of an opinion is merely "suspected," the opinion does not qualify as an expert opinion. If the level of certainty is only "possible," the opinion should be specifically expressed as "possible." Only when the level of certainty is considered "probable" should an opinion be expressed with reasonable certainty.

**4.5.3 Expert Opinions.** Many courts have set a threshold of certainty for the investigator to be able to render opinions in court, such as "proven to an acceptable level of certainty," "a reasonable degree of scientific and engineering certainty," or "reasonable degree of certainty within my profession." While these terms of art may be important for the specific jurisdiction or court in which they apply, defining these terms in those contexts is beyond the scope of this document.

**4.6 Review Procedure.** A review of a fire investigator's work product (e.g., reports, documentation, notes, diagrams, photos, etc.) by other persons may be helpful, but there are certain limitations. This section describes the types of reviews and their appropriate uses and limitations.

**4.6.1 Administrative Review.** An administrative review is one typically carried out within an organization to ensure that the investigator's work product meets the organization's quality assurance requirements. An administrative reviewer will determine whether all of the steps outlined in an organization's procedure manual, or required by agency policy, have been followed and whether all of the appropriate documentation is present in the file, and may check for typographical or grammatical errors.

**4.6.1.1 Limitations of Administrative Reviews.** An administrative reviewer may not necessarily possess all of the knowledge, skills, and abilities of the investigator or of a technical reviewer. As such, the administrative reviewer may not be able to provide a substantive critique of the investigator's work product.

also identify gaps or inconsistencies in the data. The utility of fire dynamics tools is not limited to hypothesis testing. They may also be used for data analysis and hypothesis development. Techniques and tools include time line analysis, fire dynamics analysis, and experimentation.

**18.6.2.1 Time Line Analysis.** Time lines are an investigative tool that can show relationships between events and conditions associated with the fire. These events and conditions are generally time-dependent, and thus, the sequence of events can be used for testing origin hypotheses. Relevant events and conditions include ignition of additional fuel packages, changes in ventilation, activation of heat and smoke detectors, flashover, window breakage, and fire spread to adjacent compartments. Much of this information will come from witnesses. Fire dynamics analytical tools *(see 21.4.8)* can be used to estimate time-dependent events and fire conditions. A more detailed discussion of time lines is included in Section 21.2.

**18.6.2.2 Fire Modeling.** Fundamentals of fire dynamics can be used to test hypotheses regarding fire origin. Such fundamentals are described in the available scientific literature and are incorporated into fire models ranging from simple algebraic equations to more complex computer fire models *(see 21.4.8)*. The models use incident-specific data to predict the fire environment given a proposed hypothesis. The results can be compared to physical and eyewitness evidence to test the origin hypothesis. Models can address issues related to fire development, spread, and occupant exposure.

**18.6.2.3 Experimental Testing.** Experimental testing can be conducted to test origin hypotheses. If the experimental testing results are substantially similar to the damage at the scene, the experimental data can be said to be consistent with the origin hypothesis. If the experimental testing produces results that are not substantially similar with the damage, an alternative origin hypothesis or additional data may need to be considered, taking into account potential differences between the experimental testing and the actual fire conditions. The following is an example of such an experiment. The hypothesized origin is a wicker basket located in the corner of a wood-paneled room. The data from the actual fire shows the partial remains of the wicker basket, undamaged carpet in the corner, and wood paneling still intact in the corner. A fire test replicating the hypothesized origin totally consumes the carpet, the wicker basket, and the wood paneling. Thus (assuming the test replicated the pre-fire conditions), testing revealed that this hypothesized origin is inconsistent with the damage that would be expected from such a fire.

**18.7 Selecting the Final Hypothesis.** Once the hypotheses regarding the origin of the fire have been tested, the investigator should review the entire process, to ensure that all credible data are accounted for and all credible alternate origin hypotheses have been considered and eliminated. When using the scientific method, the failure to consider alternate hypotheses is a serious error. A critical question to be answered by fire investigators is, "Are there any other origin hypotheses that are consistent with the data?" The investigator should document the facts that support the origin determination to the exclusion of all other potential origins.

