Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 2:23-cv-00118-NDF |
| v. | ) ) ) | **DECLARATION OF GREGORY E. GORBETT IN SUPPORT OF RESPONSE** |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) ) | **MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE** |
| Defendants. | ) ) | **EXPERT TESTIMONY** |

I, Gregory E. Gorbett, state as follows:

1. I am an expert in Computational Fluid Dynamics fire modeling.

2. I was retained as an expert by McCoy Leavitt Laskey LLC on behalf of Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

3. This case involves a February 1, 2022 residential fire in Green River, Wyoming.

4. I prepared an expert report dated September 9, 2024, opining on two competing fire origin hypotheses presented in this case to determine which one, if either, the fire dynamics computer modeling supported.

5. The software that I used for the modeling is called Fire Dynamics Simulator ("FDS"), version 6.9, and its accompanying visualization software, Smokeview. Both of these are produced by the National Institute of Standards and Technology ("NIST").

6. Attached as Exhibit 1 is a true and correct copy of NIST Special Publication 1018-3 (6th Ed) Fire Dynamics Simulator Technical Reference Guide Volume 3: Validation. This 1,200+ page guide describes the lengthy and detailed validation process that NIST went through to validate the FDS software.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 16, 2024

*Gregory E. Gorbett*
Gregory E. Gorbett, Ph.D., IAAI-CFI, CFEI, CFII, CFPS, CVFI