

Figure 14.84: Flame front, USFS/Catchpole experiments



Figure 14.85: Flame front, USFS/Catchpole experiments



Figure 14.86: Flame front, USFS/Catchpole experiments



Figure 14.87: Flame front, USFS/Catchpole experiments



Figure 14.88: Flame front, USFS/Catchpole experiments



Figure 14.89: Flame front, USFS/Catchpole experiments



Figure 14.90: Flame front, USFS/Catchpole experiments



Figure 14.91: Flame front, USFS/Catchpole experiments



Figure 14.92: Flame front, USFS/Catchpole experiments



Figure 14.93: Flame front, USFS/Catchpole experiments



Figure 14.94: Flame front, USFS/Catchpole experiments



Figure 14.95: Flame front, USFS/Catchpole experiments



Figure 14.96: Flame front, USFS/Catchpole experiments



Figure 14.97: Flame front, USFS/Catchpole experiments

1127



Figure 14.98: Flame front, USFS/Catchpole experiments



Figure 14.99: Flame front, USFS/Catchpole experiments



Figure 14.100: Flame front, USFS/Catchpole experiments



Figure 14.101: Flame front, USFS/Catchpole experiments



Figure 14.102: Flame front, USFS/Catchpole experiments



Figure 14.103: Flame front, USFS/Catchpole experiments



Figure 14.104: Flame front, USFS/Catchpole experiments



Figure 14.105: Flame front, USFS/Catchpole experiments



Figure 14.106: Flame front, USFS/Catchpole experiments



Figure 14.107: Flame front, USFS/Catchpole experiments



Figure 14.108: Flame front, USFS/Catchpole experiments



Figure 14.109: Flame front, USFS/Catchpole experiments



Figure 14.110: Flame front, USFS/Catchpole experiments



Figure 14.111: Flame front, USFS/Catchpole experiments



Figure 14.112: Flame front, USFS/Catchpole experiments



Figure 14.113: Flame front, USFS/Catchpole experiments



Figure 14.114: Flame front, USFS/Catchpole experiments



Figure 14.115: Flame front, USFS/Catchpole experiments



Figure 14.116: Flame front, USFS/Catchpole experiments



Figure 14.117: Flame front, USFS/Catchpole experiments



Figure 14.118: Flame front, USFS/Catchpole experiments

 

Figure 14.119: Flame front, USFS/Catchpole experiments

### 14.10.4 USFS/Corsica Fire Spread Experiments

A description of the experiments and modeling strategy can be found in Sec. 3.97. Comparisons of the measured and predicted heat release rates for six bench-scale (1 m by 2 m) fires spreading over pine needles are shown in Fig. 14.120 below. Front trajectory plots are shown in Fig. 14.121.



Figure 14.120: HRR, USFS/Corsica experiments.



Figure 14.121: Rate of Spread, USFS/Corsica experiments.

### 14.10.5  Burning Trees (NIST Douglas Firs)

A description of the experiments and modeling assumptions are given in Sec. 3.52.

Snapshots of the simulation of the 2 m tall, 14 % moisture tree are shown in Fig. 14.122. The computational domain in this case is 2 m by 2 m by 4 m. The grid cells are 5 cm cubes. The pine needles are represented by 130,000 Lagrangian particles with a cylindrical geometry, or about 25 simulated needles per grid cell. The radius of the cylinder is derived from the measured surface to volume ratio. Each simulated pine needle or segment of roundwood represents many more actual needles or segments. The weighting factor is determined from the estimated bulk mass per unit volume. The results of the simulations are shown in Fig. 14.123.



Figure 14.122: Snapshots of the simulation of the 2 m tall Douglas fir tree, 14 % moisture.



Figure 14.123: Comparison measured and predicted mass loss rate for the Douglas fir tree experiments.

## 14.11    Summary of Burning and Spread Rates



Figure 14.124: Summary of heat release rate predictions.



Figure 14.125: Summary of burning rate predictions.



Figure 14.126: Summary of liquid pool burning rate predictions.



Figure 14.127: Summary of scaling heat release rate per unit area predictions.



Figure 14.128: Summary, Wildfire Rate of Spread.

# Chapter 15

# Wind Engineering and Atmospheric Dispersion

This chapter presents results of simulations of wind over structures and atmospheric dispersion, all involving a simplified atmospheric boundary layer model in FDS.

## 15.1  UWO Wind Tunnel Experiments

A description of the UWO Wind Tunnel experiments is included in Sec. 3.99. Schematic drawings of the wind tunnel models are shown in Fig. 15.1.

Figures 15.2 through 15.5 show comparisons of measured and predicted mean, rms, minimum and maximum values of the pressure coefficients on the surface of a 1:100 scale model of a building in a wind tunnel. The model building is shown at the top of Fig. 15.1. Figures 15.6 through 15.9 show similar results for the model shown at the bottom of Fig. 15.1. The comparisons are made for two wind directions for each model. For SS20-Test 7, the 180° wind direction is perpendicular to the model's shorter side. The 270° wind direction is perpendicular to the model's longer side. For the SS21-Test 6 model, the wind directions are 0° (perpendicular to short side) and 45°.

The diagrams in Fig. 15.1 indicate the location of the "lines" where the data is compared. The discontinuities in the lines represent the transition from the windward side, to the roof, to the leeward side. The side plots do not include windward or leeward side data.

The simulations are run for approximately one-tenth the time as that of the experiments, which were run for 100 s. The minimum and maximum values for the simulations are extrapolated so that they may be compared to the measured min and max for the 100 s experiment. The procedure is described in the FDS User's Guide [1], in the section describing the TEMPORAL_STATISTIC 'MIN' and 'MAX'.



Figure 15.1: UWO Wind Tunnel schematic drawings. (Top) SS20-Test 7. (Bottom) SS21-Test 6. The numbers at the base of the models denote the starting points of the lines over which the measurements and predictions are compared.



Figure 15.2: UWO Wind Tunnel, SS20-Test 7 pressure coefficients, 180° wind direction.



Figure 15.3: UWO Wind Tunnel, SS20-Test 7 pressure coefficients, 180° wind direction.



Figure 15.4: UWO Wind Tunnel, SS20-Test 7 pressure coefficients, 270° wind direction.



Figure 15.5: UWO Wind Tunnel, SS20-Test 7 pressure coefficients, 270° wind direction.



Figure 15.6: UWO Wind Tunnel, SS21-Test 6 pressure coefficients, 0° wind direction.



Figure 15.7: UWO Wind Tunnel, SS21-Test 6 pressure coefficients, 0° wind direction.



Figure 15.8: UWO Wind Tunnel, SS21-Test 6 pressure coefficients, 45° wind direction.



Figure 15.9: UWO Wind Tunnel, SS21-Test 6 pressure coefficients, 45° wind direction.

## 15.2   LNG Dispersion Experiments

Details of the numerical modeling of these experiments is found in Sec. 3.44.

Figure 15.10 through Fig. 15.13 display the measured velocity and temperature profiles, the corresponding Monin-Obukhov profiles that serve as initial and boundary conditions for FDS, and the resulting time-averaged profiles from the FDS simulations.

Figures 15.14–15.15 compare measured and predicted downwind concentrations of natural gas originating from spills of liquefied natural gas (LNG) on water. In each case, the measured values are short-time (1 s to 3 s) averages of sensors positioned in arcs at discrete distances downwind of the spill site. For each arc, the maximum value is chosen. The processing of the FDS results follows the same procedure. The sensors were generally located a few meters off the relatively dry, flat terrain.



Figure 15.10: LNG Dispersion experiments, Burro velocity and temperature profiles.



Figure 15.11: LNG Dispersion experiments, Coyote velocity and temperature profiles.



Figure 15.12: LNG Dispersion experiments, Falcon velocity and temperature profiles.



Figure 15.13: LNG Dispersion experiments, Maplin Sands velocity and temperature profiles.



Figure 15.14: LNG Dispersion experiments, Burro and Coyote.



Figure 15.15: LNG Dispersion experiments, Falcon and Maplin Sands.



Figure 15.16: Summary of LNG Dispersion predictions. Note that the dashed black lines denote plus/minus a factor of two from the measured values. The red dashed lines represent two relative standard deviations about the solid red line, the model average.

## 15.3   Stack Emission Plume Rise

A common exercise in atmospheric dispersion modeling is predicting the plume rise height of stack emissions. In an example given by Stull [149], a $z_s = 75$ m stack emits $SO_2$ at a rate of 250 g/s with an exit velocity of $W_0 = 20$ m/s and temperature of $\Delta T = 180$ K above ambient ($T_0 = 293$ K) through an orifice with radius $R_0 = 2$ m. The wind speed is $U = 5$ m/s. Three cases are considered where the atmosphere is stably stratified with temperature gradients, $dT/dz$, of -4.8, -8.8 and 5.2 K/km. The expected equilibrium height is given by the empirical expression:

$$z_c = z_s + 2.6 \left( \frac{I_b U^2}{N_{BV}^2} \right)^{1/3} \approx \begin{cases} 290 \text{ m} & \text{Case 1} \\ 443 \text{ m} & \text{Case 2} \\ 224 \text{ m} & \text{Case 3} \end{cases} \tag{15.1}$$

where $I_b$ is a buoyancy length scale given by

$$I_b = \frac{W_0 R_0^2 \, g}{U^3} \frac{\Delta T}{T_0} \approx 3.85 \text{ m} \quad \text{(all cases)} \tag{15.2}$$

and the Brunt-Väisälä frequency is given by:

$$N_{BV}^2 = \frac{g}{T_0} \left( \frac{dT}{dz} + \Gamma_d \right) \approx \begin{cases} 1.67 \times 10^{-4} \text{ s}^{-2} & \text{Case 1} \\ 0.334 \times 10^{-4} \text{ s}^{-2} & \text{Case 2} \\ 5.02 \times 10^{-4} \text{ s}^{-2} & \text{Case 3} \end{cases} \qquad \Gamma_d = 9.8 \times 10^{-3} \text{ K/m} \tag{15.3}$$

Notice that the exhaust rate of $SO_2$ has no role in the calculation of plume height because it is greatly diluted by hot air (or other exhaust products) exiting the stack at 20 m/s.

Figure 15.17 displays snapshots of the simulations, and Fig. 15.18 displays the comparison of FDS simulations with the empirical correlation. In the simulations, the plume height was taken as the location of the peak concentration of the $SO_2$ far downwind of the stack. The stack is approximated as a rectangular solid measuring 4 m by 4 m by 76 m. The grid surrounding stack is composed of 2 m cubes. The next grid to the right is 4 m, and the next is 8 m. The wind speed is fixed at 5 m/s, and the temperature is linearly stratified.



Figure 15.17: Snapshots of the simulations of plume rise. The largest computational domain is 800 m high and 1600 m long. The stack at left is 75 m high.



Figure 15.18: Atmospheric Dispersion, Plume Height results.

# Chapter 16

# Conclusion

## 16.1   Summary of FDS Model Uncertainty Statistics

Table 16.1 lists the summary statistics for the different quantities examined in this Guide. This is, for each quantity of interest, Table 16.1 lists the bias and relative standard deviation of the predicted values. It also lists the total number of experimental data sets on which these statistics are based, as well as the total number of point to point comparisons. Obviously, the more data sets and the more points, the more reliable the statistics.

For further details about model uncertainty and the meaning of these statistics, see Chapter 4.

Table 16.1: Summary statistics for all quantities of interest

| Quantity | Section | Datasets | Points | $\tilde{\sigma}_E$ | $\tilde{\sigma}_M$ | Bias |
|---|---|---|---|---|---|---|
| HGL Temperature, Forced Ventilation | 5.23 | 6 | 158 | 0.07 | 0.17 | 1.17 |
| HGL Temperature, Natural Ventilation | 5.23 | 17 | 323 | 0.07 | 0.13 | 1.04 |
| HGL Temperature, No Ventilation | 5.23 | 3 | 32 | 0.06 | 0.06 | 1.14 |
| HGL Depth | 5.23 | 15 | 280 | 0.05 | 0.08 | 1.05 |
| Ceiling Jet Temperature | 7.1.21 | 22 | 1061 | 0.07 | 0.13 | 1.04 |
| Plume Temperature | 6.1.13 | 14 | 297 | 0.07 | 0.23 | 1.05 |
| Oxygen Concentration | 9.1.10 | 13 | 279 | 0.08 | 0.17 | 0.97 |
| Carbon Dioxide Concentration | 9.1.10 | 13 | 274 | 0.08 | 0.14 | 1.00 |
| Smoke Concentration | 9.2.3 | 2 | 22 | 0.19 | 0.92 | 2.76 |
| Compartment Over-Pressure | 10.8 | 5 | 188 | 0.19 | 0.19 | 0.91 |
| Target Temperature | 11.2.10 | 11 | 1416 | 0.07 | 0.18 | 1.03 |
| Surface Temperature | 11.1.9 | 8 | 1127 | 0.07 | 0.18 | 1.08 |
| Liquid Pool Surface Temperature | 11.3.3 | 10 | 24 | 0.07 | 0.13 | 0.92 |
| Target Heat Flux | 12.2.16 | 16 | 1185 | 0.11 | 0.61 | 1.08 |
| Surface Heat Flux | 12.1.16 | 10 | 842 | 0.11 | 0.48 | 0.91 |
| Velocity | 8.15 | 12 | 375 | 0.08 | 0.19 | 1.01 |
| Sprinkler Activation Time | 7.2.1 | 6 | 273 | 0.06 | 0.16 | 1.01 |
| Smoke Detector Activation Time | 7.3 | 1 | 142 | 0.27 | 0.27 | 0.62 |
| Smoke Detector Activation Time, Temp. Rise | 7.3 | 1 | 142 | 0.32 | 0.32 | 1.21 |
| Cable Failure Time | 11.2.11 | 1 | 35 | 0.12 | 0.16 | 1.16 |
| Sprinkler Actuations | 7.2.2 | 3 | 38 | 0.15 | 0.30 | 1.10 |
| Heat Release Rate | 14.11 | 7 | 62 | 0.08 | 0.45 | 1.48 |

| Quantity | Section | Datasets | Points | $\tilde{\sigma}_E$ | $\tilde{\sigma}_M$ | Bias |
|---|---|---|---|---|---|---|
| Scaling Heat Release Rate Per Unit Area | 14.11 | 4 | 534 | 0.08 | 0.15 | 0.95 |
| Burning Rate | 14.11 | 2 | 34 | 0.08 | 0.40 | 0.91 |
| Liquid Pool Burning Rate | 14.11 | 8 | 54 | 0.08 | 0.27 | 1.46 |
| Carbon Monoxide Concentration | 9.5.7 | 8 | 120 | 0.19 | 0.55 | 1.00 |
| Entrainment | 6.4 | 2 | 87 | 0.06 | 0.06 | 1.14 |
| Extinction Time | 13.2.5 | 2 | 45 | 0.10 | 0.43 | 1.28 |
| Species Concentration | 9.6 | 1 | 126 | 0.08 | 0.15 | 0.97 |
| Smoke Obscuration | 9.2.4 | 1 | 18 | 0.15 | 0.15 | 1.05 |
| Mass Flow Rate | 12.128 | 1 | 40 | 0.08 | 0.09 | 0.91 |
| Atmospheric Dispersion | 15.2 | 13 | 47 | 0.50 | 0.78 | 1.58 |
| Minimum Extinguishing Concentration | 13.1.1 | 46 | 46 | 0.03 | 0.03 | 1.04 |
| Flame Height | 6.2.3 | 6 | 100 | 0.10 | 0.29 | 1.12 |
| Flame Tilt | 6.3 | 3 | 24 | 0.10 | 0.68 | 0.85 |
| Rate of Spread | 14.11 | 6 | 350 | 0.10 | 0.43 | 0.94 |
| Condensation | 12.7 | 6 | 101 | 0.12 | 0.32 | 0.73 |
| Aerosol Deposition | 9.3.2 | 2 | 88 | 0.12 | 0.50 | 1.06 |

## 16.2   Normality Tests

The histograms on the following pages display the distribution of the quantity $\ln(M/E)$, where $M$ is a random variable representing the <u>M</u>odel prediction and $E$ is a random variable representing the <u>E</u>xperimental measurement. Recall from Chapter 4 that $\ln(M/E)$ is assumed to be normally distributed. To test this assumption for each of the quantities of interest listed in Table 16.1, Spiegelhalter's normality test has been applied [404]. This test examines a set of values, $x_1, \ldots, x_n$ whose mean and standard deviation are computed as follows:

$$\bar{x} = \sum_{i=1}^{n} x_i \quad ; \quad \sigma^2 = \frac{1}{n-1} \sum_{i=1}^{n} (x_i - \bar{x})^2 \qquad (16.1)$$

Spiegelhalter tests the null hypothesis that the sample $x_i$ is taken from a normally distributed population. The test statistic, $S$, is defined:

$$S = \frac{N - 0.73\,n}{0.9\,\sqrt{n}} \quad ; \quad N = \sum_{i=1}^{n} Z_i^2 \ln Z_i^2 \quad ; \quad Z_i = \frac{x_i - \bar{x}}{\sigma} \qquad (16.2)$$

Under the null hypothesis, the test statistic is normally distributed with mean 0 and standard deviation of 1. If the $p$-value

$$p = 1 - \left| \mathrm{erf}\left( \frac{S}{\sqrt{2}} \right) \right| \qquad (16.3)$$

is less than 0.05, the null hypothesis is rejected.

