Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STEPHANIE WADSWORTH | ) | |
| Individually and as Parent and Legal Guardian | ) | |
| of W.W., K.W., G.W., and L.W., minor children | ) | |
| and MATTHEW WADSWORTH, | ) | |
| | ) | Case No. 2:23-cv-00118-NDF |
|     Plaintiffs, | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **EUGENE M. LAFLAMME** |
| | ) | **IN SUPPORT OF RESPONSE** |
| WALMART INC. and | ) | **MEMORANDUM IN** |
| JETSON ELECTRIC BIKES, LLC, | ) | **OPPOSITION TO PLAINTIFFS'** |
| | ) | **MOTION TO EXCLUDE** |
|     Defendants. | ) | **EXPERT TESTIMONY OF** |
| | ) | **BRIAN STRANDJORD, PE** |

I, Eugene M. LaFlamme, state as follows:

1.      I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2.      I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3.      This case involves a February 1, 2022 residential fire in Green River, Wyoming.

4.      The primary liability dispute between the parties is whether the fire originated at a Jetson Plasma hoverboard by the bedroom door of G.W. and L.W.'s bedroom or a smoking shed located outside the bedroom window of G.W. and L.W.

5.      I attended the deposition of expert Brian N. Strandjord, PE, CFI, CFEI taken on November 27, 2024.

6.      Attached as Exhibit 1 are the pertinent portions of expert Brian N. Strandjord's deposition taken on November 27, 2024.

7.      Attached as Exhibit 2 is a true and correct copy of Preface to Kirk's, 8th edition.

8.      Attached as Exhibit 3 is a true and correct copy of ATF Fire Laboratory, Technical Bulletin No. 2, Arc mapping as a tool for fire investigations (ATFFRL-TB-170001) March 17, 2017.

9.      Attached as Exhibit 4 is a true and correct copy of International Association of Arson Investigators (IAAI) October 2020, Volume 7, Issue 2, Dr. Nick Carey, Ph.D. article, "Arc Mapping Research – a clarification".

10.     Attached as Exhibit 5 is a true and correct copy ATF Fire Research Laboratory, Cameron Novak, "Letter to the Editor in Response to Arc Mapping: A Critical Review".

11.     Attached as Exhibit 6 are the pertinent portions of May / Icove's 2020 "Arc Mapping Methodologies & the Pursuit of Magical Globules Notches & Beads: A Bridge too Far to Establish Fire Origin?"

2

12.    Attached as Exhibit 7 is a true and correct copy Dr. Mark Svare, "Forensic Examination of Post-Fire Damaged Electrical Conductors by Using X-Ray Radiographs", 2023.

13.    Attached as Exhibit 8 is a true and correct copy Dr. Mark Svare, "Forensic Examination of Post-Fire Damaged Electrical Conductors by Quantitative Measurement", 2023.

14.    Attached as Exhibit 9 is a true and correct copy Dr. Mark Svare, "Development of a Systematic Methodology for Reconstructing the Fire Scene by Using The Electrical System", 2024.

15.    Attached as Exhibit 10 is a true and correct copy of NFPA 921 (2024 ed) sections 1.3, 6.6.1, and 6.6.8.3.

16.    Attached as Exhibit 11 are the pertinent portions of expert Brian N. Strandjord's report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 16, 2024

_____

Eugene M. LaFlamme