

EXHIBIT 11

# ENGINEERING INVESTIGATION REPORT

**STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC**

| | |
|---|---|
| Case No.: | 2:23-CV-00118 |
| Location: | 1620 Highway 374, Green River, Wyoming |
| Date of Loss: | February 1, 2022 |
| AEI Project No.: | 15082 |



EXHIBIT J



# ENGINEERING INVESTIGATION REPORT

## STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC

Case Number: 2:23-CV-00118
Location: 1620 Highway 374, Green River, Wyoming
Date of Loss: February 1, 2022
AEI Project No.: 15082

**Report Prepared for:**
McCoy Leavitt Laskey, LLC
Eugene LaFlamme
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188

**Submitted by:**

**AEI Corporation**

_____          September 13, 2024
Brian N. Strandjord, PE, CFI, CFEI                Date
Senior Project Engineer
brian@**AEI**engineers.com
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY

This statement and its contents are the Work Product of AEI Corporation.  This report should only be duplicated or distributed in its entirety.  This report may contain confidential or court protected information; please contact an authorized entity prior to distributing.

Copyright AEI Corporation© 2024 - All Rights Reserved

Eugene LaFlamme
September 13, 2024
AEI P/N:15082
Page 6 of 26



The Wadsworth children had a battery operated hoverboard toy which was reportedly left along the north wall of the "northwest" bedroom (Bedroom #4 in Figure 1) on the night of the fire. An outdoor enclosed polymer drum spill containment pallet was located to the south of the front porch located on the east exterior of the Residence (to the right of Bedroom #4 in Figure 1). Stephanie and Michael Wadsworth reportedly used the outdoor enclosed polymer drum spill containment pallet as a cigarette smoking shed during periods of cold weather (Smoking Shed).

## INVESTIGATION TASKS

The following tasks were performed by AEI during the course of the investigation:

1. Inspected the property on May 18, and August 2 and 3, 2022.
2. Examined the preserved artifacts at the Palmer Engineering facility in North Salt Lake, Utah on October 30 and 31, 2023.
3. Reviewed the below listed items.

## REVIEWED ITEMS

The following items were reviewed in whole or in part by AEI during the course of the investigation:

1. Report of Forensic Investigation and Analysis, dated July 15, 2024, by Michael J. Schultz.
2. Expert Report in Reference to; Wadsworth v. Jetson et al., dated July 12, 2024, by Derek King.
3. Sweetwater County Sheriff's Office Incident Report for Incident # S22-01535.
4. Photographs, audio, and video files from the Sweetwater County Sheriff's Office.
5. A Matterport scan of the Residence from M. J. Schulz & Associates, Inc.
6. A transcript of the November, 15, 2023, deposition of Ryan Pasborg.
7. A transcript of the November 15, 2023, deposition of Bill Robinson.
8. A transcript of the November 16, 2023, deposition of Jeff Sheaman.
9. A transcript of the November 17, 2023, deposition of Larry Erdmann.
10. A transcript of the January 29, 2024, deposition of John Hansen.
11. A transcript of the January 29, 2024, deposition of Richard Kaumo.
12. A transcript of the January 31, 2024, deposition of Jacob Keith Ribordy.



13. A transcript of the January 31, 2024, deposition of Ashley Merrell.

14. A transcript of the February 2, 2024, deposition of JP Apostolope.

15. A transcript of the February 26, 2024, deposition of Matthew Wadsworth.

16. A transcript of the February 27, 2024, deposition of Stephanie Wadsworth.

17. A transcript of the May 20, 2024, deposition of Gunner Wadsworth.

18. A transcript of the May 20,2024, deposition of Layne Wadsworth.

19. A transcript of the May20, 2024, deposition of Kamille Wadsworth.

20. ATF Fire Research Laboratory Technical Bulletin 001 - Visual Characteristics of Fire Melting on Copper Conductors, dated September 28, 2012.

21. NFPA 921, *Guide for Fire and Explosion Investigations*, 2021 Edition.

## SITE INSPECTIONS AND LABORATORY EXAMINATION

### Site inspection, May 18, 2022

It was determined during the May 18, 2022, joint site inspection that additional parties should be placed on notice of this fire loss. As a result, the inspection consisted of a brief, non-destructive inspection of the Residence prior to the suspension of the investigation.

### Site inspection, August 2 & 3, 2022

The joint site inspection was continued on August 2 and 3, 2022, with additional parties represented. Electrical service to the Residence was provided via an overhead service triplex from a utility pole located to the southeast of the Residence to a weatherhead and meter base located just south of the front door on the east exposure. The service triplex was severed several feet prior to where it connected to the weatherhead (Figure 2). The severed ends of the aluminum conductors comprising the service triplex had been melted. The weatherhead was located to the north of the remnants of the Smoking Shed and adjacent to an area of the roof that was consumed in the fire; however, there was no direct fire damage to the weatherhead or the meter base.  In its installed position, the service triplex would have ran directly over the Smoking Shed.