1                                                                    **EXHIBIT 6**


 1              ROUGH-DRAFT DISCLAIMER

 2    DEPOSITION OF:  BRIAN N. STRANDJORD, PE, CFI, CFEI

 3    DATE:  NOVEMBER 27, 2024

 4         DISCLAIMER:  This rough draft text is roughly
      edited, uncertified, and may contain untranslated
 5    words, a note made by the reporter, a misspelled
      proper name, and/or word combinations that do not make
 6    sense.  All such entries will be corrected on the
      final certified transcript which we will deliver to
 7    you in accordance with our customary/your requested
      delivery arrangements.
 8
           Due to the need to correct entries prior to
 9    certification, this rough draft is to be used only for
      the purposes of augmenting counsel's notes and cannot
10    be used or cited in any court proceedings or to
      distribute to other parties to the case who have not
11    purchased a transcript copy.

12         THE CERTIFIED TRANSCRIPT IS THE ONLY OFFICIAL
      TRANSCRIPT WHICH MAY BE RELIED UPON FOR PURPOSES OF
13    VERBATIM CITATION OF TESTIMONY.

14         CONSENT:  By opting for this rough draft
      service, you have agreed:  (1) To purchase the
15    transcript at the customary/agreed-upon rate, (2) Not
      to furnish the transcript, either in whole or in part,
16    on disk or hard copy, via modem or computer, or by any
      other means, to any party or counsel to the case.
17

18

19

20

21

22

23

24

25

13    Q   Okay.  And in that process of updating the

14   edition, do you know if NFPA 921 considers various

15   peer reviewed articles that are out there in the

16   marketplace concerning issues of fire investigation?

17           MR. MORGAN:  Object to predicated

18   foundation.

19    A   Yes.  Certainly -- certainly, it does.

20   NFPA 921 is a consensus document that is authored

21   jointly by many individuals in the fire investigation

22   community.

23    Q   (By Mr. LaFlamme)  And when you say,

24   "consensus document," what do you mean by that?

25    A   I mean the NFPA 921 is a guide, and it is

84

1   published by -- it is published by a committee within

2   NFPA.  That -- that committee consists of a number of

3   individuals.  I don't know how many offhand.  But many

4   individuals who all must agree to one degree or

5   another on what is going to be published in that

6   guide.

7    Q   And in NFPA 921, is that generally titled

8   The Guide for Fire and Explosion Investigation?

9    A   Yes, I believe that's the title.  It's

10   considered the standard in the industry as a guide.

11    Q   Do you know if NFPA 921 is generally

12   accepted nationally as the guide for fire origin and