```
 1              UNITED STATES DISTRICT COURT
 2            IN AND FOR THE DISTRICT OF WYOMING
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
     STEPHANIE WADSWORTH, individually
 4   and as Parent and legal guardian
     of WW, KW, GW and SW, minor
 5   children of MATTHEW WADSWORTH,
 6                       Plaintiffs,   Case No.
                                       2:23-cv-00118-NDF
 7        vs.
 8   WALMART, INC., and JETSON ELECTRIC
     BIKES, LLC,
 9
                         Defendants.
10
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
11
             VIDEO-RECORDED DEPOSITION OF:
12             CORPORATE REPRESENTATIVE OF
                  JETSON ELECTRIC BIKES
13                     SAM HUSAIN
14         TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15         LOCATED AT:  N19 W24200 Riverwood Drive
                    Waukesha, Wisconsin
16
                     May 17, 2024
17
                  9:36 a.m. to 2:11 p.m.
18
           REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
     - - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25   JOB NO. 6646833
```