Exhibit 7





EXHIBIT

51

5.17.24





PENGAD 800-631-6989

EXHIBIT

53

5.17.24

Jetson