Exhibit 8

# JETSON

## Plasma Illuminated Hoverboard.

## A guide for your ride.

Models: JPLSM-BLK | JPLSM-IRS



EXHIBIT 50 — 5.17.24 — Jetson — PENGAD 800-631-6989



# What's in the Box

1. Charging Port
2. Power Button
3. Charger





1  2



3

Note: Please fully charge the battery prior to use.

# Specs & Features

- Max Speed: Up To 10 mph
- Max Range: Up To 10 Miles
- Battery: 36V, 2.5Ah Lithium-Ion
- Motor: 500W, Dual Hub Motor (250W × 2)
- Climbing Angle: Up To 15°
- Product Weight: 16 lb
- Tire Size: 6.5"
- Product Dimensions: L23.5" × W7.3" × H7"
- Charger: UL LISTED, 100-130V
- Charge Time: Up To 3 Hours
- Recommended Age: 12+
- Weight Limit: 220 lb


# 1. Get Started

## 1.1 Charging the Battery

- Only use the included charger
- Plug the charger into the wall before the Charging Port
- Don't turn on the Plasma while it's charging
- Charge the battery until it is fully charged - up to 3 hours



○ - Charging

○ - Charge Complete

Indicator Light ⋯⋯⋯⋯⋯⋯⋯⋯⋯

## 1.2 Indicator Lights



Status Light

| Battery Indicator Light | ○ -blinking | ● | ● ● | ● ● ● |
|---|---|---|---|---|
| Percentage | 0-9% | 10-19% | 20-49% | 50% + |

**Status Light:** If these lights turn red or if you are having issues with the Plasma, you may need to recalibrate it.

**Warning:** The Plasma will automatically tilt up and slow down once the battery power goes below 10% as a safety precaution.

## 1.3 How to Recalibrate



Hold for 5 seconds ⋯⋯⋯⋯⋯⋯⋯⋯

Follow these 3 simple steps...

1. Place the Plasma on a flat, level surface and hold still.
2. Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.
3. Restart the Plasma by turning it off and then on.

*Adults must assist children in the initial adjustment procedures of the product.

## 2. Make Moves

### 2.1 Riding the Plasma

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



### 2.2 Turning the Lights On

- The default lighting mode will display when the Plasma is powered on.
- Short press the power button to switch between different lighting effects.

Please Note: Images may not reflect exact appearance of actual product.

## Care & Maintenance

### RIDING RANGE

The maximum range is 10 miles. However, many factors will affect how far you can go per charge:
- Driving Surface: A smooth, flat surface will increase driving distance.
- Weight: More weight means less distance.
- Temperature: Ride, store, and charge the Plasma above 50°F.
- Maintenance: Timely battery charging will increase driving distance.
- Driving Style: Frequent starting and stopping will reduce driving distance.

### CLEANING THE PLASMA

To clean the Plasma, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Plasma, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Plasma. If the electric parts or battery get wet, do not power on the Plasma. Please contact Jetson Customer Support for assistance.

### BATTERY

- Keep away from fire and excessive heat.
- Avoid intense physical shock, severe vibration, or impact.
- Protect from water or moisture.
- Do not disassemble the Plasma or its battery.
- Contact Jetson Customer Support if there are any issues with the battery.

### STORAGE

- Fully charge the battery before storing. The battery should be fully charged once a month after this.
- Cover the Plasma to protect against dust.
- Store the Plasma indoors, in a dry place.

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the product or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the mat sensors while in operation. Always check the battery charge before using.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

# Safety Warnings

- Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
- Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
- Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
- Warning against recharging non-rechargeable batteries.
- Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
- This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
- Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
- Adult supervision is required.
- The rider should not exceed 220 lb.
- Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
- Never use near motor vehicles.
- Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
- Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
- Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
- Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
- Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
- Do not ride at night.
- Do not ride after drinking or taking prescription medication.
- Do not carry items when riding.
- Never operate the product barefooted.
- Always wear shoes and keep shoelaces tied.
- Make sure your feet are always placed securely on the deck.
- Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
- Always give way to pedestrians.
- Be alert to things in front and far away from you.
- Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
- The product cannot be ridden by more than one person.
- When you ride the product along with other riders, always keep a safe distance to avoid a collision.
- When turning, be sure to maintain your balance.
- Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
- The brake may become hot while operating, do not touch the brake with your bare skin.
- Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
- If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Support.
- Replace worn or broken parts immediately.
- Check whether all safety labels are in place and understood before riding.
- The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
- Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
- Recommended for indoor use.
- Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65
## ⚠ WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Warning:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/ TV technician for help.

Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.



## Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

## Questions? Let us know.

**support.ridejetson.com**

Hours of Operation: 7 Days a Week, 10am-6pm
US 1-(888) 976-9904 | UK +44 (0)33 0838 2551

www.ridejetson.com

Follow us **@ridejetson**
**#MakeMoves**

Imported by Jetson Electric Bikes LLC.
86 34th Street 4th Floor, Brooklyn NY 11232

    

Date Code: 08/2020
Made in China