# Exhibit 10

```
                                                          Page 1

              UNITED STATES DISTRICT COURT

          IN AND FOR THE DISTRICT OF WYOMING

                       -ooOoo-

   STEPHANIE WADSWORTH,         :
   Individually and as
   Parent and Legal             :
   Guardian of W.W., K.W.,
   G.W. and L.W., minor         : Case No.
   children, and MATTHEW          2:23-cv-00118-NDF JURY
   WADSWORTH,                   :

             Plaintiff,         :

   v.                           :

   WALMART, INC. and JETSON     :
   ELECTRIC BIKES, LLC,
                                :
             Defendants.
                                :
   _____


          DEPOSITION OF STEPHANIE WADSWORTH
                   TAKEN THROUGH
                     VERITEXT



       Taken on Tuesday, February 27, 2024
            8:59 a.m. to 12:55 p.m.


                  At HAMPTON INN
            1055 Wild Horse Canyon Road
            Green River, Wyoming 82935

   Job No. CS6457160
   Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
```

Page 89

```
1        A.   It was, like, camping pads, padded eggshell
2    foam on the floor.
3        Q.   Okay.
4        A.   Can I clarify when I say when I went to
5    bed?
6        Q.   Sure.
7        A.   2:00 a.m. is when I got into bed, not when
8    I went outside to go to bed.
9        Q.   Okay.  Let me clarify that because I'm
10   not --
11       A.   Okay.
12       Q.   -- I'm not 100 percent sure what you're
13   saying.
14            So 2:00 a.m. is when you got in bed to go
15   to sleep?
16       A.   Correct.
17       Q.   Okay, but before you got into bed at
18   2:00 a.m., you would have had a cigarette before going
19   to bed?
20       A.   Correct.
21       Q.   Okay.  Was that the clarification that you
22   wanted to make?
23       A.   Yeah.  One of the questions you said
24   outside at 2:00 a.m.  I wouldn't have been outside at
25   2:00 a.m.
```

Page 90

1    Q.   Okay.  You would have been outside a little
2    bit before 2:00 a.m., because 2:00 a.m. is when you
3    went to bed?
4        A.   Correct.
5        Q.   All right.  And how soon before going to
6    bed do you typically have your last cigarette, within,
7    like, a half hour?
8        A.   Yes.
9        Q.   Okay.  And did you have any alcohol the
10   night of January 31st?
11       A.   Yes.
12       Q.   Okay.  Do you know how much you had that
13   evening?
14       A.   No.
15       Q.   Would it have been a typical day for
16   alcohol consumption for you?
17       A.   Yes.
18       Q.   As far as when you would consume alcohol,
19   is it more at night or is it throughout the day?
20       A.   More at night.
21       Q.   Okay.  So is it once the kids go down --
22       A.   Yes.
23       Q.   -- then you will have some alcohol?
24       A.   Yes.
25       Q.   And do you know, was it Jäger that you were