Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,
Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:23-cv-00118-NDF |
| v. | ) ) ) | **DEFENDANT JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S NOTICE OF** |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) | **ERRATA; EXHIBIT A** |
| Defendants. | ) ) ) | |

Defendants JETSON ELECTRIC BIKES, LLC AND WALMART INC., by and through

undersigned counsel, respectfully submit this Notice of Errata to Defendants Jetson Electric Bikes

LLC and Walmart Inc.'s Motion for Summary Judgment; Memorandum in Support (ECF No. 99) and Declaration of Eugene M. LaFlamme in Support of Motion for Summary Judgment (ECF No. 99-1), which were filed on December 2, 2024, to correct an inadvertent clerical error. Jetson Electric Bikes LLC and Walmart Inc. inadvertently excluded sections of Exhibit 3 (ECF No. 99-4), Exhibit 8 (ECF No. 99-9), Exhibit 10 (ECF No. 99-11) and Exhibit 11 (ECF No. 99-12) from the filing.

Attached to this Notice of Errata (as Exhibit "A") is Defendant Jetson Electric Bikes LLC and Walmart Inc.'s complete and corrected copy of the Declaration of Eugene M. LaFlamme in Support of Motion for Summary Judgment with the complete exhibits attached. Jetson Electric Bikes LLC and Walmart Inc. respectfully ask the Court to accept this Notice of Errata and consider all exhibits in deciding the Motion for Summary Judgment in this matter.

**McCOY LEAVITT LASKEY LLC**

Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

Dated: December 20, 2024          By: _____

Eugene M. LaFlamme *(pro hac vice)*
Jared B. Giroux *(pro hac vice)*
Jillian L. Lukens (*pro hac vice)*
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

and

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com