EXHIBIT 6

Page 1

1                 UNITED STATES DISTRICT COURT

2            IN AND FOR THE DISTRICT OF WYOMING

3                          -ooOoo-

4
     STEPHANIE WADSWORTH,          :
5    Individually and as
     Parent and Legal              :
6    Guardian of W.W., K.W.,
     G.W. and L.W., minor          : Case No.
7    children, and MATTHEW           2:23-cv-00118-NDF JURY
     WADSWORTH,                     :
8
                  Plaintiff,        :
9
     v.                             :
10
     WALMART, INC. and JETSON      :
11   ELECTRIC BIKES, LLC,
                                    :
12                Defendants.
                                    :
13   _____
14
15            DEPOSITION OF MATTHEW WADSWORTH
                    TAKEN THROUGH
16                    VERITEXT
17
18
19         Taken on Monday, February 26, 2024
20            9:57 a.m. to 2:47 p.m.
21
22                At HAMPTON INN
             1055 Wild Horse Canyon Road
23           Green River, Wyoming 82935
24
25   Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
     Job No.:     CS6457156

Page 114

```
 1        A.    We would only do that when we got out there
 2   before we would put any fresh ash into it.
 3        Q.    Okay.  And how often were the ashtrays
 4   emptied into the galvanized can?
 5        A.    When there was -- when they were full.
 6        Q.    Okay.  And would they fill up daily?
 7        A.    No.
 8        Q.    Every other day?
 9        A.    I don't know the time or how long it would
10   take to fill them, but not daily.
11        Q.    Okay.  I assume in the winter months, you
12   would use the smoking shed more than in the summer
13   months?
14        A.    Correct.
15        Q.    Okay.  Meaning, it was there to protect you
16   from the weather; right?
17        A.    Correct.
18        Q.    How often was the two-gallon galvanized can
19   emptied?  As-needed?
20        A.    Emptied weekly.
21        Q.    Okay.
22        A.    With the garbage.
23        Q.    Where did you get the two-gallon galvanized
24   can?
25        A.    I don't recall.  It was for cleaning out
```