# EXHIBIT 8



# ENGINEERING INVESTIGATION REPORT

**STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC**

| | |
|---|---|
| Case No.: | 2:23-CV-00118 |
| Location: | 1620 Highway 374, Green River, Wyoming |
| Date of Loss: | February 1, 2022 |
| AEI Project No.: | 15082 |



EXHIBIT J



Advanced Engineering Investigations

www.AEIengineers.com

# ENGINEERING INVESTIGATION REPORT

## STEPHANIE AND MICHAEL WADSWORTH v. WALMART, INC. AND JETSON ELECTRIC BIKES, LLC

Case Number: 2:23-CV-00118
Location: 1620 Highway 374, Green River, Wyoming
Date of Loss: February 1, 2022
AEI Project No.: 15082

**Report Prepared for:**
McCoy Leavitt Laskey, LLC
Eugene LaFlamme
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188

**Submitted by:**

AEI Corporation

_____   September 13, 2024
Brian N. Strandjord, PE, CFI, CFEI            Date
Senior Project Engineer
brian@**AEI**engineers.com
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY

This statement and its contents are the Work Product of AEI Corporation. This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing.

Copyright AEI Corporation© 2024 - All Rights Reserved



www.AEIengineers.com

circuits inside the Residence being de-energized at the time they were attacked by the fire. The branch circuits in the Residence would be de-energized after the service triplex conductors were melted and severed. The sequence of events consistent with the physical evidence presented by the electrical system was a fire present at or in the Smoking Shed which attacked the energized, stranded copper, power cords in the Smoking Shed causing arcing to occur there, the fire then melted and severed the aluminum conductors of the service triplex located above the Smoking Shed disconnecting the electrical service from the Residence, as the fire spread to the interior of the Residence and attacked the de-energized branch circuit conductors no electrical arcing occurred on those conductors as there was no longer any electrical energy present.

In contrast, had a fire attacked and compromised the electrical insulation on the energized branch circuit conductors within Bedroom #4 prior to the fire melting and severing the service triplex conductors, it would be expected to find evidence of electrical arcing on the branch circuit conductors and/or tripped branch circuit breakers in the main electrical panel. Had a fire inside the Residence breached the Bedroom #4 window and/or roof and spread to the Smoking Shed, the fire would have been present in the area of the service triplex (above the Smoking Shed) prior to the time that fire was present at the conductors that contained evidence of electrical arcing (near the ground). Had the service triplex been melted and severed by the fire prior to the fire reaching the electrical cords at or near the bottom of the Smoking Shed, those conductors would no longer be energized and there would be no evidence of electrical arcing on them. The physical evidence was not consistent with a fire first being present within the Residence and spreading outside to the Smoking Shed.

## CONCLUSIONS

The results of the investigation conducted by AEI indicate the following:

1. Evidence of electrical arcing was present on conductors located within the polymer Smoking Shed adjacent to the Residence.

2. There was no evidence of electrical arcing on conductors located within the Residence.

3. The physical evidence presented by the electrical system at the Residence was consistent with:

    a. Fire being present at or within the polymer Smoking Shed prior to the time that the fire severed the overhead service triplex to the Residence.

    b. The overhead service triplex being severed by the fire prior to the time that the fire attacked the branch circuit wiring within Bedroom #4 of the Residence.

4. The physical evidence presented by the electrical system at the Residence was not consistent with a fire originating within the Residence.