# EXHIBIT 12

# Inspection Sign In Sheet

Case Name: **Stephanie Wadsworth et al. v. Walmart, Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/30/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.

| Name | Company/Firm | Party Representing |
|---|---|---|
| Scott Cramer | EDT | Morgan & Morgan / ~~Wadsworth~~ |
| Smokey Dyer | Dyer Fire Consult | " |
| Brian Strandjord | AEI | Jetson |
| Joseph Films | Rimkus | Jetson |
| Ashley Wilson | Palmer Engineering | |
| Eitan Ladron (?) | Morgan & Morgan | Wadsworth |
| Eugene LaFlamme | MLL | Jetson |
| Sam Sussman | S-E-A | Jetson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Inspection Sign In Sheet

Case Name: **Stephanie Wadsworth et al. v. Walmart, Inc. and Jetson Electric Bikes, LLC**
Date/Location: 10/31/2023 | Palmer Engineering and Forensics 30 N. Cutler Drive #404, North Salt Lake, UT 84054.

---

**EDT KANSAS CITY** — Forensic Engineering & Consulting

Scott S. Cramer, P.E.
Electrical Engineer
scramer@edtengineers.com
O: (913) 859-9580   M: (816) 916-2936
8405 Melrose Drive, Pine Ridge East, Lenexa, KS 66214
EDTengineers.com

---

**RICHARD "SMOKEY" DYER**
FIRE CONSULTANT
118 North Conistor
Suite B-283
Liberty, Missouri 64068-1909
Phone 816.223.0888
smokeydyer@kc.rr.com

---

**AEI CORPORATION** — Advanced Engineering Investigations

www.AEIengineers.com
Main: 303-756-2900
Direct: 303-339-3228
Mobile: 303-549-8202
Toll Free: 877-937-2900
Fax: 303-756-2911
Brian N. Strandjord
PE, CFI, CFEI
Senior Project Engineer
Licensed in CA, CO, FL, HI, ID, KS, KY, MT, ND, NE, NM, NY, SD, UT, WY
brian@AEIengineers.com
8197 West Brandon Drive
Littleton, CO 80125

---

**RIMKUS**

Joseph R. Filas, IAAI - CFI (V), NAFI - CFEI, CFI
Senior Fire Consultant
jrfilas@rimkus.com
720.272.6968
8100 S. Akron Street, Suite 320
Centennial, CO 80112

---

**MORGAN & MORGAN**
AMERICA'S LARGEST INJURY LAW FIRM

Eitan J. Goldrosen
Attorney
20 North Orange Ave, Suite 1600
Orlando, FL 32801
Tel: 321.361.3537
Fax: 321.361.3568
EGoldrosen@forthepeople.com
ForThePeople.com

---

**EUGENE M. LaFLAMME**
Partner
**McCOY LEAVITT LASKEY LLC**
N19 W24200 RIVERWOOD DRIVE, SUITE 125
WAUKESHA, WI 53188
262-522-7026 (Direct)   414-232-1561 (Cell)
ELaflamme@MLLlaw.com
ALBUQUERQUE, NM • CHICAGO, IL • MILWAUKEE, WI • PORTLAND, ME

---

**PALMER ENGINEERING & FORENSICS**
QUALITY • CLARITY • INTEGRITY
Ashley K. Wilson, B.Sc.
Lab, Field, and Radiology Technician
30 North Cutler Drive, #404
North Salt Lake, UT 84054
www.PE4n6.com
Phone: 801-936-0676
Mobile: 801-897-0033
Fax: 801-315-7802
email: akwilson@PE4n6.com

---

**Jen Paldino**
Director of Risk and Compliance
+631.384.4922
jen.paldino@ridejetson.com
86 34th Street 4th Floor
Brooklyn, NY 11232
www.ridejetson.com


Make Moves