# EXHIBIT 18

Michael Schulz
09/10/2024

Page 1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF WYOMING

```
STEPHANIE WADSWORTH,              )
Individually and as Parent        )
and Legal Guardian of W.W,        )
K.W., G.W., and L.W., minor       )
children, and MATTHEW             )
WADSWORTH                         )
                                  )
          Plaintiffs,             )
                                  )
     vs.                          )  No. 2:23-cv-00118-NDF
                                  )
WALMART, INC., and JETSON         )
ELECTRIC BIKES, LLC,              )
                                  )
          Defendants.             )
_____)
```

DEPOSITION OF MICHAEL J. SCHULZ

Tuesday, September 10, 2024

Roseville, California

REPORTED BY:  Joy E. Shure, CSR No. 3659

**Lexitas Legal Philadelphia**
**215-504-4622**

Michael Schulz
09/10/2024

Page 145

```
 1   to be the first one to fail and that the failure of that
 2   one may have contributed to the failure of the next
 3   cell.
 4        Q.   Okay.  But who told you it was a lithium-ion
 5   battery cell that failed?  Was that counsel?
 6        A.   I could see that in the extract.  I could see
 7   that when I visually looked at the hoverboard.
 8        Q.   But you're not offering any opinions as to the
 9   cause of this fire; correct?
10        A.   Correct.
11        Q.   So where do you get the information on the
12   first fuel ignited?
13        A.   I'm reporting this from my understanding of
14   what Mr. King's opinions are going to be as related to
15   me by counsel.
16        Q.   So you got this information from counsel?
17        A.   That's the basis for it, yeah.  I'm not
18   rendering that opinion independently and separately from
19   Mr. King.
20        Q.   Because you haven't talked to King, you haven't
21   read King's report; correct?
22        A.   Correct.
23        Q.   So the opinion under "first fuel ignited,"
24   that's not your opinion?
25        A.   That's correct.  That's fair.
```