Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | Case No. 2:23-cv-00118-NDF |
| Plaintiffs, | ) ) | **DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JEFF SHEAMAN** |
| v. | ) ) | |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) | |
| Defendants. | ) | |

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLP and McCoy Leavitt Laskey LLC, hereby submit their reply in support of their Motion to Exclude Testimony of Jeff Sheaman.

## ARGUMENT

Plaintiffs baldly contend that "Sheaman's opinions meet the reliability standards set forth by Rule 702 [because] he employed reliable methodology, and his opinions are necessary for a jury to understand the technical and scientific nature of design and manufacturing defect as related to this case." (Doc. 122, pg. 2). However, a conclusory statement about the reliability of Sheaman's methodology and opinions without explaining how his methodology was scientifically reliable is insufficient to satisfy Rule 702.

In fact, Plaintiffs make no effort to dispute Defendants' Motion to Exclude Testimony of Jeff Sheaman; rather, Plaintiffs state they "rely upon the filings of Plaintiff in Response to Defendants' Motion for Summary Judgment". (Doc. 122, pg. 2). However, a summary judgment motion is a separate and distinct filing from a *Daubert* motion pursuant to Local Rule 7.1.[1] Because Plaintiffs have made no substantial showing to oppose Defendants' Motion to Exclude Testimony of Jeff Sheaman (Doc. 100 and 101), that motion is conceded and this Court should enter an order barring any fire and cause opinion testimony from Sheaman. *U.S.D.C.L.R. 7.1(b)(1)(B)*. To the extent the Court is inclined to accept the Plaintiffs' reliance on their Response to Defendants' Motion for Summary Judgment, Defendants incorporate the facts and arguments as set forth in their Motion and Brief in Support of Summary Judgment (Doc. 96 and 99), Defendants' Reply Brief in Support of Motion for Summary Judgment to be filed contemporaneously with this Reply,

---

[1] Local Rule 7.1(b)(1) governs non-dispositive motions, which is any motion not listed in Local Rule 72.1(c), while Local Rule 7.1(b)(2)(D) governs dispositive motions, which includes summary judgment motions.

2

and Defendants' Motion and Brief in Support to Exclude Testimony of Jeff Sheaman (Doc. 100 and 101) herein by reference.

                                        **McCOY LEAVITT LASKEY LLC**

                                        Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

Dated: December 23, 2024         By: _____
                                        Eugene M. LaFlamme *(pro hac vice)*
                                        Jared B. Giroux *(pro hac vice)*
                                        Jillian L. Lukens (*pro hac vice*)
                                        McCoy Leavitt Laskey, LLC
                                        N19 W24200 Riverwood Drive, Suite 125
                                        Waukesha, WI 53188
                                        (P) 262-522-7000
                                        elaflamme@MLLlaw.com
                                        jgiroux@MLLlaw.com
                                        jlukens@MLLlaw.com

                                        and

                                        Timothy M. Stubson, Wyo. Bar No. 6-3144
                                        Brandon E. Pryde, Wyo. Bar No. 8-6883
                                        Holly L. Tysse, Wyo. Bar No. 7-5553
                                        Crowley Fleck, PLLP
                                        111 West 2nd Street, Suite 220
                                        Casper, WY 82601
                                        (P) 307-232-6901
                                        tstubson@crowleyfleck.com
                                        bpryde@crowleyfleck.com
                                        htysse@crowleyfleck.com