# EXHIBIT 2

Page 1

```
                    UNITED STATES DISTRICT COURT

                  IN AND FOR THE DISTRICT OF WYOMING

                              -ooOoo-

        STEPHANIE WADSWORTH,        :
        Individually and as
        Parent and Legal            :
        Guardian of W.W., K.W.,
        G.W. and L.W., minor        : Case No.
        children, and MATTHEW         2:23-cv-00118-NDF JURY
        WADSWORTH,                  :

                    Plaintiff,      :

        v.                          :

        WALMART, INC. and JETSON    :
        ELECTRIC BIKES, LLC,
                                    :
                    Defendants.
                                    :
        _____

              DEPOSITION OF STEPHANIE WADSWORTH
                        TAKEN THROUGH
                           VERITEXT


             Taken on Tuesday, February 27, 2024
                  8:59 a.m. to 12:55 p.m.


                       At HAMPTON INN
                 1055 Wild Horse Canyon Road
                   Green River, Wyoming 82935


      Job No. CS6457160
      Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
```

Page 47

```
1           A.    Yes.
2           Q.    How about mental health.  Are you
3    undergoing any treatment for that presently?
4           A.    No.
5           Q.    Have you had any mental health treatment
6    after the fire?
7           A.    No.
8           Q.    Do you plan to have any in the future?
9           A.    No.
10          Q.    Okay.  How is -- as far as your current
11   physical limitations, what are some of those
12   limitations compared to how you were pre-fire?
13          A.    Mostly it's just the amount of things that
14   I can do for a duration of time.
15          Q.    So basically, you don't have as much
16   endurance as you used to before the fire?
17          A.    Yes.
18          Q.    Any specific limitations in what you can
19   physically do as far as activities?
20          A.    Can you ask again, please?
21          Q.    Sure.  Are there any activities that you
22   did before the fire that you can no longer do now?
23          A.    No.
24          Q.    Do you have any specific limitations that
25   your doctors have placed on you as far as lifting
```

Page 59

```
 1    BY MR. LAFLAMME:
 2        Q.    Was that related to some postpartum issues?
 3        A.    Yes.
 4        Q.    Okay.  And were you still on
 5    antidepressants at the time of the fire?
 6        A.    Yes.
 7        Q.    Are you still taking antidepressants?
 8        A.    No.
 9        Q.    Okay.  When did you stop taking
10    antidepressants?
11        A.    Last winter-ish.
12        Q.    Okay.  Are you currently on any medication?
13        A.    No.
14        Q.    Is there any daily routine for burn or
15    wound care that you still need to do?
16        A.    Lotion.
17        Q.    Okay.  Is that a daily process?
18        A.    As often as I possibly can.
19        Q.    Okay.  Is it just an over-the-counter
20    lotion or is there a specialized prescription lotion?
21        A.    Just over-the-counter.
22        Q.    Does Weston do the same?
23        A.    Yes.
24        Q.    Okay.  Is that a daily thing for Weston
25    also?
```