# EXHIBIT 1

```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF WYOMING
 3    STEPHANIE WADSWORTH, ET AL,
 4            Plaintiffs              Case No.
 5       vs.                          2:23-CV-00118-NDF
 6    WALMART, INC., ET AL,
 7            Defendants
 8    _____/
 9          Pursuant to Notice, the videotaped
10       deposition of SAMUEL SUDLER, III was taken on
11       Friday, November 22, 2024, commencing at 10:05
12       a.m., at the offices of Veritext Legal
13       Solutions, 36 S. Charles Street, Suite 2002,
14       Baltimore, Maryland before David C. Corbin, a
15       Registered Professional Reporter and Notary
16       Public.
17
18
19
20
21          REPORTED BY:  David Corbin, RPR
```

Page 182

1   explosion, I think that the entire steel casing is
2   ripped apart.  That to me is an explosion.  So this
3   vented and pushed out the electrolytic roll.  That's
4   how I would describe it.
5         Q.   If this hoverboard was attacked by fire as
6   opposed to being the cause of the fire, why were
7   only cells ten and four the ones that vented?
8         A.   Based on probably protection.  Remember,
9   one of the things you have to understand about this
10  hoverboard is you have an aluminum encasement, you
11  have plastic.  The actual battery pack itself has
12  another piece of plastic over top of it.  And then
13  you have the plastic for the actual steel cans for
14  the battery cells.  And then the cells themselves, I
15  call it the can, but the canister, is made of
16  stainless steel.  So you have to be able to
17  penetrate all of those things and then compromise
18  the interior by heating up the steel up enough to
19  create that.  In this case ten and four had enough
20  heat to expose them to that and the pressure did not
21  build up in the other battery cells.

Page 183

1    Q.   With the venting of cells four and ten
2    occurring, would you expect that to have led to
3    other cells venting?
4         MR. GIROUX:  Form.
5    A.   No.  No.  One of the things they do is an
6    imbalancing related to the standard, I think it's
7    2580 or 2272, and they actually tested where they
8    forced a discharge of one of the cells to see can
9    you create this.  They also do the short circuit in
10   the battery pack so that it -- to show it can't
11   extend.  But the key thing is do you see evidence of
12   it, and there is no physical evidence of the other
13   cells venting in that scenario.
14        Q.   At what temperature would you expect these
15   cells to vent?
16        A.   It's not about the temperature, it's about
17   the compromise of the separator.  So when the
18   separator is melted and it allows the anode and
19   cathode to come together, that's when it starts to
20   vent.  I can't give you a number on it.
21        Q.   Okay.  Have you looked at any references