# EXHIBIT 3

Page 1

```
 1                UNITED STATES DISTRICT COURT
                IN AND FOR THE DISTRICT OF WYOMING
 2
 3          STEPHANIE WADSWORTH,          )
            individually and as Parent  )
 4          and legal guardian of ww, KW)
            GW and LW, minor children of)
 5          MATTHEW WADSWORTH,           )
 6
 7                      Plaintiffs,      )
                                         ) Case No.
 8          vs.                          ) 2:23-cv-00118-NDF
                                         )
 9          WALMART, INC., and JETSON    )
            ELECTRIC BIKES, LLC          )
10                                       )
                        Defendants,      )
11          _____)
12              DEPOSITION OF BILL ROBINSON
13          Wednesday, November 15, 2023, 1:00 P.M.
14                 Via Zoom video conference
15
16
17                           BE IT REMEMBERED that the
    deposition of BILL ROBINSON was taken by the attorney for
18  the Plaintiffs, GRAYSON GOODY, ESQ., 58 Malaga Cove Plaza,
    Palos Verdes Estates, California 90274 before Christine J.
19  Roybal, Court Reporter for the State of Idaho, in the
    above-entitled matter.
20
21
22
23
24
25
```

Page 61

1    telling him that you had just concluded your inspection and

2    investigation, did you provide him with any detail

3    whatsoever of the results of your investigation?

4         A.   No.

5         Q.   And so after that, he conducted his own inspection

6    and investigation?

7         A.   That's correct.

8         Q.   Do you know how long it took for him to conduct

9    his inspection and investigation?

10        A.    They're more thorough than we are, as expected,

11   they are more diving in for origin and cause than we are,

12   which is typical.  Very normal.  And I want to say his took

13   pretty much the remainder of the day, maybe even some into

14   the evening, if I recall.

15        Q.    Okay.  Do you know approximately how many hours

16   that would have been?

17        A.    I don't.

18        Q.    Do you know how long your inspection and

19   investigation took?

20        A.    Mine took just under two hours, roughly.

21        Q.    Did you remain on the scene until he concluded his

22   inspection and investigation?

23        A.    I don't recall if I remained the entire time he

24   was there, but I remained the majority of the time at least.

25        Q.    After you greeted Detective Sheman and

Page 126

1    entities.

2        Q.    So looking at Exhibit 9, it shows your report was

3    completed February 9, 2022.  After you left the scene on

4    February 1 of 2022, did you have any further investigative

5    activities after the day of the fire?

6        A.    I don't recall if I popped back out there for a

7    thing or two or not.  I think after I turned it over, it was

8    a while back, I don't remember, but once I -- common

9    practice, once we turn it over to the PD unit, this case

10   being the sheriff's unit, we don't touch the scene.  We

11   don't try to go on there unless we're called again.

12       Q.    Do you recall being called back to the scene in

13   this instance?

14       A.    No.

15       Q.    It looks like you did take some evidence from the

16   scene, correct?

17       A.    I didn't personally take any of it from the scene.

18       Q.    Looking at Exhibit 9, from the narrative 2, when

19   it says, "The evidence found on scene during the

20   investigation and any other findings were turned over to the

21   Sweetwater County Sheriff's Department."

22        Does that mean they took possession of it right away?

23       A.    So when they show up, if we're going to turn -- in

24   this case, exactly.  They showed up, I talked to them.  When

25   he's going in to do his I turn it over to him.  I'm already

1  evidence as it becomes available, correct?

2      A.   That's correct.

3      Q.   And if evidence becomes available, that may affect

4  your opinion, that opinion should be reassessed, correct?

5      A.   Depending how the evidence became available,

6  correct.

7      Q.   As new evidence comes to light you need to

8  consider that evidence, true?

9      A.   Consider all evidence, correct.

10      Q.   And as I understand it, you were on scene for

11  about two hours for your origin and cause -- or for your --

12  you didn't work just an origin investigation, correct?

13      A.   Correct.

14      Q.   Okay.  You were on scene for about two hours for

15  your origin investigation, correct?

16      A.   Roughly, correct.

17      Q.   If the fire had started in the bedroom where you

18  believe it started, you would expect to see some arcing on

19  electrical wiring in that room, correct?

20          MR. AYALA:  Form.

21      A.   That's actually not 100 percent correct.

22      Q.    (BY MR. LAFLAMME) You would not expect to see

23  any electrical arcing in that room?

24      A.   Well, it depends on where the -- the fire, if it

25  started in the electrical box you could see some arcing.