# EXHIBIT 4

Page 1

```
 1              UNITED STATES DISTRICT COURT
           IN AND FOR THE DISTRICT OF WYOMING
 2

 3  STEPHANIE WADSWORTH,       )
    individually and as        )
 4  Parent and Legal           )   CASE NO.
    Guardian of W.W., K.W.,    )   2:23-cv-00118-NDF
 5  G.W., and L.W., minor      )
    children, and MATTHEW      )
 6  WADSWORTH,                 )
                               )
 7       Plaintiffs,           )
                               )
 8  v.                         )
                               )
 9  WALMART, INC. and JETSON   )
    ELECTRIC BIKES, LLC,       )
10                             )
         Defendants.           )
11

12

13                 ORAL DEPOSITION OF

14              DEREK A. KING, M.S., P.E.

15               MONDAY, AUGUST 19, 2024

16

17

18

19

20

21

22  REPORTED BY:

23  DEBRA A. DIBBLE, FAPR, RDR, CRR, CRC, Notary Public

24  California CSR 14345

25  JOB NO. 44990
```

1     A.     Approximately, yeah.

2 BY MR. LAFLAMME:

3     Q.     So in order to get the cells 4 and 10 to

4 short circuit, both of their separators would have

5 had to fail at approximately the same time, correct?

6     A.     Yes.

7     Q.     Have you ever had any other hoverboard

8 cases where you believe there was a short circuit in

9 two different cells at approximately the same time?

10     A.     I have not personally had any other

11 hoverboard cases.

12     Q.     Okay.  How about any other lithium-ion

13 battery cases, any others that you can identify

14 where you believe the -- two of -- at least two of

15 the battery cells within the battery pack failed at

16 approximately the same time due to a short circuit?

17     A.     Not -- nothing comes to mind.

18     Q.     Okay.  If you could pull out your

19 PowerPoint again, and go to the page of the CT scan.

20           Were you able to -- was there any arcing

21 that was found on any wires within the hoverboard?

22     A.     Not that I observed.

23     Q.     Was there any arcing -- or are you aware

24 of any arcing that was found on any wires related to

25 the Wadsworth house at the site?

Page 186

1 battery cases that I've worked on, I believe the

2 vast majority of them involved at least a fire of

3 the cell but not necessarily a structure fire.

4        Q.      You mentioned e-cigarettes.

5        A.      Yes.

6        Q.      How many of those cases have you worked

7 on, that involved an ignition through the

8 lithium-ion battery?

9        A.      I would estimate dozens.   Many.

10       Q.      All right.   Any in which you've been the

11 lead investigator?

12       A.      No.

13       Q.      So in each of those, you've been an

14 assistant investigator?

15       A.      Yes.

16       Q.      And you would not have authored a report

17 for any of those e-cigarette cases that you've just

18 referenced, correct?

19       A.      Correct.

20       Q.      And you wouldn't have provided any

21 testimony with respect to any e-cigarette cases,

22 correct?

23       A.      Correct.

24       Q.      How many lithium-ion batteries are in an

25 e-cig?

 1     A.     Ranges from one to -- one or two is the

 2 most common.

 3     Q.     What's the UL standard applicable to

 4 e-cigarettes?

 5     A.     I don't recall the number.

 6     Q.     It's not UL 2272, is it?

 7     A.     No.

 8     Q.     So aside from the e-cigarette cases in

 9 which you have assisted others, we're aware of the

10 one other hoverboard in which -- case in which you

11 assisted one of your co-workers, correct?

12     A.     Yes.

13     Q.     And then this case, correct?

14     A.     Correct.

15     Q.     Does that run the full list?

16               MR. AYALA:  Form.

17 BY MR. LAFLAMME:

18     Q.     Does that run the full list of

19 lithium-ion battery fire cases that you have worked

20 on?

21     A.     There were some e-bike, electric bike.

22     Q.     Were there e-bike fires?

23     A.     Yes.

24     Q.     Okay.  How many of those have you worked

25 on?

Page 188

1       A.      One, I remember distinctly, but I believe

2 there may have been one or two more.

3       Q.      You were not the primary expert on

4 either -- any of those, were you?

5       A.      Correct.

6       Q.      You have never authored a report related

7 to an e-bike fire case, have you?

8       A.      Correct.

9       Q.      You have not provided any testimony

10 related to an e-bike fire case, correct?

11       A.      Correct.

12       Q.      You were merely an assistant to someone

13 else on those e-bike fire cases, correct?

14                    MR. AYALA:   Form.

15       A.      Correct.

16 BY MR. LAFLAMME:

17       Q.      And, in fact, you weren't even a

18 professional engineer until last year, correct?

19       A.      Correct.

20       Q.      Have we now exhausted the list of all of

21 the lithium-ion battery fire cases that you've

22 worked on?

23       A.      I believe so.

24       Q.      So the only one in which you have

25 actually authored a report related to an alleged