Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH ) | |
| Individually and as Parent and Legal Guardian ) | |
| of W.W., K.W., G.W., and L.W., minor children ) | |
| and MATTHEW WADSWORTH, ) | |
| ) | Case No. 2:23-cv-00118-NDF |
| Plaintiffs, ) | |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **EUGENE M. LAFLAMME IN** |
| WALMART INC. and ) | **SUPPORT OF REPLY TO** |
| JETSON ELECTRIC BIKES, LLC, ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendants. ) | |

I, Eugene M. LaFlamme, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3. Attached as Exhibit 1 are the pertinent portions of Green River Sheriff Department's Detective Sergeant Jeff Sheaman's deposition taken on November 16, 2023.

4. Attached as Exhibit 2 are the pertinent portions of R. Pasborg's deposition taken on May 15, 2023.

5. Attached as Exhibit 3 are the pertinent portions of Plaintiff Stephanie Wadsworth's deposition taken on February 27, 2024.

6. Attached as Exhibit 4 are the pertinent portions of Plaintiffs' fire cause expert Derek King's deposition taken on August 19, 2024.

7. Attached as Exhibit 5 is a true and correct copy of NFPA 921 (2021 ed.) section 6.1.5, and 6.3.21.10.4.1.

8. Attached as Exhibit 6 are the pertinent portions of Plaintiffs' fire origin expert Michael Schultz's deposition taken on September 10, 2024.

9. Attached as Exhibit 7 are the pertinent portions of Green River Fire Department Assistant Fire Chief Bill Robinson's deposition taken on November 15, 2023.

10. Attached as Exhibit 8 is a true and correct copy of Green River Sheriff Department's Detective Sergeant Jeff Sheaman's report dated February 1, 2022.

11. Attached as Exhibit 9 are the pertinent portions of Jetson representative Sam Husain's deposition taken on May 17, 2024.

12. Attached as Exhibit 10 are the pertinent portions of the Donwell Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 23, 2024

Eugene M. LaFlamme