EXHIBIT 2

Page 1

1                    UNITED STATES DISTRICT COURT
                  IN AND FOR THE DISTRICT OF WYOMING
2
3           STEPHANIE WADSWORTH,          )
            individually and as Parent  )
4           and legal guardian of ww, KW)
            GW and LW, minor children of)
5           MATTHEW WADSWORTH,            )
6
7                      Plaintiffs,       )
                                         ) Case No.
8           vs.                          ) 2:23-cv-00118-NDF
                                         )
9           WALMART, INC., and JETSON    )
            ELECTRIC BIKES, LLC          )
10                                       )
                       Defendants,       )
11          _____)
12               DEPOSITION OF RYAN PASBORG
13          Wednesday, November 15, 2023, 9:30 a.m.
14                 Via Zoom video conference
15
16
17                    BE IT REMEMBERED that the
      deposition of RYAN PASBORG was taken by the attorney for the
18    Plaintiffs, GRAYSON GOODY, ESQ., 58 Malaga Cove Plaza, Palos
      Verdes Estates, California 90274 before Christine J. Roybal,
19    Court Reporter for the State of Idaho, in the above-entitled
      matter.
20
21
22
23
24
25

Page 23

1    me ask you that again.

2         I imagine it was pretty cold back in February 2022 in

3    this part of the Wyoming; is that right?

4         A.    That is correct, extremely cold.

5         Q.    Do you recall the temperature on the morning of

6    the incident, by any chance?

7         A.    I do not.

8         Q.    But when I lived in Wyoming it was like one of

9    those things where you had to jump out to your car, start it

10   up, make sure that it's warmed up, scrape the ice shields --

11   scrape the ice off the windshield, that type of thing.  Is

12   that what you did that morning?

13        A.    Yes, sir.

14        Q.    Okay.  So you start the truck, you go back inside,

15   say goodbye to your family, and then about what time do you

16   get back out to your truck and start to leave the house?

17        A.    I would have to guess it would probably be about

18   3:55.

19        Q.    And we don't want you to guess, but would it be

20   your best estimate that it would be about 3:55 in the

21   morning when you got back out to your truck --

22        A.    Yes, sir, yes, sir, that would be my best

23   estimate.

24        Q.    All right.  And we know it was cold outside.  Do

25   you remember, was it snowing, what the weather was like?  I

Page 24

1    know it was probably still dark at that time?

2              A.    It was extremely dark and it was frigid outside.

3    If I recall, it was -- there was a little bit of fog right

4    there in the map, you can actually see there's a river that

5    runs right next to that, which is the Green River, so you

6    have the cold coming off of that so it was a little foggy if

7    I recall right.

8              Q.    You mentioned your plan was to go to work but you

9    had to go pick up your crew first.  The truck you jump into,

10   is that your personal truck or is that a work truck?

11             A.    It's a work truck.

12             Q.    And was your personal truck at the house or where

13   was it?

14             A.    My personal car was at the house, yes, sir.

15             Q.    Got it.  So you jump into your work truck, and

16   what are you driving, by the way?

17             A.    I don't remember the exact year, but it was a

18   Chevy half-ton four-door long bed with a fuel tank, fuel

19   cell and everything in the back.

20             Q.    What color was that truck?

21             A.    White.

22             Q.    So you jump in the car, it's about 3:55 a.m., and

23   you start to drive, I'm assuming, along this route that's

24   marked on Exhibit 2; is that right?

25             A.    That is correct.

Page 25

1        Q.    And at some point during this drive does anything

2    catch your attention, whether it's smoke or fire?

3        A.    I could see the fire.

4        Q.    If you were to tell us where on this map you were

5    when you first saw the fire, could you do that?

6        A.    So I left the house and took the right-hand turn

7    right on to 374 and go to your right, that's a little too

8    far, there's a little hill, yes, sir, right in there there's

9    a little hill and that's about where I could see the fire

10    from.

11        Q.    So along this blue track that we have, it looks

12    like you're indicating you first saw the fire just a little

13    bit before that 374 marker, the first one there; is that

14    correct?

15        A.    That is correct, sir.

16        Q.    And if you can describe for us, what did it look

17    like from that vantage point?

18        A.    I seen the flames and the first thing that ran

19    through my head was I thought somebody was burning their

20    trash.

21        Q.    Did you smell anything at the same time?

22        A.    No.

23        Q.    Got it.  So you see these flames and you think

24    somebody is burning their trash, did you think anything

25    else?

1        A.    And then, yes, sir, instantly, it dawned on me

2    that it was 4:00 o'clock in the morning, that nobody would

3    out there burning their trash at 4:00 a.m.

4        Q.    And it's dark at this time, was it fairly easy to

5    see the flames, were they big flames, were they small

6    flames, can you describe them at all?

7        A.    They were medium sized flames and I could see them

8    pretty well, and then the fog high up in the air, low clouds

9    if you want to call it, you could see the glow off of them.

10        Q.    So once you come to this realization that people

11    wouldn't be burning their trash and this is probably a fire,

12    what do you to?

13        A.    Put the right foot to the floor.

14        Q.    So you put the pedal to the metal and where do you

15    go, just further down to 374?

16        A.    Yes, sir, I head towards the fire.

17        Q.    And as you get closer to the fire, do you notice

18    anything else, has it changed, anything different?

19        A.    The only thing that changed that I realized there

20    was a house on fire.

21        Q.    Where were you when you first realized that it was

22    a house on fire?

23        A.    So if you -- I would assume -- my best estimate

24    would be right actually where that walking sign is, that

25    white square that's telling you how long it will take to you