# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF WYOMING

-ooOoo-

```
STEPHANIE WADSWORTH,          :
Individually and as
Parent and Legal              :
Guardian of W.W., K.W.,
G.W. and L.W., minor          : Case No.
children, and MATTHEW           2:23-cv-00118-NDF JURY
WADSWORTH,                    :

            Plaintiff,        :

v.                            :

WALMART, INC. and JETSON      :
ELECTRIC BIKES, LLC,
                              :
            Defendants.
                              :
_____
```

DEPOSITION OF STEPHANIE WADSWORTH
TAKEN THROUGH
VERITEXT


Taken on Tuesday, February 27, 2024
8:59 a.m. to 12:55 p.m.


At HAMPTON INN
1055 Wild Horse Canyon Road
Green River, Wyoming 82935

Job No. CS6457160
Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC

```
                                                          Page 62
 1          A.    Yes.
 2          Q.    And Matthew is a smoker as well; correct?
 3          A.    Yes.
 4          Q.    Okay.  And how much does he smoke a day?
 5          A.    I don't know.  I'm not him.
 6          Q.    Okay.  Does he -- does it appear that he
 7    roughly smokes consistent with what you smoke per day?
 8          A.    Yes.
 9          Q.    Okay.  And when you smoke a pack a day, I
10    assume cigarettes as opposed to cigars or something
11    else?
12          A.    Correct.
13          Q.    Okay.  Any marijuana use?
14          A.    No.
15          Q.    Any other drug use?
16          A.    No.
17          Q.    How about Matthew?  Any marijuana use for
18    him?
19          A.    No.
20          Q.    Any other drug use for him?
21          A.    No.
22          Q.    How long have you smoked?
23          A.    Twenty years.
24          Q.    Okay.  Any alcohol consumption?
25          A.    Yes.
```

```
 1      Q.    How often is that?
 2      A.    Most days.
 3      Q.    And what's the average daily alcohol
 4   consumption?
 5      A.    I don't know.  I don't keep track.
 6      Q.    Okay.  Is it beer, wine or liquor?
 7      A.    Liquor.
 8      Q.    Okay.  And what's the -- any special type?
 9      A.    Jäger.
10      Q.    Okay.  There is some reference in your
11   records to whisky as well, is that --
12      A.    I consider Jäger whisky.
13      Q.    Oh, okay.  It might be.
14      A.    I think it's actually a liqueur, but I
15   don't know what the difference between a liqueur and a
16   whisky is.
17      Q.    Roughly, how many drinks per day?
18      A.    I don't know.
19      Q.    Okay.  More than five?
20      A.    Yes.
21      Q.    More than ten?
22      A.    Maybe.
23      Q.    Okay.  And was that consistent with before
24   the fire as well?
25      A.    It's worse now.
```

Page 64

1    Q.    Okay.  How was it before the fire?
2    A.    It was --
3    Q.    As far as, what was your average daily
4    alcohol intake?
5    A.    Not a lot less than now.
6    Q.    Okay.  So somewhere around ten or so?
7    A.    Sure.
8    Q.    Have you ever had any alcohol-related
9    treatment?
10   A.    No.
11   Q.    Do you vape at all?
12   A.    No.
13   Q.    Have you ever?
14   A.    I might have --
15   Q.    Not just, like, once or twice, but --
16   A.    Oh, no.
17   Q.    Okay.  How about Matthew, does he vape?
18   A.    Yes.
19   Q.    Did he before the fire?
20   A.    I don't know.
21   Q.    Okay.
22         MR. LAFLAMME:  I'm going to mark this as
23   Exhibit 42.
24              (Exhibit No. 42 was marked
25                  for identification.)

Page 90

```
 1        Q.    Okay.  You would have been outside a little
 2   bit before 2:00 a.m., because 2:00 a.m. is when you
 3   went to bed?
 4        A.    Correct.
 5        Q.    All right.  And how soon before going to
 6   bed do you typically have your last cigarette, within,
 7   like, a half hour?
 8        A.    Yes.
 9        Q.    Okay.  And did you have any alcohol the
10   night of January 31st?
11        A.    Yes.
12        Q.    Okay.  Do you know how much you had that
13   evening?
14        A.    No.
15        Q.    Would it have been a typical day for
16   alcohol consumption for you?
17        A.    Yes.
18        Q.    As far as when you would consume alcohol,
19   is it more at night or is it throughout the day?
20        A.    More at night.
21        Q.    Okay.  So is it once the kids go down --
22        A.    Yes.
23        Q.    -- then you will have some alcohol?
24        A.    Yes.
25        Q.    And do you know, was it Jäger that you were
```

Page 91

```
1    drinking that evening?
2         A.    Yes.
3         Q.    And how do you typically drink it?  Do you
4    have it on ice or in a little shooter or snifter?
5         A.    On ice.
6         Q.    So on ice, in kind of a normal tumbler
7    glass?
8         A.    Well, no, it doesn't go into a glass.  I
9    guess it would be, like, a shot glass.
10        Q.    Okay.  So you're having --
11        A.    It's in the freezer.
12        Q.    You have it in the freezer?
13        A.    Yes.
14        Q.    Okay.  So that's how it is chilled?
15        A.    Yes.
16        Q.    I know that Jäger warm is not that good.
17        A.    Nasty.
18        Q.    All right.  So you keep it in the freezer
19   chilled, and then you pour it into a glass from there?
20        A.    Yes.
21        Q.    Okay.  Any other alcohol besides Jäger you
22   would have had?
23        A.    That night, probably not.  I don't know for
24   sure.
25        Q.    Okay.  Do you drinks beer as well?
```