# EXHIBIT 9

```
                                                              Page 1

 1                UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF WYOMING
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     STEPHANIE WADSWORTH, individually
 4   and as Parent and legal guardian
     of WW, KW, GW and SW, minor
 5   children of MATTHEW WADSWORTH,
 6                         Plaintiffs,    Case No.
                                          2:23-cv-00118-NDF
 7        vs.
 8   WALMART, INC., and JETSON ELECTRIC
     BIKES, LLC,
 9
                           Defendants.
10
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
11
                 VIDEO-RECORDED DEPOSITION OF:
12                CORPORATE REPRESENTATIVE OF
                     JETSON ELECTRIC BIKES
13                        SAM HUSAIN
14          TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15          LOCATED AT:  N19 W24200 Riverwood Drive
                       Waukesha, Wisconsin
16
                        May 17, 2024
17
                     9:36 a.m. to 2:11 p.m.
18
            REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25   JOB NO. 6646833
```

Page 100

1  A.  No.  It would be CPSC counsel that would have
2      consulted so I'm not aware.
3  Q.  Who was the manufacturer for the Jetson Rogue
4      Hoverboard?
5  A.  There was two manufacturers.
6  Q.  Okay.  Who were they?
7  A.  Jomo is one of them and the other one was E-Link.
8      Their full entity names are -- I don't remember.
9      They're long.
10 Q.  Okay.  The components that go into a Hoverboard,
11     whether the Rogue model or the Plasma model, is
12     Jetson involved in selection of the manufacturer of
13     those components?
14 A.  No.
15 Q.  Does Jetson leave that to the manufacturer of the
16     unit?
17 A.  That is correct.
18 Q.  Do you know sitting here today whether the battery or
19     batteries that are installed in the Plasma
20     Hoverboard, if they are the same or different than
21     those installed in the Jetson Rogue?
22 A.  I believe they are different.
23 Q.  What do you rely upon for that?
24 A.  The manufacturer is obviously different than what --
25     where the Rogue was manufactured, and we rely on the

Page 108

1  A.  This would have been done with the guidance of the
2      CPSC counsel.
3  Q.  Okay. Now, if you turn to the second page, this, of
4      course, relates to the Rogue Hoverboard but it states
5      "in cooperation with the US Consumer Product Safety
6      Commission, Jetson Electric Bikes, LLC is conducting
7      a voluntary recall of all Jetson Rogue 42v
8      self-balancing scooters/hoverboards."
9           Did I read that correctly?
10 A.  Yes.
11 Q.  And at least according to this publication by Jetson,
12     the recall of the Rogue boards was a voluntary recall
13     on behalf of Jetson?
14 A.  Correct.
15 Q.  Do you know why the voluntary recall was initiated?
16 A.  Out of abundance of the guidance from CPSC that we
17     did, that we got, and the CPSC counsel, we did it out
18     of abundance.
19 Q.  Abundance of what, caution?
20 A.  That's correct. Sorry, I didn't finish my sentence.
21 Q.  Due to the concerns voiced by the CPSC on the -- on
22     Exhibit 54?
23 A.  I'm not sure if it was exactly this Exhibit 54. I
24     would have to consult with the CPSC counsel on what
25     exact document we had referred to.

Page 110

```
1    Q.   The recall included units manufactured in 2018 and
2         2019, correct?
3    A.   Correct.
4    Q.   Do you know whether or not the units from '18 and '19
5         would have received or been subject to a UL
6         certification renewal during those two years?
7    A.   I do not know.
8    Q.   In the middle portion of this second page it states
9         "no other Jetson Hoverboards are included in the
10        voluntary recall."
11             Whose decision was it not to include any
12        other Jetson Hoverboards in the recall?
13   A.   This was at the guidance of the CPSC counsel.
14   Q.   Did Jetson discuss internally the effect and impact
15        of recalling other or more Hoverboards aside from the
16        Rogue model?
17   A.   No.
18   Q.   Why not?
19             MR. LAFLAMME:  Object to form.
20             THE WITNESS:  At the CPSC guidance and the
21        counsel's guidance, this was only for a Jetson Rogue
22        42v self-balancing scooter as it states here.
23   BY MR. AYALA:
24   Q.   Well, is the CPSC counsel responsible for determining
25        the safety risks or concerns of the Jetson
```

Page 111

1          Hoverboards?
2     A.   The Jetson Rogue Hoverboard, the combination of
3          components that are used in the Jetson 42 volt Rogue
4          Hoverboard are not shared with any other Hoverboard
5          that Jetson manufactured.  Therefore, it is not in
6          any other Hoverboard -- therefore, that's why this
7          letter states no other Hoverboards are included in
8          this voluntary recall.
9     Q.   Where in this voluntary recall does it state that it
10         was in fact the combination of components that
11         resulted in the fire or overheating?
12              MR. LAFLAMME:  Object to form, document
13         speaks for itself.
14    BY MR. AYALA:
15    Q.   Does it say it anywhere?
16              MR. LAFLAMME:  Object to form, document
17         speaks for itself.
18              THE WITNESS:  It states the model and it
19         states the lithium ion battery pack.
20    BY MR. AYALA:
21    Q.   Right.
22    A.   As you stated.  So I would -- my understanding at
23         least from reading this right now would be that they
24         indicate the model and they indicate the battery
25         pack.

