Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Eugene M. LaFlamme (Admitted pro hac vice)
Jared B. Giroux (Admitted pro hac vice)
Jillian L. Lukens (Admitted pro hac vice)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | )<br>)<br>)<br>) Case No. 2:23-cv-00118-NDF |
| Plaintiffs, | ) |
| v. | ) **DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S MOTION TO BIFURCATE TRIAL FOR PURPOSES OF LIABILITY AND DAMAGES**; MEMORANDUM IN SUPPORT OF MOTION |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) |
| Defendants. | ) |

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLP and McCoy

Leavitt Laskey LLC, hereby move this Court to bifurcate the trial for purposes of liability and damages. Defendants further move this Court to bifurcate the punitive damages phase from the remainder of the trial.

This Motion is made pursuant to Rules 42(b) of the Federal Rules of Civil Procedure and is supported by the Memorandum in Support of Motion attached hereto, the records, files, and pleadings herein.

The Motion will be heard by the Honorable Scott P. Klosterman at the United States District Court for the District of Wyoming, 2120 Capitol Avenue Cheyenne, WY 82001, and on a date and time to be set by the Court.

In accordance with this Court's Local Rule 7.1(b)(1)(a), the undersigned certifies that legal counsel for Defendants has in good faith conferred with legal counsel for Plaintiffs on these issues.

**McCOY LEAVITT LASKEY LLC**

Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

Dated: January 22, 2025          By: _____
Eugene M. LaFlamme *(pro hac vice)*
Jared B. Giroux *(pro hac vice)*
Jillian L. Lukens (*pro hac vice*)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

and

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220

3

Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Case 2:23-cv-00118-KHR   Document 137   Filed 01/22/25   Page 3 of 3