Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Eugene M. LaFlamme (Admitted pro hac vice)
Jared B. Giroux (Admitted pro hac vice)
Jillian L. Lukens (Admitted pro hac vice)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | Case No. 2:23-cv-00118-NDF |
| Plaintiffs, | **DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S MOTIONS *IN LIMINE*; MEMORANDUM IN SUPPORT OF MOTIONS; DECLARATION IN SUPPORT** |
| v. | |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | |
| Defendants. | |

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLP and McCoy Leavitt Laskey LLC, hereby submit their Motions *in Limine* 1 through 5.

This Motion is made pursuant to Federal Rules of Evidence, the Court's Amended Scheduling Order (Doc. 78), the Court's inherent powers, and is based upon the exhibits, declaration, Memorandum in Support of Motion, the pleadings on file in this matter and on any further evidence or matters that may be presented to the Court.

The Motion will be heard by the Honorable Scott P. Klosterman at the United States District Court for the District of Wyoming, 2120 Capitol Avenue Cheyenne, WY 82001, and on a date and time to be set by the Court.

In accordance with this Court's Local Rule 7.1(b)(1)(a), the undersigned certifies that legal counsel for Defendants has in good faith conferred with legal counsel for Plaintiffs on these motions.

                              **McCOY LEAVITT LASKEY LLC**

                              Attorneys for Defendants, Jetson Electric Bikes, LLC and Walmart Inc.

Dated: January 22, 2025        By: _/s/_____
                              Eugene M. LaFlamme *(pro hac vice)*
                              Jared B. Giroux *(pro hac vice)*
                              Jillian L. Lukens *(pro hac vice)*
                              McCoy Leavitt Laskey, LLC
                              N19 W24200 Riverwood Drive, Suite 125
                              Waukesha, WI 53188
                              (P) 262-522-7000
                              elaflamme@MLLlaw.com
                              jgiroux@MLLlaw.com
                              jlukens@MLLlaw.com

and

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com