Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH ) | |
| Individually and as Parent and Legal Guardian ) | |
| of W.W., K.W., G.W., and L.W., minor children ) | |
| and MATTHEW WADSWORTH, ) | |
| ) | Case No. 2:23-cv-00118-NDF |
| Plaintiffs, ) | |
| ) | DEFENDANTS JETSON |
| ) | ELECTRIC BIKES, LLC AND |
| **v.** ) | WALMART INC.'S MOTIONS |
| ) | *IN LIMINE*; MEMORANDUM |
| WALMART INC. and ) | IN SUPPORT OF MOTIONS; |
| JETSON ELECTRIC BIKES, LLC, ) | **DECLARATION IN SUPPORT** |
| ) | |
| Defendants. ) | |

I, Eugene M. LaFlamme, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3. Attached as Exhibit 1 are the pertinent portions of Jetson representative Sam Husain's deposition taken on May 17, 2024.

4. Attached as Exhibit 2 are the pertinent portions of Plaintiffs' fire cause expert Derek King's deposition taken on August 19, 2024.

5. Attached as Exhibit 3 are the pertinent portions of the *Kaufman* Complaint filed October 19, 2022.

6. Attached as Exhibit 4 are the pertinent portions of Plaintiffs' fire origin expert Michael Schultz's deposition taken on September 10, 2024.

7. Attached as Exhibit 5 are the pertinent portions of the *Donwell* Complaint.

8. Attached as Exhibit 6 is the CPSC Hoverboard Safety Alert issued November 2017, previously marked as Exhibit 54 in the deposition of Jetson representative, Sam Husain.

9. Attached as Exhibit 7 are the pertinent portions of plaintiffs treating counselor Malinda Tollefson's deposition taken on August 28, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 22, 2025

Eugene M. LaFlamme