```
 1               UNITED STATES DISTRICT COURT
 2             IN AND FOR THE DISTRICT OF WYOMING
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     STEPHANIE WADSWORTH, individually
 4   and as Parent and legal guardian
     of WW, KW, GW and SW, minor
 5   children of MATTHEW WADSWORTH,
 6                        Plaintiffs,   Case No.
                                        2:23-cv-00118-NDF
 7        vs.
 8   WALMART, INC., and JETSON ELECTRIC
     BIKES, LLC,
 9
                         Defendants.
10
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
11
                 VIDEO-RECORDED DEPOSITION OF:
12                CORPORATE REPRESENTATIVE OF
                      JETSON ELECTRIC BIKES
13                        SAM HUSAIN
14          TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15          LOCATED AT:  N19 W24200 Riverwood Drive
                         Waukesha, Wisconsin
16
                         May 17, 2024
17
                     9:36 a.m. to 2:11 p.m.
18
           REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25   JOB NO. 6646833
```

Page 10

```
 1            or served in.
 2     A.     Prior to this was director of product development,
 3            and that is the only other role I have had in this
 4            company.
 5     Q.     Okay.  Describe for the ladies and gentlemen of the
 6            jury that might see this deposition or read the
 7            transcript what some of your duties and
 8            responsibilities are as VP of product development.
 9     A.     Sure.  My job is to go source product for the brand
10            which is Jetson, develop the product as well and work
11            with our customers on -- and follow the market trends
12            on the product demand and the product development
13            needs for that year, that season, that quarter.
14     Q.     Okay.  When you say source the product for the brand,
15            what does that mean?
16     A.     Source meaning we would -- I would go out to look for
17            a product that is in demand or in need or is asked
18            for, and that is done overseas at the manufacturing
19            plants, manufacturing partners, and that's what
20            sourcing defines in our industry.
21     Q.     Okay.  Perhaps my layman's understanding but Jetson
22            Electric Bikes LLC, is that the corporate name?
23     A.     That is.
24     Q.     Jetson imports and distributes and sells electric
25            bikes?
```

1  A.  Correct.
2  Q.  Hoverboards?
3  A.  Correct.
4  Q.  Electric scooters?
5  A.  Correct.
6  Q.  Any other products?
7  A.  Nonelectric scooters.
8  Q.  Okay.
9  A.  Nonelectric bikes.  That should cover the majority.
10     There is also, sorry, there is also electric
11     ride-ons.  Those are like the little cars that kids
12     would ride.  That should be it.
13 Q.  Of those various products that Jetson imports and
14     sells or distributes, which one of them is the best
15     seller for Jetson?
16 A.  I would probably say electric bikes has been the
17     category that's been the top selling.
18 Q.  Okay.  Has that changed over the years meaning some
19     years maybe another one of the products was selling
20     better and then eventually electric bikes kind of
21     took over?
22 A.  Sure, it varies from season to season, time to time,
23     year to year.
24 Q.  Have you always sold Hoverboards, electric bikes and
25     electric scooters?

Page 100

1  A.  No.  It would be CPSC counsel that would have
2      consulted so I'm not aware.
3  Q.  Who was the manufacturer for the Jetson Rogue
4      Hoverboard?
5  A.  There was two manufacturers.
6  Q.  Okay.  Who were they?
7  A.  Jomo is one of them and the other one was E-Link.
8      Their full entity names are -- I don't remember.
9      They're long.
10 Q.  Okay.  The components that go into a Hoverboard,
11     whether the Rogue model or the Plasma model, is
12     Jetson involved in selection of the manufacturer of
13     those components?
14 A.  No.
15 Q.  Does Jetson leave that to the manufacturer of the
16     unit?
17 A.  That is correct.
18 Q.  Do you know sitting here today whether the battery or
19     batteries that are installed in the Plasma
20     Hoverboard, if they are the same or different than
21     those installed in the Jetson Rogue?
22 A.  I believe they are different.
23 Q.  What do you rely upon for that?
24 A.  The manufacturer is obviously different than what --
25     where the Rogue was manufactured, and we rely on the

