# EXHIBIT "A"

```
                                                         Page 1

 1                     UNITED STATES DISTRICT
              IN AND FOR THE DISTRICT OF WYOMING
 2

 3      STEPHANIE WADSWORTH, Individually   Case No.
        and as Parent and Legal Guardian    2:23-cv-00118-NDF
 4      of W.W., K.W., G.W., and L.W.,
        minor children, and MATTHEW
 5      WADSWORTH,
 6               Plaintiffs,
 7      vs.
 8      WALMART, INC., and JETSON
        ELECTRIC BIKES, LLC,
 9
                 Defendants.
10      _____
11         REMOTE VIDEO DEPOSITION OF JOSEPH RAYMOND FILAS
                        December 17, 2024
12      _____
13      APPEARANCES:
14      ON BEHALF OF THE PLAINTIFFS:
                RUDWIN AYALA, ESQ.
15              Morgan & Morgan, P.A.
                1700 Palm Beach Lakes Boulevard, Suite 500
16              West Palm Beach, Florida  33401
                Phone:  561-764-2220
17              Email:  rayala@forthepeople.com
18      ON BEHALF OF THE DEFENDANTS:
                JARED GIROUX, ESQ.
19              McCoy Leavitt Laskey
                202 US Route 1, Suite 200
20              Falmouth, Maine  04105
                Phone:  207-387-6929
21              Email:  jgiroux@mlllaw.com
22      ALSO PRESENT: Walter Mathern, Videographer
                      Corey McMillan, Veritext Concierge
23
24
25
```

Page 79

1              A.    Correct.

2                    MR. GIROUX:  Form.

3                    THE DEPONENT:  Correct.

4              Q.    (By Mr. Ayala)  There's no evidence to

5      suggest that she didn't attempt to put out her cigarette

6      before exiting the shed, correct?

7                    MR. GIROUX:  Form.

8                    THE DEPONENT:  There would be no physical

9      evidence left after that fire.

10             Q.    (By Mr. Ayala)  And by way of even

11     testimony, there's no evidence to suggest that she never

12     attempted to put out that cigarette, correct?

13             A.    I would have to go back and review the

14     deposition, but I don't -- I don't think I can review

15     today that she said specifically whether "I extinguished

16     the cigarette," or exactly how she extinguished the

17     cigarette.  I think there was testimony that she just,

18     you know, discarded the cigarette in an ashtray -- one of

19     the ashtrays.

20             Q.    Have you done -- related to this case, have

21     you done any type of testing as to this smoldering

22     analysis of a cigarette?

23             A.    I conducted thought experiments in

24     compliance with NFPA 921.  And I'm sorry, can you repeat

25     the question again.