Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
          greyson@GoodyLawGroup.com
*Attorneys for Plaintiffs*

T. Michael Morgan, Esq*
Florida Bar No.: 062229
Rudwin Ayala, Esq*
Florida Bar No.: 84005
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
          rayala@forthepeople.com
**Pro Hac Vice Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-NDF <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION TO EXCUSE COUNSEL
## FROM ATTENDING THE FINAL PRETRIAL CONFERENCE

Pursuant to Local Rule 16.2(a), Plaintiffs, through undersigned counsel,

respectfully submit this motion requesting that the Court excuse attorneys Taly

Goody (local counsel) and T. Michael Morgan, from attending the Pretrial Conference scheduled for February 11, 2025, at 2:00 p.m. In support of this motion, Plaintiffs state as follows:

1.      Mr. Rudwin Ayala is lead counsel and has been actively involved in this case throughout the entire litigation. Mr. Ayala has consulted with opposing counsel and there were no objections to the motion sough. The parties conferred and agreed that attorney Rudwin Ayala will attend the Pretrial Conference on behalf of all Plaintiffs. All other counsel listed above will be excused from participation in the conference. This agreement reflects the mutual consent of both parties and ensures proper representation at the hearing.

2.      Accordingly, Plaintiffs respectfully request that the Court issue an order excusing attorneys Taly Goody and T. Michael Morgan, from attending the Pretrial Conference scheduled for February 11, 2025. A proposed order is attached for the Court's consideration.

Date: January 29, 2025              Respectfully Submitted,

                                     /s/ Rudwin Ayala_____
                                    **RUDWIN AYALA, Esq**.*
                                    Florida Bar No.: 84005
                                    **MORGAN & MORGAN, P.A**
                                    1700 Palm Beach Lakes Blvd, Suite 500
                                    West Palm Beach, FL 33401
                                    Telephone: (561) 764-2220
                                    Emails: rayala@forthepeople.com

sleroy@forthepeople.com
*Admitted Pro Hac Vice*

And,
*/s/ Taly Goody*
**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GREYSON M. GOODY, ESQ.**
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Emails: taly@GoodyLawGroup.com
        greyson@GoodyLawGroup.com
*Local Counsel*

*/s/ T. Michael Morgan*
**T. MICHAEL MORGAN, ESQ**.*
Florida Bar No.: 062229
Kentucky Bar No.: 94856
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Emails: mmorgan@forthepeople.com
        akelseyflowers@forthepeople.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2025, a true and correct copy of the foregoing was electronically served to all counsel of record.

Counsel for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com

Jared B. Giroux – jguiroux@MLLlaw.com

Jillian L. Lukens – jlukens@MLLlaw.com

/s/ Rudwin Ayala
**RUDWIN AYALA, ESQ.**\*
**MORGAN & MORGAN, P.A**
Florida Bar No.: 84005
*Admitted Pro Hac Vice*