# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC<br><br>Defendants. | Case No. 2:23-cv-00118-NDF<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXCUSE COUNSEL FROM ATTENDING THE PRETRIAL CONFERENCE

The Court, having reviewed the *Joint Motion to Excuse Counsel from Attending the Pretrial Conference* and finding good cause shown, hereby ORDERS as follows:

1. Attorneys Taly Goody (local counsel), and T. Michael Morgan are excused from attending the Pretrial Conference scheduled for February 11, 2025, at 2:00 p.m.

2. Attorney Rudwin Ayala is authorized to attend the Pretrial Conference on behalf of all Plaintiffs.

IT IS SO ORDERED.

DATED:

BY THE COURT:

_____
Scott P. Klosterman
United States Magistrate Judge