# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF |

**ORDER GRANTING ADMISSION PRO HAC VICE OF KEITH R. MITNIK AS COUNSEL FOR PLAINTIFFS STEPHANIE WADSWORTH, INDIVIDUALLY AND AS PARENT AND LEGAL GUARDIAN OF W.W., K.W., G.W., AND L.W., MINOR CHILDREN AND MATTHEW WADSWORTH**

**THIS MATTER** having come before the Court upon the motion of counsel for the Plaintiffs Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Keith R. Mitnik, as Pro Hac Vice counsel in the District of Wyoming. The Court has reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Keith R. Mitnik hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this _____ day of _____, 2025.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE