# EXHIBIT “A”

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHANIE WADSWORTH, individually and as Parent and legal guardian of WW, KW, GW and SW, minor children of MATTHEW WADSWORTH,

Plaintiffs, Case No. 2:23-cv-00118-NDF

vs.

WALMART, INC., and JETSON ELECTRIC BIKES, LLC,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIDEO-RECORDED DEPOSITION OF:
CORPORATE REPRESENTATIVE OF
JETSON ELECTRIC BIKES
SAM HUSAIN

TAKEN AT: McCOY, LEAVITT, LASKEY LAW
LOCATED AT: N19 W24200 Riverwood Drive
Waukesha, Wisconsin

May 17, 2024

9:36 a.m. to 2:11 p.m.

REPORTED BY: VICKY L. ST. GEORGE, RMR.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOB NO. 6646833

A. Yes.
Q. Back in 2022 was the manufacturer of the Jetson Rogue lithium battery the same as the manufacturer of the Jetson Plasma lithium battery?
A. Of the battery itself?
Q. Yes, sir.
A. Yes.
Q. So the lithium batteries in the Jetson Rogue that's referenced in 55 --
A. Um-hum.
Q. -- Exhibit 55, would have been manufactured by the same company that -- Strike that.
The lithium battery manufacturer of the Jetson Rogue was the same lithium battery manufacturer for the Jetson Plasma that the Wadsworth family owned, correct?
A. The manufacturer of the battery pack?
Q. Yes, sir.
A. Yes.
Q. Okay. And I understand other components, for instance, you know, the wheels or the foot plate or what have you, those may have different manufacturers. However, the battery itself was manufactured by the same company?
A. Yes, but it's a different spec of a battery.

Q. Okay. Describe what you mean.
A. So yes, the manufacturer is the same. I'll just use a layman's example -- maybe not. It's the manufacturer is the same but it's two different models.
Q. Got it.
A. If that makes sense.
Q. It does make sense. Are you familiar with the differences between the lithium battery in the Plasma versus the one in this Rogue from 2022?
A. The specifications?
Q. Yes, sir.
A. Yes.
Q. And what are some of the differences in the specs between the Plasma battery that the Wadsworths owned and the Hoverboard the Wadsworths owned and the battery that was in the Jetson Rogue?
A. The capacity of the cell that goes into the battery pack are different.
Q. Okay. Anything else?
A. And I am almost -- actually, I shouldn't -- I'm not sure but usually when the battery pack is different, there is something called the BMS system which is the brain of the battery, that is also different.
Q. Okay. Are you -- is that, the BMS being different

between the Plasma and the Rogue, is that something that you're unsure of or are you sure that it would have been different?
A. I am unsure -- sorry, I'm sure it's different but I'm unsure of the differences. Sorry if I missed that answer.
Q. That makes sense. What's the difference in capacity between the two?
A. The one that's here for the Rogue, the capacity was 2 amp hour, and the one that's the Jetson Plasma here is a 2.5 amp hour.
Q. Higher capacity in the Plasma?
A. Correct.
Q. Are you familiar with how a higher capacity of cells in the battery of the Plasma affects and impacts any potential risk of fire or explosion?
A. The difference here is .5, so my personal knowledge it's very minimal.
Q. Okay. So they're pretty similar in capacity?
A. Sure.
MR. LAFLAMME: Object to form.
BY MR. AYALA:
Q. This Exhibit 55 goes on to state that "CPSC has secured a strong recall remedy designed to get Jetson Rogue Hoverboards away from consumers as quickly as

company or counsel.

Q. Before March 30th, 2023, did Jetson know that the battery pack of the Jetson Rogue posed a fire hazard due to overheating?

A. No.

Q. It never received any notice or complaint or concern from anyone including manufacturers about that concern?

MR. LAFLAMME: Object to form.

THE WITNESS: I believe I stated the customer service team might have had some inquiries from customers stating any of those, but again, I don't know the details off the top of my head of those circumstances and the use and et cetera as I mentioned earlier of a product causing a thermal event or a heat.

BY MR. AYALA:

Q. And you also don't know the number of complaints received by Jetson relating to overheating concerns or fire hazard concerns with the Rogue prior to this notice by the CPSC?

A. I don't remember the exact number.

Q. Okay. Prior to the incident that we're here about in February of 2022, did Jetson receive any complaints from customers or concerns from customers relating to

overheating or fire hazards?

MR. LAFLAMME: Object to form.

MR. AYALA: Relating to this Hoverboard, the Plasma.

MR. LAFLAMME: The Plasma.

THE WITNESS: I believe there were two incidents, one of them was settled and another one was determined it was an RC powered battery, an RC car powered battery and was not our product Jetson Plasma.

BY MR. AYALA:

Q. Okay. And so those are the only two complaints or concerns that Jetson received prior to February 2022 about the Plasma overheating or creating a fire risk, or are you saying that those are the only two claims or potential claims that arose?

A. Those are the two potential claims that arose regarding the product Jetson Plasma.

Q. Okay. And so my question was a little bit different.

My question was how many complaints by customers were received prior to February 2022 relating to the Plasma and overheating or fire hazard?

A. Those were the two.

Q. Okay. No comments, no emails, no inquiries prior to