# EXHIBIT "B"



# CPSC Safety Alert

# Hoverboard Safety Alert

Since September 2015, CPSC has warned the public about the dangers posed by hoverboards. CPSC is aware of more than 300 self-balancing scooter/hoverboard incidents related to fires or overheating. In March 2017, a 2-year-old girl and her 10-year-old sister died in a house fire ignited by a hoverboard in Harrisburg, Pennsylvania. In addition, CPSC has reports of burn injuries, smoke inhalation injuries and millions of dollars in property damage related to hoverboards.

**CPSC recommends that consumers who own or use hoverboards take these steps to reduce the risk of fire:**



- Use only chargers supplied with the hoverboard.

- Only charge a hoverboard when you are there to watch it. Do not charge an unattended hoverboard, especially overnight.

- Keep away from flammable items while charging or even storing your hoverboard.

- Check for recalls. Go to [www.CPSC.gov](www.CPSC.gov) to see if the hoverboard has been recalled. Stop using a recalled hoverboard immediately.

- Have working smoke alarms and fire extinguishers on every level of your home, outside sleeping areas, and inside each bedroom.

- Report incidents involving hoverboards overheating, smoking, or catching fire to CPSC at [www.Saferproducts.gov](www.Saferproducts.gov).

- Hoverboards should be compliant with the UL 2272 safety standard. However, even UL 2272 compliance cannot guarantee that a hoverboard will not overheat or catch fire.

**How can you tell if your hoverboard is UL 2272 compliant?**

- Look for a certification mark for self-balancing scooters or personal e-Mobility on the packaging and on the product. These labels are your indication that you have a UL 2272 compliant product.

- Any third party certification body that is accredited for UL 2272 product certification is acceptable to confirm compliance.

---

**U.S. CONSUMER PRODUCT SAFETY COMMISSION  •  (800) 638-2772  •  www.cpsc.gov  •  www.SaferProducts.gov**

# CPSC Safety Alert

- If you purchased your hoverboard before January 29, 2016, then your hoverboard is not UL 2272 compliant.

- Buy from a reputable source. If the price seems significantly lower than the cost of other hoverboards, the unit may not be UL 2272 compliant.

- Never purchase a hoverboard from a kiosk, a secondhand seller, or an online retailer without proof that the hoverboard is compliant with the UL 2272 safety standard.

- Many sellers/retailers claim to have UL-compliant battery packs, chargers or other components, but this does not mean they are UL 2272 compliant. UL 2272 covers the entire hoverboard unit, not just individual parts.

- If you are still unsure if the hoverboard is UL 2272 compliant, ask questions. Ask the seller/retailer to provide you with documentation of compliance with UL 2272 for the product.

4/2018