Timothy M. Stubson, Wyo. Bar. No. 6-3144
Holly Tysse Wyo. Bar. No. 7-5553
Brandon E. Pryde Wyo. Bar. No. 8-6883
Crowley Fleck, PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-265-2279
tstubson@crowleyfleck.com
htysse@crowleyfleck.com
bpryde@crowleyfleck.com

and

Eugene M. LaFlamme *(admitted pro hac vice)*
Jared B. Giroux *(admitted pro hac vice)*
Jillian L. Lukens *(admitted pro hac vice)*
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No. 2:23-cv-00118-NDF <br><br> **DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTIONS *IN LIMINE*; DECLARATION IN SUPPORT** |

I, Eugene M. LaFlamme, state as follows:

1. I am an attorney at McCoy Leavitt Laskey LLC located in Waukesha, Wisconsin.

2. I am one of the attorneys of record for Defendants, Jetson Electric Bikes, LLC and Walmart Inc., admitted *pro hac vice* on August 24, 2023.

3. Attached as Exhibit 1 are the pertinent portions of Stephanie Wadsworth's deposition taken on February 27, 2024.

4. Attached as Exhibit 2 is a copy of the email transmitting Plaintiffs' Response to Second Request For Production of Jetson Electric with the attachment which Plaintiffs titled "Smoking Shed pictures_S. Wadsworth".

5. Attached as Exhibit 3 are the pertinent portions of Plaintiffs' fire origin expert Michael Schultz's deposition taken on September 10, 2024.

6. Attached as Exhibit 4 are the pertinent portions of expert Gregory Gorbett's deposition taken on October 24, 2024.

7. Attached as Exhibit 5 are the pertinent portions of expert Brian N. Strandjord's deposition taken on November 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 29, 2025

Eugene M. LaFlamme