# EXHIBIT 2

| | |
|---|---|
| From: | Samanda Leroy x23123 |
| To: | Eugene M. LaFlamme; Jillian L. Lukens; Angie Hinrichs; htysse@crowleyfleck.com; tstubson@crowleyfleck.com; bpryde@crowleyfleck.com; jguiroux@MLLlaw.com; Sandy Corrigan |
| Cc: | Nycolle Harding; Taly Goody; Greyson Goody; Maki Wilson; Hilda Galvez; Rudwin Ayala x31665; 13320575@inbox.forthepeople.com; Phillip; 13320575@inbox.forthepeople.com |
| Subject: | SERVICE OF DOCUMENT re Stephanie Wadsworth et al., v. Walmart, Inc. et al. (Case No.: 2:23-cv-00118-NDF) |
| Date: | Friday, April 19, 2024 3:49:12 PM |
| Attachments: | image001.png<br>Plaintiffs Responses to Second RFP of Jetson Electric Bikes LLC_ S. Wadsworth et al v. Walmart Inc et al.pdf |

Please be informed that the attached document(s) has/have electronically been served.

Please click on this link to access the ⬜ Smoking Shed pictures_ S. Wadsworth

| Court Identity: | United States District Court In and For The District of Wyoming |
|---|---|
| Case No.: | 2:23-cv-00118-NDF |
| Initial Parties (Plaintiff): | Stephanie Wadsworth et al |
| Initial Parties (Defendant): | Walmart, Inc. and Jetson Electric Bike, LLC |
| Title of document(s) served: | Plaintiffs' Responses to Jetson Electric Bikes, LLC., Second Request for Production |
| Sending Attorney's Name: | Rudwin Ayala , Esq. |
| Sending Attorney's Phone Number: | (561) 764-2220 |
| Sending Attorney's Designated Email: | Primary E-mail address: rayala@forthepeople.com<br>Secondary E-mail address: sleroy@forthepeople.com |

Best regards,

Samanda Leroy
Litigation Paralegal

**P:** (689) 219-2092
**F:** (689) 219-2192
**A:** 20 N Orange Ave, Suite 1600, Orlando, FL 32801



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

Samanda Leroy
Litigation Paralegal

**P:** (689) 219-2092