**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, | Case No.: 2:23-cv-00118-KHR |
| Plaintiffs, | |
| v. | |
| WALMART, INC. and JETSON ELECTRIC BIKES, LLC, | |
| Defendants. | |

<u>**PLAINTIFFS' AFFIDAVIT IN SUPPORT OF MOTION**</u>
<u>**FOR ADMISSION TO APPEAR *PRO HAC VICE***</u>

Pursuant to Superior Court Civil Rule 84.2(b), the undersigned requests permission to appear *pro hac vice* and participate in this litigation on behalf of the Plaintiffs. In support of this request, the undersigned counsel affirms the following:

1.      I, Andrew F. Knopf, am an attorney with Paul Knopf Bigger,  1560 N. Orange Avenue, Suite 300, Winter Park, FL 32789, Email: andrew@pkblawfirm.com, telephone number (407) 622-2111.

2.  I have been admitted to practice in the following courts:

**State Courts:**
**Florida State Court**, Admitted 9/18/2003

1

**U.S. District Courts:**
**U.S.D.C for the Middle District of Florida,** admitted 10/15/2003
**U.S.D.C for the Northern District of Florida,** admitted 6/27/2005
**U.S.D.C for the Southern District of Florida,** admitted 10/20/2005

3.      No written disciplinary proceedings have ever been brought against me by any disciplinary authority in any jurisdiction. I have never been publicly sanctioned by any court.

4.      I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.      I acknowledge that local counsel, Taly Goody, is required to be fully prepared to represent the client at any time, in any capacity.

6.      I acknowledge and submit to being subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

ACCORDINGLY, Plaintiff respectfully submits this Affidavit in support of the Motion for Admission for Andrew F. Knopf to appear *pro hac vice.*

Date: February 5, 2025                    Respectfully Submitted,

*/s/ Andrew F. Knopf, Esq.\**
**ANDREW F. KNOPF, ESQ.**
Florida Bar No.: 658871
**PAUL | KNOPF | BIGGER**
1560 N. Orange Ave. Suite 300
Winter Park, FL32789
Ph.: (407) 622-2111
Email: andrew@pkblawfirm.com
Email: abla@pkblawfirm.com

Email: teamAFK@pkblawfirm.com
*Pro Hac Vice Pending*
*Counsel for the Plaintiffs*

**TALY GOODY, ESQ.**
Wyoming Bar No.: 8-6737
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2025, a true and correct copy of

the foregoing was electronically filed with the Clerk of Court using the CM/ECF

system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taly Goody*
Taly Goody