UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ANDREW F. KNOPF AS COUNSEL FOR PLAINTIFFS**

**THIS MATTER** having come before the Court upon the motion of counsel for the Plaintiff Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Andrew F. Knopf as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Andrew F. Knopf is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all

proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

  **IT IS FURTHER ORDERED** that within three (3) business days, Pro Hac Counsel shall obtain E-filing access via PACER and file a Notice of Attorney Appearance – (Pro Hac Vice).

  **DATED** this _____ day of February, 2025.

                _____
                 SCOTT P. KLOSTERMAN
                 UNITED STATES MAGISTRATE JUDGE