## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-NDF |

## NOTICE OF APPEARANCE (PRO HAC VICE)

Keith R. Mitnik, attorney with Morgan and Morgan, P.A. gives notice of his appearance as counsel for Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth. All pleadings, papers, and correspondence concerning this action should be sent to the undersigned attorney of record.

Date: February 6, 2025  Respectfully Submitted,

*/s/ Keith R. Mitnik, Esq.\**
**Keith R. Mitnik, Esq.**
Florida Bar No.: 436127
Kentucky Bar No.: 96001
Tennessee Bar No.: 021836
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414

Primary Email:
kmitnik@forthepeople.com

Secondary Email:
cvtyler@forthepeople.com

**TALY GOODY, ESQ.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

*Pro Hac Vice*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Keith R. Mitnik*
Keith R. Mitnik