| | |
|---|---|
| Taly Goody, Esq. | T. Michael Morgan, Esq.* |
| Wyoming Bar No.: 8-6737 | Florida Bar No.: 062229 |
| Greyson M. Goody, Esq. | Rudwin Ayala, Esq.* |
| GOODY LAW GROUP | Florida Bar No.: 84005 |
| 58 Malaga Cove Plaza | MORGAN & MORGAN, P.A |
| Palos Verdes Estates, CA 90274 | 20 N. Orange Ave, Suite 1600 |
| Telephone: (310) 893-1983 | Orlando, FL 32801 |
| Email: taly@GoodyLawGroup.com | Telephone: (407) 420-1414 |
| greyson@GoodyLawGroup.com | Email: mmorgan@forthepeople.com |
| | rayala@forthepeople.com |
| | * *Pro Hac Vice* |
| | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, | Case No.: 2:23-cv-00118-KHR |
| Plaintiffs, | |
| v. | |
| WALMART, INC. and JETSON ELECTRIC BIKES, LLC, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF
## PLAINTIFFS' MOTIONS IN LIMINE (ECF NO. 141)

Plaintiffs, through undersigned counsel, give notice that they are hereby withdrawing Plaintiffs' Motions in Limine (ECF No. 141), filed on January 22, 2025.

Date: February 7, 2025.                     Respectfully Submitted,

                                            */s/ T. Michael Morgan, Esq.*
                                            **T. Michael Morgan, Esq.**
                                            Florida Bar No.: 062229
                                            **Rudwin Ayala, Esq***

Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
rayala@forthepeople.com

**TALY GOODY, Esq.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

*\*Pro Hac Vice*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ T. Michael Morgan*
T. Michael Morgan