| | |
|---|---|
| Taly Goody, Esq. | T. Michael Morgan, Esq.* |
| Wyoming Bar No.: 8-6737 | Florida Bar No.: 062229 |
| Greyson M. Goody, Esq. | Rudwin Ayala, Esq.* |
| GOODY LAW GROUP | Florida Bar No.: 84005 |
| 58 Malaga Cove Plaza | MORGAN & MORGAN, P.A |
| Palos Verdes Estates, CA 90274 | 20 N. Orange Ave, Suite 1600 |
| Telephone: (310) 893-1983 | Orlando, FL 32801 |
| Email: taly@GoodyLawGroup.com | Telephone: (407) 420-1414 |
| greyson@GoodyLawGroup.com | Email: mmorgan@forthepeople.com |
| | rayala@forthepeople.com |
| | **\*** *Pro Hac Vice* |
| | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR |

### PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUE LEAD COUNSEL AND EXCUSE RUDWIN AYALA FROM ATTENDING THE PRETRIAL CONFERENCE

Plaintiffs', by and through their undersigned counsel, respectfully request for attorney, T. Michael Morgan, to be substituted as lead counsel. Additionally, we request that attorney, Rudwin Ayala, be excused from attending the Pre-Trial conference scheduled for tomorrow, February 11, 2025, at 2:00 pm.

Pursuant to Local Rule 7.1 (b)(1)(A), Counsel for Plaintiffs have conferred with defense counsel and they have stated they have no objections to this motion.

WHEREFORE, Plaintiffs respectfully request entry of an Order granting this Motion to Substitute Lead Counsel as stated herein, and allow attorney, Rudwin Ayala, to be excused from attending the Pre-Trial Conference on February 11, 2025.

Date: February 10, 2025.                                   Respectfully Submitted,

*/s/ T. Michael Morgan, Esq.*\*
**T. Michael Morgan, Esq.**
Florida Bar No.: 062229
**Rudwin Ayala, Esq**\*
Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
rayala@forthepeople.com
*\*Pro Hac Vice*


And,
**TALY GOODY, Esq.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Counsel for Defendants: Walmart Inc., and Jetson Electric Bikes LLC:
Eugene M. LaFlamme – eflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com

*/s/ T. Michael Morgan*
T. Michael Morgan
Florida Bar No.: 062229