| | |
|---|---|
| Taly Goody, Esq. | T. Michael Morgan, Esq.* |
| Wyoming Bar No.: 8-6737 | Florida Bar No.: 062229 |
| Greyson M. Goody, Esq. | Rudwin Ayala, Esq.* |
| GOODY LAW GROUP | Florida Bar No.: 84005 |
| 58 Malaga Cove Plaza | MORGAN & MORGAN, P.A |
| Palos Verdes Estates, CA 90274 | 20 N. Orange Ave, Suite 1600 |
| Telephone: (310) 893-1983 | Orlando, FL 32801 |
| Email: taly@GoodyLawGroup.com | Telephone: (407) 420-1414 |
| greyson@GoodyLawGroup.com | Email: mmorgan@forthepeople.com |
| | rayala@forthepeople.com |
| | **\*** *Pro Hac Vice* |
| | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL AND EXCUSE RUDWIN AYALA FROM ATTENDING THE PRE-TRIAL CONFERENCE**

COMES NOW on this _____ day of February, 2025, upon consideration of Plaintiffs' Motion to Substitute T. Michael Morgan as lead counsel, and to excuse attorney, Rudwin Ayala, from attending the Pre-Trial Conference on February 11, 2025, it is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED**.

BY THE COURT:

_____
JUDGE SCOTT P. KLOSTERMAN
U.S.D.C. FOR THE DISTRICT OF WYOMING