Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com

T. Michael Morgan, Esq.*
Florida Bar No.: 062229
Rudwin Ayala, Esq.*
Florida Bar No.: 84005
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com
rayala@forthepeople.com
**Pro Hac Vice*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR |

## <u>PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>

In response to this honorable Court's Order to Show Cause (Doc 156) on February 6, 2025, Plaintiffs file this response.

The cases cited in this Court's order to show cause were not legitimate.

Our internal artificial intelligence platform "hallucinated" the cases in question while assisting our attorney in drafting the motion in limine.

This matter comes with great embarrassment and has prompted discussion and action regarding the training, implementation, and future use of artificial intelligence within our firm.

This serves as a cautionary tale for our firm and all firms, as we enter this new age of artificial intelligence.

Date: February 10, 2025.                    Respectfully Submitted,

                                            /s/ T. Michael Morgan, Esq.*
                                            **T. Michael Morgan, Esq.**
                                            Florida Bar No.: 062229
                                            **Rudwin Ayala, Esq***
                                            Florida Bar No.: 84005
                                            **MORGAN & MORGAN, P.A**
                                            20 N. Orange Ave, Suite 1600
                                            Orlando, FL 32801
                                            Telephone: (407) 420-1414
                                            Email: mmorgan@forthepeople.com
                                            rayala@forthepeople.com
                                            *Pro Hac Vice*


                                            And,

                                            **TALY GOODY, Esq.**
                                            Wyoming Bar No.: 8-6737
                                            **GOODY LAW GROUP**
                                            58 Malaga Cove Plaza
                                            Palos Verdes Estates, CA 90274
                                            Telephone: (310) 893-1983
                                            Primary Email:
                                            Taly@GoodyLawGroup.com

                                            *Counsel for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 10, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Counsel for Defendants: Walmart Inc., and Jetson Electric Bikes LLC:
Eugene M. LaFlamme – eflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com

*/s/ T. Michael Morgan*
T. Michael Morgan
Florida Bar No.: 062229
