# FINAL PRETRIAL CONFERENCE

☐ This minute sheet also contains a Minute Order

**4:00 pm, 2/11/25**

**Margaret Botkins**
**Clerk of Court**

Date: 02/11/2025                           Case No.   23-CV-118-KHR
Time: 2:03 - 3:13 PM

STEPHANIE WADSWORTH                     VS WALMART INC et al

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Jack Martin |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s):   Andrew Knopf, Timothy Michael Morgan

Attorney(s) for Defendant(s): Eugene LaFlamme, Holly Tysse, Jared Giroux

TRIAL DATE:  03/03/2025        Length: 12 days        Location: Cheyenne, Courtroom 1

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
|  |  |  |  |

☐ Counsel to report to chambers at _____ on the first day of Trial.
☑ Jury selection discussed with counsel.    Time allowed for voir dire by counsel:  40 minutes
☑ Opening statements discussed with counsel.    Time allowed:   40 minutes - Opening statements
☑ Video testimony expected.                                                60 minutes - Closing statements
Plaintiff anticipates Zoom witnesses

☑ Jurors permitted to take notes during trial.
☐ Jurors permitted to ask questions during trial.
☑ Witnesses sequestered during trial.
☑ All other standard final pretrial issues discussed with counsel.  Written Order to follow.

Upon request from parties, the Court will set a hearing for 2/28/25 at 1:30 PM to address plaintiff's proffer of substantial similarities.