IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No. 2:23-CV-118-KHR |

**ATTACHMENT B: DEFENDANTS' TRIAL EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS**

WALMART INC. ("Walmart") and JETSON ELECTRIC BIKES, LLC ("Jetson"), (collectively "Defendants"), by and through their attorneys, Crowley Fleck PLLP and McCoy Leavitt Laskey LLC, for their trial exhibit list state as follows:

| Exhibit No. | Description | File Name | Objections (Cite Fed.R.Evid) | Category A, B, C | Offered | Admit/ Not Admitted (A)-(NA) |
|---|---|---|---|---|---|---|
| A | Plasma Manual (Jetson 0001-0021) | | | A | | |
| B | Plasma Warning Labels (Jetson 0022-0023) | | | A | | |
| C | Consumer Testing Laboratories report (WM-Wadsworth 00015-00112) | | | A | | |
| D | TestCoo Sample Plasma | | Rule 403, Rule | B | | |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Report |   | 802 |   |   |   |
| E | Plasma UL 2272 Certificate of Compliance (Jetson 0574-0575) |   |   | A |   |   |
| F | UL 2272 Plasma Test Record (Jetson 0322-0332) |   |   | A |   |   |
| G | Battery Cell UL 2580 report (Jetson 0311-0321) |   |   | A |   |   |
| H | First Floor Diagram from Gorbett Report |   |   | A |   |   |
| I | Photo of melted smoking shed (M. Wadsworth Dep. Ex. 29) |   | Rule 403 (Also objecting based upon terminology of what's depicted in photo, which is subject of Plaintiffs' Motion in Limine) | B |   |   |
| J | Photo of bedroom window and smoking shed area (Pasborg Dep. 4) |   |   | A |   |   |
| K | Photo of bedroom window and smoking shed area (Sheaman Dep. 19) |   |   | A |   |   |
| L | Photo of camper (M. Wadsworth Dep. Ex. 35) |   |   | A |   |   |
| M | Photo of garage doors (Pasborg Dep. Ex. 5) |   |   | A |   |   |
| N | Property aerial photo (Pasborg Dep. Ex. 3) |   |   | A |   |   |
| O | Photo of electrical panel (Sheaman Dep. Ex. 21) |   |   | A |   |   |
| P | Matterport screen shots (Robinson Dep. Ex. 14) and other applicable screen shots from Matterport |   |   | A |   |   |
| Q | Matterport Diagram |   |   | A |   |   |
| R | CT scan screen shots including: King Dep. Exs. 76, 77, and 80, screen shots from Sudler expert report and other applicable screen shots |   |   | A |   |   |
| S | X-rays of hoverboard and |   |   | A |   |   |

|    |                                                                                                                           |   |                              |   |   |   |
|----|---------------------------------------------------------------------------------------------------------------------------|---|------------------------------|---|---|---|
|    | components including King Dep. Ex. 78 and other x-ray images of hoverboard                                                |   |                              |   |   |   |
| T  | Hoverboard photos including King Dep. Ex. 79, photos from Sudler expert report and other applicable photos of the subject hoverboard |   |                              | A |   |   |
| U  | Melting Temperature of Common Materials Table (Sudler Report Figure 22)                                                   |   | Rule 403, Rule 802           | B |   |   |
| V  | Closed loop electrical system for hoverboard diagram (Sudler Report Figure 20)                                            |   | Rule 403, Rule 802           | B |   |   |
| W  | IEC Internal short circuit test for a cylindrical cell photos (Sudler Report Figure 17)                                   |   | Rule 403, Rule 802           | B |   |   |
| X  | ISC Implantation – Active to Active (Sudler Report Figure 26)                                                             |   | Rule 403, Rule 802           | B |   |   |
| Y  | Foil to Foil ISC Activation (Sudler Report Figure 27)                                                                     |   | Rule 403, Rule 802           | B |   |   |
| Z  | IECEE Certificate for battery cells (Sudler Report Figure 19)                                                             |   | Rule 403, Rule 802           | B |   |   |
| AA | IEC Internal Short Circuit Test (Sudler Report Figure 17)                                                                 |   | Rule 403, Rule 802           | B |   |   |
| BB | Photos of exemplar hoverboard, battery pack and component parts from King expert file                                     |   |                              | A |   |   |
| CC | Sudler photos from Oct. 31, 2023 joint evidence exam                                                                      |   | Possibly cumulative - Rule 403. | B |   |   |
| DD | Sudler photos from Feb. 29, 2024 joint hoverboard exam                                                                    |   | Possibly cumulative - Rule 403. | B |   |   |
| EE | Strandjord arc damage photos from site inspection                                                                         |   | Possibly cumulative - Rule 403. | B |   |   |
| FF | Strandjord arc damage                                                                                                     |   | Possibly                     | B |   |   |

