IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No. 2:23-CV-118-KHR |

## ATTACHMENT C: PLAINTIFFS' WITNESS LIST FOR TRIAL

Plaintiffs **will call** the following witnesses:

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 1. | **Stephanie Wadsworth**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |
| 2. | **Matthew Wadsworth**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |
| 3. | **K.W., a minor**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |
| 4. | **G.W., a minor**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |
| 5. | **L.W., a minor**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |
| 6. | **W.W., a minor**<br>c/o Plt. Counsel | Plaintiff | Will Call | In-Person |

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 7. | **Ryan Pasborg**<br>1700 Swanson Dr., Lot No. 90<br>Rock Springs, WY 82901 | Fact Witness | Will Call | In-Person |
| 8. | **Sergeant Jeff Sheaman**<br>Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100<br>Rock Springs, WY 82901 | Fact Witness/ First Responder | Will Call | In-Person |
| 9. | **Fire Chief William Robinson**<br>Green River Fire Dept.<br>500 Shoshone Ave, Green River, WY 82935 | Fact Witness/ First Responder | Will Call | In-Person |
| 10. | **Corporate Representative for Jetson Electric Bikes, LLC**<br>c/o McCoy Leavitt Laskey<br>N19 W24200 Riverwood Dr., Suite 125<br>Waukesha, WI 53188 | Defendant | Will Call | In-Person or by Video Deposition |
| 11. | **Corporate Representative for Walmart, Inc.**<br>c/o McCoy Leavitt Laskey<br>N19 W24200 Riverwood Dr., Suite 125<br>Waukesha, WI 53188 | Defendant | Will Call | In-Person or by Video Deposition |
| 12. | **Dr. Christopher LaChapelle**<br>University of Utah Hospital 50 North Medical Drive, Suite AA24, Salt Lake City, UT 84132 | Treating Provider | Will Call | Zoom Video Conference or by Video Deposition |
| 13. | **Dr. Scott Sulentich**<br>Rock Springs Plastic Surgery Center<br>1180 College Dr Ste 3-3 Rock Springs, WY 82901 | Treating Provider | Will Call | Zoom Video Conference or by Video Deposition |

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 14. | **Lavonne Wadsworth**<br>1600 State Highway 374, Green River, WY 82935 | Fact Witness | Will Call | In-Person |
| 15. | **Lonnie Wadsworth**<br>1600 State Highway 374, Green River, WY 82935 | Fact Witness | Will Call | In-Person |
| 16. | **Michael Schulz**<br>915 Highland Pointe Dr., #250<br>Roseville, CA 95678 | Plt. Expert | Will Call | In-Person |
| 17. | **Derek King**<br>808 Gilman Street<br>Berkeley, CA 94710 | Plt. Expert | Will Call | In-Person |
| 18. | **Ronald Snyder, MD**<br>668 N. Orange Ave., Ste 1018<br>Maitland, FL 32751 | Plt. Expert | Will Call | In-Person |
| 19. | **Charity A. Rowsey, CPA**<br>PO Box 6326<br>Helena, MT 59604 | Def. Expert | Will Call | In-Person or by Video Deposition |
| 20. | **Asst. Fire Chief Larry Erdmann**<br>Green River Fire Dept.<br>500 Shoshone Ave, Green River, WY 82935 | Fact Witness/ First Responder | May Call | In-Person or by Video Deposition |

Plaintiffs **may call** the following witnesses:

