# Josh Autry

| | |
|---|---|
| **From:** | Yath Ithayakumar |
| **Sent:** | Friday, February 7, 2025 5:39 PM |
| **To:** | Yath Ithayakumar |
| **Subject:** | AI-Generated Legal Research and Drafting |

(BCC – All Attorneys)

This is a serious issue, and I appreciate your attention. The integrity of your legal work and reputation depend on it.

As we have made clear in the past and in training sessions, AI can invent and fabricate information. While AI can be a helpful resource, it can never be relied on solely for legal work.  Because of the limitations, AI can generate plausible responses that may be entirely fabricated information.

As all lawyers know (or should know), it has been documented that AI sometimes invents case law, complete with fabricated citations, holdings, and even direct quotes. **As we previously instructed you, if you use AI to identify cases for citation, every case must be independently verified.**

For example, this is no different from what we all learned in the first week of law school – case law must be checked to ensure that it is still good law. Just as failing to identify a reversal can result in court sanctions, the same applies to citing an AI-generated case that does not exist.  It is your responsibility as a lawyer to ensure that all citations are verified and accurate. While other attorneys may subsequently review briefs prepared by you for the quality and propriety of the arguments made and their organization and presentation, responsibility for verification rests with the researching attorney.

The same rule applies to AI-generated research – **verification by the lawyer conducting the research is mandatory**. Blind reliance on AI is equivalent to citing an unverified case.

Failure to comply with AI verification requirements may result in court sanctions, professional discipline, discipline by the firm (up to and including termination), and reputational harm. Every lawyer must stay informed of the specific AI-related rules and orders in the jurisdictions where they practice and strictly adhere to these obligations.

Each of you should already be in line with these concepts and requirements. You will recall that the firm informed all users of the risk of AI invention/fabrication (commonly known as "AI hallucinations") and warned all users that all research must be verified.

AI is a powerful tool for generating content, responses, research, summaries, and other materials, but it must be verified. AI-generated content may contain errors, omissions, outdated or false information, inaccurate case citations, or fabricated details. It is your responsibility and ethical obligation to independently verify all information before using or relying on it in court filings or any other documents, or materials.

Thank you for your close attention to this matter.

Yath

# Yath Ithayakumar

T: (646) 221-1581
F: (212) 738-6805
850 3rd Ave, Suite 402,
Brooklyn, NY 11232



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.