## Warning

While we strive for accuracy, AI-generated content may contain errors, omissions, misinterpretations, or fabricated details ("hallucinations") that appear genuine but are not.

**Users must independently verify all information before use or reliance.**

*No warranties or representations are made regarding the accuracy, completeness, or reliability of the content.*

[ I acknowledge that I have read and understand these guidelines ]