# Rudwin Ayala, Esq.

Ft. Lauderdale/Palm Beach County
Phone: 954-871-2801● E-Mail: rudwin.ayala@gmail.com



## COUNSEL/ATTORNEY/EXECUTIVE

Performance-driven and highly qualified professional with a proven track-record of success and experience in various facets of the law, including medical malpractice, personal injury, contracts, and business litigation. Motivated and articulate professional who excels at client rapport, discovery, research and staff management. Deftly manages matters from inception to trial. Exceptional skill in drafting, reviewing, and analyzing pleadings, motions, responses to summary judgments, opinions, briefs, contracts, and other legal documents. Corporate law experience representing one of the nation's largest hospital management companies, including researching, analyzing, review, litigating and counseling in areas related to compliance and violations of fraud and abuse statutes, Stark laws, Anti-kickback statute, upcoding/unbundling, debt collection, physician employment agreements, professional services agreements, and HIPAA. Skilled with handling employment matters, including employee disputes, violations of ADA, retaliation/wrongful termination, and whistleblower claims. Further experience representing one of the nation's leading funeral, cremation, and memorialization companies, involving handling of due diligence investigations and research, employee whistleblower claims, and defending tort claims. Past leader of multiple Florida voluntary bar associations, a trusted leader within his firm with successful management experience, and helping to enrich future members of the legal profession as mentor at Nova Southeastern University. Manages multiple staff members daily and handles various facets of the practice, including travel coordination, rule and policy-making, and case costs analysis.

### Areas of Excellence

- Medical Malpractice Law
- Corporate Law
- Employment Law
- Health Law
- Products Liability
- Personal Injury
- Hearings / Trials Staff Management
- Litigation Strategy
- Trial Preparation / Discovery / Depositions
- Leadership
- Motions & Pleadings
- Drafting/Writing
- New Business Development
- Negotiations / Mediations
- Research/Due Diligence
- Organizational Skills
- Bilingual Attorney (Spanish)
- Online Marketing/Social Media
- Client Management/Counseling

## PROFESSIONAL EXPERIENCE

**COHEN, BLOSTEIN & AYALA, PA**                                                        **JANUARY 2010- CURRENT**
*Partner/Shareholder*                                                                   *Fort Lauderdale, Florida*

- Managed personal injury, medical malpractice cases, and commercial litigation cases from start to finish.
- Prepared pleadings, interviewed clients and witnesses, propounded and responded to discovery, took and defended depositions, drafted and responded to motions for summary judgment, attended hearings.
- Engaged and participated in all stages of litigation, including discovery, trial preparation, and trying cases to verdict.
- Attended mediations and conducted various settlement conferences/negotiations, leading to successful resolution of cases.
- Managed legal support staff and ensured proper work flow and case management.
- Zealously pursued and defended cases on behalf of one of the nation's largest hospital management companies, as well as one of the nation's leading funeral, cremation, and memorialization companies.
- Provided counseling and analysis in healthcare law topics, including Anti-kickback, Stark laws, HIPAA, fraud and abuse, as well as handling employment disputes, ADA violations, and whistleblower claims.
- Conducted extensive legal research on Westlaw and LexisNexis, and prepared memoranda of law on various legal issues, including appellate briefs.

**Ken M. Frankel, PA**                                                                   **June 2008 - January 2010**
*Law Clerk/Legal Intern*                                                                 *Pompano Beach, Florida*

- Drafted pleadings, motions, memoranda of law, and insurance demand letters under strict deadlines.
- Communicated with and translated for present and prospective non-English speaking clients.
- Conducted extensive legal research and assisted attorneys with day to day law office responsibilities.
- Attended and contributed at daily attorney's meetings regarding litigation strategies, prepared attorneys for weekly court hearings by outlining relevant case law and arguments, assisted attorneys with hearings and other discovery matters, and attended depositions, mediations and expert witness conferences.

