# EXHIBIT A

Derek A. King, M.S., P.E.
08/19/2024

Page 1

 1            UNITED STATES DISTRICT COURT
          IN AND FOR THE DISTRICT OF WYOMING
 2

 3  STEPHANIE WADSWORTH,        )
    individually and as        )
 4  Parent and Legal           )   CASE NO.
    Guardian of W.W., K.W.,     )   2:23-cv-00118-NDF
 5  G.W., and L.W., minor       )
    children, and MATTHEW       )
 6  WADSWORTH,                  )
                                )
 7        Plaintiffs,           )
                                )
 8  v.                          )
                                )
 9  WALMART, INC. and JETSON    )
    ELECTRIC BIKES, LLC,        )
10                              )
          Defendants.          )
11

12

13                  ORAL DEPOSITION OF

14              DEREK A. KING, M.S., P.E.

15              MONDAY, AUGUST 19, 2024

16

17

18

19

20

21

22  REPORTED BY:

23  DEBRA A. DIBBLE, FAPR, RDR, CRR, CRC, Notary Public

24  California CSR 14345

25  JOB NO. 44990

Derek A. King, M.S., P.E.
08/19/2024

Page 75

1     A.     Yes.

2     Q.     The negative side does not have a cap,

3 correct?

4     A.     Correct.

5     Q.     And then you have:  Internal materials

6 are mostly ejected, meaning they would have left the

7 cell itself, correct?

8     A.     Yes.

9     Q.     And they would have left the cell through

10 the end cap?

11    A.     Yes.  Or along with the end cap.

12    Q.     And then you have that that is consistent

13 with an internal short, correct?

14    A.     Yes.

15    Q.     And when you say internal short, you mean

16 a short circuit?

17    A.     Yes.

18    Q.     And in order to get a short circuit, you

19 have to have -- does that require communication with

20 the positive and negative side, meaning the anode

21 and cathode?

22    A.     Yes.  Yep.

23    Q.     And then, so it's your opinion that

24 cells 4 and 10, they both had an internal short

25 circuit, correct?

Derek A. King, M.S., P.E.
08/19/2024

Page 87

1 BY MR. LAFLAMME:

2      Q.    And with respect to Exhibit 76, that

3 doesn't show really any damage to this tab, correct?

4                MR. AYALA:  Form.

5      A.    That's correct.  Just a little

6 deformation.

7                (King Deposition Exhibit 77 marked.)

8 BY MR. LAFLAMME:

9      Q.    In looking at Exhibit 77, which is from

10 the CT scan in a cross section of cell 4, here we

11 still see the tab intact, correct?

12     A.    Yes.

13     Q.    And there's no melting on this tab?

14     A.    Not that's apparent.

15     Q.    And there was no melting on the tab in

16 Exhibit 76 either, correct?

17     A.    That's correct.

18     Q.    And as with cell 10 in Exhibit 76, you

19 would expect to see some damage or melting to this

20 tab had there been an internal short circuit,

21 correct?

22     A.    Possibly.

23                MR. AYALA:  Form.

24 BY MR. LAFLAMME:

25     Q.    And in order to get an internal short

Derek A. King, M.S., P.E.
08/19/2024

Page 88

1 circuit, we talked about how the anode and cathode

2 need to communicate, correct?

3        A.    Yes.

4        Q.    And the -- in between the anode and

5 cathode within an 18650 cell is a separator,

6 correct?

7        A.    Yes.

8        Q.    And what is the separator made out of?

9        A.    It's typically a polymer, a porous

10 polymer.

11        Q.    So in order for the short circuit to

12 occur in cells 4 and 10, you need to have a failure

13 of the separator, correct?

14        A.    Yes.

15        Q.    If the separator doesn't fail, then there

16 is no way for a short circuit to occur, correct?

17        A.    That's right.

18        Q.    And the separator is -- it's independent

19 to each cell, correct?

20        A.    Each cell has its own separator.

21        Q.    Right.  So -- I guess what I'm getting at

22 is, so each of the ten cells has its own separator

23 between the anode and cathode, correct?

