EXHIBIT G

**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

# SaferProducts.gov
Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result



## Incident Report Details

### Attachments (0)

**Report Summary**
A fire department official reported that the hover-board batteries apparently overheated and caught fire.

### Product Details
**Product Description:** Hover-board, Giyro-Self balancing Turbo made by Jetson Electric Purchased from Amazon, with charger
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes, LLC
**Brand Name:** Jetson Electric
**Model Name or Number:** Giyro
**Serial Number:** unknown
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Amazon
**Retailer State:**
**Purchase Date:** 12/20/2015
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Scooters / Skateboards, Powered (5042)

### Associated Recall

### Incident Details
**Incident Description:** Hover-board batteries apparently overheated and caught fire.
**Incident Date:** :/17/2016
**Incident Location:** Home/Apartment/Condominium

### Victims Involved
**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** Unspecified
**Gender:** Unspecified
**Victim's Age When Incident Occurred:**

### Comments from the Manufacturer/Private Labeler

### Additional Details
**Submitter has product?:** Yes
**Product was damaged before incident?:** No
**Product was modified before incident?:** No
**If yes to any, explanation:**
**Have you contacted the manufacturer?:** No
**If Not, Do you plan to?:** No

**Report Number:** 20160120-57517-1547192
**Report Date:** 1/20/2016
**Sent to Manufacturer/Importer/Private Labeler:** 2/1/2016
**Report First Publication Date:** 2/24/2016
**Category of Submitter:** Public Safety Entity

| Accessibility | Privacy Policy | Vulnerability Disclosure Policy | Open Government | Information Quality Act | FOIA | Inspector General | No Fear Act |

**The U.S. Consumer Product Safety Commission**
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146



**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

# SaferProducts.gov

Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result

## Incident Report Details



### Attachments (1)

Images

### Report Summary

Hoverboard sparks when charger is plugged in. Battery gets very hot. Hoverboard stops suddenly while 11 YOF is riding it.

### Product Details

**Product Description:** Hover board hover x. Sold to me through amazon
**Manufacturer/Importer/Private Labeler Name:** FOTO ELECTRIC SUPPLY CO
**Brand Name:** Glyro
**Model Name or Number:** Jetson
**Serial Number:**
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Amazon
**Retailer State:**
**Purchase Date:**
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Scooters / Skateboards, Powered (5042)

### Associated Recall

### Incident Details

**Incident Description:** Purchased through amazon in [REDACTED]. Sparks when charge is plugged in. Battery gets very very hot. Stops suddenly while riding it
**Incident Date:** 7/6/2016
**Incident Location:** Home/Apartment/Condominium

### Victims Involved

**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** My Child
**Sex:** Female
**Victim's Age When Incident Occurred:** 11 years

### Comments from the Manufacturer/Private Labeler

### Additional Details

**Submitter has product?:**
**Product was damaged before incident?:** No
**Product was modified before incident?:** No
**If yes to any, explanation:**
**Have you contacted the manufacturer?:** No
**If Not, Do you plan to?:**

**Report Number:** 20160706-97CDC-2147417204
**Report Date:** 7/6/2016
**Sent to Manufacturer/Importer/Private Labeler:** 7/14/2016
**Report First Publication Date:** 8/8/2016
**Category of Submitter:** Consumer

Case23CV118 PL EX. 198A-001

Incident Date: 7/6/2016
CPSC Report #:
20160706-97CDC-2147417204



**Case23CV118 PL EX. 198A-002**

**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

## SaferProducts.gov
Report. Search. Protect.

Report     Search     Business     About     FAQs

< Back to Search Result



### Incident Report Details

**Attachments (3)**

Images



**Report Summary**

The Consumer's 9-YO daughter was riding her hoverboard when suddenly it stopped and made a loud popping sound and started smoking. He took it outside and a few minutes later it made another loud pop and more smoke came out then another popping noise and it caught fire.

**Product Details**

**Product Description:** Black "strike all terrain hoverboard" by Jetson    60525BLK091909246
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes, LLC
**Brand Name:** Jetson
**Model Name or Number:**
**Serial Name or Number:**
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Target
**Retailer State:** California
**Purchase Date:** 11/28/2019
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

**Associated Recall**

**Incident Details**

**Incident Description:** My 9 year old daughter was riding her hoverboard when suddenly it stopped and made a loud popping sound and started smoking. I took it outside and a few minutes later it made another loud pop and more smoke came out then minutes later another popping noise and it caught fire.
**Incident Date:** 6/6/2020
**Incident Location:** Home/Apartment/Condominium

