# EXHIBIT H





**Jetson's Post**

Jetson · Follow
December 27, 2021 ·

So you got a new hoverboard for the holidays! And it's beeping you say? Don't worry, it's perfectly normal! Beeping is how the hoverboard talks to you. Visit https://bit.ly/3qw7YTF for more info.

3 45 comments

Like Comment Send Share

Most relevant

**Mandi Hartley**
I'm trying to get in touch with someone regarding my warranty. My daughters hoverboard stopped working after two days, using it in doors. I was speaking with someone named Amanda but have not received an email since the 30th.
3y Like Reply

**Dallas Baer**
I've sent SO many emails to customer service about my daughtets scooter that doesnt work and have yet to hear back. The hoverboard we purchased for Christmas didnt even come with a charger 🙄 Its looking like we wont be purchasing jetson products in the future. Trying to get in touch with someone is like pulling teeth.
3y Like Reply

Author
**Jetson**
Hi Dallas!

We are SO sorry you experienced this.

We sent you a Private Message to learn further about your your issue.
3y Like Reply

Reply to Dallas Baer...

**Deborah Pugatch**
**Jetson** Where is my son's Hoverboard charger? I ordered it on 11/30 and customer service cannot seem to find the shipment, shoot me a new one, refund me, or get a Manager to call me
3y Like Reply Edited

**Holly Warner**
My son got a Jetson tracer for Christmas 2021. It worked for about 20 minutes and stopped working just kept beeping. I thought maybe it needed to be charged so I plugged it in. Thank god I turned back around. Smoke started coming out of it. I unplugged it and took it outside. I contacted customer service and haven't heard a word. That was a week ago. They have had a week. My son got 20 minutes. I'm not impressed.
3y Like Reply

Author
**Jetson**
Hi Holly we are so sorry that you have not gotten a response from anyone. This is not the customer service we strive for. Please send us a private message so that we may assist you!
3y Like Reply

Reply to Holly Warner...

**April Montgomery**

## Jetson's Post

**Holly Warner**
My son got a Jetson tracer for Christmas 2021. It worked for about 20 minutes and stopped working just kept beeping. I thought maybe it needed to be charged so I plugged it in. Thank god I turned back around. Smoke started coming out of it. I unplugged it and took it outside. I contacted customer service and haven't heard a word. That was a week ago. They have had a week. My son got 20 minutes. I'm not impressed.

3y Like Reply

Author
**Jetson**
Hi Holly we are so sorry that you have not gotten a response from anyone. This is not the customer service we strive for. Please send us a private message so that we may assist you!

3y Like Reply

## Jetson's Post

**Holly Warner**
My son got a Jetson tracer for Christmas 2021. It worked for about 20 minutes and stopped working just kept beeping. I thought maybe it needed to be charged so I plugged it in. Thank god I turned back around. Smoke started coming out of it. I unplugged it and took it outside. I contacted customer service and haven't heard a word. That was a week ago. They have had a week. My son got 20 minutes. I'm not impressed.

3y Like Reply

Saturday, January 8, 2022 at 6:19 PM

Jetson
Hi Holly we are so sorry that you have not gotten a response from anyone. This is not the customer service we strive for. Please send us a private message so that we may assist you!

3y Like Reply

## Jetson's Post

**Holly Warner**
My son got a Jetson tracer for Christmas 2021. It worked for about 20 minutes and stopped working just kept beeping. I thought maybe it needed to be charged so I plugged it in. Thank god I turned back around. Smoke started coming out of it. I unplugged it and took it outside. I contacted customer service and haven't heard a word. That was a week ago. They have had a week. My son got 20 minutes. I'm not impressed.

3y Like Reply

Author
**Jetson**
Hi Holly we are so sorry that you have not gotten a response from anyone. This is not the customer service we strive for. Please send us a private message so that we may assist you!

3y Like Reply

Saturday, January 8, 2022 at 8:47 PM

Reply to Holly Warner...

**Case23CV118 PL EX. 200-002**

# Tyler Dunigan's Post

**Tyler Dunigan**
September 26, 2024

So about a week ago we woke up with a melted plastic smell in the house. Took a while to search it out, but I found Jaces hoverboard (that hasn't taken a charge or been touched in several months) under his bed with the battery compartment melted open. I contacted Jetson over the next few days and they ended up telling that if I can't confirm by receipt of when I bought it to prove the warranty was still in place, they wouldn't do anything. We got lucky nothing else caught fire, but I'm pretty shocked about their response especially with having multiple recalls on some of their other models for the same issues.







Case23CV118 PL EX. 200A-003

**Jetson's Post**

**Jetson**
December 30, 2023

The Warren e-bike is as big and bold as you are. Forge forward with this no-nonsense all-terrain e-bike that's a perfect trail rider. 🏞️🚴

#ridejetson #makemoves #jetsonbike #ebike #escooter #electricbike #fattire #weekend #trails #mountainbike #mountains #adventure #outdoors #expressyourself

👍❤️ 9                                                                 3 comments

Like          Comment          Share

All comments ▾

**James Terrell Jones**
I purchased a Jetson atlas for my daughter and she rode it for a few months then the throttle went bad. My daughter uses it to get to school and work. I reached out to the warranty department and they said they did not have the same model in stock and wanted my daughter to find a big enough box to ship it back to them before they replace her bike. The faulty throttle was not her fault but she is being made to suffer while they are practically holding her bike for ransom. They have sent me about 4 emails saying they have not forgotten about my daughter but it's apparent that they have.
18w   Like   Reply

**Tyler Dunigan**
10/10 would NOT buy from. My son was gifted a Hoverboard 3 years ago and it set itself on fire. Luckily it didn't catch the rest of the house on fire. It's a different model from the one that was recalled, and I was told basically that I'm out of luck due to not being within the 1 year warranty time frame. They did finally offer me a "goodwill gesture" of 10% off a new one though 🙄

18w   Like   Reply

Write a comment...



**Cyndi Larimore**
May 14, 2023

UPDATE.... THERE IS A RECALL ON JETSON HOVERBOARDS! WE ARE CHECKING INTO IT NOW. THEY SAY DO NOT USE THEM.  People with hoverboards listen up. We had two hoverboards sitting in the living room floor and one literally started smoking like crazy to the point you could smell it profusely. Harlyn was the one that first started seeing the smoke pouring out of it and said why is that smoking! I googled it and they can explode!!!  There have been cases of people's homes burning down because of them. Apparently two children died in a fire because of them. The hoverboard was not even turned on and was just sitting in the living room floor when it started smoking like crazy! I threw it out in the front yard.  We have another one just like this sitting in the living room floor and now I don't know where to put it because it's not spending the night in the house. That is so so scary!  Harlyn's Daddy was here and saw it all



Case23CV118 PL EX. 200B-001



Case23CV118 PL EX. 200B-002