# EXHIBIT I



# Customer Review

Damian Mohabir

★☆☆☆☆ it melted while charging

Reviewed in the United States on November 25, 2021

Style: Spin | Color: Onyx | **Verified Purchase**

i knew to never buy things like this, it almost caused a fire in my home!

Helpful | Report | Permalink

## Product Details



Jetson Spin All Terrain Hoverboar…
by Jetson

★★★★☆ 3.8 out of 5
3,834 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓░░░░ | 59% |
| 4 star | ▓▓░░░░░░░░ | 12% |
| 3 star | ▓░░░░░░░░░ | 5% |
| 2 star | ▓░░░░░░░░░ | 4% |
| 1 star | ▓▓▓░░░░░░░ | 20% |

**See All Buying Options**

## Explore more items                                  Page 1 of 4



**VITURE Pro XR/AR Glasses — 135" 120Hz 1000Nits UltraClarity…**
★★★★☆ 655
#1 Best Seller in Video Display Glasses
-13% $399⁰⁰
Ends in 05:19:13
List: $459.00
prime FREE Delivery Tuesday, Feb 11



**Elgato Prompter – Teleprompter with Built-in Screen for YouTube, Twitch, Zoom, MS Team…**
★★★★☆ 300
#1 Best Seller in Teleprompters
-11% $249⁹⁹
List: $279.99
prime FREE Delivery Tuesday, Feb 11



**Slim Pen 2 for Microsoft Surface with 4096 Pressure, Eraser & Right-Click, Palm Rejection,Graphite Nib,…**
★★★★☆ 271
-17% $29⁹⁹
$35.99
prime FREE One-Day Get it Tomorrow, Feb 10

**Sony HT-AX7 Portable Theater System for Tablet, Phone, Laptop, Projector - Cinematic…**
★★★★½ 18
-10% $448⁰⁰
Ends in 05:34:12
List: $499.99
Get it Feb 13 - 16

**45W Fast C… Station,De… Power Stri… Ports,5 AC Protector P…**
★★★★★
$69⁹⁹
prime FREE… Tomorrow, F…

## Consider these items

# Customer Review

Christine

★☆☆☆☆ **TERRIBLE PRODUCT!! DO NOT WASTE YOUR MONEY!**

Reviewed in the United States on January 9, 2022

Style: Spin | Color: Onyx | **Verified Purchase**

This is a terrible product!! The 1st one didn't last a day before it stopped working, wouldn't shut off and got so hot we set it outside overnight for fear it would catch on fire. Received a replacement which lasted 5 days before doing the exact same thing as the first.
Definitely do not waste your money!

Helpful | Report | Permalink

## Product Details

**Jetson Spin All Terrain Hoverboar…**
by Jetson

★★★★☆ 3.8 out of 5
3,834 global ratings

| | | |
|---|---|---|
| 5 star | | 59% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 4% |
| 1 star | | 20% |

**See All Buying Options**

## Consider these items

Page 1 of 2



**reMarkable 2 Type Folio - Brown | Keyboard for The 2 Paper Tablet | US English**
★★★★☆ 172
$199.00
prime FREE Delivery Tuesday, Feb 11



**TobenONE DisplayLink Docking Station 4 Monitor with 4 HDMI, 18-in-1 Quad/Triple 4K@60Hz Display Dock…**
★★★★★ 29
-27% $269.99
Typical: $369.99
prime FREE Delivery Wednesday, Feb 12



**UD22 Dell Docking Station Dual Monitor Bundle - Universal Docking Station for Del…**
★★★★★ 73
Amazon's Choice
$149.99
prime FREE Delivery Tuesday, Feb 11



**MATEIN Rolling Laptop Bag, Mens Large Briefcase with Big Wheels Fits 17.3 Inch Notebook for…**
★★★★☆ 27
Amazon's Choice
-17% $99.99
$119.99
prime FREE One-Day Get it Tomorrow, Feb 10



**reMarkable … Bundle – In… reMarkable … and Marker … Eraser**
★★★★☆
$629.00
prime Ove… AM

## Items you may enjoy



All | Rufus | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Buy Again | Pharmacy | Livestreams

# Customer Review

 Laurel

★☆☆☆☆ **Battery is dangerous**

Reviewed in the United States on June 21, 2023

Style: Spin | Color: Onyx | **Verified Purchase**

Don't buy. Had to return 2 and got them replaced. Replacements had same or similar issue. Battery exploded on us while in storage. Lucky no fire happened. Do not buy this

2 people found this helpful

[Helpful] | Report | Permalink

## Product Details

Jetson Spin All Terrain Hoverboar…
by Jetson

★★★★☆ 3.8 out of 5
3,834 global ratings

| | | |
|---|---|---|
| 5 star | ███████▒▒▒ | 59% |
| 4 star | ██▒▒▒▒▒▒▒▒ | 12% |
| 3 star | █▒▒▒▒▒▒▒▒▒ | 5% |
| 2 star | █▒▒▒▒▒▒▒▒▒ | 4% |
| 1 star | ███▒▒▒▒▒▒▒ | 20% |

