| | |
|---|---|
| Timothy M. Stubson, Wyo. Bar No. 6-3144 | Eugene M. LaFlamme (Admitted pro hac vice) |
| Brandon E. Pryde, Wyo. Bar No. 8-6883 | Jared B. Giroux (Admitted pro hac vice) |
| Holly L. Tysse, Wyo. Bar No. 7-5553 | Jillian L. Lukens (Admitted pro hac vice) |
| Crowley Fleck PLLP | McCoy Leavitt Laskey, LLC |
| 111 West 2nd Street, Suite 220 | N19 W24200 Riverwood Drive, Suite 125 |
| Casper, WY 82601 | Waukesha, WI 53188 |
| (P) 307-232-6901 | (P) 262-522-7000 |
| tstubson@crowleyfleck.com | elaflamme@MLLlaw.com |
| bpryde@crowleyfleck.com | jgiroux@MLLlaw.com |
| htysse@crowleyfleck.com | jlukens@MLLlaw.com |

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No. 2:23-cv-00118-KHR <br><br> **SAM HUSAIN DECLARATION IN SUPPORT OF DEFENDANTS JETSON ELECTRIC BIKES, LLC AND WALMART INC.'S TRIAL BRIEF FOR FEBRUARY 28, 2025 HEARING** |

I, Sam Husain, state as follows:

     1.     I am the corporate representative for Jetson Electric Bikes, LLC.

     2.     The Jetson Glyro model hoverboard was a pre-UL 2272 hoverboard and it was not designed and manufactured to the UL 2272 standards as they did not exist at the time the Glyro model was manufactured and sold.

     3.     Based on my review of the expert report from William Johnson, P.E. from the *Demark v. Jetson Electric Bikes, LLC et al* case, which is part of Plaintiffs' proposed trial exhibit

2

243B, the Glyro model hoverboard utilized a Samsung manufactured battery pack and Samsung manufactured lithium-ion battery cells.

4. The Plasma model hoverboard did not utilize any Samsung manufactured components.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 14, 2025               s/ Sam Husain
                                                                      Sam Husain