# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR |

## PLAINTIFFS' MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 84.2(b), Plaintiffs Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and Matthew Wadsworth, by and through their undersigned counsel, respectfully submit the following Motion to grant attorney Joshua Michael Autry permission to appear *pro hac vice*.

1. I, Taly Goody, an attorney with Good Law Group, P.A., 58 Malaga Cove Plaza, Palos Verdes Estates, CA 90274, Email: taly@goodylawgroup.com, telephone number (310) 893-1983, am counsel for the Plaintiffs in the above-captioned matter.

2. I, Taly Goody, certify I am a member in good standing with the Wyoming Bar

Association and the U.S.D.C. District Court of Wyoming Bar. My Wyoming Bar Number is 8-6737. I was admitted to practice in the District Court of Wyoming on June 30, 2023.

3. Movant, Joshua Michael Autry, is an attorney with Morgan & Morgan, P.A., 199 Water Street, Suite 1500, New York, New York 10005, Email: jautry@forthepeople.com, telephone number (859) 899-8785.

4. To the best of my knowledge and belief, Mr. Autry is of good moral character. He is an attorney duly licensed and in good standing with the Pennsylvania Bar, admitted on October 17, 2008, the Kentucky Bar, admitted September 23, 2019, the Tennessee Bar, admitted July 8, 2024, and the New York Bar, admitted February 10, 2025. He has never been denied *pro hac vice* admission or had admission revoked in any court. Mr. Autry has never been disciplined or sanctioned by any court.

5. As local counsel, I affirm that I shall be fully prepared to represent the client at any time, and in any capacity.

ACCORDINGLY, Plaintiff respectfully moves the Court to enter an Order permitting Joshua Michael Autry to appear in this matter *pro hac vice.*

Date: February 18, 2025                    Respectfully Submitted,

*/s/ Taly Goody, Esq.*
**TALY GOODY, Esq.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274

Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

**Joshua Michael Autry, Esq.\***
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
**MORGAN & MORGAN, P.A.**
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com

*\*Pro Hac Vice Pending*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taly Goody*
Taly Goody