UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR |

**PLAINTIFFS' AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION TO APPEAR PRO HAC VICE**

Pursuant to Superior Court Civil Rule 84.2(b) the undersigned requests permission to appear *pro hac vice* and participate in this litigation on behalf of the Plaintiffs. In support of this request, the undersigned counsel affirms the following:

1. I, Joshua Michael Autry, am an attorney with Morgan and Morgan, P.A., 199 Water Street, Suite 1500, New York, New York 10005, Email: jautry@forthepeople.com, telephone number (859) 899-8785.

2. I have been admitted to practice in the following courts:

   **State Courts:**
   Pennsylvania State Court – Admitted 10/17/2008.
   Kentucky State Court – Admitted 9/23/2019.

Tennessee State Court – Admitted 7/8/2024.
New York State Court – Admitted 2/10/2025.

**U.S. District Courts:**
U.S.D.C. for the Middle District of Pennsylvania – Admitted 6/12/2009.
U.S.D.C. for the Eastern District of Pennsylvania – Admitted 8/18/2010.
U.S.D.C. for the Western District of Pennsylvania – Admitted 1/31/2011.
U.S.D.C. for the Western District of Kentucky – Admitted 10/21/2019.
U.S.D.C. for the Eastern District of Kentucky – Admitted 11/1/2019.
U.S.D.C. for the Northern District of Indiana – Admitted 1/12/2021.
U.S.D.C. for the Northern District of Ohio – Admitted 1/13/2021.
U.S.D.C. for the Northern District of Illinois – Admitted 2/17/2023.

**U.S. Courts of Appeals**
U.S. Court of Appeals for the Third Circuit – Admitted 2/1/2010.
U.S. Court of Appeals for the Second Circuit – Admitted 11/8/2012.
U.S. Court of Appeals for the Sixth Circuit – Admitted 6/10/2020.
U.S. Court of Appeals for the Eleventh Circuit – Admitted 1/13/2023.
U.S. Court of Appeals for the Fourth Circuit – Admitted 6/5/2024.

**U.S. Supreme Court- Admitted 6/7/2014**

3. No written disciplinary proceedings have ever been brought against me by any disciplinary authority in any jurisdiction. I have never been publicly sanctioned by any court.

4. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Taly Goody, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge and submit to being subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

ACCORDINGLY, Plaintiff respectfully submits this Affidavit in support of the Motion

for Admission for Joshua Michael Autry to appear *pro hac vice.*

Date: February 18, 2025

Respectfully Submitted,

*/s/ Joshua Michael Autry, Esq.\**
**Joshua Michael Autry, Esq.**
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
**MORGAN & MORGAN, P.A.**
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com

**TALY GOODY, ESQ.**
Wyoming Bar No.: 8-6737
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Primary Email:
Taly@GoodyLawGroup.com

*\*Pro Hac Vice Pending*
*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taly Goody, Esq.*
Taly Goody, Esq.