| | |
|---|---|
| Christoper C. Voigt, Wyo. Bar No. 6-3313 | Eugene M. LaFlamme (Admitted pro hac vice) |
| Timothy M. Stubson, Wyo. Bar No. 6-3144 | Jared B. Giroux (Admitted pro hac vice) |
| Brandon E. Pryde, Wyo. Bar No. 8-6883 | Jillian L. Lukens (Admitted pro hac vice) |
| Holly L. Tysse, Wyo. Bar No. 7-5553 | McCoy Leavitt Laskey, LLC |
| Crowley Fleck PLLP | N19 W24200 Riverwood Drive, Suite 125 |
| 111 West 2nd Street, Suite 220 | Waukesha, WI 53188 |
| Casper, WY 82601 | (P) 262-522-7000 |
| (P) 307-232-6901 | elaflamme@MLLlaw.com |
| cvoigt@crowleyfleck.com | jgiroux@MLLlaw.com |
| tstubson@crowleyfleck.com | jlukens@MLLlaw.com |
| bpryde@crowleyfleck.com | |
| htysse@crowleyfleck.com | |

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) |
| Defendants. | ) ) |

Case No. 2:23-cv-00118-KHR

**ENTRY OF APPEARANCE**

Christopher C. Voigt of the Law Firm of Crowley Fleck PLLP hereby enters his appearance as counsel for Defendants Walmart, Inc. and Jetson Electric Bikes, LLC in the above captioned matter.

Dated this 19th day of February, 2025.

*/s/ Christopher C. Voigt*
Christopher C. Voigt, Wyo. Bar No. 6-3313
Crowley Fleck, PLLP
PO Box 2529
Billings, MT 59103-2529
Ph: (406-255-7239)
cvoigt@crowleyfleck.com

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP

111 West 2nd Street, Suite 220

Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Eugene M. LaFlamme *(pro hac vice)*

Jared B. Giroux *(pro hac vice)*

Jillian L. Lukens (*pro hac vice*)

McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants*