# EXHIBIT 1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF WYOMING

-ooOoo-

STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W. and L.W., minor children, and MATTHEW WADSWORTH,

Plaintiff,

v.

WALMART, INC. and JETSON ELECTRIC BIKES, LLC,

Defendants.

Case No. 2:23-cv-00118-NDF JURY

_________________________

DEPOSITION OF STEPHANIE WADSWORTH
TAKEN THROUGH
VERITEXT

Taken on Tuesday, February 27, 2024
8:59 a.m. to 12:55 p.m.

At HAMPTON INN
1055 Wild Horse Canyon Road
Green River, Wyoming 82935

Job No. CS6457160
Reported by: Abigail D.W. Johnson, RPR, CRR, CRC

A. It was, like, camping pads, padded eggshell foam on the floor.

Q. Okay.

A. Can I clarify when I say when I went to bed?

Q. Sure.

A. 2:00 a.m. is when I got into bed, not when I went outside to go to bed.

Q. Okay. Let me clarify that because I'm not --

A. Okay.

Q. -- I'm not 100 percent sure what you're saying.

So 2:00 a.m. is when you got in bed to go to sleep?

A. Correct.

Q. Okay, but before you got into bed at 2:00 a.m., you would have had a cigarette before going to bed?

A. Correct.

Q. Okay. Was that the clarification that you wanted to make?

A. Yeah. One of the questions you said outside at 2:00 a.m. I wouldn't have been outside at 2:00 a.m.

Q. Okay. You would have been outside a little bit before 2:00 a.m., because 2:00 a.m. is when you went to bed?

A. Correct.

Q. All right. And how soon before going to bed do you typically have your last cigarette, within, like, a half hour?

A. Yes.

Q. Okay. And did you have any alcohol the night of January 31st?

A. Yes.

Q. Okay. Do you know how much you had that evening?

A. No.

Q. Would it have been a typical day for alcohol consumption for you?

A. Yes.

Q. As far as when you would consume alcohol, is it more at night or is it throughout the day?

A. More at night.

Q. Okay. So is it once the kids go down --

A. Yes.

Q. -- then you will have some alcohol?

A. Yes.

Q. And do you know, was it Jäger that you were

REPORTER'S CERTIFICATE

STATE OF UTAH )
)
COUNTY OF SALT LAKE )

I, ABIGAIL D.W. JOHNSON, a Certified Shorthand Reporter and Registered Professional Reporter, hereby certify:

THAT the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was placed under oath to tell the truth, the whole truth, and nothing but the truth; that the proceedings were taken down by me in shorthand and thereafter my notes were transcribed through computer-aided transcription; and the foregoing transcript constitutes a full, true, and accurate record of such testimony adduced and oral proceedings had, and of the whole thereof.

I FURTHER CERTIFY that I am not a relative or employee of any attorney of the parties, nor do I have a financial interest in the action.

(X) Review and signature was requested.

( ) Review and signature was waived.

( ) Review and signature was not requested.

I have subscribed my name on this 9th day of March, 2

ABIGAIL D.W. JOHNSON, RPR, CRR, CRC