# EXHIBIT 3

# EXHIBIT 8

| IC SPECIALTY SERVICES ARTIFACT/EVIDENCE LOG 1 | | | |
|---|---|---|---|
| **INSURED:** | Nuttall | **CLM # :** | 5015617702 |
| **Evidence Custodian:** | Cristal VanDongen | **FILE #:** | 22-39937 |
| **Item Number** | **Description** | | **Date Collected:** |
| 1 | fire damaged hover board | | 4-Feb-22 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| IC SPECIALTY SERVICES ARTIFACT/EVIDENCE LOG 2 |
|---|---|---|---|
| **INSURED:** | Nuttall | **CLM # :** | 5015617702 |
| **Evidence Custodian:** | Alex Hoff | **FILE #:** | 22-39937 |
| Item Number | Description | | Date Collected: |
| 1 | Smoke detector | | 8/2 to 8/4, 2022 |
| 2 | Smoke detector | | 8/2 to 8/4, 2022 |
| 3 | Smoke detector | | 8/2 to 8/4, 2022 |
| 4 | Smoke detector | | 8/2 to 8/4, 2022 |
| 5 | Smoke detector | | 8/2 to 8/4, 2022 |
| 6 | Smoke detector | | 8/2 to 8/4, 2022 |
| 7 | Smoke detector | | 8/2 to 8/4, 2022 |
| 8 | Smoke detector | | 8/2 to 8/4, 2022 |
| 9 | Smoke detector | | 8/2 to 8/4, 2022 |
| 10 | mattress - northeast bedroom | | 8/2 to 8/4, 2022 |
| 11 | mattress - northeast bedroom | | 8/2 to 8/4, 2022 |
| 12 | remnants of smoke detector - SW bedroom | | 8/2 to 8/4, 2022 |
| 13 | battery from SW bath/bedroom 8.75 V | | 8/2 to 8/4, 2022 |
| 14 | debris from behind refridgertor | | 8/2 to 8/4, 2022 |
| 15 | battery SW bedroom 8.47 V | | 8/2 to 8/4, 2022 |
| 16 | motor from the threshold for bedroom #4 | | 8/2 to 8/4, 2022 |
| 17 | smoke alarm base - garage, west wall | | 8/2 to 8/4, 2022 |
| 18 | smoke detector base - basement | | 8/2 to 8/4, 2022 |
| 19 | Weather Head | | 8/2 to 8/4, 2022 |
| 20 | Electrical circuit and breaker - bedroom #4 | | 8/2 to 8/4, 2022 |
| 21 | Electrical circuits - bedroom #4 | | 8/2 to 8/4, 2022 |
| 22 | electrical receptacle - garage | | 8/2 to 8/4, 2022 |
| 23 | face plates - bedroom #4 | | 8/2 to 8/4, 2022 |
| 24 | circuit breaker - east exterior electrical receptacle | | 8/2 to 8/4, 2022 |
| 25 | charging cords - kitchen | | 8/2 to 8/4, 2022 |
| 26 | debris from floor of closet - bedroom #4 | | 8/2 to 8/4, 2022 |
| 27 | floor debris - bedroom #4 | | 8/2 to 8/4, 2022 |
| 28 | solid debris - exterior, east side of the structure | | 8/2 to 8/4, 2022 |
| 29 | solid debris - exterior, east side of the structure | | 8/2 to 8/4, 2022 |
| 30 | refrigerator | | 8/2 to 8/4, 2022 |
| A1a. | Debris | | 8/2 to 8/4, 2022 |

| | | |
|---|---|---|
| A1b. | smoke detector components | 8/2 to 8/4, 2022 |
| A1c. | carpet and miscellaneous debris | 8/2 to 8/4, 2022 |
| A2a. | debris | 8/2 to 8/4, 2022 |
| A2b. | miscellaneous | 8/2 to 8/4, 2022 |
| A3a. | debris | 8/2 to 8/4, 2022 |
| A3b. | miscellaneous | 8/2 to 8/4, 2022 |
| B1a. | debris | 8/2 to 8/4, 2022 |
| B1b. | 2 battery cells (hover board) | 8/2 to 8/4, 2022 |
| B1c. | miscellaneous debris | 8/2 to 8/4, 2022 |
| B2a. | debris | 8/2 to 8/4, 2022 |
| B2b. | debris | 8/2 to 8/4, 2022 |
| B3a. | debris | 8/2 to 8/4, 2022 |
| B3b. | debris | 8/2 to 8/4, 2022 |
| B3c. | debris | 8/2 to 8/4, 2022 |
| B3d. | debris | 8/2 to 8/4, 2022 |
| B3e. | miscellaneous | 8/2 to 8/4, 2022 |
| C1a. | debris | 8/2 to 8/4, 2022 |
| C1b. | miscellaneou | 8/2 to 8/4, 2022 |
| C2a. | debris | 8/2 to 8/4, 2022 |
| C2b. | miscellaneous | 8/2 to 8/4, 2022 |
| C3a. | debris | 8/2 to 8/4, 2022 |
| C3b. | debris | 8/2 to 8/4, 2022 |
| C3c. | miscellaneous | 8/2 to 8/4, 2022 |
| D1a. | debris | 8/2 to 8/4, 2022 |
| D1b. | miscellaneous | 8/2 to 8/4, 2022 |
| D2a. | electrical wiring | 8/2 to 8/4, 2022 |
| D2b. | portable heater and associated electrical | 8/2 to 8/4, 2022 |
| D2c. | extension cord | 8/2 to 8/4, 2022 |
| D2d. | ashtray | 8/2 to 8/4, 2022 |
| D2e. | misc. debris and electrical components | 8/2 to 8/4, 2022 |
| D2f. | light component | 8/2 to 8/4, 2022 |
| D2g. | aluminum wiring from beneath the weather head | 8/2 to 8/4, 2022 |
| D2h. | extension cord and electrical receptacle | 8/2 to 8/4, 2022 |
| D2i. | miscellaneous debris | 8/2 to 8/4, 2022 |
| D2j. | miscellaneous debris | 8/2 to 8/4, 2022 |
| D2k. | miscellaneous debris | 8/2 to 8/4, 2022 |
| D2l. | debris from above the solid mas | 8/2 to 8/4, 2022 |
| D2m | debris | 8/2 to 8/4, 2022 |
| D2n. | debris | 8/2 to 8/4, 2022 |