| | |
|---|---|
| Taly Goody, Esq. <br> Wyoming Bar No.: 8-6737 <br> Greyson M. Goody, Esq. <br> GOODY LAW GROUP <br> 58 Malaga Cove Plaza <br> Palos Verdes Estates, CA 90274 <br> Telephone: (310) 893-1983 <br> Email: taly@GoodyLawGroup.com <br> greyson@GoodyLawGroup.com <br> *Attorneys for Plaintiffs* | T. Michael Morgan, Esq* <br> Florida Bar No.: 062229 <br> Rudwin Ayala, Esq* <br> Florida Bar No.: 84005 <br> MORGAN & MORGAN, P.A <br> 20 N. Orange Ave, Suite 1600 <br> Orlando, FL 32801 <br> Telephone: (407) 420-1414 <br> Email: mmorgan@forthepeople.com <br> rayala@forthepeople.com <br> **\*** *Pro Hac Vice Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR <br><br><br> JURY TRIAL DEMANDED |

## PARTIES' JOINT MOTION FOR PERMISSION
## TO BRING TANGIBLE EVIDENCE TO TRIAL

The Parties move for an order from the Court granting their attorneys permission to enter the courthouse and pass security screening with the items

enumerated below for the trial of this case scheduled to begin on March 3, 2025. Pursuant to Local Rule 7.1(b)(1)(A), the Parties have met and conferred on this issue. Each Party maintains and preserves their objections to the use of any of these items at trial. This does not serve as a stipulation for the evidence to be used at trial, only for it to be allowed to pass through security. The items shall be brought in through security outside the presence or vision of the jury and shall be stored outside of the courtroom until a ruling on their use as demonstratives is provided by the Court. Plaintiffs' proposed items are as follows:

1. The hoverboard that is the subject of this case;
2. Exemplar hoverboards containing lithium-ion battery packs;
3. Exemplar lithium-ion battery packs;
4. Cigarette packs containing cigarettes;
5. Cigarette lighters; and
6. Manual and/or electric screw drivers to disassemble the exemplar hoverboards.

Defendants proposed items are as follows:

1. Exemplar hoverboard containing lithium ion battery pack.

The Parties jointly file this motion and respectfully request permission to bring the above items into the courthouse and pass through security consistent with the above requirements.

Date: February 21, 2025    Respectfully Submitted,

   */s/ T. Michael Morgan, Esq.*
**T. Michael Morgan, Esq.**\*
Florida Bar No.: 062229
**Rudwin Ayala, Esq.**\*
Florida Bar No.: 84005
**MORGAN & MORGAN, P.A**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Emails: mmorgan@forthepeople.com
Secondary email:
akelseyflowers@forthepeople.com

\**Admitted Pro Hac Vice*

**TALY GOODY, ESQ**.
Wyoming Bar No.: 8-6737
**GREYSON M. GOODY, ESQ.**
**GOODY LAW GROUP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Emails: taly@GoodyLawGroup.com
       greyson@GoodyLawGroup.com
*Local Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2025, a true and correct copy of the foregoing was electronically served to all counsel of record.

Counsel for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com

Jared B. Giroux – jguiroux@MLLlaw.com

Jillian L. Lukens – jlukens@MLLlaw.com

Brandon Pryde - bpryde@crowleyfleck.com

Timothy Stubson - tstubson@crowleyfleck.com

Holly Tysse - htysse@crowleyfleck.com

Christopher Voigt - cvoigt@crowleyfleck.com

>　*/s/ T. Michael Morgan, Esq.*
> T. Michael Morgan, ESQ.*
> MORGAN & MORGAN, P.A
> Florida Bar No.: 062229
> *Admitted Pro Hac Vice*