# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR |

## ORDER GRANTING PARTIES' JOINT MOTION FOR PERMISSION TO BRING TANGIBLE EVIDENCE TO TRIAL

Having reviewed *the Parties' Joint Motion for Permission to Bring Tangible Evidence to Trial*, the Court hereby ORDERS that counsel for the Plaintiffs and counsel for the Defendants may enter the courthouse and pass security screening with the following items when attending the trial of this case scheduled to begin on March 3, 2025:

Plaintiffs proposed items are as follows:

1. The hoverboard that is the subject of this case;

2. Exemplar hoverboards containing lithium-ion battery packs;

3. Exemplar lithium-ion battery packs;

4. Cigarette packs containing cigarettes;

1

5. Cigarette lighters; and

6. Manual and/or electric screw drivers to disassemble the exemplar hoverboards.

Defendants proposed items are as follows:

1. Exemplar hoverboard containing lithium ion battery pack.

The items above can be brought in through security outside the presence or vision of the jury and shall be stored outside of the courtroom until a ruling on their use as demonstratives is provided by the Court.

IT IS SO ORDERED.

Dated:_____                    _____
                                         Hon. Scott P. Klosterman
                                         United States Magistrate Judge