Taly Goody, Esq.  
Wyoming Bar No.: 8-6737  
Greyson M. Goody, Esq.  
GOODY LAW GROUP  
58 Malaga Cove Plaza  
Palos Verdes Estates, CA 90274  
Telephone: (310) 893-1983  
Email: taly@GoodyLawGroup.com  
greyson@GoodyLawGroup.com  

T. Michael Morgan, Esq.*  
Florida Bar No.: 062229  
MORGAN & MORGAN, P.A  
20 N. Orange Ave, Suite 1600  
Orlando, FL 32801  
Telephone: (407) 420-1414  
Email: mmorgan@forthepeople.com  

Josh M. Autry, Esq.*  
New York Bar No.: 6161962  
MORGAN & MORGAN, P.A.  
199 Water Street, Suite 1500  
New York, NY 10005  
Telephone: (859) 899-8785  
Email: jautry@forthepeople.com  

*\* Pro Hac Vice*  
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR <br><br> JURY TRIAL DEMANDED |

### DECLARATION OF JOSH M. AUTRY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' TRIAL BRIEF FOR FEBRUARY 28, 2025 HEARING

Pursuant to 28 U.S.C. § 1746, I certify that attached hereto are true and correct copies of the following exhibits:

1. Expert report of Michael Schulz

1

2. Expert report of Derek King

3. Deposition transcript of Michael Schulz

4. Deposition transcript of Derek King

5. CPSC Recall Notice (March 30, 2023)

6. Deposition transcript of Sam Husain

7. Typical Hoverboard schematic produced by defense expert Samuel Sudler

8. Expert report of Samuel Sudler

9. Deposition transcript of Samuel Sudler

10. Jetson Product Manuals

Date: February 21, 2025                                /s/ Josh M. Autry
                                                       Josh M. Autry