# EXHIBIT 5



UNITED STATES
CONSUMER PRODUCT SAFETY COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814

COMMISSIONER RICH TRUMKA JR.

**JETSON ROGUE HOVERBOARDS IGNITE; CPSC SECURES STRONG RECALL REMEDY TO GET THESE DEADLY PRODUCTS OUT OF HOMES**

**MARCH 30, 2023**

On April 1, 2022, two sisters, aged 10 and 15, died in a house fire that, the Fire Marshal determined, was caused by their Jetson Rogue hoverboard igniting.

This product is too dangerous to be in homes. CPSC has secured a strong recall remedy designed to get Jetson Rogue hoverboards away from consumers as quickly as possible.

If you or someone you know owns a Jetson Rogue hoverboard, take a photo of the product and send it to the company for a **full refund**—or simply bring the hoverboard to a Target store. No receipt is required. All recalls should be this simple and easy to access.



# Jetson Electric Bikes Recalls 42-Volt Rogue Self-Balancing Scooters/Hoverboards Due to Fire Hazard; Two Deaths Reported



Recalled Jetson Rogue Self-Balancing Scooter/Hoverboard (side view)

Case23CV118 PL EX. 197-002

<mark></mark>

Case 2:23-cv-00118-KHR     Document 178-6     Filed 02/21/25     Page 4 of 8

2/8/25, 8:18 PM                Jetson Electric Bikes Recalls 42-Volt Rogue Self-Balancing Scooters/Hoverboards Due to Fire Hazard; Two Deaths Reported | CPS…








Case23CV118 PL EX. 197-003

Case 2:23-cv-00118-KHR   Document 178-6   Filed 02/21/25   Page 5 of 8

2/8/25, 8:18 PM                Jetson Electric Bikes Recalls 42-Volt Rogue Self-Balancing Scooters/Hoverboards Due to Fire Hazard; Two Deaths Reported | CPS…

**Name of Product:**

42-volt Jetson Rogue self-balancing scooters/hoverboards

**Hazard:**

The lithium-ion battery packs in the self-balancing scooters/hoverboards can overheat, posing a fire hazard.

**Remedy:**

Refund

**Recall Date:**

March 30, 2023

**Units:**

About 53,000

---

**Consumer Contact**

Jetson Electric Bikes at 800-635-4815 from 10 a.m. to 6 p.m. ET Monday through Friday, or online at http://www.ridejetson.com/rogue-recall or at https://ridejetson.com and click on "SAFETY & RECALL" at the top of the page for more information.

---

**Case23CV118 PL EX. 197-004**

# Recall Details

### Description:

Washington, D.C. -- The U.S. Consumer Product Safety Commission (CPSC) and Jetson Electric Bikes LLC, of Brooklyn, New York, are announcing the recall of about 53,000 42-volt Jetson Rogue self-balancing scooters/hoverboards. The lithium-ion battery packs in the self-balancing scooters/hoverboards can overheat, posing a fire hazard.

A 10-year-old girl and her 15-year-old sister died from a fire on April 1, 2022 in Hellertown, Pennsylvania. The Hellertown Borough Fire Marshal determined that a 42-volt Jetson Rogue was the point of origin of the fire. The fire then spread from the room of origin to other portions of the house, resulting in the deaths of the two girls and smoke inhalation injuries to the girls' parents. The cause of the fire remains undetermined.

There have been multiple other reports of the recalled scooters/hoverboards burning, sparking or melting, several of which involved reports of flames.

CPSC and Jetson are urging consumers to immediately stop using and stop charging the recalled 42-volt version of the self-balancing scooters/hoverboards and contact Jetson for a full refund. Consumers should follow the instructions at http://www.ridejetson.com/rogue-recall to submit photographs of the hoverboard's serial number, charger, its purchase date and affirmation of disposal of the hoverboard in accordance with state or local ordinances for lithium-ion batteries. Photos can be submitted online, by email or by postal mail. Because the hoverboard's lithium-ion battery must be handled differently than other batteries, consumers should not deposit the Rogue's battery in battery recycling boxes found at retailers or home improvement stores. Nor should consumers dispose of the Rogue's battery in the trash. Consumers should follow the procedures established by their municipal recycling center for disposal of recalled lithium-ion batteries.

This recall involves all 42-volt Jetson Rogue self-balancing scooters/hoverboards. The self-balancing scooters/hoverboards have two wheels with light up hubcaps and come in the following colors: black, blue, red, pink, and purple with a black platform. Jetson is printed on one side of the body and on the top of the footpads. Affected units were manufactured from 2018 through 2019 and have a UL certification label and serial number on the bottom of the unit. Affected units do not have a barcode on the bottom of the unit. Units with a barcode next to the serial number are not included in this recall. The charge port on affected units has three pins and is located to the left of the power button. Units with a charge port that has just one pin and is located to the right of the power button are not included in this recall.

Case23CV118 PL EX. 197-005

Case 2:23-cv-00118-KHR   Document 178-6   Filed 02/21/25   Page 7 of 8

2/8/25, 8:18 PM                Jetson Electric Bikes Recalls 42-Volt Rogue Self-Balancing Scooters/Hoverboards Due to Fire Hazard; Two Deaths Reported | CPS…

The recalled self-balancing scooters/hoverboards were sold at Target stores nationwide and online at www.target.com from August 2018 through June 2019 and at www.ridejetson.com from January 2019 through November 2021 for between $100 and $150.

Contact Jetson at 800-635-4815 from 10 a.m. to 6 p.m. ET Monday through Friday, or online at http://www.ridejetson.com/rogue-recall or https://ridejetson.com and click on "SAFETY & RECALL" at the top of the page for more information.

CPSC recently reminded consumers to exercise caution with micromobility devices such as hoverboards. Consumers should always be present when charging such devices and only charge them with their supplied charger. Do not use recalled hoverboards or other recalled micromobility devices. For further information see Micromobility: E-Bikes, E-Scooters and Hoverboards | CPSC.gov.

### Remedy:

Consumers should immediately stop using and stop charging the recalled scooters/hoverboards and contact Jetson for a full refund. Jetson is contacting all known purchasers directly.

### Incidents/Injuries:

A 10-year-old girl and her 15-year-old sister died from a fire on April 1, 2022 in Hellertown, Pennsylvania. The Hellertown Borough Fire Marshal determined that a 42-volt Jetson Rogue was the point of origin of the fire. There have been multiple other reports of the recalled scooters/hoverboards burning, sparking or melting, several of which involved reports of flames.

### Sold At:

The recalled self-balancing scooters/hoverboards were sold at Target stores nationwide and online at www.target.com from August 2018 through June 2019 and at www.ridejetson.com from January 2019 through November 2021 for between $100 and $150.

### Recall number:

23-165

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.

Case23CV118 PL EX. 197-007