# EXHIBIT 6

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            IN AND FOR THE DISTRICT OF WYOMING
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      STEPHANIE WADSWORTH, individually
 4    and as Parent and legal guardian
      of WW, KW, GW and SW, minor
 5    children of MATTHEW WADSWORTH,
 6                        Plaintiffs,   Case No.
                                        2:23-cv-00118-NDF
 7        vs.
 8    WALMART, INC., and JETSON ELECTRIC
      BIKES, LLC,
 9
                        Defendants.
10
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
11
                VIDEO-RECORDED DEPOSITION OF:
12              CORPORATE REPRESENTATIVE OF
                    JETSON ELECTRIC BIKES
13                      SAM HUSAIN
14          TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15          LOCATED AT:  N19 W24200 Riverwood Drive
                       Waukesha, Wisconsin
16
                        May 17, 2024
17
                    9:36 a.m. to 2:11 p.m.
18
            REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
      - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25    JOB NO. 6646833
```

Page 2

```
 1          A P P E A R A N C E S
 2   MORGAN & MORGAN, by
          RUDWIN AYALA
 3   1700 Palm Beach Lakes Boulevard, Suite 500
     West Palm Beach, Florida 33401
 4   (561) 227-5858
     rayala@forthepeople.com
 5   Appeared remotely on behalf of the Plaintiffs.
 6   McCOY LEAVITT LASKEY, LLC, by
          EUGENE M. LaFLAMME
 7   N19 W24200 Riverwood Drive, Suite 125
     Waukesha, Wisconsin 53188
 8   (262) 522-7020
     Elaflamme@mlllaw.com
 9   Appeared remotely on behalf of the Defendants.
10   ALSO PRESENT: Gabe Martin, videographer; Peter Curran,
          Veritext Concierge.
11
12          I N D E X
13   WITNESS                          PAGE
14   CORPORATE REPRESENTATIVE OF JETSON ELECTRIC BIKES -4
15   SAM HUSAIN
16   EXAMINATION BY MR. AYALA            5
17
18          E X H I B I T S
19   NUMBER   DESCRIPTION              PAGE
20   Exhibit 49  Amended Notice of Taking Deposition  9
21   Exhibit 50  Jetson Instruction Manual        36
22   Exhibit 51  Photograph of Exemplar of the    48
23              JPLSM-IRS Model
24   Exhibit 52  Receipt                49
25   Exhibit 53  Warning Label              91
```

Page 3

```
 1   EXHIBITS {cont.}
 2   Exhibit 54  CPSC Hoverboard Safety Alert      85
 3   Exhibit 55  Notice by Consumer Product Safety  98
 4              Commission dated March 30th, 2023
 5   Exhibit 56  Jetson Recall Notice      107
 6
 7
 8          R E Q U E S T S
 9          (No requests made.)
10
11
12   (Original exhibits attached to original transcript.)
13   (Original transcript was delivered to Attorney Ayala.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1      TRANSCRIPT OF PROCEEDINGS
 2          THE VIDEO OPERATOR:  Good morning.  We're
 3   going on the record at 9:36 a.m. on May 17th, 2024.
 4   This is media unit No. 1 in the video-recorded
 5   deposition of Sam Husain in the matter of Stephanie
 6   Wadsworth, et al., versus Wal-Mart, Inc., and Jetson
 7   Electric Bikes, LLC.  For the record will the
 8   counsels please voice identify themselves and state
 9   who they represent starting with the taking
10   attorney.
11          MR. AYALA:  Rudy Ayala on behalf of the
12   Wadsworth family plaintiffs.
13          MR. LAFLAMME:  And Eugene LaFlamme on
14   behalf of defendants Wal-Mart and Jetson Electric
15   Bike.
16          THE VIDEO OPERATOR:  Thank you, Counsel.
17   Now the court reporter will swear in the witness.
18          CORPORATE REPRESENTATIVE OF JETSON
19   ELECTRIC BIKES called as a witness herein, after
20   having been first duly sworn on oath, was examined
21   and testified as follows:
22          MR. LAFLAMME:  Before we start the
23   deposition, I just wanted to get on the record, we
24   had two objections to deposition topics which we
25   discussed with -- briefly with counsel off the
```

Page 5

```
 1   record, but it is to paragraphs 7(o) and 7(p) which
 2   are the last two topics on Exhibit 49 in that they
 3   relate to expert opinions and testimony.  And just
 4   for clarification, to help this deposition proceed
 5   smoother, the other models that we looked at for
 6   some of the deposition topics in here for a similar
 7   product is, and I'll just list them, the Plasma
 8   which is the model involved or at issue in this case
 9   and then the Sync, the Litho X, the J-Beat, the
10   Zone, Plasma X, Mojo and Prism, and those are all on
11   the same UL listing.
12          EXAMINATION
13   BY MR. AYALA:
14   Q.  Good morning, sir.
15   A.  Good morning.
16   Q.  I briefly introduced myself just prior to your
17   deposition.  My name is Rudwin Ayala.  Call me Rudy
18   Ayala or Mr. Ayala, whatever is convenient for you.
19   I represent the Wadsworth family in this litigation,
20   and I'll be taking your deposition today.
21          Before we get started, have you ever had
22   your deposition taken before?
23   A.  Yes.
24   Q.  On how many occasions?
25   A.  Three, roughly three or four, sorry.
```

2 (Pages 2 - 5)

Page 6

1 Q. Okay. Do you recall the last time you had your
2   deposition taken?
3 A. Sorry, trying to think, September of 2023 I believe.
4 Q. Well, not much has changed since then in terms of how
5   depositions proceed, but I'll just refresh your
6   recollection in case you even need it.
7 A. Sure.
8 Q. And I'm sure Mr. LaFlamme has done a good job of
9   prepping you on that process.
10      First thing as you can tell, we have a
11  court reporter here. We have a videographer here.
12  They are recording everything you and I discuss
13  today. If at any point in time I ask you a question
14  that maybe you don't hear or you don't understand,
15  just let me know, I'll make sure I restate or
16  rephrase it --
17 A. Sure.
18 Q. -- so that we're communicating effectively today?
19 A. Understand.
20      MR. LAFLAMME: Sam, the other one is let
21  him get his full statement out before you answer.
22      MR. AYALA: Yup, exactly. That was No. 2.
23 BY MR. AYALA:
24 Q. At any point in time if you need a break, just let me
25  know that. As long as there is no question pending,

Page 7

1   we can take that break, okay. And even though there
2   is a camera here, make sure that all of your answers
3   are verbal, out loud. I want to make sure that Madam
4   Court Reporter can take down an accurate record,
5   fair?
6 A. Fair.
7 Q. We are here today at your counsel's office in
8   Wisconsin, correct?
9 A. Correct.
10 Q. When you described your last deposition to your
11  recollection being in September of 2023, was that in
12  your personal capacity or in your capacity as
13  corporate representative on behalf of Jetson Electric
14  Bikes?
15 A. As a corporate representative on behalf of Jetson
16  Electric Bikes.
17 Q. All of the instances when you have been deposed have
18  been in your corporate representative capacity?
19 A. Yes. There was one personal but that was a couple of
20  years ago.
21 Q. Okay. All right. Did it relate in any way, shape or
22  form to your role with Jetson?
23 A. No.
24 Q. And as we proceed through the deposition, if I just
25  refer to the company as Jetson, you know what I'm

Page 8

1   talking about, correct?
2 A. Correct.
3 Q. You understand that you are here today as the
4   designated corporate representative on behalf of
5   Jetson?
6 A. Correct.
7 Q. You understand that in that capacity that the answers
8   that you give today will be as if the company is here
9   testifying today, do you understand that?
10 A. Yes, I do.
11 Q. In other words, it binds the company based upon how
12  you testify and respond to my questions. Do you
13  understand that?
14 A. I do.
15 Q. By the way, that deposition back in September of
16  2023, was that related to that Pennsylvania case?
17 A. No.
18 Q. Did that relate to a Hoverboard claim or case?
19 A. No.
20 Q. And we'll discuss a little bit later the depositions
21  and a little more detail about those that you've
22  given and participated in. But I have -- have you
23  had a chance to look at the amended notice of taking
24  deposition? It's already been premarked as Exhibit
25  49 if you want to take a look at that.

Page 9

1      (Exhibit 49 marked.)
2      THE WITNESS: Thank you. Yes, I have.
3 BY MR. AYALA:
4 Q. And obviously prior to starting your counsel objected
5   to paragraph 7(o) of the amended notice as well as
6   paragraph 7(p), but for every other entry on that
7   notice of deposition you understand and appreciate
8   that you will be asked questions and you will be
9   expected at the very least to be prepared to answer
10  those questions.
11 A. Yes.
12 Q. If at any point in time I ask you a question and you
13  don't know the answer to it, that's fine, you just
14  let me know, okay?
15 A. Will do.
16 Q. And you stated your name before but if you wouldn't
17  mind just stating your name now for the record?
18 A. Sam Husain.
19 Q. Mr. Husain, what is your role with Jetson?
20 A. VP of product development.
21 Q. How long have you held that role?
22 A. About three-and-a-half to four years now.
23 Q. How long have you been employed with Jetson?
24 A. Seven years.
25 Q. So describe for me the other roles that you've held

Page 10

1    or served in.
2  A.  Prior to this was director of product development,
3     and that is the only other role I have had in this
4     company.
5  Q.  Okay.  Describe for the ladies and gentlemen of the
6     jury that might see this deposition or read the
7     transcript what some of your duties and
8     responsibilities are as VP of product development.
9  A.  Sure.  My job is to go source product for the brand
10     which is Jetson, develop the product as well and work
11     with our customers on -- and follow the market trends
12     on the product demand and the product development
13     needs for that year, that season, that quarter.
14  Q.  Okay.  When you say source the product for the brand,
15     what does that mean?
16  A.  Source meaning we would -- I would go out to look for
17     a product that is in demand or in need or is asked
18     for, and that is done overseas at the manufacturing
19     plants, manufacturing partners, and that's what
20     sourcing defines in our industry.
21  Q.  Okay.  Perhaps my layman's understanding but Jetson
22     Electric Bikes LLC, is that the corporate name?
23  A.  That is.
24  Q.  Jetson imports and distributes and sells electric
25     bikes?

Page 11

1  A.  Correct.
2  Q.  Hoverboards?
3  A.  Correct.
4  Q.  Electric scooters?
5  A.  Correct.
6  Q.  Any other products?
7  A.  Nonelectric scooters.
8  Q.  Okay.
9  A.  Nonelectric bikes.  That should cover the majority.
10     There is also, sorry, there is also electric
11     ride-ons.  Those are like the little cars that kids
12     would ride.  That should be it.
13  Q.  Of those various products that Jetson imports and
14     sells or distributes, which one of them is the best
15     seller for Jetson?
16  A.  I would probably say electric bikes has been the
17     category that's been the top selling.
18  Q.  Okay.  Has that changed over the years meaning some
19     years maybe another one of the products was selling
20     better and then eventually electric bikes kind of
21     took over?
22  A.  Sure, it varies from season to season, time to time,
23     year to year.
24  Q.  Have you always sold Hoverboards, electric bikes and
25     electric scooters?

Page 12

1  A.  In the beginning of the Jetson life that I was in, it
2     was electric bikes that we started with and then it
3     got into other products.
4  Q.  And by the way, as I kind of already dipped into the
5     "you" term, you understand that when I say you, I'm
6     referring to Jetson, correct?
7  A.  I do understand.
8  Q.  If at any point in time I'm asking about you
9     personally for whatever reason, even over objection,
10     I will refer to you by your name, okay?
11  A.  Understand.
12  Q.  All right.  You've described what your current role
13     as VP of product development entails.  Do you have
14     someone you report to in that role?
15  A.  Yes, I do.
16  Q.  And who is that?
17  A.  That is Josh Sultan.
18  Q.  He's a CEO?
19  A.  That is correct.
20  Q.  And founder, correct?
21  A.  That is correct.
22  Q.  And we discussed prior to your deposition but you're
23     out of the New York office?
24  A.  That is correct.
25  Q.  Where is that located?

Page 13

1  A.  In Brooklyn.
2  Q.  Relatively new offices, right?
3  A.  I'm trying to think.  Probably four years into this
4     office, five.
5  Q.  Okay.  Is that also where Mr. Sultan presents when he
6     needs to present to work?
7  A.  That is correct.
8  Q.  Are there other offices throughout the country for
9     Jetson?
10  A.  No.
11  Q.  Approximately how many employees does Jetson employ
12     currently?
13  A.  Roughly we are about 30, roughly about 30.
14  Q.  Okay.  And is that up and down the chain meaning from
15     executives all the way down to customer
16     representatives?
17  A.  Yes.
18  Q.  My understanding is that Jetson was founded back in
19     2012?
20  A.  That is correct.
21  Q.  Obviously you've only been there for seven years, so
22     you weren't there when it was founded, correct?
23  A.  That is correct.
24  Q.  Where were you before joining Jetson and what did you
25     do?

4 (Pages 10 - 13)

Page 14

1  A.  Before Jetson I was with a company called Photo
2     Electric.  Prior to that I was with another company
3     called ABM.  Prior to that I was at another company
4     called Eagle.
5  Q.  How do you spell that?
6  A.  E A G L E.
7  Q.  Oh, Eagle.  What did you do for them?
8  A.  Which one?  Sorry.
9  Q.  Just go down the line if you could.
10  A.  Sure.  At Photo I was doing -- I was similar job,
11     director of sourcing, director of product
12     development.  My job was to go and develop new
13     products and bring it to the market.
14        Prior to that I was working as a regional
15     representative for it's a sales representative, it
16     was a sales representative job for AT&T Mobility
17     stores, that's mobile phones and services.  And prior
18     to that I worked for Eagle which was a network admin
19     job.  At that point my job was to build servers and
20     program servers and manage networking that they were
21     managing for their customers.
22  Q.  Okay.  Do you mind giving us a little bit of your
23     educational background?
24  A.  Sure.  So I have done a couple of certifications
25     through different -- different universities and

Page 15

1     courses, DeVry being one of them.  I have gotten,
2     outside of DeVry I had gotten a couple of
3     certifications for my networking job which is CCNA.
4     It's a Cisco program for programing networks, and
5     that's how I ended up with the job at Eagle through
6     contacts there.  And then after that I got into the
7     sales perspective, and from sales I'm in product
8     development now.
9  Q.  Talk to me a little bit about your formal education.
10  A.  Sure.  High school in Manhattan, high school Beacon,
11     B E A C O N.  Prior to that middle school,
12     elementary, was also in Manhattan and that's my
13     education.
14  Q.  Okay.  Any university or college courses?
15  A.  Yeah.
16  Q.  DeVry?
17  A.  DeVry.
18  Q.  And that was a certificate program you said?
19  A.  That is correct.
20  Q.  Was that the CCNA or was that different?
21  A.  That was different.  That was -- I can't recall the
22     exact name but the computer information systems was
23     the program heading.
24  Q.  How long was that program?
25  A.  Two years.

Page 16

1  Q.  Was that online?
2  A.  It was both, online and in person.
3  Q.  And when did you complete that?
4  A.  Sorry, trying to think, 2004, 2005 roughly around
5     that time.
6  Q.  Okay.  You mentioned that part of your role as VP of
7     product development of course entails developing a
8     product.  Could you describe a little bit better what
9     that means?
10  A.  Sure.  After seeing a product that you want or the
11     demand that you see from the market for a product
12     that you need to make, that -- then we go into a
13     cycle called development.  Development means we --
14     let's assume it's a speaker, for example, and the
15     speaker, the market trends are asking for the speaker
16     to be either loud or base or have LED lights in them
17     last 5 years, 10 years, whatever it might be, they
18     want to rechargeable, not rechargeable.  So
19     development of that product with all the asks of the
20     market trends would be how we would do the
21     development of that product.
22  Q.  Let me see if I can break that down.
23        In your role you are not -- you are not
24     involved in any physical development meaning like
25     engineering of a product; is that fair?

Page 17

1  A.  That is correct.
2  Q.  You look at market trends, you look at demands, you
3     come up with ideas and maybe set forth the plan to
4     see out those ideas; is that fair?
5  A.  That is correct.
6  Q.  Are you involved in any way, shape or form with the
7     design of products?
8  A.  So cosmetically like I described like if it needs an
9     LED light, we would say do you want an LED light,
10     yes.  But it's not as like oh, we want a circuit
11     here, we want a circuit there, no.  So that goes back
12     to your engineering.
13  Q.  All right.  So really in your role you are
14     researching what, if I can put in layman's terms,
15     you're researching what customers and client trends
16     show that they want.  You're putting forth the ideas
17     to your team, and your team is figuring out the specs
18     as to how to accomplish that?
19        MR. LAFLAMME:  Object to form.
20        THE WITNESS:  It would be, it would be --
21     yes, the ideas would come from us and they would go
22     to the manufacturing plant.  And then they would do
23     the rest like you described.
24  BY MR. AYALA:
25  Q.  Gotcha.  When you say the team would do the plans

5 (Pages 14 - 17)

Page 18

1    meaning the design of the product?
2    A.  The cosmetics of the product.
3    Q.  Okay.  So, for instance, using your example, if a
4         speaker or an LED light is the way that Jetson wants
5         to go to improve a product, then would your team be
6         responsible for designing on paper their design plans
7         laying out how it should look and then it goes to the
8         manufacturer?
9    A.  So the outside of the product is what we would be
10        designing.  It's not certainly done on paper, it
11        could be done on calls, it could be done via zoom and
12        so on.
13   Q.  Okay.  And as far as you understand it, is that how
14        Jetson has operated at least since you've been there?
15   A.  Yes.
16   Q.  Jetson employs engineers, correct?
17   A.  No.
18   Q.  Has that always been the case?
19   A.  I believe we might have had one or two engineers at
20        one point.
21   Q.  Okay.  And do you know what changed?
22   A.  Just the company overall did not need an engineer
23        because everything was being done with the
24        manufacturer.
25   Q.  Okay.  When did that change happen?

Page 19

1    A.  It wasn't necessarily a change in a sense.  They were
2         hired as we were going to grow into bigger products
3         and newer products, but the company decided that
4         market trends are not needed and that's how that
5         changed.
6    Q.  At one point in time Jetson employed an individual by
7         the name of Jeffrey Yu, Y-U.  Are you familiar with
8         him?
9    A.  Yes.
10   Q.  Is he still with the company?
11   A.  He is.
12   Q.  At one point he held the role as director of quality
13        and engineering, correct?
14   A.  That is correct.
15   Q.  Does he still hold that role?
16   A.  Yes, he does.
17   Q.  And so despite the title or the role that he holds,
18        am I to understand that Jetson in fact does not
19        employ engineers who are actually carrying out
20        engineering services?
21   A.  Yes.  So let me describe his job to you a little bit
22        easier.  So he will be -- he's the engineering in the
23        perspective of a product has been launched or
24        launching.  He'll go in to verify all the details of
25        that product.

Page 20

1              And the other thing, let me just correct
2         you as well, he is a freelance employee, not a Jetson
3         employee.
4    Q.  Got it.
5    A.  Let me just correct that.
6    Q.  Has that always been the case?
7    A.  That's always been the case as far as I am aware.
8    Q.  And when I say he's a freelance employee,
9         essentially he's an independent contractor?
10   A.  That is correct.
11   Q.  No set schedule or task and responsibilities until
12        Jetson reaches out with a need?
13   A.  That is correct.
14   Q.  Okay.  Christiaan Sidell, is he still with the
15        company?
16   A.  I believe he has just been transferred into a
17        freelance position.
18   Q.  Okay.  He was a full time employee previously?
19   A.  Yes, he was.
20   Q.  And when you say just transferred to freelance, how
21        recent?
22   A.  I believe two months ago.
23   Q.  Are you familiar with the reasons why?
24   A.  No, I don't.  That's -- I do not know.
25   Q.  Who might know within Jetson?

Page 21

1    A.  I would probably ask Josh Sultan.
2    Q.  Prior to that change to freelance, Mr. Sidell was the
3         lead industrial designer for Jetson, correct?
4    A.  That is correct.
5    Q.  Are you familiar with that role and what it entails?
6    A.  I am not.
7    Q.  Would that be a better question for Josh?
8    A.  Yes.
9    Q.  Nicola Lamberti.  She still with the company?
10   A.  He is no longer with the company.
11   Q.  When did he leave?
12   A.  January of 2023.
13   Q.  Did he resign or was he fired?
14   A.  I am not sure of that.
15   Q.  Who would know that?
16   A.  Josh Sultan.
17   Q.  In your role do you have any responsibility over
18        hiring and firing?
19   A.  No.
20   Q.  Would that all be on Josh?
21   A.  It would be Josh.
22   Q.  Mr. Lamberti was the chief financial officer,
23        correct?
24   A.  That is correct.
25   Q.  Do you know how long he held that role?

Page 22

1  A.  I don't.
2  Q.  Do you know where he is now?
3  A.  I do not.
4  Q.  Is there currently somebody serving as chief
5      financial officer for the company?
6  A.  I am not sure.
7  Q.  Another question for Josh?
8  A.  That would be Josh's.
9  Q.  And part of today, in case you couldn't tell but I
10     know you're a savvy gentleman so you get it, I'm
11     trying to figure out what you know in your role as
12     designated corporate representative.  And if there is
13     somebody else that might know a particular answer or
14     area of questioning, just let me know that, okay?
15 A.  Sure.
16 Q.  Jason Locker, is he still with the company?
17 A.  No, he's not.
18 Q.  He served previously as chief operating officer,
19     correct?
20 A.  That is correct.
21 Q.  When did he leave?
22 A.  Sorry, I'm trying to recollect my memory.
23 Q.  That's okay.
24 A.  I believe it was February of 2024.
25 Q.  Are you familiar with the reasons why he left the

Page 23

1      company?
2  A.  No.
3  Q.  Do you know if he resigned or if he was terminated?
4  A.  I am not sure.
5  Q.  Would those be questions better suited for Josh?
6  A.  That would be Josh.
7  Q.  Brendan Cleva, C L E V A, is he still with the
8      company?
9  A.  He is no longer with the company.
10 Q.  When did he leave?
11 A.  April of 2024.
12 Q.  Are you familiar with the reasons for his departure?
13 A.  I am not.
14 Q.  Do you know whether he was terminated or he resigned?
15 A.  I believe he was terminated.
16 Q.  As far as the reasons for that, would that be a
17     question for Josh?
18 A.  That would be a question for Josh.
19 Q.  And he served previously as senior planning manager
20     for the company?
21 A.  That is correct.
22 Q.  Are you familiar with what that entails?
23 A.  Yes, I am.
24 Q.  And what does it entail?
25 A.  He would look at inventory and be forecasting out

Page 24

1      based on the customer's demands on product and
2      forecast the purchasing of the inventory.
3  Q.  The individuals that I've named so far, Mr. Sidell,
4      Mr. Lamberti, Mr. Locker, Mr. Cleva, were they all
5      operating out of that Brooklyn office?
6  A.  Yes.
7  Q.  Melissa Burks, B U R K S.  Is she still with the
8      company?
9  A.  Yes, she is.
10 Q.  Does she still hold the role of director of sourcing?
11 A.  Yes, she does.
12 Q.  Given what you've described as some of your duties
13     and responsibilities, does she report to you?
14 A.  Yes, she does.
15 Q.  And along the lines of what you described for the
16     sourcing, do you personally go whether it's overseas
17     or to any other geographical locations for purposes
18     of looking at new products, new ideas?  Is that
19     something that you do?
20 A.  That is correct.
21 Q.  Is that something that Ms. Burks does as well?
22 A.  No.  Sorry.
23 Q.  Rachel Ivey, I V E Y, still with the company?
24 A.  No.
25 Q.  Do you know when she departed?

Page 25

1  A.  I don't remember.
2  Q.  She previously held the role of VP of brand and
3      creative or creativity?
4  A.  I believe so.
5  Q.  Do you know what that entailed?
6  A.  From my recollection it was managing the design
7      department.  And when I say design, I mean the box
8      design and the website.
9  Q.  Not the actual product?
10 A.  Not the actual product.  Sorry.
11 Q.  Do you know the reasons for her departure?
12 A.  I do not.
13 Q.  Better suited for Josh?
14 A.  That would be Josh.
15 Q.  Is there currently someone who holds the role of lead
16     industrial designer?
17 A.  No.
18 Q.  Ryan McNamara, M C N A M A R A, still with the
19     company?
20 A.  Yes, he is.
21 Q.  Is he still VP of sales?
22 A.  Yes, he is.
23 Q.  Do you know how long he's held that role?
24 A.  About four years.
25 Q.  Obviously Josh still serves, Josh Sultan still serves

7 (Pages 22 - 25)

Page 26

1    as CEO of the company?
2    A.  Yes, he does.
3    Q.  Did Devon Ramdan, R A M D A N, still with the
4        company?
5    A.  No, he's not.
6    Q.  When did he depart?
7    A.  I believe it was April of 2024.
8    Q.  Was he terminated or did he resign?
9    A.  I am not 100 percent sure.
10   Q.  He previously held the role of VP of customer care
11       and experience?
12   A.  That is correct.
13   Q.  Does somebody currently hold that role?
14   A.  No.
15   Q.  Do you know why he left?
16   A.  I do not.
17   Q.  Do you know where he is today?
18   A.  I do not.
19   Q.  Has somebody assumed the duties and responsibilities
20       that Mr. Ramdan held in that role, if you know?
21   A.  I am not 100 percent sure.
22   Q.  Are those questions relating to Mr. Ramdan, his role
23       and his departure better suited for Mr. Sultan?
24   A.  Yes.
25   Q.  Michael Sugantino, S U G A N T I N O, still with the

Page 27

1    company?
2    A.  Yes, he is.
3    Q.  Does he still hold the role of director of financial
4        planning and analysis?
5    A.  Yes, he does.
6    Q.  Do you know what that entails or means?
7    A.  Not 100 percent detailed, but I know it's related to
8        the finances.
9    Q.  Okay.  Questions about that role, duties and
10       responsibilities better suited for Mr. Sugantino
11       and/or Mr. Sultan?
12   A.  Yeah, Mr. Sultan.
13   Q.  Who is responsible currently for the cosmetic design
14       of the Jetson products?
15       MR. LAFLAMME:  Which ones or all of them?
16       MR. AYALA:  Let's take it one by one.
17   BY MR. AYALA:
18   Q.  So let's start with the Hoverboards.
19   A.  Can you describe what you mean by cosmetics?
20   Q.  Sure.  My understanding, and please correct me if I'm
21       wrong, is that a part of the role of Mr. Christiaan
22       Sidell as the lead industrial designer included the
23       look, appearance or cosmetics of at least some of the
24       products at Jetson.  Is that your understanding?
25   A.  No, not for Mr. Sidell.

Page 28

1    Q.  What was his role then with Jetson?
2    A.  I am not 100 percent sure of his exact day-to-day
3        duties.
4    Q.  Okay.  Is there somebody that you know currently
5        employed at Jetson that is responsible for the
6        planning of cosmetic designs of products?
7    A.  As far as you are describing the cosmetics of the
8        product such as a color of a product?
9    Q.  Color, addition of bluetooth speaker, LED lights,
10       things like that, who is responsible for that design
11       planning at Jetson, if anyone?
12   A.  The color of the product it would be our design
13       department.
14   Q.  Okay.
15   A.  Which is ran by Mr. Adika, A D I K A, first name
16       Aton.
17   Q.  Okay.
18   A.  As far as the design of the product, that is not done
19       in the Jetson office.
20   Q.  Where is that done?
21   A.  Overseas with the manufacturers.
22   Q.  Okay.  So aside from color, what other
23       responsibilities does Jetson have for the design of
24       its products?
25   A.  The color box, the box that you would see at a retail

Page 29

1    store, would be something that would be designed by
2    us.
3    Q.  Okay.  So just the color of the product and the color
4        box?
5    A.  Correct, as far as --
6        MR. LAFLAMME:  As a point of
7    clarification, when you mention bluetooth speakers,
8    are you talking about the actual implementation of
9    them into it or just the fact that they have a
10   bluetooth speaker?
11       MR. AYALA:  Yeah, let me clarify.  Thank
12   you.
13   BY MR. AYALA:
14   Q.  So I want to gain an understanding of who, if
15       anybody, at Jetson is responsible for setting forth
16       what goes into, what will go into a product, in this
17       case a Hoverboard that we're talking about.
18       So, for instance, does anybody at Jetson
19       make the decision of adding LED lights, adding a
20       bluetooth speaker and then it goes to the
21       manufacturer to implement?
22   A.  That is correct.
23   Q.  And who is responsible for those decisions of adding
24       whether it's color, components or otherwise to the
25       design plan before it goes to the manufacturer?

8 (Pages 26 - 29)

Page 30

1  A.  So there is no design plan that goes to -- so it
2      would be, like I mentioned earlier, it would be
3      whatever the market trend or the customer need would
4      be such as a bluetooth speaker being added, it would
5      be something that we would see a market trend of or a
6      customer ask would be hey, can you add speakers to
7      this product or can you do this or this is the
8      feedback we've gotten from our customers and users.
9      And then we would take those comments back to our
10     manufacturing partner.
11 Q.  Okay.  So let me see if I understand.
12         So essentially you as VP as well as I
13     believe you said it was Ms. Burks who reports to you
14     as the director of sourcing, you look at the trends,
15     you look at what customers are demanding and wanting
16     and buying.  And if there is a component for a
17     product such as a bluetooth speaker, such as an LED
18     that you would like to implement in the product, then
19     you have a discussion with the manufacturer and say
20     we want a bluetooth speaker added or we want an LED
21     light, and then they handle how that's going to be
22     implemented and actually implementing it?
23 A.  That is correct.
24 Q.  But there is no actual design meaning on paper
25     planning that is done at Jetson?

Page 31

1  A.  That is correct.
2  Q.  That's all done by the manufacturer?
3  A.  That is correct.
4  Q.  Has it always been like that?
5  A.  That has always been like that since I've been there.
6  Q.  Okay.  So the design department that is headed by Mr.
7      Adika, the only thing that he and the department is
8      responsible for is determining the color of the
9      product and the color box or the color of the box?
10         MR. LAFLAMME:  Object to the form.  Go
11     ahead.
12         THE WITNESS:  The cosmetics of the
13     product, yes.  Also the logo placement of where the
14     logo should be of Jetson, anything as far as stripes
15     to a product or a sticker added to a product such as
16     for design purposes would be done by that
17     department.
18 BY MR. AYALA:
19 Q.  Okay.  That includes warning labels?
20 A.  No.
21 Q.  Is that the responsibility of the manufacturer?
22 A.  Those are in accordance to the UL certification.
23 Q.  Okay.
24 A.  They would be the ones telling us where to place the
25     size and the specifications they have set for it.

Page 32

1  Q.  Does Jetson rely on the UL certification process for
2      purposes of determining what labels to affix to their
3      products?
4  A.  Yes.
5  Q.  And for purposes of determining where to affix those
6      labels?
7  A.  Correct.
8  Q.  The size of those labels all relying upon the UL
9      certification process?
10 A.  That is correct.
11 Q.  Does Jetson make any recommendations to the
12     manufacturer for additional labels or warnings?
13 A.  All the warnings and labels are -- on the product are
14     done according to the UL guidelines that they set for
15     it.
16 Q.  And when did that start?
17 A.  Since UL has been implementing this certification.
18 Q.  You're talking about the UL, what is it, 2272?
19 A.  2272.
20 Q.  And --
21 A.  Sorry, let me correct.
22 Q.  For Hoverboards?
23 A.  That is correct.
24 Q.  And there is other certifications that apply to the
25     electric bikes and the electric scooters?

Page 33

1  A.  That is correct.
2  Q.  All right.  I want to make sure that I have fully now
3      understood the purpose of the design department.  We
4      talked about them designating color for the product,
5      color for the box of the product and placement of the
6      Jetson logo upon the product.
7          Anything else that they're responsible for?
8  A.  Manual as far as header and the logo placement of a
9      manual that goes into a product, that's also known as
10     the instruction manual or user guide.  Just trying to
11     think what else falls under there.  Plate.  That
12     would be it as far as product is concerned.
13         They, again, they can make suggestions
14     here and there of they want to do this, they want to
15     do that for future development of a product, but it's
16     done as an open forum conversation, and again, goes
17     cycling through the manufacturer if it's doable or
18     not doable.
19 Q.  Does Jetson have any like routine meetings for the
20     various teams within the company --
21 A.  Yes.
22 Q.  -- where you discuss --
23         MR. LAFLAMME:  Let him get his question
24     out.
25         MR. AYALA:  That's okay.  That's my fault

Page 34

1    because I paused.
2  BY MR. AYALA:
3   Q.  Where you discuss, for instance, new concepts, the
4       results of your sourcing investigation, new design
5       ideas.  Do those types of meetings happen at Jetson?
6   A.  Yes, they do.
7   Q.  And are they scheduled with any type of frequency or
8       routine?
9   A.  I would probably say they are done following a
10      meeting.  So for an example, I return back from
11      overseas, I got great ideas from the manufacturers, I
12      see the capabilities.  We would bring it back to the
13      table, say guys, this is what's happening, this is
14      what's going on, give them an update.
15          And same thing on the sales side.  Sales
16      would come back from their customers meetings and say
17      hey, this is the trend that XYZ customer is asking
18      for, and by XYZ, I mean any customer that they're
19      meeting with, and they would give that feedback to
20      everybody so everybody is in the know of what's going
21      on.
22  Q.  Okay.  But there is nothing, for instance, you know,
23      where you're meeting every Wednesday or every Tuesday
24      and everybody is chiming in with thoughts, ideas,
25      plans, et cetera?

Page 35

1   A.  I wouldn't say they're scheduled in that way.  We do
2       have other meetings that are weekly, but those are
3       just project-based meetings.
4   Q.  Okay.
5   A.  But I don't know if that answered your question.
6   Q.  Yeah.  By the way, the 30 or so employees that you
7       discussed earlier at Jetson, are those all full time
8       or does that include a mix of freelance and full
9       time?
10  A.  That includes a mix.
11  Q.  Do you know how many full time employees there are?
12  A.  I do not have that number in front of me or -- I do
13      not.
14  Q.  I've gone over a few names of folks with you that are
15      no longer with the company.  I take it that at some
16      point over the last, you know, three or so years
17      Jetson employed more than just 30 folks?
18  A.  Yes.
19  Q.  Do you know the highest number of employees that
20      Jetson's employed?
21  A.  I don't know the exact number.
22  Q.  At some point did Jetson employ over 100 employees?
23  A.  I am not 100 percent sure.
24  Q.  Okay.  You described that one of the duties and
25      responsibilities of the design department deals with

Page 36

1       the instruction manual.  I'd like to show you I guess
2       what we'll mark as 50.
3   A.  This is 49.
4           (Exhibit 50 marked.)
5   BY MR. AYALA:
6   Q.  This is an instruction manual that was pulled
7       directly from the Jetson Electric Bikes website
8       pertaining to a Plasma illuminated Hoverboard.
9           First, have you seen this before today?
10  A.  This exact manual?
11  Q.  Yes, sir.
12  A.  I am pretty familiar with the manual.  I don't know
13      if it's the exact one.  I would have to read verbatim
14      just to confirm.  But it looks pretty accurate.
15  Q.  Would you at least agree with me that this is the
16      type of manual that Jetson puts together or prepares
17      for purposes of educating the public?
18  A.  Yes, this is what is included in the box as what we
19      call a instruction manual.
20  Q.  This would be at least part of the responsibility of
21      the design team to put together?
22  A.  It would be part of the design team on the design
23      aspects of this manual.  And if I may further go into
24      it.
