# EXHIBIT 7



NOT FOR COMMERCIAL/PRODUCTION USE

PCB MARKINGS: 679394 20150722

Sheet: /
File: hoverboard_controller.sch
Title:
Size: A4    Date:    Rev:
KiCad E.D.A.  kicad 4.0.7    Id: 1/13



COMPONENT REFERENCES ARE APPENDED BY "|P|S|" WHERE:
P = MOTOR PHASE (A/B/C)
S = MOTOR SIDE (R/L)
SO FOR RIGHT MOTOR PHASE A: APPEND WITH "AR"

NOT FOR COMMERCIAL/PRODCUTION USE

Sheet: /R_MTR_PHA/
File: hh_bridge.sch
Title: MOTOR_PHASE_H_BRIDGE
Size: A4 | Date: 2018-03-27 | Rev: R01
KiCad E.D.A.  kicad 4.0.7 | Id: 2/13



NOT FOR COMMERCIAL/PRODUCTION USE

Sheet: /MCU/
File: MCU.sch

Title:

Size: A4    Date:    Rev:
KiCad E.D.A.  kicad 4.0.7    Id: 8/13



IC PACKAGE HAS MARKING: SD51 1548C.
I COULD NOT FIND THE DATASHEET FOR A DEVICE WITH THIS MARKING
BUT I AM CONFIDENT THIS IS THE CORRECT SCHEMATIC

COMPONENT REFERENCES APPENDED BY (R/L) DEPENDING ON MTR

NOT FOR COMMERCIAL/PRODUCTION USE

Sheet: /L_MTR_PH_SENSE/
File: phase_sense.sch
Title:
Size: A4    Date:
KiCad E.D.A.   kicad 4.0.7
Rev:
Id: 9/13





NOT FOR COMMERCIAL/PRODUCTION USE

Sheet: /SUPPLIES/
File: supplies.sch
Title:
Size: A4    Date:
KiCad E.D.A.  kicad 4.0.7
Rev:
Id: 12/13



IC PACKAGE HAS MARKING: A42S FYFh
I COULD NOT FIND THE DATASHEET FOR A DEVICE WITH THIS MARKING
BUT I AM CONFIDENT THIS IS THE CORRECT SCHEMATIC

COMPONENT REFERENCES (R/L) SEEM MIXED ON PCB. SHOWN HERE AS IS.

NOT FOR COMMERCIAL/PRODUCTION USE

Sheet: /CURRENT_SENSE/
File: current_sense.sch
Title:
Size: A4    Date:                                Rev:
KiCad E.D.A.  kicad 4.0.7                          Id: 13/13