# EXHIBIT 8




# INVESTIGATION, RESEARCH AND TESTING

## Since 1970



TH
ANNIVERSARY
1970 – 2020

## Wadsworth v. Jetson Electric Bike, LLC et al.
## Electrical Evaluation

Party Client Represents:  Jetson Electric Bikes, LLC

Loss Location:          1620 Highway 374
                        Green River, Wyoming

Date of Incident:  February 1, 2022

Prepared for:

## Eugene M. LaFlamme, Esquire
## McCoy Leavitt Laskey, LLC

N19 W24200 Riverwood Drive, Suite 125
Waukesha, Wisconsin 53188

Case No. 2:23-cv-00118-NDF

## S-E-A Matter No. 06.136153

Issue Date:  September 13, 2024          Signed by:




This item has been digitally signed and sealed by Samuel G. Sudler, III P.E. on 09/13/2024. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copies.

EXHIBIT G

S-E-A | 795 Cromwell Park Drive, Ste. N, Glen Burnie, MD 21061 | 800.635.9507 | SEAlimited.com

ATLANTA • BALTIMORE/DC • CHARLOTTE • CHICAGO • CLEVELAND • COLUMBUS • DENVER • DETROIT • FT. LAUDERDALE • HOUSTON • ST. LOUIS • TAMPA

# Table of Contents

List of Figures...........................................................................................................................3

Acronyms, Abbreviations and Definitions ..............................................................................4

I.    Executive Summary .....................................................................................................5

    Matter Assignment ...................................................................................................... 5

    Scope ......................................................................................................................... 5

    Methodology............................................................................................................... 5

    Conclusions ............................................................................................................... 5

    Signatures................................................................................................................... 7

II.    Procedures .................................................................................................................8

III.    Discussion ................................................................................................................11

    Background ............................................................................................................... 11

    Joint Laboratory Examinations................................................................................... 11

IV.    Research and Investigation .......................................................................................20

    UL 2272 Safety Standard for Electrical Systems for Personal E-Mobility Devices ............ 20

    International Electrotechnical Commission (IEC) 62133 - 2 - Safety Requirements for Portable Sealed Secondary Cells - Part 2: Lithium Systems - Internal Short Circuit Test ..................................................................................................................................... 23

    Review and Evaluation of Berkeley Engineering and Research (BEAR) Report related to the Subject Fire using the Scientific Method................................................................. 28

    BEAR Opinion 2 & BEAR Opinion 3– Regarding the subject hover board and the cells having an internal short capable of causing this fire as opposed to an external fire attacking the unit.    31

    BEAR Opinion 1 and BEAR Opinion 4 – Regarding Failure Mode and Effect Analysis (FMEA) and the Consumer Product Safety Commission Safety Alert    35

Appendices...............................................................................................................................39

    Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I. Credentials.................................... 39

    List of Referenced Material .................................................................................................. 39



## List of Figures

Figure 1:  Artifacts recovered from the Wadsworth residential fire..............................................12

Figure 2:  Remains of the subject hoverboard and its associated battery cells.............................12

Figure 3:  Remains of 18650 battery cell designated battery 1. ...................................................13

Figure 4:  Side view of 18650 battery cell designated battery 1...................................................14

Figure 5:  Top view of 18650 battery cell designated battery 1....................................................14

Figure 6:  Remains of 18650 battery cell designated battery 1. ...................................................15

Figure 7:  Side view of 18650 battery cell designated battery 2...................................................15

Figure 8:  Top view of 18650 battery cell designated battery 2....................................................16

Figure 9:  Top view of the subject Jetson Model Plasma hoverboard with undamaged wiring (Green Arrow).............................................................................................................................17

Figure 10:  Closeup view of the undamaged wiring. ....................................................................17

Figure 11:  Underside of the subject Jetson Model Plasma showing the undamaged carpet........18

Figure 12:  Underside of the subject Jetson hoverboard showing the paper tag, tread on the tires as well as the green plastic cover..............................................................................................18

Figure 13:  CT scan of the battery cells as well as the circuit boards with no melted solder. .......19

Figure 14:  Closeup of the battery management system (BMS) for the subject Jetson hoverboard. ....................................................................................................................................19

Figure 15:  UL 2272 standard outlining the IEC 62133-2 testing the battery cells are subjected to for the Jetson hoverboard..........................................................................................21

Figure 16:  UL Notice of Completion and Authorization to Apply UL Mark. .................................22

Figure 17:  IEC internal short circuit test for a cylindrical cell......................................................23

Figure 18:  Second part of the IEC internal short circuit test. ......................................................24

Figure 19:  Dongguan Yulong New Energy Co. Ltd. Test and Certification for IEC 62133-2...........25

Figure 20:  Closed loop electrical system for hoverboard.............................................................26

Figure 21:  C.T. scan of the subject Jetson hoverboard showing no evidence of electrical arcing and shorting on wiring.......................................................................................................27

Figure 22:  Melting temperatures of various metals and other items...........................................28

Figure 23:  NFPA 921-199, shown as Figure 19.2. ........................................................................30

Figure 24:  UL Listed Lithium-ion battery hazards.......................................................................36



## Acronyms, Abbreviations and Definitions

| | |
|---|---|
| UL | Underwriters Laboratories |
| IEEE | Institute of Electrical and Electronics Engineers |
| ANSI | American National Standards Institute |
| IEC | International Electrotechnical Commission |
| NFPA | National Fire Protection Association |
| C.T. | Computer Tomography |
| JISC | Japanese Industrial Standards Committee |
| BMS | Battery Management System |
| S.O.C. | State of Charge |
| OEM | Original Equipment Manufacturer |
| SEM | Scanning Electron Microscopy |
| EDS | Energy Dispersive Spectroscopy |
| USB | Universal Serial Bus |
| NSI | North Star Imaging |
| mAH | milli-Ampere-Hour |
| FMEA | Failure Mode and Effect Analysis |
| ETP | Eskra Technical Products |
| NREL | National Renewable Energy Laboratories |
| NASA | National Aeronautical and Space Administration |
| LIB | Lithium Ion Battery |
| CID | Current Interrupting Device |