**18.7.1 Defining the Area of Origin.** Although *area of origin* is common terminology used to describe the origin, the investigator should describe it in terms of the three-dimensional space where the fire began, including the boundaries of that space.

**18.7.2 Inconsistent Data.** It is unusual for a hypothesis to be totally consistent with all of the data. Each piece of data should be analyzed for its reliability and value — not all data in an analysis has the same value. Frequently, some fire pattern or witness statement will provide data that appears to be inconsistent. Contradictory data should be recognized and resolved. Incomplete data may make this difficult or impossible. If resolution is not possible, then the origin hypothesis should be re-evaluated.

**18.7.3 Case File Review.** Other investigators can assist in the evaluation of the origin hypothesis. An investigator should be able to provide the data and analyses to another investigator, who should be able to reach the same conclusion as to the origin. Review by other investigators is almost certain to happen in any significant fire case. Differences in opinions may arise from the weight given to certain data by different investigators or the application of differing theoretical explanations (fire dynamics) to the underlying facts in a particular case.

**18.8 Origin Insufficiently Defined.** There are occasions when it is not possible to form a testable hypothesis defining an area that is useful for identifying potential causes. The goal of origin investigation is to identify the precise location where the fire began. In practice, the investigator has an origin hypothesis when first arriving at a fire scene. The origin is the scene. Sometimes, it is not possible to find an area or volume that is any smaller than the entire scene. Thus, a conclusion of the origin investigation can be the identification of a volume of space too large to identify causal factors, or where no practical boundaries can be established around the volume of the origin. An example of such an origin can be a building that has been totally burned, with no eyewitnesses. Such fires are sometimes called total burns. The area of origin is the building, but in reality no further testable origin hypothesis can be developed because there is insufficient reliable data.

**18.8.1 Large Area Adequate for Determination.** There are cases in which a lack of an origin determination does not necessarily hinder the investigation. An example is a case in which a fire resulted from the ignition of fuel gas vapors inside a structure. The resulting damage may preclude the defining of the location where the fuel combined with the ignition source. However, probable ignition sources may still be hypothesized.

**18.8.2 Justification of a Large Area of Origin.** The origin analysis should identify the data that justify the conclusion that the area of fire origin cannot be reduced to a practical size. Examples of such data could include establishing the fact that there were no significant patterns to trace, that most or all combustible materials were consumed, or that other methods of origin determination were attempted but no reasonable conclusion could be established.

**18.8.3 Eyewitness Evidence of Origin Area.** If the origin is too large to be useful, then the determination of the fire's cause may become very difficult, or impossible. In some instances, where no further testable origin hypothesis can be developed by examination of the scene alone, a witness may be found who saw the fire in its incipient stage and can provide the investigator with an area of fire origin.

their original form so that they can be used and examined via software intended for that purpose. Files should not be provided as scans or facsimiles, where the ability to use or examine the results via software is limited. As with all discovery issues, parties are free to litigate the reasonableness of the scope of discovery, cost sharing, the burden of production, and the protection of proprietary or trade secrets. Courts can fashion remedies that accommodate and protect the interests of all parties.

**21.4.2 Heat Transfer Analysis.**

**21.4.2.1** Heat transfer models allow quantitative analysis of conduction, convection, and radiation in fire scenarios. These models are then used to test hypotheses regarding fire causation, fire spread, and resultant damage to property and injury to people. Heat transfer models are often incorporated into other models, including structural and fire dynamics analysis. Various general texts on heat transfer analysis are available.

**21.4.2.2** Heat transfer models and analyses can be used to evaluate various hypotheses, including those relating to the following:

(1) Competency of ignition source *(See Section 19.3.)*
(2) Damage or ignition to adjacent building(s)
(3) Ignition of secondary fuel items
(4) Thermal transmission through building elements

**21.4.3 Flammable Gas Concentrations.** Models can be used to calculate gas concentrations as a function of time and elevation in the space and can assist in identifying ignition sources. Flammable gas concentration modeling, combined with an evaluation of explosion or fire damage and the location of possible ignition sources, can be used (a) to establish whether or not a suspected or alleged leak could have been the cause of an explosion or fire, and (b) to determine what source(s) of gas or fuel vapor were consistent with the explosion or fire scenario, damage, and possible ignition sources.