The flaw in most normality tests is that they tend to reject the assumption of normality when the number of samples is relatively large. As can be seen in some of the histograms on the following pages, some fairly "normal" looking distributions fail while decidedly non-normal distributions pass. For this reason, the $p$-value is less important than the qualitative appearance of the histogram. If the histogram exhibits the







HGL Temperature, Forced Ventilation
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
HGL Temperature, Natural Ventilation
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
HGL Temperature, No Ventilation
Normality Test
p-value = 0.62
Number of Data Points
Interval Number
HGL Depth
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
Ceiling Jet Temperature
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
Plume Temperature
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
Oxygen Concentration
Normality Test
p-value = 0.00
Number of Data Points
Interval Number
Carbon Dioxide Concentration
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Smoke Concentration
Normality Test
p-value = 0.12
Number of Data Points
Interval Number

Compartment Over-Pressure
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Target Temperature
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Surface Temperature
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Liquid Pool Surface Temperature
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Target Heat Flux
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Surface Heat Flux
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Velocity
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Sprinkler Activation Time
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Smoke Detector Activation Time
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Smoke Detector Activation Time, Temp. Rise
Normality Test
p-value = 0.21
Number of Data Points
Interval Number

Cable Failure Time
Normality Test
p-value = 0.80
Number of Data Points
Interval Number

Sprinkler Actuations
Normality Test
p-value = 0.23
Number of Data Points
Interval Number

Aerosol Deposition Velocity
Normality Test
p-value = 0.11
Number of Data Points
Interval Number

Heat Release Rate
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

Scaling Heat Release Rate Per Unit Area
Normality Test
p-value = 0.00
Number of Data Points
Interval Number

typical bell-shaped curve, this adds confidence to the statistical treatment of the data. If the histogram is not bell-shaped, this might cast doubt on the statistical treatment for that particular quantity.

## 16.3   Summary of FDS Validation Git Statistics

Table 16.2 shows the Git repository statistics for all of the validation datasets. For each dataset, the corresponding last changed date and Git revision string are shown. This indicates the Git revision string and date for which the most recent validation results for a given dataset were committed to the repository.

Table 16.2: Validation Git statistics for all data sets

| Dataset | FDS Revision Date | FDS Revision String |
|---|---|---|
| MPI_Scaling_Tests | Apr 20, 2023 | FDS-6.8.0-4-gd71a566-master |
| Memorial_Tunnel | Dec 1, 2023 | FDS-6.8.0-1049-g2af029c-master |
| LEMTA_UGent_Pool_Fires | Dec 20, 2023 | FDS-6.8.0-1110-gca57bb4-master |
| Arup_Tunnel | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| ATF_Corridors | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Atmospheric_Dispersion | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Backward_Facing_Step | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Beyler_Hood | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| BGC_GRI_LNG_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Bittern_Sprinkler_Experiments | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Bouchair_Solar_Chimney | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| BRE_Spray | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Bryant_Doorway | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| CAROLFIRE | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Casara_Arts_Ribbed_Channel | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Convection | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Crown_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| CSTB_Tunnel | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Cup_Burner | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| DelCo_Trainers | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Droplet_Evaporation | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Edinburgh_Vegetation_Drag | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FAA_Cargo_Compartments | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FAA_Polymers | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Fleury_Heat_Flux | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FM_Burner | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FM_FPRF_Datacenter | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FM_Parallel_Panels | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FM_SNL | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| FM_Vertical_Wall_Flames | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Hamins_Gas_Burners | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Harrison_Spill_Plumes | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Heskestad_Flame_Height | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Insulation_Materials | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Juelich_SETCOM | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| LLNL_Enclosure | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| LNG_Dispersion | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Loughborough_Jet_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |

| Dataset | FDS Revision Date | FDS Revision String |
|---|---|---|
| McCaffrey_Plume | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NBS_Multi-Room | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Composite_Beam | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Deposition_Gauge | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Douglas_Firs | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_E119_Compartment | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_FSE_2008 | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_He_2009 | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_NRC_Corner_Effects | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_NRC | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_NRC_OLIVE-Fire | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Polymers | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Pool_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_RSE_1994 | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_RSE_2007 | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Smoke_Alarms | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Structure_Separation | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NIST_Vent_Study | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NRCC_Facade | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NRCC_Smoke_Tower | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| NRL_HAI | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Phoenix_LNG_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Pool_Fires | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| PRISME | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Purdue_Flames | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Ranz_Marshall | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Restivo_Experiment | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Sandia_Methane_Burner | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Sandia_Plumes | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Shell_LNG_Fireballs | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Sippola_Aerosol_Deposition | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Smyth_Slot_Burner | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| SP_AST | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| SP_Wood_Cribs | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Steckler_Compartment | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| SWJTU_Tunnels | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Turbulent_Jet | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UL_NFPRF | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UL_NIJ_Houses | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UL_NIST_Vents | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Ulster_SBI | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UMD_Line_Burner | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UMD_Polymers | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| USCG_HAI | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| USFS_Catchpole | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |

| Dataset | FDS Revision Date | FDS Revision String |
|---|---|---|
| USFS_Corsica | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| USN_Hangars | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| UWO_Wind_Tunnel | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Vettori_Flat_Ceiling | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Vettori_Sloped_Ceiling | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| VTT | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| VTT_Sprays | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Waterloo_Methanol | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| WTC | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Wu_Bakar_Tunnels | Dec 22, 2023 | FDS-6.8.0-1116-gd8b2bf4-master |
| Montoir_LNG_Fires | Jan 12, 2024 | FDS-6.8.0-1236-g3b16ca3-master |
| Heated_Channel_Flow | Jan 19, 2024 | FDS-6.8.0-1273-g2ca4b8a-master |
| NIST_NRC_Parallel_Panels | Jan 19, 2024 | FDS-6.8.0-1273-g2ca4b8a-master |
| UMD_SBI | Jan 19, 2024 | FDS-6.8.0-1273-g2ca4b8a-master |
| Moody_Chart | Feb 7, 2024 | FDS-6.8.0-1423-g2082ad5-master |
| LEMTA_Spray | Feb 16, 2024 | FDS-6.8.0-1522-gf593119-master |
| Scaling_Pyrolysis | Feb 19, 2024 | FDS-6.8.0-1530-gd4ec585-master |
| CSIRO_Grassland_Fires | Mar 8, 2024 | FDS-6.8.0-1656-gaa02179-master |
| OMP_Scaling_Tests | Apr 5, 2024 | FDS-6.9.0-92-g9743202-master |

# Bibliography

[1]  K. McGrattan, S. Hostikka, R. McDermott, J. Floyd, C. Weinschenk, and K. Overholt. *Fire Dynamics Simulator, User's Guide*. National Institute of Standards and Technology, Gaithersburg, Maryland, USA, and VTT Technical Research Centre of Finland, Espoo, Finland, sixth edition, September 2013. v, 31, 81, 149, 1157

[2]  American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E1355-12, Standard Guide for Evaluating the Predictive Capabilities of Deterministic Fire Models*, 2012. v, 1

[3]  R.G. Rehm and H.R. Baum. The Equations of Motion for Thermally Driven, Buoyant Flows. *Journal of Research of the NBS*, 83:297–308, 1978. 6

[4]  H.R. Baum, R.G. Rehm, P.D. Barnett, and D.M. Corley. Finite Difference Calculations of Buoyant Convection in an Enclosure, Part I: The Basic Algorithm. *SIAM Journal of Scientific and Statistical Computing*, 4(1):117–135, March 1983. 6

[5]  R.G. Rehm, P.D. Barnett, H.R. Baum, and D.M. Corley. Finite Difference Calculations of Buoyant Convection in an Enclosure: Verification of the Nonlinear Algorithm. *Applied Numerical Mathematics*, 1:515–529, 1985. 6

[6]  R.G. Rehm, H.R. Baum, D.W. Lozier, H. Tang, and J. Sims. Buoyant Convection in an Inclined Enclosure. In *Fire Safety Science – Proceedings of the Third International Symposium*, pages 313–323. International Association for Fire Safety Science, 1991. 6

[7]  H.R. Baum, O.A. Ezekoye, K.B. McGrattan, and R.G. Rehm. Mathematical Modeling and Computer Simulation of Fire Phenomenon. *Theoretical and Computational Fluid Dynamics*, 6:125–139, 1994. 6

[8]  K.B. McGrattan, R.G. Rehm, and H.R. Baum. Fire-Driven Flows in Enclosures. *Journal of Computational Physics*, 110(2):285–291, 1994. 6

[9]  R.G. Rehm, K.B. McGrattan, H.R. Baum, and K.W. Cassel. Transport by Gravity Currents in Building Fires. In *Fire Safety Science – Proceedings of the Fifth International Symposium*, pages 391–402. International Association for Fire Safety Science, 1997. 6

[10]  H.R. Baum, K.B. McGrattan, and R.G. Rehm. Three Dimensional Simulations of Fire Plume Dynamics. In *Fire Safety Science – Proceedings of the Fifth International Symposium*, pages 511–522. International Association for Fire Safety Science, 1997. 6

[11]  H.R. Baum, K.B. McGrattan, and R.G. Rehm. Large Eddy Simulations of Smoke Movement in Three Dimensions. In *Proceedings of the Seventh International Interflam Conference*, pages 189–198. Interscience Communications, London, 1996. 6

[12] H.R. Baum and B.J. McCaffrey. Fire Induced Flow Field – Theory and Experiment. In *Fire Safety Science – Proceedings of the Second International Symposium*, pages 129–148. International Association for Fire Safety Science, 1989. 6

[13] H.R. Baum, K.B. McGrattan, and R.G. Rehm. Three Dimensional Simulations of Fire Plume Dynamics. *Journal of the Heat Transfer Society of Japan*, 35(139):45–52, 1997. 6

[14] J.M. Clement and C.M. Fleischmann. Experimental Verification of the Fire Dynamics Simulator Hydrodynamic Model. In *Fire Safety Science – Proceedings of the Seventh International Symposium*, pages 839–862. International Association for Fire Safety Science, 2002. 6

[15] K.B. McGrattan, H.R. Baum, and R.G. Rehm. Large Eddy Simulations of Smoke Movement. *Fire Safety Journal*, 30:161–178, 1998. 6

[16] W. Mell, K.B. McGrattan, and H. Baum. Numerical Simulation of Combustion in Fire Plumes. In *Twenty-Sixth Symposium (International) on Combustion*, pages 1523–1530. Combustion Institute, Pittsburgh, Pennsylvania, 1996. 6

[17] T. Cleary, M. Anderson, J. Averill, and W. Grosshandler. Evaluating Multi-Sensor Fire Detectors in the Fire Emulator/Detector Evaluator. In *Proceedings of the Eighth International Interflam Conference*, pages 453–464. Interscience Communications, June 1999. 6

[18] W. Davis, K Notarianni, and K. McGrattan. Comparison of Fire Model Predictions with Experiments Conducted in a Hangar with a 15 Meter Ceiling. NISTIR 5927, National Institute of Standards and Technology, Gaithersburg, Maryland, December 1996. 6

[19] S.J. Emmerich and K.B. McGrattan. Application of a Large Eddy Simulation Model to Study Room Airflow. *ASHRAE Transactions*, 104(1):1–9, 1998. 6, 116

[20] S.J. Emmerich. Use of Computational Fluid Dynamics to Analyze Indoor Air Quality Issues. NISTIR 5997, National Institute of Standards and Technology, Gaithersburg, Maryland, April 1997. 6, 116

[21] W.K. Chow and R. Yin. Discussion on Two Plume Formulae with Computational Fluid Dynamics. *Journal of Fire Sciences*, 20:179–201, May 2002. 7

[22] F. Battaglia, K. McGrattan, R. Rehm, and H. Baum. Simulating Fire Whirls. *Combustion Theory and Modeling*, 4:123–138, 2000. 7

[23] K.M. Liang, T. Ma, J.G. Quintiere, and D. Rouson. Application of CFD Modeling to Room Fire Growth on Walls. NIST GCR 03-849, National Institute of Standards and Technology, Gaithersburg, Maryland, April 2003. 7, 10

[24] T. Ma and J. Quintiere. Numerical Simulation of Axi-Symmetric Fire Plumes: Accuracy and Limitations. *Fire Safety Journal*, 38:467–492, 2003. 7, 10

[25] G. Heskestad. *SFPE Handbook of Fire Protection Engineering*, chapter Fire Plumes, Flame Height and Air Entrainment. Springer, New York, 5th edition, 2016. 7, 51, 325, 327

[26] C. Gutiérrez-Montes, E. Sanmiguel-Rojas, A. Viedma, and G. Rein. Experimental data and numerical modelling of 1.3 and 2.3 MW fires in a 20 m cubic atrium. *Building and Environment*, 44:1827–1839, 2009. http://hdl.handle.net/1842/2761. 7

[27] M. Hurley and A. Munguia. Analysis of FDS Thermal Detector Response Prediction Capability. NIST GCR 09-921, National Institute of Standards and Technology, Gaithersburg, Maryland, 2009. 7

[28] M. Hurley and A. Munguia. Analysis of FDS Thermal Detector Response Prediction Capability. *J. Fire Protection Engineering*, 20, 2009. 7

[29] Y. Xin. Baroclinic Effects on Fire Flow Field. In *Proceedings of the Fourth Joint Meeting of the U.S. Sections of the Combustion Institute*. Combustion Institute, Pittsburgh, Pennsylvania, March 2005. 8

[30] Y. Xin, J.P. Gore, K.B. McGrattan, R.G. Rehm, and H.R. Baum. Fire dynamics simulation of a turbulent buoyant flame using a mixture-fraction-based combustion model. *Combustion and Flame*, 141:329–335, 2005. 8, 114, 115, 347, 348