Page 116

1        company or counsel.
2   Q.   Before March 30th, 2023, did Jetson know that the
3        battery pack of the Jetson Rogue posed a fire hazard
4        due to overheating?
5   A.   No.
6   Q.   It never received any notice or complaint or concern
7        from anyone including manufacturers about that
8        concern?
9             MR. LAFLAMME:  Object to form.
10            THE WITNESS:  I believe I stated the
11       customer service team might have had some inquiries
12       from customers stating any of those, but again, I
13       don't know the details off the top of my head of
14       those circumstances and the use and et cetera as I
15       mentioned earlier of a product causing a thermal
16       event or a heat.
17  BY MR. AYALA:
18  Q.   And you also don't know the number of complaints
19       received by Jetson relating to overheating concerns
20       or fire hazard concerns with the Rogue prior to this
21       notice by the CPSC?
22  A.   I don't remember the exact number.
23  Q.   Okay.  Prior to the incident that we're here about in
24       February of 2022, did Jetson receive any complaints
25       from customers or concerns from customers relating to

Page 117

1  overheating or fire hazards?
2         MR. LAFLAMME: Object to form.
3         MR. AYALA: Relating to this Hoverboard,
4  the Plasma.
5         MR. LAFLAMME: The Plasma.
6         THE WITNESS: I believe there were two
7  incidents, one of them was settled and another one
8  was determined it was an RC powered battery, an RC
9  car powered battery and was not our product Jetson
10 Plasma.
11 BY MR. AYALA:
12 Q.  Okay. And so those are the only two complaints or
13     concerns that Jetson received prior to February 2022
14     about the Plasma overheating or creating a fire risk,
15     or are you saying that those are the only two claims
16     or potential claims that arose?
17 A.  Those are the two potential claims that arose
18     regarding the product Jetson Plasma.
19 Q.  Okay. And so my question was a little bit different.
20     My question was how many complaints by
21     customers were received prior to February 2022
22     relating to the Plasma and overheating or fire
23     hazard?
24 A.  Those were the two.
25 Q.  Okay. No comments, no emails, no inquiries prior to

1        February 2022 other than the two that you've just
2        described?
3    A.  That is correct in regards to the heating or an
4        overheat of this Jetson Plasma.
5    Q.  Okay.  What other complaints were received relating
6        to the Jetson Plasma that did not relate to the
7        overheating or fire hazard?
8            MR. LAFLAMME:  Object to form, exceeds the
9        scope.  Scope is limited to fire and overheating
10       issues.
11           THE WITNESS:  I don't know that number.
12   BY MR. AYALA:
13   Q.  When a customer voices a concern or a complaint about
14       a product such as the Plasma Hoverboard, who reviews
15       that at Jetson?
16   A.  It would be the customer service team.
17   Q.  Would that have been true back in 2021?
18   A.  Yes.
19   Q.  And 2022?
20   A.  Yes.
21   Q.  And who heads the customer service team?
22   A.  I'm trying to recall.  You're saying, again, back in
23       2021, 2022?
24   Q.  Yeah.
25   A.  I believe it was Devon Ramdan.

Page 123

| | | |
|---|---|---|
| 1 | | complaints, customer complaints or concerns even |
| 2 | | predating her employment with Jetson? |
| 3 | A. | Yes. |
| 4 | Q. | This voluntary recall notice went on and included |
| 5 | | stickers of the UL certification and similar warning |
| 6 | | labels as the Plasma ones that we've already gone |
| 7 | | over, correct? |
| 8 | A. | That is correct. |
| 9 | Q. | Aside from the 2.0 versus 2.5 capacity difference |
| 10 | | between the Rogue and the Plasma, any other |
| 11 | | difference in the battery pack that you're aware of? |
| 12 | A. | That I am aware of, I mean the cell manufacturer is |
| 13 | | obviously going to be different. And when I say the |
| 14 | | cell manufacturer, that's the inside of the battery |
| 15 | | pack. |
| 16 | Q. | Okay. You know that for a fact? |
| 17 | A. | Yes. Sorry, I had to think back. |
| 18 | Q. | That's okay. Who was the cell manufacturer for the |
| 19 | | Plasma battery pack? |
| 20 | A. | I don't remember the exact name. |
| 21 | Q. | How about for the Rogue? |
| 22 | A. | Dongwon. Again, I can't recall the exact full name |
| 23 | | of the cell manufacturer. I would have to look it |
| 24 | | up. |
| 25 | Q. | Okay. Following the voluntary recall or even prior |

Page 148

| | | |
|---|---|---|
| 1 | | have all the manufacturer names on there. |
| 2 | Q. | Does ADX select the component manufacturers that it |
| 3 | | works with? |
| 4 | A. | Yes. |
| 5 | Q. | Does Jetson have any input in that? |
| 6 | A. | Not necessarily. |
| 7 | Q. | Do you know the name of the battery manufacturer for |
| 8 | | the Plasma? |
| 9 | A. | Elite if I'm not mistaken.  E L I T E. |
| 10 | Q. | Has that been the same since 2020? |
| 11 | A. | I believe so. |
| 12 | Q. | That's the same manufacturer as for the Rogue, |
| 13 | | correct? |
| 14 | A. | The battery pack manufacturer? |
| 15 | Q. | Yes, sir. |
| 16 | A. | Yes. |
| 17 | Q. | And I understand as you stated earlier that the cells |
| 18 | | have a different manufacturer between the Rogue and |
| 19 | | the Plasma? |
| 20 | A. | That is correct.  And the capacity, sorry. |
| 21 | Q. | To your knowledge has any individual or entity ever |
| 22 | | concluded that the cells in the Rogue battery pack |
| 23 | | were what was causing the risk of fire? |
| 24 | A. | No. |
| 25 | Q. | Simply that it was an issue with the battery pack? |