Page 108

| | | |
|---|---|---|
| 1 | A. | This would have been done with the guidance of the |
| 2 | | CPSC counsel. |
| 3 | Q. | Okay.  Now, if you turn to the second page, this, of |
| 4 | | course, relates to the Rogue Hoverboard but it states |
| 5 | | "in cooperation with the US Consumer Product Safety |
| 6 | | Commission, Jetson Electric Bikes, LLC is conducting |
| 7 | | a voluntary recall of all Jetson Rogue 42v |
| 8 | | self-balancing scooters/hoverboards." |
| 9 | | Did I read that correctly? |
| 10 | A. | Yes. |
| 11 | Q. | And at least according to this publication by Jetson, |
| 12 | | the recall of the Rogue boards was a voluntary recall |
| 13 | | on behalf of Jetson? |
| 14 | A. | Correct. |
| 15 | Q. | Do you know why the voluntary recall was initiated? |
| 16 | A. | Out of abundance of the guidance from CPSC that we |
| 17 | | did, that we got, and the CPSC counsel, we did it out |
| 18 | | of abundance. |
| 19 | Q. | Abundance of what, caution? |
| 20 | A. | That's correct.  Sorry, I didn't finish my sentence. |
| 21 | Q. | Due to the concerns voiced by the CPSC on the -- on |
| 22 | | Exhibit 54? |
| 23 | A. | I'm not sure if it was exactly this Exhibit 54.  I |
| 24 | | would have to consult with the CPSC counsel on what |
| 25 | | exact document we had referred to. |

Page 110

1   Q.   The recall included units manufactured in 2018 and
2        2019, correct?
3   A.   Correct.
4   Q.   Do you know whether or not the units from '18 and '19
5        would have received or been subject to a UL
6        certification renewal during those two years?
7   A.   I do not know.
8   Q.   In the middle portion of this second page it states
9        "no other Jetson Hoverboards are included in the
10       voluntary recall."
11            Whose decision was it not to include any
12       other Jetson Hoverboards in the recall?
13  A.   This was at the guidance of the CPSC counsel.
14  Q.   Did Jetson discuss internally the effect and impact
15       of recalling other or more Hoverboards aside from the
16       Rogue model?
17  A.   No.
18  Q.   Why not?
19            MR. LAFLAMME:  Object to form.
20            THE WITNESS:  At the CPSC guidance and the
21       counsel's guidance, this was only for a Jetson Rogue
22       42v self-balancing scooter as it states here.
23  BY MR. AYALA:
24  Q.   Well, is the CPSC counsel responsible for determining
25       the safety risks or concerns of the Jetson

Page 111

1        Hoverboards?
2    A.  The Jetson Rogue Hoverboard, the combination of
3        components that are used in the Jetson 42 volt Rogue
4        Hoverboard are not shared with any other Hoverboard
5        that Jetson manufactured.  Therefore, it is not in
6        any other Hoverboard -- therefore, that's why this
7        letter states no other Hoverboards are included in
8        this voluntary recall.
9    Q.  Where in this voluntary recall does it state that it
10       was in fact the combination of components that
11       resulted in the fire or overheating?
12               MR. LAFLAMME:  Object to form, document
13       speaks for itself.
14   BY MR. AYALA:
15   Q.  Does it say it anywhere?
16               MR. LAFLAMME:  Object to form, document
17       speaks for itself.
18               THE WITNESS:  It states the model and it
19       states the lithium ion battery pack.
20   BY MR. AYALA:
21   Q.  Right.
22   A.  As you stated.  So I would -- my understanding at
23       least from reading this right now would be that they
24       indicate the model and they indicate the battery
25       pack.

Page 116

1       company or counsel.
2   Q.  Before March 30th, 2023, did Jetson know that the
3       battery pack of the Jetson Rogue posed a fire hazard
4       due to overheating?
5   A.  No.
6   Q.  It never received any notice or complaint or concern
7       from anyone including manufacturers about that
8       concern?
9               MR. LAFLAMME:  Object to form.
10              THE WITNESS:  I believe I stated the
11      customer service team might have had some inquiries
12      from customers stating any of those, but again, I
13      don't know the details off the top of my head of
14      those circumstances and the use and et cetera as I
15      mentioned earlier of a product causing a thermal
16      event or a heat.
17  BY MR. AYALA:
18  Q.  And you also don't know the number of complaints
19      received by Jetson relating to overheating concerns
20      or fire hazard concerns with the Rogue prior to this
21      notice by the CPSC?
22  A.  I don't remember the exact number.
23  Q.  Okay.  Prior to the incident that we're here about in
24      February of 2022, did Jetson receive any complaints
25      from customers or concerns from customers relating to

Page 117

```
 1        overheating or fire hazards?
 2                 MR. LAFLAMME:  Object to form.
 3                 MR. AYALA:  Relating to this Hoverboard,
 4        the Plasma.
 5                 MR. LAFLAMME:  The Plasma.
 6                 THE WITNESS:  I believe there were two
 7        incidents, one of them was settled and another one
 8        was determined it was an RC powered battery, an RC
 9        car powered battery and was not our product Jetson
10        Plasma.
11   BY MR. AYALA:
12   Q.   Okay.  And so those are the only two complaints or
13        concerns that Jetson received prior to February 2022
14        about the Plasma overheating or creating a fire risk,
15        or are you saying that those are the only two claims
16        or potential claims that arose?
17   A.   Those are the two potential claims that arose
18        regarding the product Jetson Plasma.
19   Q.   Okay.  And so my question was a little bit different.
20                 My question was how many complaints by
21        customers were received prior to February 2022
22        relating to the Plasma and overheating or fire
23        hazard?
24   A.   Those were the two.
25   Q.   Okay.  No comments, no emails, no inquiries prior to
```