3

|    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|
|    | photos from Oct. 31, 2023 joint evidence exam |    | cumulative - Rule 403. |    |    |    |
| GG | Strandjord exterior house photos |    | Possibly cumulative - Rule 403. | B |    |    |
| HH | Strandjord electrical panel photos |    | Possibly cumulative - Rule 403. | B |    |    |
| II | Strandjord bedroom 4 photos |    | Possibly cumulative - Rule 403. | B |    |    |
| JJ | Strandjord electrical photos from Oct. 31, 2023 joint evidence exam |    | Possibly cumulative - Rule 403. | B |    |    |
| KK | Strandjord electrical diagram |    | Rule 403 | B |    |    |
| LL | Photo of Wadsworth house from 2018 MLS listing |    | Rule 401, Rule 403 | B |    |    |
| MM | Gorbett timeline |    | Rule 403 | B |    |    |
| NN | Gorbett shed test burn photos and/or video |    | Rule 401, Rule 403, Rule 802 | B |    |    |
| OO | Gorbett thermocouple tree at bedroom doorway graphs (Gorbett Report Figures 18 and 22) |    | Rule 802 | B |    |    |
| PP | Gorbett stills and/or video from computer fire model simulations |    | Rule 802 | B |    |    |
| QQ | FDS User's Guide |    | Rule 401, Rule 403, Rule 602, Rule 802, Rule 901. | B |    |    |
| RR | FDS Verification Guide |    | Rule 401, Rule 403, Rule 602, Rule 802, Rule 901. | B |    |    |
| SS | FDS Validation Guide |    | Rule 401, Rule 403, Rule 602, Rule 802, Rule 901. | B |    |    |
| TT | Filas bedroom 4 site photos |    | Possibly cumulative - Rule | B |    |    |