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 21. | **Asst. Fire Chief Jacob Ribordy** 982 Harrison Drive, Rock Springs, WY 82901 | Fact Witness/ First Responder | May Call | In-Person |
| 22. | **Former Deputy John Hansen** 35 Basco Avenue Farson, WY 82932 | Fact Witness/ First Responder | May Call | In-Person or by Video Deposition |
| 23. | **Lieutenant Michelle Hall** Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100 Rock Springs, WY 82901 | Fact Witness/ First Responder | May Call | In-Person |
| 24. | **Detective Ashlie Merrel (fka McPhie)** Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100 Rock Springs, WY 82901 | Fact Witness/ First Responder | May Call | In-Person or by Video Deposition |
| 25. | **Sergeant Richard Kaumo** Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100 Rock Springs, WY 82901 | Fact Witness/ First Responder | May Call | In-Person or by Video Deposition |
| 26. | **Detective Scott Morris** Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100 Rock Springs, WY 82901 | Fact Witness/ First Responder | May Call | In-Person |

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 27. | **Detective Matt Bartolotta**<br>Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100<br>Rock Springs, WY 82901 | Fact Witness/<br>First Responder | May Call | In-Person |
| 28. | **Detective Derek Morrell**<br>Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100<br>Rock Springs, WY 82901 | Fact Witness/<br>First Responder | May Call | In-Person |
| 29. | **Chelcee Serres, AEMT**<br>Castle Rock Ambulance<br>1480 Uinta Drive<br>Green River, WY 82935 | Fact Witness/First Responder | May Call | In-Person |
| 30. | **Heather Graebert, EMT**<br>Castle Rock Ambulance<br>1480 Uinta Drive<br>Green River, WY 82935 | Fact Witness/First Responder | May Call | In-Person |
| 31. | **Detective Chris Thomas**<br>Sweetwater County Sherriff's Office, 50140B U.S. Highway 191 South Suite 100<br>Rock Springs, WY 82901 | Fact Witness/<br>First Responder | May Call | In-Person |
| 32. | **Dr. Callie Thompson**<br>University of Utah Hospital 50 North Medical Dr., Ste. AA24<br>Salt Lake City, UT 84132 | Treating Provider | May Call | Zoom Video Conference or by Video Deposition |
| 33. | **Dr. Giovannie Lewis**<br>University of Utah Hospital 50 North Medical Dr., Ste. AA24<br>Salt Lake City, UT 84132 | Treating Provider | May Call | Zoom Video Conference |

| No. | NAME | TYPE | WILL/MAY CALL | MANNER |
|---|---|---|---|---|
| 34. | **Malinda Tollefson, CCSW**<br>Professional Counseling Services<br>50 Shoshone Ave Ste B<br>Green River, WY 82935 | Treating Provider | May Call | In-Person |
| 35. | **Michael Nelson, PT**<br>High Plains Physical Therapy<br>920 Upland Way<br>Green River, WY | Treating Provider | May Call | In-Person |
| 36. | **Dr. Astrid Haaland**<br>Memorial Hospital of Sweetwater County<br>1200 College Dr.<br>Rock Springs, WY 82901 | Treating Provider | May Call | In-Person or by Zoom Video Conference |
| 37. | **Edgar Donwell**<br>420 NW 115th Street,<br>Oklahoma City, OK 73114 | Fact Witness | May Call | Zoom Video Conference or In-Person |
| 38. | **Damien Kaufman**<br>1759 Wyndham Ter,<br>Bethlehem PA 18015 | Fact Witness | May Call | Zoom Video Conference or In-Person |
| 39. | **Jennifer Kaufman**<br>1759 Wyndham Ter,<br>Bethlehem PA 18015 | Fact Witness | May Call | Zoom Video Conference or In-Person |
| 40. | **Raymona Nuttall**<br>645 Tamarron Dr.<br>Grand Junction, CO 81506 | Fact Witness | May Call | In-Person |
| 41. | **Karen Maria Smith**<br>59 Windriver Peaks Dr.,<br>Pinedale, WY 82941 | B&A Witness | May Call | In-Person |
| 42. | **Dennis Lee Smith**<br>59 Windriver Peaks Dr.,<br>Pinedale, WY 82941 | B&A Witness | May Call | In-Person |
| 43. | **Jennifer Lee Naef**<br>116482 Hwy 89<br>Alpine, WY 83128 | B&A Witness | May Call | In-Person |

.