# Rudwin Ayala, Esq.

Ft. Lauderdale/Palm Beach County
Phone: 954-871-2801● E-Mail: rudwin.ayala@gmail.com



## EDUCATION

**NOVA SOUTHEASTERN UNIVERSITY, SHEPARD BROAD LAW CENTER**  FORT LAUDERDALE, FLORIDA
*Juris Doctor, Goodwin Scholar, May 2010*

**QUINNIPIAC UNIVERSITY**  HAMDEN, CONNECTICUT
*Bachelor of Arts, Magna Cum Laude, May 2007*

**NORTHEASTERN UNIVERSITY**  BOSTON, MASSACHUSETTS
*August 2004-December 2005*

## PROFESSIONAL AFFILIATIONS & LICENSES

**THE FLORIDA BAR,** Member, 2010-Present
 Licensed to practice law in all Florida state courts, U.S. District Courts for the Middle and Southern Districts of Florida, US Court of Appeals for the 11th Circuit.
**CHRISTIAN LEGAL SOCIETY,** *Member,* 2010-Present
**BROWARD COUNTY HISPANIC BAR ASSOCIATION,** *President ('16-'17), Board of Directors,* 2014-2018, Member since 2010
**PUERTO RICAN BAR ASSOCIATION OF FLORIDA,** *Vice President for 4th District ('14-'16;'20-22),* Member since 2010
**HISPANIC NATIONAL BAR ASSOCIATION,** *Young Lawyers Division State Representative for Florida ('12-'14),* 2010-Present
**BROWARD COUNTY BAR ASSOCIATION,** *Member,* 2010-Present
**PR/HISPANIC CHAMBER OF COMMERCE FOR BROWARD COUNTY,** *Member,* 2015-Present

## PROFESSIONAL AWARDS/ACKNOWLEDGEMENTS

**BEST LAWYERS IN AMERICA,** *PERSONAL INJURY AND MEDICAL MALPRACTICE LITIGATION,* 2019-2023
**FLORIDA SUPER LAWYERS RISING STAR,** *FLORIDA SUPER LAWYERS,* 2015-2023
**FORT LAUDERDALE ILLUSTRATED,** *TOP LAWYERS,* 2020 - 2023
**SOUTH FLORIDA TOP UP AND COMER,** *SOUTH FLORIDA LEGAL GUIDE,* 2019-23
**AMERICA'S TOP 100 PERSONAL INJURY ATTORNEY,** *AMERICA'S TOP 100 ATTORNEYS,* 2019 AND 2020
**TOP RATED LITIGATOR,** *MARTINDALE-HUBBELL®,* 2019-2023
**SOUTH FLORIDA TOP RATED LAWYER,** *ALM AND MARTINDALE-HUBBELL®,* 2018 -2023
**AV PREEMINENT® RATED,** *MARTINDALE-HUBBELL®,* 2017-2023
**MOST EFFECTIVE LAWYERS (MEDICAL MALPRACTICE),** *DAILY BUSINESS REVIEW,* 2014

## COMMUNITY INVOLVEMENT

**NOVA SOUTHEASTERN UNIVERSITY SCHOOL OF LAW,** *Moot Court/ Mock Trial Judge, Orientation Panelist,* 2010-Present
**BEACON LEADERSHIP ACADEMY,** *Founder and Instructor,* 2023
**PARKINSON'S FOUNDATION,** *Corporate Engagement Chair,* 2018 – 2019
**ST. THOMAS UNIVERSITY SCHOOL OF LAW,** *Future Leaders Program Founder/Coordinator,* 2016-2017
**AMERICAN CANCER SOCIETY-RELAY FOR LIFE,** *Community Champion/Event Coordinator,* 2016
**LIGHTHOUSE OF BROWARD, INC.,** *Partner/Donor,* 2016
**JESSICA JUNE CHILDREN'S CANCER FOUNDATION,** *Partner/Donor,* 2015
**THE MICHAEL CARTER LISNOW RESPITE CENTER,** *Michael's Miracle Marathon Team,* 2014
**CYPRESS RUN EDUCATION CENTER,** *"Street Law" Teacher,* 2009