24        A.    Yes.

25        Q.    So in order to get a short at cells 4 and

Derek A. King, M.S., P.E.
08/19/2024

Page 89

1  10, both of those separators, so the separator in

2  cell 4 and the separator in cell 10 would need to

3  fail in order to get the communication from the

4  anode and cathode.

5      A.    Yes.

6      Q.    And both of those separators would have

7  to fail at the same time in order to get a short in

8  cells 4 and 10, correct?

9      A.    I don't see a timing requirement for

10 those to be synchronized.

11     Q.    Well, in order to get -- because we just

12 talked about how you have cells 4 and 10, those are

13 the two cells that had a short circuit, correct?

14     A.    Yes.

15     Q.    And both of those cells, when they had

16 their short circuit, you talked about how your --

17 the progression of the failure was that the end caps

18 would have come off on cells 4 and 10, then you'd

19 get the internal contents and some flame on the

20 internal portions of the hoverboard, which would

21 then ignite combustibles by cells 4 and 10, correct?

22     A.    Yes.

23     Q.    And cells 4 and 10 would have failed at

24 the same time, correct?

25                 MR. AYALA:  Form.

Derek A. King, M.S., P.E.
08/19/2024

Page 190

1 whether the fire could have started at the smoking

2 shed, correct?

3       A.    Correct.

4       Q.    And the only physical evidence that you

5 have looked at is the hoverboard, correct?

6       A.    Yes.

7       Q.    And you'll agree that lithium-ion battery

8 cells can fail when they are subject to an external

9 fire attack?

10      A.    Yes.

11      Q.    And you don't -- you haven't done any

12 assessment to determine how this fire may have moved

13 through the Wadsworth structure, correct?

14      A.    Correct.

15      Q.    One of the things that you said is that

16 an internal short within a lithium-ion battery

17 should only affect that singular cell.

18            Do you recall that?

19      A.    Yes.

20      Q.    And in this case, you're saying that two

21 singular cells had a short circuit, correct?

22      A.    Yes.

23      Q.    So at substantially the same time, two

24 different cells in two different parts of this

25 battery pack had a failure of the separators within

Derek A. King, M.S., P.E.
08/19/2024

Page 192

1      A.    Yes.   Yes.   I believe it's a coincidence,

2 but that's what appears to have occurred.

3 BY MR. LAFLAMME:

4      Q.    Have you done any research to determine

5 the percentage chance of that coincidence?

6      A.    No.

7                 MR. AYALA:  Form.

8 BY MR. LAFLAMME:

9      Q.    The individual cell itself, the

10 conditions that we see cells 4 and 10 in after the

11 fire, those conditions would have the same

12 appearance if it was an external fire attack as

13 well, correct?

14     A.    Yes.  For those individual cells, yes.

15     Q.    Meaning when lithium-ion battery cells

16 fail in a fire due to a fire attack, the appearance

17 is similar to what we see the two cells that have

18 failed in this case.

19     A.    Yes.

20     Q.    You were asked if it's possible to have a

21 short -- an internal short with the cell -- or,

22 sorry, with the hoverboard not plugged in.

23                 Do you recall that?

24     A.    Yes.

25     Q.    You'd agree with me that it's very

Derek A. King, M.S., P.E.
08/19/2024

Page 207

```
 1                  C E R T I F I C A T E

 2

 3          I, DEBRA A. DIBBLE, RDR, CRR, CRC, Notary

 4 Public, do hereby certify:

 5          That DEREK A. KING, M.S., P.E., the witness

 6 whose deposition is hereinbefore set forth, was duly

 7 sworn by me and that such deposition is a true

 8 record of the testimony given by such witness;

 9          That pursuant to FRCP Rule 30, signature of

10 the witness was requested by the witness or other

11 party before the conclusion of the deposition;

12          I further certify that I am not related to any

13 of the parties to this action by blood or marriage,

14 and that I am in no way interested in the outcome of

15 this matter.

16          IN WITNESS WHEREOF, I have hereunto set my

17 hand on this 23rd day of August, 2024.

18

19  Debra Dibble

    Debra A. Dibble
20  Fellow of the Academy of Professional Reporters
    Registered Diplomate Reporter
21  Certified Realtime Reporter
    Notary Public 11/17/2027
22  CA 14345

23

24

25
```