**Victims Involved**

**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** My Child
**Gender:** Female
**Victim's Age When Incident Occurred:** 9 years

**Comments from the Manufacturer/Private Labeler**

**Additional Details**

**Submitter has product?:** Yes
**Product was damaged before incident?:** No
**Product was modified before incident?:** No
**If yes to any, explanation:** Just sent an email to the customer support
**Have you contacted the manufacturer?:** Yes
**If Not, Do you plan to?:**

**Report Number:** 20200606-3B37C-2147371872
**Report Date:** 6/6/2020
**Sent to Manufacturer/Importer/Private Labeler:** 6/19/2020
**Report First Publication Date:** 7/13/2020
**Category of Submitter:** Consumer

The U.S. Consumer Product Safety Commission
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146

**Case23CV118 PL EX. 198B-001**

Incident Date: 6/6/2020

CPSC Report #:
20200606-3B37C-2147371872



PHOTO1.jpg

  

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1986873

**Case23CV118 PL EX. 198B-002**

Incident Date: 6/6/2020

CPSC Report #:
20200606-3B37C-2147371872



PHOTO2.jpg

  

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1986873

**Case23CV118 PL EX. 198B-003**

Incident Date: 6/6/2020

CPSC Report #:
20200606-3B37C-2147371872



PHOTO3.jpg

  

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=1986873

**Case23CV118 PL EX. 198B-004**



**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

# SaferProducts.gov
Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result



**Incident Report Details**

**Attachments (0)**

**Report Summary**
The Consumer stated that the hoverboard while unplugged exploded and caught fire in garage. The Consumer stated that their hoverboard is not recalled.

**Product Details**
**Product Description:** Jetson black strike hooverboard
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes, LLC
**Brand Name:** Jetson
**Model Name or Number:** 60518blk081901693
**Serial Number:** 60518blk081901693
**UPC Code:** 60518blk0819016
**SKU#:**
**Date Manufactured:**
**Retailer:** Target
**Retailer State:**
**Purchase Date:** 10/4/2018
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

**Associated Recall**

**Incident Details**
**Incident Description:** Unplugged Hoover board Jetson brand not recalled exploded and caught fire in garage.
**Incident Date:** 1/27/2021
**Incident Location:** Unspecified

**Victims Involved**
**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** Unspecified
**Gender:** Unspecified
**Victim's Age When Incident Occurred:**

**Comments from the Manufacturer/Private Labeler**

**Additional Details**
**Submitter has product?:** Yes
**Product was damaged before incident?:** No
**Product was modified before incident?:**
**If yes to any, explanation:**
**Have you contacted the manufacturer?:** Yes
**If Not, Do you plan to?:**

**Report Number:** 20210127-7F28F-2147366248
**Report Date:** 1/27/2021
**Sent to Manufacturer/Importer/Private Labeler:** 2/19/2021
**Report First Publication Date:** 3/5/2021
**Category of Submitter:** Consumer

| Accessibility | Privacy Policy | Vulnerability Disclosure Policy | Open Government | Information Quality Act |
| FOIA | | Inspector General | | No Fear Act |

The U.S. Consumer Product Safety Commission
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146

**Case23CV118 PL EX. 198C-001**



**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

## SaferProducts.gov

Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result



### Incident Report Details

**Attachments (1)**

Videos

5521629088S1    7C0F2689-E705-4C3F-9A71-
63489660343.MOV

**Report Summary**
42 YOF consumer reports that the hoverboard purchased for her 9
YOM exploded while not in use and unplugged. Thec carpet caught fire
and the home filled with smoke.

**Product Details**
**Product Description:** Black Jetson strike hoverboard  Model Strike
(jstrike)
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric
Bikes, LLC
**Brand Name:** Jetson Strike Hoverboard
**Model Name or Number:** Strike (jstrike)
**Serial Number:** 60515BLK061920671
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Target online Nov 2019
**Retailer State:**
**Purchase Date:** 11/8/2019
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

**Associated Recall**

**Incident Details**
**Incident Description:** My sons Jetson strike hoverboard
spontaneously combusted in the night. It was unplugged and setting
in our living room with other kids toys. It filled our house with smoke
and lit our carpet on fire.
**Incident Date:** 8/30/2021
**Incident Location:** Home/Apartment/Condominium

**Victims Involved**
**Injury Information:** Injury - First Aid Received by Non-Medical
Professional
**My Relationship to the Victim:** My Child
**Gender:** Male
**Victim's Age When Incident Occurred:** 9 years