[See All Buying Options]

## Discover more

    

**TONGVEO 4K Conference Room Camera System, AI Auto-Tracking PTZ Camera 5X Digital Zoom with Speakerphone Set…**
★★★★½ 115
$349⁹⁹
prime FREE Delivery Tuesday, Feb 11

**reMarkable 2 Bundle- reMarkable 2 Tablet (10.3" Digital Paper Display) – Includes Gray…**
★★★★½ 18
Amazon's Choice
$679⁹⁹
Get it Feb 12 - 14
FREE Shipping
Only 7 left in stock - order…

**reMarkable 2 Type Folio - Brown | Keyboard for The 2 Paper Tablet | US English**
★★★★½ 172
$199⁰⁰
prime FREE Delivery Tuesday, Feb 11

**SideTrak Swivel Metal Plates for Laptop | Add On/Replacement Plates Only | Includes 2 Metal Plates (Light Silver)**
★★★★½ 230
$14⁹⁹
Get it Feb 13 - 19
FREE Shipping

**WAVLINK … Station w… in 1 Lapt… Monitor 4… 100W Ch…**
★★★★½
$169⁰⁰
prime FR… Tuesday, F…

## Explore more items

**Case23CV118 PL EX. 203-003**



# Customer Review

 Tim

⭐☆☆☆☆ **Will burn house down**

Reviewed in the United States on March 22, 2024

Style: Spin | Color: Onyx

Will catch fire and burn your house down. Great gift idea for that certain someone you hate. They will experience months of pain while they try to rebuild what life they once had.

Helpful | Report | Permalink

## Product Details

**Jetson Spin All Terrain Hoverboar...**
by Jetson

★★★★☆ 3.8 out of 5
3,834 global ratings

- 5 star — 59%
- 4 star — 12%
- 3 star — 5%
- 2 star — 4%
- 1 star — 20%

**See All Buying Options**

## Items you may enjoy — Page 1 of 2



**Plugable Thunderbolt 4 Dock for Quad Monitors 100W, Thunderbolt Docking Station Conne...**
★★★★☆ 73
Amazon's Choice
$299.95
prime FREE One-Day Get it Tomorrow, Feb 10



**reMarkable 2 Type Folio - Brown | Keyboard for The 2 Paper Tablet | US English**
★★★★☆ 172
$199.00
prime FREE Delivery Tuesday, Feb 11



**TobenONE DisplayLink Docking Station 4 Monitor with 4 HDMI, 18-in-1 Quad/Triple 4K@60Hz Display Dock...**
★★★★★ 29
-27% $269.99
Typical: $369.99
prime FREE Delivery Wednesday, Feb 12



**WAVLINK USB C Docking Station with 3 HDMI, 15 in 1 Laptop Dock Triple Monitor 4K+Dual 2K, 100W Charging for M1...**
★★★★☆ 198
$169.00
prime FREE Delivery Tuesday, Feb 11



**reMarkable reMarkable (10.3" Digi Display) – ...**
Amazon's Choice
$679.99
Get it Feb 12
FREE Shippi...
Only 7 left i...

### Discover more

**Case23CV118 PL EX. 203-004**



# Customer Review

 leilani p.

★☆☆☆☆ **Horrible**

Reviewed in the United States on December 29, 2024
Style: Spin | Color: Onyx | **Verified Purchase**

Melted when not even in use or charging and was not plugged in or even on. 4 am woke to crackling noise and smell of burning plastic.



Helpful | Report | Permalink

## Product Details



Jetson Spin All Terrain Hoverboar…
by Jetson

★★★★☆ 3.8 out of 5
3,834 global ratings

| | |
|---|---|
| 5 star | 59% |
| 4 star | 12% |
| 3 star | 5% |
| 2 star | 4% |
| 1 star | 20% |

**See All Buying Options**

## Consider these items

Page 1 of 2



reMarkable Paper Pro Bundle – Includes 11.8" reMarkable Paper Tablet, and Marker Plus Pen with Eraser
★★★★☆ 229
$629.00
prime Overnight by 11:00 AM



TobenONE DisplayLink Docking Station 4 Monitor with 4 HDMI, 18-in-1 Quad/Triple 4K@60Hz Display Dock…
★★★★★ 29
-27% $269.99
Typical: $369.99
prime FREE Delivery Wednesday, Feb 12



reMarkable 2 Type Folio - Brown | Keyboard for The 2 Paper Tablet | US English
★★★★½ 172
$199.00
prime FREE Delivery Tuesday, Feb 11



MATEIN Rolling Laptop Bag, Mens Large Briefcase with Big Wheels Fits 17.3 Inch Notebook for…
★★★★½ 27
Amazon's Choice
-17% $99.99
$119.99
prime FREE One-Day Get it Tomorrow, Feb 10



WAVLINK U… Station wit… in 1 Laptop… Monitor 4K… 100W Char…
★★★★☆
$169.00
prime FREE… Tuesday, Feb…

## Explore more items

**Case23CV118 PL EX. 203-005**