25  Q.  Yes, please.

Page 37

1   A.  The design means the logo placement here, the name of
2       the product and then the, I guess the cover page is
3       what I'm looking at, the way that Jetson is written
4       with the monogram or however you want to call that,
5       that is a placement of the design department.
6           And then same thing for the second page
7       where they have a slogan or words, and then they also
8       insert the images of the Hoverboard as well.
9   Q.  Okay.  Who is responsible for the contents of the
10      instruction manual?  So when you get to I guess
11      what's page for instance 3, the specs and the
12      features, then on page 4, the steps as they continue
13      through the remainder of the instruction manual?
14  A.  Sorry, can you repeat your question?
15  Q.  Yes, sir.  Who is responsible for the actual content
16      that goes into these instruction manuals?
17  A.  It is based off of the specs that we would get from
18      the manufacturer who is building the product, and
19      again, along the guidelines of the UL certification
20      for this product which is 2272.  They advise on the
21      content to verify the content.
22  Q.  Okay.  By the way, would this be the instruction
23      manual that would have been a part of the boxed item
24      that the Wadsworth family purchased?
25  A.  I am not 100 percent on the exact unit that they had

10 (Pages 34 - 37)

Page 38

1    purchased.  But if it was a Plasma, this is a manual
2    for the Plasma.
3    Q.   Okay.  Let me make sure I understand.  So you're not
4        familiar with the exact unit that the Wadsworth
5        family purchased?
6    A.   Sorry, I know they purchased a Plasma according to
7        the receipt that I've seen.
8    Q.   Okay.
9    A.   And then this manual is for the Plasma.  I'm not --
10       again, you said this was downloaded from the website,
11       so I'm not sure if it was printed differently from
12       the website versus what was in the box.
13   Q.   Okay.
14   A.   But the contents are.
15   Q.   Certainly looking at the cover sheet of Exhibit 50,
16       it states that it applies to models JPLSM-BLK as well
17       as JPLSM-IRS, correct?
18   A.   That is correct.
19   Q.   Do you know if the Wadsworths purchased a JPLSM-IRS
20       model?
21   A.   That is my understanding.
22   Q.   So understanding what the Wadsworths purchased by way
23       of model and understanding that at least this
24       instruction manual that has been marked as Exhibit 50
25       applies to models JPLSM-IRS, the instructions within

Page 39

1    would be applicable to the Wadsworth Hoverboard?
2    A.   Yes.
3    Q.   Okay.  And this is what would have been or should
4        have been included in the Wadsworth product box?
5    A.   Yes.
6    Q.   And I understand that maybe not in this 8-1/2 by 11
7        form or whatever the measurement is of a page, but
8        the contents of it would have been included in some
9        fashion?
10   A.   That is correct.
11   Q.   Okay.  Are you involved in approving the contents of
12       an instruction manual before it is implemented and
13       sent out with products?
14       MR. LAFLAMME:  You're just talking him
15   personally?
16       MR. AYALA:  Yes, meaning in his role as
17   VP.
18       MR. LAFLAMME:  Okay.
19       THE WITNESS:  I do review it, sorry, I do
20   review it, but it goes to UL for the final approval,
21   UL, Underwriters Laboratory, for the certification
22   process.
23   BY MR. AYALA:
24   Q.   And when you say it goes to UL for final approval,
25       are you familiar with what that process entails?

Page 40

1    A.   Generally, yes.
2    Q.   Okay.  And what does it entail?
3    A.   The product is decided on, the manufacturer sends all
4        the product information to UL for product
5        certification.  UL then reviews everything.  If it's
6        approved, passed, they certify it.  If it's not, then
7        it is not approved and it goes back.
8    Q.   Okay.  Who at Jetson is responsible for the
9        communication with UL as it relates to these
10       instruction manuals?
11   A.   It is not Jetson who does this communication, it is
12       the factory which is the manufacturer.
13   Q.   Okay.  So the manufacturer in fact is the one that's
14       communicating directly with UL about the contents of
15       these instruction manuals that go with the product?
16   A.   That is correct.
17   Q.   The manufacturer would then get approval, get
18       changes, get denials of any instruction manual
19       material submitted to UL?
20   A.   That is correct.
21   Q.   Is Jetson included in those communications?
22   A.   No.
23   Q.   Jetson is not kept abreast or aware of the process of
24       submitting instruction manual documentation to UL?
25   A.   We're not in the communication of the -- we get

Page 41

1    updates from UL if there is a failure, if there is
2    a -- some correction needed and it comes through the
3    manufacturer, and it is done via communication on a
4    phone call or meetings that we might have with the
5    manufacturer on these updates.
6    Q.   Are you familiar with what UL's standards for
7        approving these instruction manuals are?
8    A.   Generally.
9    Q.   And what is your general understanding of that?
10   A.   Making sure the product and the specs are, on these
11       manuals, are correct with the product that is being
12       manufactured and they test that.
13   Q.   The information on page I guess it's page 4 of
14       Exhibit 50 that states get started and then 1.1 says
15       charging the battery, all of this information in that
16       section, that's provided by the manufacturer,
17       correct, to UL?
18   A.   That is correct.
19   Q.   Does Jetson ever make any additions, edits or changes
20       to the information provided by the manufacturer to
21       UL?
22   A.   If UL comes back and demands a change.
23   Q.   If UL comes back and demands a change, does Jetson
24       then make those changes or just demand that the
25       manufacturer make the changes?

11 (Pages 38 - 41)

Page 42

1   A.  It would depend on the change.
2   Q.  What kind of changes would Jetson handle?
3   A.  If it's got something to do with a full placement of
4       a picture that might need to be updated or if there
5       is a grammatical error that needs to be fixed.
6   Q.  But anything with regards to the specs of the
7       product, anything with regards to the warnings as
8       they are -- as they appear in the instruction manual,
9       those would all still fall on the responsibility of
10      the manufacturer?
11  A.  Correct.
12  Q.  Does Jetson ever make requests that certain
13      information be included in the instruction manual?
14  A.  Yes.
15  Q.  Give me an example of some of the requests Jetson has
16      made.
17  A.  There would be the contact page, that is a request
18      that we ask them to put which I believe is the last
19      page of the manual.
20  Q.  Okay.
21  A.  And that would be it unless -- yes, that would be it.
22      Sorry.
23  Q.  Okay.  Jetson does not make any recommendations
24      regarding the safety warnings that appear on the
25      second to last page?

Page 43

1   A.  Those are in accordance with the UL 2272
2       certification.
3   Q.  Okay.  Since this instruction manual applied to the
4       Wadsworth Hoverboard or I should say the Hoverboard
5       they purchased, is there anything on this page 4 that
6       communicates a risk of fire or explosion if a
7       Hoverboard is plugged in?
8   A.  Can you repeat that question for me one more time?
9   Q.  Yes, yes, sir.  Given the fact that this instruction
10      manual is applicable to the Wadsworth Hoverboard, is
11      there anything on page 4 that starts with No. 1, get
12      started, that communicates to the consumer that there
13      is a risk of battery fire or explosion if the unit is
14      plugged in?
15  A.  I'm just reading that.
16  Q.  Yes, sir.  Take your time.
17      (Witness peruses document.)
18      THE WITNESS:  No, it does not.
19  BY MR. AYALA:
20  Q.  Is there anything on the following page that
21      communicates the same?
22  A.  It does not.
23  Q.  Is there anything on the following page that starts
24      with care and maintenance that communicates the same?
25  A.  I'm just reading.  Sorry.

Page 44

1   Q.  Yes, sir.  That's okay.
2       (Witness peruses document.)
3       THE WITNESS:  There is a modification page
4       under -- sorry, paragraph under care and maintenance
5       where it says do not attempt to disassemble, modify,
6       repair or replace any of the components of the unit
7       without instruction from Jetson customer support.
8       This will void any warranty and can lead to
9       malfunctions which may cause injury.
10      MR. LAFLAMME:  Do you want to go off the
11      record?
12      MR. AYALA:  Did you finish your answer?
13      THE WITNESS:  Yes.
14      THE VIDEO OPERATOR:  We're going off the
15      record at 10:33 a.m. with the end of media No. 1.
16      (Recess taken.)
17      THE VIDEO OPERATOR:  Back on the record at
18      10:44 a.m. with the beginning of media No. 2.
19      Counsel, you may proceed.
20  BY MR. AYALA:
21  Q.  Before we took a brief break, you were reading from
22      the page that at the top states care and maintenance,
23      and you were reading from the modification section,
24      correct?
25  A.  That is correct.

Page 45

1   Q.  That section advises the consumer not to disassemble,
2       modify, repair or replace the product or components
3       of the unit without instruction from Jetson customer
4       support, correct?
5   A.  That is correct.
6   Q.  And doing so meaning attempting to disassemble,
7       modify, repair or replace would void any warranty and
8       can lead to malfunctions which may cause injury,
9       correct?
10  A.  That is correct.
11  Q.  Is there anything on this page, however, getting back
12      to my original question, that advises the consumer of
13      the risk of fire or battery explosion at all?
14  A.  No, it does not.  I apologize for not --
15  Q.  That's okay.  Look, and that's why, that's why we
16      have this back and forth, and I can follow up in case
17      I'm not communicating clearly.
18      Is there anything on this page that advises
19      the consumer not to leave the unit plugged in for
20      extended periods of time?
21  A.  Just to rephrase or -- the question you're asking,
22      it's still on the care and maintenance page?
23  Q.  Yes, sir.
24  A.  It does not.
25  Q.  Okay.

12 (Pages 42 - 45)

Page 46

1  A.  If I may just go back and just point out one thing.
2  Q.  Yup.
3  A.  Under the care and maintenance, it says keep away
4     from fire and excessive heat under the battery
5     section.  I just want to call that out, something I
6     did not say earlier.  I know the word fire is there,
7     so I know you mentioned explosion as one of the
8     words.
9  Q.  Gotcha.  In other words, the recommendation on this
10    page under the battery section to keep away from fire
11    and excessive heat, that is -- well, are you familiar
12    with why that is?
13  A.  To my personal knowledge?  Sorry.
14  Q.  Well, in your capacity as a customer --
15  A.  As VP.
16  Q.  -- as corporate representative for Jetson.
17  A.  Any battery operated products have a warning like
18    this from what I've seen and UL requires these type
19    of warnings for any battery related product to keep
20    away from fire, excessive heat.
21  Q.  All right.  But again, nothing on this page in any of
22    the sections that advises the consumer of the risk of
23    battery fire or explosion other than just keep away
24    from fire?
25  A.  It does not.

Page 47

1  Q.  Okay.  The next page of Exhibit 50 at the top it
2     states safety warnings.  And we've discussed this
3     already.  This is information that would have been
4     provided by UL, correct?
5  A.  Correct.
6  Q.  Is there anything in these warnings that advises the
7     consumer of the risk of battery explosion or fire?
8  A.  I'm just going to read, reread.
9  Q.  I know, it's a lot and it's small print, so take your
10    time.
11       (Witness peruses document.)
12       THE WITNESS:  It does not.
13  BY MR. AYALA:
14  Q.  Okay.  Is there anything in those safety warnings you
15    just went through that advises the consumer not to
16    keep the unit plugged in for expended periods of
17    time?
18  A.  It does not.
19  Q.  And then the next page which is the last page, that's
20    information that Jetson would have requested or
21    recommended be included with the instruction manual
22    that provides the contact information as well as some
23    other marketing materials such as Instagram,
24    Facebook, follows, things of that nature?
25  A.  That is correct.

Page 48

1  Q.  It also advises that the product was imported by
2     Jetson Electric Bikes, LLC with the address of 86
3     34th Street, Fourth Floor, Brooklyn, New York, 11232;
4     is that correct?
5  A.  That is correct.
6  Q.  And further down it also has a date code of 8-2020.
7     What does that refer to, if you know?
8  A.  That date code would have been the time this manual
9     was either published or written.
10  Q.  Okay.  And it references that the product was made in
11    China, correct?
12  A.  That is correct.
13  Q.  No information as to the contact or location of the
14    manufacturers included in this instruction manual,
15    correct?
16  A.  That is correct.
17  Q.  And so if a consumer has any question, comment,
18    concern, the only contact information provided is
19    that for Jetson, correct?
20  A.  That is correct.
21  Q.  I'm going to provide you I guess what we'll mark as
22    Exhibit 51.
23       (Exhibit 51 marked.)
24  BY MR. AYALA:
25  Q.  It is an exemplar of the JPLSM-IRS model.  Then 52

Page 49

1     will be a copy of the receipt in this case.
2        (Exhibit 52 marked.)
3  BY MR. AYALA:
4  Q.  In looking at 51, do you see that it labels Jetson
5     and then under Jetson it states model Plasma and in
6     parentheses JPLSM-IRS, do you see that?
7  A.  Yes.
8  Q.  That is the same model that -- for the instruction
9     manual we just went over, Exhibit 50, correct?
10  A.  Yes.
11  Q.  And that is the same model that the Wadsworths
12    purchased, if you look at Exhibit 52, there is a UPC
13    there?
14  A.  Yes.
15  Q.  And the UPC that's listed on Exhibit 52 is
16    081199103159, correct?
17  A.  That is correct.
18  Q.  And then if you look back at Exhibit 51 under UPC, it
19    lists 81199103159-7, do you see that?
20  A.  Yes, I do.
21  Q.  Is that consistent with being the same model that the
22    Wadsworth family purchased?
23  A.  Yes.  Just to correct, Exhibit 51 on the unit itself,
24    it has a dash 7.  The Exhibit 50 does not have the
25    dash 7 on the UPC.

13 (Pages 46 - 49)

Page 50

1  Q.  Are you familiar with the layout or structure of UPC
2      codes?
3  A.  Yes, I am.
4  Q.  And what does that dash 7 on Exhibit 51 denote?
5  A.  It's called a check digit and it is a generated
6      number from the first I believe it's 7 or 10 digits
7      prior to that which is always consistent with the
8      UPC.
9  Q.  Does that dash 7 on 51 in any way, shape or form
10     communicate to you that it is a different model than
11     what the Wadsworth family purchased as evidence on
12     Exhibit 52?
13 A.  No.
14 Q.  They're the same?
15 A.  They're the same.
16 Q.  By the way, prior to this case, did you have any
17     experience in either reviewing or inspecting the
18     Jetson Plasma JPLSM-IRS model?
19 A.  Can you define that?
20 Q.  Yeah, let me break it down.
21         Are you involved -- based on your role with
22     Jetson, are you involved with product reviews at all
23     meaning looking at the product and inspecting it
24     before it goes out to consumers?
25 A.  Am I personally involved, at random I would probably

Page 51

1      look at products or before a product is being
2      finished with production I would look at the product
3      as I would go out to the manufacturers.
4  Q.  Do you recall ever looking at this particular model
5      prior to this case?
6          MR. LAFLAMME:  This is the you personally?
7      Just want to make sure.
8          MR. AYALA:  Yes.
9  BY MR. AYALA:
10 Q.  I'm talking about you, Mr. Husain.
11 A.  Yes.
12 Q.  Meaning yes, you would have looked at this model
13     before it was sent out to consumers?
14 A.  Again, just to clarify my answer, not this exact
15     model, this exact serial number or the exact thing,
16     but yes, overall looking at a Plasma, I would have
17     looked at -- looked at it either in the office or at
18     the manufacturer's plant at certain -- at one point.
19 Q.  Okay.  And so when you say you would have looked at a
20     Plasma, I'm specifically referring to the JPLSM
21     model, whether the IRS or the black.  Would you have
22     looked at that?
23 A.  Yes.
24 Q.  So you would have at the very least seen the
25     placement of warnings such as what appears on Exhibit

Page 52

1      51?
2  A.  Yes.
3  Q.  In looking at that warning on 51, is there anything
4      there that advises of the risk of battery explosion
5      or fire?
6  A.  I'm just going to read the verbiage.
7  Q.  Yes, sir.
8          (Witness peruses document.)
9          THE WITNESS:  It does not state what you
10     are just mentioning.
11 BY MR. AYALA:
12 Q.  Okay.  Is there anything on that warning that advises
13     the consumer not to leave the unit plugged in for
14     extended periods of time?
15 A.  No.  It does state caution, use only the charger
16     provided.  That's the only charger warning that it
17     has on the product, on this label that I'm looking
18     at, Exhibit 51.
19 Q.  All right.  Do you know why that caution only use
20     charger provided is listed there?
21 A.  Again, it's mandated by the UL certification, 2272.
22 Q.  Okay.  Does either this warning or what we went
23     through in Exhibit 50, the instruction manual, does
24     it describe what the concern is with using a
25     different charger?

Page 53

1  A.  I would have to reread 50 to kind of recollect my
2      memory.
3  Q.  Okay.
4  A.  If you want me to.
5  Q.  Can we at least agree this warning on the product
6      itself does not list any of the reasons why or the
7      concerns with using a charger other than what's been
8      provided?
9  A.  No, it does not.
10 Q.  Okay.  Again, this warning states that the unit was
11     made in China, correct?
12 A.  That is correct.
13 Q.  Imported by Jetson Electric Bikes, LLC, correct?
14 A.  That is correct.
15 Q.  There is a different address there.  What's that
16     address?
17 A.  That is another address that we used to reside at.
18 Q.  That's 1 Rewe, R E W E, Street in Brooklyn, New York,
19     11211, correct?
20 A.  That is correct.
21 Q.  The other address that we looked at in Exhibit 50, is
22     that the current address?
23 A.  That is correct.
24 Q.  This warning label also states designed in USA, do
25     you see that?

14 (Pages 50 - 53)

Page 54

1  A.  Yes.
2  Q.  By whom?
3  A.  Sorry, what was the question?
4  Q.  Who designed this model in the United States?
5  A.  So the designed is referring to the cosmetics design
6      that Jetson would do, and the USA would be for
7      Jetson.
8  Q.  Well, does it state that anywhere?
9  A.  As far as --
10  Q.  Let me ask a more clear question.
11      Does it state anywhere on this warning
12      label that what was intended by the verbiage designed
13      in USA only related to either the warning or the
14      color or the look?
15  A.  It does not state that.
16  Q.  Okay.  Does it define in any way, shape or form what
17      was meant or intended by the verbiage designed in
18      USA?
19  A.  No, it does not.
20  Q.  Can you appreciate that the verbiage designed in USA
21      can carry multiple definitions?
22          MR. LAFLAMME:  Object to form.
23          THE WITNESS:  Me personally?  Can --
24      sorry.
25  BY MR. AYALA:

Page 55

1  Q.  You as corporate representative for Jetson.
2  A.  It does not define that.
3  Q.  Can you appreciate meaning can Jetson appreciate that
4      the verbiage designed in USA can be interpreted in
5      many different ways?
6          MR. LAFLAMME:  Object to form, calls for
7      speculation.  Go ahead.
8          THE WITNESS:  Sure.
9  BY MR. AYALA:
10  Q.  Meaning designed in USA could refer to the color as
11      you've been talking about, correct?
12  A.  Correct.
13  Q.  Designed in USA can refer to just the label, correct?
14  A.  That is correct.
15  Q.  Designed in USA can refer to the unit as a whole?
16  A.  That is correct.
17  Q.  Is there anything in Exhibit 50 in the instruction
18      manual that further defines what was meant by
19      designed in the USA as seen on Exhibit 51?
20  A.  It does not.
21  Q.  This label on 51 includes a UL certified sticker, you
22      see that, correct?
23  A.  Yes, I do.
24  Q.  Is that affixed onto the unit by UL or by the
25      manufacturer?

Page 56

1  A.  By the manufacturer according to the UL guidelines.
2  Q.  So, and again, if you don't know this, just let me
3      know.  But UL would send some confirmation or
4      affirmation to the manufacturer of a particular unit
5      or model passing the certification requirements?
6  A.  Correct.
7  Q.  And based upon that affirmation, then the
8      manufacturer would be able to affix a sticker such as
9      what's seen on Exhibit 51 of UL certification?
10  A.  That is correct.
11  Q.  Okay.
12  A.  If I may just add a little bit of context to that.
13  Q.  Sure.
14  A.  The UL stickers are sent by a UL authorized company,
15      and those UL stickers are usually tied to a
16      certificate of the product.  So just for a little bit
17      of knowledge.  Not sure if it answers any of your
18      questions but --
19  Q.  Are there multiple companies that Jetson and/or the
20      manufacturer of Jetson products engages for purposes
21      of conducting UL certification inspections?
22  A.  Can you repeat that?  Sorry.
23  Q.  Yes, sir.  Are there multiple companies that the
24      manufacturer engages for purposes of obtaining UL
25      certification?

Page 57

1  A.  I'm not sure if I'm understanding your question
2      correctly.
3  Q.  Not a problem.  Let me see if I can do better.
4  A.  Sorry.
5  Q.  That's okay.  That's a poor question.
6          The UL certification --
7  A.  Yeah.
8  Q.  -- for Jetson products, are there, if you know, are
9      there multiple companies that are authorized to
10      conduct certification inspections, or is it just UL?
11  A.  In regards to this manufacturer of this product or in
12      general?  Sorry.
13  Q.  With regards to this manufacturer for this product.
14  A.  It's only UL.
15  Q.  Okay.  And has that always been the case?
16  A.  With this product and this manufacturer, yes.
17  Q.  And has this manufacturer always been creating,
18      manufacturing this particular model?
19  A.  That is correct.
20  Q.  Are there other third parties who conduct UL
21      certification inspections for Jetson?
22  A.  Yes.
23  Q.  But what you're testifying to is that as it pertains
24      to this particular Hoverboard model Plasma JPLSM, the
25      UL certification would have been granted and

15 (Pages 54 - 57)

Page 58

1    inspection performed by UL specifically?
2  A.  That is correct, for the UL certification.
3  Q.  And where, where is UL located at least for purposes
4      of this model's inspection?
5  A.  I am not exactly sure of the address but they're all
6      over -- they have different offices in different
7      cities in -- in this particular case, China.
8  Q.  So as it relates to JPLSM, the UL office or location
9      responsible for inspecting this particular model
10     would be located in China?
11 A.  That is correct.
12 Q.  Do you know where this China?
13 A.  I do not know the city exactly.
14 Q.  Have you met the individuals responsible for running
15     that UL office in China?
16 A.  I have met some of them during my whole course at
17     Jetson, and it was not at an office, it was either
18     during a trade show or during a seminar.
19 Q.  Are you familiar with how UL goes about inspecting
20     and subsequently certifying this particular model?
21     And let me define what I mean by that.
22          Does UL endeavor to inspect every single
23     model before it goes out to the consumer?
24 A.  To the best of my knowledge they do spot checks and
25     they have an annual certification process with the

Page 59

1      factory.
2  Q.  Okay.  What does a spot check entail?
3  A.  They would come unannounced for an inspection and
4      verify the product, verify the certification, verify
5      the factory.
6  Q.  Do you know how often that occurs generally?
7  A.  I don't.
8  Q.  Is it a yearly thing?
9  A.  I am not sure.
10 Q.  And until UL comes back out on one of these spot
11     checks, does the manufacturer continue to operate as
12     if UL has certified all units that are continuing to
13     be created?  In other words, are they relying on that
14     last spot check certification?
15 A.  Yes.
16 Q.  And just to be clear because it was a convoluted
17     question.
18 A.  Yeah.
19 Q.  UL goes out to the manufacturer in January of 2024.
20 A.  Sure.
21 Q.  Does a spot check of one or a few units and grants
22     certification for that particular model.  Fast
23     forward, they don't come back out until 2026.  Does
24     the manufacturer continue to operate off of that
25     January of 2024 certification?

Page 60

1  A.  Sorry, let me rewind you back a little bit.
2  Q.  Yup.
3  A.  The certification for the product is done when the
4      product is submitted to UL.  That certification is
5      valid and needs to be renewed on an annual basis.
6      And when I say renewed, the way -- my understanding
7      is UL goes out to the manufacturer and certifies and
8      makes sure the certification is up to date, make sure
9      nothing has changed.  The factory is in existence.
10     There are random spot checks they could be doing
11     during that course of the year.
12 Q.  Thank you.
13 A.  Sorry.
14 Q.  No, you don't have to apologize.  That helps.
15          Are you, Jetson, advised of spot checks
16     performed by UL?
17 A.  We are not.
18 Q.  At any point in time is Jetson advised even after it
19     occurs that a spot check has occurred?
20 A.  Yes.
21 Q.  And what is that process or that communication?
22 A.  Either it's through UL would give us a call and tell
23     us that they did a spot check and their findings or
24     it would be the manufacturer that would call us
25     saying there was a spot check done and they would

Page 61

1      tell us that way.
2  Q.  When you receive communication either through or from
3      UL or from the manufacturer about a spot check having
4      been performed, is that something that's documented
5      by Jetson?
6  A.  It's not documented by Jetson, it's documented I
7      believe by the manufacturer.
8  Q.  And is that documentation provided to Jetson?
9  A.  I would have to check.  I am not 100 percent sure.
10 Q.  Okay.  Does Jetson require the manufacturer to
11     provide documents relating to UL inspections?
12 A.  We do not.
13 Q.  That's been the case as far as you've been involved
14     with the company?
15 A.  Yes.  And in regards to your question, for the spot
16     checks, yes.  But for the certifications, we demand
17     that we get that from them.
18 Q.  Okay.  The yearly certifications Jetson requires the
19     manufacturer to provide or UL to provide any and all
20     documentation?
21 A.  That is correct.
22 Q.  And that's kept at the offices in Brooklyn?
23 A.  Yes.
24 Q.  Do you know when the last UL certification took place
25     for this particular model?

Page 62

1    A.   I do not.
2    Q.   Do you know when the last spot check took place for
3         this particular model?
4    A.   I do not.
5    Q.   During your tenure as VP, has UL performed any spot
6         checks relating to this particular model?
7    A.   I don't remember.
8    Q.   Is that something that would be documented anywhere?
9    A.   Not 100 percent sure.
10   Q.   Do you know how many units are submitted to UL
11        annually for purposes of certification or
12        recertification?
13   A.   I am not sure.  I know they usually come out to the
14        manufacturing plant and select a number of units.  I
15        don't know how many units that is.
16   Q.   Have you ever asked?  And again, when I say you, as
17        the company.
18   A.   Has the company asked, I don't believe so.
19   Q.   Has anyone at Jetson ever been present during a UL
20        certification inspection?
21   A.   I might have a couple years ago.  But again, not
22        related to this product.
23   Q.   Okay.  So let me --
24   A.   Sorry.
25   Q.   That's okay.  So let me rephrase.

Page 63

1         Have you meaning anyone at Jetson ever been
2         present during a UL certification inspection relating
3         to this particular product, JPLSM?
4    A.   No.
5    Q.   Has Jetson ever been provided photographs or video of
6         a UL inspection of this product?
7    A.   I don't remember.
8    Q.   If so, would that be something kept at the Brooklyn
9         office as well?
10   A.   I believe it would be at the manufacturer.
11   Q.   Okay.  You've never requested photos or videos of UL
12        inspections?
13   A.   We would have the UL certification which would
14        validate that it is a UL certified product.
15   Q.   And when you say you would have the UL certification,
16        is that like a one page document saying that the
17        product passed the inspection, or what is that --
18   A.   It's a several page document stating the model and
19        the manufacturer and the manufacturer's address and
20        our model, and our model name and the certification
21        number.
22   Q.   Do you know the last time that this model was
23        inspected by UL prior to February of 2022?
24   A.   I don't remember the exact date.
25   Q.   And you don't know how many units of this model were

Page 64

1         inspected prior to February of '22, correct?
2    A.   Correct.
3    Q.   Do you know if any changes were made based upon
4         recommendations by UL prior to February '22 relating
5         to this product?
6    A.   Sorry, can you rephrase that question?
7    Q.   Yes, sir.  Do you know if any changes were made by
8         the manufacturer on this product pursuant to either
9         requirements or recommendations by UL prior to
10        February '22?
11             MR. LAFLAMME:  Clarification, are you
12        talking about during the initial certification or
13        during subsequent certifications?  Are you talking
14        development phase of the product or after it's been
15        on market?
16             MR. AYALA:  Any.
17             MR. LAFLAMME:  Okay.
18             MR. AYALA:  Yeah.  Any.
19             THE WITNESS:  I don't recall.
20             MR. AYALA:  Okay.
21   BY MR. AYALA:
22   Q.   Are you familiar with when JPLSM first came to the
23        market?
24   A.   Yes.
25   Q.   When was that?

Page 65

1    A.   July of 2020.  July of 2020 or August of 2020.
2         Sorry.  Roughly around that time.
3    Q.   Okay.
4    A.   And when I mean, sorry, those dates, I would say
5         manufactured, not come to -- not came to market
6         because there is obviously a phase.
7    Q.   Yup.  COVID year?
8    A.   COVID year, that is correct.
9    Q.   Did COVID affect in any way, shape or form the
10        manufacture and preparation of this product since it
11        was in China?
12   A.   No.  And the reason why I took that pause is because
13        I'm just -- the development of a product usually
14        starts months in advance, and I don't think COVID
15        really kicked in until I think April or May is what
16        was really being affected.  But this product was in
17        the whole quote, unquote, development phase prior to
18        that.
19   Q.   Do you know when UL certified the product in 2020?
20   A.   Approximately it would have been July or June of
21        2020.
22   Q.   Okay.  Are you familiar with any alterations in their
23        processes as a result of COVID during that time?
24   A.   I am not aware.
25   Q.   Have you ever asked?

17 (Pages 62 - 65)

Page 66

1  A.  I have not.
2  Q.  Have you ever been informed, again, Jetson, you, have
3      you ever been informed of any changes in UL protocol
4      for certification inspections during the July or
5      August 2020 timeframe?
6  A.  No.
7  Q.  Do you know if UL was conducting certification
8      inspections in person during that timeframe of July,
9      August 2020?
10 A.  I believe at that time no protocol has changed, has
11     had changed.
12 Q.  Even with the whole world shutting down?
13 A.  Yeah, because the way the product goes is they send
14     the product to the UL labs to get certified.  So that
15     would have been a product sent in.  So I don't think
16     that would have affected anything.
17 Q.  All right.  And that was my misunderstanding.  I
18     understood that UL would present to the manufacturer
19     for purposes of even that initial certification
20     inspection.  But that's wrong.  Actually, the product
21     is sent to UL?
22 A.  Correct.  Then just to clarify that, UL, after the
23     product is certified, UL goes back for a spot check
24     or a certification of the factory if the factory is
25     not certified for whatever reason and does exactly

Page 67

1      what we just talked about.
2  Q.  Are you familiar with the UL process or protocol for
3      renewing a certification?
4  A.  Generally.
5  Q.  Does that include actual inspection of the units or
6      just confirmation that nothing has changed?
7  A.  Both.
8  Q.  Are you familiar with how many units are inspected
9      for purposes of renewal of certifications?
10 A.  I am not.
11 Q.  Would the inspections for renewal of certifications
12     be done at the manufacturer or would a unit be sent
13     to UL?
14 A.  I am not 100 percent sure.
15 Q.  Is there anyone at Jetson that would be knowledgeable
16     with regards to the UL protocol, and some of these
17     questions I've been asking about, you know, where
18     those inspections take place, things like that?
19 A.  The manufacturer.
20 Q.  Okay.  So no one at Jetson but instead the
21     manufacturer would have more detail?
22 A.  Correct.  I have the general knowledge.
23 Q.  Who at the manufacturer is your point of contact?
24 A.  First name is Kalvin.
25 Q.  Kalvin?

Page 68

1  A.  With a K.
2  Q.  Okay.  What's Kalvin's last name?
3  A.  Last name is, and I might butcher this, I'm sorry,
4      but it's X I O A.
5  Q.  Okay.  Back in July and August of 2020 would Kalvin
6      have been the point of contact at the manufacturer?
7  A.  Yes, he is the owner.  Sorry.
8  Q.  Have you met him in person?
9  A.  Yes.
10 Q.  Does he ever come to the States to either have
11     meetings or just for face-to-face?
12 A.  Yes.
13 Q.  When was the last time you saw and interacted with
14     Kalvin here in the United States?
15 A.  January of '24.
16 Q.  What was the occasion?
17 A.  Trade show.
18 Q.  If you have a need or request relating to
19     documentation or even information, is Kalvin the
20     person you reach out to?
21 A.  Yes.
22 Q.  Is there anyone else with the manufacturer that you
23     communicate with about any of the products?
24 A.  No.
25 Q.  Does Jetson require the manufacturer to retain

Page 69

1      records of inspections?
2  A.  They follow the UL retention guidelines, so the
3      answer to your question, no.
4  Q.  Does Jetson ever request confirmation from the
5      manufacturer that they are in fact following the UL
6      guidelines for retention?
7  A.  Can you repeat that question?
8  Q.  Yes, sir.  Does Jetson ever require confirmation from
9      the manufacturer that they are in fact following UL
10     guidelines or protocol for retention?
11 A.  No.
12 Q.  By the way, we were looking at Exhibit 51, that
13     warning label.  That's on the bottom of the
14     Hoverboard?
15 A.  That is correct.
16     MR. AYALA:  What are we up to now, 53 now?
17     THE WITNESS:  Can I say one thing?
18     MR. LAFLAMME:  Wait for a question.
19 BY MR. AYALA:
20 Q.  Is there anything you wanted to add about what -- the
21     topics we were just discussing?
22 A.  Sorry, if I may just add, I know we were talking
23     about this and the label we talked about as well, and
24     your question was about -- it was more of fire and
25     explosion so I know the keyword fire, hazard, is on

18 (Pages 66 - 69)

Page 70

1    the label. So I just wanted to mention that which we
2    might have not talked about earlier.
3  Q.  Thank you. And so what you're referring to on 51 is
4    this gold sticker that confirms UL certification and
5    it states on that sticker "electrical systems for
6    personal e-mobility as to electric shock and fire
7    hazards only."
8        Correct?
9  A.  That is correct.
10 Q.  Is that what you're referring to?
11 A.  That's what I'm just adding to.
12 Q.  What does that mean?
13 A.  That this product is certified by UL for 2272 as to
14    electric shock and fire hazards only.
15 Q.  And in fact what it means is that this model is
16    certified, not necessarily this exact unit, correct?
17        MR. LAFLAMME: Object to form.
18        THE WITNESS: The model and the units are
19    all manufactured and according to guidance and the
20    certification of UL 2272 which is what that sticker
21    represents. If the product is not, that sticker
22    should not be applied to that product.
23 BY MR. AYALA:
24 Q.  There is no confirmation or affirmation by UL or the
25    manufacturer that this particular unit meaning the

Page 71

1    Wadsworth unit was the one that was actually
2    inspected by UL?
3        MR. LAFLAMME: Object to form.
4        THE WITNESS: Again, if this -- so this
5    model, JPLSM-IRS is 2 -- UL 22 certified and it has
6    that holographic label on it would mean that it is
7    conforming to the UL certified 2272 product.
8  BY MR. AYALA:
9  Q.  And I understand that. But my question is a little
10    bit different.
11        My question is this gold UL certified label
12    is not communicating that the particular unit was
13    actually physically inspected, just that the model
14    was inspected and certified, fair?
15        MR. LAFLAMME: Object to form. Go ahead.
16        THE WITNESS: No. I would say the sticker
17    should not be applied to a product that's not a UL
18    2272 certified product.
19 BY MR. AYALA:
20 Q.  So are you testifying that every unit is physically
21    looked at and inspected by UL?
22        MR. LAFLAMME: Object to form. Are you
23    talking about UL inspection now? Before you were
24    just saying inspection.
25        MR. AYALA: No, I've always been talking

Page 72

1    about UL inspections.
2        MR. LAFLAMME: By UL?
3        MR. AYALA: Yeah.
4        MR. LAFLAMME: Okay.
5  BY MR. AYALA:
6  Q.  Does Jetson endeavor to perform UL inspections?
7  A.  Jetson has a third party that does inspections for
8    the product.