# I. **Executive Summary**

## Matter Assignment

On September 13, 2023, McCoy, Leavitt, & Laskey, LLC requested SEA, Ltd. (S-E-A) to conduct an electrical evaluation and investigation in connection with the fire loss that occurred at the Wadsworth residence (The Residence), on February 1, 2022, located at 1620 Highway 374 in Green River, Wyoming.  The investigation was assigned to S-E-A Senior Electrical Engineer Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I., C.V.F.I. as S-E-A Matter No. 06.136153. Eugene M. LaFlamme, Esquire of McCoy Leavitt Laskey, LLC represents the interests of Jetson Electric Bikes, LLC (Jetson) and Walmart.

## Scope

Specifically, S-E-A was requested to conduct an electrical evaluation and investigation to determine, if possible, whether the cause of the fire loss was associated with the Jetson Plasma Hoverboard device.

## Methodology

The investigation and analysis of any fire-related incident is a complex and scientific endeavor.  The methodology of such an endeavor, therefore, must include the comprehensive, objective, and accurate compilation and analysis of the available data.  The methodology utilized by S-E-A in the investigation of this fire incident was *The Scientific Method*, in accordance with the requirements of NFPA 1033*, Standard for Professional Qualifications for Fire Investigator*, and the principles of NFPA 921*, Guide for Fire and Explosion Investigations*.

## Conclusions

**Based upon the joint evidence examinations, discovery documents, depositions, NREL/NASA documentation, expert reports, reference material, UL Certification and Standards, ANSI Standards, and IEC Standards, electrical engineering knowledge, training, education, and experience within a reasonable degree of engineering certainty:**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

- **It is the opinion of S-E-A that the subject hoverboard, found in the area of origin identified by M.J. Schulz & Associates, was not the cause of the fire**.

- **It is the opinion of S-E-A that the Jetson Model Plasma hoverboard was designed, functioned, and operated in accordance with all applicable standards, and that all battery cells adhered to the IEC 62133-2 testing and standards.**

- **It is the opinion of S-E-A that the subject Jetson Model Plasma hoverboard contained 18650 lithium-ion battery cells associated with the battery pack, manufactured by Jiangxi Jiuding Power New Energy Technology Co. Ltd., were designed, functioned, and operated in accordance with all applicable standards, and that this incident was not caused by an internal short circuit that would have resulted in a thermal runaway failure within any of the recovered subject battery cells.**

- **It is the opinion of S-E-A that the subject 18650 lithium-ion battery cells identified by BEAR, as Cell 4 and Cell 10, do not have enough energy to cause this fire as the Jetson Model Plasma hoverboard was not plugged in at the time of the incident, which invalidates the BEAR opinion that an internal short circuit in batteries Cell 4 and Cell 10 caused this fire.**

- **It is the opinion of S-E-A that manufacturers of products, such as Jiangxi Jiuding Power New Energy Technology Co. Ltd., have and continue to utilize the UL and IEC testing shown in the results of those respective test reports as its tool to be a practical FMEA as it addresses all known and potential failure modes outlined in the UL, IEC, and other applicable standards that are utilized by other lithium-ion battery manufacturers. It is further the opinion of S-E-A that the CPSC Safety Alert was not related to the subject Jetson Model Plasma and is therefore not pertinent to the investigation of the Wadsworth fire.**



## Signatures

S-E-A and the undersigned hereby certify that the opinions and conclusions expressed herein are based upon the application of reliable principles and scientific methodologies to all of the facts known by S-E-A and the undersigned when this report was issued, as well as knowledge, skill, experience, training and/or education.  Should additional information be discovered, S-E-A and the undersigned reserve the right to appropriately amend or augment these findings.

Prepared By:                                          Technically Reviewed By:

DocuSigned by:

*Robert House/sl*

0C8EE10561B34EE...

Samuel G. Sudler III, P.E., IntPE, DFE, CFEI          Robert House
Senior Electrical Engineer
State of Wyoming
License No. 16066

## II. Procedures

1. **On October 30, 2024 and October 31, 2024, a joint evidence examination was conducted at the Palmer Engineering and Forensic (Palmer Engineering) facility located in North Salt Lake, Utah by S-E-A Senior Electrical Engineer Samuel G. Sudler III, P.E., IntPE, DFE, C.F.E.I. on behalf of Jetson and Walmart, as well as interested parties, at which time the following investigative tasks were performed:**

   - The remains of all of the artifacts collected form the Wadsworth fire as well as the remains of the subject hoverboard and its associated lithium-ion battery cells from the subject hoverboard were documented in the form of photographs, diagrams, and notes.

   - Radiograph (X-Ray) images of the various artifacts were taken and distributed to all interested parties.

2. **On February 29, 2024, a joint evidence exam was conducted at the Berkeley Engineering and Research (BEAR) facility located in Berkeley, California by S-E-A Senior Electrical Engineer Samuel G. Sudler III, P.E., IntPE, DFE, C.F.E.I. on behalf of Jetson and Walmart, as well as Derek King, P.E. of BEAR on behalf of the Wadsworth family, at which time the following investigative tasks were performed:**

   - The subject hoverboard as well as the lithium-ion batteries from the subject hoverboard were examined in detail and were documented in the form of photographs, diagrams, and notes.