**21.4.4 Hydraulic Analysis.**

**21.4.4.1** Analysis of automatic sprinkler and water supply systems is often required in the evaluation of the cause of loss. The same mathematical models and computer codes used to design these systems can be used in loss analysis. However, the methods of application are different for design than they are for forensic analysis.

**21.4.4.2** A common application of hydraulic analysis is to determine why a sprinkler system did not control a fire. Modeling can also be used to investigate the loss associated with a single sprinkler head opening, to investigate the effect of fouling in the piping, and to determine the effect of valve position on system performance at the time of loss. There are also models and methods available to analyze flow through systems other than water-based systems, such as carbon dioxide, gaseous suppression agents, dry chemicals, and fuels.

**21.4.5 Thermodynamic Chemical Equilibrium Analysis.** Fires and explosions believed to be caused by reactions of known or suspected chemical mixtures can be investigated by a thermodynamics analysis of the probable chemical mixtures and potential contaminants.

**21.4.5.1** Thermodynamic chemical equilibrium analysis can be used to evaluate various hypotheses, including those relating to the following:

(1) Reaction(s) that could have caused the fire/explosion
(2) Improper mixture of chemicals
(3) Role of contamination
(4) Role of ambient conditions
(5) Potential of a chemical or chemical mixture to overheat
(6) Potential for a chemical or chemical mixture to produce flammable vapors or gases
(7) Role of human action on process failures

**21.4.5.2** Thermodynamic reaction equilibrium analysis traditionally required tedious hand calculations. Currently available computer programs make this analysis much easier to perform. The computer programs typically require several material properties as inputs, including chemical formula, mass, density, entropy, and heat of formation.

**21.4.5.3** Chemical reactions that are shown not to be favored by thermodynamics can be eliminated from consideration as the cause of a fire. Thermodynamically favored reactions must be further analyzed to determine whether the kinetic rate of the considered reactions is fast enough to have caused ignition, given the particular circumstances of the fire.

**21.4.6 Structural Analysis.** Structural analysis techniques can be utilized to determine reasons for structural failure or change during a fire or explosion. Numerous references can be found in engineering libraries, addressing matters such as strength of materials, formulas for simple structural elements, and structural analysis of assemblies.

**21.4.7\* Egress Analysis.** The failure of occupants to escape may be one of the critical issues that an investigator needs to address. Egress models can be utilized to analyze movement of occupants under fire conditions. Integrating egress models with a fire dynamics model is often necessary to evaluate the effect of the fire environment on the occupants. See Section 11.3 on human factors.

**21.4.8\* Fire Dynamics Analysis.** Fire dynamics analyses consist of mathematical equations derived from fundamental scientific principles or from empirical data. They range from simple algebraic equations to computer models incorporating many individual fire dynamics equations. Fire dynamics analysis can be used to predict fire phenomena and characteristics of the environment such as the following:

(1) Time to flashover
(2) Gas temperatures
(3) Gas concentrations (oxygen, carbon monoxide, carbon dioxide, and others)
(4) Smoke concentrations
(5) Flow rates of smoke, gases, and unburned fuel
(6) Temperatures of the walls, ceiling, and floor
(7) Time of activation of smoke detectors, heat detectors, and sprinklers
(8) Effects of opening or closing doors, breakage of windows, or other physical events

**21.4.8.1** Fire dynamics analyses can be used to evaluate hypotheses regarding fire origin and fire development. The analyses use building data and fire dynamics principles and data to predict the environment created by the fire under a proposed hypothesis. The results can be compared to physical and eyewitness evidence to support or refute the hypothesis.