[31] Y. Xin, J.P. Gore, K.B. McGrattan, R.G. Rehm, and H.R. Baum. Large Eddy Simulation of Buoyant Turbulent Pool Fires. In *Twenty-Ninth Symposium (International) on Combustion*, pages 259–266. Combustion Institute, Pittsburgh, Pennsylvania, 2002. 8

[32] X.C. Zhou and J.P. Gore. Experimental estimation of thermal expansion and vorticity distribution in a buoyant diffusion flame. In *Twenty-Seventh Symposium (International) on Combustion*. Combustion Institute, Pittsburgh, Pennsylvania, 2001. 8, 114, 115, 347, 349

[33] Y. Xin, J.P. Gore, K.B. McGrattan, R.G. Rehm, and H.R. Baum. Large Eddy Simulation of Buoyant Turbulent Pool Fires. In *Proceedings of the 2002 Spring Technical Meeting, Central States Section*. Combustion Institute, Pittsburgh, Pennsylvania, April 2002. 8

[34] Y. Xin and J.P. Gore. Two-dimensional soot distributions in buoyant turbulent fires. In *Thirtieth Symposium (International) on Combustion*. Combustion Institute, Pittsburgh, Pennsylvania, 2005. 8

[35] Y. Biswas, Y. Zheng, C.H. Kim, and J.P. Gore. Stochastic time series analysis of pulsating buoyant pool fires. In *Thirty First Symposium (International) on Combustion*. Combustion Institute, Pittsburgh, Pennsylvania, 2007. 8

[36] S. Hostikka, K.B. McGrattan, and A. Hamins. Numerical Modeling of Pool Fires using Large Eddy Simulation and Finite Volume Method for Radiation. In *Fire Safety Science – Proceedings of the Seventh International Symposium*, pages 383–394. International Association for Fire Safety Science, 2002. 8, 48

[37] J. Hietaniemi, S. Hostikka, and J. Vaari. FDS Simulation of Fire Spread – Comparison of Model Results with Experimental Data. VTT Working Papers 4, VTT Building and Transport, Espoo, Finland, 2004. 8, 10, 17, 1036

[38] A. Musser, K. B. McGrattan, and J. Palmer. Evaluation of a Fast, Simplified Computational Fluid Dynamics Model for Solving Room Airflow Problems. NISTIR 6760, National Institute of Standards and Technology, Gaithersburg, Maryland, June 2001. 8, 116, 494

[39] X. Yuan, Q. Chen, L.R. Glicksman, Y. Hu, and X. Yang. Measurements and Computations of Room Airflow with Displacement Ventilation. Technical Report RP-949, American Society of Heating, Refrigerating, Air-Conditioning Engineers, 1999. 8

[40] A. Musser and L. Tan. Control of Diesel Exhaust Fumes in Enclosed Locomotive Facilities. Technical Report RP-1191, American Society of Heating, Refrigerating, Air-Conditioning Engineers, 2003. 8

[41] K. Mniszewski. The Use of FDS for Estimation of Flammable Gas/Vapor Concentrations. In *Proceedings of the 3rd Technical Symposium on Computer Applications in Fire Protection Engineering*, pages 143–155. Society for Fire Protection Engineers, Bethesda, Maryland, September 2001. 8

[42] S. Kerber and W. Walton. Characterizing Positive Pressure Ventilation using Computational Fluid Dynamics. NISTIR 7065, National Institute of Standards and Technology, Gaithersburg, Maryland, February 2003. 8

[43] R. Rehm, K. McGrattan, H. Baum, and E. Simiu. An Efficient Large Eddy Simulation Algorithm for Computational Wind Engineering: Application to Surface Pressure Computations on a Single Building. NISTIR 6371, National Institute of Standards and Technology, August 1999. 9

[44] R.G. Rehm, K.B. McGrattan, and H.R. Baum. Large Eddy Simulation of Flow over a Wooded Building Complex. *Wind & Structures*, 5(2):291–300, 2002. 9

[45] H.Y. Wang and P. Joulain. Numerical Simulation of Wind-Aided Turbulent Fires in a Ventilated Model Tunnel. In *Fire Safety Science – Proceedings of the Seventh International Symposium*, pages 161–172. International Association for Fire Safety Science, 2002. 9

[46] B.F. Magnussen and B.H. Hjertager. On Mathematical Modeling of Turbulent Combustion with Special Emphasis on Soot Formation and Combustion. In *Proceedings of the Sixteenth Symposium (International) on Combustion*, pages 719–729. Combustion Institute, Pittsburgh, Pennsylvania, 1977. 9

[47] C.H. Chang and R.N. Meroney. Concentration and flow distributions in urban street canyons: wind tunnel and computational data. *Journal of Wind Engineering and Industrial Aerodynamics*, 91:1141–1154, 2003. 9

[48] K. Moon, J. M. Hwang, B. G. Kim, C. Lee, and J. Choi. Large-eddy simulation of turbulent flow and dispersion over a complex urban street canyon. *Environmental Fluid Mechanics (on-line)*, January 2014. 9

[49] H. Le, P. Moin, and J. Kim. Direct numerical simulation of turbulent flow over a backward-facing step. *Journal of Fluid Mechanics*, 330:349–374, 1997. 9

[50] S. Jovic and D. M. Driver. Backward-facing step measurements at low Reynolds number, $Re_h$=5000. *NASA Technical Memorandum*, 108807, February 1994. 9, 20, 478

[51] M. Sarwar, K. A. M. Moinuddin, and G. R. Thorpe. Large eddy simulation of flow over a backward facing step using Fire Dynamics Simulator (FDS). *Fourteenth Asian Congress of Fluid Mechanics*, pages 469–474, October 2013. 9

[52] K.B. McGrattan, H.R. Baum, and R.G. Rehm. Numerical Simulation of Smoke Plumes from Large Oil Fires. *Atmospheric Environment*, 30(24):4125–4136, 1996. 9

[53] T. Yamada. Smoke Plume Trajectory from In-Situ Burning of Crude Oil in Tomakomai. Technical report, National Research Institute of Fire and Disaster, Japan, November 1998. 9

[54] Y. Mouilleau and A. Champassith. CFD simulations of atmospheric gas dispersion using the Fire Dynamics Simulator (FDS). *Journal of Loss Prevention in the Process Industries*, 22:316–323, 2009. published by Elsevier. 9

[55] J. Floyd. Comparison of CFAST and FDS for Fire Simulation with the HDR T51 and T52 Tests. NISTIR 6866, National Institute of Standards and Technology, Gaithersburg, Maryland, March 2002. 10

[56] J.E. Floyd, K.B. McGrattan, S. Hostikka, and H.R. Baum. CFD Fire Simulation Using Mixture Fraction Combustion and Finite Volume Radiative Heat Transfer. *Journal of Fire Protection Engineering*, 13:11–26, February 2003. 10, 15

[57] A. Kashef, N. Benichou, G.D. Lougheed, and C. McCartney. A Computational and Experimental Study of Fire Growth and Smoke Movement in Large Spaces. Technical Report NRCC-45201, National Research Council Canada, 2002. 10

[58] K.B. McGrattan, T. Kashiwagi, H.R. Baum, and S.L. Olson. Effects of Ignition and Wind on the Transition to Flame Spread in a Microgravity Environment. *Combustion and Flame*, 106:377–391, 1996. 10

[59] T. Kashiwagi, K.B. McGrattan, S.L. Olson, O. Fujita, M. Kikuchi, and K. Ito. Effects of Slow Wind on Localized Radiative Ignition and Transition to Flame Spread in Microgravity. In *Twenty-Sixth Symposium (International) on Combustion*, pages 1345–1352. Combustion Institute, Pittsburgh, Pennsylvania, 1996. 10

[60] W. Mell and T. Kashiwagi. Dimensional Effects on the Transition from Ignition to Flame Spread in Microgravity. In *Twenty-Seventh Symposium (International) on Combustion*, pages 2635–2641. Combustion Institute, Pittsburgh, Pennsylvania, 1998. 10

[61] W. Mell, S.L. Olson, and T. Kashiwagi. Flame Spread Along Free Edges of Thermally-Thin Samples in Microgravity. In *Twenty-Eighth Symposium (International) on Combustion*, pages 2843–2849. Combustion Institute, Pittsburgh, Pennsylvania, 2000. 10

[62] K. Prasad, Y. Nakamura, S.L. Olson, O. Fujita, K. Nishizawa, K. Ito, and T. Kashiwagi. Effect of Wind Velocity on Flame Spread in Microgravity. In *Twenty-Ninth Symposium (International) on Combustion*, pages 2553–2560. Combustion Institute, Pittsburgh, Pennsylvania, 2002. 10

[63] Y. Nakamura, T. Kashiwagi, K.B. McGrattan, and H.R. Baum. Enclosure Effects on Flame Spread over Solid Fuels in Microgravity. *Combustion and Flame*, 130:307–321, 2002. 10

[64] W.E. Mell, K.B. McGrattan, and H.R. Baum. g-Jitter Effects on Spherical Diffusion Flames. *Microgravity Science and Technology*, 15(4):12–30, 2004. 10

[65] S. Hostikka and K.B. McGrattan. Large Eddy Simulations of Wood Combustion. In *Proceedings of the Ninth International Interflam Conference*, pages 755–762. Interscience Communications, London, 2001. 10

[66] S.J. Ritchie, K.D. Steckler, A. Hamins, T.G. Cleary, J.C. Yang, and T. Kashiwagi. The Effect of Sample Size on the Heat Release Rate of Charring Materials. In *Fire Safety Science - Proceedings of the 5th International Symposium*, pages 177–188. International Association For Fire Safety Science, 1997. 10, 82, 128

[67] J.W. Kwon, N.A. Dembsey, and C.W. Lautenberger. Evaluation of FDS V.4: Upward Flame Spread. *Fire Technology*, 43:255–284, 2007. 10

[68] J. Mangs and S. Hostikka. Experiments and Numerical Simulations of Vertical Flame Spread on Charring Materials at Different Ambient Temperatures. In *Fire Safety Science 10 – Proceedings of the 10th International Symposium*, pages 499–512, University of Maryland, College Park, Maryland, USA, 2011. 11

[69] K. Moinuddin, Q.S. Razzaque, and A. Thomas. Numerical Simulation of Coupled Pyrolysis and Combustion Reactions with Directly Measured Fire Properties. *Polymers*, 12(9):2075, 2020. https://doi.org/10.3390/polym12092075. 11

[70] A. Hamins, A. Maranghides, K.B. McGrattan, E. Johnsson, T. Ohlemiller, M. Donnelly, J. Yang, G. Mulholland, K. Prasad, S. Kukuck, R. Anleitner, and T. McAllister. Federal Building and Fire Safety Investigation of the World Trade Center Disaster: Experiments and Modeling of Structural Steel Elements Exposed to Fire. NIST NCSTAR 1-5B, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2005. 11, 158, 517

[71] A. Hamins, A. Maranghides, K.B. McGrattan, Ohlemiller, and R. Anletiner. Federal Building and Fire Safety Investigation of the World Trade Center Disaster: Experiments and Modeling of Multiple Workstations Burning in a Compartment. NIST NCSTAR 1-5E, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2005. 11

[72] K. McGrattan, C. Bouldin, and G. Forney. Federal Building and Fire Safety Investigation of the World Trade Center Disaster: Computer Simulation of the Fires in the WTC Towers. NIST NCSTAR 1-5F, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2005. 11, 16

[73] K. Moinuddin, J. Al-Menhali, K. Prasannan, and I. Thomas. Rise in structural steel temperatures during ISO 9705 room fires. *Fire Safety Journal*, 46(8):480–496, 2011. https://doi.org/10.1016/j.firesaf.2011.08.001. 11

[74] G. Rein, C. Abecassis Empis, and R. Carvel, editors. *The Dalmarnock Fire Tests: Experiments and Modelling*. University of Edinburgh, 2007. 11

[75] G. Rein, J.L. Torero, W. Jahn, J. Stern-Gottfried, N.L. Ryder, S. Desanghere, M. Läzaro, F. Mowrer, A. Coles, D. Joyeux, D. Alvear, J.A. Capote, A. Jowsey, C. Abecassis-Empis, and P. Reszka. Round-Robin Study of a priori Modelling Predictions of The Dalmarnock Fire Test One. *Fire Safety Journal*, 44(4):590–602, 2009. http://hdl.handle.net/1842/2704. 11

[76] W. Jahn, G. Rein, and J.L. Torero. The Effect of Model Parameters on the Simulation of Fire Dynamics. In *Proceedings of the Ninth Symposium on Fire Safety Science*, Karlsruhe, Germany, September 2008. http://hdl.handle.net/1842/2696. 12

[77] B.M. Storm and M.R. Pantesjö. The use of simulation in fire investigation. Bachelors thesis, Stord/Haugesund University College, Norway, 2009. 12

[78] V. Drean, R. Schillinger, H. Leborgne, G. Auguin, and E. Guillaume. Numerical Simulation of Fire Exposed Façades Using LEPIR II Testing Facility. *Fire Technology*, March 2018. https://doi.org/10.1007/s10694-018-0718-y. 12

[79] D.M. Chaudhari, C. Weinschenk, and J.E. Floyd. Experiments in a Residential Structure with HVAC System. *Fire Technology*, 2023. https://doi.org/10.1007/s10694-023-01390-y. 12

[80] K. Moinuddin, T. Nguyen, and H. Mahmud. Designing an experimental rig for developing a fire severity model using numerical simulation. *Fire and Materials*, 41(7):871–883, 2017. https://doi.org/10.1002/fam.2439. 12

[81] R. Vettori. Effect of an Obstructed Ceiling on the Activation Time of a Residential Sprinkler. NISTIR 6253, National Institute of Standards and Technology, Gaithersburg, Maryland, November 1998. 12, 151, 176

[82] R. Vettori. Effect of a Beamed, Sloped, and Sloped Beamed Ceilings on the Activation Time of a Residential Sprinkler. NISTIR 7079, National Institute of Standards and Technology, Gaithersburg, Maryland, December 2003. 12, 154

[83] K.B. McGrattan, A. Hamins, and D. Stroup. Sprinkler, Smoke & Heat Vent, Draft Curtain Interaction — Large Scale Experiments and Model Development. NISTIR 6196-1, National Institute of Standards and Technology, Gaithersburg, Maryland, September 1998. 12, 134

[84] A. Hamins and K.B. McGrattan. Reduced-Scale Experiments to Characterize the Suppression of Rack Storage Commodity Fires. NISTIR 6439, National Institute of Standards and Technology, Gaithersburg, Maryland, 1999. 12

[85] A. Hamins and K.B. McGrattan. Reduced-Scale Experiments on the Water Suppression of a Rack-Storage Commodity Fire for Calibration of a CFD Fire Model. In *Fire Safety Science – Proceedings of the Seventh International Symposium*, pages 457–468. International Association for Fire Safety Science, 2002. 12

[86] S. Olenick, M. Klassen, and R.J. Roby. Validation Study for FDS for a High Rack Storage Fire Involving Pool Chemicals. In *Proceedings of the 3rd Technical Symposium on Computer Applications in Fire Protection Engineering*. Society of Fire Protection Engineers, Bethesda, Maryland, September 2001. 12

[87] S.C. Kim and H.S. Ryou. An Experimental and Numerical Study on Fire Suppression using a Water Mist in an Enclosure. *Building and Environment*, 38:1309–1316, 2003. 12

[88] S.C. Kim and H.S. Ryou. The Effects of Water Mist on the Compartment Fire. *International Journal of Air-Conditioning and Refrigeration*, 12(1):30–36, 2004. 12