1    February 2022 other than the two that you've just
2    described?
3  A. That is correct in regards to the heating or an
4    overheat of this Jetson Plasma.
5  Q. Okay. What other complaints were received relating
6    to the Jetson Plasma that did not relate to the
7    overheating or fire hazard?
8         MR. LAFLAMME: Object to form, exceeds the
9    scope. Scope is limited to fire and overheating
10    issues.
11         THE WITNESS: I don't know that number.
12  BY MR. AYALA:
13  Q. When a customer voices a concern or a complaint about
14    a product such as the Plasma Hoverboard, who reviews
15    that at Jetson?
16  A. It would be the customer service team.
17  Q. Would that have been true back in 2021?
18  A. Yes.
19  Q. And 2022?
20  A. Yes.
21  Q. And who heads the customer service team?
22  A. I'm trying to recall. You're saying, again, back in
23    2021, 2022?
24  Q. Yeah.
25  A. I believe it was Devon Ramdan.

Page 123

1      complaints, customer complaints or concerns even
2      predating her employment with Jetson?
3   A. Yes.
4   Q. This voluntary recall notice went on and included
5      stickers of the UL certification and similar warning
6      labels as the Plasma ones that we've already gone
7      over, correct?
8   A. That is correct.
9   Q. Aside from the 2.0 versus 2.5 capacity difference
10     between the Rogue and the Plasma, any other
11     difference in the battery pack that you're aware of?
12  A. That I am aware of, I mean the cell manufacturer is
13     obviously going to be different.  And when I say the
14     cell manufacturer, that's the inside of the battery
15     pack.
16  Q. Okay.  You know that for a fact?
17  A. Yes.  Sorry, I had to think back.
18  Q. That's okay.  Who was the cell manufacturer for the
19     Plasma battery pack?
20  A. I don't remember the exact name.
21  Q. How about for the Rogue?
22  A. Dongwon.  Again, I can't recall the exact full name
23     of the cell manufacturer.  I would have to look it
24     up.
25  Q. Okay.  Following the voluntary recall or even prior

Page 139

1  Q.  Has that give or take 20 been true as of 2020 all the
2      way through current?
3  A.  Give or take, yes.
4  Q.  If some of the public records indicate that Jetson
5      has or has had an annual revenue exceeding $15
6      million a year, you wouldn't have any knowledge one
7      way or another on that issue?
8              MR. LAFLAMME:  Object to form, exceeds the
9      scope.
10             THE WITNESS:  I would not.
11             MR. AYALA:  Give me, how about we take a
12     couple minutes, and I'll review my notes and see if
13     we're just about done.
14             THE VIDEO OPERATOR:  We're going to go off
15     the record at 1:38 p.m. with the end of media unit
16     No. 3.
17             (Recess taken.)
18             THE VIDEO OPERATOR:  We're back on the
19     record at the beginning of media No. 4 at 1:43 p.m.
20     Counsel, you may proceed.
21 BY MR. AYALA:
22 Q.  When shipments come from China, does Jetson take
23     possession of those shipments or are they distributed
24     directly to the retailers?
25             MR. LAFLAMME:  Talking all products?

Page 140

1                MR. AYALA:  Just the Hoverboards.
2                THE WITNESS:  It varies retailer by
3        retailer.  All in the Hoverboard category.  Sorry.
4        It's a little complicated but I can explain.
5    BY MR. AYALA:
6    Q.   Uncomplicate it for me.
7    A.   So in regards to the Plasma, Plasma was an exclusive
8         product for Wal-Mart.  What I mean by exclusive, it
9         is only sold either at Wal-Mart or Wal-Mart.com and
10        then maybe on Ride Jetson which is our website
11        because it's consumer.  And for Wal-Mart specifically
12        it is brought in from overseas into a warehouse in
13        California and from there it's distributed out to the
14        Wal-Mart DCs or the consumer DCs.
15   Q.   Okay.
16   A.   And from there it goes to the stores.
17   Q.   And so Jetson really never takes possession of those
18        units, specifically talking about the Plasma, they
19        never take possession of the units when they are
20        coming from overseas?
21   A.   We do.  The warehouse that it gets into from the port
22        to the warehouse, that is a Jetson --
23   Q.   In California you're talking about?
24   A.   In California, sorry.
25   Q.   And then from there it goes to the Wal-Mart