|     |                                                      |   |                                                                                                       |                   |   |   |
|-----|------------------------------------------------------|---|-------------------------------------------------------------------------------------------------------|-------------------|---|---|
|     |                                                      |   | 403.                                                                                                  |                   |   |   |
| UU  | Filas exterior house photos                          |   | Possibly cumulative - Rule 403.                                                                       | B                 |   |   |
| VV  | Filas kitchen and hallway photos                     |   | Possibly cumulative - Rule 403.                                                                       | B                 |   |   |
| WW  | Filas shed remains/debris photos                     |   | Possibly cumulative - Rule 403.                                                                       | B                 |   |   |
| XX  | Filas basement photos                                |   | Possibly cumulative - Rule 403.                                                                       | B                 |   |   |
| YY  | Filas refrigerator photos on                         |   | Possibly cumulative - Rule 403.                                                                       | B                 |   |   |
| ZZ  | Applicable portions of UL 2580                       |   | Rule 106, Plaintiffs reserve the right to raise objections following review of the proposed exhibit   | Reserve A, B, C   |   |   |
| AAA | Applicable portions of UL 2272                       |   | Rule 106, Plaintiffs reserve the right to raise objections following review of the proposed exhibit   | Reserve A, B, C   |   |   |
| BBB | Applicable portions of NFPA 921                      |   | Rule 106, Plaintiffs reserve the right to raise objections following review of the proposed exhibit   | Reserve A, B, C   |   |   |
| CCC | Applicable portions of NFPA 1033                     |   | Rule 106, Plaintiffs reserve the right to raise objections following review of the proposed exhibit   | Reserve A, B, C   |   |   |
| DDD | Applicable portions of the The Ignition Handbook by  |   | Rule 401, Rule 403,                                                                                   | B                 |   |   |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Vytenis Babrauskus | | Rule 602, Rule 802, Rule 901. | | | |
| EEE | Applicable portions of Smoldering Fires book by Vytenis Babrauskus | | Rule 401, Rule 403, Rule 602, Rule 802, Rule 901. | B | | |
| FFF | Portions of Ashley Merrell body camera video | | Rule 106 | B | | |
| GGG | Portions and/or still photos from body camera video that show fire at time first responders arrived | | Rule 106 | B | | |
| HHH | Portions of M. Wadsworth recorded interview with Detective Sheaman | | Rule 106, Rule 403, Rule 802 | B | | |
| III | Portions of Wadsworth children interview with Detective Sheaman | | Rule 106, Rule 403, Rule 802 | B | | |
| JJJ | Poly Outdoor Storage Drum ("Smoking Shed") product information | | Plaintiffs reserve the right to raise objections following review of the proposed exhibit | Reserved A, B, C | | |
| KKK | The Science Behind the Development and Performance of Reduced Ignition Propensity Cigarettes article by Richard Baker, Steven Coburn, Chuan Liu and Kevin McAdam | | Rule 401, Rule 403, Rule 602, Rule 802, Rule 901 | B, C | | |
| LLL | Activities of Daily Living Questionnaire (Snyder Dep Ex. 67) | | | A | | |
| MMM | Applicable portions of Dollar Value of a Day Tables 223, 224, 225 | | Rule 106 | B | | |
| NNN | OEWS State Occupational Employment and Wage Estimates | | Rule 401, Rule 403 | B | | |
| OOO | Rowsey Schedule 1-11D (Rowsey Dep. Ex. 111) | | Rule 403, Rule 802 | B | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| PPP | Life Care Plan Summary pg. 70-71 (Johnson Dep. Ex. 5) | | Rule 403, Rule 802 | B | | |
| QQQ | Exemplar Plasma hoverboard | | Reserve potential objection until counsel can review the proposed exemplar. | Reserve B | | |
| RRR | House Rules (Nuttall Dep. Ex. 48) | | Rule 401, Rule 403 | B | | |
| SSS | House Diagram (Schulz Dep. Ex. 100) | | | A | | |
| TTT | Recs. K.W. Castle Rock Medical Center | | Rule 401, Rule 403, Rule 802 | B | | |
| UUU | Recs. G.W. Castle Rock Medical Center | | Rule 401, Rule 403, Rule 802 | B | | |
| VVV | Recs. L.W. Castle Rock Medical Center | | Rule 401, Rule 403, Rule 802 | B | | |
| WWW | Recs. W.W. Castle Rock Medical Center | | | A | | |
| XXX | Recs. L.W. Professional Counseling Services | | Rule 401, Rule 403, Rule 802 | B | | |
| YYY | K.W. School Records | | Rule 401, Rule 403, Rule 802 | B | | |
| ZZZ | G.W. School Records | | Rule 401, Rule 403, Rule 802 | B | | |
| AAAA | L.W. School Records | | Rule 401, Rule 403, Rule 802 | B | | |
| BBBB | W.W. School Records | | Rule 401, Rule 403, Rule 802 | B | | |
| CCCC | Schulz invoices | | Rule 403, Rule 802 | B | | |
| DDDD | King invoices | | Rule 403, Rule 802 | B | | |
| EEEE | Snyder invoices | | Rule 403, Rule 802 | B | | |
| FFFF | Demonstrative animations and/or aides | | Plaintiffs reserve the right to raise objections following review of the proposed exhibit. | Reserved A, B, C | | |

Defendants hereby reserve the right to amend this list prior to trial. Defendants further

7

reserve the right to use any of the following:

1. Any and all discovery responses;
2. Any and all documents produced in discovery;
3. Any and all documents obtained through record subpoenas;
4. Any and all pleadings;
5. Any and all exhibits to be used for impeachment or rebuttal;
6. Any and all deposition transcripts or sworn testimony for any witness that has been provided in this case or in other matters;
7. Any and all demonstrative evidence necessary and/or pertaining to any expert witness opinions;
8. Any and all deposition exhibits;
9. Any and all exhibits identified by Plaintiffs; and
10. Any and all documents from any expert files.

Following review of Defendants' Exhibit List, Plaintiffs reserve the right to raise any additional objections following receipt of the physical exhibits.