**Comments from the Manufacturer/Private Labeler**

**Additional Details**
**Submitter has product?:** Yes
**Product was damaged before incident?:** No
**Product was modified before incident?:**
**If yes to any, explanation:** It was not charging properly. So it was
unplugged and had been unplugged and unused for a few weeks or
more. My son wanted me to see if I could order it a new battery.
**Have you contacted the manufacturer?:** Yes
**If Not, Do you plan to?:**

**Report Number:** 20210901-CB3BE-2147360751
**Report Date:** 9/1/2021
**Sent to Manufacturer/Importer/Private Labeler:** 9/3/2021
**Report First Publication Date:** 9/20/2021
**Category of Submitter:** Consumer

| Accessibility | Privacy Policy | Vulnerability Disclosure Policy | Open Government | Information Quality Act |
| | FOIA | Inspector General | | No Fear Act |

**The U.S. Consumer Product Safety Commission**
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety
Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146

**Case23CV118 PL EX. 198D-001**

**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**



# SaferProducts.gov
Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result

## Incident Report Details

### Attachments (6)

Images



See more images...

### Report Summary

Hoverboard spontaneously burned from battery. It hasn't been used in over year & was stored unplugged with what was thought drained battery. Consumer reported that they smelled something burning & discovered hoverboard hot to the touch with two melted through holes.

### Product Details

**Product Description:** Jetson Jstrike. Black.
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes
**Brand Name:** Jetson
**Model Name or Number:** Jstrike
**Serial Number:** 6051Blvk081934874
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Target
**Retailer State:** Georgia
**Purchase Date:** 11/29/2019
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

### Associated Recall

### Incident Details

**Incident Description:** Jetson Jstrike spontaneously burned from the battery. Hoverboard hasn't been used in over a year and was stored unplugged with what was thought a drained battery. We smelled something burning and discovered the hoverboard hot to the touch with 2 melted through holes.  Was purchased at Target during the 2019 Black Friday sales
**Incident Date:** 6/26/2022
**Incident Location:** Home/Apartment/Condominium

### Victims Involved

**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** Unspecified
**Gender:** Unknown
**Victim's Age When Incident Occurred:**

### Comments from the Manufacturer/Private Labeler

**Jetson Electric Bikes:** Our Customer Experience team looks forward to speaking with the customer to learn more about the incident, understand potential causes, and explain the safety and quality measures that we have in place to make sure our products meet international safety standards. As indicated in the Care and Maintenance section of the user manual, customers are advised to: - Avoid using water to clean the Strike, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Strike. If the electric parts or battery get wet, do not power on the Strike. -Fully charge the battery before storing. The battery should be fully charged once a month after this. -Store the Strike indoors, in a dry place. Keep away from fire and excessive heat.

### Additional Details

**Submitter has product?:** Yes
**Product was damaged before incident?:** No
**Product was modified before incident?:**
**If yes to any, explanation:**
**Have you contacted the manufacturer?:** No
**If Not, Do you plan to?:**

**Report Number:** 20220626-FF827-2147355394
**Report Date:** 6/26/2022
**Sent to Manufacturer/Importer/Private Labeler:** 6/29/2022
**Report First Publication Date:** 7/14/2022
**Category of Submitter:** Consumer

Accessibility     Privacy Policy     Vulnerability Disclosure Policy     Open Government     Information Quality Act
FOIA                              Inspector General                              No Fear Act

The U.S. Consumer Product Safety Commission

CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146

**Case23CV118 PL EX. 198E-001**

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-2147355394



https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-
2147355394



IMG_20220626_191946283_HDR.jpg

     

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

**Case23CV118 PL EX. 198E-003**

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-2147355394



IMG_20220626_195029915.jpg

     

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

**Case23CV118 PL EX. 198E-004**

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-2147355394



IMG_20220626_195032171.jpg

https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

**Case23CV118 PL EX. 198E-005**

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-2147355394





https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

Incident Date: 6/26/2022

CPSC Report #:
 20220626-FF827-2147355394





https://www.saferproducts.gov/PublicSearch/Detail?ReportId=3786884

**Case23CV118 PL EX. 198E-007**

United States
CONSUMER PRODUCT SAFETY COMMISSION

# SaferProducts.gov
### Report. Search. Protect.

| Report | Search | Business | About | FAQs |

< Back to Search Result



## Incident Report Details

### Attachments (0)

**Report Summary**
The consumer indicated that the hoverboard is smoking. The consumer reported that 7 YOM was involved in the incident.