9  Q.  For this product?
10 A.  For this product.
11 Q.  And that's what I asked you. I thought a long time
12    ago and you said only UL inspects this product?
13 A.  No.
14        MR. LAFLAMME: Object to form. That was
15    not asked. Go ahead.
16        THE WITNESS: Sorry. The question that I
17    recall you asking me was does anybody else do UL
18    spot checks.
19        MR. AYALA: Okay.
20        THE WITNESS: And the understanding I
21    understood was you're asking me if there is any
22    third-party companies that go in and do a UL spot
23    check, no. That's -- the UL spot check in my
24    understanding would be the spot checks that UL does.
25 BY MR. AYALA:

Page 73

1  Q.  Okay. Fair enough. And my apologies.
2        So what third parties perform UL
3    inspections of this product?
4        MR. LAFLAMME: Object to form. UL
5    inspection meaning on behalf of UL or a third-party
6    inspection on the product?
7        MR. AYALA: Okay.
8  BY MR. AYALA:
9  Q.  So let me clarify. Do third parties perform UL
10    inspections meaning certify products on behalf of UL?
11 A.  In general? Sorry.
12 Q.  Well, we're talking about this product.
13 A.  This product, no. This product -- say your question
14    again so I answer properly.
15 Q.  Yes, sir. Do third parties perform UL certification
16    inspections on behalf of UL for this product?
17 A.  No.
18 Q.  UL is the only entity that performs a UL
19    certification inspection on this product?
20 A.  Correct.
21 Q.  Okay. Are other inspections performed of this
22    product?
23 A.  Yes.
24 Q.  We'll get to that in a little bit.
25 A.  Okay.

19 (Pages 70 - 73)

Page 74

1 Q. I've only been talking about UL certified inspection.
2   And so I understand, this product for purposes of
3   gaining UL certification under 2272, this product is
4   only inspected by UL? I can ask it again.
5 A. Yes, please.
6 Q. For purposes of gaining UL certification of this
7   product, it is only inspected by UL?
8 A. The word inspected is a little different than product
9   being certified. So I don't know if you're -- so
10  your question I'm not following because there is two
11  parts to that question I believe.
12 Q. So let me ask it again.
13      For purposes of obtaining UL certification,
14  is UL the only entity that inspects this model?
15 A. For purposes of a UL 2272 certification for this
16  product, UL is the only entity that could give you a
17  UL certification for this product.
18 Q. Based upon an inspection they perform?
19 A. Based upon a product testing that they perform.
20 Q. Okay. Which includes inspection?
21 A. Which can include inspection.
22 Q. Does it always?
23 A. It -- when you're first certifying a product, it is a
24  certification done by testing of the product. So,
25  again, the word inspection, yeah, when you get a

Page 75

1   product, are you inspecting it, sure.
2 Q. So when they first certify a product, it's done by
3   testing?
4 A. Correct.
5 Q. How about when they renew a certification, no testing
6   done?
7 A. There could be a testing, there usually is a testing
8   and there could be -- there is an inspection done as
9   well.
10 Q. What dictates whether a testing is done or not done
11  for renewals of certifications?
12 A. It depends on UL.
13 Q. Do you have any idea what that protocol is?
14 A. I don't remember it.
15 Q. Do you know the last time that UL performed testing
16  on this model for purposes of renewing
17  certifications?
18 A. I don't recall.
19 Q. Okay. Is that something that would be documented by
20  Jetson?
21 A. I would -- yes.
22 Q. And in what form would that be documented?
23 A. It would be a certification from UL.
24 Q. Does Jetson have a requirement that for certification
25  renewals that testing be performed?

Page 76

1 A. We follow the UL 2272 guidelines for their protocol.
2 Q. So you defer to UL for purposes of whether or not
3   they're going to test a product as it relates to
4   renewing certifications?
5 A. That is correct.
6 Q. And so if UL does not deem it needed or necessary to
7   test upon a renewal inspection, then Jetson is okay
8   with that?
9 A. No, I've never heard of them not doing a annual
10  inspection or an annual certification for a product.
11  It's usually done on an annual basis as I stated
12  earlier.
13 Q. My question was a little bit different because we're
14  talking about testing.
15 A. Okay.
16 Q. If UL determines that testing is either not needed or
17  it's choosing not to test upon a recertification,
18  Jetson is okay with that?
19      MR. LAFLAMME: Object to form. Go ahead.
20      THE WITNESS: I am not sure how UL
21  determines that. In probably all my years, I have
22  never heard of this, that they would not do both.
23 BY MR. AYALA:
24 Q. Okay. So you don't know of an occasion where UL has
25  not done testing upon recertification of this

Page 77

1   product?
2 A. I am not aware of it. I am not aware of an incident.
3 Q. So are you testifying that UL has tested this product
4   for every recertification?
5      MR. LAFLAMME: Object to form, exceeds
6   scope in that you're getting into UL's practice as
7   opposed to Jetson's. Go ahead and answer if you
8   can.
9      MR. AYALA: Yeah, and just to clarify, I'm
10  just asking what Jetson knows.
11      THE WITNESS: If a product has a UL
12  certification and for whatever reason does not get
13  renewed or fails any of the UL protocols, Jetson is
14  informed and obviously takes action.
15 BY MR. AYALA:
16 Q. Okay. Does Jetson know whether UL performed testing
17  on every recertification of this product?
18 A. I am not sure.
19 Q. Who would be? Who would know at Jetson?
20 A. I would have to ask the manufacturer. Sorry.
21 Q. Okay. By the way, is that your role meaning
22  communicating with the manufacturer to determine any
23  details relating to UL certification or
24  recertification, is that your role?
25 A. It is my role to discuss this with them, but it is

20 (Pages 74 - 77)

Page 78

1    the manufacturer that does this on a day-to-day with
2    the UL local team over there.
3  Q.  So sitting here today, you on behalf of Jetson do not
4    know one way or another whether testing was performed
5    for every recertification since August 2020?
6        MR. LAFLAMME:  Object to form,
7    mischaracterizes testimony.  Go ahead.
8        THE WITNESS:  Can you repeat that?  Sorry.
9  BY MR. AYALA:
10  Q.  Yeah.  You do not know whether testing was performed
11    on this product for every recertification since
12    August 2020?
13        MR. LAFLAMME:  Same objections.
14        THE WITNESS:  I don't remember.
15  BY MR. AYALA:
16  Q.  Now, these third-party inspections that take place,
17    are there multiple entities that perform third-party
18    inspections of this product?
19  A.  No.
20  Q.  Who does then?
21  A.  There is one.
22  Q.  And what is that -- the name of that entity?
23  A.  Test, T E S T O O, Test -- sorry, Testcoo, T E S T C-
24    O O.
25  Q.  Is that one word?

Page 79

1  A.  That is one word.
2  Q.  Where are they located?
3  A.  They're in China as well.  They have several offices.
4  Q.  Were you involved in any way with developing the
5    relationship with the manufacturer?
6  A.  Can you repeat that question?
7  Q.  Yeah.  Were you involved on behalf of Jetson with
8    establishing and developing the relationship with the
9    manufacturer for this product?
10  A.  What do you mean by relationship?
11  Q.  Well, I would assume Jetson enjoys a relationship
12    with its manufacturer to the extent that the
13    manufacturer is producing Jetson products, correct?
14  A.  Sure.
15  Q.  And so that's what I mean by the relationship.
16        Were you involved at all in establishing
17    that relationship?
18  A.  Yes.
19  Q.  How did you find this manufacturer?
20  A.  Through a trade show.
21  Q.  Prior to establishing the relationship with this
22    manufacturer, did you perform any type of research or
23    background investigation?
24  A.  Yes.
25  Q.  What did that entail?

Page 80

1  A.  Visit to the facilities of the manufacturing plant,
2    checking with component suppliers on the history of
3    this manufacturer.
4  Q.  Anything else?
5  A.  Checking with the certification parties such as UL to
6    check what they have certified and any violations or
7    any sort of issues that they have had with them.
8  Q.  Okay.
9  A.  And a factory audit.
10  Q.  Were all of those, all of those checks, of course
11    aside from the visit to the plant, but all of those
12    checks with suppliers, with UL, were all of those
13    documented communications?
14  A.  Not necessarily.
15  Q.  Do you know when you would have established that
16    relationship with Kalvin Xiao?
17  A.  I'm just trying to recall my memory.  It would have
18    been 2018 or 2019.
19  Q.  How about with Testcoo.  Were you involved in
20    establishing that relationship?
21  A.  Yes.
22  Q.  How did you meet them?
23  A.  Also at a trade show.
24  Q.  When did you establish that relationship?
25  A.  Around the same time I would probably --

Page 81

1  Q.  And what background or research did you do on Testcoo
2    before engaging in that relationship?
3  A.  They had presented to me in one of my visits to their
4    offices their background of inspections and the
5    brands they do inspections for.
6  Q.  Did you ever contact any of the folks at those other
7    brands to learn a little built more about Testcoo?
8  A.  Yes.
9  Q.  Who?
10  A.  I don't recall.  There were a number of them that
11    were either at the trade show or had bumped into me
12    at one of these manufacturing plants.
13  Q.  Are you familiar with the processes or procedures at
14    Testcoo for purposes of inspecting the Jetson product
15    that we're talking about today?
16  A.  Generally, yes.
17  Q.  And what does that entail?
18  A.  They would check all the incoming components of the
19    product, they would randomly select finished product,
20    open them up, inspect the components and report back
21    to me.
22  Q.  Are those inspections documented?
23  A.  Yes.
24  Q.  Are they provided to Jetson?
25  A.  Yes.

21 (Pages 78 - 81)

Page 82

1  Q.  How often are inspections performed by Testcoo?
2  A.  It would depend on the shipment schedule.
3  Q.  Okay.  I'm sorry, I didn't mean to cut you off.
4  A.  No, go ahead.
5  Q.  Okay.  Can you quantify in any way the frequency of
6      shipments for this product?
7  A.  Sure.  Two to four times a month roughly.  This is
8      just a general average for this product.
9  Q.  So is it your testimony that Testcoo performs
10     inspections of the components that go into this
11     product roughly every two to four months?
12 A.  Sorry, did I say two to four months?  Two to four
13     times a month.
14 Q.  That's what I meant.  You did say it right.
15 A.  I want to make sure.
16 Q.  Thank you.  Let me rephrase or restate it.
17         Is it your testimony that Testcoo performs
18     inspections of the Hoverboard components for this
19     product two to four times a month?
20 A.  Approximately, yes.
21 Q.  Do you know how many -- how many of each component
22     Testcoo tests or inspects?
23 A.  They go by an AQL standard and that is depending on
24     the size of the shipment or the size of the
25     production that's at -- that's at the manufacturing

Page 83

1      plant.
2  Q.  Can we at least agree that they do not inspect every
3      component for every unit?
4  A.  Yes.
5  Q.  Does Testcoo ever do a 100 percent inspection?
6          MR. LAFLAMME:  When you say 100 percent,
7      you mean every unit in that shipment?  Is that what
8      you're --
9          MR. AYALA:  Yeah, I'm just referring to
10     their own terminology.
11 BY MR. AYALA:
12 Q.  Are you familiar with that terminology that they use,
13     100 percent inspections?
14 A.  No.
15 Q.  At least according to Testcoo 100 percent inspection
16     is kind of what it sounds like, testing 100 percent
17     of the goods that are shipped.
18         Are you familiar with them ever performing
19     such an inspection on this product?
20 A.  No, I'm not.
21 Q.  Okay.  Have you ever discussed with anybody at
22     Testcoo performing a 100 percent inspection of this
23     product?
24 A.  No, I have not.
25 Q.  Who is your point of contact at Testcoo?

Page 84

1  A.  I don't have an exact -- I don't remember the exact
2      point of contact when we started this relationship.
3      It's just a general mailbox for inspections.
4  Q.  And if I asked you this, I'm sorry.  But has anybody
5      at Testcoo ever recommended to you, Jetson, to
6      perform a 100 percent inspection of any shipment?
7  A.  I don't remember.
8  Q.  Testcoo performs inspections of lithium batteries
9      that go into this product?
10 A.  They perform, yes, they perform all the -- all the
11     components that go into this product.
12 Q.  What does the inspection entail for the lithium
13     battery, if you know?
14 A.  From my understanding the verification of the UL 2272
15     report, the components are used within that
16     component and the final unit.
17 Q.  Do you know how they go about inspecting it?
18 A.  They would open up the product, they would open up
19     whatever the component is, verify against the UL 2272
20     report and that's how they do it.
21 Q.  Have you ever been present for a Testcoo inspection
22     of this product?
23 A.  I don't remember.
24 Q.  Has this product ever failed a Testcoo inspection?
25 A.  No.

Page 85

1  Q.  Has this product ever failed a UL certification or
2      recertification?
3  A.  Not to my knowledge.
4  Q.  When did UL certification 2272, when was that
5      implemented?
6  A.  This is completely going off --
7  Q.  If you know.
8          MR. LAFLAMME:  Just as a point of
9      clarification, are you talking about the standard in
10     general?
11         MR. AYALA:  Yes.
12         MR. LAFLAMME:  Okay.
13         THE WITNESS:  Going completely off of my
14     memory, I believe it was 2015 or 2016, 2015 or 2016.
15 BY MR. AYALA:
16 Q.  Do you know the reasons why that standard was
17     implemented?
18 A.  I don't know the specifics.
19         (Exhibit 54 marked.)
20 BY MR. AYALA:
21 Q.  Exhibit 54 is titled CPSC safety alert, it's the
22     Consumer Product Safety Commission safety alert
23     relating to Hoverboards.
24         First, are you familiar with the Consumer
25     Product Safety Commission?

22 (Pages 82 - 85)

Page 86

1  A.  Yes, I am.
2  Q.  Are you involved in communicating with that safety
3      commission relating to Jetson products?
4  A.  No.  It's done through our CPSC counsel.
5  Q.  Is Jetson, is Jetson required to abide by any CPSC
6      standards or requirements?
7  A.  I would consult with my CPSC counsel on that.
8  Q.  And who is that?
9  A.  Rick Locker.
10 Q.  Where is he located?
11 A.  New York.
12 Q.  Does he work out of the Jetson office?
13 A.  No.
14 Q.  In looking at this CPSC safety alert, it describes
15     dangers posed by Hoverboards according to their
16     terminology, and it states that CPSC is aware of more
17     than 250 self-balancing scooter/Hoverboard incidents
18     related to fires or overheating, and it describes an
19     incidence in March of 2017 where a two-year-old girl
20     and a 10-year-old girl died in a house fire ignited
21     by a Hoverboard in Harrisburg, Pennsylvania.
22         Do you see that?
23 A.  I do see that here.
24 Q.  It also talks about reports of 13 burn injuries,
25     three smoke inhalation injuries and more than $4

Page 87

1      million dollars in property damage related to
2      Hoverboards, do you see that?
3  A.  Yes.
4  Q.  And pursuant to that initial advisory CPSC gives
5      recommendations to consumers, do you see that?
6  A.  Yes.
7  Q.  And in these recommendations it also discusses this
8      UL 2272 safety standard, do you see that?
9  A.  Yes, I do.
10 Q.  This last bullet point in the middle section states
11     "Hoverboards should be compliant with the UL 2272
12     safety standard."
13         Obviously this safety alert describes an
14     event from March of 2017, but is it your recollection
15     that the UL 2272 safety standard would have been
16     implemented in and about that timeframe of 2017?
17 A.  Yes.
18 Q.  That last bullet point goes on to state "however,
19     even UL 2272 compliance cannot guarantee that a
20     Hoverboard will not overheat or catch fire."
21         Do you see that?
22 A.  Yes.
23 Q.  Do you agree with that?
24     MR. LAFLAMME:  Object to form.
25     THE WITNESS:  Agree with what?  Sorry.

Page 88

1  BY MR. AYALA:
2  Q.  That even UL 2272 compliance cannot guarantee that a
3      Hoverboard will not overheat or catch fire.
4      MR. LAFLAMME:  Object to form.
5      THE WITNESS:  Yes.
6  BY MR. AYALA:
7  Q.  In fact, you, meaning Jetson, acknowledges and
8      appreciates that even some of its Hoverboards with UL
9      certification or recertification have in fact caught
10     on fire, correct?
11     MR. LAFLAMME:  Object to form.  Go ahead.
12     THE WITNESS:  Can you say that again?
13     Sorry.
14     MR. AYALA:  Yes, sir.
15 BY MR. AYALA:
16 Q.  Jetson agrees and acknowledges that some of its
17     Hoverboards even with UL certification 2272 have
18     caught on fire?
19     MR. LAFLAMME:  Object to form.
20     THE WITNESS:  I would not agree, but I
21     would acknowledge that Hoverboards, depending on the
22     circumstances and the use and the conditions, have
23     had a thermal event.
24 BY MR. AYALA:
25 Q.  So what part of my question do you not agree with?

Page 89

1  A.  That -- your question was that if a Jetson Hoverboard
2      has caught on fire.
3  Q.  Yeah.  My question was do you agree and acknowledge
4      that any Jetson Hoverboards that have obtained UL
5      certification have still gone on to catch on fire?
6      MR. LAFLAMME:  Object to form.
7      THE WITNESS:  Again, I would say it
8      depends on what those exact Hoverboard conditions or
9      what was the condition of that board that might have
10     caught on fire or burned or overheated.
11 BY MR. AYALA:
12 Q.  Okay.  Well, I'm not asking the how.  I'm simply
13     asking whether you agree that Jetson or a Jetson
14     Hoverboard has caught on fire despite having obtained
15     UL certification?
16     MR. LAFLAMME:  Object to form.  Asked and
17     answered.  Go ahead.
18     THE WITNESS:  Again, I'm going to go back
19     and say I acknowledge that a Jetson Hoverboard might
20     have been accused of a fire or caught on fire with a
21     UL 2272 certification.
22 BY MR. AYALA:
23 Q.  Okay.  You say accused.  By who?
24 A.  Like you, you are mentioning that Jetson has been --
25     acknowledged or agreed to a fire, was that your

23 (Pages 86 - 89)

1    initial question? Sorry.
2    Q.  Well, do you dispute that any Jetson Hoverboards
3         after receiving UL certification have caught on fire?
4            MR. LAFLAMME:  Object to form.  Go ahead.
5            THE WITNESS:  Again, I'm -- a Jetson
6         Hoverboard that has UL 2272 might have caught on
7         fire but I would -- I would need to know the
8         conditions of what had happened or what it caught on
9         fire or what was the previous use and the
10        circumstance and the condition of the Hoverboard
11        before I can say that with 100 percent confidence
12        that it caught on fire.
13   BY MR. AYALA:
14   Q.  Well, I mean whether a Hoverboard caught on fire
15        seems like a pretty black-and-white situation.
16            Are you disputing just the circumstances by
17        which it caught on fire?  Is that more your dispute?
18   A.  Yes.
19   Q.  So I understand, you're not disputing that a UL
20        certified Jetson Hoverboard caught on fire.  You're
21        only disputing the circumstances by which it may have
22        caught on fire; is that fair?
23   A.  Yes.
24   Q.  Which is consistent with 54 that you're looking at
25        which states that even with that UL 2272

1    certification doesn't mean that a Hoverboard will not
2         overheat or catch on fire, fair?
3    A.  That is fair.
4    Q.  And I neglected, what was it, 53.
5    A.  Yes.
6    Q.  The other label.  Let's go ahead and take a second to
7         review that if you could.
8            (Witness peruses document.)
9            THE WITNESS:  Yup.
10           (Exhibit 53 marked.)
11   BY MR. AYALA:
12   Q.  That warning label would be affixed to the bottom of
13        the Hoverboard as well?
14   A.  That is correct.
15   Q.  Anything on that warning label that gives notice to
16        the consumer of a risk of fire or explosion?
17   A.  I can't read the icons but as far as the words are
18        concerned, I do not see that word there.
19   Q.  Okay.  And that's fair enough.  Any warning on this
20        label, at least in the wording -- that was redundant.
21            Any wording on this label of overheating of
22        the battery?
23   A.  No.
24   Q.  Does Jetson keep or maintain records of customer
25        complaints relating to its Hoverboards?

1    A.  Yes.
2    Q.  What is the policy or protocol at Jetson relating to
3         retention of customer complaints or concerns?
4    A.  As far as, sorry, your question is on --
5    Q.  Yeah, let me restate it.
6            What is Jetson's policy or protocol for
7         retention of customer complaints or concerns relating
8         to the Hoverboard?
9    A.  If it is a safety concern, it would get pushed off
10        right away to our CPSC -- sorry, to our in-house --
11        our in-house team would give it to the counsel, and
12        then the counsel would handle it from there.
13   Q.  That's Mr. Locker you said?
14   A.  That's for the CPSC.  CPSC counsel is Mr. Locker.
15   Q.  So safety concern relating -- that's communicated by
16        a customer relating to one of its Hoverboards goes to
17        whom?
18   A.  It goes to an in-house paralegal representative that
19        we have in our office.
20   Q.  Who is that?
21   A.  Jen is her first name.
22   Q.  What's her last name?
23   A.  I can't spell it but it starts with a P, Pallodino.
24   Q.  Pallodino.  Okay.  How long has she been with the
25        company?

1    A.  June of 2022.
2    Q.  Okay.  Who was in her role, if anybody, prior to June
3         '22?
4    A.  Nobody.
5    Q.  Who made the decision to hire Ms. Pallodino?
6    A.  It would be Josh Sultan.
7    Q.  Do you know the reasons why she was hired?
8    A.  No.
9    Q.  Prior to June '22 what would happen with any customer
10        safety concerns communicated to the company?
11   A.  At that point they would have gone to our CPSC
12        counsel.
13   Q.  What would he do with them?
14   A.  He would review them, and I'm not sure what action
15        would be taken from there.
16   Q.  Were you involved at all, meaning you personally in
17        your role, were you involved at all in the decision
18        making for what to do about customer safety concerns
19        or complaints?
20   A.  No.
21   Q.  Who at Jetson was?
22   A.  The insurance company.
23   Q.  Anyone else?
24   A.  That's it.
25   Q.  Who at the insurance company would be your point of

24 (Pages 90 - 93)

Page 94

1    contact?
2    A.  Well, it would be between our CPSC counsel and the
3        insurance company that would be discussing those.
4    Q.  Was there any type of policy or protocol at Jetson
5        for when a customer safety concern or complaint would
6        be escalated to the CPSC counsel?
7    A.  Any time there is a safety concern.
8    Q.  Okay.  And what do you determine to be safety
9        concern, again, specifically relating to the
10       Hoverboards?
11   A.  Any sort of overheating event, temperature, thermal.
12   Q.  Why is that a safety concern?
13   A.  It's just part of our safety guidelines that --
14       that's always been for any electronical product.
15   Q.  Is it because with any overheating temperature or
16       thermal concern there can be an increased risk of
17       fire or explosion?
18           MR. LAFLAMME:  Object to form.
19           THE WITNESS:  Can you say that again?
20       Sorry.
21   BY MR. AYALA:
22   Q.  Yes, sir.  Is it because with any overheating
23       temperature or thermal complaint or concern, there
24       could be an increased risk of fire or explosion?
25           MR. LAFLAMME:  Object to form.

Page 95

1            THE WITNESS:  I wouldn't say that in those
2        exact words.
3    BY MR. AYALA:
4    Q.  So what words would you say it in?
5    A.  Any type of overheating or temperature concern would
6        be something that we would have to investigate.
7    Q.  Why?
8    A.  Just to see why it's not operating at the normal
9        temperatures.
10   Q.  What is the concern with an overheating or thermal
11       complaint or event?
12   A.  The product will not function.
13   Q.  And what is the risk to the consumer?
14   A.  It just not -- it could, again, the circumstances
15       would matter.  It could result in various different
16       situations.
17   Q.  Okay.  Injury and death?
18           MR. LAFLAMME:  Object to form.
19           THE WITNESS:  Could be.
20   BY MR. AYALA:
21   Q.  I mean that's certainly at least what was
22       communicated by the CPSC in their safety alert,
23       correct, that that's a concern?
24   A.  They mention the damages that could happen.
25   Q.  Okay.  So what's the answer to my question?  Does

Page 96

1    that echo the concern that the CPSC has laid out in
2    their safety alert that it could lead meaning
3    overheating could lead to injury or death?
4            MR. LAFLAMME:  Object to form.
5            THE WITNESS:  I'm just reading --
6    BY MR. AYALA:
7    Q.  Yes, sir.
8    A.  -- the alert.
9            (Witness peruses document.)
10           THE WITNESS:  I don't believe they call --
11       they don't mention death in here unless you're
12       referring to the first paragraph.
13   BY MR. AYALA:
14   Q.  Well, yeah.  I mean the first paragraph talks about
15       the dangers posed by Hoverboards and it talks about
16       the dangers relating to fires or overheating, and
17       then it gives the example of the March 2017 deaths of
18       a two year old and a 10 year old, you see that,
19       right?
20   A.  Yes.
21   Q.  Caused by a fire ignited by a Hoverboard, do you see
22       that?
23   A.  Yes.
24   Q.  So can we at least agree that the concern by CPSC in
25       this safety alert that's been marked as 54 is fires

Page 97

1    or overheating leading to injury up to and including
2    death?
3    A.  Yes.
4    Q.  And it's not -- it wouldn't have been new news that
5        Hoverboards carry with them a risk and a danger of
6        fire and explosion as a result of lithium batteries
7        as of 2017, correct?
8    A.  I'm sorry, can you say that again?
9    Q.  Sure.  As a company in the industry of making
10       Hoverboards containing lithium batteries, this CPSC
11       safety alert after March of 2017 would not have been
12       a surprising revelation, it's not new news, correct?
13           MR. LAFLAMME:  Object to form.
14           THE WITNESS:  As far as not new news to
15       something that's a Hoverboard that can catch on
16       fire?
17   BY MR. AYALA:
18   Q.  Correct.
19   A.  I would say anything electronical, electrical, can be
20       a risk.
21   Q.  And in fact in our country in particular, although
22       global as well, there was a time between 2017 and
23       2018 where Hoverboards were banned in many areas
24       including airline travel, correct?
25   A.  Correct.

25 (Pages 94 - 97)

Page 98

1  Q.  And the reason for that was because of the risk of
2     fire or explosion relating to lithium batteries
3     installed in Hoverboards, correct?
4          MR. LAFLAMME:  Object to form.
5          THE WITNESS:  Correct.
6          MR. AYALA:  I'll mark this as 55.
7          (Exhibit 55 marked.)
8  BY MR. AYALA:
9  Q.  Showing you what's been marked as Exhibit 55, it is a
10    either a press release or letter put out by the
11    Consumer Product Safety Commission dated March 30th,
12    2023 and it is titled Jetson Rogue Hoverboards
13    Ignite, CPSC Secures Strong Recall Remedy to Get
14    These Deadly Products Out of Homes.
15         First, have you ever seen this before?
16 A.  Yes.
17 Q.  Were you involved meaning now you personally in your
18    role for the company, were you involved in
19    communicating with the CPSC relating to this advisory
20    or press release?
21 A.  No.
22 Q.  This exhibit details that on April 1st, 2022 two
23    sisters aged 10 and 15 died in a house fire that the
24    fire marshal determined was caused by the Jetson
25    Rogue Hoverboard igniting.

Page 99

1          Do you see that in the first paragraph?
2  A.  Yup.
3  Q.  Are you familiar with that incident?
4  A.  Yes.
5  Q.  Would that have been one of the occasions in which
6     you were deposed?
7  A.  Yes.
8  Q.  That, by the way, that lawsuit, that never went to
9     trial, did it?  That was settled out of court?
10 A.  That is correct.
11 Q.  Were you involved at all in the negotiation of that
12    claim?
13 A.  No.
14 Q.  This press release goes on to state "this product is
15    too dangerous to be in homes."
16         Did Jetson ever have internal
17    communications about the Jetson Rogue Hoverboard
18    being too dangerous to be in homes?
19 A.  No.
20 Q.  Did Jetson ever have internal communications about
21    any Hoverboards being too dangerous to be in homes?
22 A.  No.
23 Q.  Did anybody at Jetson communicate with the CPSC
24    regarding their assessment that Hoverboards -- that
25    this Hoverboard is too dangerous to be in homes?

Page 100

1  A.  No.  It would be CPSC counsel that would have
2     consulted so I'm not aware.
3  Q.  Who was the manufacturer for the Jetson Rogue
4     Hoverboard?
5  A.  There was two manufacturers.
6  Q.  Okay.  Who were they?
7  A.  Jomo is one of them and the other one was E-Link.
8     Their full entity names are -- I don't remember.
9     They're long.
10 Q.  Okay.  The components that go into a Hoverboard,
11    whether the Rogue model or the Plasma model, is
12    Jetson involved in selection of the manufacturer of
13    those components?
14 A.  No.
15 Q.  Does Jetson leave that to the manufacturer of the
16    unit?
17 A.  That is correct.
18 Q.  Do you know sitting here today whether the battery or
19    batteries that are installed in the Plasma
20    Hoverboard, if they are the same or different than
21    those installed in the Jetson Rogue?
22 A.  I believe they are different.
23 Q.  What do you rely upon for that?
24 A.  The manufacturer is obviously different than what --
25    where the Rogue was manufactured, and we rely on the

Page 101

1     UL certification.
2  Q.  I don't know what that means but let me ask a
3     follow-up to see if I can gain some clarity.
4  A.  Sure.
5  Q.  Does Jetson receive any confirmation or communication
6     from the manufacturer of its Hoverboards that detail
7     the manufacturer of the components of that
8     Hoverboard?
9  A.  Yes.
10 Q.  For example, Jetson would be provided information
11    relating to the manufacturer of the lithium batteries
12    installed in the Jetson Plasma Hoverboard, correct?
13 A.  Correct.
14 Q.  Jetson would be provided information relating to the
15    manufacturer of the lithium batteries installed in
16    the Jetson Rogue, correct?
17 A.  Correct.
18 Q.  And any other products, fair?
19 A.  Fair.
20 Q.  So -- and those communications, those documents that
21    detail or outline who manufactured the lithium
22    batteries in the various Hoverboards sold by Jetson,
23    are those documents and records kept by Jetson?
24 A.  Yes.
25 Q.  They're maintained in the Brooklyn office?

26 (Pages 98 - 101)

Page 102

1  A.  Yes.
2  Q.  Back in 2022 was the manufacturer of the Jetson Rogue
3      lithium battery the same as the manufacturer of the
4      Jetson Plasma lithium battery?
5  A.  Of the battery itself?
6  Q.  Yes, sir.
7  A.  Yes.
8  Q.  So the lithium batteries in the Jetson Rogue that's
9      referenced in 55 --
10  A.  Um-hum.
11  Q.  -- Exhibit 55, would have been manufactured by the
12      same company that -- Strike that.
13          The lithium battery manufacturer of the
14      Jetson Rogue was the same lithium battery
15      manufacturer for the Jetson Plasma that the Wadsworth
16      family owned, correct?
17  A.  The manufacturer of the battery pack?
18  Q.  Yes, sir.
19  A.  Yes.
20  Q.  Okay.  And I understand other components, for
21      instance, you know, the wheels or the foot plate or
22      what have you, those may have different
23      manufacturers.  However, the battery itself was
24      manufactured by the same company?
25  A.  Yes, but it's a different spec of a battery.

Page 103

1  Q.  Okay.  Describe what you mean.
2  A.  So yes, the manufacturer is the same.  I'll just use
3      a layman's example -- maybe not.  It's the
4      manufacturer is the same but it's two different
5      models.
6  Q.  Got it.
7  A.  If that makes sense.
8  Q.  It does make sense.  Are you familiar with the
9      differences between the lithium battery in the Plasma
10      versus the one in this Rogue from 2022?
11  A.  The specifications?
12  Q.  Yes, sir.
13  A.  Yes.
14  Q.  And what are some of the differences in the specs
15      between the Plasma battery that the Wadsworths owned
16      and the Hoverboard the Wadsworths owned and the
17      battery that was in the Jetson Rogue?
18  A.  The capacity of the cell that goes into the battery
19      pack are different.
20  Q.  Okay.  Anything else?
21  A.  And I am almost -- actually, I shouldn't -- I'm not
22      sure but usually when the battery pack is different,
23      there is something called the BMS system which is the
24      brain of the battery, that is also different.
25  Q.  Okay.  Are you -- is that, the BMS being different

Page 104

1      between the Plasma and the Rogue, is that something
2      that you're unsure of or are you sure that it would
3      have been different?
4  A.  I am unsure -- sorry, I'm sure it's different but I'm
5      unsure of the differences.  Sorry if I missed that
6      answer.
7  Q.  That makes sense.  What's the difference in capacity
8      between the two?
9  A.  The one that's here for the Rogue, the capacity was 2
10      amp hour, and the one that's the Jetson Plasma here
11      is a 2.5 amp hour.
12  Q.  Higher capacity in the Plasma?
13  A.  Correct.
14  Q.  Are you familiar with how a higher capacity of cells
15      in the battery of the Plasma affects any
16      potential risk of fire or explosion?
17  A.  The difference here is .5, so my personal knowledge
18      it's very minimal.
19  Q.  Okay.  So they're pretty similar in capacity?
20  A.  Sure.
21          MR. LAFLAMME:  Object to form.
22  BY MR. AYALA:
23  Q.  This Exhibit 55 goes on to state that "CPSC has
24      secured a strong recall remedy designed to get Jetson
25      Rogue Hoverboards away from consumers as quickly as

Page 105

1      possible."
2          Did Jetson cooperate with CPSC as it
3      related to any of their remedy either requirements or
4      recommendations?
5  A.  Yes.
6  Q.  Were you involved in that exchange between CPSC and
7      Jetson as it related to the recall remedy
8      recommendations or requirements?
9  A.  No.
10          MR. LAFLAMME:  Are you at a good breaking
11      point?
12          MR. AYALA:  After he answers, yeah.
13  BY MR. AYALA:
14  Q.  Did you answer?
15  A.  Yes.
16  Q.  I missed it then.  I was chewing.  What was your
17      answer?
18  A.  Now I forgot your question.  I'm sorry.
19          MR. LAFLAMME:  Can you read it back?
20          MR. AYALA:  I think I've got it.
21  BY MR. AYALA:
22  Q.  Were you involved in any of the communications with
23      CPSC as it related to their either requirement or
24      recommendations for the strong recall remedy?
25  A.  No.

27 (Pages 102 - 105)

Page 106

1  Q.  Okay.
2        THE VIDEO OPERATOR:  We're going off the
3  record at 12:13 p.m.  We are at the end of media No.
4  2.
5        (Recess taken.)
6        THE VIDEO OPERATOR:  We are back on the
7  record for the beginning of media No. 3 at 12:48
8  p.m.  Counsel, you may proceed.
9  BY MR. AYALA:
10  Q.  Sir, we just got back from a small little break,
11  lunch break.  When we left off, we were discussing
12  Exhibit 55, this CPSC either press release or notice.
13        Do you know whether or not CPSC notices or
14  advisories are requirements or are they
15  recommendations upon Jetson?
16  A.  I'm sorry, can you repeat?
17  Q.  Yes, sir.  Exhibit 55 appears to be a press release
18  or a notice regarding the Jetson Rogue Hoverboard
19  igniting.  Are the CPSC notices or advisories
20  requirements upon Jetson or recommendations?
21  A.  I am not sure.  To the best of my knowledge I believe
22  it is a advisory.
23  Q.  Okay.  Who would be the best person at Jetson to
24  discuss that with?
25  A.  CPSC counsel, our CPSC counsel.

Page 107

1  Q.  Mr. Locker?
2  A.  Mr. Locker.
3  Q.  Pursuant to this particular March 30th, 2023 advisory
4  from the CPSC, was the decision made by Jetson to
5  recall Rogue Hoverboards?