3. **Prior to the issuance of this report, various materials were researched, obtained, and/or reviewed, including but not limited to the following:**

   - Discovery materials provided by McCoy Leavitt Laskey, LLC;

   - Report by Derek King, P.E. from BEAR dated July 12, 2024;

   - Report by Michael J. Schulz of M.J. Schulz & Associates, dated July 15, 2024;

   - Computed Tomography (CT) Scan Data was obtained and reviewed.

   - Underwriters Laboratories, Inc. (UL) Certification No. BBCV2.MH19896 for LG Energy Solution, LTD using the basic standard UL 1642;

   - UL 1642 Safety Standard for "Lithium Batteries;"

   - UL 2054 Safety Standard for "Household and Commercial Batteries;"

   - UL 2272 Safety Standard for "Electrical Systems for Personal E-Mobility Devices;"



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

- UL 2580 Safety Standard for "Batteries for Use in Electric Vehicles;"

- IEC 62133-2 Secondary cells and batteries containing alkaline and other non-acid electrolytes - Safety requirements for portable sealed secondary cells, and for batteries made from them, for use in portable applications - Part 2: Lithium Systems

- National Fire Protection Association (NFPA) 921, "Guide for Fire and Explosion Investigations," 2014 and 2017 Editions;

- Institute of Electrical and Electronics Engineers (IEEE) 1584™-2002 – IEEE Guide for Performing Arc Flash Hazard Calculations;

- Fundamental Engineering Reference Handbook by NCEES;

- Fundamentals of Thermodynamics, by Claus Borgnakke and Richard E. Sonntag;

- Heat Transfer: A Practical Approach, by Yunus A. Cengel;

- Kirk's Fire Investigation, Sixth Edition, by John D. DeHaan;

- Ignition Handbook, by Vytenis Babrauskas;

- National Institute of Occupational Safety and Health (NIOSH) Pocket Guide to Chemical Hazards, by the Department of Health and Human Services – Center for Disease Control and Prevention (CDC);

- CRC Handbook of Chemistry and Physics, Editor-In-Chief David R. Lide, 91st Edition;

- Handbook of Batteries, Third Edition, by David Linden and Thomas B. Reddy;

- Battery Technology Handbook, Second Edition, Edited by H.A. Kiehne;

- Lithium-ion Batteries – Fundamentals and Applications, Edited by Yuping Wu;

- Lithium-Ion Batteries Hazard and Use Assessment (Springer Briefs in Fire), Celina Mikolajczak, Michael Kahn, Kevin White and Richard Thomas Long;

- "Safe Lithium-Ion Battery Designs for Use, Transportation and Second Use," by Judy Jeevarajan, Ph.D.;

- National Aeronautical and Space Administration (NASA) Engineering and Safety Center Technical Bulletin No. 09-02, "Limitations of Internal Protective Devices in High-Voltage/High-Capacity Batteries Using Lithium-Ion Cylindrical Commercial Cells;"

- Lithium-ion Rechargeable Batteries -Technical Handbook by Sony Electronics;

- "Safety mechanisms in lithium-ion batteries," by P.G. Balakrishnan, R. Ramesh, T. Prem Kumar in Journal of Power Sources, 155 (2006) 401-414;



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

- "Thermal runaway caused fire and explosion of lithium-ion battery," by Qingsong Wang, Ping Ping, Xuejuan Zhao, Guanquan Chu, Jinhua Sun, Chunhua Chen in Journal of Power Sources, 208 (2012) 210-224;

- "Arc analysis to the CID of Li-Ion battery cells in high-current applications," by A. Augeard, T. Singo, P. Desprez, F. Perisse, S. Menecier and M. Abbaoui, at *2014 IEEE 60th Holm Conference on Electrical Contacts (Holm)*, New Orleans, LA, 2014, pp. 1-7;

- "Less Fire, More Power: The Secret to Safer Lithium-Ion Batteries," Weiyang Li and Yi Cui, in IEEE Spectrum, August 23, 2018;

- "Review of Specific Heat Capacity Determination of Lithium-Ion Battery," Yu Tang, Tao Li, and Ximing Cheng, at 10th International Conference on Applied Energy (ICAE2018), 22-25 August 20198, Ong Long, China;

- "Thermal Impedance Spectroscopy for Li-Ion Batteries with an IR Temperature Sensor System,"Peter Keil, Katharina Rumpf and Andreas Jossen, 27th Annual Electric Vehicle Symposium, November 17-20, 2013, Barcelona, Spain;

- "Thermal Properties of Lithium-Ion Battery Components," Hossein Maleki, Said Al Hallaj, J. Robert Selman, Ralph B. Dinwiddie and H. Wang, Journal of The Electrochemical Society, 146(3) 947-954 (1999);

- William J. Meese and Robert W. Beausoliel, "Exploratory Study of Glowing Electrical Connections" National Bureau of Standards (NBS) Building Science Series 103, October 1977; and

- Bruce V. Ettling, "Glowing Connections" Fire Technology 18, No. 4 (1982): 344-349.

S-E-A may rely on the materials listed above and referenced in this report to support the opinions expressed at trial.



## III. Discussion

### Background

The Sheriff's Department incident report notates a fire at the Residence that left one adult female and one small child with burn injuries. A passer-byer, Ryan Pasborg was able to retrieve the woman and 4 children from the residence while waiting for the arrival of an EMT. Upon arrival, Deputy Sheriff (DS) John Hansen, the responding officer, observed the property engulfed in flames with heavy smoke that prevented him from viewing the interior of the home. DS Hansen then walked around the perimeter of the home and observed a power line that was detached from the home but connected to the power pole. He further observed the electricity breaker to shut off power to the residence was in the engulfed area of fire. Subsequently, the Green River Fire Department was contacted and arrived on the scene to extinguish the fire and noted the "cause of ignition" to be an alleged failure of equipment or heat source.