**21.4.8.2** Building, contents, and fire dynamics data are subject to uncertainties. The effects of these uncertainties should be assessed through a sensitivity analysis and should be incorpora-

ted in hypothesis testing. Uncertainties may include the condition of openings (open or closed), the fire load characteristics, HVAC flow rates, and the heat release rate of the fuel packages. See Section 21.6 for recommended data-collection procedures.

**21.4.8.3** Fire dynamics analyses can generally be classified into three categories: specialized fire dynamic analyses, zone models, and field models. They are listed in order of increasing complexity and required computational power.

**21.4.8.3.1\* Specialized Fire Dynamics Routines.** Specialized fire dynamics routines are simplified procedures designed to solve a single, narrowly focused question. In many cases, these routines can answer questions related to a fire reconstruction without the use of a fire model. Much less data is typically required for these routines than is required to run a fire model. Examples of fire dynamics routines can be found in NUREG–1805, Fire Dynamics Tools (FDTs).

**21.4.8.3.2 Zone Models.** Most of the fire growth models that can be run on personal computers are zone models. Zone models usually divide each room into two spaces or zones, an upper zone that contains the hot gases produced by the fire, and a lower zone that is the source of the air for combustion. Zone sizes change during the course of the fire. The upper zone can expand to occupy virtually all the space in the room.

**21.4.8.3.3 Field, Computational Fluid Dynamics (CFD) Models.** CFD models usually require large-capacity computer work stations or mainframe computers. By dividing the space into many small cells (frequently tens of thousands), CFD models can examine gas flows in much greater detail than zone models. Where such detail is needed, it is often necessary to use the sophistication of a field model. In general, however, field models are much more expensive to use, require more time to set up and run, and often require a high level of expertise to make the decisions required in setting up the problem and interpreting the output produced by the model. The use of CFD models in fire investigation and related litigation, however, is increasing. CFD models are particularly well suited to situations where the space or fuel configuration is irregular, where turbulence is a critical element, or where very fine detail is sought.

**21.4.9 Guidelines for Selection and Use of a Fire Model.** Fire dynamics analyses, particularly those that use fire models, can evaluate hypotheses regarding fire origin and fire development. The methodology for selecting and using a fire model is presented in the SFPE *Engineering Guide: Guidelines for Substantiating a Fire Model for a Given Application* and graphically depicted in Figure 21.4.9.

**21.4.9.1 Defining the Problem.** The investigator/analyst needs to be able to articulate the question for which modeling is sought. The investigator should state why the problem warrants a numerical study and what fire dynamics assessments of the problem have been previously conducted of this incident. The key fire phenomena and physics should be described (e.g., heat transfer, combustion, and materials response) along with their understanding of how they apply to the problem. The selection process includes determining if a model is applicable to the question and, if applicable, choosing an appropriate model to generate output adequate to answer the question posed.



FIGURE 21.4.9 Fire Model Selection Flowchart.

**21.4.9.2 Select a Candidate Model.** There is a selection of fire models used for predicting fire phenomena. In addition to the required output, selection factors include computational resources, time limitations, level of accuracy, available input data, and underlying governing equations. The modeler should consider the range of candidate models and may use multiple models for comparison purposes. If no candidate model exists, the problem may require redefinition or a new model may need to be developed. The analyst should evaluate the available information for input to the model, the desired outputs, and the resources available.

△ **21.4.9.3 Model Verification and Validation.** The SFPE *Engineering Guide: Guidelines for Substantiating a Fire Model for a Given Application* emphasizes that before selecting a model for a particular problem, the analyst needs to determine if the selected model is capable of generating a useful result. This process, known as verification and validation (V & V), is set forth in ASTM E1355, *Standard Guide for Evaluating the Predictive Capability of Deterministic Fire Models*. Model developers should have already performed this process, and their V & V data should be available in the documentation. The U.S. Nuclear Regulatory Commission (NRC) has conducted V & V studies that may be useful. See Figure 21.4.9.3(a) and Figure 21.4.9.3(b) for a comparison of predicted versus measured values.