[89] B.P. Hume. Water Mist Suppression in Conjunction with Displacement Ventilation. Master's thesis, University of Canterbury, Christchurch, New Zealand, February 2003. Fire Engineering Research Report 03/4. 13

[90] S. Hostikka and K.B. McGrattan. Numerical modeling of radiative heat transfer in water sprays. *Fire Safety Journal*, 41:76–86, 2006. 13

[91] N. O'Grady and V. Novozhilov. Large Eddy Simulation of Sprinkler Interaction with a Fire Ceiling Jet. *Combustion Science and Technology*, 181(7):984–1006, 2009. 13

[92] H. Ingason and S. Olsson. Interaction between Sprinklers and Fire Vents. Technical report, Swedish National Testing and Research Institute (SP), 1992. SP Report 1992:11. 13

[93] B. Xiao. Comparison of Numerical and Experimental Results of Fire Induced Doorway Flows. *Fire Technology*, 48:595–614, 2012. 13

[94] L.M. Zhao and Y.M. Zhang.  Numerical Case Studies of Vertical Wall Fire Protection Using Water Spray. *Case Studies in Thermal Engineering*, 4:129–135, 2014. https://doi.org/10.1016/j.csite.2014.09.002. 13

[95] L.M. Zhao and H.M. Zhang.  Numerical Simulation Study on Suppression Effect of Water Mist on PMMA Combustion under External Radiant Heat Flux. *Frontiers in Materials*, 10:1–8, 2023. https://doi.org/10.3389/fmats.2023.1110610. 13

[96] H. Mahmud, K. Moinuddin, and G. Thorpe.  Experimental and Numerical Study of High Pressure Water-Mist Nozzle Sprays. *Fire Safety Journal*, 81:109–117, 2016. https://doi.org/10.1016/j.firesaf.2016.01.015. 13

[97] P. Friday and F. W. Mowrer.  Comparison of FDS Model Predictions with FM/SNL Fire Test Data. NIST GCR 01-810, National Institute of Standards and Technology, Gaithersburg, Maryland, April 2001. 13

[98] W. Zhang, A. Hamer, M. Klassen, D. Carpenter, and R. Roby.  Turbulence Statistics in a Fire Room Model by Large Eddy Simulation. *Fire Safety Journal*, 37:721–752, 2002. 13

[99] S. Cochard.  Validation of Fire Dynamics Simulator (Version 2.0) Freeware. *Tunnel Management International Journal*, 6(4), December 2003. 13

[100] K. B. McGrattan and A. Hamins. Numerical Simulation of the Howard Street Tunnel Fire, Baltimore, Maryland, July 2001.  NISTIR 6902, National Institute of Standards and Technology, Gaithersburg, Maryland, January 2003.  Joint Publication of NIST and the US Nuclear Regulatory Commission (NUREG/CR-6793). 13

[101] A. Piergiorgio, D. Giuseppe, F. Dino, G. Zappellini, and A. Ferrari. CFD Simulations of a Truck Fire in the Underground Gran Sasso National Laboratory. In *Proceedings of the 5th Italian Conference on Chemical and Process Engineering*, volume 5 of *AIDIC Conference Series*. Associazione Italiana Di Ingegneria Chimica (AIDIC), Elsevier, May 2002.  Papers presented at ICeaP-5, Florence, Italy, May 20-23, 2001. 14

[102] J.C. Edwards, R.A. Franks, G.F. Friel, and L. Yuan.  Experimental and Modeling Investigation of the Effect of Ventilation on Smoke Rollback in a Mine Entry.  In *Proceedings of the SME Annual Meeting*, pages 1–6. Society for Mining, Metallurgy and Exploration, 2005. 14

[103] C.C. Hwang and J.C. Edwards.  The critical ventilation velocity in tunnel fires – a computer simulation. *Fire Safety Journal*, 40:213–244, 2005. 14

[104] J.C. Edwards and C.C. Hwang.  CFD Modeling of Fire Spread Along Combustibles in a Mine Entry.  In *Proceedings of the SME Annual Meeting*, pages 1–5. Society for Mining, Metallurgy and Exploration, 2006. 14

[105] M. Bilson, A. Purchase, and C. Stacey.  Deluge System Operating Effectiveness in Road Tunnels and Impacts on Operating Policy.  In *Proceedings 13th Australian Tunnelling Conference, Melbourne, Victoria, Australia*, May 2008.  The Australasian Institute of Mining and Metallurgy. 14

[106] K.J. Harris.  Water Application Rates for Fixed Fire Fighting Systems in Road Tunnels. In *Proceedings of the Fourth International Symposium on Tunnel Safety and Security*, pages 351–362, 2010. 14

[107] M. Arvidson. Large-Scale Water Spray and Water Mist Fire Suppression System Tests. In *Proceedings of the Fourth International Symposium on Tunnel Safety and Security*, pages 283–296, 2010. 14

[108] J. Trelles and J.R. Mawhinney. CFD Investigation of Large Scale Pallet Stack Fires in Tunnels Protected by Water Mist Systems. *Journal of Fire Protection Engineering*, 20(3):149–198, August 2010. 14

[109] J.R. Mawhinney and J. Trelles. Testing Water Mist Systems Against Large Fires in Tunnels: Integrating Test Data with CFD Simulations. *Fire Technology*, 48:565–594, 2012. 14

[110] V. D'Souza, J.A. Sutula, S.M. Olenick, W. Zhang, and R.J. Roby. Use of Fire Dynamics Simulator to Predict Smoke Detector Activation. In *Proceedings of the 2001 Fall Technical Meeting, Eastern States Section*, pages 175–178. Combustion Institute, Pittsburgh, Pennsylvania, December 2001. 14

[111] R.J. Roby, S.J. Olenick, W. Zhang, D.J. Carpenter, M.S. Klassen, and J.L. Torero. A Smoke Detector Algorithm for Large Eddy Simulation Modeling. NIST GCR 07-911, National Institute of Standards and Technology, Gaithersburg, Maryland, 2007. 14

[112] W. Zhang, S.M. Olenick, M.S. Klassen, D.J. Carpenter, R.J. Roby, and J.L. Torero. A smoke detector activation algorithm for large eddy simulation fire modeling. *Fire Safety Journal*, 43:96–107, 2008. 14

[113] D.R. Brammer. A Comparison between Predicted and Actual Behaviour of Domestic Smoke Detectors in a Realistic House Fire. Master's thesis, University of Canterbury, Christchurch, New Zealand, 2002. 14

[114] T. Cleary, M. Donnelly, G. Mulholland, and B. Farouk. Fire Detector Performance Predictions in a Simulated Multi-Room Configuration. In *Proceedings of the 12th International Conference on Automatic Fire Detection (AUBE '01)*. National Institute of Standards and Technology, Gaithersburg, Maryland, March 2001. NIST SP 965. 14

[115] A. Mukhopadhyay and I.K. Puri. An Assessment of Stretch Effects on Flame Tip Using the Thin Flame and Thick Formulations. *Combustion and Flame*, 133:499–502, 2003. 14

[116] A. Hamins, M. Bundy, I.K. Puri, K.B. McGrattan, and W.C. Park. Suppression of Low Strain Rate Non-Premixed Flames by an Agent. In *Proceedings of the 6th International Microgravity Combustion Workshop, NASA/CP-2001-210826*, pages 101–104. National Aeronautics and Space Administration, Lewis Research Center, Cleveland, Ohio, May 2001. 14

[117] S. Dillon and A. Hamins. Ignition Propensity and Heat Flux Profiles of Candle Flames for Fire Investigation. In Vytenis Babrauskas, editor, *Fire Science Applications to Fire Investigations*, pages 363–376. Interscience Communications, London, 2003. 14

[118] A. Hamins, M. Bundy, and S.E. Dillon. Characterization of Candle Flames. *Journal of Fire Protection Engineering*, 15(4):265–285, 2005. 14

[119] J.E. Floyd, C. Wieczorek, and U. Vandsburger. Simulations of the Virginia Tech Fire Research Laboratory Using Large Eddy Simulation with Mixture Fraction Chemistry and Finite Volume Radiative Heat Transfer. In *Proceedings of the Ninth International Interflam Conference*. Interscience Communications, London, 2001. 15

[120] Y. Xin and J.P. Gore. Measurements and Calculations of Spectral Radiation Intensities in Buoyant Turbulent Flames. In *Proceedings of the Third Joint Meeting of the U.S. Sections of the Combustion Institute*. Combustion Institute, Pittsburgh, Pennsylvania, 2003. 15

[121] W. Zhang, N. Ryder, R.J. Roby, and D. Carpenter. Modeling of the Combustion in Compartment Fires Using Large Eddy Simulation Approach. In *Proceedings of the 2001 Fall Technical Meeting, Eastern States Section*. Combustion Institute, Pittsburgh, Pennsylvania, December 2001. 15

[122] D. Gottuk, C. Mealy, and J. Floyd. Smoke Transport and FDS Validation. In *Fire Safety Science – Proceedings of the Ninth International Symposium*, pages 129–140. International Association for Fire Safety Science, 2008. 15

[123] A. Hamins, A. Maranghides, R. Johnsson, M. Donnelly, G. Yang, G. Mulholland, and R.L. Anleitner. Report of Experimental Results for the International Fire Model Benchmarking and Validation Exercise 3. NIST Special Publication 1013-1, National Institute of Standards and Technology, Gaithersburg, Maryland, May 2006. Joint Publication of NIST and the US Nuclear Regulatory Commission (NUREG/CR-6905). 15, 86, 171, 172, 174, 175

[124] J. Floyd and R. McDermott. Modeling Soot Deposition Using Large Eddy Simulation with a Mixture Fraction Based Framework. In *Proceedings of the Twelfth International Interflam Conference*. Interscience Communications, London, 2010. 15

[125] S. Riahi. *New Tools for Smoke Residue and Deposition Analysis*. PhD thesis, The George Washington University, Washington, DC, 2011. 15

[126] B.D. Cohan. Verification And Validation Of A Candidate Soot Deposition Model In Fire Dynamics Simulator Version 5.5.1. Master's thesis, University of Maryland, 2010. 15

[127] K.J. Overholt and O.A. Ezekoye. An Inverse Fire Modeling Methodology for the Determination of Fire Size, Fire Location, and Soot Deposition in a Compartment. In *Proceedings of 2012 ASME International Mechanical Engineering Congress and Exposition*. American Society of Mechanical Engineering, November 2012. IMECE2012-88924. 15

[128] W. Mell, M.A. Jenkins, J. Gould, and P. Cheney. A physics-based approach to modelling grassland fires. *International Journal of Wildland Fire*, 16(1):1–22, 2007. 15, 30

[129] W. Mell, A. Maranghides, R. McDermott, and S. Manzello. Numerical simulation and experiments of burning Douglas fir trees. *Combustion and Flame*, 156:2023–2041, 2009. 15, 81, 82

[130] Y. Perez-Ramirez, P.A. Santoni, J.B. Tramoni, F. Bosseur, and W.E. Mell. Examination of WFDS in Modeling Spreading Fires in a Furniture Calorimeter. *Fire Technology*, 53:1795–1832, 2017. 15, 31, 149

[131] R. Wadhwani, D. Sutherland, A. Ooi, and K. Moinuddin. Firebrand transport from a novel firebrand generator: numerical simulation of laboratory experiments. *International Journal of Wildland Fire*, 31(6):634–648, 2022. https://doi.org/10.1071/WF21088. 15

[132] R. Wadhwani, D. Sutherland, A. Ooi, K. Moinuddin, and G. Thorpe. Verification of a Lagrangian Particle Model for Short-range Firebrand Transport. *Fire Safety Journal*, 91:776–783, 2017. https://doi.org/10.1016/j.firesaf.2017.03.019. 15

[133] W.L. Grosshandler, N. Bryner, D. Madrzykowski, and K. Kuntz. Report of the Technical Investigation of The Station Nightclub Fire. NIST NCSTAR 2, National Institute of Standards and Technology, Gaithersburg, MD, June 2005. 16

[134] D. Madrzykowski and R.L. Vettori. Simulation of the Dynamics of the Fire at 3146 Cherry Road NE Washington D.C., May 30, 1999. NISTIR 6510, National Institute of Standards and Technology, Gaithersburg, Maryland, April 2000. 16

[135] R.L. Vettori, D. Madrzykowski, and W.D. Walton. Simulation of the Dynamics of a Fire in a One-Story Restaurant – Texas, February 14, 2000. NISTIR 6923, National Institute of Standards and Technology, Gaithersburg, Maryland, October 2002. 16

[136] D. Madrzykowski, G.P. Forney, and W.D. Walton. Simulation of the Dynamics of a Fire in a Two-Story Duplex, Iowa, December 22, 1999. NISTIR 6854, National Institute of Standards and Technology, Gaithersburg, Maryland, January 2002. 16

[137] D. Madrzykowski and W.D. Walton. Cook County Administration Building Fire, 69 West Washington, Chicago, Illinois, October 17, 2003: Heat Release Rate Experiments and FDS Simulations. NIST Special Publication SP-1021, National Institute of Standards and Technology, Gaithersburg, Maryland, July 2004. 16

[138] N. Bryner, S.P. Fuss, B.W. Klein, and A.D. Putorti. Technical Study of the Sofa Super Store Fire, South Carolina, June 18, 2007. NIST Special Publication 1118, National Institute of Standards and Technology, Gaithersburg, MD, March 2011. 16

[139] P. Camp and N. Townsend. Computer Modelling vs Reality – Can We Predict the Behaviour of Fires? In *Proceedings of the Ninth International Interflam Conference*, pages 195–202. Interscience Communications, London, 2001. 16

[140] G. Rein, A. Bar-Ilan, N. Alvares, and A.C. Fernandez-Pello. Estimating the Performance of Enclosure Fire Models by Correlating Forensic Evidence of Accidental Fires. In *Proceedings of the Tenth International Interflam Conference*, pages 1183–1194. Interscience Communications, London, 2004. 16

[141] M. Spearpoint, F.W. Mowrer, and K. McGrattan. Simulation of a Compartment Flashover Fire Using Hand Calculations, Zone Models and a Field Model. In *Proceedings of the Third International Conference on Fire Research and Engineering (ICFRE3)*, pages 3–14. Society of Fire Protection Engineers, Bethesda, Maryland, 1999. 16

[142] D.J. Carpenter and C.B. Wood, editors. *Proceedings of the 3rd Technical Symposium on Computer Applications in Fire Protection Engineering*. Society for Fire Protection Engineers, Bethesda, Maryland, September 2001. 16

[143] A.M. Christensen and D.J. Icove. The Application of NIST's Fire Dynamics Simulator to the Investigation of Carbon Monoxide Exposure in the Deaths of Three Pittsburgh Fire Fighters. *Journal of Forensic Sciences*, 49(1):104–107, 2004. 16

[144] D.J. Icove and T.R. May. Computer Fire Modeling and the Law: Application to Forensic Fire Engineering Investigations. *Journal of the National Academy of Forensic Engineers*, 38(1):77–90, June 2021. https://doi.org/10.51501/jotnafe.v38i1.167. 16

[145] A. Rinta-Paavola, D. Sukhomlinov, and S. Hostikka. Modelling Charring and Burning of Spruce and Pine Woods During Pyrolysis, Smoldering and Flaming. *Fire Technology*, 59(5):2751–2786, 2023. 17, 18, 119, 1033, 1061

[146] B. Sundström, P. van Hees, and P. Thureson. Results and Analysis from Fire Tests of Building Products in ISO 9705, the Room/Corner Test. Technical Report 1998:11, SP Swedish National Testing and Research Institute, Borås, Sweden, 1998. 17, 18, 1036