| | | |
|---|---|---|
| 1 | | distribution centers throughout? |
| 2 | A. | That is correct. |
| 3 | Q. | Okay. |
| 4 | A. | And then from there it goes to the stores. |
| 5 | Q. | Gotcha. |
| 6 | A. | Sorry to add on. |
| 7 | Q. | Do the Plasma Hoverboards already come boxed meaning |
| 8 | | in the box that they are presented to the customer in |
| 9 | | or does that take place in California? |
| 10 | A. | They are boxed as it would be -- they're boxed, call |
| 11 | | it sealed because they're taped, and they would be |
| 12 | | loaded into a container overseas from the container |
| 13 | | to California. |
| 14 | Q. | Gotcha.  All of the -- the design of the unit, the |
| 15 | | manufacturer of the unit and its components and the |
| 16 | | boxing of the units takes place overseas; is that |
| 17 | | fair? |
| 18 | A. | You said something that I should correct.  Design of |
| 19 | | the box? |
| 20 | Q. | No, no, the design of the unit. |
| 21 | A. | Yes. |
| 22 | Q. | The design of the box takes place over here. |
| 23 | A. | That is correct. |
| 24 | Q. | In the United States? |
| 25 | A. | That is correct. |

Page 147

1  A.  Sorry, have I given you --
2  Q.  The names of all of the manufacturers for the Plasma
3      Hoverboard unit and components?
4  A.  I don't believe I've given you the name of the
5      manufacturer of the Plasma Hoverboard, I just gave
6      you the owner's name.
7  Q.  So what are the names of the manufacturers?
8  A.  ADX is the manufacturer's name.
9  Q.  A as in apple?
10 A.  ADX, yup, apple, David, x-ray.  That's their name
11     that they go by.  I don't know if there is like a
12     Chinese entity name that's a little different but
13     usually is.
14 Q.  Where in China are they located?
15 A.  Yuyang.
16 Q.  Has it been the same manufacturer for the Plasma
17     since 2020?
18 A.  Yes.
19 Q.  Are they the only manufacturer for the Plasma?
20 A.  That is correct.
21 Q.  How about for the Plasma components.  What are the
22     names of those manufacturers that you deal with?
23 A.  I don't have all those names off the top of my head,
24     but the manufacturer where this is ADX, they would
25     have the -- they would have a UL report which would

Page 148

| | | |
|---|---|---|
| 1 | | have all the manufacturer names on there. |
| 2 | Q. | Does ADX select the component manufacturers that it |
| 3 | | works with? |
| 4 | A. | Yes. |
| 5 | Q. | Does Jetson have any input in that? |
| 6 | A. | Not necessarily. |
| 7 | Q. | Do you know the name of the battery manufacturer for |
| 8 | | the Plasma? |
| 9 | A. | Elite if I'm not mistaken.  E L I T E. |
| 10 | Q. | Has that been the same since 2020? |
| 11 | A. | I believe so. |
| 12 | Q. | That's the same manufacturer as for the Rogue, |
| 13 | | correct? |
| 14 | A. | The battery pack manufacturer? |
| 15 | Q. | Yes, sir. |
| 16 | A. | Yes. |
| 17 | Q. | And I understand as you stated earlier that the cells |
| 18 | | have a different manufacturer between the Rogue and |
| 19 | | the Plasma? |
| 20 | A. | That is correct.  And the capacity, sorry. |
| 21 | Q. | To your knowledge has any individual or entity ever |
| 22 | | concluded that the cells in the Rogue battery pack |
| 23 | | were what was causing the risk of fire? |
| 24 | A. | No. |
| 25 | Q. | Simply that it was an issue with the battery pack? |

```
                                                        Page 160
 1                   C E R T I F I C A T E
 2       STATE OF WISCONSIN )
                            ) SS
 3       MILWAUKEE COUNTY   )
 4              I, VICKY L. ST. GEORGE, Registered Merit
 5       Reporter and Notary Public in and for the State of
 6       Wisconsin, do hereby certify that the preceding deposition
 7       was recorded by me and reduced to writing under my
 8       personal direction.
 9              I further certify that said deposition was
10       taken at the offices of McCOY, LEAVITT, LASKEY LAW, N19
11       W24200 Riverwood Drive, Waukesha, Wisconsin on
12       May 17, 2024, commencing at 9:36 a.m. and concluding at
13       2:11 p.m.
14              I further certify that I am not a relative or
15       employee or attorney or counsel of any of the parties, or
16       a relative or employee of such attorney or counsel, or
17       financially interested directly or indirectly in this
18       action.
19              In witness whereof, I have hereunto set my hand
20       and affixed my seal of office at Milwaukee, Wisconsin,
21       this 21st day of May, 2024.
22              [signature: Vicky L. St. George]
23                              _____
24                              VICKY L. ST. GEORGE
                                Notary Public in and for the
25                              State of Wisconsin
                                Commission Expires 1/29/2025
```