### Product Details
**Product Description:** Jetson hali x (jhalx-blk) input: 25.2v,1.5a max/ capacity: 4.0ah max speed 12 mph/ max weight limit 220 lb /hoverboard/ bluetooth speakers/muti light up colors. Black and white with light up wheels
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes
**Brand Name:** Jetson hali x(jhalx-blk) s/n 61026BLK062107857
**Model Name or Number:** Jetson hali x (jhalx-blk)
**Serial Number:** 61026BLK062107857
**UPC Code:** FCC ID: 2AQMIPIT
**SKU#:** FCC ID:2AQMIPTHLX
**Date Manufactured:** 5/1/2021
**Retailer:** Walmart
**Retailer State:** Florida
**Purchase Date:** 12/2/2022
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

### Associated Recall

### Incident Details
**Incident Description:** Jetson hali hoverboard smoking
**Incident Date:** 5/24/2024
**Incident Location:** Street or Highway

### Victims Involved
**Injury Information:** Incident, No Injury
**My Relationship to the Victim:** My Child
**Gender:** Male
**Victim's Age When Incident Occurred:** 7 years

### Comments from the Manufacturer/Private Labeler

### Additional Details
**Submitter has product?:**
**Product was damaged before incident?:**
**Product was modified before incident?:**
**If yes to any, explanation:**
**Have you contacted the manufacturer?:**
**If Not, Do you plan to?:**

**Report Number:** 20240526-826D3-2147338995
**Report Date:** 5/26/2024
**Sent to Manufacturer/Importer/Private Labeler:** 5/30/2024
**Report First Publication Date:** 6/13/2024
**Category of Submitter:** Consumer

The U.S. Consumer Product Safety Commission
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.

An official website of the United States government.
OMB Control Number: 3041-0146

**United States**
CONSUMER PRODUCT SAFETY COMMISSION

# SaferProducts.gov
Report. Search. Protect.

Report    Search    Business    About    FAQs

< Back to Search Result



### Incident Report Details

#### Attachments (2)
Images



**Report Summary**
The Consumer reports that their 2 months old self-balancing spin hoverboard overheated and melted. It was 4:00 AM 29 Dec 2024 and the product was not being charged or used. It was just sitting in granddaughter's room.

#### Product Details
**Product Description:** Jetson All Terrain Spin Hoverboard.
**Manufacturer/Importer/Private Labeler Name:** Jetson Electric Bikes
**Brand Name:** Jetson
**Model Name or Number:** Spin(Jaero-Black)
**Serial Number:** 61100BLK072107275
**UPC Code:** Unknown
**SKU#:** Unknown
**Date Manufactured:**
**Retailer:** Amazon
**Retailer State:**
**Purchase Date:** 11/28/2024
**Product Category:** Sports and Recreation
**Product Type:** Cycling, Scooters, Skateboards & Skates
**Product Code:** Hoverboards and powered skateboards (5025)

#### Associated Recall

#### Incident Details
**Incident Description:** Our 2 month old Jetson All Terrain Spin Hoverboard over heated and melted. At the time (4:00 AM 29 Dec 2024) it was not being charged or used. It was inside sitting in granddaughters room.
**Incident Date:** 12/29/2024
**Incident Location:** Home/Apartment/Condominium

#### Victims Involved
**Injury Information:** No Incident, No Injury
**My Relationship to the Victim:** Other Relative
**Gender:** Unspecified
**Victim's Age When Incident Occurred:** 8 years

#### Comments from the Manufacturer/Private Labeler

#### Additional Details
**Submitter has product?:** Yes
**Product was damaged before incident?:** Yes
**Product was modified before incident?:**
**If yes to any, explanation:** Melted - see picture
**Have you contacted the manufacturer?:** No
**If Not, Do you plan to?:**

**Report Number:** 20241229-D834B-2147334298
**Report Date:** 12/29/2024
**Sent to Manufacturer/Importer/Private Labeler:** 1/3/2025
**Report First Publication Date:** 1/23/2025
**Category of Submitter:** Consumer

Accessibility    Privacy Policy    Vulnerability Disclosure Policy    Open Government    Information Quality Act    FOIA    Inspector General    No Fear Act



**The U.S. Consumer Product Safety Commission**
CPSC does not guarantee the accuracy, completeness, or adequacy of the contents of the Publicly Available Consumer Product Safety Information Database on SaferProducts.gov, particularly with respect to information submitted by people outside of CPSC.


An official website of the United States government.
OMB Control Number: 3041-0146

Incident Date: 12/29/24
CPSC Report #:
20241229-DB34B-2147334298



IMG_4193.jpeg





https://www.saferproducts.gov/PublicSearch/Detail?ReportId=5080131

Incident Date: 12/29/24
CPSC Report #:
20241229-DB34B-2147334298



IMG_4192_Redacted.jpg