6  A.  Yes.
7  Q.  Who made that decision at Jetson?
8  A.  It was discussed with the CPSC counsel.
9  Q.  Okay.  Was there a person or persons at Jetson that
10  made the final decision to recall?
11  A.  It would have been the CEO, Josh Sultan's final
12  sign-off decision.
13  Q.  Would you have been involved in the decision making?
14  A.  No.
15        MR. AYALA:  We'll mark this as 56.
16        (Exhibit 56 marked.)
17  BY MR. AYALA:
18  Q.  Exhibit 56 that you've just been presented appears to
19  be a recall notice, actually appears on the Jetson
20  website.  Have you seen this before?
21  A.  Yes.
22  Q.  Were you involved in creation of this document at
23  all?
24  A.  Me individually, no.
25  Q.  Who would have been at Jetson?

Page 108

1  A.  This would have been done with the guidance of the
2  CPSC counsel.
3  Q.  Okay.  Now, if you turn to the second page, this, of
4  course, relates to the Rogue Hoverboard but it states
5  "in cooperation with the US Consumer Product Safety
6  Commission, Jetson Electric Bikes, LLC is conducting
7  a voluntary recall of all Jetson Rogue 42v
8  self-balancing scooters/hoverboards."
9        Did I read that correctly?
10  A.  Yes.
11  Q.  And at least according to this publication by Jetson,
12  the recall of the Rogue boards was a voluntary recall
13  on behalf of Jetson?
14  A.  Correct.
15  Q.  Do you know why the voluntary recall was initiated?
16  A.  Out of abundance of the guidance from CPSC that we
17  did, that we got, and the CPSC counsel, we did it out
18  of abundance.
19  Q.  Abundance of what, caution?
20  A.  That's correct.  Sorry, I didn't finish my sentence.
21  Q.  Due to the concerns voiced by the CPSC on the -- on
22  Exhibit 54?
23  A.  I'm not sure if it was exactly this Exhibit 54.  I
24  would have to consult with the CPSC counsel on what
25  exact document we had referred to.

Page 109

1  Q.  In any event, it would have been, at least according
2  to this recall notice, it would have been in
3  cooperation with the CPSC that Jetson decided to
4  conduct a voluntary recall of all Jetson Rogue
5  Hoverboards, correct?
6  A.  Correct.
7  Q.  And that would have been in excess of 50,000
8  Hoverboards, correct?
9  A.  That is correct.
10  Q.  This notice by Jetson goes on to state "the lithium
11  ion battery packs and the self-balancing
12  scooters/hoverboards can overheat posing a fire
13  hazard."
14        Did I read that correctly?
15  A.  That is correct.
16  Q.  And those are -- sorry, strike that.
17        Those Rogue Hoverboards were UL certified,
18  correct?
19  A.  Yes.
20  Q.  Without reading through the rest of this notice, it
21  goes on to provide information to the consumer as to
22  how to determine if their unit was affected by the
23  recall and what to do about it to initiate a refund
24  process, correct?
25  A.  Correct.

28 (Pages 106 - 109)

Page 110

1  Q.  The recall included units manufactured in 2018 and
2       2019, correct?
3  A.  Correct.
4  Q.  Do you know whether or not the units from '18 and '19
5       would have received or been subject to a UL
6       certification renewal during those two years?
7  A.  I do not know.
8  Q.  In the middle portion of this second page it states
9       "no other Jetson Hoverboards are included in the
10      voluntary recall."
11          Whose decision was it not to include any
12      other Jetson Hoverboards in the recall?
13  A.  This was at the guidance of the CPSC counsel.
14  Q.  Did Jetson discuss internally the effect and impact
15      of recalling other or more Hoverboards aside from the
16      Rogue model?
17  A.  No.
18  Q.  Why not?
19          MR. LAFLAMME:  Object to form.
20          THE WITNESS:  At the CPSC guidance and the
21      counsel's guidance, this was only for a Jetson Rogue
22      42v self-balancing scooter as it states here.
23  BY MR. AYALA:
24  Q.  Well, is the CPSC counsel responsible for determining
25      the safety risks or concerns of the Jetson

Page 111

1       Hoverboards?
2  A.  The Jetson Rogue Hoverboard, the combination of
3       components that are used in the Jetson 42 volt Rogue
4       Hoverboard are not shared with any other Hoverboard
5       that Jetson manufactured.  Therefore, it is not in
6       any other Hoverboard -- therefore, that's why this
7       letter states no other Hoverboards are included in
8       this voluntary recall.
9  Q.  Where in this voluntary recall does it state that it
10      was in fact the combination of components that
11      resulted in the fire or overheating?
12          MR. LAFLAMME:  Object to form, document
13      speaks for itself.
14  BY MR. AYALA:
15  Q.  Does it say it anywhere?
16          MR. LAFLAMME:  Object to form, document
17      speaks for itself.
18          THE WITNESS:  It states the model and it
19      states the lithium ion battery pack.
20  BY MR. AYALA:
21  Q.  Right.
22  A.  As you stated.  So I would -- my understanding at
23      least from reading this right now would be that they
24      indicate the model and they indicate the battery
25      pack.

Page 112

1  Q.  You would agree with me that this recall notice that
2       was put out by Jetson simply communicates that it's
3       the lithium ion battery packs in the self-balancing
4       scooters/hoverboards that can overheat posing the
5       fire hazard?
6          MR. LAFLAMME:  Object to form, document
7       speaks for itself.
8  BY MR. AYALA:
9  Q.  Correct?
10  A.  In the Jetson Rogue 42v self-balancing scooter and
11      Hoverboards.
12  Q.  And there is no other identification or description
13      of other components within the Jetson Rogue
14      Hoverboard that caused or contributed to the fire
15      hazard, correct?
16          MR. LAFLAMME:  Object to form.
17          THE WITNESS:  Do you want me to read the
18      rest of the document?
19  BY MR. AYALA:
20  Q.  If you'd like to.
21  A.  Yes, please.
22  Q.  Sure.
23          (Witness peruses document.)
24          THE WITNESS:  Just can you repeat your
25      question again just to refresh?

Page 113

1  BY MR. AYALA:
2  Q.  Sure.  There is no other description within this
3       Jetson voluntary recall notice that states any other
4       component or components resulting in overheating or a
5       fire hazard aside from the lithium ion battery pack?
6  A.  Correct.
7  Q.  Following this voluntary recall did Jetson endeavor
8       to test or inspect the battery packs of other
9       Hoverboards?
10  A.  Sorry, can you explain?
11  Q.  Sure.  Following this recall did Jetson do anything
12      to test the battery packs of other Hoverboards to
13      determine whether they, too, overheated or posed a
14      fire hazard?
15  A.  We would rely on the annual UL inspections and test
16      reports --
17  Q.  Okay.
18  A.  -- for that.
19  Q.  And you relied on the annual UL test results and
20      inspections for the Rogue as well, correct?
21  A.  Yes.
22  Q.  I mean that's at least what it says here in the
23      middle.  It says the Jetson Rogue and its components
24      are UL tested and certified; is that correct?
25  A.  That's correct.

29 (Pages 110 - 113)

Page 114

1 Q. So can you at least acknowledge that even with the UL
2 testing and certification that the Jetson Hoverboards
3 can still pose a fire hazard due to overheating?
4 MR. LAFLAMME: Object to form, incomplete
5 hypothetical.
6 THE WITNESS: Yes, as I mentioned earlier,
7 any electrical products can pose.
8 BY MR. AYALA:
9 Q. And Jetson did not endeavor to investigate or inspect
10 any of the other Jetson Hoverboards following this
11 Rogue recall, correct?
12 A. Again, we would rely on anything that UL has done and
13 our Testcoo inspections have stated, and we would
14 rely on those reports to see if there has been any
15 issues with any of those products either failing or
16 not getting a renewal from UL.
17 Q. Did anybody at Jetson communicate with UL or with
18 Testcoo following this Rogue recall that you were
19 interested in inspecting other Hoverboard battery
20 packs to ensure that they would not pose a fire
21 hazard due to overheating like what happened in the
22 Rogue?
23 A. I would have shared this recall with the
24 manufacturers that were doing business with us on
25 Hoverboards and made them aware of this recall and

Page 115

1 this notice.
2 Q. Okay. Aside from making them aware and providing the
3 notice, did you either personally or anybody at
4 Jetson specifically communicate to Testcoo, UL or any
5 of the manufacturers of the unit or components that
6 you wanted those other Jetson Hoverboard battery
7 packs to be tested to ensure that they did not pose a
8 fire hazard due to overheating?
9 A. The manufacturers would have done their own testing
10 and would have, again, called out something to me if
11 there was something abnormal or an issue that they
12 would have -- they would have raised either with
13 myself or with UL and we would have been informed.
14 Q. Did anybody inform Jetson of an issue with the Jetson
15 Rogue before this recall?
16 A. There were -- there might have been some -- there
17 might have been some inquiries from customer service.
18 Q. So customer concerns or customer complaints would
19 have come in relating to the Jetson Rogue and more
20 specifically to the battery overheating or posing a
21 fire hazard?
22 A. I'm not 100 percent sure on if they were all battery
23 heating related incidents. But any complaints would
24 have filtered through customer service and from
25 there, it would have gone to either the insurance

Page 116

1 company or counsel.
2 Q. Before March 30th, 2023, did Jetson know that the
3 battery pack of the Jetson Rogue posed a fire hazard
4 due to overheating?
5 A. No.
6 Q. It never received any notice or complaint or concern
7 from anyone including manufacturers about that
8 concern?
9 MR. LAFLAMME: Object to form.
10 THE WITNESS: I believe I stated the
11 customer service team might have had some inquiries
12 from customers stating any of those, but again, I
13 don't know the details off the top of my head of
14 those circumstances and the use and et cetera as I
15 mentioned earlier of a product causing a thermal
16 event or a heat.
17 BY MR. AYALA:
18 Q. And you also don't know the number of complaints
19 received by Jetson relating to overheating concerns
20 or fire hazard concerns with the Rogue prior to this
21 notice by the CPSC?
22 A. I don't remember the exact number.
23 Q. Okay. Prior to the incident that we're here about in
24 February of 2022, did Jetson receive any complaints
25 from customers or concerns from customers relating to

Page 117

1 overheating or fire hazards?
2 MR. LAFLAMME: Object to form.
3 MR. AYALA: Relating to this Hoverboard,
4 the Plasma.
5 MR. LAFLAMME: The Plasma.
6 THE WITNESS: I believe there were two
7 incidents, one of them was settled and another one
8 was determined it was an RC powered battery, an RC
9 car powered battery and was not our product Jetson
10 Plasma.
11 BY MR. AYALA:
12 Q. Okay. And so those are the only two complaints or
13 concerns that Jetson received prior to February 2022
14 about the Plasma overheating or creating a fire risk,
15 or are you saying that those are the only two claims
16 or potential claims that arose?
17 A. Those are the two potential claims that arose
18 regarding the product Jetson Plasma.
19 Q. Okay. And so my question was a little bit different.
20 My question was how many complaints by
21 customers were received prior to February 2022
22 relating to the Plasma and overheating or fire
23 hazard?
24 A. Those were the two.
25 Q. Okay. No comments, no emails, no inquiries prior to

30 (Pages 114 - 117)

Page 118

1    February 2022 other than the two that you've just
2    described?
3  A.   That is correct in regards to the heating or an
4    overheat of this Jetson Plasma.
5  Q.   Okay.  What other complaints were received relating
6    to the Jetson Plasma that did not relate to the
7    overheating or fire hazard?
8        MR. LAFLAMME:  Object to form, exceeds the
9    scope.  Scope is limited to fire and overheating
10   issues.
11       THE WITNESS:  I don't know that number.
12 BY MR. AYALA:
13 Q.   When a customer voices a concern or a complaint about
14   a product such as the Plasma Hoverboard, who reviews
15   that at Jetson?
16 A.   It would be the customer service team.
17 Q.   Would that have been true back in 2021?
18 A.   Yes.
19 Q.   And 2022?
20 A.   Yes.
21 Q.   And who heads the customer service team?
22 A.   I'm trying to recall.  You're saying, again, back in
23   2021, 2022?
24 Q.   Yeah.
25 A.   I believe it was Devon Ramdan.

Page 119

1  Q.   That's the VP of customer care and experience?
2  A.   Correct.
3  Q.   He's the one that left in 2024, April of 2024?
4  A.   Correct.
5  Q.   Was he terminated?
6  A.   I don't recall.
7  Q.   What did Devon Ramdan do with any complaints that
8    would come in relating to the Plasma Hoverboard?  Was
9    there a policy or a practice in place?
10 A.   It would be turned over to our in-house paralegal.
11   They would then take it from there and decide if it
12   goes -- where it goes.
13 Q.   And the in-house paralegal, she came in after
14   February 2022, correct?
15 A.   That is correct.
16 Q.   So what would Devon do with any customer complaints
17   or concerns prior to the paralegal coming in in I
18   believe you said the summer of '22?
19 A.   That's correct.  It would go to the insurance
20   company.
21 Q.   Okay.  And then the insurance company would make a
22   decision as to whether to act upon that or not?
23 A.   They would investigate it.
24 Q.   Okay.  Were you involved at all in the investigation
25   of complaints that were sent to the insurance

Page 120

1    company?
2  A.   No, I was not.
3  Q.   And when we say complaints because that term could be
4    used in a variety of ways, are you talking about
5    email concerns or any time a customer reaches out to
6    Jetson in whatever form, or are you referring to a
7    legal claim?
8  A.   I'm talking about any form.
9  Q.   Okay.  So the questions I was asking you previously
10   about the Plasma Hoverboard and how many complaints
11   were received relating to overheating or a fire
12   hazard, your response of two to your knowledge,
13   that's of any nature, not necessarily a legal claim
14   being made?
15 A.   Correct, to my knowledge.
16 Q.   And do you know if those two were received in
17   writing?
18 A.   Yes.
19 Q.   Does Jetson maintain or retain those communications
20   voicing complaints about the Plasma Hoverboard
21   overheating prior to February 2?
22 A.   Sorry, can you state that?
23 Q.   Yeah, does Jetson maintain, do they retain those
24   communications?
25 A.   Yes.

Page 121

1  Q.   In the Brooklyn office?
2  A.   I believe it would be with our legal team.
3  Q.   The one incident that you mentioned was settled, did
4    that ever become a legal claim meaning a complaint
5    was filed with the courts?
6  A.   I believe so.
7  Q.   Where was that filed, if you recall?
8  A.   I don't recall which state it was.
9  Q.   To your knowledge did that relate to a death?
10 A.   No.
11 Q.   And when you say resolved, does that mean it was
12   settled out of court?
13 A.   I believe so.
14 Q.   Were you involved in the settlement of that case?
15 A.   No.
16 Q.   Do you recall when that case was settled?
17 A.   No, I do not.
18 Q.   The Jetson Plasma Hoverboard, it's been offered or
19   sold by Jetson since when, what year?
20 A.   2020.
21 Q.   Okay.  So since -- do you remember what month?
22 A.   It would be August, September I believe, roughly
23   around there --
24 Q.   So --
25 A.   -- at the store level.  Sorry.

31 (Pages 118 - 121)

Page 122

1  Q.  That's okay.  I cut you off.  Sorry.
2       Since August or September of 2020 through
3  February of 2022 it's your testimony that Jetson only
4  received two complaints relating to the Plasma
5  Hoverboard overheating?
6  A.  To my knowledge, that's correct.
7  Q.  Okay.  Is it possible that you would not have been
8  advised of any other complaints that came in in your
9  role?
10 A.  In my individual role?
11 Q.  Yes, sir.
12 A.  That is -- there is a possibility.
13 Q.  Would the best person to communicate with regarding
14 any and all complaints relating to that Plasma
15 Hoverboard and overheating, would that be either
16 Devon Ramdan who is no longer employed or Josh
17 Sultan?
18 A.  I am not sure.
19 Q.  Okay.  Anybody else at Jetson that might have more
20 knowledge than you in that area?
21 A.  The legal team or the insurance company.
22 Q.  Meaning -- when you say legal team, are you referring
23 to the paralegal?
24 A.  Paralegal, sorry.
25 Q.  She would have information relating to any and all

Page 123

1  complaints, customer complaints or concerns even
2  predating her employment with Jetson?
3  A.  Yes.
4  Q.  This voluntary recall notice went on and included
5  stickers of the UL certification and similar warning
6  labels as the Plasma ones that we've already gone
7  over, correct?
8  A.  That is correct.
9  Q.  Aside from the 2.0 versus 2.5 capacity difference
10 between the Rogue and the Plasma, any other
11 difference in the battery pack that you're aware of?
12 A.  That I am aware of, I mean the cell manufacturer is
13 obviously going to be different.  And when I say the
14 cell manufacturer, that's the inside of the battery
15 pack.
16 Q.  Okay.  You know that for a fact?
17 A.  Yes.  Sorry, I had to think back.
18 Q.  That's okay.  Who was the cell manufacturer for the
19 Plasma battery pack?
20 A.  I don't remember the exact name.
21 Q.  How about for the Rogue?
22 A.  Dongwon.  Again, I can't recall the exact full name
23 of the cell manufacturer.  I would have to look it
24 up.
25 Q.  Okay.  Following the voluntary recall or even prior

Page 124

1  after receiving that CPSC notice, did Jetson do
2  anything to specifically inspect the Rogue battery
3  pack cells?
4  A.  Can you elaborate on what you mean by that?
5  Q.  Yeah.  Did Jetson endeavor to actually further
6  investigate and inspect the battery pack to
7  ultimately determine what went wrong?
8  A.  We -- sorry.
9       MR. LAFLAMME:  Just object to the form to
10 the extent it was done within the Kaufman case by
11 our consultants.
12      MR. AYALA:  Yeah, I'm not talking about
13 the litigation inspectors and all that.  I'm just
14 talking internally within Jetson.
15 BY MR. AYALA:
16 Q.  Was anything done?
17 A.  We would have probably tested a couple of
18 Hoverboards, we would test a couple of Hoverboards to
19 make sure that they are charging and not heating up
20 and all those events.  We usually would do that any
21 time a complaint would come in just to verify or try
22 to figure out what happened.
23 Q.  Okay.  Did you have the results of those tests?
24 A.  No.
25 Q.  In performing those tests, would it be a fair

Page 125

1  conclusion to state that at least some of the
2  Hoverboards overheated ultimately leading to the
3  voluntary recall?
4  A.  No.
5       MR. LAFLAMME:  Object to form.  Go ahead.
6       THE WITNESS:  No.
7  BY MR. AYALA:
8  Q.  Did any of them overheat?
9  A.  No.
10 Q.  But Jetson still chose to conduct a voluntary recall
11 of over 50,000 Hoverboards?
12 A.  That is correct, at the direction of our CPSC counsel
13 and CPSC.
14 Q.  Does Jetson maintain that there was nothing wrong
15 with the Rogue battery packs?
16 A.  Yes.
17 Q.  Does Jetson maintain that there was nothing wrong
18 with the Jetson Plasma battery packs?
19 A.  Yes.
20 Q.  The Jetson Plasma battery pack that was a part of
21 this Wadsworth Hoverboard, did it pose any risk of
22 overheating?
23      MR. LAFLAMME:  Object to form.
24      THE WITNESS:  I believe I indicated
25 earlier that anything electrical would pose a

32 (Pages 122 - 125)

Page 126

1 heating or any sort of event depending on how it's
2 used.
3 BY MR. AYALA:
4 Q. Can we agree that you don't know how the Wadsworth
5    Hoverboard was used?
6 A. Yes, we can agree to that.
7 Q. Other than whatever you've learned from your attorney
8    that I don't want to know about nor am I entitled to
9    know about, do you have any knowledge whatsoever of
10    what occurred in the February 2022 fire at the
11    Wadsworth residence?
12 A. The first -- sorry, the first part --
13       MR. LAFLAMME: Nothing that you've heard
14    from me.
15       MR. AYALA: Correct.
16       THE WITNESS: Got it.
17 BY MR. AYALA:
18 Q. I don't want to hear what Mr. LaFlamme has
19    communicated with you.
20       I want to know independent of that do you
21    know anything about the fire that occurred at the
22    Wadsworth residence?
23 A. No, I do not.
24 Q. Would the first time you were advised of this
25    Wadsworth residence fire have been either through the

Page 127

1 insurance communicating with you or attorneys
2    communicating with you or a notice of a complaint?
3    Would that have been the first notice you received of
4    this fire?
5 A. That is correct.
6 Q. Before getting counsel involved relating to the
7    Wadsworth fire, did Jetson do anything to investigate
8    on its own?
9 A. Investigate what? Sorry.
10 Q. The fire and whether or not it was related to a
11    Jetson Hoverboard.
12 A. I am not aware.
13 Q. Did you meaning anyone at Jetson ever communicate
14    with first responders or investigators at Sweetwater
15    County Sheriff's Office regarding this fire?
16 A. I would have discussed that with my counsel, or I
17    would have heard it from my counsel.
18 Q. Okay. Has Jetson ever communicated or considered
19    recalling any other Hoverboards?
20 A. No.
21 Q. Has Jetson made any changes to the manufacturers of
22    any components of its Hoverboards?
23 A. Can you rephrase that?
24 Q. Yeah. And I'll be more specific.
25       Has Jetson made any changes to

Page 128

1 manufacturers or providers of Hoverboard components
2    since February of 2022?
3       MR. LAFLAMME: You mean as a result of the
4    recall?
5       MR. AYALA: As a result.
6       MR. LAFLAMME: Okay.
7 BY MR. AYALA:
8 Q. As a result of the recall or as a result of any
9    incidents to which Jetson is aware leading to injury
10    or damage to a customer.
11 A. So -- sorry.
12       MR. LAFLAMME: Do you understand the
13    question?
14       THE WITNESS: No, I don't.
15       MR. AYALA: That's okay. I'll ask it
16    again.
17       THE WITNESS: Sorry.
18 BY MR. AYALA:
19 Q. Has Jetson made any changes to the manufacturers of
20    any Hoverboard components since the recall and
21    related to the recall or injuries to customers?
22 A. No. And the long pause of that no, just to add to
23    that, sorry, there is always new suppliers being
24    added here and there. But that is just the nature of
25    our sourcing business.

Page 129

1 Q. Okay. Did Jetson continue to sell the Rogue after
2    the recall?
3 A. No.
4 Q. To this day does Jetson sell the Rogue?
5 A. No.
6 Q. Does Jetson sell any Hoverboard currently that
7    contains the same battery pack and the same cells
8    that existed in the Rogue?
9 A. No.
10 Q. Does the Plasma Hoverboard have the same component
11    manufacturers as it did back in 2020 and 2021?
12 A. As of --
13 Q. Today.
14 A. The Plasma is not for sale as of today.
15 Q. Okay. When did it go off the market or off the
16    shelves?
17 A. Sorry, let me think. 20 -- I don't remember the
18    exact date. I don't want to quote the wrong date.
19 Q. Okay. Obviously it was after the fire at the
20    Wadsworth residence, correct? That was in February
21    of 2022.
22 A. Yes, it was definitely after.
23 Q. Okay. Because we know based on the receipts and the
24    evidence we have that that Hoverboard was purchased
25    in December of 2021, do you see that?

33 (Pages 126 - 129)

Page 130

1  A.  Yes, I do.
2  Q.  Who made the decision to take the Plasma off the
3      market?
4  A.  So the Plasma -- the way -- sorry.  Let me retract
5      that.
6           The way the product cycles work like I
7      mentioned earlier is the market trends and the ask
8      from the customer and so on, so the Plasma got
9      upgraded to another model called Plasma X.
10 Q.  Okay.  What was different between the Plasma X and
11     the Plasma that the Wadsworth family owned?
12 A.  It had an additional component added.
13 Q.  What was that?
14 A.  A bluetooth speaker.
15 Q.  Aside from the bluetooth speaker, were the remaining
16     components of the Plasma X the same as the Plasma the
17     Wadsworth family owned?
18 A.  I believe so.  I would need to check the exact
19     component list.
20 Q.  Okay.  Who maintains the component list for the
21     Plasma?
22 A.  I would have to look at the UL report.
23 Q.  And where is that?
24 A.  It would be with UL.
25 Q.  Jetson doesn't maintain a copy of the UL report for

Page 131

1      the Plasma?
2  A.  We would have a copy as well.
3  Q.  Does Jetson sell direct-to-consumer on its website?
4  A.  Yes.
5  Q.  And does it sell direct-to-consumer relating to
6      Hoverboards?
7  A.  Yes.
8  Q.  Who maintains the website?
9  A.  It falls under the sales team.
10 Q.  It appears that most if not all of the Hoverboards,
11     the Jetson Hoverboards, show as unavailable online to
12     purchase.  Do you know why that is?
13 A.  Inventory constraints.
14 Q.  Is Jetson having supply or inventory difficulties at
15     the moment?
16 A.  No.
17 Q.  Jetson has relationships with retailers such as
18     Wal-Mart and Target and even Amazon for purposes of
19     selling its Hoverboards?
20 A.  Yes.
21 Q.  Were there any changes to those either agreements or
22     relationships following the recall?
23 A.  No.
24 Q.  Did all retailers continue to sell Jetson products
25     following the recall or did any drop?

Page 132

1  A.  Continued to sell.
2  Q.  Who's involved in the contracting between Jetson and
3      retailers?
4  A.  The sales team.
5  Q.  Do you know who at Wal-Mart Jetson would have been
6      communicating with for purposes of engaging in a
7      sales agreement or distribution agreement?
8  A.  It would be the sales team as well.
9  Q.  Do you know who at Wal-Mart.
10 A.  Oh, sorry, I do not.
11 Q.  And who within the sales team has that
12     responsibility?
13 A.  It would be Mr. McNamara.
14 Q.  And that would have been true back in 2021 and 2020?
15 A.  It might have had Josh involved in it as well, Josh
16     Sultan, CEO.
17 Q.  Okay.
18 A.  But I'm not 100 percent.
19 Q.  Okay.  Bear with me one moment.
20 A.  Sure.
21 Q.  Aside from when you initiated the relationship with
22     the Plasma manufacturer Kalvin and the Testcoo owner
23     for purposes of component testing and inspections,
24     have you or anybody at Jetson done repeat research or
25     checks to determine whether there have been any

Page 133

1      complaints with these entities?
2           MR. LAFLAMME:  Object to form.
3           THE WITNESS:  Can you define complaints?
4           MR. AYALA:  Sure.
5  BY MR. AYALA:
6  Q.  Complaints raised by companies such as yourself that
7      sells a product that they manufacture or test and
8      inspect or complaints with any type of government
9      agency or group.
10 A.  And your question is --
11 Q.  Whether you or anyone at Jetson has essentially
12     followed up with some of the background check and
13     research you said you did at the time of engaging
14     their business.
15 A.  If -- yes.  So if the complaint does come across, I
16     would have reached out to either/or.
17          Just to correct something you said,
18     Testcoo, I don't have a relationship with the owner
19     of Testcoo.  I just have that relationship with their
20     inspection teams, but just to clarify that.
21 Q.  Okay.  Isn't Testcoo, maybe I'm forgetting, but isn't
22     Testcoo the folks that you met at a convention?
23 A.  Correct.
24 Q.  But you don't have a relationship with the owner is
25     what you're saying?

34 (Pages 130 - 133)

Page 134

1  A.  That is correct.
2  Q.  How would a complaint come across your desk relating
3      to any of these entities?
4  A.  This industry is pretty small so we all, all of us
5      are either at trade shows and so on, so it would be
6      communicated pretty fast.  Phone call, conversations,
7      it could be almost any form of communication that
8      would have come across if there was a complaint.
9  Q.  But was there anything that Jetson did to investigate
10     other than a complaint coming across your desk,
11     anything that you did, Jetson did, to proactively
12     look for any potential complaints that may have been
13     lodged?
14 A.  We would -- I would personally look at CPSC, if there
15     is a concern from CPSC for that inspection company or
16     I would hear something overseas, those would be the
17     only two or three times that I would do something
18     about it.
19 Q.  Why CPSC?
20 A.  That's the agency that we work with for Consumer
21     Product Safety Commission.
22 Q.  Are they, in your view, are they a controlling
23     authority in that field relating to consumer product
24     safety?
25         MR. LAFLAMME:  Object to form.

Page 135

1         THE WITNESS:  Yes.
2  BY MR. AYALA:
3  Q.  Following the recall of 2023, have there been
4      additional complaints relating to any Jetson
5      Hoverboards overheating?
6         MR. LAFLAMME:  Object to form to the
7      extent it exceeds the scope of including all
8      Hoverboards but go ahead and answer.
9         THE WITNESS:  Not that I'm aware of.
10 BY MR. AYALA:
11 Q.  Would that be a question better suited for the legal
12     team, the internal legal team?
13        MR. LAFLAMME:  Object to form.
14        THE WITNESS:  Yes.
15 BY MR. AYALA:
16 Q.  Aside from any review you may have done at the urging
17     or upon advice of counsel, independent of that, did
18     you ever review any of the reports that were authored
19     by investigators relating to the Wadsworth fire
20     including the Sweetwater County Sheriff's Office?
21 A.  No.
22 Q.  You never learned of any conclusions of their
23     investigations other than through counsel?
24 A.  That is correct.
25 Q.  Did Jetson have to receive approval of its voluntary

Page 136

1      recall notice by any agency including the CPSC?
2         MR. LAFLAMME:  Object to form.  What do
3      you mean approval?
4  BY MR. AYALA:
5  Q.  Approval of the content of that recall.
6  A.  I believe it did have to go through the CPSC.
7  Q.  Did you or were you involved at all in that process?
8  A.  I was not.
9  Q.  Do you know who was at Jetson?
10 A.  The CPSC counsel, Mr. Locker.
11 Q.  We've been talking about consumer or customer
12     complaints received by Jetson, and you've given me
13     some numbers at least to the best of your
14     recollection relating to the number of complaints
15     pertaining to the Plasma Hoverboard.
16        Those numbers, did that also include any
17     contact made by customers to the 800 number?
18 A.  It would have been captured there.
19 Q.  Okay.
20 A.  Again, relating to the Jetson Plasma.
21 Q.  Was Jetson ever contacted by any one of its retailers
22     regarding complaints that those retailers received
23     about Jetson products, specifically Hoverboards?  I
24     don't care to talk about the electric bikes or
25     anything else.

Page 137

1  A.  Not that I'm aware of.
2  Q.  By way of example, Wal-Mart, did they ever contact
3      Jetson to advise of complaints they were receiving
4      relating to Jetson Hoverboards?
5         MR. LAFLAMME:  Are you -- just for a point
6      of clarification, are you talking about customer
7      complaints as opposed to like a notice letter that
8      may include Wal-Mart or Target?
9         MR. AYALA:  Yeah.
10        MR. LAFLAMME:  Okay.
11 BY MR. AYALA:
12 Q.  I'm only talking about customer complaints.
13 A.  To the best of my ability I don't believe they get
14     forwarded over to us if there are any.
15 Q.  Okay.  Does Jetson engage in any type of routine
16     reviews of the relationship it has with retailers?
17 A.  That would be the sales team that would be in contact
18     with the sales team on the other side of the
19     retailers.
20 Q.  Okay.
21 A.  If there is feedback and so on.
22 Q.  Are you familiar with what that entails at all?
23 A.  Not specifically.
24 Q.  I would have to speak with somebody on the sales
25     team?

35 (Pages 134 - 137)

1  A.  That is correct.
2  Q.  Not Mr. Ramdan?
3  A.  He -- no, sorry.
4  Q.  So who would it be now?
5  A.  Sales team.
6  Q.  Who leads it?
7  A.  Mr. McNamara.
8  Q.  Mr. McNamara.  I know you said it.  I'm sorry.
9      Are you familiar with any of the financials
10     of the company?
11 A.  No.
12 Q.  Or is that outside your purview?
13 A.  That is unfortunately above my pay grade.
14 Q.  Who would be the person that would be savvy on those
15     financial issues?
16 A.  Josh Sultan, the CEO.
17 Q.  Are you familiar with the number of imports received
18     per month, per year or otherwise from manufacturers
19     in China?
20 A.  No.  I should.
21 Q.  Are you familiar with the number of manufacturers
22     that Jetson has relationships with in China?
23 A.  Approximately, yes.
24 Q.  How many?
25 A.  20 roughly.

1  Q.  Has that give or take 20 been true as of 2020 all the
2      way through current?
3  A.  Give or take, yes.
4  Q.  If some of the public records indicate that Jetson
5      has or has had an annual revenue exceeding $15
6      million a year, you wouldn't have any knowledge one
7      way or another on that issue?
8      MR. LAFLAMME:  Object to form, exceeds the
9  scope.
10     THE WITNESS:  I would not.
11     MR. AYALA:  Give me, how about we take a
12 couple minutes, and I'll review my notes and see if
13 we're just about done.
14     THE VIDEO OPERATOR:  We're going to go off
15 the record at 1:38 p.m. with the end of media unit
16 No. 3.
17     (Recess taken.)
18     THE VIDEO OPERATOR:  We're back on the
19 record at the beginning of media No. 4 at 1:43 p.m.
20 Counsel, you may proceed.
21 BY MR. AYALA:
22 Q.  When shipments come from China, does Jetson take
23     possession of those shipments or are they distributed
24     directly to the retailers?
25     MR. LAFLAMME:  Talking all products?

1      MR. AYALA:  Just the Hoverboards.
2      THE WITNESS:  It varies retailer by
3  retailer.  All in the Hoverboard category.  Sorry.
4      It's a little complicated but I can explain.
5  BY MR. AYALA:
6  Q.  Uncomplicate it for me.
7  A.  So in regards to the Plasma, Plasma was an exclusive
8      product for Wal-Mart.  What I mean by exclusive, it
9      is only sold either at Wal-Mart or Wal-Mart.com and
10     then maybe on Ride Jetson which is our website
11     because it's consumer.  And for Wal-Mart specifically
12     it is brought in from overseas into a warehouse in
13     California and from there it's distributed out to the
14     Wal-Mart DCs or the consumer DCs.
15 Q.  Okay.
16 A.  And from there it goes to the stores.
17 Q.  And so Jetson really never takes possession of those
18     units, specifically talking about the Plasma, they
19     never take possession of the units when they are
20     coming from overseas?
21 A.  We do.  The warehouse that it gets into from the port
22     to the warehouse, that is a Jetson --
23 Q.  In California you're talking about?
24 A.  In California, sorry.
25 Q.  And then from there it goes to the Wal-Mart

1      distribution centers throughout?
2  A.  That is correct.
3  Q.  Okay.
4  A.  And then from there it goes to the stores.
5  Q.  Gotcha.
6  A.  Sorry to add on.
7  Q.  Do the Plasma Hoverboards already come boxed meaning
8      in the box that they are presented to the customer in
9      or does that take place in California?
10 A.  They are boxed as it would be -- they're boxed, call
11     it sealed because they're taped, and they would be
12     loaded into a container overseas from the container
13     to California.
14 Q.  Gotcha.  All of the -- the design of the unit, the
15     manufacturer of the unit and its components and the
16     boxing of the units takes place overseas; is that
17     fair?
18 A.  You said something that I should correct.  Design of
19     the box?
20 Q.  No, no, the design of the unit.
21 A.  Yes.
22 Q.  The design of the box takes place over here.
23 A.  That is correct.
24 Q.  In the United States?
25 A.  That is correct.

36 (Pages 138 - 141)

1  Q.  By Jetson?
2  A.  That is correct.
3  Q.  And so when the units arrive at port in California,
4      they are essentially ready to be distributed and
5      there is no other interaction or involvement by
6      Jetson as it relates to changes to a unit?
7  A.  That is correct.
8  Q.  The units when they arrive at port in California
9      already come with whatever labels are going to be
10     affixed to them as well as to the boxes?