### Joint Laboratory Examinations

Joint laboratory examinations of the retained artifacts were conducted on October 30, 2024 and October 31, 2024 at the Palmer Engineering facility located in North Salt Lake, Utah and on February 29, 2024 at the BEAR facility located in Berkeley, California by S-E-A Senior Project Engineer Samuel G. Sudler, III, P.E., IntPE, DFE, F.NSPE, C.F.E.I., on behalf of Jetson and Walmart, as well as other interested parties. The artifacts were previously examined by all interested parties prior to S-E-A's involvement. Consequently, Palmer Engineering shared their radiographs (X-Rays) with S-E-A to assist with collecting pertinent data. The examinations were conducted to determine if any of the artifacts exhibited evidence of a failure capable of causing the fire at the Wadsworth property.

All of the artifacts (as shown in **Figure 1**) were examined in detail during the joint laboratory examinations. While all the items were examined, items of particular interest in the area of fire origin determined by M.J. Schultz & Associates, as seen in **Figure 2**, were as follows:

- The remains of the two cylindrical 18650 battery cells
- The remains of the subject hoverboard and its associated 18650 battery cells



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 1: Artifacts recovered from the Wadsworth residential fire.**



**Figure 2: Remains of the subject hoverboard and its associated battery cells.**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

Examination of the remains of the two cylindrical 18650 battery cells revealed the battery cells were given designations battery 1 and battery 2, respectively. These battery cells were found next to the subject hoverboard and did not exhibit evidence of an electrical malfunction or failure, in the form of a bulged steel encasement nor evidence of arcing and shorting in the form of melting of the steel encasement can, as shown in **Figure 3** through **Figure 8**.



Figure 3: Remains of 18650 battery cell designated battery 1.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 4:  Side view of 18650 battery cell designated battery 1.**



**Figure 5:  Top view of 18650 battery cell designated battery 1.**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



Figure 6: Remains of 18650 battery cell designated battery 1.



Figure 7: Side view of 18650 battery cell designated battery 2.





**Figure 8: Top view of 18650 battery cell designated battery 2.**

Examination of the artifacts continued with the remains of the subject hoverboard. The hoverboard sustained heat damage from the exterior, as opposed to the interior, because the melted casing for the interior of the hoverboard was not melted and the batteries and circuitry for the hoverboards were heat damaged but did not show evidence of bulging or melting, as shown in **Figure 9** and **Figure 12**. It is important to note that the carpeting, wiring insulation as well as the green plastic encasement were still intact. Examination of the hoverboard revealed that the main motor board and the two balancing boards were intact and exhibited no signs of electrical arcing and shorting in the form of melted copper as seen in **Figure 13** and **Figure 14**. Close examination of these X-Ray images revealed that the soldered electronic components of the hoverboard control system were not melted and remain intact. It is important to note that solder melts at 361°F and aluminum melts at 1,200°F, so if the fire started in the interior of the hoverboard the solder would have melted, but it did not. **Therefore, it is the opinion of S-E-A that the subject hoverboard, found in the area of origin identified by M.J. Schulz & Associates, was not the cause of the fire.**





**Figure 9: Top view of the subject Jetson Model Plasma hoverboard with undamaged wiring (Green Arrow)**



**Figure 10: Closeup view of the undamaged wiring.**





**Figure 11:  Underside of the subject Jetson Model Plasma showing the undamaged carpet.**



**Figure 12:  Underside of the subject Jetson hoverboard showing the paper tag, tread on the tires as well as the green plastic cover.**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 13:  CT scan of the battery cells as well as the circuit boards with no melted solder.**



**Figure 14:  Closeup of the battery management system (BMS) for the subject Jetson hoverboard.**



## IV. Research and Investigation

### UL 2272 Safety Standard for Electrical Systems for Personal E-Mobility Devices

Underwriters Laboratories (UL) is an independent product safety certification organization that has been testing products and writing standards for safety since 1894. UL evaluates more than 19,000 types of products, components, materials, and systems annually with 20 billion UL Marks appearing on 66,000 manufacturers' products each year. UL's worldwide family of companies and network of service providers includes 68 laboratories, testing, and certification facilities serving customers in 102 countries.

Based on information obtained from the discovery material provided by McCoy Leavitt Laskey, LLC, the subject Jetson Model Plasma, as well as its electrical components are listed under Certification No. E48641, including the battery cells manufactured by Jiangxi Jiuding Power New Energy Technology Co. Ltd.  This indicates that the UL 2272 Safety Standard for "Electrical Systems for Personal E-Mobility Devices" (UL 2272) is the standard to be used to investigate this particular product. UL 2272 covers the electrical drive train system including the battery system, other circuitry and electrical components for electric powered scooters and other devices to be referred to as personal e-mobility devices. Review of UL 2272 revealed that the lithium battery cells are subjected to a series of performance tests, as well as the battery cells being tested to the IEC 62133-2 standard, as seen in **Figure 15**. The performance tests are designed to subject the battery cells to mistreatment that they would be exposed to during normal use of the product. This testing is to ensure that there will not be a failure of the battery cells that could potentially cause a fire or injury. The performance tests include, but are not limited to the following:

- Overcharge Test
- Short-Circuit Test
- Over discharge Test
- Imbalanced Charging Test
- Crush Test
- Temperature Test



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

ANSI/CAN/UL 2272

UL 1998, *Software in Programmable Components*

UL 2054, *Household and Commercial Batteries*

UL 2251, *Plugs, Receptacles, and Couplers for Electric Vehicles*

UL/ULC 2271, *Batteries for Use In Light Electric Vehicle (LEV) Applications*

UL/ULC 2580, *Batteries for Use in Electric Vehicles*

UL 2849, *Electrical Systems for eBikes*

UL 60730-1, *Automatic Electrical Controls for Household and Similar Use – Part 1: General Requirements*

UL 60950-1, *Information Technology Equipment – Safety – Part 1: General Requirements*

UL 62133-1, *Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Safety Requirements for Portable Sealed Secondary Cells, and for Batteries Made from Them, for Use in Portable Applications – Part 1: Nickel Systems*

UL 62133-2, *Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Safety Requirements for Portable Sealed Secondary Cells, and for Batteries Made from Them, for Use in Portable Applications – Part 2: Lithium Systems*

UL 62368-1, *Audio/Video, Information and Communication Technology Equipment – Part 1: Safety Requirements*

## 6 Glossary

6.1   For the purpose of this Standard the following definitions apply.

6.2   BATTERY – A generic term for one or more cells electrically connected in series and/or parallel with or without monitoring and protection circuitry for charging and discharging.