[147] J. Hietaniemi. Puun palosuojauksen vaikutus suljetussa tilassa kehittyvään paloon: kokeellinen todennus ja koetulosten soveltamisesimerkki. *Palontorjuntatekniikka*, 31(3-4):109–114, 2001. 17, 18, 1036

[148] D.T. Sheppard and B.W. Klein. Burn Tests in Two Story Structure with Hallways. Technical report, ATF Laboratories, Ammendale, Maryland, 2009. 18

[149] R.B. Stull. *Meteorology for Scientists and Engineers*. Brooks/Cole, Pacific Grove, California, 2nd edition, 2000. 20, 1175

[150] C. Belyer. Major Species Production by Diffusion Flames in a Two-Layer Compartment Fire Environment. *Fire Safety Journal*, 10:47–56, 1986. 20

[151] M.M. Khan, A. Tewarson, and M. Chaos. *SFPE Handbook of Fire Protection Engineering*, chapter Combustion Characteristics of Materials and Generation of Fire Products. Springer, New York, 5th edition, 2016. 21, 33, 42, 47, 69, 83, 113, 114, 125, 155, 897, 907, 1061

[152] C. Beyler. *SFPE Handbook of Fire Protection Engineering*, chapter Flammability Limits of Premixed and Diffusion Flames. Springer, New York, 5th edition, 2016. 21, 42, 55, 58, 94, 148, 975

[153] P.A. Croce, K.S. Mudan, and J. Moorhouse. Thermal Radiation from LNG Trench Fires. Technical Report 88682, Gas Research Institute (GRI), September 1984. 22

[154] A. Bittern. Analysis of FDS Predicted Sprinkler Activation Times with Experiments. Master's thesis, University of Canterbury, Christchurch, New Zealand, 2004. 23, 24

[155] C. Wade, M.J. Spearpoint, A. Bittern, and K. Tsai. Assessing the sprinkler activation predictive capability of the BRANZFIRE fire model. *Fire Technology*, 43(3):175–193, 2007. doi: 10.1007/s10694-007-0009-5. 23, 24

[156] A. Bouchair. *Solar Induced Ventilation in the Algerian and Similar Climates*. PhD thesis, University of Leeds, Leeds, West Yorkshire, England, 1989. 25, 961

[157] L. Shi and G. Zhang. An empirical model to predict the performance of typical solar chimneys considering both room and cavity configurations. *Building and Environment*, 103:250–261, 2016. 26

[158] J.V. Murrel, D. Crowhurst, and P. Rock. Experimental Study of The Thermal Radiation Attenuation of Sprays from Selected Hydraulic Nozzles. In *Proceedings of Halon Options Technical Working Conference 1995*, pages 369–378. The University of New Mexico, Albuquerque, 1995. 26

[159] R.A. Bryant. A comparison of gas velocity measurements in a full-scale enclosure fire. *Fire Safety Journal*, 44:793–800, 2009. 27, 172, 481

[160] R.A. Bryant. The application of stereoscopic particle image velocimetry to measure the flow of air into an enclosure containing fire. *Experiments in Fluids*, 47:295–308, 2009. 27

[161] R.A. Bryant. Evaluating practical measurements of fire-induced vent flows with stereoscopic PIV. In *Proceedings of the Combustion Institute*. Elsevier, 2010. 27

[162] B.R. Kirby, D.E. Wainman, L.N. Tomlinson, T.R. Kay, and B.N. Peacock. Natural Fires in Large Scale Compartments—A British Steel Technical, Fire Research Station Collaborative Project. Technical report, British Steel Technical, Swinden Laboratories, Moorgate, Rotherham S60 3AR, England, UK, June 1994. 28, 29

[163] R.Kallada Janardhan and S. Hostikka. When is the fire spreading and when it travels? – Numerical simulations of compartments with wood crib fire loads. *Fire Safety Journal*, 126, December 2021. https://doi.org/10.1016/j.firesaf.2021.103485. 29, 127, 128, 129

[164] S.P. Nowlen, F.J. Wyant, and K.B. McGrattan. Cable Response to Live Fire (CAROLFIRE). NUREG/CR 6931, United States Nuclear Regulatory Commission, Washington, DC, April 2008. 29, 809

[165] P. Andersson and P. Van Hees. Performance of Cables Subjected to Elevated Temperatures. In *Fire Safety Science – Proceedings of the Eighth International Symposium*, pages 1121–1132. International Association of Fire Safety Science, 2005. 29

[166] M.E. Alexander and M.G. Cruz. Evaluating a model for predicting active crown fire rate of spread using wildfire observations. *Canadian Journal of Forest Research*, 36:3015–3028, 2006. http://dx.doi.org/10.1139/X06-174. 30

[167] J. Ziegler. *Impacts of Treatments on Forest Structure and Fire Behavior in Dry Western Forests*. PhD thesis, Colorado State University, Fort Collins, Colorado, 2014. 30

[168] J.P. Ziegler, C.M. Hoffman, M.A. Battaglia, and W. Mell. Spatially explicit measurements of forest structure and fire behavior following restoration treatments in dry forests. *Forest Ecology and Management*, 386, 2017. http://dx.doi.org/10.1016/j.foreco.2016.12.002. 30

[169] J.P. Ziegler, C.M. Hoffman, M.A. Battaglia, and W. Mell. Stem-Maps of Forest Restoration Cuttings in *Pinus ponderosa*-Dominated Forests in the Interior West, USA. *Data*, 4(68), 2019. http://dx.doi.org/10.3390/data4020068. 30

[170] C.M. Hoffman, J. Ziegler, J. Canfield, R.R. Linn, W. Mell, C.H. Sieg, and F. Pimont. Evaluating Crown Fire Rate of Spread Predictions from Physics-Based Models. *Fire Technology*, 52:221–237, 2016. 30

[171] N.P. Cheney, J.S. Gould, and W.R. Catchpole. The Influence of Fuel, Weather and Fire Shape Variables on Fire-Spread in Grasslands. *International Journal of Wildland Fire*, 3(1):31–44, 1993. 30, 31

[172] R.C. Rothermel. A Mathematical Model for Predicting Fire Spread in Wildland Fuels. Research Paper INT-115, Intermountain Forest and Range Experiment Station, USDA Forest Service, Ogden, Utah, January 1972. http://www.treesearch.fs.fed.us/pubs/32533. 31, 33, 82

[173] F.A. Albini. Estimating Wildfire Behavior and Effects. Research Paper INT-30, Intermountain Forest and Range Experiment Station, USDA Forest Service, Ogden, Utah, 1976. https://www.fs.fed.us/rm/pubs_int/int_gtr030.pdf. 31

[174] R.A. Susott. Characterization of the thermal properties of forest fuels by combustible gas analysis. *Forest Science*, 2:404–420, 1982. 33, 82

[175] D. Morvan and J.L. Dupuy. Modeling the propagation of a wildfire through a Mediterranean shrub using a multiphase formulation. *Combustion and Flame*, 138(3):199–210, 2004. 33, 82

[176] R. Falkenstein-Smith, K. McGrattan, B. Toman, and M. Fernandez. Measurement of the Flow Resistance of Vegetation. NIST Technical Note 2039, National Institute of Standards and Technology, Gaithersburg, Maryland, March 2019. https://doi.org/10.6028/NIST.TN.2039. 33, 128

[177] O.T. Farouki. Thermal properties of soils. CRREL Monograph 81-1, U.S. Army Corps of Engineers, Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire, December 1981. 33

[178] R. Meyrand. *Étude sur l'usage de brouillards d'eau en milieu tunnel - Travail en réduction d'échelle*. PhD thesis, École Nationale Supérieure de Mécanique et d'Aérotechnique, Poitiers, France, 2009. 33

[179] E. Blanchard, P. Fromy, P. Carlotti, P. Boulet, S. Desanghere, J.P. Vantelon, and J.P. Garo. Experimental and Numerical Study of the Interaction Between Water Mist and Fire in an Intermediate Test Tunnel. *Fire Technology*, 50:565–587, 2014. 33

[180] R. E. Tapscott. "Best Values" of Cup-Burner Extinguishing Concentrations. In *Halon Options Technical Working Conference*, pages 265–274, 1996. 35

[181] T. E. Moore, C. A. Weitz, and R. E. Tapscott. An Update and NMERI Cup-Burner Test Results. In *Halon Options Technical Working Conference*, pages 551–564, 1996. 35

[182] I. Yamamoto and K. Saitor and. S. Yamashika. Flame Extinguishing Concentration by Cup Burner Method. *Report of Fire Research Institute of Japan*, 57, 1984. 35

[183] R. Sakei, N. Saito, Y. Saso, and Y. Ogawa. Flame Extinguishing Concentrations of Halon Replacements for Flammable Liquids. *Report of Fire Research Institute of Japan*, 90, 1995. 35

[184] B. Z. Dlugogorski, E. M. Kennedy, and K. A. Morris. Thermal Behavior of Cup Burners. In *Proceedings of the Seventh International Interflam Conference*, pages 445–457. Interscience Communications, London, 1996. 35

[185] R. S. Sheinson, J. E. Penner-Hahn, and D. Indritz. The physical and chemical action of fire suppressants. *Fire Safety Journal*, 15:437–450, 1989. 35

[186] W. L. Grosshandler, R. G. Gann, and W. M. Pitts. Evaluation of alternative in-flight fire suppressants for full-scale testing in simulated aircraft engine nacelles and dry bays. NIST SP 861, National Institute of Standards and Technology, 1994. 35

[187] N. Saito, Y. Ogawa, Y. Saso, C. Laio, and R. Sakei. Flame-extinguishing concentrations and peak concentrations of $N_2$, Ar, $CO_2$ and their mixtures for hydrocarbon fuels. *Fire Safety Journal*, 27:185–200, 1996. 35

[188] National Fire Protection Association, Quincy, Massachusetts. *NFPA 2001, Standard on Clean Agent Fire Extinguising Systems*, 2015. 35

[189] International Organization for Standardization, Geneva, Switzerland. *ISO 14520, Gaseous fire-extinguishing systems - Physical properties and system design*, 2006. 35

[190] J. A. Senecal. Flame extinguishment in the cup-burner by inert gases. *Fire Safety Journal*, 40:579–591, 2005. 35

[191] A. Hamins. Flame extinction by sodium bicarbonate powder in a cup burner. In *Twenty-seventh Symposium (International) on Combustion*, pages 2857–2864. Combustion Institute, Pittsburgh, Pennsylvania, 1998. 35

[192] R. Hirst and K. Booth. Measurement of Flame-Extinguishing Concentrations. *Fire Technology*, 13:296–315, 1977. 35

[193] F. Takahashi, G. Linteris, and V. Katta. Extinguishment mechanisms of coflow diffusion flames in cup-burner apparatus. In *Thirty First Symposium (International) on Combustion*, pages 2721–2729. Combustion Institute, Pittsburgh, Pennsylvania, 2007. 35

[194] E. A. Ural. Measurement of the Extinguishing Concentration of Gaseous Fuels Using the Cup-Burner Apparatus. In *Halon Options Technical Working Conference*, pages 278–283, 2007. 35

[195] J.M. Willi. Propane Gas Fire Experiments in Residential Scale Structures. NIST Technical Note 1953, National Institute of Standards and Technology, Gaithersburg, Maryland, 2016. 36

[196] C.L. Mealy, M.E. Benfer, and D.T. Gottuk. Fire Dynamics and Forensic Analysis of Liquid Fuel Fires. U.S. Department of Justice Document Number 238704, Hughes Associates, Inc., 3610 Commerce Drive, Suite 817, Baltimore, Maryland, 21227, May 2012. Grant No. 2008-DN-BX-K168. 38

[197] J.R. Rumble, editor. *CRC Handbook of Chemistry and Physics*, chapter Enthalpy of Vaporization. CRC Press/Taylor and Francis, Boca Raton, Florida, 101st edition, (Internet Version 2020). 38

[198] A. Fujita, R. Kurose, and S. Komori. Experimental study on effect of relative humidty on heat transfer of an evaporating water droplet in air flow. *International Journal of Multiphase Flow*, 36:244–247, 2010. 39

[199] P.M. Gavin. PROGRAM DROP: A Computer Program for Prediction of Evaporation from Freely Falling Multicomponent Drops. SAND 96-2878, Sandia National Laboratories, Albuquerque, NM, December 1996. 39

[200] D. Kolaitis and M. Founti. Comparing Evaporation Rates of Single Suspended Droplets. In *10th Workshop on Two-Phase Flow Predictions*. European Research Community on Flow, Turbulence, and Combustion, 2002. 39

[201] C. Maqua, G. Castanet, and F. Lempoine. Bicomponent droplets evaporation: Temperature measurements and modelling. *Fuel*, 87:2932–2942, 2008. 39

[202] A. Snegirev, V. Talavov, I. Sheinman, and S. Sazhin. An enhanced spray model for flame suppression simulations. In *Proceedings of the European Combustion Meeting*. Combustion Institute, 2011. 39

[203] Eric V. Mueller, Michael R. Gallagher, Nicholas Skowronski, and Rory M. Hadden. Approaches to Modeling Bed Drag in Pine Forest Litter for Wildland Fire Applications. *Transport in Porous Media*, 138(3):637–660, 2021. https://doi.org/10.1007/s11242-021-01637-8. 39

[204] J. Suo-Anttila, W. Gill, C. Gallegos, and J. Nelsen. Computational Fluid Dynamics Code for Smoke Transport During an Aircraft Cargo Compartment Fire: Transport Solver, Graphical User Interface, and Preliminary Baseline Validation. Report DOT/FAA/AR-03/49, Federal Aviation Administration, Office of Aviation Research, Washington, DC 20591, October 2003. 40

[205] J. Suo-Anttila, W. Gill, A. Luketa-Hanlin, and C. Gallegos. Cargo Compartment Smoke Transport Computational Fluid Dynamics Code Validation. Report DOT/FAA/AR-07/27, Federal Aviation Administration, Office of Aviation Research and Development, Washington, DC 20591, July 2007. 40

[206] D. Blake. Development of a Standardized Fire Source for Aircraft Cargo Compartment Fire Detection Systems. Report DOT/FAA/AR-06/21, Federal Aviation Administration, Office of Aviation Research and Development, Washington, DC 20591, May 2006. 40

[207] S.I. Stoliarov, S. Crowley, R.E. Lyon, and G.T. Linteris. Prediction of the burning rates of non-charring polymers. *Combustion and Flame*, 156:1068–1083, 2009. 41, 119, 1003, 1062

[208] S.I. Stoliarov, S. Crowley, R.N. Walters, and R.E. Lyon. Prediction of the burning rates of charring polymers. *Combustion and Flame*, 157:2024–2034, 2010. 41, 1007, 1009, 1011

[209] R. Fleury. Evaluation of Thermal Radiation Models for Fire Spread Between Objects. Master's thesis, University of Canterbury, Christchurch, New Zealand, 2010. 41

[210] D. Zeng and Y. Wang. Dependence of Limiting Oxygen Index of Buoyant Turbulent non-premixed Flame on Fuel. In *Proceedings of the 26th International Colloquium on the Dynamics of Explosions and Reactive Systems*, Boston, Massachusetts, 2017. 41, 975

[211] N. Ren, D. Zeng, K.V. Meredith, Y. Wang, and S.B. Dorofeev. Modeling of flame extinction/re-ignition in oxygen-reduced environments. In *Proceedings of the Combustion Institute*, 2018. https://doi.org/10.1016/j.proci.2018.06.076. 41

[212] X. Ren, D. Zeng, Y. Wang, G. Xiong, G. Agarwal, and M. Gollner. Temperature measurement of a turbulent buoyant ethylene diffusion flame using a dual-thermocouple technique. In *Proceedings of the 13th Symposium on Fire Safety Science*. International Association of Fire Safety Science, 2020. 41