11 A.  That is correct.
12 Q.  And it is a package ready to be distributed for sale?
13 A.  That is correct.
14 Q.  Where is the California warehouse, Jetson warehouse
15     located?
16 A.  As of right now I believe the city is Fontana,
17     California.
18 Q.  Do you know the address there or no?
19 A.  Not off the top of my head, sorry.
20 Q.  Was there more than one warehouse or a different
21     warehouse back in 2020 and 2021?
22 A.  Yes.
23 Q.  Where were those located?
24 A.  Again, the city would be Buena Park, California.
25 Q.  Any reason for the change in city?

1  A.  No.
2  Q.  Ever since Jetson started selling Hoverboards, has it
3      ever tested alternatives to the lithium battery?
4  A.  Can you clarify that for me?
5  Q.  Sure.  Well, let me break it down.
6          Has Jetson ever offered a Hoverboard that
7      does not have a lithium battery?
8  A.  No.
9  Q.  Has Jetson engaged in determining or considering use
10     of anything other than a lithium battery in its
11     Hoverboards?
12 A.  Can I -- as in Hoverboards or in general?
13 Q.  Hoverboards.
14 A.  No.  And, sorry, that long pause was because there is
15     always new trends that are always coming up and
16     they're being offered by manufacturers.  But if it
17     does not abide by the UL certification and it's been
18     tested and approved, we don't entertain any changes.
19 Q.  The UL certification though only applies to lithium
20     battery Hoverboards, correct, the 2272?
21 A.  That is correct.  But, sorry, there is another
22     alternative to have as well that they are working on
23     from what I know.  That's just my knowledge.
24 Q.  Okay.  Is that the LiFePO4 batteries?
25 A.  That is correct.

1  Q.  Has Jetson engaged in any research relating to the
2      LiFePO4 batteries?
3  A.  I have, yes.
4  Q.  Meaning you in your individual capacity?
5  A.  Me in my individual capacity.
6  Q.  On behalf of Jetson?
7  A.  On behalf of Jetson, sorry.
8  Q.  And what has been your -- what has your research
9      revealed?
10 A.  My personal opinion has been that the battery is not
11     ready for the market.
12 Q.  Why is that?
13 A.  It just has not had enough testing or proven that it
14     works either better or worse than what is currently
15     out there.
16 Q.  Are there other manufacturers or distributors that
17     have implemented the LiFePO4 batteries into their
18     Hoverboards?
19 A.  I don't recall, and I don't remember.
20 Q.  The LiFePO4 battery is at least promoted or touted as
21     being a safer alternative to lithium batteries?
22 A.  That is my understanding.
23 Q.  Other than your individual research, has Jetson
24     endeavored to test LiFePO4 batteries at all?
25 A.  Our manufacturing suppliers are testing that right

1      now.
2  Q.  Is the cost of the LiFePO4 battery more than the
3      lithium?
4  A.  I don't believe so.
5  Q.  Do you know if Jetson has any type of agreements with
6      its retailers that would in any way, shape or form
7      limit its liability or exposure or is that outside of
8      your area?
9          MR. LAFLAMME:  Object to form, exceeds the
10     scope.  Go ahead.
11         THE WITNESS:  It's outside of my area
12     unfortunately.
13 BY MR. AYALA:
14 Q.  Maybe fortunately for you.
15         When did Jetson begin to sell its Plasma
16     Hoverboard to Wal-Mart?
17 A.  I believe it was sometime in 2020, probably the
18     fourth quarter.
19 Q.  Okay.  Did at that time or since has Jetson provided
20     Wal-Mart with any type of information or more
21     specifically instructions relating to the Plasma
22     Hoverboard use, risks or warnings?
23         MR. LAFLAMME:  Object to form.  Go ahead.
24         THE WITNESS:  Can you clarify that?
25         MR. AYALA:  Yeah.

37 (Pages 142 - 145)

Page 146

1  BY MR. AYALA:
2  Q.  Aside from whatever warning labels, whatever,
3      instruction manuals come with the units, has Jetson
4      communicated to Wal-Mart in any form additional
5      instructions, risks or warnings relating to its
6      Plasma Hoverboards?
7  A.  I'm not so sure on that.
8  Q.  Okay.  Would that be more for the sales team that
9      deals with Wal-Mart?
10 A.  I am not -- I don't think so.  Sorry.  I don't think
11     it would be them.
12 Q.  Who would it be?
13 A.  I'm not sure if the retail -- if retailer Wal-Mart
14     requires anything additional than what is on the UL
15     2272 requirements and certifications.
16 Q.  Okay.  Do you have any knowledge as to the percentage
17     of Plasma Hoverboards sold at Wal-Mart versus those
18     sold at Ride Jetson?
19 A.  I don't have that exact number.
20 Q.  Has Jetson ever required any of its retailers to test
21     products or just the manufacturer?
22 A.  Just the manufacturer.
23 Q.  Have you given me all of the manufacturers, not just
24     unit but also component manufacturers for the Plasma
25     Hoverboard to the best of your knowledge?

Page 147

1  A.  Sorry, have I given you --
2  Q.  The names of all of the manufacturers for the Plasma
3      Hoverboard unit and components?
4  A.  I don't believe I've given you the name of the
5      manufacturer of the Plasma Hoverboard, I just gave
6      you the owner's name.
7  Q.  So what are the names of the manufacturers?
8  A.  ADX is the manufacturer's name.
9  Q.  A as in apple?
10 A.  ADX, yup, apple, David, x-ray.  That's their name
11     that they go by.  I don't know if there is like a
12     Chinese entity name that's a little different but
13     usually is.
14 Q.  Where in China are they located?
15 A.  Yuyang.
16 Q.  Has it been the same manufacturer for the Plasma
17     since 2020?
18 A.  Yes.
19 Q.  Are they the only manufacturer for the Plasma?
20 A.  That is correct.
21 Q.  How about for the Plasma components.  What are the
22     names of those manufacturers that you deal with?
23 A.  I don't have all those names off the top of my head,
24     but the manufacturer where this is ADX, they would
25     have the -- they would have a UL report which would

Page 148

1      have all the manufacturer names on there.
2  Q.  Does ADX select the component manufacturers that it
3      works with?
4  A.  Yes.
5  Q.  Does Jetson have any input in that?
6  A.  Not necessarily.
7  Q.  Do you know the name of the battery manufacturer for
8      the Plasma?
9  A.  Elite if I'm not mistaken.  E L I T E.
10 Q.  Has that been the same since 2020?
11 A.  I believe so.
12 Q.  That's the same manufacturer as for the Rogue,
13     correct?
14 A.  The battery pack manufacturer?
15 Q.  Yes, sir.
16 A.  Yes.
17 Q.  And I understand as you stated earlier that the cells
18     have a different manufacturer between the Rogue and
19     the Plasma?
20 A.  That is correct.  And the capacity, sorry.
21 Q.  To your knowledge has any individual or entity ever
22     concluded that the cells in the Rogue battery pack
23     were what was causing the risk of fire?
24 A.  No.
25 Q.  Simply that it was an issue with the battery pack?

Page 149

1      MR. LAFLAMME:  Object to form.
2      THE WITNESS:  No.
3  BY MR. AYALA:
4  Q.  No, what?
5  A.  They have not determined that it was the battery pack
6      to my knowledge.
7  Q.  Well, at least CPSC, correct?
8  A.  That is correct.
9  Q.  Have you meaning Jetson asked any agency or entity
10     responsible for testing or inspecting to specifically
11     look at what caused the increased risk of fire in the
12     battery pack for the Rogue?
13     MR. LAFLAMME:  Object to form.
14     THE WITNESS:  No, other than what I've
15     shared about the recall with all the manufacturer
16     partners in China.
17 BY MR. AYALA:
18 Q.  Same question relating to the Plasma, has Jetson
19     asked any testing or inspecting entity or individual
20     to determine whether or not the Plasma battery pack
21     creates an increased risk of fire?
22 A.  No.
23 Q.  Jetson hasn't done that related to any of the
24     Hoverboard lines; is that fair?
25 A.  That would be fair.  I would have to triple check

38 (Pages 146 - 149)

Page 150

1    with the manufacturers on if they have done anything
2    on their own.
3    Q.  Okay.  Does Jetson maintain any type of quality
4        assurance policy or protocols for its Hoverboards?
5    A.  Yes.
6    Q.  Okay.  Are you familiar with them?
7    A.  Rough idea of them, yes.
8    Q.  Okay.  And what is your rough idea of what those
9        quality assurance policies and protocols provide?
10   A.  Those quality assurance require the manufacturer to
11       follow what is listed on the UL 2272 certification,
12       to make sure all suppliers and specifications are to
13       those what are listed and to make sure that they are
14       following those guidelines 100 percent.
15   Q.  So essentially Jetson completely relies on the UL
16       2272 criteria; is that fair?
17   A.  Yes.
18   Q.  It doesn't stray from that, it doesn't go beyond
19       that.  It relies on the UL 2272 certification
20       criteria for purposes of determining if any of its
21       Hoverboard products are safe for consumer use?
22   A.  Yes.  But we do the additional testing from the third
23       party that I mentioned which is Testcoo, and I
24       shouldn't say testing, I should probably say
25       inspection of these goods to make sure that they are

Page 151

1    being followed.
2    Q.  Okay.  And that's just -- is that a visual inspection
3        of the components?
4    A.  No, it's a physical plugging into machines, checking
5        all the details and making sure everything is exactly
6        how it's supposed to be as per the UL 2272
7        guidelines.
8    Q.  Is that required meaning is that additional component
9        inspection required by UL 2272?
10   A.  No.
11   Q.  Is it required by any agency that you're aware of?
12   A.  No.
13   Q.  Do Jetson competitors also engage in additional
14       third-party testing of components -- I'm sorry,
15       inspections of components?
16   A.  I am --
17           MR. LAFLAMME:  Object to the form, exceeds
18       the scope, go ahead.
19           THE WITNESS:  I'm not aware of my
20       competitors' information.
21   BY MR. AYALA:
22   Q.  And even with that Testcoo component inspection and
23       even with the UL 2272 testing and certification
24       process, Jetson still made the decision to recall
25       over 50,000 Rogue Hoverboards for a fire hazard

Page 152

1    related to overheating?
2           MR. LAFLAMME:  Object to form.  Go ahead.
3           THE WITNESS:  Yes.
4    BY MR. AYALA:
5    Q.  Is Jetson involved in any other lawsuits currently
6        relating to its Hoverboards?
7           MR. LAFLAMME:  Object to form, exceeds the
8        scope.  I instruct the witness to limit it to
9        similar Hoverboards.  Go ahead.
10          THE WITNESS:  Not that I am aware of.
11   BY MR. AYALA:
12   Q.  Who is in charge of policy creation at Jetson?
13          MR. LAFLAMME:  Policy in what respect?
14          MR. AYALA:  Any internal Jetson policies.
15          MR. LAFLAMME:  I mean there can be a lot
16       of policies.
17          MR. AYALA:  I know.
18   BY MR. AYALA:
19   Q.  Is there an individual or a department that is
20       responsible for creation of policies within Jetson?
21          MR. LAFLAMME:  Object to form, vague.  Go
22       ahead.
23          THE WITNESS:  It would probably be the
24       Josh Sultan or our legal, legal counsel.
25   BY MR. AYALA:

Page 153

1    Q.  When you say legal counsel, again, you're referring
2        to the paralegal?
3    A.  No, I'm talking about an outside counsel consultant.
4    Q.  Gotcha.  Gotcha.  Okay.
5           Are you responsible in your role as VP for
6        any policy or protocol review or changes?
7    A.  No.
8    Q.  Does Jetson -- other than you, anybody else at Jetson
9        go out to China to meet with the manufacturers?
10   A.  No.
11   Q.  Has Jetson ever discussed with the manufacturers
12       implementation of any type of shut-off, emergency
13       shut-off device for the battery packs when they begin
14       to overheat?
15   A.  Can you rephrase that?
16   Q.  Yes, sir.  Has Jetson discussed with manufacturers
17       implementation of any emergency shut-off device or
18       component to address overheating of the battery
19       packs?
20   A.  My knowledge, personal knowledge, is a battery pack
21       has a system in place which is basically acts at a
22       certain temperature.  If that exceeds that certain
23       temperature, it shuts off the device.
24   Q.  That didn't happen with the Rogue, did it?
25          MR. LAFLAMME:  Object to form.

39 (Pages 150 - 153)

Page 154

1          THE WITNESS: I -- again, the
2     circumstances of that product and how it was being
3     used, where it was being used, all those details
4     were not conclusive to determine that.
5   BY MR. AYALA:
6   Q.  Conclusive to who, to you?
7   A.  To me.
8   Q.  You did your own investigation?
9          MR. LAFLAMME: Object to form to the
10    extent it gets into information you learned through
11    counsel in the Kaufman case. That's protected.
12         MR. AYALA: Right. And I'm only asking
13    about your independent investigation.
14  BY MR. AYALA:
15  Q.  Did you do or conduct an independent investigation
16    aside from whatever you counsel may have done or
17    communicated to you?
18  A.  Me, myself, no.
19  Q.  Okay. So whatever you're referring to in terms of
20    what was conclusive or not conclusive, that's not
21    anything that you independently did to determine.
22    That's something related to litigation?
23  A.  Yes.
24  Q.  Okay. Were you involved in assisting in any way in
25    the drafting of the answer or affirmative defenses in

Page 155

1     this case?
2   A.  Um --
3          MR. LAFLAMME: Do you know what he's
4     talking about, answers and affirmative defenses?
5          THE WITNESS: No. No, I don't. Sorry.
6   BY MR. AYALA:
7   Q.  So in a lawsuit a complaint is filed to which a
8     defendant then has an obligation to answer or respond
9     to the complaint. And in this case Jetson responded
10    to the complaint filed on behalf of my clients.
11         First and foremost have you ever seen the
12    answer that was filed on behalf of Jetson in this
13    case?
14  A.  I would have reviewed it at one point.
15  Q.  Is that within your purview or your role for Jetson?
16  A.  Yes.
17         MR. AYALA: We can mark the Jetson answer
18    and affirmative defense. I have the one copy
19    because of how voluminous it is.
20         MR. LAFLAMME: I don't need it.
21         MR. AYALA: But in reality, why don't we
22    do this if you're okay with it.
23         MR. LAFLAMME: I was going to say, you
24    don't need to mark it.
25         MR. AYALA: I don't need to mark it.

Page 156

1   BY MR. AYALA:
2   Q.  I'm going to hand you the affirmative defenses that
3     begin on page 73. I'll just ask you if you can
4     quickly review those. This is the rest of it, just
5     that you see that it's Jetson.
6   A.  Got it.
7   Q.  Review those and let me know if that's something that
8     you would have been involved in either crafting or
9     preparing.
10         (Witness peruses document.)
11         THE WITNESS: Okay.
12  BY MR. AYALA:
13  Q.  Have you seen that before today?
14  A.  I do remember seeing some of it with counsel.
15  Q.  Were you involved in either compiling this
16    information or at the very least in providing a basis
17    for any of these affirmative defenses?
18  A.  I wouldn't say basis. I would probably say would
19    have been involved in -- with counsel on some of the
20    feedback that was given.
21  Q.  Okay. By way of example, the first affirmative
22    defense listed there, do you have any knowledge or
23    evidence, aside from whatever you may have gained
24    through counsel, do you have any knowledge or
25    evidence that any of the injuries or damages

Page 157

1     sustained by plaintiff were caused in whole or in
2     part by the negligent acts or omissions of a third
3     party or parties?
4          MR. LAFLAMME: So nothing you've heard
5     from me or my office.
6          MR. AYALA: Right.
7          MR. LAFLAMME: Yeah.
8          THE WITNESS: Yeah.
9   BY MR. AYALA:
10  Q.  Do you have any evidence or facts that you rely upon
11    for affirmative defense No. 2, again, aside from
12    anything you've learned from your counsel or his
13    office relating to a reduction in the damages
14    received due to a contribution to -- a contributing
15    factor in the fire that occurred at the Wadsworth
16    family. Do you have any evidence whatsoever of
17    negligence on behalf of the plaintiffs?
18  A.  No.
19         MR. LAFLAMME: Rudy --
20         MR. AYALA: Can you stipulate?
21         MR. LAFLAMME: Yeah.
22         MR. AYALA: Perfect.
23         MR. LAFLAMME: I'm going to say everything
24    has been through me.
25         MR. AYALA: Okay.

40 (Pages 154 - 157)

Page 158

1          MR. LAFLAMME:  I don't want to make you go
2      through each one.
3  BY MR. AYALA:
4  Q.  So we can stipulate that you don't have any
5      additional facts, any additional evidence other than
6      whatever has been provided to you by counsel but
7      nothing on your own independent of that that would
8      support any of these affirmative defenses?
9  A.  That is correct.
10 Q.  Okay.
11         MR. LAFLAMME:  Trying to help you make
12     your flight.
13 BY MR. AYALA:
14 Q.  All right.  Just a couple more questions and I'll get
15     out of your hair.
16         Do you have any facts or evidence
17     whatsoever relating to whether the Wadsworth family
18     made any alterations or changes to the Plasma
19     Hoverboard before the incident?
20 A.  No.
21 Q.  And you certainly have no evidence that Wal-Mart made
22     any changes or alterations to this product before it
23     went to the Wadsworth family, correct?
24 A.  I would not.
25 Q.  And do you have any evidence that the Wadsworth

Page 159

1      family used this particular Plasma Hoverboard in any
2      way other than how Jetson intended it to be used?
3  A.  I am not.
4          MR. AYALA:  Okay.  I think those are all
5      my questions.  I appreciate your time and your
6      professionalism.
7          THE WITNESS:  Thank you.
8          MR. LAFLAMME:  I don't have any questions.
9      We will read and sign.
10         THE VIDEO OPERATOR:  Thank you.  We'll go
11     off the record at 2:11 p.m. with the end of the
12     deposition of Sam Husain.  The total number of media
13     was four and will be retained by Veritext.
14         (At 2:11 p.m., the deposition concluded.)
15             *  *  *
16         COURT REPORTER:  Transcripts?  Do we have
17     standing orders?
18     MR. AYALA:  Yeah, we do.
19     MR. LAFLAMME:  Yeah.
20
21
22
23
24
25

Page 160

1          C E R T I F I C A T E
2  STATE OF WISCONSIN )
          ) SS
3  MILWAUKEE COUNTY   )
4          I, VICKY L. ST. GEORGE, Registered Merit
5  Reporter and Notary Public in and for the State of
6  Wisconsin, do hereby certify that the preceding deposition
7  was recorded by me and reduced to writing under my
8  personal direction.
9          I further certify that said deposition was
10 taken at the offices of McCOY, LEAVITT, LASKEY LAW, N19
11 W24200 Riverwood Drive, Waukesha, Wisconsin on
12 May 17, 2024, commencing at 9:36 a.m. and concluding at
13 2:11 p.m.
14         I further certify that I am not a relative or
15 employee or attorney or counsel of any of the parties, or
16 a relative or employee of such attorney or counsel, or
17 financially interested directly or indirectly in this
18 action.
19         In witness whereof, I have hereunto set my hand
20 and affixed my seal of office at Milwaukee, Wisconsin,
21 this 21st day of May, 2024.
22
23
24         VICKY L. ST. GEORGE
          Notary Public in and for the
25         State of Wisconsin
          Commission Expires 1/29/2025

Page 161

1  Eugene LaFlamme, Esquire
   Elaflamme@mlllaw.com
2
3          May 29, 2024
4  RE:  Wadsworth, Stephanie, Et Al. v. Walmart, Inc. And Jetson
   Electric Bikes, LLC.
       5/17/2024, Corporate Representative of Jetson Electric Bikes -
   Sam Husain (#6646833)
5
6      The above-referenced transcript is available for
7  review.
8      Corporate Representative of Jetson Electric Bikes - Sam Husain
   should read the testimony to
9  verify its accuracy. If there are any changes,
10 Corporate Representative of Jetson Electric Bikes - Sam Husain
   should note those with the reason
11 on the attached Errata Sheet.
12 Corporate Representative of Jetson Electric Bikes - Sam Husain
   should, please, date and sign the
13 Errata Sheet and email to the deposing attorney as well as
14 to Veritext at Transcripts-fl@veritext.com and copies will
15 be emailed to all ordering parties.
16     It is suggested that the completed errata be returned 30
17 days from receipt of testimony, as considered reasonable
18 under Federal rules*, however, there is no Florida statute
19 to this regard.
20     If the witness fails to do so, the transcript may be used
21 as if signed.
22          Yours,
23          Veritext Legal Solutions
24
        *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure
25 Rule 1.310(e).

41 (Pages 158 - 161)

Page 162

1  1  Wadsworth, Stephanie, Et Al. v. Walmart, Inc. And Jetson Electric
      Bikes, LLC.
2  2  5/17/2024, Corporate Representative of Jetson Electric Bikes - Sam
      Husain (#6646833)
3  3            E R R A T A  S H E E T
4  4  PAGE_____ LINE_____ CHANGE_____
5  5  _____
6  6  REASON_____
7  7  PAGE_____ LINE_____ CHANGE_____
8  8  _____
9  9  REASON_____
10 0  PAGE_____ LINE_____ CHANGE_____
11 1  _____
12 2  REASON_____
13 3  PAGE_____ LINE_____ CHANGE_____
14 4  _____
15 5  REASON_____
16 6  PAGE_____ LINE_____ CHANGE_____
17 7  _____
18 8  REASON_____
19 9
20 0  Under penalties of perjury, I declare that I have
      read the foregoing document and that the facts
21 1  stated in it are true.
22 2
23 3  _____  _____
         (Sam Husain)            DATE
24 4
25 5

Veritext Legal Solutions

800-726-7007                                    305-376-8800

**[& - 36]**                                                           Page 163

| **&** | **11232** 48:3 | **2019** 80:18 | 119:18 |
|---|---|---|---|
| **&** 2:2 | **125** 2:7 | 110:2 | **227-5858** 2:4 |
| **0** | **12:13** 106:3 | **2020** 65:1,1,1,19 | **2272** 32:18,19 |
| | **13** 86:24 | 65:21 66:5,9 | 37:20 43:1 |
| **0** 161:10,20 | **15** 98:23 139:5 | 68:5 78:5,12 | 52:21 70:13,20 |
| 162:10,20 | **17** 1:16 160:12 | 121:20 122:2 | 71:7,18 74:3,15 |
| **00118** 1:6 | **1700** 2:3 | 129:11 132:14 | 76:1 84:14,19 |
| **081199103159** | **17th** 4:3 | 139:1 142:21 | 85:4 87:8,11,15 |
| 49:16 | **18** 110:4 | 145:17 147:17 | 87:19 88:2,17 |
| **1** | **19** 110:4 | 148:10 | 89:21 90:6,25 |
| | **1:38** 139:15 | **2021** 118:17,23 | 143:20 146:15 |
| **1** 4:4 43:11 | **1:43** 139:19 | 129:11,25 | 150:11,16,19 |
| 44:15 53:18 | **1st** 98:22 | 132:14 142:21 | 151:6,9,23 |
| 161:1,11,21 | **2** | **2022** 63:23 93:1 | **24** 68:15 |
| 162:1,11,21 | | 98:22 102:2 | **250** 86:17 |
| **1.1** 41:14 | **2** 6:22 44:18 | 103:10 116:24 | **262** 2:8 |
| **1.310** 161:25 | 71:5 104:9 | 117:13,21 118:1 | **29** 161:3 |
| **1/29/2025** | 106:4 120:21 | 118:19,23 | **2:11** 1:17 |
| 160:25 | 157:11 161:2,12 | 119:14 122:3 | 159:11,14 |
| **10** 16:17 50:6 | 161:22 162:2,12 | 126:10 128:2 | 160:13 |
| 86:20 96:18 | 162:22 | 129:21 | **2:23** 1:6 |
| 98:23 | **2.0** 123:9 | **2023** 3:4 6:3 | **3** |
| **100** 26:9,21 27:7 | **2.5** 104:11 123:9 | 7:11 8:16 21:12 | |
| 28:2 35:22,23 | **20** 129:17 | 98:12 107:3 | **3** 37:11 106:7 |
| 37:25 61:9 62:9 | 138:25 139:1 | 116:2 135:3 | 139:16 161:3,13 |
| 67:14 83:5,6,13 | **2004** 16:4 | **2024** 1:16 4:3 | 161:23 162:3,13 |
| 83:15,16,22 | **2005** 16:4 | 22:24 23:11 | 162:23 |
| 84:6 90:11 | **2012** 13:19 | 26:7 59:19,25 | **30** 13:13,13 35:6 |
| 115:22 132:18 | **2015** 85:14,14 | 119:3,3 160:12 | 35:17 161:16,24 |
| 150:14 | **2016** 85:14,14 | 160:21 161:3 | **30th** 3:4 98:11 |
| **107** 3:5 | **2017** 86:19 | **2026** 59:23 | 107:3 116:2 |
| **10:33** 44:15 | 87:14,16 96:17 | **2055** 160:22 | **33401** 2:3 |
| **10:44** 44:18 | 97:7,11,22 | **21st** 160:21 | **34th** 48:3 |
| **11** 39:6 | **2018** 80:18 | **22** 64:1,4,10 | **36** 2:21 |
| **11211** 53:19 | 97:23 110:1 | 71:5 93:3,9 | |

**4**

**4**   2:14 37:12
41:13 43:5,11
86:25 139:19
161:4,14,24
162:4,14,24
**42**   111:3
**42v**   108:7
110:22 112:10
**48**   2:22
**49**   2:20,24 5:2
8:25 9:1 36:3

**5**

**5**   2:16 16:17
104:17 161:5,15
161:25 162:5,15
162:25
**5/17/2024**   161:4
162:2
**50**   2:21 36:2,4
38:15,24 41:14
47:1 49:9,24
52:23 53:1,21
55:17
**50,000**   109:7
125:11 151:25
**500**   2:3
**51**   2:22 48:22,23
49:4,18,23 50:4
50:9 52:1,3,18
55:19,21 56:9
69:12 70:3
**52**   2:24 48:25
49:2,12,15
50:12

**522-7029**   2:8
**53**   2:25 69:16
91:4,10
**53188**   2:7
**54**   3:2 85:19,21
90:24 96:25
108:22,23
**55**   3:3 98:6,7,9
102:9,11 104:23
106:12,17
**56**   3:5 107:15,16
107:18
**561**   2:4

**6**

**6**   161:6,16 162:6
162:16
**6646833**   1:25
161:4 162:2

**7**

**7**   5:1,1 9:5,6
49:24,25 50:4,6
50:9 161:7,17
162:7,17
**73**   156:3

**8**

**8**   161:8,18 162:8
162:18
**8-1/2**   39:6
**8-2020**   48:6
**800**   136:17
**81199103159-7**
49:19
**85**   3:2

**86**   48:2

**9**

**9**   2:20 161:9,19
162:9,19
**91**   2:25
**98**   3:3
**9:36**   1:17 4:3
160:12

**a**

**a.m.**   1:17 4:3
44:15,18 160:12
**abide**   86:5
143:17
**ability**   137:13
**able**   56:8
**abm**   14:3
**abnormal**
115:11
**above**   138:13
161:6
**abreast**   40:23
**abundance**
108:16,18,19
**accomplish**
17:18
**accordance**
31:22 43:1
**accuracy**   161:9
**accurate**   7:4
36:14
**accused**   89:20
89:23
**acknowledge**
88:21 89:3,19

114:1
**acknowledged**
89:25
**acknowledges**
88:7,16
**act**   119:22
**action**   77:14
93:14 160:18
**acts**   153:21
157:2
**actual**   25:9,10
29:8 30:24
37:15 67:5
**actually**   19:19
30:22 66:20
71:1,13 103:21
107:19 124:5
**add**   30:6 56:12
69:20,22 128:22
141:6
**added**   30:4,20
31:15 128:24
130:12
**adding**   29:19,19
29:23 70:11
**addition**   28:9
**additional**
32:12 130:12
135:4 146:4,14
150:22 151:8,13
158:5,5
**additions**   41:19
**address**   48:2
53:15,16,17,21
53:22 58:5

63:19 142:18
153:18
**adika** 28:15
31:7
**admin** 14:18
**advance** 65:14
**advice** 135:17
**advise** 37:20
137:3
**advised** 60:15
60:18 122:8
126:24
**advises** 45:1,12
45:18 46:22
47:6,15 48:1
52:4,12
**advisories**
106:14,19
**advisory** 87:4
98:19 106:22
107:3
**adx** 147:8,10,24
148:2
**affect** 65:9
**affected** 65:16
66:16 109:22