6.3   BATTERY PACK – Batteries that are ready for use in a personal e-mobility device, contained in a protective enclosure, with protective devices, with a battery management system, and monitoring circuitry and that may be removable by the user for charging separately from the device.

6.4   BATTERY SYSTEM – Battery system includes the battery, charger and monitoring and protection circuit for charging and discharging of the battery.

6.5   CAPACITY, RATED – The total number of ampere-hours that can be withdrawn from a fully charged battery at a specific discharge rate to a specific end-of-discharge voltage (EODV) at a specified temperature as declared by the manufacturer.

6.6   CASING – The container that directly encloses and confines the electrolyte, and electrodes of a cell.

6.7   CELL – The basic functional electrochemical unit (sometimes referred to as a battery) containing an electrode assembly, electrolyte, separators, casing, and terminals. It is a source of electrical energy by direct conversion of chemical energy.

ULSE INC. COPYRIGHTED MATERIAL – NOT AUTHORIZED FOR FURTHER REPRODUCTION OR DISTRIBUTION WITHOUT PERMISSION FROM ULSE INC.

This document is only permissible for use by CSDS for CSDS use, 9/1/2024 9:05:50 PM

**Figure 15:  UL 2272 standard outlining the IEC 62133-2 testing the battery cells are subjected to for the Jetson hoverboard.**

Once the lithium-ion battery cells meet the requirements of these and other tests, as shown in **Figure 16**, UL certifies the product. Therefore, for the lithium-ion battery cells to become damaged, as shown previously in Figure 4 through Figure 9, the cells must be subjected to abuse and misuse beyond the aforementioned testing, which includes being attacked by an external fire.



**Figure 16: UL Certificate of Completion and Authorization to Apply UL Mark.**

**Therefore, it is the opinion of S-E-A that the Jetson Model Plasma hoverboard was designed, functioned, and operated in accordance with all applicable standards, and that all battery cells adhered to the IEC 62133-2 testing and standards.**



## International Electrotechnical Commission (IEC) 62133 - 2 - Safety Requirements for Portable Sealed Secondary Cells - Part 2: Lithium Systems - Internal Short Circuit Test

Based on research on the IEC website, it shows that the Jiangxi Jiuding Power New Energy Technology Co. Ltd. battery cells conformed to the IEC 62133-2 Safety Requirements for Portable Sealed Secondary Cells - Part 2: Lithium Systems. Review of this standard shows it is similar to the UL 1642 Standard for Lithium Batteries except that the IEC 62133-2 subjected the battery cell to an additional test - Design Evaluation - Forced internal short circuits in Section 7.3.9. The purpose of this particular test, and design evaluation, is to address any unlikely but potential manufacturing concerns with potential conductive material getting into the electrolytic roll, or if there is a concern with the separator used by the battery cell manufacturer for the electrolytic roll.  This test first involves putting a piece of nickel inside of the cylindrical cell, as shown in **Figure 17** and then putting it back together.



**Figure 17:  IEC internal short circuit test for a cylindrical cell.**



The cell is then pressed using the test shown in **Figure 18**, by connecting a voltage and monitoring it for a 50-mV drop in voltage while pressing it with 800N of pressure for 30 seconds. The outcome of the test must not result in fire. Jiangxi Jiuding Power New Energy Technology Co. Ltd. has been testing its cells, both cylindrical and prismatic, since 2018 and passed the test that resulted in its IEC certification, as seen in **Figure 19.**



ii) Internal short-circuit

    A  Confirm that the winding core surface temperature is as defined in Table 5, and then start the test.

    B  The bottom surface of the moving part of the press equipment (i.e. pressing jig) is made of nitrile rubber or acrylic resin, which is put on the 10 mm × 10 mm stainless steel shaft. Details of the pressing jigs are shown in Figure 2. The nitrile rubber bottom surface is for a cylindrical cell test. For a prismatic cell test, 5 mm × 5 mm (2 mm thickness) acrylic resin is put on the nitrile rubber.

       The fixture is moved down at a speed of 0,1 mm/s, monitoring the cell voltage. When a voltage drop caused by the internal short-circuit is detected, stop the descent immediately and keep the pressing jig in the position for 30 s, and then release the pressure. The voltage is monitored at a rate of more than 100 times per second. If the voltage drops more than 50 mV compared to the initial voltage, an internal short-circuit has been determined to have occurred. If the force of the press reaches 800 N for a cylindrical cell or 400 N for a prismatic cell before the 50 mV voltage drop, stop the descent immediately .

Figure 2 – Jig for pressing

c)  Acceptance criteria

No fire. Record the force when an internal short-circuit occurs if there was no fire.