[213] S. Thumuluru, B. Ditch, P. Chatterjee, and M. Chaos. Experimental Data for Modeling Validaton of Smoke Transport in Data Centers. Technical report, FM Global, Norwood, Massachusetts, 2014. 42

[214] J. Floyd, H. Boehmer, and D. Gottuk. Validation of Modeling Tools for Detection Design in High Air flow Environments: Phase II – Task 4b and 4c: Full Scale Model Verification and Validation. Technical report, Fire Protection Research Foundation, Quincy, Massachusetts, 2014. 44

[215] P.A. Beaulieu. Parallel Panel Experiments of FRP Composites. Technical Report 0003024286, FM Global, Norwood, Massachusetts, December 2007. 44

[216] S.P. Nowlen. Enclosure Environment Characterization Testing for the Baseline Validation of Computer Fire Simulation Codes. NUREG/CR-4681 (SAND86-1296), Sandia National Laboratory, Albuqeque, New Mexico, March 1987. Work performed under contract to the US Nuclear Regulatory Agency, Washington DC. 45

[217] J.M. Chavez and S.P. Nowlen. An Experimental Investigation of Internally Ignited Fires in Nuclear Power Plant Control Cabinets, Part II: Room Effects Tests. NUREG/CR-4527 (SAND86-0336), Sandia National Laboratory, Albuquerque, New Mexico, November 1988. Work performed under contract to the US Nuclear Regulatory Agency, Washington DC. 45

[218] J.L. de Ris, G.H. Markstein, L. Orloff, and P.A. Beaulieu. Similarity of Turbulent Wall Fires. In *Fire Safety Science – Proceedings of the Seventh International Symposium*, pages 259–270. International Association for Fire Safety Science, 2002. 47

[219] US Forest Service Forest Products Laboratory. Cone Calorimeter Datasets. https://www.fpl.fs.usda.gov/products/products/cone/by_materials.php, 2008. 47, 119, 1066

[220] D. Frankman, B.W. Webb, B.W. Butler, and D.J. Latham. Fine Fuel Heating by Radiant Flux. *Combustion Science and Technology*, 182:215–230, 2010. 48

[221] Mark McKinnon, Craig Weinschenk, N Dow, Matt DiDomizio, and Daniel Madrzykowski. Materials and Products Database (Version 1.0.0). Technical report, Fire Safety Research Institute, UL Research Institutes, Columbia, MD 21045, 2023. Grant No. 2019-DU-BX-0018. 48, 119, 1068, 1073, 1078

[222] Mark McKinnon and Craig Weinschenk. Materials and Products Database - User Guide. Technical report, Fire Safety Research Institute, UL Research Institutes, Columbia, MD 21045, 2023. Grant No. 2019-DU-BX-0018. 48

[223] Mark McKinnon and Craig Weinschenk Daniel Madrzykowski. Materials and Products Database - Technical Reference Guide. Technical report, Fire Safety Research Institute, UL Research Institutes, Columbia, MD 21045, 2023. Grant No. 2019-DU-BX-0018. 48

[224] R. Harrison. *Entrainment of air into thermal spill plumes*. PhD thesis, University of Canterbury, Christchurch, New Zealand, 2009. 48, 332

[225] R. Harrison and M. Spearpoint. Characterization of Balcony Spill Plume Entrainment using Physical Scale Modeling. In *Fire Safety Science – Proceedings of the Ninth International Symposium*, pages 727–738. International Association for Fire Safety Science, 2008. 48

[226] R. Harrison and M. Spearpoint. The balcony spill plume: entrainment of air into a flow from a compartment opening to a higher projecting balcony. *Fire Technology*, 43(4):301–317, 2007. 48

[227] R. Harrison and M. Spearpoint. Physical scale modeling of adhered spill plume entrainment. *Fire Safety Journal*, 45:149–158, 2010. 48

[228] G. Heskestad. Luminous Heights of Turbulent Diffusion Flames. *Fire Safety Journal*, 5:103–108, 1983. 51

[229] D. Paudel, A. Rinta-Paavola, H.P. Mattila, and S. Hostikka. Multiphysics modelling of stone wool fire resistance. *Fire Technology*, 57:1283–1312, 2021. 51, 732

[230] C. Luo, S. Kraft, M. DiDomizio, M. McKinnon, J.L. Hodges, S. Yazdani, and B.Y. Lattimer. Heat Release Rate Requirements for Railcar Interior Finish. Report Number: DOT/FRA/ORD-19/39, Federal Railroad Administration, U.S. Department of Transportation, Washington, DC, December 2019. https://railroads.dot.gov/elibrary/heat-release-rate-requirements-railcar-interior-finish. 51, 52, 55, 119, 1082

[231] F. Yang, J.L. Hodges, C. Rippe, S. Kraft, and B.Y. Lattimer. Predicting Fully-Developed Passenger Rail Car Fire Heat Release Rate. Report Number: DOT/FRA/ORD-20/32, Federal Railroad Administration, U.S. Department of Transportation, Washington, DC, August 2020. https://railroads.dot.gov/elibrary/predicting-fully-developed-passenger-rail-car-fire-heat-release-rate. 51

[232] J.L. Hodges, M. DiDomizio, A. Kapahi, and B.Y. Lattimer. Validation of Scaling Laws for Fully-Developed Passenger Rail Car Fires. Report Number: DOT/FRA/ORD-22/23, Federal Railroad Administration, U.S. Department of Transportation, Washington, DC, June 2022. https://railroads.dot.gov/elibrary/validation-scaling-laws-fully-developed-passenger-rail-car-fires. 52, 53

[233] B.Y. Lattimer. Determination of Material Property Input Data for Fire Modeling. DOJ-255666, U.S. Department of Justice, Washington, DC, November 2020. https://www.ojp.gov/pdffiles1/nij/grants/255666.pdf. 55, 119, 1082

[234] S. Lechêne. *Étude expérimentale et numérique des rideaux d'eau pour la protection contre le rayonnement thermique.* PhD thesis, Université Henri Poincaré, Nancy, France, 2010. 56

[235] Z. Acem, R. Mehaddi, V. Dréan, J. Laumesfeld, G. Parent, A. Collin, N. Proal, and A. Wilhelm. Water Sprays Cooling of a Hot Metallic Plate. In *Proceedings of the Tenth International Seminar on Fire and Explosion Hazards, 22-27 May, 2022, Oslo, Norway*, pages 576–584. University of South-Eastern Norway, 2022. 57

[236] T. Beji, B. Lafdal, and R. Mehaddi. Transient heat of liquids in pool fires. *Fire Safety Journal*, 142(104044), 2024. https://doi.org/10.1016/j.firesaf.2023.104044. 57

[237] T. Sikanen and S. Hostikka. Modeling and simulation of liquid pool fires with in-depth radiation absorption and heat transfer. *Fire Safety Journal*, 80:95–109, 2016. 57, 113

[238] K.L. Foote. 1986 LLNL Enclosure Fire Tests Data Report. Technical Report UCID-21236, Lawrence Livermore National Laboratory, August 1987. 58, 528

[239] K.L. Foote, P.J. Pagni, and N.J. Alvares. Temperature Correlations for Forced-Ventilation Compartment Fires. In *Fire Safety Science – Proceedings of the First International Symposium*, pages 139–148. International Association for Fire Safety Science, 1986. 58

[240] M.J. Ivings, S.E. Gant, S.F. Jagger, C.J. Lea, J.R. Stewart, and D.M. Webber. Evaluating vapor dispersion models for safety analysis of LNG facilities. Report Number MSU/2016/17, Health and Safety Laboratory, Buxton, Derbyshire, United Kingdom, September 2016. 61

[241] J.R. Stewart, S. Coldrick, C.J. Lea, S.E. Gant, and M.J. Ivings. Validation Database for Evaluating Vapor Dispersion Models for Safety Analysis of LNG Facilities: Guide to the LNG Model Validation Database Version 12. Report Number MSU/2016/12, Health and Safety Laboratory, Buxton, Derbyshire, United Kingdom, September 2016. 61

[242] A.J. Dyer. A review of flux profile relationships. *Boundary-Layer Meteorology*, 7:363–372, 1974. 61

[243] T.C. Brown, R.T. Cederwall, S.T. Chan, D.L. Ermak, R.P. Koopman, K.C. Lamson, J.W. McClure, and L.K. Morris. Falcon Series Data Report: 1987 LNG Vapor Barrier Verification Field Trials. Data Report GRI-89/0138, Lawrence Livermore National Laboratory, June 1990. 61

[244] B.J. Lowesmith and G. Hankinson. Large scale high pressure jet fires involving natural gas and natural gas/hydrogen mixtures. *Process Safety and Environmental Protection*, 90:108–120, 2012. 63

[245] T.L. Bergman, A.S. Lavine, F.P. Incropera, and D.P. DeWitt. *Fundamentals of Heat and Mass Transfer*. John Wiley and Sons, New York, 7th edition, 2011. 64

[246] B.J. McCaffrey. Purely Buoyant Diffusion Flames: Some Experimental Results. NBSIR 79-1910, National Bureau of Standards (now NIST), Gaithersburg, Maryland, October 1979. 64

[247] B.J. McCaffrey. Some Measurements of the Radiative Power Output of Diffusion Flames. In *Proceedings of the Western States Section of the Combustion Institute*, 1981. Paper WSS/CI 81-15. 64

[248] Massachusetts Highway Department and Federal Highway Administration. *Memorial Tunnel Fire Ventilation Test Program*, November 1995. Test report prepared by Bechtel/Parsons Brinckerhoff. 67, 432

[249] D. Nedelka, J. Moorhouse, and R.F. Tucker. The Montoir 35 m Diameter LNG Pool Fire Experiments. In *Proceedings of 9th International Congress and Exposition of Liquified Natural Gas, LNG9, Vol. 2*, pages 1–23. Institute of Gas Technology, Chicago, 1990. 69

[250] R.D. Peacock, S. Davis, and W.T. Lee. An Experimental Data Set for the Accuracy Assessment of Room Fire Models. NBSIR 88-3752, National Bureau of Standards (now NIST), Gaithersburg, Maryland, April 1988. 70

[251] S. Ramesh, L. Choe, M. Seif, M. Hoehler, A. Sauca, W. Grosshandler, M. Bundy, Y. Bao, M. Klegseth, G. Chen, J. Reilly, and B. Glisic. Compartment Fire Experiments of Long-Span Composite-Beams with Simple Shear Connections, Part I: Experiment Design and Behavior at Ambient Temperature. NIST Technical Note 2054, National Institute of Standards and Technology, Gaithersburg, Maryland, October 2019. 73

[252] A. Sauca, C. Zhang, W. Grosshandler, L. Choe, and M. Bundy. Development of a Standard Fire Condition for a Large Compartment Floor Assembly. NIST Technical Note 2070, National Institute of Standards and Technology, Gaithersburg, Maryland, October 2019. 77

[253] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 119, Standard Test Methods for Fire Tests of Building Construction and Materials*, 2002. 77

[254] W.J. Parker. Prediction of the Heat Release Rate of Douglas Fir. In *Fire Safety Science, Proceedings of the Second International Symposium*. International Association of Fire Safety Science, 1989. 82

[255] N. Bryner, E. Johnsson, and W. Pitts. Carbon Monoxide Production in Compartment Fires - Reduced-Scale Test Facility. NISTIR 5568, National Institute of Standards and Technology, Gaithersburg, MD, 1994. 82

[256] M. Bundy, A. Hamins, E.L. Johnsson, S.C. Kim, G.H. Ko, and D.B. Lenhert. Measurements of Heat and Combustion Products in Reduced-Scale Ventilation-Limited Compartment Fires. NIST Technical Note 1483, National Institute of Standards and Technology, Gaithersburg, Maryland, 2007. 82

[257] A. Lock, M. Bundy, E.L. Johnsson, A. Hamins, G.H. Ko, C. Hwang, P. Fuss, and R. Harris. Experimental Study of the Effects of Fuel Type, Fuel Distribution, and Vent Size on Full-Scale Underventilated Compartment Fires in an ISO 9705 Room . NIST Technical Note 1603, National Institute of Standards and Technology, Gaithersburg, Maryland, 2008. 82

[258] W.M. Pitts, J.C. Yang, and M.G. Fernandez. Experimental Characterization of Helium Dispersion in a 1/4-Scale Two-Car Residential Garage. NIST Technical Note 1694, National Institute of Standards and Technology, Gaithersburg, Maryland, March 2011. 85

[259] K.B. McGrattan, M.J. Selepak, and E.J. Hnetkovsky. The Influence of Walls, Corners and Enclosures on Fire Plumes. NIST Technical Note 1984, National Institute of Standards and Technology, Gaithersburg, Maryland, March 2018. 88

[260] K. McGrattan and I. Leventon. Oxygen-Limited Fires Inside Under-Ventilated Enclosures (OLIVE-Fire). NIST Technical Note 2232, National Institute of Standards and Technology, Gaithersburg, Maryland, August 2022. 93

[261] K. McGrattan. Heat Release Rates of Multiple Transient Combustibles. NIST Technical Note 2102, National Institute of Standards and Technology, Gaithersburg, Maryland, July 2020. 96

[262] M.J. Hurley, editor. *SFPE Handbook of Fire Protection Engineering*. Springer, New York, 5th edition, 2016. 97, 976

[263] L.G. Fraga, J. Silva, S. Teixeira, D. Soares, M. Ferreira, and J. Teixeira. Thermal Conversion of Pine Wood and Kinetic Analysis under Oxidative and Non-Oxidative Environments at Low Heating Rate. *Proceedings*, 58(23), 2020. https://www.mdpi.com/2504-3900/58/1/23. 98

[264] D. Morvan and J.L. Dupuy. Modeling of fire spread through a forest fuel bed using a multiphase formulation. *Combustion and Flame*, 127(1):1981–1994, 2001. 98

[265] R.W. Bukowski, R.D. Peacock, J.D. Averill, T.G. Cleary, N.P. Bryner, W.D. Walton, P.A. Reneke, and E.D. Kuligowski. Performance of Home Smoke Alarms Analysis of the Response of Several Available Technologies in Residential Fire Settings. NIST Technical Note 1455-1, National Institute of Standards and Technology, Gaithersburg, Maryland, February 2008. 99, 176, 429

[266] A. Mensch and T. Cleary. A Soot Deposition Gauge for Fire Measurements. NIST TN 1985, National Institute of Standards and Technology, Gaithersburg, MD, March 2018. . 102

[267] A. Maranghides, S. Nazare, E. Link, K. Prasad, M. Hoehler, M. Bundy, S. Hawks, F. Bigelow, W. Mell, A. Bova, D. McNamara, T. Milac, D. Gorham, F. Hedayati, B. Raymer, F. Frievalt, and W. Walton. Structure Separation Experiments Phase 1 Preliminary Test Plan. NIST Technical Note 2161, National Institute of Standards and Technology, Gaithersburg, Maryland, May 2021. 103

[268] A. Maranghides, S. Nazare, E. Link, M. Hoehler, M. Bundy, F. Hedayati, D. Gorham, X. Monroy, M. Morrison, W. Mell, A. Bova, T. Milac, D. McNamara, S. Hawks, F. Bigelow, B. Raymer, F. Frievalt, and W. Walton. Structure Separation Experiments: Shed Burns without Wind. NIST Technical Note 2235, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2022. 103