**affects** 104:15
**affirmation**
56:4,7 70:24
**affirmative**
154:25 155:4,18
156:2,17,21
157:11 158:8
**affix** 32:2,5 56:8

**affixed** 55:24
91:12 142:10
160:20
**aged** 98:23
**agency** 133:9
134:20 136:1
149:9 151:11
**ago** 7:20 20:22
62:21 72:12
**agree** 36:15
53:5 83:2 87:23
87:25 88:20,25
89:3,13 96:24
112:1 126:4,6
**agreed** 89:25
**agreement**
132:7,7
**agreements**
131:21 145:5
**agrees** 88:16
**ahead** 31:11
55:7 71:15
72:15 76:19
77:7 78:7 82:4
88:11 89:17
90:4 91:6 125:5
135:8 145:10,23
151:18 152:2,9
152:22
**airline** 97:24
**al** 4:6 161:4
162:1
**alert** 3:2 85:21
85:22 86:14
87:13 95:22

96:2,8,25 97:11
**alterations**
65:22 158:18,22
**alternative**
143:22 144:21
**alternatives**
143:3
**amazon** 131:18
**amended** 2:20
8:23 9:5
**amp** 104:10,11
**analysis** 27:4
**annual** 58:25
60:5 76:9,10,11
113:15,19 139:5
**annually** 62:11
**answer** 6:21 9:9
9:13 22:13
44:12 51:14
69:3 73:14 77:7
95:25 104:6
105:14,17 135:8
154:25 155:8,12
155:17
**answered** 35:5
89:17
**answers** 7:2 8:7
56:17 105:12
155:4
**anybody** 29:15
29:18 72:17
83:21 84:4 93:2
99:23 114:17
115:3,14 122:19
132:24 153:8

**apologies** 73:1
**apologize** 45:14
60:14
**appear** 42:8,24
**appearance**
27:23
**appeared** 2:5,9
**appears** 51:25
106:17 107:18
107:19 131:10
**apple** 147:9,10
**applicable** 39:1
43:10
**applied** 43:3
70:22 71:17
**applies** 38:16,25
143:19
**apply** 32:24
**appreciate** 9:7
54:20 55:3,3
159:5
**appreciates**
88:8
**approval** 39:20
39:24 40:17
135:25 136:3,5
**approved** 40:6,7
143:18
**approving**
39:11 41:7
**approximately**
13:11 65:20
82:20 138:23
**april** 23:11 26:7
65:15 98:22

119:3
**aql** 82:23
**area** 22:14
  122:20 145:8,11
**areas** 97:23
**arose** 117:16,17
**arrive** 142:3,8
**aside** 28:22
  80:11 110:15
  113:5 115:2
  123:9 130:15
  132:21 135:16
  146:2 154:16
  156:23 157:11
**asked** 9:8 10:17
  62:16,18 65:25
  72:11,15 84:4
  89:16 149:9,19
**asking** 12:8
  16:15 34:17
  45:21 67:17
  72:17,21 77:10
  89:12,13 120:9
  154:12
**asks** 16:19
**aspects** 36:23
**assessment**
  99:24
**assisting** 154:24
**assume** 16:14
  79:11
**assumed** 26:19
**assurance** 150:4
  150:9,10

**at&t** 14:16
**aton** 28:16
**attached** 3:12
  161:11
**attempt** 44:5
**attempting** 45:6
**attorney** 3:13
  4:10 126:7
  160:15,16
  161:13
**attorneys** 127:1
**audit** 80:9
**august** 65:1
  66:5,9 68:5 78:5
  78:12 121:22
  122:2
**authored**
  135:18
**authority**
  134:23
**authorized**
  56:14 57:9
**available** 161:6
**average** 82:8
**aware** 20:7
  40:23 65:24
  77:2,2 86:16
  100:2 114:25
  115:2 123:11,12
  127:12 128:9
  135:9 137:1
  151:11,19
  152:10
**ayala** 2:2,16
  3:13 4:11,11

5:13,17,18,18
6:22,23 9:3
17:24 27:16,17
29:11,13 31:18
33:25 34:2 36:5
39:16,23 43:19
44:12,20 47:13
48:24 49:3 51:8
51:9 52:11
54:25 55:9
64:16,18,20,21
69:16,19 70:23
71:8,19,25 72:3
72:5,19,25 73:7
73:8 76:23 77:9
77:15 78:9,15
83:9,11 85:11
85:15,20 88:1,6
88:14,15,24
89:11,22 90:13
91:11 94:21
95:3,20 96:6,13
97:17 98:6,8
104:22 105:12
105:13,20,21
106:9 107:15,17
110:23 111:14
111:20 112:8,19
113:1 114:8
116:17 117:3,11
118:12 124:12
124:15 125:7
126:3,15,17
128:5,7,15,18
133:4,5 135:2

135:10,15 136:4
137:9,11 139:11
139:21 140:1,5
145:13,25 146:1
149:3,17 151:21
152:4,11,14,17
152:18,25 154:5
154:12,14 155:6
155:17,21,25
156:1,12 157:6
157:9,20,22,25
158:3,13 159:4
159:18

**b**

**b** 2:18 15:11
  24:7
**back** 8:15 13:18
  17:11 30:9
  34:10,12,16
  40:7 41:22,23
  44:17 45:11,16
  46:1 49:18
  59:10,23 60:1
  66:23 68:5
  81:20 89:18
  102:2 105:19
  106:6,10 118:17
  118:22 123:17
  129:11 132:14
  139:18 142:21
**background**
  14:23 79:23
  81:1,4 133:12
**balancing** 86:17
  108:8 109:11

110:22 112:3,10
**banned** 97:23
**base** 16:16
**based** 8:11 24:1
  35:3 37:17
  50:21 56:7 64:3
  74:18,19 129:23
**basically** 153:21
**basis** 60:5 76:11
  156:16,18
**batteries** 84:8
  97:6,10 98:2
  100:19 101:11
  101:15,22 102:8
  143:24 144:2,17
  144:21,24
**battery** 41:15
  43:13 45:13
  46:4,10,17,19
  46:23 47:7 52:4
  84:13 91:22
  100:18 102:3,4
  102:5,13,14,17
  102:23,25 103:9
  103:15,17,18,22
  103:24 104:15
  109:11 111:19
  111:24 112:3
  113:5,8,12
  114:19 115:6,20
  115:22 116:3
  117:8,9 123:11
  123:14,19 124:2
  124:6 125:15,18
  125:20 129:7

143:3,7,10,20
  144:10,20 145:2
  148:7,14,22,25
  149:5,12,20
  153:13,18,20
**beach** 2:3,3
**beacon** 15:10
**bear** 132:19
**beat** 5:9
**beginning** 12:1
  44:18 106:7
  139:19
**behalf** 2:5,9
  4:11,14 7:13,15
  8:4 73:5,10,16
  78:3 79:7
  108:13 144:6,7
  155:10,12
  157:17
**believe** 6:3
  18:19 20:16,22
  22:24 23:15
  25:4 26:7 30:13
  42:18 50:6 61:7
  62:18 63:10
  66:10 74:11
  85:14 96:10
  100:22 106:21
  116:10 117:6
  118:25 119:18
  121:2,6,13,22
  125:24 130:18
  136:6 137:13
  142:16 145:4,17
  147:4 148:11

**best** 11:14 58:24
  106:21,23
  122:13 136:13
  137:13 146:25
**better** 11:20
  16:8 21:7 23:5
  25:13 26:23
  27:10 57:3
  135:11 144:14
**beyond** 150:18
**bigger** 19:2
**bike** 4:15
**bikes** 1:8,12
  2:14 4:7,19 7:14
  7:16 10:22,25
  11:9,16,20,24
  12:2 32:25 36:7
  48:2 53:13
  108:6 136:24
  161:4,4,8,10,12
  162:1,2
**binds** 8:11
**bit** 8:20 14:22
  15:9 16:8 19:21
  56:12,16 60:1
  71:10 73:24
  76:13 117:19
**black** 51:21
  90:15
**blk** 38:16
**bluetooth** 28:9
  29:7,10,20 30:4
  30:17,20 130:14
  130:15

**bms** 103:23,25
**board** 89:9
**boards** 108:12
**bottom** 69:13
  91:12
**boulevard** 2:3
**box** 25:7 28:25
  28:25 29:4 31:9
  31:9 33:5 36:18
  38:12 39:4
  141:8,19,22
**boxed** 37:23
  141:7,10,10
**boxes** 142:10
**boxing** 141:16
**brain** 103:24
**brand** 10:9,14
  25:2
**brands** 81:5,7
**break** 6:24 7:1
  16:22 44:21
  50:20 106:10,11
  143:5
**breaking** 105:10
**brendan** 23:7
**brief** 44:21
**briefly** 4:25
  5:16
**bring** 14:13
  34:12
**brooklyn** 13:1
  24:5 48:3 53:18
  61:22 63:8
  101:25 121:1

brought  140:12
buena  142:24
build  14:19
building  37:18
built  81:7
bullet  87:10,18
bumped  81:11
burks  24:7,21
  30:13
burn  86:24
burned  89:10
business  114:24
  128:25 133:14
butcher  68:3
buying  30:16

**c**

c  2:1 15:11 23:7
  25:18 78:23
  160:1,1
california
  140:13,23,24
  141:9,13 142:3
  142:8,14,17,24
call  5:17 36:19
  37:4 41:4 46:5
  60:22,24 96:10
  134:6 141:10
called  4:19 14:1
  14:3,4 16:13
  50:5 103:23
  115:10 130:9
calls  18:11 55:6
camera  7:2
capabilities
  34:12

capacity  7:12,12
  7:18 8:7 46:14
  103:18 104:7,9
  104:12,14,19
  123:9 144:4,5
  148:20
captured
  136:18
car  117:9
care  26:10
  43:24 44:4,22
  45:22 46:3
  119:1 136:24
carry  54:21
  97:5
carrying  19:19
cars  11:11
case  1:6 5:8 6:6
  8:16,18 18:18
  20:6,7 22:9
  29:17 45:16
  49:1 50:16 51:5
  57:15 58:7
  61:13 121:14,16
  124:10 154:11
  155:1,9,13
catch  87:20 88:3
  89:5 91:2 97:15
category  11:17
  140:3
caught  88:9,18
  89:2,10,14,20
  90:3,6,8,12,14
  90:17,20,22

cause  44:9 45:8
caused  96:21
  98:24 112:14
  149:11 157:1
causing  116:15
  148:23
caution  52:15
  52:19 108:19
ccna  15:3,20
cell  103:18
  123:12,14,18,23
cells  104:14
  124:3 129:7
  148:17,22
centers  141:1
ceo  12:18 26:1
  107:11 132:16
  138:16
certain  42:12
  51:18 153:22,22
certainly  18:10
  38:15 95:21
  158:21
certificate  15:18
  56:16
certification
  31:22 32:1,9,17
  37:19 39:21
  40:5 43:2 52:21
  56:5,9,21,25
  57:6,10,21,25
  58:2,25 59:4,14
  59:22,25 60:3,4
  60:8 61:24
  62:11,20 63:2

  63:13,15,20
  64:12 66:4,7,19
  66:24 67:3 70:4
  70:20 73:15,19
  74:3,6,13,15,17
  74:24 75:5,23
  75:24 76:10
  77:12,23 80:5
  85:1,4 88:9,17
  89:5,15,21 90:3
  91:1 101:1
  110:6 114:2
  123:5 143:17,19
  150:11,19
  151:23
certifications
  14:24 15:3
  32:24 61:16,18
  64:13 67:9,11
  75:11,17 76:4
  146:15
certified  55:21
  59:12 63:14
  65:19 66:14,23
  66:25 70:13,16
  71:5,7,11,14,18
  74:1,9 80:6
  90:20 109:17
  113:24
certifies  60:7
certify  40:6
  73:10 75:2
  160:6,9,14
certifying  58:20
  74:23

**[cetera - communicating]**                                              Page 169

| | | | |
|---|---|---|---|
| **cetera** 34:25 116:14 | **checking** 80:2,5 151:4 | **civil** 161:24,24 | 119:8 124:21 133:15 134:2,8 |
| **chain** 13:14 | **checks** 58:24 | **claim** 8:18 99:12 120:7,13 121:4 | 139:22 141:7 142:9 146:3 |
| **chance** 8:23 | 59:11 60:10,15 | | **comes** 41:2,22 |
| **change** 18:25 | 61:16 62:6 | **claims** 117:15 117:16,17 | 41:23 59:10 |
| 19:1 21:2 41:22 | 72:18,24 80:10 | **clarification** 5:4 | **coming** 119:17 |
| 41:23 42:1 | 80:12 132:25 | 29:7 64:11 85:9 137:6 | 134:10 140:20 143:15 |
| 142:25 162:4,7 | **chewing** 105:16 | | |
| 162:10,13,16 | **chief** 21:22 22:4 | **clarify** 29:11 | **commencing** 160:12 |
| **changed** 6:4 | 22:18 | 51:14 66:22 73:9 77:9 | **comment** 48:17 |
| 11:18 18:21 | **children** 1:5 | 133:20 143:4 145:24 | **comments** 30:9 |
| 19:5 60:9 66:10 | **chiming** 34:24 | | 117:25 |
| 66:11 67:6 | **china** 48:11 | **clarity** 101:3 | **commission** 3:4 |
| **changes** 40:18 | 53:11 58:7,10 | **clear** 54:10 | 85:22,25 86:3 |
| 41:19,24,25 | 58:12,15 65:11 | 59:16 | 98:11 108:6 |
| 42:2 64:3,7 66:3 | 79:3 138:19,22 | **clearly** 45:17 | 134:21 160:25 |
| 127:21,25 | 139:22 147:14 | **cleva** 23:7 24:4 | **communicate** |
| 128:19 131:21 | 149:16 153:9 | **client** 17:15 | 50:10 68:23 |
| 142:6 143:18 | **chinese** 147:12 | **clients** 155:10 | 99:23 114:17 |
| 153:6 158:18,22 | **choosing** 76:17 | **code** 48:6,8 | 115:4 122:13 |
| 161:9 | **chose** 125:10 | **codes** 50:2 | 127:13 |
| **charge** 152:12 | **christiaan** 20:14 | **college** 15:14 | **communicated** |
| **charger** 52:15 | 27:21 | **color** 28:8,9,12 | 92:15 93:10 |
| 52:16,20,25 | **circuit** 17:10,11 | 28:22,25 29:3,3 | 95:22 126:19 |
| 53:7 | **circumstance** | 29:24 31:8,9,9 | 127:18 134:6 |
| **charging** 41:15 | 90:10 | 33:4,5 54:14 | 146:4 154:17 |
| 124:19 | **circumstances** | 55:10 | **communicates** |
| **check** 50:5 59:2 | 88:22 90:16,21 | **combination** | 43:6,12,21,24 |
| 59:14,21 60:19 | 95:14 116:14 | 111:2,10 | 112:2 |
| 60:23,25 61:3,9 | 154:2 | **come** 17:3,21 | **communicating** |
| 62:2 66:23 | **cisco** 15:4 | 34:16 59:3,23 | 6:18 40:14 |
| 72:23,23 80:6 | **cities** 58:7 | 62:13 65:5 | 45:17 71:12 |
| 81:18 130:18 | **city** 58:13 | 68:10 115:19 | 77:22 86:2 |
| 133:12 149:25 | 142:16,24,25 | | |

**[communicating - consistent]**

98:19 127:1,2
132:6
**communication**
40:9,11,25 41:3
60:21 61:2
101:5 134:7
**communicatio...**
40:21 80:13
99:17,20 101:20
105:22 120:19
120:24
**companies**
56:19,23 57:9
72:22 133:6
**company** 7:25
8:8,11 10:4 14:1
14:2,3 18:22
19:3,10 20:15
21:9,10 22:5,16
23:1,8,9,20 24:8
24:23 25:19
26:1,4 27:1
33:20 35:15
56:14 61:14
62:17,18 92:25
93:10,22,25
94:3 97:9 98:18
102:12,24 116:1
119:20,21 120:1
122:21 134:15
138:10
**competitors**
151:13,20
**compiling**
156:15

**complaint** 94:5
94:23 95:11
116:6 118:13
121:4 124:21
127:2 133:15
134:2,8,10
155:7,9,10
**complaints**
91:25 92:3,7
93:19 115:18,23
116:18,24
117:12,20 118:5
119:7,16,25
120:3,10,20
122:4,8,14
123:1,1 133:1,3
133:6,8 134:12
135:4 136:12,14
136:22 137:3,7
137:12
**complete** 16:3
**completed**
161:16
**completely** 85:6
85:13 150:15
**compliance**
87:19 88:2
**compliant** 87:11
**complicated**
140:4
**component**
30:16 80:2
82:21 83:3
84:16,19 113:4
129:10 130:12

130:19,20
132:23 146:24
148:2 151:8,22
153:18
**components**
29:24 44:6 45:2
81:18,20 82:10
82:18 84:11,15
100:10,13 101:7
102:20 111:3,10
112:13 113:4,23
115:5 127:22
128:1,20 130:16
141:15 147:3,21
151:3,14,15
**computer** 15:22
**concepts** 34:3
**concern** 48:18
52:24 92:9,15
94:5,7,9,12,16
94:23 95:5,10
95:23 96:1,24
116:6,8 118:13
134:15
**concerned**
33:12 91:18
**concerns** 53:7
92:3,7 93:10,18
108:21 110:25
115:18 116:19
116:20,25
117:13 119:17
120:5 123:1
**concierge** 2:10

**concluded**
148:22 159:14
**concluding**
160:12
**conclusion**
125:1
**conclusions**
135:22
**conclusive**
154:4,6,20,20
**condition** 89:9
90:10
**conditions**
88:22 89:8 90:8
**conduct** 57:10
57:20 109:4
125:10 154:15
**conducting**
56:21 66:7
108:6
**confidence**
90:11
**confirm** 36:14
**confirmation**
56:3 67:6 69:4,8
70:24 101:5
**confirms** 70:4
**conforming**
71:7
**considered**
127:18 161:17
**considering**
143:9
**consistent** 49:21
50:7 90:24

**constraints**
  131:13
**consult**  86:7
  108:24
**consultant**
  153:3
**consultants**
  124:11
**consulted**  100:2
**consumer**  3:3
  43:12 45:1,12
  45:19 46:22
  47:7,15 48:17
  52:13 58:23
  85:22,24 91:16
  95:13 98:11
  108:5 109:21
  131:3,5 134:20
  134:23 136:11
  140:11,14
  150:21
**consumers**
  50:24 51:13
  87:5 104:25
**cont**  3:1
**contact**  42:17
  47:22 48:13,18
  67:23 68:6 81:6
  83:25 84:2 94:1
  136:17 137:2,17
**contacted**
  136:21
**contacts**  15:6
**container**
  141:12,12

**containing**
  97:10
**contains**  129:7
**content**  37:15
  37:21,21 136:5
**contents**  37:9
  38:14 39:8,11
  40:14
**context**  56:12
**continue**  37:12
  59:11,24 129:1
  131:24
**continued**  132:1
**continuing**
  59:12
**contracting**
  132:2
**contractor**  20:9
**contributed**
  112:14
**contributing**
  157:14
**contribution**
  157:14
**controlling**
  134:22
**convenient**  5:18
**convention**
  133:22
**conversation**
  33:16
**conversations**
  134:6
**convoluted**
  59:16

**cooperate**  105:2
**cooperation**
  108:5 109:3
**copies**  161:14
**copy**  49:1
  130:25 131:2
  155:18
**corporate**  1:12
  2:14 4:18 7:13
  7:15,18 8:4
  10:22 22:12
  46:16 55:1
  161:4,8,10,12
  162:2
**correct**  7:8,9 8:1
  8:2,6 11:1,3,5
  12:6,19,20,21
  12:24 13:7,20
  13:22,23 15:19
  17:1,5 18:16
  19:13,14 20:1,5
  20:10,13 21:3,4
  21:23,24 22:19
  22:20 23:21
  24:20 26:12
  27:20 29:5,22
  30:23 31:1,3
  32:7,10,21,23
  33:1 38:17,18
  39:10 40:16,20
  41:11,17,18
  42:11 44:24,25
  45:4,5,9,10 47:4
  47:5,25 48:4,5
  48:11,12,15,16

48:19,20 49:9
49:16,17,23
53:11,12,13,14
53:19,20,23
55:11,12,13,14
55:16,22 56:6
56:10 57:19
58:2,11 61:21
64:1,2 65:8
66:22 67:22
69:15 70:8,9,16
73:20 75:4 76:5
79:13 88:10
91:14 95:23
97:7,12,18,24
97:25 98:3,5
99:10 100:17
101:12,13,16,17
102:16 104:13
108:14,20 109:5
109:6,8,9,15,18
109:24,25 110:2
110:3 112:9,15
113:6,20,24,25
114:11 118:3
119:2,4,14,15
119:19 120:15
122:6 123:7,8
125:12 126:15
127:5 129:20
133:17,23 134:1
135:24 138:1
141:2,18,23,25
142:2,7,11,13
143:20,21,25

147:20 148:13
148:20 149:7,8
158:9,23
**correction** 41:2
**correctly** 57:2
108:9 109:14
**cosmetic** 27:13
28:6
**cosmetically**
17:8
**cosmetics** 18:2
27:19,23 28:7
31:12 54:5
**cost** 145:2
**counsel** 4:16,25
9:4 44:19 86:4,7
92:11,12,14
93:12 94:2,6
100:1 106:8,25
106:25 107:8
108:2,17,24
110:13,24 116:1
125:12 127:6,16
127:17 135:17
135:23 136:10
139:20 152:24
153:1,3 154:11
154:16 156:14
156:19,24
157:12 158:6
160:15,16
**counsel's** 7:7
110:21
**counsels** 4:8

**country** 13:8
97:21
**county** 127:15
135:20 160:3
**couple** 7:19
14:24 15:2
62:21 124:17,18
139:12 158:14
**course** 16:7
58:16 60:11
80:10 108:4
**courses** 15:1,14
**court** 1:1 4:17
6:11 7:4 99:9
121:12 159:16
**courts** 121:5
**cover** 11:9 37:2
38:15
**covid** 65:7,8,9
65:14,23
**cpsc** 3:2 85:21
86:4,5,7,14,16
87:4 92:10,14
92:14 93:11
94:2,6 95:22
96:1,24 97:10
98:13,19 99:23
100:1 104:23
105:2,6,23
106:12,13,19,25
106:25 107:4,8
108:2,16,17,21
108:24 109:3
110:13,20,24
116:21 124:1

125:12,13
134:14,15,19
136:1,6,10
149:7
**crafting** 156:8
**created** 59:13
**creates** 149:21
**creating** 57:17
117:14
**creation** 107:22
152:12,20
**creative** 25:3
**creativity** 25:3
**criteria** 150:16
150:20
**curran** 2:10
**current** 12:12
53:22 139:2
**currently** 13:12
22:4 25:15
26:13 27:13
28:4 129:6
144:14 152:5
**customer** 13:15
26:10 30:3,6
34:17,18 44:7
45:3 46:14
91:24 92:3,7,16
93:9,18 94:5
115:17,18,18,24
116:11 118:13
118:16,21 119:1
119:16 120:5
123:1 128:10
130:8 136:11

137:6,12 141:8
**customer's** 24:1
**customers** 10:11
14:21 17:15
30:8,15 34:16
116:12,25,25
117:21 128:21
136:17
**cut** 82:3 122:1
**cv** 1:6
**cycle** 16:13
**cycles** 130:6
**cycling** 33:17

**d**

**d** 2:12 26:3
28:15
**damage** 87:1
128:10
**damages** 95:24
156:25 157:13
**danger** 97:5
**dangerous**
99:15,18,21,25
**dangers** 86:15
96:15,16
**dash** 49:24,25
50:4,9
**date** 48:6,8 60:8
63:24 129:18,18
161:12 162:23
**dated** 3:4 98:11
**dates** 65:4
**david** 147:10
**day** 28:2,2 78:1
78:1 129:4

160:21
**days** 161:17
**dcs** 140:14,14
**deadly** 98:14
**deal** 147:22
**deals** 35:25
  146:9
**death** 95:17
  96:3,11 97:2
  121:9
**deaths** 96:17
**december**
  129:25
**decide** 119:11
**decided** 19:3
  40:3 109:3
**decision** 29:19
  93:5,17 107:4,7
  107:10,12,13
  110:11 119:22
  130:2 151:24
**decisions** 29:23
**declare** 162:20
**deem** 76:6
**defendant** 155:8
**defendants** 1:9
  2:9 4:14
**defense** 155:18
  156:22 157:11
**defenses** 154:25
  155:4 156:2,17
  158:8
**defer** 76:2
**define** 50:19
  54:16 55:2

58:21 133:3
**defines** 10:20
  55:18
**definitely**
  129:22
**definitions**
  54:21
**delivered** 3:13
**demand** 10:12
  10:17 16:11
  41:24 61:16
**demanding**
  30:15
**demands** 17:2
  24:1 41:22,23
**denials** 40:18
**denote** 50:4
**depart** 26:6
**departed** 24:25
**department**
  25:7 28:13 31:6
  31:7,17 33:3
  35:25 37:5
  152:19
**departure** 23:12
  25:11 26:23
**depend** 42:1
  82:2
**depending**
  82:23 88:21
  126:1
**depends** 75:12
  89:8
**deposed** 7:17
  99:6

**deposing** 161:13
**deposition** 1:11
  2:20 4:5,23,24
  5:4,6,17,20,22
  6:2 7:10,24 8:15
  8:24 9:7 10:6
  12:22 159:12,14
  160:6,9
**depositions** 6:5
  8:20
**describe** 9:25
  10:5 16:8 19:21
  27:19 52:24
  103:1
**described** 7:10
  12:12 17:8,23
  24:12,15 35:24
  118:2
**describes** 86:14
  86:18 87:13
**describing** 28:7
**description** 2:19
  112:12 113:2
**design** 17:7 18:1
  18:6 25:6,7,8
  27:13 28:10,12
  28:18,23 29:25
  30:1,24 31:6,16
  33:3 34:4 35:25
  36:21,22,22
  37:1,5 54:5
  141:14,18,20,22
**designated** 8:4
  22:12

**designating**
  33:4
**designed** 29:1
  53:24 54:4,5,12
  54:17,20 55:4
  55:10,13,15,19
  104:24
**designer** 21:3
  25:16 27:22
**designing** 18:6
  18:10
**designs** 28:6
**desk** 134:2,10
**despite** 19:17
  89:14
**detail** 8:21
  67:21 101:6,21
**detailed** 27:7
**details** 19:24
  77:23 98:22
  116:13 151:5
  154:3
**determine** 77:22
  94:8 109:22
  113:13 124:7
  132:25 149:20
  154:4,21
**determined**
  98:24 117:8
  149:5
**determines**
  76:16,21
**determining**
  31:8 32:2,5
  110:24 143:9

150:20
**develop** 10:10
14:12
**developing** 16:7
79:4,8
**development**
9:20 10:2,8,12
12:13 14:12
15:8 16:7,13,13
16:19,21,24
33:15 64:14
65:13,17
**device** 153:13
153:17,23
**devon** 26:3
118:25 119:7,16
122:16
**devry** 15:1,2,16
15:17
**dictates** 75:10
**died** 86:20
98:23
**difference** 104:7
104:17 123:9,11
**differences**
103:9,14 104:5
**different** 14:25
14:25 15:20,21
50:10 52:25
53:15 55:5 58:6
58:6 71:10 74:8
76:13 95:15
100:20,22,24
102:22,25 103:4
103:19,22,24,25

104:3,4 117:19
123:13 130:10
142:20 147:12
148:18
**differently**
38:11
**difficulties**
131:14
**digit** 50:5
**digits** 50:6
**dipped** 12:4
**direct** 131:3,5
**direction**
125:12 160:8
**directly** 36:7
40:14 139:24
160:17
**director** 10:2
14:11,11 19:12
24:10 27:3
30:14
**disassemble**
44:5 45:1,6
**discuss** 6:12
8:20 33:22 34:3
77:25 106:24
110:14
**discussed** 4:25
12:22 35:7 47:2
83:21 107:8
127:16 153:11
153:16
**discusses** 87:7
**discussing**
69:21 94:3

106:11
**discussion**
30:19
**dispute** 90:2,17
**disputing** 90:16
90:19,21
**distributed**
139:23 140:13
142:4,12
**distributes**
10:24 11:14
**distribution**
132:7 141:1
**distributors**
144:16
**district** 1:1,2
**doable** 33:17,18
**document** 43:17
44:2 47:11 52:8
63:16,18 91:8
96:9 107:22
108:25 111:12
111:16 112:6,18
112:23 156:10
162:20
**documentation**
40:24 61:8,20
68:19
**documented**
61:4,6,6 62:8
75:19,22 80:13
81:22
**documents**
61:11 101:20,23

**doing** 14:10
45:6 60:10 76:9
114:24
**dollars** 87:1
**dongwon**
123:22
**downloaded**
38:10
**drafting** 154:25
**drive** 1:15 2:7
160:11
**drop** 131:25
**due** 108:21
114:3,21 115:8
116:4 157:14
**duly** 4:20
**duties** 10:7
24:12 26:19
27:9 28:3 35:24

**e**

**e** 2:1,1,12,18 3:8
3:8 14:6,6 15:11
23:7 24:23
53:18,18 70:6
78:23,23 100:7
148:9,9 160:1,1
161:24,25 162:3
162:3,3
**eagle** 14:4,7,18
15:5
**earlier** 30:2
35:7 46:6 70:2
76:12 114:6
116:15 125:25
130:7 148:17

easier 19:22
echo 96:1
edits 41:19
educating 36:17
education 15:9
    15:13
educational
    14:23
effect 110:14
effectively 6:18
either 16:16
    48:9 50:17
    51:17 52:22
    54:13 58:17
    60:22 61:2 64:8
    68:10 76:16
    81:11 98:10
    105:3,23 106:12
    114:15 115:3,12
    115:25 122:15
    126:25 131:21
    133:16 134:5
    140:9 144:14
    156:8,15
elaborate 124:4
elaflamme 2:8
    161:1
electric 1:8,12
    2:14 4:7,14,19
    7:13,16 10:22
    10:24 11:4,10
    11:16,20,24,25
    12:2 14:2 32:25
    32:25 36:7 48:2
    53:13 70:6,14

108:6 136:24
    161:4,4,8,10,12
    162:1,2
electrical 70:5
    97:19 114:7
    125:25
electronical
    94:14 97:19
elementary
    15:12
elite 148:9
email 120:5
    161:13
emailed 161:15
emails 117:25
emergency
    153:12,17
employ 13:11
    19:19 35:22
employed 9:23
    19:6 28:5 35:17
    35:20 122:16
employee 20:2,3
    20:8,18 160:15
    160:16
employees
    13:11 35:6,11
    35:19,22
employment
    123:2
employs 18:16
endeavor 58:22
    72:6 113:7
    114:9 124:5

endeavored
    144:24
ended 15:5
engage 137:15
    151:13
engaged 143:9
    144:1
engages 56:20
    56:24
engaging 81:2
    132:6 133:13
engineer 18:22
engineering
    16:25 17:12
    19:13,20,22
engineers 18:16
    18:19 19:19
enjoys 79:11
ensure 114:20
    115:7
entail 23:24
    40:2 59:2 79:25
    81:17 84:12
entailed 25:5
entails 12:13
    16:7 21:5 23:22
    27:6 39:25
    137:22
entertain
    143:18
entities 78:17
    133:1 134:3
entitled 126:8
entity 73:18
    74:14,16 78:22

100:8 147:12
    148:21 149:9,19
entry 9:6
errata 161:11
    161:13,16
error 42:5
escalated 94:6
esquire 161:1
essentially 20:9
    30:12 133:11
    142:4 150:15
establish 80:24
established
    80:15
establishing
    79:8,16,21
    80:20
et 4:6 34:25
    116:14 161:4
    162:1
eugene 2:6 4:13
    161:1
event 87:14
    88:23 94:11
    95:11 109:1
    116:16 126:1
events 124:20
eventually
    11:20
everybody
    34:20,20,24
evidence 50:11
    129:24 156:23
    156:25 157:10
    157:16 158:5,16

158:21,25
**exact** 15:22 28:2
35:21 36:10,13
37:25 38:4
51:14,15,15
63:24 70:16
84:1,1 89:8 95:2
108:25 116:22
123:20,22
129:18 130:18
146:19
**exactly** 6:22
58:5,13 66:25
108:23 151:5
**examination**
2:16 5:12
**examined** 4:20
**example** 16:14
18:3 34:10
42:15 96:17
101:10 103:3
137:2 156:21
**exceeding** 139:5
**exceeds** 77:5
118:8 135:7
139:8 145:9
151:17 152:7
153:22
**excess** 109:7
**excessive** 46:4
46:11,20
**exchange** 105:6
**exclusive** 140:7
140:8

**executives** 13:15
**exemplar** 2:22
48:25
**exhibit** 2:20,21
2:22,24,25 3:2,3
3:5 5:2 8:24 9:1
36:4 38:15,24
41:14 47:1
48:22,23 49:2,9
49:12,15,18,23
49:24 50:4,12
51:25 52:18,23
53:21 55:17,19
56:9 69:12
85:19,21 91:10
98:7,9,22
102:11 104:23
106:12,17
107:16,18
108:22,23
**exhibits** 3:1,12
**existed** 129:8
**existence** 60:9
**expected** 9:9
**expended** 47:16
**experience**
26:11 50:17
119:1
**expert** 5:3
**expires** 160:25
**explain** 113:10
140:4
**explosion** 43:6
43:13 45:13
46:7,23 47:7

52:4 69:25
91:16 94:17,24
97:6 98:2
104:16
**exposure** 145:7
**extended** 45:20
52:14
**extent** 79:12
124:10 135:7
154:10

**f**

**f** 160:1
**face** 68:11,11
**facebook** 47:24
**facilities** 80:1
**fact** 19:18 29:9
40:13 43:9 69:5
69:9 70:15 88:7
88:9 97:21
111:10 123:16
**factor** 157:15
**factory** 40:12
59:1,5 60:9
66:24,24 80:9
**facts** 157:10
158:5,16 162:20
**failed** 84:24
85:1
**failing** 114:15
**fails** 77:13
161:20
**failure** 41:1
**fair** 7:5,6 16:25
17:4 71:14 73:1
90:22 91:2,3,19

101:18,19
124:25 141:17
149:24,25
150:16
**fall** 42:9
**falls** 33:11 131:9
**familiar** 19:7
20:23 21:5
22:25 23:12,22
36:12 38:4
39:25 41:6
46:11 50:1
58:19 64:22
65:22 67:2,8
81:13 83:12,18
85:24 99:3
103:8 104:14
137:22 138:9,17
138:21 150:6
**family** 4:12 5:19
37:24 38:5
49:22 50:11
102:16 130:11
130:17 157:16
158:17,23 159:1
**far** 18:13 20:7
23:16 24:3 28:7
28:18 29:5
31:14 33:8,12
54:9 61:13
91:17 92:4
97:14
**fashion** 39:9
**fast** 59:22 134:6

**fault** 33:25
**features** 37:12
**february** 22:24
    63:23 64:1,4,10
    116:24 117:13
    117:21 118:1
    119:14 120:21
    122:3 126:10
    128:2 129:20
**federal** 161:18
    161:24
**feedback** 30:8
    34:19 137:21
    156:20
**field** 134:23
**figure** 22:11
    124:22
**figuring** 17:17
**filed** 121:5,7
    155:7,10,12
**filtered** 115:24
**final** 39:20,24
    84:16 107:10,11
**finances** 27:8
**financial** 21:22
    22:5 27:3
    138:15
**financially**
    160:17
**financials** 138:9
**find** 79:19
**findings** 60:23
**fine** 9:13
**finish** 44:12
    108:20

**finished** 51:2
    81:19
**fire** 43:6,13
    45:13 46:4,6,10
    46:20,23,24
    47:7 52:5 69:24
    69:25 70:6,14
    86:20 87:20
    88:3,10,18 89:2
    89:5,10,14,20
    89:20,25 90:3,7
    90:9,12,14,17
    90:20,22 91:2
    91:16 94:17,24
    96:21 97:6,16
    98:2,23,24
    104:16 109:12
    111:11 112:5,14
    113:5,14 114:3
    114:20 115:8,21
    116:3,20 117:1
    117:14,22 118:7
    118:9 120:11
    126:10,21,25
    127:4,7,10,15
    129:19 135:19
    148:23 149:11
    149:21 151:25
    157:15
**fired** 21:13
**fires** 86:18
    96:16,25
**firing** 21:18
**first** 4:20 6:10
    28:15 36:9 50:6

64:22 67:24
    74:23 75:2
    85:24 92:21
    96:12,14 98:15
    99:1 126:12,12
    126:24 127:3,14
    155:11 156:21
**five** 13:4
**fixed** 42:5
**fl** 161:14
**flight** 158:12
**floor** 48:3
**florida** 2:3
    161:18,24
**folks** 35:14,17
    81:6 133:22
**follow** 10:11
    45:16 69:2 76:1
    101:3 150:11
**followed** 133:12
    151:1
**following** 34:9
    43:20,23 69:5,9
    74:10 113:7,11
    114:10,18
    123:25 131:22
    131:25 135:3
    150:14
**follows** 4:21
    47:24
**fontana** 142:16
**foot** 102:21
**forecast** 24:2
**forecasting**
    23:25

**foregoing**
    162:20
**foremost** 155:11
**forgetting**
    133:21
**forgot** 105:18
**form** 7:22 17:6
    17:19 31:10
    39:7 50:9 54:16
    54:22 55:6 65:9
    70:17 71:3,15
    71:22 72:14
    73:4 75:22
    76:19 77:5 78:6
    87:24 88:4,11
    88:19 89:6,16
    90:4 94:18,25
    95:18 96:4
    97:13 98:4
    104:21 110:19
    111:12,16 112:6
    112:16 114:4
    116:9 117:2
    118:8 120:6,8
    124:9 125:5,23
    133:2 134:7,25
    135:6,13 136:2
    139:8 145:6,9
    145:23 146:4
    149:1,13 151:17
    152:2,7,21
    153:25 154:9
**formal** 15:9
**forth** 17:3,16
    29:15 45:16

| forthepeople.c... | **g** | **gives** 87:4 91:15 | 104:23 109:10 |
|---|---|---|---|
| 2:4 | | 96:17 | 109:21 119:12 |
| **fortunately** | **g** 14:6 26:25 | **giving** 14:22 | 119:12 140:16 |
| 145:14 | **gabe** 2:10 | **global** 97:22 | 140:25 141:4 |
| **forum** 33:16 | **gain** 29:14 | **go** 10:9,16 14:9 | **going** 4:3 19:2 |

forthepeople.c...