**Figure 18: Second part of the IEC internal short circuit test.**





**Figure 19: Jiangxi Jiuding Power New Energy Technology Co. Ltd. Test and Certification for IEC 62133-2.**

It has been purported by BEAR that the subject cells, identified as Cell 4 and Cell 10 in this matter, sustained a manufacturing defect that could result in an internal short circuit at approximately the same time that resulted in a failure that could cause a fire.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

If there was an internal short circuit it would take time to develop, allowing the current interrupting device (CID) to activate and prevent any issue that could lead to a fire. For there to be an issue it must be an external short circuit capable of generating a current faster than the CID is able to respond to in time. However, because this is a closed loop electrical system, as seen in **Figure 20,** and the configuration of the battery pack does not allow an external short circuit to occur, as seen in **Figure 21**, the only way for the cells to sustain this type of damage is from an external thermal event such as a fire.



**Figure 20: Closed loop electrical system for hoverboard.**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 21:  C.T. scan of the subject Jetson hoverboard showing no evidence of electrical arcing and shorting on wiring.**

Evaluation of the photographs from an exemplar Jetson Model Plasma hoverboard revealed that the electronic circuit boards as well as the battery pack were protected by a plastic enclosure. Close examination of the exemplar hoverboard also revealed that the battery cells were almost in contact with the balancing circuit board and the aluminum housing. According to NFPA 921, Aluminum melts at 1,220°F while identifiable temperatures in structural fires can reach temperatures of 1,900°F, as seen in **Figure 22**. It is important to note that physical examination and a review of the X-Rays associated with the balancing board revealed none of the electrical conductors, which melts at 1,981°F, exhibited visible evidence of electrical arcing and shorting in the form of melted copper, which would have occurred had the battery cells been the cause of this fire.



Table 6.2.8.2  Approximate Melting Temperatures of Common Materials

| Material | Melting Temperatures | |
|---|---|---|
| | °C | °F |
| Aluminum (alloys)[a] | 566–650 | 1050–1200 |
| Aluminum[b] | 660 | 1220 |
| Brass (red)[a] | 996 | 1825 |
| Brass (yellow)[a] | 932 | 1710 |
| Bronze (aluminum)[a] | 982 | 1800 |
| Cast iron (gray)[b] | 1350–1400 | 2460–2550 |
| Cast iron (white)[b] | 1050–1100 | 1920–2010 |
| Chromium[b] | 1845 | 3350 |
| Copper[b] | 1082 | 1981 |
| Fire brick (insulating)[b] | 1638–1650 | 2980–3000 |
| Glass[b] | 593–1427 | 1100–2600 |
| Gold[b] | 1063 | 1945 |
| Iron[b] | 1540 | 2802 |
| Lead[b] | 327 | 621 |
| Magnesium (AZ31B alloy)[a] | 627 | 1160 |
| Nickel[b] | 1455 | 2651 |
| Paraffin[b] | 54 | 129 |
| Plastics (thermo) | | |
| ABS[d] | 88–125 | 190–257 |
| Acrylic[d] | 90–105 | 194–221 |
| Nylon[d] | 176–265 | 349–509 |
| Polyethylene[d] | 122–135 | 251–275 |
| Polystyrene[d] | 120–160 | 248–320 |
| Polyvinylchloride[d] | 75–105 | 167–221 |
| Platinum[b] | 1773 | 3224 |
| Porcelain[b] | 1550 | 2820 |
| Pot metal[c] | 300–400 | 562–752 |
| Quartz (SiO₂)[b] | 1682–1700 | 3060–3090 |
| Silver[b] | 960 | 1760 |
| Solder (63Sn/37Pb)[f] | 183 | 361 |
| Steel (carbon)[a] | 1516 | 2760 |
| Steel (stainless)[a] | 1427 | 2600 |
| Tin[b] | 232 | 449 |
| Wax (paraffin)[c] | 49–75 | 120–167 |
| White pot metal[c] | 300–400 | 562–752 |
| Zinc[b] | 375 | 707 |

[a]From Lide, ed., Handbook of Chemistry and Physics.
[b]From Baumeister, Avallone, and Baumeister III, Mark's Standard Handbook for Mechanical Engineers.
[c]From NFPA Fire Protection Guide to Hazardous Materials.
[d]From McGraw-Hill, Plastics Handbook.
[e]From Gieck and Gieck, Engineering Formulas.
[f]From Smithells Metals Reference Book, 7th edition, Butterworth-Heinemann.

**Figure 22:  Melting temperatures of various metals and other items.**

Therefore, it is the opinion of S-E-A that the subject Jetson Model Plasma hoverboard contained 18650 lithium-ion battery cells associated with the battery pack, manufactured by Jiangxi Jiuding Power New Energy Technology Co. Ltd., were designed, functioned, and operated in accordance with all applicable standards, and that this incident was not caused by an internal short circuit that would have resulted in a thermal runaway failure within any of the recovered subject battery cells.

## Review and Evaluation of Berkeley Engineering and Research (BEAR) Report related to the Subject Fire using the Scientific Method

After reviewing the BEAR Report authored by Derek King, P.E. dated July 12, 2024, S-E-A again utilized the Scientific Method outlined in _National Fire Protection Association (NFPA) 921, "Guide for Fire and Explosion Investigations"_ to evaluate the opinions proffered by ETP in their report, which are as follows:



- BEAR Opinion 2 & BEAR Opinion 3– Inspection and analysis of the subject board and cells indicates the ruptured cells were more likely caused by an internal short rather than external heating. Internal cell shorting can result in cell fires which is consistent with other expert findings of the fire origin at the subject board location.

- BEAR Opinion 1 and BEAR Opinion 4 – Careful and prudent manufacturers and distributors of consumer products should perform competent FMEAs or similar risk assessments to eliminate potential dangers associated with their products. It appears unlikely that Jetson performed a competent risk assessment for their subject hover board. The subject incident corresponds to the CPSC Safety Alert regarding the risk of hoverboard fires and leaving the board on the charger for extended periods of time.