[269] R.A. Bryant, T.J. Ohlemiller, E.L. Johnson, A. Hamins, B.S. Grove, W.F. Guthrie, A. Maranghides, and G.W. Mulholland. The NIST 3 Megawatt Quantitative Heat Release Rate Facility. NIST Special Publication 1007, National Institute of Standards and Technology, Gaithersburg, MD, December 2003. 103

[270] S.L. Manzello, S.H. Park, T. Mizukami, and D.P. Benz. Measurement of Thermal Properties of Gypsum Board at Elevated Temperatures. In *Proceedings of the Fifth International Conference on Structures in Fire (SiF'08)*, pages 656–665, Nanyang Technological University, Singapore, 2008. 105

[271] I. Oleszkiewicz. Heat Transfer from a Window Fire Plume to a Building Facade. In *HTD – Collected Papers in Heat Transfer*, volume 123, pages 163–170. American Society of Mechanical Engineers, 1989. Book No. H00526. 107

[272] I. Oleszkiewicz. Fire Exposure to Exterior Walls and Flame Spread on Combustible Cladding. *Fire Technology*, 26(4):357–375, 1990. 107

[273] Y. Wang. A Study of Smoke Movement in Multi-storey Buildings Using Experiments and Computer Modelling. Master's thesis, Carleton University, Ottawa, Ontario, Canada, 2008. 109

[274] Y. Wang, E. Zalok, and G. Hadjisophocleous. An Experimental Study of Smoke Movement in Multi-Storey Buildings. *Fire Technology*, 47:1141–1169, 2011. 109

[275] G. Hadjisophocleous and Q. Jia. Comparison of FDS Prediction of Smoke Movement in a 10-Storey Building with Experimental Data. *Fire Technology*, 45:163–177, 2009. 109

[276] P.J. Tyson. Validation of Fire Dynamics Simulator (FDS) v6.2 for Smoke and Heat Transport in Multi-Storey Multi-Compartment Buildings. Master's thesis, Ulster University, Londonderry, Northern Ireland, United Kingdom, 2015. 109

[277] G.Y. Achakji. NRCC Experimental Fire Tower for Studies on Smoke Movement and Smoke Control in Tall Buildings. Internal Report No. 512, National Research Council Canada, 1987. 109

[278] National Fire Protection Association, Quincy, Massachusetts. *NFPA 92, Standard for Smoke Control Systems*, 2012. 109

[279] G. Back, C. Beyler, P. DiNenno, and P. Tatem. Wall Incident Heat Flux Distributions Resulting from an Adjacent Fire. In *Fire Safety Science – Proceedings of the Fourth International Symposium*, pages 241–252. International Association of Fire Safety Science, 1994. 111

[280] T. Blanchat, P. Helmick, R. Jensen, A. Luketa, R. Deola, J. Suo-Anttila, J. Mercier, T. Miller, A. Ricks, R. Simpson, B. Demosthenous, S. Tieszen, and M. Hightower. The Phoenix Series Large Scale LNG Pool Fire Experiments. Technical Report SAND2010-8676, Sandia National Laboratory, Albuquerque, New Mexico, 2011. 111, 112, 117

[281] D.T. Gottuk and D.A. White. *SFPE Handbook of Fire Protection Engineering*, chapter Liquid Fuel Fires. Springer, New York, 5th edition, 2016. 113

[282] K.S. Mudan. Thermal Radiation Hazards from Hydrocarbon Pool Fires. *Progress in Energy and Combustion Science*, 10:59–80, 1984. 113

[283] W.M. Haynes, editor. *CRC Handbook of Chemistry and Physics*, chapter Thermal Conductivity of Liquids. CRC Press/Taylor and Francis, Boca Raton, Florida, 95th edition, (Internet Version 2015). 113, 114

[284] E.W. Lemmon, M.O. McLinden, and D.G. Friend. *NIST Chemistry WebBook, NIST Standard Reference Database Number 69*, chapter Thermophysical Properties of Fluid Systems. National Institute of Standards and Technology. http://webbook.nist.gov, (retrieved May 23, 2014). 113, 114

[285] M.W. Chase. *NIST-JANAF Thermochemical Tables*. Journal of Physical and Chemical Reference Data, Monograph No. 9. American Chemical Society, Woodbury, New York, 4th edition, 1998. 113

[286] V. Babrauskas. *SFPE Handbook of Fire Protection Engineering*, chapter Heat Release Rates. Springer, New York, 5th edition, 2016. 114

[287] E.S. Domalski and E.D. Hearing. *NIST Chemistry WebBook, NIST Standard Reference Database Number 69*, chapter Condensed Phase Heat Capacity Data. National Institute of Standards and Technology. http://webbook.nist.gov, (retrieved May 23, 2014). 114

[288] R.L. Brown and S.E. Stein. *NIST Chemistry WebBook, NIST Standard Reference Database Number 69*, chapter Boiling Point Data. National Institute of Standards and Technology. http://webbook.nist.gov, (retrieved May 23, 2014). 114

[289] L. Audouin, L. Rigollet, H. Prétrel, W. LeSaux, and M. Röwekamp. OECD PRISME project: Fires in confined and ventilated nuclear-type multi-compartments–Overview and main experimental results. *Fire Safety Journal*, 62:80–101, 2013. 114

[290] J. Wahlqvist and P. van Hees. Validation of FDS for large-scale well-confined mechanically ventilated fire scenarios with emphasis on predicting ventilation system behavior. *Fire Safety Journal*, 62:102–114, 2013. 114

[291] J. Dreisbach, S. Nowlen, K. McGrattan, and S. Hostikka. Electrical Cable Failure – Experiments and Simulation. In *Interflam 2010: Proceedings of the Twelfth International Symposium*, pages 1857–1866. Interscience Communications, London, 2010. 114, 816

[292] H. Prétrel. Interaction between water spray and smoke in a fire event in a confined and mechanically ventilated enclosure. *Fire Safety Journal*, 91:336–346, 2017. http://dx.doi.org/10.1016/j.firesaf.2017.03.025. 114, 670

[293] T. Beji and H. Prétrel. Computational Fluid Dynamics Simulations of Water Spray Interaction with Smoke in a Confined and a Mechanically-Ventilated Enclosure Fire. *Fire Safety Journal*, (103801), April 2023. https://doi.org/10.1016/j.firesaf.2023.103801. 114, 670

[294] Y. Xin. *A theoretical and experimental study of buoyant turbulent flames with emphasis on soot and radiation*. PhD thesis, Purdue University, West Lafayette, USA, 2002. 115

[295] X.C. Zhou. *An experimental and theoretical investigation of flows induced by buoyant diffusion flames*. PhD thesis, Purdue University, West Lafayette, USA, 1999. 115

[296] W. E. Ranz and W. R. Marshall. Evaporation from drops - Part II. *Chemical Engineering Progress*, 48:173–180, March 1952. 115, 582, 583

[297] A. Restivo. Turbulent Flow in Ventilated Rooms. Technical report, University of London, Department of Mechanical Engineering, 1979. 116

[298] T. J. O'Hern, E. J. Weckman, A. L. Gerhart, S. R. Tieszen, and R. W. Schefer. Experimental study of a turbulent buoyant helium plume. *J. Fluid Mech.*, 544:143–171, 2005. 118, 333

[299] T. K. Blanchat. Characterization of the Air Source and Plume Source at FLAME. Technical Report SAND01-2227, Sandia National Laboratory, Albuquerque, New Mexico, 2001. 118, 333

[300] P. E. DesJardin, T. J. O'Hern, and S. R. Tieszen. Large eddy simulation and experimental measurements of the near-field of a large turbulent helium plume. *Physics of Fluids*, 16(6):1866–1883, 2004. 118, 333

[301] S. R. Tieszen, T. J. O'Hern, E. J. Weckman, and R. W. Schefer. Experimental study of the effect of fuel mass flux on a 1-m-diameter methane fire and comparison with a hydrogen fire. *Combustion and Flame*, 139:126–141, 2004. 118, 338, 344

[302] S. R. Tieszen, T. J. O'Hern, R. W. Schefer, E. J. Weckman, and T. K. Blanchat. Experimental study of the flow field in and around a one meter diameter methane fire. *Combustion and Flame*, 129:378–391, 2002. 118, 338, 343

[303] S.I. Stoliarov, R.E. Lyon, and G.T. Linteris. Prediction of the Gasification Rate of POM, PP, PA66 and PET in Fire-Like Environments. *Fire and Materials*, 2012. 119, 1005, 1062

[304] RISE Research Institutes of Sweden. RISE Fire DataBase. https://firedb.extweb.sp.se/, 2005. 119, 125, 1085, 1086, 1092, 1094, 1097

[305] H. Müller, J. Lehmkuhl, A. Hundhausen, A. Belt, and H.-J. Allelein. Development of a wall condensation model for coarse mesh containment scale applications. In *CFD for Nuclear Reactor Safety Applications (CFD4NRS-6)*, cambridge, Massachusetts, 2016. 120

[306] S. Betteridge and L. Phillips. Large scale pressurized LNG BLEVE experiments. In *Proceedings of the 2015 AIChE Annual Meeting*, Symposium Series No. 160, New York, 2015. American Institute of Chemical Engineers. 121

[307] M. Sippola. *Particle Deposition in Ventilation Ducts*. PhD thesis, University of California, Berkeley, Berkeley, California, 2002. 122

[308] M. Sippola and W.W. Nazaroff. Experiments Measuring Particle Deposition from Fully Developed Turbulent Flow in Ventilation Ducts. *Aerosol Science and Technology*, 38:914–925, 2010. 122

[309] T.S. Norton, K.C. Smyth, J.H. Miller, and M.D. Smooke. Comparison of Experimental and Computed Species Concentration and Temperature Profiles in Laminar, Two-Dimensional Methane/Air Diffusion Flames. *Combustion Science and Technology*, 90:1–34, 1993. 125

[310] K.C. Smyth. NO Production and Destruction in a Methane/Air Diffusion Flame. *Combustion Science and Technology*, 115:151–176, 1996. 125

[311] J. Andersen, C.L. Rasmussen, T. Giselsson, and P. Glarborg. Global Combustion Mechanisms for Use in CFD Modeling Under Oxy-Fuel Conditions. *Energy & Fuels*, 23(3):1379–1389, 2009. 125

[312] C.K. Westbrook and F.L. Dryer. Simplified Reaction Mechanisms for the Oxidation of Hydrocarbon Fuels in Flames. *Combustion Science and Technology*, 27:31–43, 1981. 125

[313] U. Wickström, R. Jansson, and H. Tuovinen. Validation fire tests on using the adiabatic surface temperature for predicting heat transfer. Technical Report 2009:19, SP Technical Research Institute of Sweden, Borås, Sweden, 2009. 126, 769

[314] J. Sjöström, A. Byström, and U. Wickström. Large scale test on thermal exposure to steel column exposed to pool fires. Technical Report 2012:04, SP Technical Research Institute of Sweden, Borås, Sweden, 2012. ISBN: 978-91-87017-21-6. 126, 306, 779

[315] J. Sjöström, U. Wickström, and A. Byström. Validation data for room fire models: Experimental background. Technical Report 2016:54, SP Technical Research Institute of Sweden, Borås, Sweden, 2016. ISBN: 978-91-88349-56-9. 126, 783

[316] R. Hansen and H. Ingason. Model scale fire experiments in a model tunnel with wooden pallets at varying distances. Technical report, Mälardalen University, Sweden, August 2010. 127, 128

[317] R. Hansen and H. Ingason. Heat release rates of multiple objects at varying distances. *Fire Safety Journal*, 52:1–10, 2012. 127

[318] R.Kallada Janardhan and S. Hostikka. Predictive Computational Fluid Dynamics Simulation of Fire Spread on Wood Cribs. *Fire Technology*, 55:2245–2268, 2019. 127

[319] K.D. Steckler, J.G. Quintiere, and W.J. Rinkinen. Flow Induced By Fire in A Compartment. NBSIR 82-2520, National Bureau of Standards (now NIST), Gaithersburg, Maryland, September 1982. 129, 263, 495

[320] K.H. Wang, J.M. Chen, Z.K. Wang, D.L. Gao, G.Y. Wang, and P. Lin. An experimental study on self-extinction of tunnel fire under natural ventilation condition. *Tunnelling and Underground Space Technology*, 84:177–188, 2019. 132

[321] C. Theobald. The Effect of Nozzle Design on the Stability and Performance of Turbulent Water Jets. *Fire Safety Journal*, 4:1–13, 1981. 132, 996

[322] K.M. Opert. Assessment of Natural Vertical Ventilation for Smoke and Hot Gas Layer Control in a Residential Scale Structure. Master's thesis, University of Maryland, College Park, Maryland, 2012. 132

[323] D.T. Sheppard and D.R. Steppan. Sprinkler, Heat & Smoke Vent, Draft Curtain Project – Phase 1 Scoping Tests. Technical report, Underwriters Laboratories, Northbrook, Illinois, May 1997. 134, 138

[324] J.M.A Troup. Large-Scale Fire Tests of Rack Stored Group A Plastics in Retail Operation Scenarios Protected by Extra Large Orifice (ELO) Sprinklers. Technical Report FMRC J.I. 0X1R0.RR, Factory Mutual Research Corporation, Norwood, Massachusetts, November 1994. Prepared for Group A Plastics Committee, Lansdale, Pennsylvania. 139

[325] D. Madrzykowski and C. Weinschenk. Impact of Fixed Ventilation on Fire Damage Patterns in Full-Scale Structures. Technical report, Underwriters Laboratories Firefighter Safety Research Institute, Columbia, MD, April 2019. 140

[326] M.B. McKinnon and C. Weinschenk. Validation of cfd fire model pressure predictions for modern residential style structures. *Fire Safety Journal*, 126:103466, 2021. 140

[327] J.P. Zhang, M. Delichatsios, M. Colobert, J. Hereid, M. Hagen, and D. Bakirtzis. Experimental and Numerical Investigations of Heat Impact and Flame Heights from Fires in SBI Tests. In *Proceedings of the Ninth Symposium on Fire Safety Science*, September 2008. Karlsruhe, Germany. 145

[328] J. Li, J. Gong, and S.I. Stoliarov. Gasification Experiments for Pyrolysis Model Parameterization and Validation. *International Journal of Heat and Mass Transfer*, 77:738–744, 2014. 145, 1020

[329] J. Li and S.I. Stoliarov. Measurement of kinetics and thermodynamics of the thermal degradation for non-charring polymers. *Combustion and Flame*, 160:1287–1297, 2013. 145, 1020

[330] J. Li and S.I. Stoliarov. Measurement of kinetics and thermodynamics of the thermal degradation for charring polymers. *Polymer Degradation and Stability*, 106:2–15, 2014. 145, 1020

[331] J. Li, J. Gong, and S.I. Stoliarov. Development of pyrolysis models for charring polymers. *Polymer Degradation and Stability*, 115:138–152, 2015. 145, 1020, 1023

[332] J. P. White, E. D. Link, A. C. Trouvé, P. B. Sunderland, A. W. Marshall, J. A. Sheffel, M. L. Corn, M. B. Colket, M. Chaos, and H.-Z. Yu. Radiative emissions measurements from a buoyant, turbulent line flame under oxidizer-dilution quenching conditions. *Fire Safety Journal*, 76:74–84, 2015. 145, 146, 309, 560, 951, 976

[333] D.M. Chaudhari, G.J. Fiola, and S.I. Stoliarov. Experimental analysis and modeling of buoyancy-driven flame spread on cast poly(methyl methacrylate) in corner configuration. *Polymer Degradation and Stability*, 183(109433), 2021. 148

[334] EN-13823, Reaction to Fire Tests for Building Products—Building Products Excluding Floorings Exposed to the Thermal Attack by a Single Burning Item, 2004. 148