2:4
**fortunately**
145:14
**forum** 33:16
**forward** 59:23
**forwarded**
137:14
**founded** 13:18
13:22
**founder** 12:20
**four** 5:25 9:22
13:3 25:24 82:7
82:11,12,12,19
159:13
**fourth** 48:3
145:18
**freelance** 20:2,8
20:17,20 21:2
35:8
**frequency** 34:7
82:5
**front** 35:12
**full** 6:21 20:18
35:7,8,11 42:3
100:8 123:22
**fully** 33:2
**function** 95:12
**further** 36:23
48:6 55:18
124:5 160:9,14
**future** 33:15

**g**

**g** 14:6 26:25
**gabe** 2:10
**gain** 29:14
101:3
**gained** 156:23
**gaining** 74:3,6
**general** 41:9
57:12 67:22
73:11 82:8 84:3
85:10 143:12
**generally** 40:1
41:8 59:6 67:4
81:16
**generated** 50:5
**gentleman**
22:10
**gentlemen** 10:5
**geographical**
24:17
**george** 1:18
160:4,24
**getting** 45:11
77:6 114:16
127:6
**girl** 86:19,20
**give** 8:8 34:14
34:19 42:15
60:22 74:16
92:11 139:1,3
139:11
**given** 8:22 24:12
43:9 136:12
146:23 147:1,4
156:20

**gives** 87:4 91:15
96:17
**giving** 14:22
**global** 97:22
**go** 10:9,16 14:9
14:12 16:12
17:21 18:5
19:24 24:16
29:16 31:10
36:23 40:15
44:10 46:1 51:3
55:7 71:15
72:15,22 76:19
77:7 78:7 82:4
82:10,23 84:9
84:11,17 88:11
89:17,18 90:4
91:6 100:10
119:19 125:5
129:15 135:8
136:6 139:14
145:10,23
147:11 150:18
151:18 152:2,9
152:21 153:9
158:1 159:10
**goes** 17:11 18:7
29:16,20,25
30:1 33:9,16
37:16 39:20,24
40:7 50:24
58:19,23 59:19
60:7 66:13,23
87:18 92:16,18
99:14 103:18

104:23 109:10
109:21 119:12
119:12 140:16
140:25 141:4
**going** 4:3 19:2
30:21 34:14,20
44:14 47:8
48:21 52:6 76:3
85:6,13 89:18
106:2 123:13
139:14 142:9
155:23 156:2
157:23
**gold** 70:4 71:11
**good** 4:2 5:14
5:15 6:8 105:10
**goods** 83:17
150:25
**gotcha** 17:25
46:9 141:5,14
153:4,4
**gotten** 15:1,2
30:8
**government**
133:8
**grade** 138:13
**grammatical**
42:5
**granted** 57:25
**grants** 59:21
**great** 34:11
**group** 133:9
**grow** 19:2
**guarantee** 87:19
88:2

**guardian** 1:4
**guess** 36:1 37:2
37:10 41:13
48:21
**guidance** 70:19
108:1,16 110:13
110:20,21
**guide** 33:10
**guidelines** 32:14
37:19 56:1 69:2
69:6,10 76:1
94:13 150:14
151:7
**guys** 34:13
**gw** 1:4

**h**

**h** 2:18 162:3
**hair** 158:15
**half** 9:22
**hand** 156:2
160:19
**handle** 30:21
42:2 92:12
**happen** 18:25
34:5 93:9 95:24
153:24
**happened** 90:8
114:21 124:22
**happening**
34:13
**harrisburg**
86:21
**hazard** 69:25
109:13 112:5,15
113:5,14 114:3

114:21 115:8,21
116:3,20 117:23
118:7 120:12
151:25
**hazards** 70:7,14
117:1
**he'll** 19:24
**head** 116:13
142:19 147:23
**headed** 31:6
**header** 33:8
**heading** 15:23
**heads** 118:21
**hear** 6:14
126:18 134:16
**heard** 76:9,22
126:13 127:17
157:4
**heat** 46:4,11,20
116:16
**heating** 115:23
118:3 124:19
126:1
**held** 9:21,25
19:12 21:25
25:2,23 26:10
26:20
**help** 5:4 158:11
**helps** 60:14
**hereunto**
160:19
**hey** 30:6 34:17
**high** 15:10,10
**higher** 104:12
104:14

**highest** 35:19
**hire** 93:5
**hired** 19:2 93:7
**hiring** 21:18
**history** 80:2
**hold** 19:15
24:10 26:13
27:3
**holds** 19:17
25:15
**holographic**
71:6
**homes** 98:14
99:15,18,21,25
**hour** 104:10,11
**house** 86:20
92:10,11,18
98:23 119:10,13
**hoverboard** 3:2
8:18 29:17 36:8
37:8 39:1 43:4,4
43:7,10 57:24
69:14 82:18
86:17,21 87:20
88:3 89:1,8,14
89:19 90:6,10
90:14,20 91:1
91:13 92:8
96:21 97:15
98:25 99:17,25
100:4,10,20
101:8,12 103:16
106:18 108:4
111:2,4,4,6
112:14 114:19

115:6 117:3
118:14 119:8
120:10,20
121:18 122:5,15
125:21 126:5
127:11 128:1,20
129:6,10,24
136:15 140:3
143:6 145:16,22
146:25 147:3,5
149:24 150:21
158:19 159:1
**hoverboards**
11:2,24 27:18
32:22 85:23
86:15 87:2,11
88:8,17,21 89:4
90:2 91:25
92:16 94:10
96:15 97:5,10
97:23 98:3,12
99:21,24 101:6
101:22 104:25
107:5 108:8
109:5,8,12,17
110:9,12,15
111:1,7 112:4
112:11 113:9,12
114:2,10,25
124:18,18 125:2
125:11 127:19
127:22 131:6,10
131:11,19 135:5
135:8 136:23
137:4 140:1

141:7 143:2,11
143:12,13,20
144:18 146:6,17
150:4 151:25
152:6,9
**hum** 102:10
**husain** 1:13
2:15 4:5 9:18,19
51:10 159:12
161:4,8,10,12
162:2,23
**hypothetical**
114:5

**i**

**icons** 91:17
**idea** 75:13 150:7
150:8
**ideas** 17:3,4,16
17:21 24:18
34:5,11,24
**identification**
112:12
**identify** 4:8
**ignite** 98:13
**ignited** 86:20
96:21
**igniting** 98:25
106:19
**illuminated**
36:8
**images** 37:8
**impact** 110:14
**impacts** 104:15
**implement**
29:21 30:18

**implementation**
29:8 153:12,17
**implemented**
30:22 39:12
85:5,17 87:16
144:17
**implementing**
30:22 32:17
**imported** 48:1
53:13
**imports** 10:24
11:13 138:17
**improve** 18:5
**incidence** 86:19
**incident** 77:2
99:3 116:23
121:3 158:19
**incidents** 86:17
115:23 117:7
128:9
**include** 35:8
67:5 74:21
110:11 136:16
137:8
**included** 27:22
36:18 39:4,8
40:21 42:13
47:21 48:14
110:1,9 111:7
123:4
**includes** 31:19
35:10 55:21
74:20
**including** 97:1
97:24 116:7

135:7,20 136:1
**incoming** 81:18
**incomplete**
114:4
**increased** 94:16
94:24 149:11,21
**independent**
20:9 126:20
135:17 154:13
154:15 158:7
**independently**
154:21
**indicate** 111:24
111:24 139:4
**indicated**
125:24
**indirectly**
160:17
**individual** 19:6
122:10 144:4,5
144:23 148:21
149:19 152:19
**individually** 1:3
107:24
**individuals** 24:3
58:14
**industrial** 21:3
25:16 27:22
**industry** 10:20
97:9 134:4
**inform** 115:14
**information**
15:22 40:4
41:13,15,20
42:13 47:3,20

47:22 48:13,18
68:19 101:10,14
109:21 122:25
145:20 151:20
154:10 156:16
**informed** 66:2,3
77:14 115:13
**inhalation**
86:25
**initial** 64:12
66:19 87:4 90:1
**initiate** 109:23
**initiated** 108:15
132:21
**injuries** 86:24
86:25 128:21
156:25
**injury** 44:9 45:8
95:17 96:3 97:1
128:9
**input** 148:5
**inquiries** 115:17
116:11 117:25
**insert** 37:8
**inside** 123:14
**inspect** 58:22
81:20 83:2
113:8 114:9
124:2,6 133:8
**inspected** 63:23
64:1 67:8 71:2
71:13,14,21
74:4,7,8
**inspecting**
50:17,23 58:9

58:19 75:1
81:14 84:17
114:19 149:10
149:19
**inspection** 58:1
58:4 59:3 62:20
63:2,6,17 66:20
67:5 71:23,24
73:5,6,19 74:1
74:18,20,21,25
75:8 76:7,10
83:5,15,19,22
84:6,12,21,24
133:20 134:15
150:25 151:2,9
151:22
**inspections**
56:21 57:10,21
61:11 63:12
66:4,8 67:11,18
69:1 72:1,6,7
73:3,10,16,21
78:16,18 81:4,5
81:22 82:1,10
82:18 83:13
84:3,8 113:15
113:20 114:13
132:23 151:15
**inspectors**
124:13
**inspects** 72:12
74:14 82:22
**instagram** 47:23
**installed** 98:3
100:19,21

101:12,15
**instance** 18:3
29:18 34:3,22
37:11 102:21
**instances** 7:17
**instruct** 152:8
**instruction** 2:21
33:10 36:1,6,19
37:10,13,16,22
38:24 39:12
40:10,15,18,24
41:7 42:8,13
43:3,9 44:7 45:3
47:21 48:14
49:8 52:23
55:17 146:3
**instructions**
38:25 145:21
146:5
**insurance** 93:22
93:25 94:3
115:25 119:19
119:21,25
122:21 127:1
**intended** 54:12
54:17 159:2
**interacted** 68:13
**interaction**
142:5
**interested**
114:19 160:17
**internal** 99:16
99:20 135:12
152:14

**internally**
110:14 124:14
**interpreted** 55:4
**introduced** 5:16
**inventory** 23:25
24:2 131:13,14
**investigate** 95:6
114:9 119:23
124:6 127:7,9
134:9
**investigation**
34:4 79:23
119:24 154:8,13
154:15
**investigations**
135:23
**investigators**
127:14 135:19
**involved** 5:8
16:24 17:6
39:11 50:21,22
50:25 61:13
79:4,7,16 80:19
86:2 93:16,17
98:17,18 99:11
100:12 105:6,22
107:13,22
119:24 121:14
127:6 132:2,15
136:7 152:5
154:24 156:8,15
156:19
**involvement**
142:5

**ion** 109:11
111:19 112:3
113:5
**irs** 2:23 38:17
38:19,25 48:25
49:6 50:18
51:21 71:5
**issue** 5:8 115:11
115:14 139:7
148:25
**issues** 80:7
114:15 118:10
138:15
**item** 37:23
**ivey** 24:23

**j**

**j** 5:9
**january** 21:12
59:19,25 68:15
**jason** 22:16
**jeffrey** 19:7
**jen** 92:21
**jetson** 1:8,12
2:14,21 3:5 4:6
4:14,18 7:13,15
7:22,25 8:5 9:19
9:23 10:10,21
10:24 11:13,15
12:1,6 13:9,11
13:18,24 14:1
18:4,14,16 19:6
19:18 20:2,12
20:25 21:3
27:14,24 28:1,5
28:11,19,23

29:15,18 30:25
31:14 32:1,11
33:6,19 34:5
35:7,17,22 36:7
36:16 37:3 40:8
40:11,21,23
41:19,23 42:2
42:12,15,23
44:7 45:3 46:16
47:20 48:2,19
49:4,5 50:18,22
53:13 54:6,7
55:1,3 56:19,20
57:8,21 58:17
60:15,18 61:5,6
61:8,10,18
62:19 63:1,5
66:2 67:15,20
68:25 69:4,8
72:6,7 75:20,24
76:7,18 77:10
77:13,16,19
78:3 79:7,11,13
81:14,24 84:5
86:3,5,5,12 88:7
88:16 89:1,4,13
89:13,19,24
90:2,5,20 91:24
92:2 93:21 94:4
98:12,24 99:16
99:17,20,23
100:3,12,15,21
101:5,10,12,14
101:16,22,23
102:2,4,8,14,15

103:17 104:10
104:24 105:2,7
106:15,18,20,23
107:4,7,9,19,25
108:6,7,11,13
109:3,4,10
110:9,12,14,21
110:25 111:2,3
111:5 112:2,10
112:13 113:3,7
113:11,23 114:2
114:9,10,17
115:4,6,14,14
115:19 116:2,3
116:19,24 117:9
117:13,18 118:4
118:6,15 120:6
120:19,23
121:18,19 122:3
122:19 123:2
124:1,5,14
125:10,14,17,18
125:20 127:7,11
127:13,18,21,25
128:9,19 129:1
129:4,6 130:25
131:3,11,14,17
131:24 132:2,5
132:24 133:11
134:9,11 135:4
135:25 136:9,12
136:20,21,23
137:3,4,15
138:22 139:4,22
140:10,17,22

142:1,6,14
143:2,6,9 144:1
144:6,7,23
145:5,15,19
146:3,18,20
148:5 149:9,18
149:23 150:3,15
151:13,24 152:5
152:12,14,20
153:8,8,11,16
155:9,12,15,17
156:5 159:2
161:4,4,8,10,12
162:1,2
**jetson's** 35:20
77:7 92:6
**job** 1:25 6:8
10:9 14:10,12
14:16,19,19
15:3,5 19:21
**joining** 13:24
**jomo** 100:7
**josh** 12:17 21:1
21:7,16,20,21
22:7 23:5,6,17
23:18 25:13,14
25:25,25 93:6
107:11 122:16
132:15,15
138:16 152:24
**josh's** 22:8
**jplsm** 2:23
38:16,17,19,25
48:25 49:6
50:18 51:20

57:24 58:8 63:3
64:22 71:5
**july** 65:1,1,20
66:4,8 68:5
**june** 65:20 93:1
93:2,9
**jury** 10:6

**k**

**k** 24:7 28:15
68:1
**kalvin** 67:24,25
68:5,14,19
80:16 132:22
**kalvin's** 68:2
**kaufman** 124:10
154:11
**keep** 46:3,10,19
46:23 47:16
91:24
**kept** 40:23
61:22 63:8
101:23
**keyword** 69:25
**kicked** 65:15
**kids** 11:11
**kind** 11:20 12:4
42:2 53:1 83:16
**know** 6:15,25
7:25 9:13,14
18:21 20:24,25
21:15,25 22:2
22:10,11,13,14
23:3,14 24:25
25:5,11,23
26:15,17,20

27:6,7 28:4
34:20,22 35:5
35:11,16,19,21
36:12 38:6,19
46:6,7 47:9 48:7
52:19 56:2,3
57:8 58:12,13
59:6 61:24 62:2
62:10,13,15
63:22,25 64:3,7
65:19 66:7
67:17 69:22,25
74:9 75:15
76:24 77:16,19
78:4,10 80:15
82:21 84:13,17
85:7,16,18 90:7
93:7 100:18
101:2 102:21
106:13 108:15
110:4,7 116:2
116:13,18
118:11 120:16
123:16 126:4,8
126:9,20,21
129:23 131:12
132:5,9 136:9
138:8 142:18
143:23 145:5
147:11 148:7
152:17 155:3
156:7
**knowledge**
46:13 56:17
58:24 67:22

85:3 104:17
106:21 120:12
120:15 121:9
122:6,20 126:9
139:6 143:23
146:16,25
148:21 149:6
153:20,20
156:22,24
**knowledgeable**
67:15
**known** 33:9
**knows** 77:10
**kw** 1:4

**l**

**l** 1:18 14:6 23:7
148:9 160:4,24
**label** 2:25 52:17
53:24 54:12
55:13,21 69:13
69:23 70:1 71:6
71:11 91:6,12
91:15,20,21
**labels** 31:19
32:2,6,8,12,13
49:4 123:6
142:9 146:2
**laboratory**
39:21
**labs** 66:14
**ladies** 10:5
**laflamme** 2:6
4:13,13,22 6:8
6:20 17:19
27:15 29:6

31:10 33:23
39:14,18 44:10
51:6 54:22 55:6
64:11,17 69:18
70:17 71:3,15
71:22 72:2,4,14
73:4 76:19 77:5
78:6,13 83:6
85:8,12 87:24
88:4,11,19 89:6
89:16 90:4
94:18,25 95:18
96:4 97:13 98:4
104:21 105:10
105:19 110:19
111:12,16 112:6
112:16 114:4
116:9 117:2,5
118:8 124:9
125:5,23 126:13
126:18 128:3,6
128:12 133:2
134:25 135:6,13
136:2 137:5,10
139:8,25 145:9
145:23 149:1,13
151:17 152:2,7
152:13,15,21
153:25 154:9
155:3,20,23
157:4,7,19,21
157:23 158:1,11
159:8,19 161:1
**laid** 96:1

**lakes** 2:3
**lamberti** 21:9
21:22 24:4
**laskey** 1:14 2:6
160:10
**launched** 19:23
**launching** 19:24
**law** 1:14 160:10
**lawsuit** 99:8
155:7
**lawsuits** 152:5
**laying** 18:7
**layman's** 10:21
17:14 103:3
**layout** 50:1
**lead** 21:3 25:15
27:22 44:8 45:8
96:2,3
**leading** 97:1
125:2 128:9
**leads** 138:6
**learn** 81:7
**learned** 126:7
135:22 154:10
157:12
**leave** 21:11
22:21 23:10
45:19 52:13
100:15
**leavitt** 1:14 2:6
160:10
**led** 16:16 17:9,9
18:4 28:9 29:19
30:17,20

**left** 22:25 26:15
106:11 119:3
**legal** 1:4 120:7
120:13 121:2,4
122:21,22
135:11,12
152:24,24 153:1
161:23
**letter** 98:10
111:7 137:7
**level** 121:25
**liability** 145:7
**life** 12:1
**lifepo4** 143:24
144:2,17,20,24
145:2
**light** 17:9,9 18:4
30:21
**lights** 16:16
28:9 29:19
**limit** 145:7
152:8
**limited** 118:9
**line** 14:9 162:4
162:7,10,13,16
**lines** 24:15
149:24
**link** 100:7
**list** 5:7 53:6
130:19,20
**listed** 49:15
52:20 150:11,13
156:22
**listing** 5:11

**lists** 49:19
**lithium** 84:8,12
97:6,10 98:2
101:11,15,21
102:3,4,8,13,14
103:9 109:10
111:19 112:3
113:5 143:3,7
143:10,19
144:21 145:3
**litho** 5:9
**litigation** 5:19
124:13 154:22
**little** 8:20,21
11:11 14:22
15:9 16:8 19:21
56:12,16 60:1
71:9 73:24 74:8
76:13 81:7
106:10 117:19
140:4 147:12
**llc** 1:8 2:6 4:7
10:22 48:2
53:13 108:6
161:4 162:1
**loaded** 141:12
**local** 78:2
**located** 1:15
12:25 58:3,10
79:2 86:10
142:15,23
147:14
**location** 48:13
58:8

**locations** 24:17
**locker** 22:16
24:4 86:9 92:13
92:14 107:1,2
136:10
**lodged** 134:13
**logo** 31:13,14
33:6,8 37:1
**long** 6:25 9:21
9:23 15:24
21:25 25:23
72:11 92:24
100:9 128:22
143:14
**longer** 21:10
23:9 35:15
122:16
**look** 8:23,25
10:16 17:2,2
18:7 23:25
27:23 30:14,15
45:15 49:12,18
51:1,2 54:14
123:23 130:22
134:12,14
149:11
**looked** 5:5
51:12,17,17,19
51:22 53:21
71:21
**looking** 24:18
37:3 38:15 49:4
50:23 51:4,16
52:3,17 69:12
86:14 90:24

**looks** 36:14
**lot** 47:9 152:15
**loud** 7:3 16:16
**lunch** 106:11

**m**

**m** 2:6 25:18,18
26:3
**machines** 151:4
**madam** 7:3
**made** 3:9 42:16
48:10 53:11
64:3,7 93:5
107:4,7,10
114:25 120:14
127:21,25
128:19 130:2
136:17 151:24
158:18,21
**mailbox** 84:3
**maintain** 91:24
120:19,23
125:14,17
130:25 150:3
**maintained**
101:25
**maintains**
130:20 131:8
**maintenance**
43:24 44:4,22
45:22 46:3
**majority** 11:9
**make** 6:15 7:2,3
16:12 29:19
32:11 33:2,13
38:3 41:19,24

**[make - mean]**                                                    Page 185

41:25 42:12,23
51:7 60:8 82:15
103:8 119:21
124:19 150:12
150:13,25 158:1
158:11
**makes** 60:8
103:7 104:7
**making** 41:10
93:18 97:9
107:13 115:2
151:5
**malfunctions**
44:9 45:8
**manage** 14:20
**manager** 23:19
**managing** 14:21
25:6
**mandated** 52:21
**manhattan**
15:10,12
**manual** 2:21
33:8,9,10 36:1,6
36:10,12,16,19
36:23 37:10,13
37:23 38:1,9,24
39:12 40:18,24
42:8,13,19 43:3
43:10 47:21
48:8,14 49:9
52:23 55:18
**manuals** 37:16
40:10,15 41:7
41:11 146:3

**manufacture**
65:10 133:7
**manufactured**
41:12 65:5
70:19 100:25
101:21 102:11
102:24 110:1
111:5
**manufacturer**
18:8,24 29:21
29:25 30:19
31:2,21 32:12
33:17 37:18
40:3,12,13,17
41:3,5,16,20,25
42:10 55:25
56:1,4,8,20,24
57:11,13,16,17
59:11,19,24
60:7,24 61:3,7
61:10,19 63:10
63:19 64:8
66:18 67:12,19
67:21,23 68:6
68:22,25 69:5,9
70:25 77:20,22
78:1 79:5,9,12
79:13,19,22
80:3 100:3,12
100:15,24 101:6
101:7,11,15
102:2,3,13,15
102:17 103:2,4
123:12,14,18,23
132:22 141:15

146:21,22 147:5
147:16,19,24
148:1,7,12,14
148:18 149:15
150:10
**manufacturer's**
51:18 63:19
147:8
**manufacturers**
28:21 34:11
48:14 51:3
100:5 102:23
114:24 115:5,9
116:7 127:21
128:1,19 129:11
138:18,21
143:16 144:16
146:23,24 147:2
147:7,22 148:2
150:1 153:9,11
153:16
**manufacturing**
10:18,19 17:22
30:10 57:18
62:14 80:1
81:12 82:25
144:25
**march** 3:4 86:19
87:14 96:17
97:11 98:11
107:3 116:2
**mark** 36:2
48:21 98:6
107:15 155:17
155:24,25

**marked** 9:1 36:4
38:24 48:23
49:2 85:19
91:10 96:25
98:7,9 107:16
**market** 10:11
14:13 16:11,15
16:20 17:2 19:4
30:3,5 64:15,23
65:5 129:15
130:3,7 144:11
**marketing**
47:23
**marshal** 98:24
**mart** 4:6,14
131:18 132:5,9
137:2,8 140:8,9
140:11,14,25
145:16,20 146:4
146:9,13,17
158:21
**mart.com** 140:9
**martin** 2:10
**material** 40:19
**materials** 47:23
**matter** 4:5
95:15
**matthew** 1:5
**mccoy** 1:14 2:6
160:10
**mcnamara**
25:18 132:13
138:7,8
**mean** 10:15
25:7 27:19

34:18 58:21
65:4 70:12 71:6
79:10,15 82:3
83:7 90:14 91:1
95:21 96:14
103:1 113:22
121:11 123:12
124:4 128:3
136:3 140:8
152:15
**meaning** 10:16
11:18 13:14
16:24 18:1
30:24 39:16
45:6 50:23
51:12 55:3,10
63:1 70:25 73:5
73:10 77:21
88:7 93:16 96:2
98:17 121:4
122:22 127:13
141:7 144:4
149:9 151:8
**means** 16:9,13
27:6 37:1 70:15
101:2
**meant** 54:17
55:18 82:14
**measurement**
39:7
**media** 4:4 44:15
44:18 106:3,7
139:15,19
159:12

**meet** 80:22
153:9
**meeting** 34:10
34:19,23
**meetings** 33:19
34:5,16 35:2,3
41:4 68:11
**melissa** 24:7
**memory** 22:22
53:2 80:17
85:14
**mention** 29:7
70:1 95:24
96:11
**mentioned** 16:6
30:2 46:7 114:6
116:15 121:3
130:7 150:23
**mentioning**
52:10 89:24
**merit** 160:4
**met** 58:14,16
68:8 133:22
**michael** 26:25
**middle** 15:11
87:10 110:8
113:23
**million** 87:1
139:6
**milwaukee**
160:3,20
**mind** 9:17 14:22
**minimal** 104:18
**minor** 1:4

**minutes** 139:12
**mischaracteri...**
78:7
**missed** 104:5
105:16
**mistaken** 148:9
**misunderstan...**
66:17
**mix** 35:8,10
**mlllaw.com** 2:8
161:1
**mobile** 14:17
**mobility** 14:16
70:6
**model** 2:23 5:8
38:20,23 48:25
49:5,8,11,21
50:10,18 51:4
51:12,15,21
54:4 56:5 57:18
57:24 58:9,20
58:23 59:22
61:25 62:3,6
63:18,20,20,22
63:25 70:15,18
71:5,13 74:14
75:16 100:11,11
110:16 111:18
111:24 130:9
**model's** 58:4
**models** 5:5
38:16,25 103:5
**modification**
44:3,23

**modify** 44:5
45:2,7
**mojo** 5:10
**moment** 131:15
132:19
**monogram** 37:4
**month** 82:7,13
82:19 121:21
138:18
**months** 20:22
65:14 82:11,12
**morgan** 2:2,2
**morning** 4:2
5:14,15
**multiple** 54:21
56:19,23 57:9
78:17

**n**

**n** 2:1,12 15:11
25:18 26:3,25
26:25
**n19** 1:15 2:7
160:10
**name** 5:17 9:16
9:17 10:22
12:10 15:22
19:7 28:15 37:1
63:20 67:24
68:2,3 78:22
92:21,22 123:20
123:22 147:4,6
147:8,10,12
148:7
**named** 24:3

**names** 35:14
100:8 147:2,7
147:22,23 148:1
**nature** 47:24
120:13 128:24
**ndf** 1:6
**necessarily** 19:1
70:16 80:14
120:13 148:6
**necessary** 76:6
**need** 6:6,24
10:17 16:12
18:22 20:12
30:3 42:4 68:18
90:7 130:18
155:20,24,25
**needed** 19:4
41:2 76:6,16
**needs** 10:13
13:6 17:8 42:5
60:5
**neglected** 91:4
**negligence**
157:17
**negligent** 157:2
**negotiation**
99:11
**network** 14:18
**networking**
14:20 15:3
**networks** 15:4
**never** 63:11
76:9,22 99:8
116:6 135:22
140:17,19

**new** 12:23 13:2
14:12 24:18,18
34:3,4 48:3
53:18 86:11
97:4,12,14
128:23 143:15
**newer** 19:3
**news** 97:4,12,14
**nicola** 21:9
**nonelectric** 11:7
11:9
**normal** 95:8
**notary** 160:5,24
**note** 161:10
**notes** 139:12
**notice** 2:20 3:3
3:5 8:23 9:5,7
91:15 106:12,18
107:19 109:2,10
109:20 112:1
113:3 115:1,3
116:6,21 123:4
124:1 127:2,3
136:1 137:7
**notices** 106:13
106:19
**number** 2:19
35:12,19,21
50:6 51:15
62:14 63:21
81:10 116:18,22
118:11 136:14
136:17 138:17
138:21 146:19
159:12

**numbers** 136:13
136:16

**o**

**o** 5:1 9:5 15:11
26:25 68:4
78:23,23,24,24
**oath** 4:20
**object** 17:19
31:10 54:22
55:6 70:17 71:3
71:15,22 72:14
73:4 76:19 77:5
78:6 87:24 88:4
88:11,19 89:6
89:16 90:4
94:18,25 95:18
96:4 97:13 98:4
104:21 110:19
111:12,16 112:6
112:16 114:4
116:9 117:2
118:8 124:9
125:5,23 133:2
134:25 135:6,13
136:2 139:8
145:9,23 149:1
149:13 151:17
152:2,7,21
153:25 154:9
**objected** 9:4
**objection** 12:9
**objections** 4:24
78:13
**obligation** 155:8

**obtained** 89:4
89:14
**obtaining** 56:24
74:13
**obviously** 9:4
13:21 25:25
65:6 77:14
87:13 100:24
123:13 129:19
**occasion** 68:16
76:24
**occasions** 5:24
99:5
**occurred** 60:19
126:10,21
157:15
**occurs** 59:6
60:19
**offered** 121:18
143:6,16
**office** 7:7 12:23
13:4 24:5 28:19
51:17 58:8,15
58:17 63:9
86:12 92:19
101:25 121:1
127:15 135:20
157:5,13 160:20
**officer** 21:22
22:5,18
**offices** 13:2,8
58:6 61:22 79:3
81:4 160:10
**oh** 14:7 17:10
132:10

**okay** 6:1 7:1,21
9:14 10:5,14,21
11:8,18 12:10
13:5,14 14:22
15:14 16:6 18:3
18:13,21,25
20:14,18 22:14
22:23 27:9 28:4
28:14,17,22
29:3 30:11 31:6
31:19,23 33:25
34:22 35:4,24
37:9,22 38:3,8
38:13 39:3,11
39:18 40:2,8,13
42:20,23 43:3
44:1 45:15,25
47:1,14 48:10
51:19 52:12,22
53:3,10 54:16
56:11 57:5,15
59:2 61:10,18
62:23,25 63:11
64:17,20 65:3
65:22 67:20
68:2,5 72:4,19
73:1,7,21,25
74:20 75:19
76:7,15,18,24
77:16,21 80:8
82:3,5 83:21
85:12 89:12,23
91:19 92:24
93:2 94:8 95:17
95:25 100:6,10

102:20 103:1,20
103:25 104:19
106:1,23 107:9
108:3 113:17
115:2 116:23
117:12,19,25
118:5 119:21,24
120:9 121:21
122:1,7,19
123:16,18,25
124:23 127:18
128:6,15 129:1
129:15,19,23
130:10,20
132:17,19
133:21 136:19
137:10,15,20
140:15 141:3
143:24 145:19
146:8,16 150:3
150:6,8 151:2
153:4 154:19,24
155:22 156:11
156:21 157:25
158:10 159:4
**old** 86:19,20
96:18,18
**omissions** 157:2
**ones** 27:15
31:24 123:6
**online** 16:1,2
131:11
**ons** 11:11
**open** 33:16
81:20 84:18,18

**operate** 59:11
59:24
**operated** 18:14
46:17
**operating** 22:18
24:5 95:8
**operator** 4:2,16
44:14,17 106:2
106:6 139:14,18
159:10
**opinion** 144:10
**opinions** 5:3
**opposed** 77:7
137:7
**ordering** 161:15
**orders** 159:17
**original** 3:12,12
3:13 45:12
**outline** 101:21
**outside** 15:2
18:9 138:12
145:7,11 153:3
**overall** 18:22
51:16
**overheat** 87:20
88:3 91:2
109:12 112:4
118:4 125:8
153:14
**overheated**
89:10 113:13
125:2
**overheating**
86:18 91:21
94:11,15,22

95:5,10 96:3,16
97:1 111:11
113:4 114:3,21
115:8,20 116:4
116:19 117:1,14
117:22 118:7,9
120:11,21 122:5
122:15 125:22
135:5 152:1
153:18
**overseas** 10:18
24:16 28:21
34:11 134:16
140:12,20
141:12,16
**own** 83:10
115:9 127:8
150:2 154:8
158:7
**owned** 102:16
103:15,16
130:11,17
**owner** 68:7
132:22 133:18
133:24
**owner's** 147:6

| p |
|---|

**p** 2:1,1 5:1 9:6
92:23
**p.m.** 1:17 106:3
106:8 139:15,19
159:11,14
160:13
**pack** 102:17
103:19,22

**[pack - phone]**

111:19,25 113:5
116:3 123:11,15
123:19 124:3,6
125:20 129:7
148:14,22,25
149:5,12,20
153:20
**package** 142:12
**packs** 109:11
112:3 113:8,12
114:20 115:7
125:15,18
153:13,19
**page** 2:13,19
37:2,6,11,12
39:7 41:13,13
42:17,19,25
43:5,11,20,23
44:3,22 45:11
45:18,22 46:10
46:21 47:1,19
47:19 63:16,18
108:3 110:8
156:3 162:4,7
162:10,13,16
**pallodino** 92:23
92:24 93:5
**palm** 2:3,3
**paper** 18:6,10
30:24
**paragraph** 9:5,6
44:4 96:12,14
99:1
**paragraphs** 5:1

**paralegal** 92:18
119:10,13,17
122:23,24 153:2
**parent** 1:4
**parentheses**
49:6
**park** 142:24
**part** 16:6 22:9
27:21 36:20,22
37:23 88:25
94:13 125:20
126:12 157:2
**participated**
8:22
**particular**
22:13 51:4 56:4
57:18,24 58:7,9
58:20 59:22
61:25 62:3,6
63:3 70:25
71:12 97:21
107:3 159:1
**parties** 57:20
73:2,9,15 80:5
157:3 160:15
161:15
**partner** 30:10
**partners** 10:19
149:16
**parts** 74:11
**party** 72:7,22
73:5 78:16,17
150:23 151:14
157:3

**passed** 40:6
63:17
**passing** 56:5
**pause** 65:12
128:22 143:14
**paused** 34:1
**pay** 138:13
**penalties** 162:20
**pending** 6:25
**pennsylvania**
8:16 86:21
**percent** 26:9,21
27:7 28:2 35:23
37:25 61:9 62:9
67:14 83:5,6,13
83:15,16,22
84:6 90:11
115:22 132:18
150:14
**percentage**
146:16
**perfect** 157:22
**perform** 72:6
73:2,9,15 74:18
74:19 78:17
79:22 84:6,10
84:10
**performed** 58:1
60:16 61:4 62:5
73:21 75:15,25
77:16 78:4,10
82:1
**performing**
83:18,22 124:25

**performs** 73:18
82:9,17 84:8
**periods** 45:20
47:16 52:14
**perjury** 162:20
**person** 16:2
66:8 68:8,20
106:23 107:9
122:13 138:14
**personal** 7:12
7:19 46:13 70:6
104:17 144:10
153:20 160:8
**personally** 12:9
24:16 39:15
50:25 51:6
54:23 93:16
98:17 115:3
134:14
**persons** 107:9
**perspective** 15:7
19:23
**pertaining** 36:8
136:15
**pertains** 57:23
**peruses** 43:17
44:2 47:11 52:8
91:8 96:9
112:23 156:10
**peter** 2:10
**phase** 64:14
65:6,17
**phone** 41:4
134:6

phones  14:17
photo  14:1,10
photograph
  2:22
photographs
  63:5
photos  63:11
physical  16:24
  151:4
physically  71:13
  71:20
picture  42:4
place  31:24
  61:24 62:2
  67:18 78:16
  119:9 141:9,16
  141:22 153:21
placement
  31:13 33:5,8
  37:1,5 42:3
  51:25
plaintiff  157:1
plaintiffs  1:6
  2:5 4:12 157:17
plan  17:3 29:25
  30:1
planning  23:19
  27:4 28:6,11
  30:25
plans  17:25 18:6
  34:25
plant  17:22
  51:18 62:14
  80:1,11 83:1

plants  10:19
  81:12
plasma  5:7,10
  36:8 38:1,2,6,9
  49:5 50:18
  51:16,20 57:24
  100:11,19
  101:12 102:4,15
  103:9,15 104:1
  104:10,12,15
  117:4,5,10,14
  117:18,22 118:4
  118:6,14 119:8
  120:10,20
  121:18 122:4,14
  123:6,10,19
  125:18,20
  129:10,14 130:2
  130:4,8,9,10,11
  130:16,16,21
  131:1 132:22
  136:15,20 140:7
  140:7,18 141:7
  145:15,21 146:6
  146:17,24 147:2
  147:5,16,19,21
  148:8,19 149:18
  149:20 158:18
  159:1
plate  33:11
  102:21
please  4:8 27:20
  36:25 74:5
  112:21 161:12

plugged  43:7,14
  45:19 47:16
  52:13
plugging  151:4
point  6:13,24
  9:12 12:8 14:19
  18:20 19:6,12
  29:6 35:16,22
  46:1 51:18
  60:18 67:23
  68:6 83:25 84:2
  85:8 87:10,18
  93:11,25 105:11
  137:5 155:14
policies  150:9
  152:14,16,20
policy  92:2,6
  94:4 119:9
  150:4 152:12,13
  153:6
poor  57:5
port  140:21
  142:3,8
portion  110:8
pose  114:3,7,20
  115:7 125:21,25
posed  86:15
  96:15 113:13
  116:3
posing  109:12
  112:4 115:20
position  20:17
possession
  139:23 140:17
  140:19

possibility
  122:12
possible  105:1
  122:7
potential  104:16
  117:16,17
  134:12
powered  117:8
  117:9
practice  77:6
  119:9
preceding  160:6
predating  123:2
premarked  8:24
preparation
  65:10
prepared  9:9
prepares  36:16
preparing  156:9
prepping  6:9
present  2:10
  13:6 62:19 63:2
  66:18 84:21
presented  81:3
  107:18 141:8
presents  13:5
press  98:10,20
  99:14 106:12,17
pretty  36:12,14
  90:15 104:19
  134:4,6
previous  90:9
previously
  20:18 22:18
  23:19 25:2

**[previously - providers]**                                    Page 191

26:10 120:9
**print** 47:9
**printed** 38:11
**prior** 5:16 9:4
  10:2 12:22 14:2