The aforementioned hypothesis, or opinion, associated with the cause of this alleged battery fire incident will be evaluated using the Scientific Method, as suggested by the flow chart in NFPA 921 (**Figure 23**), utilizing all known and pertinent facts related to this matter, which include discovery documentation, deposition testimony, and joint evidence examinations of retained artifacts, without examining the actual subject incident battery cell.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 23:  NFPA 921-199, shown as Figure 19.2.**

Adhering to the Scientific Method is a safeguard against two common issues that can lead to erroneous opinions, and those issues, as defined in NFPA 921, are as follows:

- Confirmation Bias - Different hypothesis may be compatible with the same data. When using the scientific method, testing of hypothesis should be designed to disprove a hypothesis (i.e., falsification of the hypothesis), rather than relying only on confirming data that support the hypothesis. Confirmation bias occurs when the investigator relies exclusively on data that supports the hypothesis and fails to look for, ignores, or dismisses contradictory or non-supporting data. The same data may support alternative and even opposing hypotheses. The failure to consider alternative or opposing hypotheses, or prematurely discounting seemingly contradictory data without appropriate analysis and testing can result in incorrect conclusions.

- Expectation Bias - Expectation bias is a well-established phenomenon that occurs in scientific analysis when investigator(s) reach a premature conclusion without having



examined or considered all of the relevant data. Instead of collecting and examining all of the data in a logical and unbiased manner to reach a scientifically reliable conclusion, the investigator(s) uses the premature determination to dictate investigative processes, analyses, and, ultimately, conclusions, in a way that is not scientifically valid. The introduction of expectation bias into the investigation results in the use of only data that supports this previously formed conclusion and often results in the misrepresentation and/or the discarding of data that does not support the original opinion.

BEAR Opinion 2 & BEAR Opinion 3– Regarding the subject hover board and the cells having an internal short capable of causing this fire as opposed to an external fire attacking the unit.

These opinions proffered by BEAR suggests that the fire at the Wadsworth residence was caused by an internal failure of Cell 4 and Cell 10. It is important to note that Cell 4 and Cell 10 were recovered with the cell casings still attached to the subject hoverboard and adjacent to the circuit boards for the subject hoverboard. In addition, the battery cell for Cell 4 and Cell 10 are rated at 3.7-VDC, 2.5Ah, and has a power rating of 9.0Wh. Close examination of the C.T. scan data of the subject Jetson Model Plasma hoverboard revealed that it was not plugged in at the time of the fire as nothing is attached to the power port as shown in Figure 24 and Figure 25. Therefore, the maximum power for Cell 4 and Cell 10 is 9.0Wh for each cell. According to _Heat Transfer: A Practical Guide_ the amount of heat transfer is equal to Q=mCΔT, where mass is in kilograms and the specific heat for an 18650 lithium-ion battery cell is approximately 900 J/kg°C with Q being 9.0Wh and the mass being 0.044kg. Knowing the internal resistance of the battery cell is typically 50mΩ and P= 9.0Wh, current (I) one can calculate the battery fault current from P=I$^2$R with I fault =√(P/R), which is 13.42-Ampers. With the discharge rate of 2.5Ah the fault current can be sustained for 11.18 minutes. Therefore, with Q=9.0WH or 32,400 Watts in one second, it would take at least 10 seconds to catch paper on fire. Paper ignites at approximately 220°C, according to the _Ignition Handbook._ Therefore, the amount of power would be 3,240-Watts. Utilizing the Heat Transfer formula Tf = (Q/mC) +25°C, which give a temperature of 106.81°C. It is important to note that this temperature is less than the temperature that was achieved by the multiple internal short circuit (ISC) tests conducted by the NREL/NASA testing as shown in **Figure 26** and **Figure 27**. This is important because according to NFPA 921, there needs to be at least 30-Watts of power to create a fire.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6



**Figure 24: C.T. scan of the subject Jetson hoverboard showing the power port connector.**



**Figure 25: C.T. scan of the subject Jetson hoverboard showing the closeup of power port connector.**



# ISC Implantation – Active to Active



Photo Credits: Mark Shoesmith, E-One Moli

NATIONAL RENEWABLE ENERGY LABORATORY                                    22

**Figure 26:  Image from NREL/NASA test setup for ISC testing.**

# 2nd Round – Foil to Foil ISC Activation



NATIONAL RENEWABLE ENERGY LABORATORY                                    26

**Figure 27:  Image of results from NREL/NASA test setup for a Lithium-Ion 18650 battery.**



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

Therefore, the battery only having had 9.0-Watts of power is not enough energy to cause the subject fire, as seen in **Figure 28** through **Figure 30**.



*Figure 9: An example of using CT scan data to identify evidence cells' original positions.*
**Figure 28:  Image from the BEAR report dated July 12, 2024 showing battery cell identifiers.**



**Figure 29:  C.T. scan showing distance from Cell 10 from energized cables.**





**Figure 30:  Remains of subject Jetson hoverboard showing distance from Battery cell 10 (Red Arrow) to the colored insulated wiring.**

**Therefore, it is the opinion of S-E-A that the subject 18650 lithium-ion battery cells identified by BEAR, as Cell 4 and Cell 10, do not have enough energy to cause this fire as the Jetson Model Plasma hoverboard was not plugged in at the time of the incident, which invalidates the BEAR opinion that an internal short circuit in batteries Cell 4 and Cell 10 caused this fire.**

BEAR Opinion 1 and BEAR Opinion 4 – Regarding Failure Mode and Effect Analysis (FMEA) and the Consumer Product Safety Commission Safety Alert Failure Mode and Effect Analysis (FMEA) is a tool used by various industries to determine what failure modes exist in a process, product, or design, and based on the FMEA there are improvements that had to be made to ensure a safe product is manufactured.  Mr. Sudler utilized this tool, amongst others, as a Certified Lean Six Sigma Back Belt ensuring that the principles of Measure, Analyze, Improve and Control (MAIC) were adhered to during the process.  The result of such a process can be found in the failure modes listed in UL 1642, shown in the UL – Lithium-ion Batteries Hazards diagram (**Figure 31**), and IEC 62133 standards that Jiangxi Jiuding Power New Energy Technology Co. Ltd. adhered to as expressed with their certification previously shown in Figure 12.