[335] G. Back, B. Lattimer, C. Beyler, P. DiNenno, and R. Hansen. Full-Scale Testing of Water Mist Fire Suppression Systems for Small Machinery Spaces and Spaces with Combustible Boundaries, Volume I. Report CG-D-21-99, I, U.S. Coast Guard Research and Development Center, 1082 Shennecossett Road, Groton, Connecticut, 06340, October 1999. 149

[336] W.R. Catchpole, E.A. Catchpole, B.W. Butler, R.C. Rothermel, G.A. Morris, and D.J. Latham. Rate of Spread of Free-Burning Fires in Woody Fuels in a Wind Tunnel. *Combustion Science and Technology*, 131:1–37, 1998. 149, 1104

[337] J.E. Gott, D.L. Lowe, K.A. Notarianni, and W.D. Davis. Analysis of High Bay Hangar Facilities for Fire Detector Sensitivity and Placement. NIST Technical Note 1423, National Institute of Standards and Technology, Gaithersburg, Maryland, February 1997. 150

[338] T.C.E. Ho, D. Surry, and D. Morrish. NIST/TTU Cooperative Agreement—Windstorm Mitigation Initiative: Wind Tunnel Experiments on Generic Low Buildings. Technical Report BLWT-SS20-2003, The Boundary Layer Wind Tunnel Laboratory, University of Western Ontario, London, Ontario, Canada, May 2003. 150

[339] N. Jarrin. *Synthetic Inflow Boundary Conditions for the Numerical Simulation of Turbulence*. PhD thesis, The University of Manchester, Manchester M60 1QD, United Kingdom, 2008. 151, 478

[340] S. Hostikka, M. Kokkala, and J. Vaari. Experimental Study of the Localized Room Fires. VTT Research Notes 2104, VTT Technical Research Centre of Finland, Espoo, Finland, 2001. 154

[341] J. Vaari, S. Hostikka, T. Sikanen, and A. Paajanen. Numerical simulations on the performance of water-based fire suppression systems. VTT Technology Report 54, VTT Technical Research Centre of Finland, Espoo, Finland, 2012. 157

[342] E.J. Weckman and A.B. Strong. Experimental Investigation of the Turbulence Structure of Medium-Scale Methanol Pool Fires. *Combustion and Flame*, 105:245–266, 1996. 157, 316, 828, 1058

[343] A. Hamins, S.J. Fischer, T. Kashiwagi, M.E. Klassen, and J.P. Gore. Heat Feedback to the Fuel Surface in Pool Fires. *Combustion Science and Technology*, 97:37–62, 1994. 157, 934

[344] A. Hamins and A. Lock. The Structure of a Moderate-Scale Methanol Pool Fire. NIST Technical Note 1928, National Institute of Standards and Technology, Gaithersburg, Maryland, November 2016. https://doi.org/10.6028/NIST.TN.1928. 157, 294, 316, 319, 320

[345] Methanol Institute. *Physical Properties of Pure Methanol*. http://www.methanol.org/wp-content/uploads/2016/06/Physical-Properties-of-Pure-Methanol.pdf. 157

[346] N. Carino, M. Starnes, J. Gross, J. Yang, S. Kukuck, K. Prasad, and R. Bukowski. Federal Building and Fire Safety Investigation of the World Trade Center Disaster: Passive Fire Protection. NIST NCSTAR 1-6A, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2005. 158

[347] Y. Wu and M.Z.A. Bakar. Control of smoke flow in tunnel fires using longitudinal ventilation systems—a study of the critical velocity. *Fire Safety Journal*, 35:363–390, 2000. 160, 431

[348] K.A. Notarianni and G.W. Parry. *SFPE Handbook of Fire Protection Engineering*, chapter Uncertainty. Springer, New York, 5th edition, 2016. 167

[349] N.O. Siu and G.E. Apostolakis. Probabilistic Models for Cable Tray Fires. *Reliability Engineering*, 3:213–227, 1982. 168

[350] D. Stroup and A. Lindeman. Verification and Validation of Selected Fire Models for Nuclear Power Plant Applications. NUREG-1824, Supplement 1, United States Nuclear Regulatory Commission, Washington, DC, 2013. 169, 181

[351] B.N. Taylor and C.E. Kuyatt. Guidelines for Evaluating and Expressing the Uncertainty of NIST Measurement Results. NIST Technical Note 1297, National Institute of Standards and Technology, Gaithersburg, Maryland, 1994. 171

[352] G.W. Mulholland and C. Croarkin. Specific Extinction Coefficient of Flame Generated Smoke. *Fire and Materials*, 24:227–230, 2000. 172

[353] R.L. Alpert. *SFPE Handbook of Fire Protection Engineering*, chapter Ceiling Jet Flows. Springer, New York, 5th edition, 2016. 174, 175, 176

[354] R.W. Bukowski and J.D. Averill. Methods for Predicting Smoke Detector Activation. In *Proceedings of the Fire Suppression and Detection Research Application Symposium, Orlando, Florida*. National Fire Protection Association, Quincy, Massachusetts, 1998. 177, 429

[355] K. McGrattan and B. Toman. Quantifying the predictive uncertainty of complex numerical models. *Metrologia*, 48:173–180, 2011. 177

[356] R.D. Peacock, P.A. Reneke, W.D. Davis, and W.W. Jones. Quantifying fire model evaluation using functional analysis. *Fire Safety Journal*, 33:167–184, 1999. 178

[357] G. Oehlert. A Note on the Delta Method. *The American Statistician*, 46(1):27–29, 1992. 178

[358] A. Gelman, J.B. Carlin, H.S. Stein, and D.B. Rubin. *Bayesian Data Analysis*. Chapman and Hall/CRC Press, Boca Raton, Florida, 2nd edition, 2004. 179

[359] J.W. Tukey. Curves as Parameters, and Touch Estimation. In *Proc. Fourth Berkeley Symp. on Math. Statist. and Prob.*, volume 1, pages 681–694. (Univ. of Calif. Press, 1961. 180

[360] M.L. Janssens and H.C. Tran. Data Reduction of Room Tests for Zone Model Validation. *Journal of Fire Science*, 10:528–555, 1992. 183

[361] Y.P. He, A. Fernando, and M.C. Luo. Determination of interface height from measured parameter profile in enclosure fire experiment. *Fire Safety Journal*, 31:19–38, 1998. 183

[362] R. Falkenstein-Smith, K. Sung, J. Chen, K. Harris, and A. Hamins. The Structure of Medium-Scale Pool Fires. NIST Technical Note 2082, National Institute of Standards and Technology, Gaithersburg, Maryland, February 2020. https://doi.org/10.6028/NIST.TN.2082. 294, 636

[363] K. Sung and A. Hamins. Velocity and Temperature Structure of Medium-Scale Pool Fires. NIST Technical Note in preparation, National Institute of Standards and Technology, Gaithersburg, Maryland, 2021. 294, 492

[364] K. Sung, J. Chen, M. Bundy, M. Fernandez, and A. Hamins. The Characteristics of a 1 m Methanol Pool Fire. NIST Technical Note in preparation, National Institute of Standards and Technology, Gaithersburg, Maryland, September 2019. 294, 828, 934, 1058

[365] F.R. Steward. Prediction of the height of buoyant diffusion flames. *Combustion Science and Technology*, 2(4):203–212, 1970. 325, 327

[366] H. Becker and D. Liang. Visible length of vertical free turbulent diffusion flames. *Combustion and Flame*, 32:115–137, 1978. 325, 327

[367] G. Cox and R. Chitty. Some source-dependent effects of unbounded fires. *Combustion and Flame*, 60:219–232, 1985. 325, 327

[368] Y. Hasemi and T. Tokunaga. Some experimental aspects of turbulent diffusion flames and buoyant plumes from fire sources against a wall and in corners. *Combustion Science and Technology*, 40:1–17, 1984. 325, 327

[369] B.M. Cetegen, E.E. Zukoski, and T. Kubota. Entrainment in the near and far field of fire plumes. *Combustion Science and Technology*, 39(1):305–331, 1984. 325, 327

[370] M.A. Delichatsios. Flame heights in turbulent wall fires with significant flame radiation. *Combustion Science and Technology*, 39:195–214, 1984. 325, 327

[371] F. Tamanini. Direct Measurement of the Longitudinal Variation of Burning Rate and Product Yield in Turbulent Diffusion Flames. *Combustion and Flame*, 51:231–243, 1983. 325

[372] Y.Z. Li, B. Lei, and H. Ingason. Study of critical velocity and backlayering length in longitudinally ventilated tunnel fires. *Fire Safety Journal*, 45:361–370, 2010. 431

[373] Massachusetts Highway Department and Federal Highway Administration. *Memorial Tunnel Fire Ventilation Test Program, Phase IV Report*, January 1999. Test report prepared by Bechtel/Parsons Brinckerhoff. 432

[374] U. Wickström, D. Duthinh, and K.B. McGrattan. Adiabatic Surface Temperature for Calculating Heat Transfer to Fire Exposed Structures. In *Proceedings of the Eleventh International Interflam Conference*. Interscience Communications, London, 2007. 769

[375] A. Putorti, N. Melly, S. Bareham, and J. Praydis. Characterizing the Thermal Effects of High Energy Arc Faults. In M. R owekamp, editor, *23rd International Conference on Structural Mechanics in Reactor Technology (SMiRT 23)-—14th International Post-Conference Seminar on Fire Safety in Nuclear Power Plants and Installations*, number GRS-A-3845, pages 125–137. Gesellschaft f ur Anlagen-und Reaktorsicherheit (GRS), December 2015. http://www.grs.de/en/publications/grs-a-3845. 796

[376] A. Hamins. Energetics of Small and Moderate-Scale Gaseous Pool Fires. NIST Technical Note 1926, National Institute of Standards and Technology, Gaithersburg, Maryland, 2016. 887

[377] S.C. Kim, K.Y. Lee, and A. Hamins. Energy Balance in Medium-Scale Methanol, Ethanol, and Acetone Pool Fires. *Fire Safety Journal*, 107:44–53, 2019. 934

[378] M. Klassen and J.P. Gore. Structure and Radiation Properties of Pool Fires. NIST GCR 94-651, National Institute of Standards and Technology, Gaithersburg, Maryland, June 1994. 934

[379] J. P. White, S. Vilfayeau, A. W. Marshall, A. C. Trouvé, and R. J. McDermott. Modeling flame extinction and reignition in large eddy simulations with fast chemistry. *Fire Safety Journal*, 90:72–85, 2017. 976

[380] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 1354-04a, Standard Test Method for Heat and Visible Smoke Release Rates for Materials and Products Using an Oxygen Combustion Calorimeter*, 2007. 1001

[381] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 2070-08, Standard Test Method for Kinetic Parameters by Differential Scanning Calorimetry Using Isothermal Methods*, 2008. 1002

[382] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 1175-87(2009), Standard Test Method for Determining Solar or Photopic Reference, Transmittance, and Absorptance of Materials Using a Large Diameter Integrating Sphere*, 2009. 1002

[383] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 1461-07, Standard Test Method for Thermal Diffusivity by the Flash Method*, 2007. 1002

[384] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM D 7309-11, Standard Test Method for Determining Flammability Characteristics of Plastics and Other Solid Materials Using Microscale Combustion Calorimetry*, 2011. 1002

[385] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM E 1131-08, Standard Test Method for Compositional Analysis by Thermogravimetry*, 2008. 1002

[386] American Society for Testing and Materials, West Conshohocken, Pennsylvania. *ASTM D 5930-09, Standard Test Method for Thermal Conductivity of Plastics by Means of a Transient Line-Source Technique*, 2009. 1002

[387] S.I. Stoliarov and R.N. Walters. Determination of the heats of gasification of polymers using differential scanning calorimetry. *Polymer Degradation and Stability*, 93:422–427, 2008. 1003, 1007, 1009

[388] J.R. Hallman. Polymer surface reflectance-absorptance characteristics. *Polymer Engineering and Science*, 14:717–723, 1974. 1003, 1007, 1009

[389] P.T. Tsilingiris. Comparative evaluation of the infrared transmission of polymer films. *Energy Conversion and Management*, 44:2839–2856, 2003. 1003, 1007, 1009

[390] T. Matsumoto, A. Ono, Y. Noumaru, and F. Takeda. Measurements of Specific Heat Capacity and Emissivity of Graphite Samples using Pulse Current Heating at High Temperatures (III). In *Proceedings of the Seventeenth Japan Symposium on Thermophysical Properties*, pages 183–186, 1996. 1007, 1009

[391] E.S. Oztekin, S.B. Crowley S.B., R.E. Lyon, S.I. Stoliarov, P. Patel, and T.R. Hull. Sources of Variability in Fire Test Data: A Case Study on Poly(aryl ether ether ketone) (PEEK). *Combustion and Flame*, 159(4):1720–1731, 2012. 1012

[392] F. Kempel, B. Schartel, G. T. Linteris, S.I. Stoliarov, R.E. Lyon, R.N. Walters, and A. Hofmann. Prediction of the Mass Loss Rate of Polymer Materials: Impact of Residue Formation. *Combustion and Flame*, 159:2974–2984, 2012. 1014, 1016

[393] G. Linteris, M. Zammarano, B. Wilthan, and L. Hanssen. Absorption and reflection of infrared radiation by polymers in fire-like environments. *Fire and Materials*, 36(7):537–553, 2012. 1014, 1016, 1020

[394] R.E. Lyon and M.L. Janssens. *Encyclopedia of Polymer Science & Engineering*, chapter Polymer Flammability. Wiley, New York, 2005. 1014, 1016

[395] TIE-31: Mechanical and Thermal Properties of Optical Glass. Technical Information, Advanced Optics, SCHOTT AG, July 2004. 1016

[396] G. Braeuer. Large Area Glass Coating. *Surface and Coatings Technology*, 112:358–365, 1999. 1016

[397] G.J. Fiola, D.M. Chaudhari, and S.I. Stoliarov. Comparison of Pyrolysis Properties of Extruded and Cast Poly (methyl methacrylate). *Fire Safety Journal*, 120(103083), 2021. https://doi.org/10.1016/j.firesaf.2020.103083. 1018

[398] J. Li. *A Multi-Scale Approach to Parameterization of Burning Models for Polymeric Materials*. PhD thesis, University of Maryland, College Park, Maryland, 2014. 1020, 1023, 1025

[399] M.B. McKinnon, S.I. Stoliarov, and A. Witkowski. Development of a pyrolysis model for corrugated cardboard. *Combustion and Flame*, 160:2595–2607, 2013. 1028, 1029, 1030

[400] P.J. Linstrom and W.G. Mallard. Evaluated Infrared Reference Spectra. WebBook. NIST Chemistry WebBook, NIST Standard Reference Database Number 69. 1028, 1029

[401] T. Matsumoto and A. Ono. Specific Heat Capacity and Emissivity Measurements of Ribbon-Shaped Graphite Using Pulse Current Heating. *International Journal of Thermophysics*, 16:267–275, 1995. 1028, 1029

[402] M.R. Semmes, X. Liu, M.B. McKinnon, S.I. Stoliarov, and A. Witkowski. A Model for Oxidataive Pyrolysis of Corrugated Cardboard. In *Fire Safety Science – Proceedings of the 11th International Symposium*, University of Canterbury, Christchurch, New Zealand, 2014. Accepted. 1030

[403] D. Drysdale. *An Introduction to Fire Dynamics*. John Wiley and Sons, Chichester, United Kingdom, 3rd edition, 2011. 1036

[404] D.J. Spiegelhalter. Diagnostic tests of distributional shape. *Biometrika*, 70(2):401–409, 1983. 1180