  14:3,14,17
  15:11 21:2 50:7
  50:16 51:5
  63:23 64:1,4,9
  65:17 79:21
  93:2,9 116:20
  116:23 117:13
  117:21,25
  119:17 120:21
  123:25
**prism** 5:10
**proactively**
  134:11
**probably** 11:16
  13:3 21:1 34:9
  50:25 76:21
  80:25 124:17
  145:17 150:24
  152:23 156:18
**problem** 57:3
**procedure**
  161:24,24
**procedures**
  81:13
**proceed** 5:4 6:5
  7:24 44:19
  106:8 139:20
**proceedings** 4:1
**process** 6:9 32:1
  32:9 39:22,25

40:23 58:25
60:21 67:2
109:24 136:7
151:24
**processes** 65:23
  81:13
**producing**
  79:13
**product** 3:3 5:7
  9:20 10:2,8,9,10
  10:12,12,14,17
  12:13 14:11
  15:7 16:7,8,10
  16:11,19,21,25
  18:1,2,5,9 19:23
  19:25 24:1 25:9
  25:10 28:8,8,12
  28:18 29:3,16
  30:7,17,18 31:9
  31:13,15,15
  32:13 33:4,5,6,9
  33:12,15 37:2
  37:18,20 39:4
  40:3,4,4,15
  41:10,11 42:7
  45:2 46:19 48:1
  48:10 50:22,23
  51:1,2 52:17
  53:5 56:16
  57:11,13,16
  59:4 60:3,4
  62:22 63:3,6,14
  63:17 64:5,8,14
  65:10,13,16,19
  66:13,14,15,20

66:23 70:13,21
70:22 71:7,17
71:18 72:8,9,10
72:12 73:3,6,12
73:13,13,16,19
73:22 74:2,3,7,8
74:16,17,19,23
74:24 75:1,2
76:3,10 77:1,3
77:11,17 78:11
78:18 79:9
81:14,19,19
82:6,8,11,19
83:19,23 84:9
84:11,18,22,24
85:1,22,25
94:14 95:12
98:11 99:14
108:5 116:15
117:9,18 118:14
130:6 133:7
134:21,23 140:8
154:2 158:22
**production** 51:2
  82:25
**products** 11:6
  11:13,19 12:3
  14:13 17:7 19:2
  19:3 24:18
  27:14,24 28:6
  28:24 32:3
  39:13 46:17
  51:1 56:20 57:8
  68:23 73:10
  79:13 86:3

98:14 101:18
114:7,15 131:24
136:23 139:25
146:21 150:21
**professionalism**
  159:6
**program** 14:20
  15:4,18,23,24
**programing**
  15:4
**project** 35:3
**promoted**
  144:20
**properly** 73:14
**property** 87:1
**protected**
  154:11
**protocol** 66:3,10
  67:2,16 69:10
  75:13 76:1 92:2
  92:6 94:4 153:6
**protocols** 77:13
  150:4,9
**proven** 144:13
**provide** 48:21
  61:11,19,19
  109:21 150:9
**provided** 41:16
  41:20 47:4
  48:18 52:16,20
  53:8 61:8 63:5
  81:24 101:10,14
  145:19 158:6
**providers** 128:1

**provides** 47:22
**providing** 115:2
  156:16
**public** 36:17
  139:4 160:5,24
**publication**
  108:11
**published** 48:9
**pulled** 36:6
**purchase**
  131:12
**purchased**
  37:24 38:1,5,6
  38:19,22 43:5
  49:12,22 50:11
  129:24
**purchasing** 24:2
**purpose** 33:3
**purposes** 24:17
  31:16 32:2,5
  36:17 56:20,24
  58:3 62:11
  66:19 67:9 74:2
  74:6,13,15
  75:16 76:2
  81:14 131:18
  132:6,23 150:20
**pursuant** 64:8
  87:4 107:3
**purview** 138:12
  155:15
**pushed** 92:9
**put** 17:14 36:21
  42:18 98:10
  112:2

**puts** 36:16
**putting** 17:16

**q**

**quality** 19:12
  150:3,9,10
**quantify** 82:5
**quarter** 10:13
  145:18
**question** 6:13
  6:25 9:12 21:7
  22:7 23:17,18
  33:23 35:5
  37:14 43:8
  45:12,21 48:17
  54:3,10 57:1,5
  59:17 61:15
  64:6 69:3,7,18
  69:24 71:9,11
  72:16 73:13
  74:10,11 76:13
  79:6 88:25 89:1
  89:3 90:1 92:4
  95:25 105:18
  112:25 117:19
  117:20 128:13
  133:10 135:11
  149:18
**questioning**
  22:14
**questions** 8:12
  9:8,10 23:5
  26:22 27:9
  56:18 67:17
  120:9 158:14
  159:5,8

**quickly** 104:25
  156:4
**quote** 65:17
  129:18

**r**

**r** 2:1 3:8 24:7
  25:18 26:3
  53:18 160:1
  162:3,3
**rachel** 24:23
**raised** 115:12
  133:6
**ramdan** 26:3,20
  26:22 118:25
  119:7 122:16
  138:2
**ran** 28:15
**random** 50:25
  60:10
**randomly** 81:19
**ray** 147:10
**rayala** 2:4
**rc** 117:8,8
**reach** 68:20
**reached** 133:16
**reaches** 20:12
  120:5
**read** 10:6 36:13
  47:8 52:6 91:17
  105:19 108:9
  109:14 112:17
  159:9 161:8
  162:20
**reading** 43:15
  43:25 44:21,23

96:5 109:20
  111:23
**ready** 142:4,12
  144:11
**reality** 155:21
**really** 17:13
  65:15,16 140:17
**reason** 12:9
  65:12 66:25
  77:12 98:1
  142:25 161:10
  162:6,9,12,15
  162:18
**reasonable**
  161:17
**reasons** 20:23
  22:25 23:12,16
  25:11 53:6
  85:16 93:7
**recall** 3:5 6:1
  15:21 51:4
  64:19 72:17
  75:18 80:17
  81:10 98:13
  104:24 105:7,24
  107:5,10,19
  108:7,12,12,15
  109:2,4,23
  110:1,10,12
  111:8,9 112:1
  113:3,7,11
  114:11,18,23,25
  115:15 118:22
  119:6 121:7,8
  121:16 123:4,22

123:25 125:3,10
128:4,8,20,21
129:2 131:22,25
135:3 136:1,5
144:19 149:15
151:24
**recalling** 110:15
127:19
**receipt** 2:24
38:7 49:1
161:17
**receipts** 129:23
**receive** 61:2
101:5 116:24
135:25
**received** 110:5
116:6,19 117:13
117:21 118:5
120:11,16 122:4
127:3 136:12,22
138:17 157:14
**receiving** 90:3
124:1 137:3
**recent** 20:21
**recertification**
62:12 76:17,25
77:4,17,24 78:5
78:11 85:2 88:9
**recess** 44:16
106:5 139:17
**rechargeable**
16:18,18
**recollect** 22:22
53:1

**recollection** 6:6
7:11 25:6 87:14
136:14
**recommendati...**
46:9
**recommendati...**
32:11 42:23
64:4,9 87:5,7
105:4,8,24
106:15,20
**recommended**
47:21 84:5
**record** 4:3,7,23
5:1 7:4 9:17
44:11,15,17
106:3,7 139:15
139:19 159:11
**recorded** 1:11
4:4 160:7
**recording** 6:12
**records** 69:1
91:24 101:23
139:4
**reduced** 160:7
**reduction**
157:13
**redundant**
91:20
**refer** 7:25 12:10
48:7 55:10,13
55:15
**referenced**
102:9 161:6
**references**
48:10

**referred** 108:25
**referring** 12:6
51:20 54:5 70:3
70:10 83:9
96:12 120:6
122:22 153:1
154:19
**refresh** 6:5
112:25
**refund** 109:23
**regard** 161:19
**regarding** 42:24
99:24 106:18
117:18 122:13
127:15 136:22
**regards** 42:6,7
57:11,13 61:15
67:16 118:3
140:7
**regional** 14:14
**registered** 160:4
**relate** 5:3 7:21
8:18 118:6
121:9
**related** 8:16
27:7 46:19
54:13 62:22
86:18 87:1
105:3,7,23
115:23 127:10
128:21 149:23
152:1 154:22
**relates** 40:9
58:8 76:3 108:4
142:6

**relating** 26:22
61:11 62:6 63:2
64:4 68:18
77:23 85:23
86:3 91:25 92:2
92:7,15,16 94:9
96:16 98:2,19
101:11,14
115:19 116:19
116:25 117:3,22
118:5 119:8
120:11 122:4,14
122:25 127:6
131:5 134:2,23
135:4,19 136:14
136:20 137:4
144:1 145:21
146:5 149:18
152:6 157:13
158:17
**relationship**
79:5,8,10,11,15
79:17,21 80:16
80:20,24 81:2
84:2 132:21
133:18,19,24
137:16
**relationships**
131:17,22
138:22
**relative** 160:14
160:16
**relatively** 13:2
**release** 98:10,20
99:14 106:12,17

**relied**  113:19
**relies**  150:15,19
**rely**  32:1 100:23
  100:25 113:15
  114:12,14
  157:10
**relying**  32:8
  59:13
**remainder**
  37:13
**remaining**
  130:15
**remedy**  98:13
  104:24 105:3,7
  105:24
**remember**  25:1
  62:7 63:7,24
  75:14 78:14
  84:1,7,23 100:8
  116:22 121:21
  123:20 129:17
  144:19 156:14
**remotely**  2:5,9
**renew**  75:5
**renewal**  67:9,11
  76:7 110:6
  114:16
**renewals**  75:11
  75:25
**renewed**  60:5,6
  77:13
**renewing**  67:3
  75:16 76:4
**repair**  44:6 45:2
  45:7

**repeat**  37:14
  43:8 56:22 69:7
  78:8 79:6
  106:16 112:24
  132:24
**rephrase**  6:16
  45:21 62:25
  64:6 82:16
  127:23 153:15
**replace**  44:6
  45:2,7
**report**  12:14
  24:13 81:20
  84:15,20 130:22
  130:25 147:25
**reported**  1:18
**reporter**  4:17
  6:11 7:4 159:16
  160:5
**reports**  30:13
  86:24 113:16
  114:14 135:18
**represent**  4:9
  5:19
**representative**
  1:12 2:14 4:18
  7:13,15,18 8:4
  14:15,15,16
  22:12 46:16
  55:1 92:18
  161:4,8,10,12
  162:2
**representatives**
  13:16

**represents**
  70:21
**request**  42:17
  68:18 69:4
**requested**  47:20
  63:11
**requests**  3:9
  42:12,15
**require**  61:10
  68:25 69:8
  150:10
**required**  86:5
  146:20 151:8,9
  151:11
**requirement**
  75:24 105:23
**requirements**
  56:5 64:9 86:6
  105:3,8 106:14
  106:20 146:15
**requires**  46:18
  61:18 146:14
**reread**  47:8
  53:1
**research**  79:22
  81:1 132:24
  133:13 144:1,8
  144:23
**researching**
  17:14,15
**reside**  53:17
**residence**
  126:11,22,25
  129:20

**resign**  21:13
  26:8
**resigned**  23:3
  23:14
**resolved**  121:11
**respect**  152:13
**respond**  8:12
  155:8
**responded**
  155:9
**responders**
  127:14
**response**  120:12
**responsibilities**
  10:8 20:11
  24:13 26:19
  27:10 28:23
  35:25
**responsibility**
  21:17 31:21
  36:20 42:9
  132:12
**responsible**
  18:6 27:13 28:5
  28:10 29:15,23
  31:8 33:7 37:9
  37:15 40:8 58:9
  58:14 110:24
  149:10 152:20
  153:5
**rest**  17:23
  109:20 112:18
  156:4
**restate**  6:15
  82:16 92:5

result  65:23
 95:15 97:6
 128:3,5,8,8
resulted  111:11
resulting  113:4
results  34:4
 113:19 124:23
retail  28:25
 146:13
retailer  140:2,3
 146:13
retailers  131:17
 131:24 132:3
 136:21,22
 137:16,19
 139:24 145:6
 146:20
retain  68:25
 120:19,23
retained  159:13
retention  69:2,6
 69:10 92:3,7
retract  130:4
return  34:10
returned  161:16
revealed  144:9
revelation  97:12
revenue  139:5
review  39:19,20
 91:7 93:14
 135:16,18
 139:12 153:6
 156:4,7 161:7
reviewed
 155:14

reviewing  50:17
reviews  40:5
 50:22 118:14
 137:16
rewe  53:18
rewind  60:1
rick  86:9
ride  11:11,12
 140:10 146:18
right  7:21 12:12
 13:2 17:13 33:2
 46:21 52:19
 66:17 82:14
 92:10 96:19
 111:21,23
 142:16 144:25
 154:12 157:6
 158:14
risk  43:6,13
 45:13 46:22
 47:7 52:4 91:16
 94:16,24 95:13
 97:5,20 98:1
 104:16 117:14
 125:21 148:23
 149:11,21
risks  110:25
 145:22 146:5
riverwood  1:15
 2:7 160:11
rmr  1:18
rogue  98:12,25
 99:17 100:3,11
 100:21,25
 101:16 102:2,8

102:14 103:10
 103:17 104:1,9
 104:25 106:18
 107:5 108:4,7
 108:12 109:4,17
 110:16,21 111:2
 111:3 112:10,13
 113:20,23
 114:11,18,22
 115:15,19 116:3
 116:20 123:10
 123:21 124:2
 125:15 129:1,4
 129:8 148:12,18
 148:22 149:12
 151:25 153:24
role  7:22 9:19
 9:21 10:3 12:12
 12:14 16:6,23
 17:13 19:12,15
 19:17 21:5,17
 21:25 22:11
 24:10 25:2,15
 25:23 26:10,13
 26:20,22 27:3,9
 27:21 28:1
 39:16 50:21
 77:21,24,25
 93:2,17 98:18
 122:9,10 153:5
 155:15
roles  9:25
rough  150:7,8
roughly  5:25
 13:13,13 16:4

65:2 82:7,11
 121:22 138:25
routine  33:19
 34:8 137:15
rudwin  2:2 5:17
rudy  4:11 5:17
 157:19
rule  161:24,25
rules  161:18
running  58:14
ryan  25:18

**s**

s  2:1,18 3:8,8
 24:7 26:25
 78:23,23 162:3
safe  150:21
safer  144:21
safety  3:2,3
 42:24 47:2,14
 85:21,22,22,25
 86:2,14 87:8,12
 87:13,15 92:9
 92:15 93:10,18
 94:5,7,8,12,13
 95:22 96:2,25
 97:11 98:11
 108:5 110:25
 134:21,24
sale  129:14
 142:12
sales  14:15,16
 15:7,7 25:21
 34:15,15 131:9
 132:4,7,8,11
 137:17,18,24

138:5 146:8
**sam**   1:13 2:15
  4:5 6:20 9:18
  159:12 161:4,8
  161:10,12 162:2
  162:23
**savvy**   22:10
  138:14
**saw**   68:13
**saying**   60:25
  63:16 71:24
  117:15 118:22
  133:25
**says**   41:14 44:5
  46:3 113:22,23
**schedule**   20:11
  82:2
**scheduled**   34:7
  35:1
**school**   15:10,10
  15:11
**scooter**   86:17
  110:22 112:10
**scooters**   11:4,7
  11:25 32:25
  108:8 109:12
  112:4
**scope**   77:6
  118:9,9 135:7
  139:9 145:10
  151:18 152:8
**seal**   160:20
**sealed**   141:11
**season**   10:13
  11:22,22

**second**   37:6
  42:25 91:6
  108:3 110:8
**section**   41:16
  44:23 45:1 46:5
  46:10 87:10
**sections**   46:22
**secured**   104:24
**secures**   98:13
**see**   10:6 16:11
  16:22 17:4
  28:25 30:5,11
  34:12 49:4,6,19
  53:25 55:22
  57:3 86:22,23
  87:2,5,8,21
  91:18 95:8
  96:18,21 99:1
  101:3 114:14
  129:25 139:12
  156:5
**seeing**   16:10
  156:14
**seems**   90:15
**seen**   36:9 38:7
  46:18 51:24
  55:19 56:9
  98:15 107:20
  155:11 156:13
**select**   62:14
  81:19 148:2
**selection**   100:12
**self**   86:17 108:8
  109:11 110:22
  112:3,10

**sell**   129:1,4,6
  131:3,5,24
  132:1 145:15
**seller**   11:15
**selling**   11:17,19
  131:19 143:2
**sells**   10:24 11:14
  133:7
**seminar**   58:18
**send**   56:3 66:13
**sends**   40:3
**senior**   23:19
**sense**   19:1 103:7
  103:8 104:7
**sent**   39:13 51:13
  56:14 66:15,21
  67:12 119:25
**sentence**   108:20
**september**   6:3
  7:11 8:15
  121:22 122:2
**serial**   51:15
**served**   10:1
  22:18 23:19
**servers**   14:19,20
**serves**   25:25,25
**service**   115:17
  115:24 116:11
  118:16,21
**services**   14:17
  19:20
**serving**   22:4
**set**   17:3 20:11
  31:25 32:14
  160:19

**setting**   29:15
**settled**   99:9
  117:7 121:3,12
  121:16
**settlement**
  121:14
**seven**   9:24
  13:21
**several**   63:18
  79:3
**shape**   7:21 17:6
  50:9 54:16 65:9
  145:6
**shared**   111:4
  114:23 149:15
**sheet**   38:15
  161:11,13
**shelves**   129:16
**sheriff's**   127:15
  135:20
**shipment**   82:2
  82:24 83:7 84:6
**shipments**   82:6
  139:22,23
**shipped**   83:17
**shock**   70:6,14
**show**   17:16 36:1
  58:18 68:17
  79:20 80:23
  81:11 131:11
**showing**   98:9
**shows**   134:5
**shut**   153:12,13
  153:17

**[shuts - starting]**

**shuts** 153:23
**shutting** 66:12
**side** 34:15
  137:18
**sidell** 20:14 21:2
  24:3 27:22,25
**sign** 107:12
  159:9 161:12
**signature**
  160:22
**signed** 161:21
**similar** 5:6
  14:10 104:19
  123:5 152:9
**simply** 89:12
  112:2 148:25
**single** 58:22
**sir** 5:14 36:11
  37:15 43:9,16
  44:1 45:23 52:7
  56:23 64:7 69:8
  73:15 88:14
  94:22 96:7
  102:6,18 103:12
  106:10,17
  122:11 148:15
  153:16
**sisters** 98:23
**sitting** 78:3
  100:18
**situation** 90:15
**situations** 95:16
**size** 31:25 32:8
  82:24,24

**slogan** 37:7
**small** 47:9
  106:10 134:4
**smoke** 86:25
**smoother** 5:5
**sold** 11:24
  101:22 121:19
  140:9 146:17,18
**solutions** 161:23
**somebody** 22:4
  22:13 26:13,19
  28:4 137:24
**sorry** 5:25 6:3
  11:10 14:8 16:4
  22:22 24:22
  25:10 32:21
  37:14 38:6
  39:19 42:22
  43:25 44:4
  46:13 54:3,24
  56:22 57:4,12
  60:1,13 62:24
  64:6 65:2,4 68:3
  68:7 69:22
  72:16 73:11
  77:20 78:8,23
  82:3,12 84:4
  87:25 88:13
  90:1 92:4,10
  94:20 97:8
  104:4,5 105:18
  106:16 108:20
  109:16 113:10
  120:22 121:25
  122:1,24 123:17

124:8 126:12
127:9 128:11,17
128:23 129:17
130:4 132:10
138:3,8 140:3
140:24 141:6
142:19 143:14
143:21 144:7
146:10 147:1
148:20 151:14
155:5
**sort** 80:7 94:11
  126:1
**sounds** 83:16
**source** 10:9,14
  10:16
**sourcing** 10:20
  14:11 24:10,16
  30:14 34:4
  128:25
**speak** 137:24
**speaker** 16:14
  16:15,15 18:4
  28:9 29:10,20
  30:4,17,20
  130:14,15
**speakers** 29:7
  30:6
**speaks** 111:13
  111:17 112:7
**spec** 102:25
**specific** 127:24
**specifically**
  51:20 58:1 94:9
  115:4,20 124:2

136:23 137:23
140:11,18
145:21 149:10
**specifications**
  31:25 103:11
  150:12
**specifics** 85:18
**specs** 17:17
  37:11,17 41:10
  42:6 103:14
**speculation**
  55:7
**spell** 14:5 92:23
**spot** 58:24 59:2
  59:10,14,21
  60:10,15,19,23
  60:25 61:3,15
  62:2,5 66:23
  72:18,22,23,24
**ss** 160:2
**st** 1:18 160:4,24
**standard** 82:23
  85:9,16 87:8,12
  87:15
**standards** 41:6
  86:6
**standing** 159:17
**start** 4:22 27:18
  32:16
**started** 5:21
  12:2 41:14
  43:12 84:2
  143:2
**starting** 4:9 9:4

**[starts - taken]**

starts 43:11,23
65:14 92:23
state 4:8 52:9,15
54:8,11,15
87:18 99:14
104:23 109:10
111:9 120:22
121:8 125:1
160:2,5,25
stated 9:16
76:11 111:22
114:13 116:10
148:17 162:21
statement 6:21
states 1:1 38:16
41:14 44:22
47:2 49:5 53:10
53:24 54:4
68:10,14 70:5
86:16 87:10
90:25 108:4
110:8,22 111:7
111:18,19 113:3
141:24
stating 9:17
63:18 116:12
statute 161:18
stephanie 1:3
4:5 161:4 162:1
steps 37:12
sticker 31:15
55:21 56:8 70:4
70:5,20,21
71:16

stickers 56:14
56:15 123:5
stipulate 157:20
158:4
store 29:1
121:25
stores 14:17
140:16 141:4
stray 150:18
street 48:3
53:18
strike 102:12
109:16
stripes 31:14
strong 98:13
104:24 105:24
structure 50:1
subject 110:5
submitted 40:19
60:4 62:10
submitting
40:24
subsequent
64:13
subsequently
58:20
sugantino 26:25
27:10
suggested
161:16
suggestions
33:13
suite 2:3,7
suited 23:5
25:13 26:23

27:10 135:11
sultan 12:17
13:5 21:1,16
25:25 26:23
27:11,12 93:6
122:17 132:16
138:16 152:24
sultan's 107:11
summer 119:18
suppliers 80:2
80:12 128:23
144:25 150:12
supply 131:14
support 44:7
45:4 158:8
supposed 151:6
sure 6:7,8,15,17
7:2,3 10:9 11:22
14:10,24 15:10
16:10 21:14
22:6,15 23:4
26:9,21 27:20
28:2 33:2 35:23
38:3,11 41:10
51:7 55:8 56:13
56:17 57:1 58:5
59:9,20 60:8,8
61:9 62:9,13
67:14 75:1
76:20 77:18
79:14 82:7,15
93:14 97:9
101:4 103:22
104:2,4,20
106:21 108:23

112:22 113:2,11
115:22 122:18
124:19 132:20
133:4 143:5
146:7,13 150:12
150:13,25 151:5
surprising
97:12
sustained 157:1
sw 1:4
swear 4:17
sweetwater
127:14 135:20
sworn 4:20
sync 5:9
system 103:23
153:21
systems 15:22
70:5

t

t 2:18 3:8 26:25
78:23,23,23,23
148:9 160:1,1
162:3,3
table 34:13
take 7:1,4 8:25
27:16 30:9
35:15 43:16
47:9 67:18
78:16 91:6
119:11 130:2
139:1,3,11,22
140:19 141:9
taken 1:14 5:22
6:2 44:16 93:15

**[taken - time]**

106:5 139:17
160:10
**takes** 77:14
140:17 141:16
141:22
**talk** 15:9 136:24
**talked** 33:4 67:1
69:23 70:2
**talking** 8:1 29:8
29:17 32:18
39:14 51:10
55:11 64:12,13
69:22 71:23,25
73:12 74:1
76:14 81:15
85:9 120:4,8
124:12,14
136:11 137:6,12
139:25 140:18
140:23 153:3
155:4
**talks** 86:24
96:14,15
**taped** 141:11
**target** 131:18
137:8
**task** 20:11
**team** 17:17,17
17:25 18:5
36:21,22 78:2
92:11 116:11
118:16,21 121:2
122:21,22 131:9
132:4,8,11
135:12,12

137:17,18,25
138:5 146:8
**teams** 33:20
133:20
**tell** 6:10 22:9
60:22 61:1
**telling** 31:24
**temperature**
94:11,15,23
95:5 153:22,23
**temperatures**
95:9
**tenure** 62:5
**term** 12:5 120:3
**terminated** 23:3
23:14,15 26:8
119:5
**terminology**
83:10,12 86:16
**terms** 6:4 17:14
154:19
**test** 41:12 76:3,7
76:17 78:23,23
113:8,12,15,19
124:18 133:7
144:24 146:20
**testcoo** 78:23
80:19 81:1,7,14
82:1,9,17,22
83:5,15,22,25
84:5,8,21,24
114:13,18 115:4
132:22 133:18
133:19,21,22
150:23 151:22

**tested** 77:3
113:24 115:7
124:17 143:3,18
**testified** 4:21
**testify** 8:12
**testifying** 8:9
57:23 71:20
77:3
**testimony** 5:3
78:7 82:9,17
122:3 161:8,17
**testing** 74:19,24
75:3,5,7,7,10,15
75:25 76:14,16
76:25 77:16
78:4,10 83:16
114:2 115:9
132:23 144:13
144:25 149:10
149:19 150:22
150:24 151:14
151:23
**tests** 82:22
124:23,25
**thank** 4:16 9:2
29:11 60:12
70:3 82:16
159:7,10
**thermal** 88:23
94:11,16,23
95:10 116:15
**thing** 6:10 20:1
31:7 34:15 37:6
46:1 51:15 59:8
69:17

**things** 28:10
47:24 67:18
**think** 6:3 13:3
16:4 33:11
65:14,15 66:15
105:20 123:17
129:17 146:10
146:10 159:4
**third** 57:20 72:7
72:22 73:2,5,9
73:15 78:16,17
150:22 151:14
157:2
**thought** 72:11
**thoughts** 34:24
**three** 5:25,25
9:22 35:16
86:25 134:17
**tied** 56:15
**time** 6:1,13,24
9:12 11:22,22
12:8 16:5 19:6
20:18 35:7,9,11
43:8,16 45:20
47:10,17 48:8
52:14 60:18
63:22 65:2,23
66:10 68:13
72:11 75:15
80:25 94:7
97:22 120:5
124:21 126:24
133:13 145:19
159:5

**[timeframe - unavailable]**                    Page 200

**timeframe** 66:5
66:8 87:16
**times** 82:7,13,19
134:17
**title** 19:17
**titled** 85:21
98:12
**today** 5:20 6:13
6:18 7:7 8:3,8,9
22:9 26:17 36:9
78:3 81:15
100:18 129:13
129:14 156:13
**together** 36:16
36:21
**took** 11:21
44:21 61:24
62:2 65:12
**top** 11:17 44:22
47:1 116:13
142:19 147:23
**topics** 4:24 5:2,6
69:21
**total** 159:12
**touted** 144:20
**trade** 58:18
68:17 79:20
80:23 81:11
134:5
**transcript** 3:12
3:13 4:1 10:7
161:6,20
**transcripts**
159:16 161:14

**transferred**
20:16,20
**travel** 97:24
**trend** 30:3,5
34:17
**trends** 10:11
16:15,20 17:2
17:15 19:4
30:14 130:7
143:15
**trial** 99:9
**triple** 149:25
**true** 118:17
132:14 139:1
162:21
**try** 124:21
**trying** 6:3 13:3
16:4 22:11,22
33:10 80:17
118:22 158:11
**tuesday** 34:23
**turn** 108:3
**turned** 119:10
**two** 4:24 5:2
15:25 18:19
20:22 74:10
82:7,11,12,12
82:19 86:19
96:18 98:22
100:5 103:4
104:8 110:6
117:6,12,15,17
117:24 118:1
120:12,16 122:4
134:17

**type** 34:7 36:16
46:18 79:22
94:4 95:5 133:8
137:15 145:5,20
150:3 153:12
**types** 34:5

**u**

**u** 3:8 19:7 24:7
26:25
**ul** 5:11 31:22
32:1,8,14,17,18
37:19 39:20,21
39:24 40:4,5,9
40:14,19,24
41:1,17,21,22
41:23 43:1
46:18 47:4
52:21 55:21,24
56:1,3,9,14,14
56:15,21,24
57:6,10,14,20
57:25 58:1,2,3,8
58:15,19,22
59:10,12,19
60:4,7,16,22
61:3,11,19,24
62:5,10,19 63:2
63:6,11,13,14
63:15,23 64:4,9
65:19 66:3,7,14
66:18,21,22,23
67:2,13,16 69:2
69:5,9 70:4,13
70:20,24 71:2,5
71:7,11,17,21

71:23 72:1,2,6
72:12,17,22,23
72:24 73:2,4,5,9
73:10,15,16,18
73:18 74:1,3,4,6
74:7,13,14,15
74:16,17 75:12
75:15,23 76:1,2
76:6,16,20,24
77:3,11,13,16
77:23 78:2 80:5
80:12 84:14,19
85:1,4 87:8,11
87:15,19 88:2,8
88:17 89:4,15
89:21 90:3,6,19
90:25 101:1
109:17 110:5
113:15,19,24
114:1,12,16,17
115:4,13 123:5
130:22,24,25
143:17,19
146:14 147:25
150:11,15,19
151:6,9,23
**ul's** 41:6 77:6
**ultimately** 124:7
125:2
**um** 102:10
155:2
**unannounced**
59:3
**unavailable**
131:11

**uncomplicate**
140:6
**under** 33:11
44:4,4 46:3,4,10
49:5,18 74:3
131:9 160:7
161:18 162:20
**understand**
6:14,19 8:3,7,9
8:13 9:7 12:5,7
12:11 18:13
19:18 30:11
38:3 39:6 71:9
74:2 90:19
102:20 128:12
148:17
**understanding**
10:21 13:18
27:20,24 29:14
38:21,22,23
41:9 57:1 60:6
72:20,24 84:14
111:22 144:22
**understood**
33:3 66:18
72:21
**underwriters**
39:21
**unfortunately**
138:13 145:12
**unit** 4:4 37:25
38:4 43:13 44:6
45:3,19 47:16
49:23 52:13
53:10 55:15,24

56:4 67:12
70:16,25 71:1
71:12,20 83:3,7
84:16 100:16
109:22 115:5
139:15 141:14
141:15,20 142:6
146:24 147:3
**united** 1:1 54:4
68:14 141:24
**units** 59:12,21
62:10,14,15
63:25 67:5,8
70:18 110:1,4
140:18,19
141:16 142:3,8
146:3
**universities**
14:25
**university** 15:14
**unquote** 65:17
**unsure** 104:2,4
104:5
**upc** 49:12,15,18
49:25 50:1,8
**update** 34:14
**updated** 42:4
**updates** 41:1,5
**upgraded** 130:9
**urging** 135:16
**usa** 53:24 54:6
54:13,18,20
55:4,10,13,15
55:19

**use** 52:15,19
83:12 88:22
90:9 103:2
116:14 143:9
145:22 150:21
**used** 53:17
84:15 111:3
120:4 126:2,5
154:3,3 159:1,2
161:20
**user** 33:10
**users** 30:8
**using** 18:3 52:24
53:7
**usually** 56:15
62:13 65:13
75:7 76:11
103:22 124:20
147:13

---

**v**

**v** 23:7 24:23
161:4 162:1
**vague** 152:21
**valid** 60:5
**validate** 63:14
**varies** 11:22
140:2
**variety** 120:4
**various** 11:13
33:20 95:15
101:22
**verbal** 7:3
**verbatim** 36:13
**verbiage** 52:6
54:12,17,20

55:4
**verification**
84:14
**verify** 19:24
37:21 59:4,4,4
84:19 124:21
161:9
**veritext** 2:10
159:13 161:14
161:23
**veritext.com**
161:14
**versus** 4:6 38:12
103:10 123:9
146:17
**vicky** 1:18 160:4
160:24
**video** 1:11 4:2,4
4:16 44:14,17
63:5 106:2,6
139:14,18
159:10
**videographer**
2:10 6:11
**videos** 63:11
**view** 134:22
**violations** 80:6
**visit** 80:1,11
**visits** 81:3
**visual** 151:2
**voice** 4:8
**voiced** 108:21
**voices** 118:13
**voicing** 120:20

**void** 44:8 45:7
**volt** 111:3
**voluminous**
155:19
**voluntary** 108:7
108:12,15 109:4
110:10 111:8,9
113:3,7 123:4
123:25 125:3,10
135:25
**vp** 9:20 10:8
12:13 16:6 25:2
25:21 26:10
30:12 39:17
46:15 62:5
119:1 153:5
**vs** 1:7

**w**

**w** 53:18
**w24200** 1:15 2:7
160:11
**wadsworth** 1:3
1:5 4:6,12 5:19
37:24 38:4 39:1
39:4 43:4,10
49:22 50:11
71:1 102:15
125:21 126:4,11
126:22,25 127:7
129:20 130:11
130:17 135:19
157:15 158:17
158:23,25 161:4
162:1

**wadsworths**
38:19,22 49:11
103:15,16
**wait** 69:18
**wal** 4:6,14
131:18 132:5,9
137:2,8 140:8,9
140:9,11,14,25
145:16,20 146:4
146:9,13,17
158:21
**walmart** 1:8
161:4 162:1
**want** 7:3 8:25
16:10,18 17:9
17:10,11,16
29:14 30:20,20
33:2,14,14 37:4
44:10 46:5 51:7
53:4 82:15
112:17 126:8,18
126:20 129:18
158:1
**wanted** 4:23
69:20 70:1
115:6
**wanting** 30:15
**wants** 18:4
**warehouse**
140:12,21,22
142:14,14,20,21
**warning** 2:25
31:19 46:17
52:3,12,16,22
53:5,10,24

54:11,13 69:13
91:12,15,19
123:5 146:2
**warnings** 32:12
32:13 42:7,24
46:19 47:2,6,14
51:25 145:22
146:5
**warranty** 44:8
45:7
**waukesha** 1:15
2:7 160:11
**way** 7:21 8:15
12:4 13:15 17:6
18:4 35:1,6 37:3
37:22 38:22
50:9,16 54:16
60:6 61:1 65:9
66:13 69:12
77:21 78:4 79:4
82:5 99:8 130:4
130:6 137:2
139:2,7 145:6
154:24 156:21
159:2
**ways** 55:5 120:4
**we've** 30:8 47:2
123:6 136:11
**website** 25:8
36:7 38:10,12
107:20 131:3,8
140:10
**wednesday**
34:23

**weekly** 35:2
**went** 47:15 49:9
52:22 99:8
123:4 124:7
158:23
**west** 2:3
**whatsoever**
126:9 157:16
158:17
**wheels** 102:21
**whereof** 160:19
**white** 90:15
**wisconsin** 1:15
2:7 7:8 160:2,6
160:11,20,25
**witness** 2:13
4:17,19 9:2
17:20 31:12
39:19 43:17,18
44:2,3,13 47:11
47:12 52:8,9
54:23 55:8
64:19 69:17
70:18 71:4,16
72:16,20 76:20
77:11 78:8,14
85:13 87:25
88:5,12,20 89:7
89:18 90:5 91:8
91:9 94:19 95:1
95:19 96:5,9,10
97:14 98:5
110:20 111:18
112:17,23,24
114:6 116:10

117:6 118:11
125:6,24 126:16
128:14,17 133:3
135:1,9,14
139:10 140:2
145:11,24 149:2
149:14 151:19
152:3,8,10,23
154:1 155:5
156:10,11 157:8
159:7 160:19
161:20
**word** 46:6 74:8
74:25 78:25
79:1 91:18
**wording** 91:20
91:21
**words** 8:11 37:7
46:8,9 59:13
91:17 95:2,4
**work** 10:10 13:6
86:12 130:6
134:20
**worked** 14:18
**working** 14:14
143:22
**works** 144:14
148:3
**world** 66:12
**worse** 144:14
**writing** 120:17
160:7
**written** 37:3
48:9

**wrong** 27:21
66:20 124:7
125:14,17
129:18
**ww** 1:4
**wyoming** 1:2

**x**

**x** 2:12,18 5:9,10
68:4 130:9,10
130:16 147:10
**xiao** 80:16
**xyz** 34:17,18

**y**

**y** 19:7 24:23
**yeah** 15:15
27:12 29:11
35:6 50:20 57:7
59:18 64:18
66:13 72:3
74:25 77:9
78:10 79:7 83:9
89:3 92:5 96:14
105:12 118:24
120:23 124:5,12
127:24 137:9
145:25 157:7,8
157:21 159:18
159:19
**year** 10:13
11:23,23 60:11
65:7,8 86:19,20
96:18,18 121:19
138:18 139:6

**yearly** 59:8
61:18
**years** 7:20 9:22
9:24 11:18,19
13:3,21 15:25
16:17,17 25:24
35:16 62:21
76:21 110:6
**york** 12:23 48:3
53:18 86:11
**yu** 19:7
**yup** 6:22 46:2
60:2 65:7 91:9
99:2 147:10
**yuyang** 147:15

**z**

**zone** 5:10
**zoom** 18:11

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.