**Figure 31:** UL Listed Lithium-ion battery hazards

The potential Jiangxi Jiuding Power New Energy Technology Co. Ltd. failures outlined in the Berkeley Engineering and Research (BEAR) report dated July 12, 2024, are addressed by and confirmed by their UL and IEC actual testing and certifications. In addition, UL 2272 Safety Standard for Electrical Systems for Personal E-Mobility Devices reveals that the Jetson Model Plasma hoverboard was tested and certified while utilizing various FMEA standards, as shown in **Figure 32**. Review and evaluation of the CPSC Safety Alert mentioned in the BEAR report indicate it was released before the creation of UL 2272 that occurred November 1, 2016, which the Jetson Model Plasma was tested and certified to by UL. The CPSC Safety Alert is not relevant to analysis of the Wadsworth residential fire.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

IEC 60812, *Analysis Techniques for System Reliability – Procedure for Failure Mode and Effects Analysis (FMEA)*

IEC 61025, *Fault Tree Analysis (FTA)*

IEC 61508-1, *Functional Safety of Electrical/Electronic/Programmable Electronic Safety-Related Systems – Part 1: General Requirements*

ISO 6469-1, *Electrically Propelled Road Vehicles – Safety Specifications – Part 1: Rechargeable Energy Storage System (RESS)*

ISO 7010, *Graphical Symbols – Safety Colours and Safety Signs – Registered Safety Signs*

MIL-STD-1629A, *Procedures for Performing a Failure Mode, Effects, and Criticality Analysis*

SAE J1739, *Potential Failure Mode and Effects Analysis in Design (Design FMEA), Potential Failure Mode and Effects Analysis in Manufacturing and Assembly Processes (Process FMEA)*

UL 50E, *Enclosures for Electrical Equipment, Environmental Considerations*

UL 94, *Tests for Flammability of Plastic Materials for Parts in Devices and Appliances*

UL 157, *Gasket and Seals*

UL 746B, *Polymeric Materials – Long Term Property Evaluations*

UL 746C, *Polymeric Materials – Use in Electrical Equipment Evaluations*

UL 810A, *Electrochemical Capacitors*

UL 840, *Insulation Coordination Including Clearances and Creepage Distances For Electrical Equipment*

UL 991, *Tests for Safety-Related Controls Employing Solid-State Devices*

UL 969, *Marking and Labeling Systems*

UL 1004-1, *Rotating Electrical Machines – General Requirements*

UL 1004-2, *Impedance Protected Motors*

UL 1004-3, *Thermally Protected Motors*

UL 1004-7, *Electronically Protected Motors*

UL 1012, *Power Units other than Class 2*

UL 1310, *Class 2 Power Units*

UL 1642, *Lithium Batteries*

UL 1989, *Valve Regulated or Vented Batteries with Aqueous Electrolytes*

ULSE INC. COPYRIGHTED MATERIAL – NOT AUTHORIZED FOR FURTHER REPRODUCTION OR DISTRIBUTION WITHOUT PERMISSION FROM ULSE INC.

This document is only permissible for use by CSDS for CSDS use. 9/11/2024 9:05:50 PM

**Figure 32: UL 2272 standard outlining the FMEA standards used to consider testing the battery cells that are subjected to for the Jetson hoverboard.**



Therefore, it is the opinion of S-E-A that manufacturers of products, such as Jiangxi Jiuding Power New Energy Technology Co. Ltd., have and continue to utilize the UL and IEC testing shown in the results of those respective test reports as its tool to be a practical FMEA as it addresses all known and potential failure modes outlined in the UL, IEC, and other applicable standards that are utilized by other lithium-ion battery manufacturers. It is further the opinion of S-E-A that the CPSC Safety Alert was not related to the subject Jetson Model Plasma and is therefore not pertinent to the investigation of the Wadsworth fire.



Docusign Envelope ID: 09303888-CAA7-4622-BADE-A9A2D9C37CD6

# Appendices

## Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I. Credentials

1. Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I. CV

2. Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I. Testimony Log

3. Samuel G. Sudler III, P.E., IntPE, DFE, F.NSPE, C.F.E.I.  Billable Rate Disclosure

## List of Referenced Material

1. American National Standards Institute (ANSI)/National Fire Protection Association (NFPA) 70E – Standard for Electrical Safety Requirements for Employee Workplaces, 2015 Edition

2. UL 1642 Safety Standard for "Lithium Batteries"

3. UL 2054 Safety Standard for "Household and Commercial Batteries"

4. IEC 62133-2 Secondary cells and batteries containing alkaline and other non-acid electrolytes - Safety requirements for portable sealed secondary cells, and for batteries made from them, for use in portable applications - Part 2: Lithium Systems

5. International Classification Standard (ICS) 29.220.01 – National Standard of the People's Republic of China – GB/T 18287-2000 – General specification of lithium-ion battery for cellular phone

6. ICS 29.220.01 – National Standard of the People's Republic of China – GB/T 18287-2013 General specification of lithium-ion cells and batteries for mobile phone.

7. Universal Serial Bus (USB) Specification, Revision 2.0, April 27, 2000

8. National Fire Protection Association (NFPA) 921, "Guide for Fire and Explosion Investigations," 2014 and 2017 Editions

