# EXHIBIT 10

# JETSON

## Plasma Illuminated Hoverboard.

## A guide for your ride.

Models: JPLSM-BLK | JPLSM-IRS



Case23CV118 PL EX. 128-001



Remember to be safe and most importantly, have fun!

Case23CV118 PL EX. 128-002

# What's in the Box

1. Charging Port
2. Power Button

3. Charger







Note: Please fully charge the battery prior to use.

# Specs & Features

• Max Speed: Up To 10 mph
• Max Range: Up To 10 Miles
• Battery: 36V, 2.5Ah Lithium-Ion
• Motor: 500W, Dual Hub Motor (250W × 2)
• Climbing Angle: Up To 15°
• Product Weight: 16 lb
• Tire Size: 6.5"
• Product Dimensions: L23.5" × W7.3" × H7"
• Charger: UL LISTED, 100-130V
• Charge Time: Up To 3 Hours
• Recommended Age: 12+
• Weight Limit: 220 lb

# 1. Get Started

## 1.1 Charging the Battery

- Only use the included charger
- Plug the charger into the wall before the Charging Port
- Don't turn on the Plasma while it's charging
- Charge the battery until it is fully charged - up to 3 hours



🔴 - Charging

🟢 - Charge Complete

Indicator Light

## 1.2 Indicator Lights

Status Light



| Battery Indicator Light | 🟢 -blinking | 🟢 | 🟢🟢 | 🟢🟢🟢 |
|---|---|---|---|---|
| Percentage | 0-9% | 10-19% | 20-49% | 50% + |

**Status Light**: If these lights turn red or if you are having issues with the Plasma, you may need to recalibrate it.

**Warning:** The Plasma will automatically tilt up and slow down once the battery power goes below 10% as a safety precaution.

## 1.3 How to Recalibrate



Hold for 5 seconds

Follow these 3 simple steps...

1. Place the Plasma on a flat, level surface and hold still.
2. Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.
3. Restart the Plasma by turning it off and then on.

*Adults must assist children in the initial adjustment procedures of the product.

**Case23CV118 PL EX. 128-004**

# 2. Make Moves

## 2.1 Riding the Plasma

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



## 2.2 Turning the Lights On

• The default lighting mode will display when the Plasma is powered on.
• Short press the power button to switch between different lighting effects.

Please Note: Images may not reflect exact appearance of actual product.

**Case23CV118 PL EX. 128-005**

# Care & Maintenance

**RIDING RANGE**

The maximum range is 10 miles. However, many factors will affect how far you can go per charge:
• Driving Surface: A smooth, flat surface will increase driving distance.
• Weight: More weight means less distance.
• Temperature: Ride, store, and charge the Plasma above 50°F.
• Maintenance: Timely battery charging will increase driving distance.
• Driving Style: Frequent starting and stopping will reduce driving distance.

**CLEANING THE PLASMA**

To clean the Plasma, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Plasma, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Plasma. If the electric parts or battery get wet, do not power on the Plasma. Please contact Jetson Customer Support for assistance.

**BATTERY**

• Keep away from fire and excessive heat.
• Avoid intense physical shock, severe vibration, or impact.
• Protect from water or moisture.
• Do not disassemble the Plasma or its battery.
• Contact Jetson Customer Support if there are any issues with the battery.

**STORAGE**

• Fully charge the battery before storing. The battery should be fully charged once a month after this.
• Cover the Plasma to protect against dust.
• Store the Plasma indoors, in a dry place.

**MODIFICATIONS**

Do not attempt to disassemble, modify, repair, or replace the product or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

**ADDITIONAL OPERATION CAUTIONS**

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the mat sensors while in operation. Always check the battery charge before using.

**DISPOSAL OF USED BATTERY**

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources.
For more information about recycling of used batteries, please contact your local municipality waste disposal service.

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's recommendations and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.
• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Support.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

## ⚠WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

## NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the  following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Warning:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules.  These limits are designed to provide reasonable protection against harmful interference in a residential installation.  This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.  If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

    • Reorient or relocate the receiving antenna.
    • Increase the separation between the equipment and receiver.
    • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
    • Consult the dealer or an experienced radio/ TV technician for help.

Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.



# ROGUE

HOVERBOARD

**Case23CV118 PL EX. 129-009**

Downloaded from www.Manualslib.com manuals search engine

# TABLE OF CONTENTS

What's in the Box                           1

Features & Specs                            2

Charging the Battery                        3

Indicator Lights                            4

How to Recalibrate                          5

Riding the Rogue                            6

Care and Maintenance                        7

Safety Warnings                             8

**Case23CV118 PL EX. 129-010**

Downloaded from www.Manualslib.com manuals search engine

# 1. WHAT'S IN THE BOX



| | |
|---|---|
| 1. FRONT LED LIGHTS | 4. CHARGER |
| 2. POWER BUTTON | 5. CHARGING CABLE |
| 3. CHARGING PORT | |

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 129-011**

## 2. FEATURES & SPECS

- Weight Limit: 220 lbs.

- Product Weight: 19.65 lbs.

- Recommended Age: 13+

- Tire Size: 6.5" All-Terrain Tires

- Max Speed: Up To 7 mph

- Max Range: Up To 7 Miles

- Battery: 29.4V, 4.0Ah Lithium-Ion

- Motor: 400W, Dual Hub Motor

- Charger: 100-240V

- Charge Time: Up To 2 Hours

- Climbing Angle: Up To 15°

**Case23CV118 PL EX. 129-012**

Downloaded from www.Manualslib.com manuals search engine

## 3. CHARGING THE BATTERY

A FEW MUST-DO'S:

- Only use the included charger.
- Plug the charger into the wall before the Charging Port.
- Don't turn on the Rogue while it's charging (it needs its rest).
- Charge the battery until it is fully charged, and no longer.
- Cover the Charging Port when you are done.
- Remember to have fun!

CHARGING INDICATOR ON THE CHARGER:
Red Light: Battery is charging.
Green/ Blue Light: Charging is complete.



Charging
Indicator
Light

CHARGING PORT

Downloaded from www.Manualslib.com manuals search engine

# 4. INDICATOR LIGHTS



**1.** Battery Indicator Light:

- Green light - Over 50% power.
- Yellow light - 49-20% power.
- Red light - Less than 20% power. Time to charge!

**Warning: If the battery power goes below 10%, the Rogue will automatically turn off as a safety precaution.**

**2.** Status Indicator Light - If the Status Indicator Light turns red or if you are having issues with the Rogue, you may need to recalibrate it.

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 129-014**

## 5. HOW TO RECALIBRATE



Hold for
5 seconds

Follow these simple steps...

**1.** Place the Rogue on a flat, level surface. Now say something nice to it. Just kidding, but, go ahead if you like.

**2.** Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.

**3.** Restart the Rogue by turning it off and then on.

**4.** You're all set! The Rogue is ready to roll.

**Case23CV118 PL EX. 129-015**

Downloaded from www.Manualslib.com manuals search engine

## 6. RIDING THE ROGUE

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 129-016**

## 7. CARE AND MAINTENANCE

### RIDING RANGE

The maximum range is 7 miles. However, a lot of factors will affect how far you can go per charge:

- Driving Surface: A smooth, flat surface will increase driving distance.
- Weight: More weight means less distance.
- Temperature: Ride and store the Rogue above 50°F.
- Maintenance: Timely battery charging and maintenance will increase driving distance.
- Speed and Driving Style: Frequent starting and stopping will reduce driving distance.

### CLEANING THE ROGUE

To clean the Rogue, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Rogue, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Rogue.

### BATTERY

- Keep the Rogue away from fire and excessive heat.
- Do not subject the Rogue to intense physical shock, severe vibration, or impact.
- Protect from water or moisture.
- Do not disassemble the Rogue or its battery.
- If there are any issues with the battery, please contact Jetson Customer Support.

### STORAGE

- Fully charge the battery before storing. The battery should be fully charged once a month after this.
- To protect against dust, cover the Rogue.
- Store the Rogue indoors, in a dry place and at a suitable temperature.
- You should bring the Rogue into a warm environment for charging.

**Case23CV118 PL EX. 129-017**

Downloaded from www.Manualslib.com manuals search engine

## 8. SAFETY WARNINGS

• For your safety, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.

• Children, the elderly, pregnant women, and those with heart conditions should not use the Rogue.

• The rider should not exceed 220 lbs.

• Do not ride at night.

• Do not use near motor vehicles.

• Do not ride after drinking or taking prescription medication.

• Do not ride the Rogue if you have had any head, back, or neck ailments, or prior surgeries to those areas.

• Persons with any mental or physical conditions that may make them susceptible to injury or impair their dexterity or mental capabilities should recognize, understand, and perform all of the safety instructions and be able to assume the hazards inherent in using the Rogue.

• Do not carry items when riding.

• Always wear shoes, a helmet, and appropriate safety gear.

• Prior to each ride, inspect each part of the Rogue to ensure it has been maintained correctly and is functioning properly.

• Always give way to pedestrians.

• Always comply with local traffic laws and regulations.

• Be alert to things in front and far away from you.

• Make sure your feet are always placed securely on the deck.

• The Rogue cannot be ridden by more than one person.

• When you ride the Rogue along with other riders, always keep a safe distance to avoid a collision.

• When turning, be sure to maintain your balance.

• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.

• Avoid riding in the rain or on smooth surfaces such as snow or ice.

• Do not ride on roads with obstacles (such as litter, small stones, etc.).

• Avoid riding in narrow spaces or on steep slopes.

• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.

• Never operate the products barefooted and keep shoelaces tied.

• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.

**Case23CV118 PL EX. 129-018**

Downloaded from www.Manualslib.com manuals search engine

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• The area that the Rogue is to be operated should be safe and suitable for safe operation.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances.
• Only ride the Rogue with adequate daylight conditions for visibility.
• We encourage you to highlight the Rogue, for visibility, by using lighting, reflectors, and signal flags on flexible poles.

**CALIFORNIA PROPOSITION 65**

⚠️ **WARNING**: This product can expose you to a chemical such as Cadmium that is known to the State of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

**MODIFICATIONS**
Do not attempt to disassemble, modify, repair, or replace the Rogue or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

**ADDITIONAL OPERATION CAUTIONS**
Do not lift the Rogue off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the Rogue, and do not jump while using it. Always keep your feet firmly planted on the deck while in operation. Always check the battery charge before using.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Case23CV118 PL EX. 129-019**

Downloaded from www.Manualslib.com manuals search engine



**1-(888) 976-9904** • **help@ridejetson.com** • **www.ridejetson.com**

    

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 129-020**

# JETSON

# Strike All-Terrain Hoverboard.

## A guide for your ride.

Model: JSTRIKE-BLK | JSTRIKE-BLU | JSTRIKE-COR
JSTRIKE-PUR | JSTRIKE-RED



Case23CV118 PL EX. 130-001



Case23CV118 PL EX. 130-002

# What's in the Box

1. Front LED Lights
2. Charging Port

3. Power Button
4. Charger







Please fully charge the battery prior to use.

# Specs & Features

- Weight Limit: 220 lb
- Product Weight: 16 lb
- Product Dimensions: 23.5" x 7" x 7"
- Recommended Age: 12+
- Tire Size: 6.5" All-Terrain Tires
- Max Speed: Up To 9 mph
- Max Range: Up To 10 Miles
- Battery: 36V, 2.0Ah Lithium-Ion
- Motor: 400W, Dual Hub Motor
- Charger: UL LISTED, 100-130V
- Charge Time: Up To 3 Hours
- Climbing Angle: Up To 15°

**Case23CV118 PL EX. 130-003**

# 1. Get Started

## 1.1 Charging the Battery

- Only use the included charger
- Plug the charger into the wall before the Charging Port
- Don't turn on the Strike while it's charging
- Charge the battery until it is fully charged - up to 3 hours
- Replace the cover over the Charging Port when done



🔴 - Charging

🟢 - Charge Complete

Indicator Light ······

## 1.2 Indicator Lights



Status Indicator Light

Battery Indicator Light

| Battery Indicator Light | 🔴 | 🟡 | 🟢 |
|---|---|---|---|
| Percentage | < 20% | 20-49% | 50% + |

Warning: The Strike will automatically turn off once the battery power goes below 10% as a safety precaution.

**Status Indicator Light** - If the Status Indicator Light turns red or if you are having issues with the Strike, you may need to recalibrate it.

## 1.3 How to Recalibrate



Hold for 5 seconds ······

Follow these 3 simple steps...

1. Place the Strike on a flat, level surface.
2. Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.
3. Restart the Strike by turning it off and then on.

*Adults must assist children in the initial adjustment procedures of the product.

**Case23CV118 PL EX. 130-004**

## 1.4 How to Change Speed

The Strike has three speed settings & each setting has
a different colored indicator light:
🟢 Green for beginner (slow) mode
🟡 Yellow for intermediate (medium) mode
🔴 Red for advanced (fast) mode

**Please Note**: The default setting is advanced (fast) mode.



Follow these 3 simple steps to choose your mode...
1. Place the Strike on its side.
2. Power the Strike on—the indicator light will illuminate red for
advanced (fast) mode.
3. Quickly press and release the power button to cycle through
the speed modes. Stop once the indicator light changes to the
respective color of your desired speed.

**Please Note**: When you turn off the Strike, it will return to the original factory
setting—advanced (fast) mode.

# 2. Make Moves

## 2.1 Riding the Strike

**NEUTRAL**



**TURN LEFT**

**TURN RIGHT**

Please Note: Images may not reflect exact appearance of actual product.

**Case23CV118 PL EX. 130-005**

# Care & Maintenance

## RIDING RANGE

The maximum range is 10 miles. However, many factors will affect how far you can go per charge:
- Driving Surface: A smooth, flat surface will increase driving distance.
- Weight: More weight means less distance.
- Temperature: Ride, store, and charge the Strike above 50°F.
- Maintenance: Timely battery charging will increase driving distance.
- Driving Style: Frequent starting and stopping will reduce driving distance.

## CLEANING THE STRIKE

To clean the Strike, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Strike, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Strike. If the electric parts or battery get wet, do not power on the Strike. Please contact Jetson Customer Support for assistance.

## BATTERY

- Keep away from fire and excessive heat.
- Avoid intense physical shock, severe vibration, or impact.
- Protect from water or moisture.
- Do not disassemble the Strike or its battery.
- Contact Jetson Customer Support if there are any issues with the battery.

## STORAGE

- Fully charge the battery before storing. The battery should be fully charged once a month after this.
- Cover the Strike to protect against dust.
- Store the Strike indoors, in a dry place.

## MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the product or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

## ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the mat sensors while in operation. Always check the battery charge before using

## DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.
• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Support.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65
⚠ **WARNING**:
This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

## NOTICE OF COMPLIANCE
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Warning:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
   • Reorient or relocate the receiving antenna.
   • Increase the separation between the equipment and receiver.
   • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
   • Consult the dealer or an authorized radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

Case23CV118 PL EX. 130-007



## Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

## Questions? Let us know.

**support.ridejetson.com**

Hours of Operation: 7 Days a Week, 10am-6pm
US 1-(888) 976-9904 | UK +44 (0)33 0838 2551

www.ridejetson.com

 

Follow us **@ridejetson**
**#MakeMoves**

Imported by Jetson Electric Bikes LLC.
86  34th Street 4th Floor,  Brooklyn NY 11232

     

Date Code: 08/2020
Made in China

# JETSON

# Plasma X
## Lava Tech Hoverboard.

## A guide for your ride.

**IMPORTANT: READ CAREFULLY AND RETAIN FOR FUTURE REFERENCE.**

**MODEL:  JPLSMX-BLK | JPLSMX-IRS | JPLSMX-OS-BLK | JPLSMX-OS-IRS**

Designed in Brooklyn  |  Made in China

**Case23CV118 PL EX. 131-001**



Case23CV118 PL EX. 131-002

Jetson's top two riding rules:
Be safe. Have fun!

Case23CV118 PL EX. 131-003

# Table of Contents

Safety Warnings ................................................................................4

Plasma X Overview................................................................................6

Specs & Features ................................................................................9

Charging the Battery ................................................................................10

Indicator Lights ................................................................................11

Battery Levels ................................................................................12

Changing the Lighting ................................................................................12

Powering On and Off ................................................................................12

How to Recalibrate ................................................................................13

Riding the Hoverboard ................................................................................14

Connecting to Bluetooth® ................................................................................17

Helmet Safety ................................................................................18

Care & Maintenance ................................................................................19

Case23CV118 PL EX. 131-004

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.

4

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact the Jetson Care Team.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

⚠ **WARNING:**

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the unit or any components of the unit without instruction from the Jetson Care Team. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the foot rest while in operation. Always check the battery charge before using.

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the  following two conditions:
(1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation. Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation.  This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.  If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
    • Reorient or relocate the receiving antenna.
    • Increase the separation between the equipment and receiver.
    • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
    • Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/ or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

5

# Plasma X Overview

**1. CHARGING PORT**

**2. POWER BUTTON**

**3. CHARGER**

*ADULTS MUST ASSIST CHILDREN IN THE INITIAL ADJUSTMENT PROCEDURES OF THE PRODUCT.

6



FRONT VIEW

REAR VIEW

PLEASE NOTE: IMAGES MAY NOT REFLECT EXACT APPEARANCE OF ACTUAL PRODUCT.

**Case23CV118 PL EX. 131-008**



Case23CV118 PL EX. 131-009

# Specs & Features

- MAX SPEED: 10 MPH
- MAX RANGE: 10 MILES
- BATTERY: 36V, 2.0AH LITHIUM-ION
- CLIMBING ANGLE: UP TO 10°
- PRODUCT WEIGHT: 12.6 LB
- TIRE SIZE: 6.5"
- PRODUCT DIMENSIONS: L23.5" × W7.5" × H6.8"
- CHARGER: UL LISTED, 100-240V
- BLUETOOTH® VERSION: 5.0
- BLUETOOTH® RANGE: 32.8 FT | 10 M
- CHARGE TIME: UP TO 5 HOURS
- RECOMMENDED AGE: 12+
- WEIGHT LIMIT: 220 LB

Case23CV118 PL EX. 131-010

# 1. Getting Started

## 1.1 Charging the Battery

• ONLY USE THE INCLUDED CHARGER.
• PLUG THE CHARGER INTO THE WALL OUTLET BEFORE PLUGGING INTO THE CHARGING PORT.
• NEVER TURN ON THE PLASMA X WHILE IT'S CHARGING.
• CHARGE THE BATTERY UNTIL IT IS FULLY CHARGED - UP TO 5 HOURS.
• NEVER LEAVE THE PLASMA X CHARGING OVERNIGHT.

• CHARGER INDICATOR LIGHT

🔴 - CHARGING

🟢 - CHARGE COMPLETE



INDICATOR LIGHT

10

Case23CV118 PL EX. 131-011

## 1.2 Indicator Lights



BATTERY INDICATOR LIGHTS

STATUS LIGHTS

| BATTERY INDICATOR LIGHTS | 🟢 | 🟢 🟢 | 🟢 🟢 🟢 |
|---|---|---|---|

| STATUS LIGHTS | 🔵 🔵 🔵 | | 🔴 🔴 🔴 | |
|---|---|---|---|---|
| STATUS | YOUR PLASMA X IS ALL SET. | | RECALIBRATE YOUR PLASMA X. | |

**MUST CHARGE HOVERBOARD FOR 5 HOURS TO REACH 100% BATTERY CHARGE.**

Case23CV118 PL EX. 131-012

## 1.3 Battery Levels

WHEN THE HOVERBOARD BATTERY CHARGE NEARS DEPLETION, THE HOVERBOARD WILL ALERT YOU AS FOLLOWS:
• BELOW 9% CHARGE - ONLY ONE BATTERY INDICATOR LIGHT WILL ILLUMINATE, AND IT WILL BLINK
  CONTINUOUSLY. THE HOVERBOARD WILL ALSO VOICE "LOW BATTERY; PLEASE CHARGE" ONCE.
• BELOW 4% CHARGE - ONLY ONE BATTERY INDICATOR LIGHT WILL ILLUMINATE, AND IT WILL BLINK
  CONTINUOUSLY. THE HOVERBOARD WILL ALSO VOICE "LOW BATTERY; PLEASE CHARGE" TWICE AND MAKE A
  CONTINUOUS BEEPING SOUND.

## 1.4 Changing the Lighting

• THE DEFAULT LIGHTING MODE WILL DISPLAY WHEN THE PLASMA X IS POWERED ON.
• SHORT-PRESS THE POWER BUTTON TO SWITCH BETWEEN DIFFERENT LIGHTING EFFECTS.

## 1.5 Powering On and Off

TO POWER THE HOVERBOARD ON OR OFF, LONG-PRESS THE POWER BUTTON.

POWER BUTTON



12

## 1.6 How to Recalibrate

YOUR HOVERBOARD'S INTERNAL BALANCE MECHANISMS SOMETIMES NEED TO BE RESET, OR "RECALIBRATED."



HOLD POWER BUTTON
FOR 5 SECONDS

**FOLLOW THESE 4 SIMPLE STEPS:**

1. POWER OFF THE PLASMA X AND PLACE IT ON A FLAT SURFACE.
   ROTATE THE FOOT PADS SO THAT THEY ARE PARALLEL TO THE GROUND AND ALIGNED WITH EACH OTHER.
2. PRESS THE POWER BUTTON IN FOR 5 SECONDS. YOU WILL HEAR A SHORT MUSICAL TUNE.
3. WHEN THE TUNE IS COMPLETE, RELEASE THE POWER BUTTON AND THEN PRESS IT AGAIN TO POWER THE PLASMA X OFF.
4. TURN PLASMA X BACK ON; RECALIBRATION IS NOW COMPLETE.

**\* KEEP THE HOVERBOARD LEVELED AND STILL THROUGHOUT THE RECALIBRATION PROCESS.**

**\* WHILE RECALIBRATING, DO NOT LEAN ON OR PUT ANY WEIGHT ON THE HOVERBOARD.**

**\* IT CAN TAKE UP TO 3 RECALIBRATION ATTEMPTS TO ACHIEVE PROPER INTERNAL ALIGNMENT.**

Case23CV118 PL EX. 131-014

# 2. Make Moves

## 2.1 Riding the Hoverboard

TO RIDE STRAIGHT FORWARD, APPLY EQUAL PRESSURE TO THE FRONT OF EACH FOOT PAD.
TO RIDE BACKWARDS, APPLY EQUAL PRESSURE TO THE BACK OF EACH FOOT PAD.



14

TO TURN LEFT, ROTATE YOUR HIPS SLIGHTLY TO THE LEFT, WHICH WILL ADJUST THE DISTRIBUTION OF PRESSURE ON THE FOOTPADS AND MOVE THE RIGHT WHEEL AROUND FASTER THAN THE LEFT, AFFECTING A LEFT TURN.



Case23CV118 PL EX. 131-016

TO TURN RIGHT, ROTATE YOUR HIPS SLIGHTLY TO THE RIGHT, WHICH WILL ADJUST THE DISTRIBUTION OF PRESSURE ON THE FOOTPADS AND MOVE THE LEFT WHEEL AROUND FASTER THAN THE RIGHT, AFFECTING A RIGHT TURN.



Case23CV118 PL EX. 131-017

## 2.2 Connecting to Bluetooth®

THE HOVERBOARD COMES EQUIPPED WITH A BLUETOOTH® SPEAKER.

**TO CONNECT TO YOUR BLUETOOTH® SPEAKER:**
• TURN ON THE PLASMA X, AND IT WILL BECOME DISCOVERABLE TO YOUR HANDHELD DEVICE.
• ACTIVATE YOUR BLUETOOTH® IN YOUR HANDHELD DEVICE'S SETTINGS.
• FIND THE PLASMA X IN YOUR HANDHELD DEVICE'S LIST AND SELECT IT.
• NOW YOU CAN STREAM YOUR MUSIC THROUGH THE HOVERBOARD'S SPEAKER.

**IF YOU ARE HAVING ISSUES CONNECTING TO BLUETOOTH®, FOLLOW THESE STEPS:**
1. TRY RESTARTING THE PLASMA X BY TURNING IT OFF AND THEN ON.
2. TAP THE SCAN BUTTON ON YOUR DEVICE TO REFRESH.
3. CONTACT THE JETSON CARE TEAM FOR ASSISTANCE.

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

Case23CV118 PL EX. 131-018

## 2.3 Helmet Safety



**PROPER POSITIONING:
THE FOREHEAD IS COVERED
BY THE HELMET.**



**IMPROPER POSITIONING:
THE FOREHEAD IS EXPOSED.
A FALL COULD RESULT IN SERIOUS INJURY.**

\* WEAR A HELMET, APPROPRIATE CLOTHING, SHOES, AND SAFETY GEAR. AVOID CLOTHING THAT CAN GET CAUGHT INTO OR UNDER THE WHEELS. CLOSED-TOE, FLAT SHOES ARE RECOMMENDED. WEAR AN ASTM F1492 APPROVED HELMET AND PROTECTIVE GEAR TO PREVENT INJURY IN THE EVENT OF AN ACCIDENT.

18

Case23CV118 PL EX. 131-019

# Care & Maintenance

**RIDING RANGE**
THE MAXIMUM RANGE FROM A SINGLE BATTERY CHARGE IS 10 MILES.
HOWEVER, MANY FACTORS WILL AFFECT HOW FAR YOU CAN GO PER CHARGE:
• RIDING SURFACE: A SMOOTH, FLAT SURFACE AFTER EVERY RIDE WILL INCREASE RIDING DISTANCE.
• WEIGHT: MORE WEIGHT MEANS LESS DISTANCE.
• TEMPERATURE: RIDE, STORE, AND CHARGE THE PLASMA X ABOVE 50°F.
• MAINTENANCE: TIMELY BATTERY CHARGING AFTER EACH RIDE WILL INCREASE RIDING DISTANCE.
• RIDING STYLE: FREQUENT STARTING AND STOPPING WILL REDUCE RIDING DISTANCE.

**CLEANING THE PLASMA X**
TO CLEAN THE PLASMA X, CAREFULLY WIPE WITH A DAMP CLOTH, THEN DRY WITH A DRY CLOTH. DO NOT APPLY WATER
DIRECTLY TO THE PLASMA X, AS THE ELECTRICAL AND ELECTRONIC SYSTEMS MAY GET WET, RESULTING IN A MALFUNCTION
THAT COULD LEAD TO PERSONAL INJURY. IF THE ELECTRIC PARTS OR BATTERY GET WET, DO NOT POWER ON THE PLASMA X.
PLEASE CONTACT THE JETSON CARE TEAM FOR ASSISTANCE.

**BATTERY CARE**
• KEEP AWAY FROM FIRE AND EXCESSIVE HEAT.
• AVOID INTENSE, DIRECT PHYSICAL IMPACT AND / OR SEVERE VIBRATION.
• PROTECT FROM WATER OR MOISTURE.
• DO NOT DISASSEMBLE THE PLASMA X OR ITS BATTERY.
• CONTACT THE JETSON CARE TEAM IF THERE ARE ANY ISSUES WITH THE BATTERY.

**STORING THE PLASMA X**
• FULLY CHARGE THE BATTERY BEFORE STORING.
  THE BATTERY SHOULD BE FULLY CHARGED ONCE A MONTH DURING EXTENDED PERIODS OF NON-USE.
• COVER THE PLASMA X TO PROTECT AGAINST DUST.
• STORE THE PLASMA X INDOORS AND IN A DRY PLACE.

## ONE-YEAR GENERAL LIMITED WARRANTY

All new Jetson products, excluding parts and accessories, are warranted against defects in materials and workmanship
for a period of one year from the date of original retail purchase when used in accordance with Jetson's user manuals
(refer to www.ridejetson.com/support).

**Under this warranty, you will be able to direct your claims to Jetson even in situations where you purchased the
Jetson Product from one of our authorized retailers.**

To read the full terms of our warranty, visit www.ridejetson.com/pages/warranty-policy.

Case23CV118 PL EX. 131-020

# Stay connected.

Be sure to follow **@ridejetson**
on social media to learn about fantastic offers,
giveaways, and all the latest Jetson news.



# Loving your ride?

Then be sure to leave a review at ridejetson.com/reviews.
We can't wait to hear from you!



**#MakeMoves**

Case23CV118 PL EX. 131-021

# Questions? Let us know.

## support.ridejetson.com

To exercise your product's
1-year limited warranty
or inquire about warranty
coverage, contact us directly.

US/CANADA 1-888-976-9904
MEX: +001 888 976 9904
UK +44 (0)33 0838 2551

**Hours of Operation:**

**7 Days a Week, 10am-6pm EST**

**Manufactured in Yueyang, China**
**Imported by Jetson Electric Bikes LLC.**
**P.O. Box 320149, 775 4th Ave #2, Brooklyn, NY 11232**

**www.ridejetson.com**

 

Made in China
Date Code: 05/2022

Case23CV118 PL EX. 131-022

# JETSON

**CONFIDENTIAL FILE INFORMATION
THIS PAGE NOT FOR PRINT**

DATE: 04/13/2022
FILE NAME: PlasmaX-manual.indd
PAGE SIZE: L5.5" * H4.25" | L13.97cm * H10.795cm
BOOKLET FORMAT; SADDLE STICHED BINDING
BLEED: .125" on all sides

## PRINTER SPECIFICATIONS

SCALE: 100%
MATERIALS:
- 250g C2S
- Printed double sided: 4C





PANTONE®
CMYK

CMYK
0 93 76 0

## DO NOT PRINT COMMENT,SCORING
## OR DIELINES LAYERS!

Physical sample according to specs must be approved
by JETSON Bike before proceeding to production.
COMMENTS (Internal reference only)
File created by Eitan Adika, Jangmu Lama
& Angelina Zavilevich

Case23CV118 PL EX. 131-023



# glyro®

## FLASHING LED
## ELECTRIC SCOOTER





**AGES 13+**

## MODEL #: ES-V2-BLK

# USER MANUAL

Case23CV118 PL EX. 132-001

Downloaded from www.Manualslib.com manuals search engine

 **FOR YOUR SAFETY PLEASE READ THE ENTIRE USER MANUAL BEFORE OPERATING THE JETSON GLYRO. THE MANUAL INCLUDES USEFUL TIPS AND TRICKS FOR USING THE JETSON GLYRO AS WELL AS IMPORTANT SAFETY INFORMATION. ANY IMPROPER ACTION WILL ENDANGER YOUR PERSONAL SAFETY.**

## Introduction

Congratulations on your new Jetson Glyro! The Jetson Glyro is an innovative and fun personal transportation device. For your safety read this guide in its entirety, including the warnings portion of this manual, prior to riding the Jetson Glyro for the first time. Check whether the wheels are damaged, or parts are loose before driving. If there are any abnormal situations, please contact Jetson Customer Support at customerservice@jetsonbike.com.

This product manual can help you understand, use and maintain your Jetson Glyro. This manual applies to the Jetson Glyro. In order to avoid danger caused by collisions, falls and loss of control please learn how to ride the Jetson Glyro safely, using caution. Jetson and authorized dealers cannot be held liable for injury or damage caused from riding the Jetson Glyro. Falling, losing control, collisions, including failure to obey the Jetson Glyro manual, may cause injury even death. In order to minimize the risk, ensure you read the Jetson Glyro manual carefully. Users ride at their own risk. You can learn the riding skills needed in this product manual. This manual contains all operating instructions and precautions. Users must read it carefully and follow the instructions.

The user is responsible for consequences caused by violating warnings or prompt operations.

## Included in this box

Jetson Glyro®
Flashing LED
Electric Scooter



 Remote

 UL-Certified Charger

 Manual

1

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 132-002**



**WARNING: TO REDUCE THE RISK OF ELECTRIC SHOCK OR FIRE, DO NOT EXPOSE THIS PRODUCT TO RAIN OR MOISTURE. DO NOT REMOVE COVER. NO USER SERVICEABLE PARTS INSIDE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.**

**Features**

- Stable Gyroscope Technology
- Moves in multiple directions
- LED lights for visibility
- Rubber, non-slip pedal
- Easily Carry On Bus or subway
- Durable, rubber tires
- Water-Resistant
- 2 modes: Beginner and advanced
- Beeps when there is low battery and speed slows down

**Safety Features**

- Anti-slip grip pads
- Built-in Samsung™ Battery
- UL-Certified charger included
- Flashing LED lights for visibility
- Automatically shuts off when fully charged
- Beginner and Advanced Modes

**Specifications**

- Max Speed: Up to 8 miles per hour (12.8km)
- Travel Distance Per charge: Up to 10 Miles (16km)
- Climbing Height: up to 30°
- Max Load: Up to 265 Pounds
- Charge Time: Up to 3hrs
- MotoR Power: 300w x 2
- Charging voltage: AC100-240V
- Battery: Rechargeable 36 Volt 43.9AH Lithium
- Low battery protection: slows down at 10%
- Weight: 24lbs (10.88kg)
- Dimensions: 25.1*9.4*9.4 Inches (637.5*238.7*238.7mm)
- Tire Size: 6.2 Inches (157.4mm)

 **WARNING!  RISK OF DEATH OR SERIOUS INJURY**

**WHENEVER YOU RIDE THE  JETSON GLYRO, YOU RISK DEATH OR SERIOUS INJURY FROM LOSS OF CONTROL, COLLISIONS AND FALLS. TO REDUCE RISK OF INJURY, YOU MUST READ AND FOLLOW ALL INSTRUCTIONS AND WARNINGS IN THE RIDER'S GUIDE FOR YOUR  JETSON GLYRO MODEL.**

**Working Principles**

The Jetson Glyro uses gyroscope and acceleration sensors to control balance intelligently depending on a center of gravity. The Jetson Glyro also uses servo-control systems to drive the motor accurately. It is like a human body, when you stand on the Jetson Glyro, move your body forward or backward and the power plant will control the wheels forward or backward to keep balance. When you turn you must slow down and move your body left or right. Built-in inertia dynamic stabilization systems maintain the direction of forwards and backwards, however, it

2

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 132-003**

cannot guarantee the stability of left and right. When you ride the Jetson Glyro, please shift your weight in order to overcome the centrifugal force and improve the security whilst turning.

**Diagram for Reference:**



**Mat Sensor**

There are four sensors under the mat, when the user steps on the Jetson Glyro, it will automatically adjust to the balance mode. Driving the Jetson Glyro, you must ensure that you are stepping on the mats. Please don't step outside the outlined mats. Please do not put items on the mats, which will make Jetson Glyro unable to switch off, and increase the probability of collision to cause the injury of people or damage to Jetson Glyro.

**Battery Level Indicator**

An LED indicator is used to indicate battery level. When the light is green, it means that has enough power. When the light turns red, you should charge it as soon as possible. Please check power level before usage to ensure there is enough power for the return trip. You may want to charge it every time after use. When power level is lower than 10%, the LED indicator will flicker and the buzzer will sound off. Sustained range will decrease during winter, because the battery performance decreases quickly in cold conditions. In 5°F, for example, battery performance is only about half in comparison to that in room temperature.

WARNING: It will notify you when the battery charge is dangerously low by slowing down and shaking the wheels when you are riding it. If these warnings occur, immediately slow down and safely step off. Turn the unit off. Do not attempt to ride again until the battery is recharged.

3

Downloaded from www.Manualslib.com manuals search engine

## Remote control Function

To control your new Jetson Glyro with your remote control you must first make sure that your Glyro is powered ON. Point your remote at the Jetson Glyro and press the button firmly.

Each button has a different function:

- **Lock** - Locks the device from any wheel movement.
- **Unlock** - Unlocks the device for transport
- **Mode** - Adjusts the speed sensitivity of your Jetson Glyro device. There are two settings, Beginner and Advanced. You can also change the sensitivity of your Glyro by pressing the power button twice when turning it on. (Each beep signals a change in sensitivity.)



Lock
Unlock
Mode



Power Button

Charge Port

4

Downloaded from www.Manualslib.com manuals search engine

## Charging the Battery

Your package comes with a built-in, rechargeable lithium battery pack. For the first time, you must fully charge the battery with the included UL-certified charger. Be sure to charge the battery in a clean, dry location.

1. Plug one end of the power cord into it. Plug the other end into a grounded AC outlet. The red charging light on the charger unit will turn on.

2. The charger may take up to 2 hours to complete its charge. The red light on the charger will turn green once it is finished. Recharge the Jetson Glyro after each use.

## Before riding

When you want to start your first ride, please try to wear a comfortable casual or sports outfit and wear fat shoes. Please use in a spacious place, and ensure that there are no any significant obstacles in the way.

## How to use your Jetson Glyro

For your safety, it is recommended to wear protective gear such as a helmet, elbow pads, knee pads, etc, when operating the Jetson Glyro. The power button is located next to the charging port on the Jetson Glyro. Press it until you hear the Jetson Glyro beep to turn it on or off. When riding the Jetson Glyro wear comfortable, non-restrictive clothing and athletic shoes with a closed toe. Clothing should not be so loose that a garment may be caught on a passing object or in the wheels; this could result in loss of control and personal injury. When standing on the Jetson Glyro, keep feet shoulder width apart. Do not stand on the center portion of the Jetson Glyro. Keep a relaxed, upright posture with your knees slightly bent. The range of the Jetson Glyro is dependent upon the way you use it. The battery will run out quicker if you ride at higher speeds and/or up or down an incline.

## Getting on and off the Jetson Glyro

The Jetson Glyro works in both directions, there is no correct front or back of the unit. IMPORTANT: Be careful getting on and off the Jetson Glyro and use stable objects for assistance when learning to get on and off. Always step forward when getting on the Jetson Glyro and step backward when getting off the Jetson Glyro. Getting on or off the Jetson Glyro in any other manner may result in a fall and personal injury.

## Steps to riding the Jetson Glyro

• 1 - Set the Jetson Glyro on flat ground and turn the power on by opening the charger port of the Jetson Glyro and press the power button. The Jetson Glyro can face in either direction. The green light on top of the unit will light up.

 NOTE:    If user stands on the Jetson Glyro two platform when it is not at a level state The buzzer will alarm and warning indicator will light up. At that time the system cannot enter self-balancing status and users are forbidden to operate the Jetson Glyro.

5

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 132-006**

• 2 - Put one foot on the mat that will trigger the pedal switch to run indicator light. After the system enters the self-balancing mode, put the other foot on the pad.

• 3 - After standing up successfully, keep the balance of the center of gravity to maintain the Jetson Glyro in a stationary state.

• 4 - Shift your body weight gradually forward to pick up speed. Do not lunge forward.

• 5 - Moving Forward: Lean forward on both platforms and/or point your toes downward to Instruct the Jetson Glyro to move forward.

• 6 - Moving Backward: Lean backward on both platforms and/or rock your heels backward to instruct the Jetson Glyro to move backward.

• 7 - Turning Right: Point your left toes downward, rotating the platform forward, to instruct the Jetson Glyro to turn right.

• 8 - Turning Left: Point your right toes downward, rotating the platform forward, to instruct the Jetson Glyro to turn left.

• 9 - To rotate, slightly tilt one foot forward and the other foot backward.

• 10 - When you are ready to get off, slow own, stop and step off with one foot first behind the unit, and then step down with the other. Turn it off. If your do not turn it off, it will stay on for 5 minutes allowing you to step on and go again without engaging the on/off switch. It will shut off automatically after 5 minutes.



**IMPORTANT: ACCELERATE AND DECELERATE AT A SAFE, MODERATE PACE. ACCELERATING OR DECELERATING TOO QUICKLY MAY RESULT IN LOSS OF BALANCE/CONTROL AND POTENTIAL INJURY.**

**AVOID TURNING SHARPLY AT SPEED, THIS WILL LIKELY RESULT IN LOSING CONTROL OF THE JETSON GLYRO. AVOID RIDING OVER LOOSE OBJECTS, CRACKS, RAISED BUMPS, OR POTENTIALLY HAZARDOUS TERRAIN. DO NOT RIDE THE JETSON GLYRO DOWN STEPS. DO NOT TURN SHARPLY AT HIGH SPEED TO AVOID DANGEROUS SITUATIONS. DO NOT DRIVE AND TURN ROUND QUICKLY ON SLOPES, IT MAY CAUSE DANGEROUS ISSUES. DO NOT LIFT THE JETSON GLYRO OFF THE GROUND WHEN IT IS TURNED ON. DO NOT TURN ON IT IN MID AIR.**

6

**Case23CV118 PL EX. 132-007**

Downloaded from www.Manualslib.com manuals search engine

 

## Driving Range

There are a lot of factors, which will affect drive distance:

• Land form: A smooth, flat surface will increase the driving distance.
• Weight: The weight of the driver can affect driving distance.
• Ambient temperature: Please ride and store the Jetson Glyro under recommended temperature, which will increase driving distance.
• Maintenance: reasonable battery charging and maintenance will increase the distance. Speed and driving style: maintain a moderate speed will Increase distance, on the contrary, frequent start/stop, acceleration and deceleration will reduce the distance.

## Speed limit

The top speed is 8mph. When you approach the maximum speed, it will
try to prevent you from accelerating further. It will tilt back in order to shift your weight backward. You may feel that you are being 'pushed' back or that you cannot make it go any faster. Do not continue leaning or bending forward to try and increase your speed or you will fall.

## Weight limit

The maximum load is 265lbs. Going above the maximum weight limit can cause injury.
• Maximum Load: 265 lbs.
• Minimum Load: 45 lbs.

## Terrain and reminders

1. It is intended for indoors or use on smooth, fat surfaces. However, to prevent loss of traction, you must always be careful when riding and learn to identify and avoid slippery and wet surfaces, loose materials, slopes, potholes and other obstacles.
2. Stop and step off it over unsafe surfaces or terrain.
3. Their wheels must be able to grip the ground for you to stay upright. Slips occur when loses traction, potentially causing loss of control and a fall. Abrupt maneuvers and riding over slippery surfaces, bumps, and loose objects and materials, may cause it to lose traction.

Downloaded from www.Manualslib.com manuals search engine

**Case23CV118 PL EX. 132-008**



Point right toes downward          Point left toes downward
to turn left                          to turn right

### Protection Function

During operation, if there is a system error or illegal operations, the Jetson Glyro will prompt drivers in different ways.

### Storage

Please store it in a dry place. If left unused, recharge the battery every two months to maintain longevity of the battery.

• Fully charge your battery before storing.
• If you store the Jetson Glyro more than one month, please remove the battery and charge it at least every three months.
• If the storage ambient temperature Is below 32 degrees Fahrenheit, please do not charge. You can bring the vehicle into a warm environment (above 50 degrees Fahrenheit) for charging.
• To prevent dust, you can cover the Jetson Glyro.
• Store the Jetson Glyro indoors, in a dry and suitable temperature. If you do not use it for a long time, please do not connect the power.

### Protection function

During operation, if there is a system error or illegal operations, the Jetson Glyro will prompt drivers in different ways:

• Battery voltage is too low, in charging.
• Riding process, the following is forbidden in uphill.
• Over-speed.
• Battery shortage.
• System enters protection mode, alarm indicator will light up, buzzer will alarm.
• Platform forward or backward more than 35 degrees, vehicle will turn the engine off.
• Wheel blocked, Jetson Glyro will halt after 2 seconds.
• Battery is insufficient below protection, Jetson Glyro will turn the engine off after 15 seconds.
• Sustained high discharge current performance, Jetson Glyro will turn the engine off after 15 seconds.

**Case23CV118 PL EX. 132-009**

Downloaded from www.Manualslib.com manuals search engine

**Safe Riding**

• At any time using the Jetson Glyro, it may cause injury if you lose control, collide or fall down.

• When you are riding the Jetson Glyro, make sure to take all the safety measures, such as: Wear a helmet, knee pads, elbow pads and other protective gear.

• The Jetson Glyro is only used for personal entertainment use.

• It Is prohibited to use on motorway / roads.

• Do not allow children, the elderly, or pregnant women to ride it.

• Do not ride after drinking or using drugs.

• Do not carry items when you are riding it.

• When riding the Jetson Glyro, please comply with local traffic laws, give way to pedestrians.

• Please be alert to things in front or far away from you, keeping good vision will help you ride the Jetson Glyro safer.

• Make sure the feet are always riding on the pads.

• Please wear suitable sports apparel to ride the Jetson Glyro, so that you can deal with emergencies better.

• The Jetson Glyro can only be driven by one person, it cannot be driven by two or more people.

• Users and their belongings should not exceed the maximum load (265 Lbs), or it would make users more easily fall or get injured during the course of driving, and even cause the  Jetson Glyro functional damage. In addition, the driver should not be less than 45 Lbs. which will result in the Jetson Glyro being unable to operate, especially on downhill; where the driver can' t reduce speed or stop safely.

• Ensure the speed within a safety range.

• When you ride the Jetson Glyro along with other users, please keep a certain distance between each other to avoid a collision.

• You should always keep in mind your height has increased 4 inches, be careful when you pass doors or similar.

• When turning, please keep balance.

• Do not allow distractions when riding the Jetson Glyro, such as answering the phone, listening to music, or engaging in any other activities.

• Do not ride on slippery road in rain.

• The personal transport unit is not a form of medical equipment. Therefore, the user must use it without external force to help Jthe etson Glyro.

• Do not ride in a dark place.

• Avoid riding on a particularly smooth surface, such as: Snow, Ice, and slippery floor.

• Do not ride In road with obstacles, such as twigs, littler or small stones, etc.

• Avoid riding in narrow space.

• Avoid riding on a steep slope.

• Avoid riding in an unsafe place around flammable gas, steam, liquid, dust which could cause fire and explosion accidents

Downloaded from www.Manualslib.com manuals search engine

# PRODUCT WARNINGS

**Battery**

You must stop driving if the Jetson Glyro displays low power.
Don't use the battery if the following occurs

- Emit odor or overheat.
- Do not touch any leaking materials.
- Children and animals are forbidden to touch battery.
- The charger must be taken out before riding or it may cause danger.
- Battery contains dangerous substances, do not open the battery, and do not insert anything into the battery.
- Please use the charger provided by the Jetson Glyro
- Do NOT charge the battery that has over discharged. It should be abandoned for safety.
- The Jetson Glyro battery should be used in accordance with local law.

**Respect your surroundings and those around you**

Be mindful of your speed and surroundings for your own safety and the safety of those around you. Be prepared at any moment to come to a complete stop and always allow safe space between yourself and other objects and people so you can stop to avoid them.

**California warning**

This product contains chemicals, including lead, known to the state of California to cause cancer, birth defects or other reproductive harm.

 **WARNING! THE CELLS WITHIN THE BATTERY PACKS CONTAIN TOXIC SUBSTANCES. DO NOT ATTEMPT TO OPEN BATTERY PACKS. DO NOT USE THE BATTERY PACK IF ITS CASING IS BROKEN OR IF IT EMITS AN UNUSUAL ODOR OR EXCESSIVE HEAT OR LEAKS ANY SUBSTANCE. DO NOT HANDLE A DAMAGED OR LEAKING BATTERY PACK.**

10

Downloaded from www.Manualslib.com manuals search engine

# PRODUCT WARNINGS

**For ages 13 years and older**

The Jetson Glyro is only for users who are aged 13 years and older. This device requires mature coordination, agility, and balance. Use your best judgment to determine if an individual is adequately physically fit and coordinated to use the Jetson Glyro safely.

**Max weight: 265lbs**

Do not exceed the maximum weight when operating the Jetson Glyro as this could lead to damage or failure of the device and may result in personal injury. Do not carry items when operating the Jetson Glyro.

**Min weight 45lbs**

The Jetson Glyro is not to be used by individuals weighing less than 45lbs. The Jetson Glyro sensors are designed for individuals weighing 45lbs or more, these sensors may respond incorrectly to individuals weighing less than 45lbs which can result in serious personal injury.

**Clothing and footwear**

Wear comfortable clothing and athletic shoes with a closed toe. Do not wear open toe shoes, sandals, or high-heel shoes when operating the Jetson Glyro. Do not wear loose fitting clothing as this may snag on passing objects.

**Protective gear**

For your safety always wear a helmet and protective gear such as elbow pads and knee pads when operating the Jetson Glyro.

**Environmental conditions**

Always operate the Jetson Glyro on a smooth indoor surface or outside on flat surface in optimal weather conditions (sunny, dry). Do not operate the Jetson Glyro in wet conditions, do not navigate through puddles and avoid all contact with water.

**Drugs and Alcohol**

Do not operate the Jetson Glyro under the influence of alcohol or drugs, including prescription medications

**Inspection**

Prior to each use inspect the Jetson Glyro and ensure it has been maintained correctly and is functioning properly. Do not operate the Jetson Glyro with low battery as the device may lose power resulting in loss of control and potential injury to the rider. Keep the Jetson Glyro sufficiently charged, as draining the battery beyond the low battery threshold may result in draining the battery beyond a point which it can be charged.

11

Downloaded from www.Manualslib.com manuals search engine

Case23CV118 PL EX. 132-012

# PRODUCT WARNINGS

## Modifications

Do not attempt to modify, repair, or replace the Jetson Glyro unit or any components of the unit, this will void any warranty and can lead to malfunctions which may cause personal injury.

## Motion

Do not lean too far forward or backward as the Jetson Glyro may not be able to accelerate or decelerate quickly enough for the rider to maintain balance, leaning to far forward or backward may result in loss of control, falling, or personal injury.

## Operation

Do not lift the Jetson Glyro off of the ground while it is in operation and the wheels are in motion, this can result in freely spinning wheels which may cause personal injury to yourself or others nearby. Do not jump on or off the Jetson Glyro and do not jump while using the Jetson Glyro, this may result in loss of control and person injury. Always keep your feet firmly planted on the Jetson Glyro while in operation. Always check battery charge before using. Do not ride when its battery is low, as indicated by a twinkling green light or a solid green light. This may stop operating and cause you to fall.

## Obey laws and regulations

Check for and adhere to local laws regarding the operation of personal transportation devices. Local laws may dictate protective gear and operation requirements. Adhere to all local vehicle, personal transportation, and pedestrian laws.



 ⚠ WARNING!

Users who disassemble the Jetson Glyro without permission will be regarded as giving up the right of warranty.

12

Downloaded from www.Manualslib.com manuals search engine

**LIMITED WARRANTY**

TO QUALIFY FOR WARRANTY SERVICE:
1. You must present a copy of the sales receipt from an approved retail partner within 90 days of purchase.
2. This product can not be used for rental or commercial use.
3. This product can not be used for competition.

LIMITATIONS OF LIABILITY
• This Limited Warranty is non-transferable after the Product's initial sale.
• No unapproved modifications can be made to the Product, its performance or otherwise, in orderfor this Limited Warranty to remain in effect.
• No reimbursement is provided for towing, loss of time, loss of use, inconvenience, incidental or consequential damages.
• Warranty is void if weather related water damage is determined. Owner is responsible for storage and protection from weather.
• Jetson makes no warranty with respect to products or trade accessories not made by Jetson, including, but not limited to, motors, tires, wheels and batteries, such products or trade accessories, such items being subject to the original manufacturer's warranty, if any.
• This Limited Warranty does not cover minor surface blemishes, rips, tears, or other cosmetic damages due to normal use, or other intentional or unintentional damage to the Product.
• This Limited Warranty will not cover any damage which results from the application of improper cleaners, solvents or chemicals to the Product, water damage, smoke or soot, or from exposure to saltwater, sea breeze or salt.
• This Limited Warranty will not cover any damage which results from aging, such as fading of paint, deterioration of plated surfaces, deterioration of rubber or plastics, or rusting.
• This Limited Warranty does not cover improper repair or misdiagnosis of problem.
• This Limited Warranty covers only parts and labor due to manufacturer defect.

Damage due to misuse or neglect, use other than as specified in the Owner's Manual, or use under abnormal conditions are not covered by this Limited Warranty.

OWNER'S WARRANTY RESPONSIBILITIES
As the vehicle owner, you are responsible for the performance of the required maintenance. You should maintain a record of all maintenance performed your vehicle and retain all receipts covering maintenance on your vehicle. You may be denied a warranty claim solely because of your failure to ensure the performance of all scheduled maintenance or lack of maintenance records or receipts. As the vehicle owner, you should be aware that you may be denied your warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.For any issue regarding your Jetson product, call toll free 1-(888) 976-9904

13

Downloaded from www.Manualslib.com manuals search engine

Case23CV118 PL EX. 132-014

**PRODUCT REGISTRATION**

Please complete and mail this card within 10 days of purchase.

Name: _____

Age:  _____

Address:  _____

City, State, Zip:  _____

Email:  _____

Home Phone:  _____Work Phone:  _____

Purchase Date:  _____ Purchased from:_____

VIN Number:  _____

Gender:  _____ Occupation:  _____

Is this your first Jetson product?  _____

Other similar product owned before:  _____

How did you hear about the Jetson Jetson Glyro?  _____

_____

Complete this form and mail it to:

Attention: Product Registration

Jetson Electric Bikes

175 Varick Street

New York, NY 10014

Downloaded from www.Manualslib.com manuals search engine

14

**Case23CV118 PL EX. 132-015**



# A LEADER
# IN ELECTRIC MOBILITY
## 888-976-9904

Downloaded from www.Manualslib.com manuals search engine

www.jetsonbike.com

Case23CV118 PL EX. 132-016

# What's in the Box

1. LED Lights
2. Charging Port
3. Power Button
4. Charger







Please Note: Images may not reflect exact appearance of actual product.

# Specs & Features

• Weight Limit: 220 lb
• Product Weight: 22 lb
• Recommended Age: 12+
• Tire Size: 6.5"
• Product Dimensions: L23.5" x W8" x H7"
• Max Speed: Up To 12 mph
• Max Range: Up To 10 Miles
• Battery: 24V, 4.0Ah Lithium-Ion
• Motor: 400W, Dual Hub Motor
• Charger: UL LISTED, 110-240V
• Charge Time: Up To 3 Hours
• Climbing Angle: Up To 15°

# Remember to be safe and most importantly, have fun!

# 1. Get Started

## 1.1 Charging the Battery

• Only use the included charger
• Plug the charger into the wall before the Charging Port
• Don't turn on the Rave while it's charging
• Charge the battery until it is fully charged - up to 3 hours

🔴 - Charging

🟢🔵 - Charge Complete

Indicator Light



## 1.2 Indicator Lights



Status Light

Power Light

Balance Light

| Battery Indicator Light | 🔵 | 🔵🔵 | 🔵🔵🔵 |
|---|---|---|---|
| Percentage | < 20% | 20-49% | 50% + |

**Status Light:** If this light turns red or if you are having issues with the Rave, you may need to recalibrate it.
**Balance Light:** Active Balance Technology is on, which levels the Rave as you ride.
**Power Light:** The Rave is powered on.

Warning: The Rave will automatically turn off once the battery power goes below 10% as a safety precaution.

## 1.3 How to Recalibrate



Hold for 5 seconds

Follow these 3 simple steps...

1. Place the Rave on a flat, level surface.
2. Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.
3. Restart the Rave by turning it off and then on.

# 2. Make Moves

## 2.1 Riding the Rave

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



*Adults must assist children in the initial adjustment procedures of the product.



# Connecting to Bluetooth®

The Rave comes equipped with two Bluetooth® modules - one for the Bluetooth® speaker and one for the Ride Jetson app.

**To connect to your Bluetooth® speaker:**
- Turn on the Rave, and it will become discoverable to your handheld device.
- Activate your Bluetooth® in your handheld device's settings.
- Find the Rave in your handheld device's list and select it.
- Now you can play your music.

**To connect to the Ride Jetson app:**
- Open the Ride Jetson app on your handheld device.
- Tap the Bluetooth® symbol in the top left corner of the app.
- Select your Rave. Default password is 000000.
(To customize your password go to Settings in the App. If you forget your new password, you can factory reset the Rave by recalibrating).
- You should now be connected to the Rave!

**MODE SETTINGS**
In the Ride Jetson app you can choose from three settings:
- **Beginner Mode Max Speed:** Up to 8 mph
- **Intermediate Mode Max Speed:** Up to 10 mph
- **Advanced Mode Max Speed:** Up to 12 mph
NOTE: Other features that can be adjusted include Steering Sensitivity, Driving Force, and Auto Shutdown Time.

**If you are having issues connecting to Bluetooth®, follow these steps:**
1. Try restarting the Rave by turning it off and then on.
2. Click the Scan button to refresh.
3. Restart the Ride Jetson app.
4. Contact Jetson Customer Support for assistance.

# Care & Maintenance

**RIDING RANGE**
The maximum range is 10 miles. However, many factors will affect how far you can go per charge:
- Driving Surface: A smooth, flat surface will increase driving distance.
- Weight: More weight means less distance.
- Temperature: Ride, charge, and store the Rave above 50°F.
- Maintenance: Timely battery charging will increase driving distance.
- Speed and Driving Style: Frequent starting and stopping will reduce driving distance.

**CLEANING THE RAVE**
To clean the Rave, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Rave, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Rave.

**BATTERY**
- Keep away from fire and excessive heat.
- Avoid intense physical shock, severe vibration, or impact.
- Protect from water or moisture.
- Do not disassemble the Rave or its battery.
- If there are any issues with the battery, please contact Jetson Customer Support.

**STORAGE**
- Fully charge the battery before storing. The battery should be fully charged once a month after this.
- Cover the Rave to protect against dust.
- Store the Rave indoors, in a dry place.

**MODIFICATIONS**
Do not attempt to disassemble, modify, repair, or replace the product or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

**ADDITIONAL OPERATION CAUTIONS**
Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the mat sensors while in operation. Always check the battery charge before using.

**DISPOSAL OF USED BATTERY**

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

Apple, the Apple logo, iPhone® are trademarks of Apple inc., registered in the U.S. and other countries. App store is a service mark of Apple inc., registered in the U.S. and other countries.

Google Play and the Google Play logo are trademarks of Google inc.

# Safety Warnings

- Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
- Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer. That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all side guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining. The area that the product is to be operated should be safe and suitable for safe operation.
- Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
- Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
- This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
- Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
- Adult supervision is required.
- The rider should not exceed 220 lb.
- Never use near motor vehicle.
- Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
- Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
- Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
- Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
- Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and. Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
- Do not ride at night.
- Only ride the product with adequate daylight conditions for visibility.
- Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
- Do not ride after drinking or taking prescription medication.
- Do not carry items when riding.
- Never operate the product barefooted.
- Always wear shoes and keep shoelaces tied.
- Make sure your feet are always placed securely on the deck.
- Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
- Always give way to pedestrians.
- Be alert to things in front and far away from you.
- Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
- The product cannot be ridden by more than one person.
- When you ride the product along with other riders, always keep a safe distance to avoid a collision.
- When turning, be sure to maintain your balance.
- Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
- Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
- The brake may become hot while operating, do not touch the brake with your bare skin.
- If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Support.
- Replace worn or broken parts immediately.
- The area that the product is to be operated should be safe and suitable for safe operation.
- Check whether all safety labels are in place and understood before riding.
- The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
- Recommended for indoor use.
- Use caution when charging. Do not operate charger near flammable materials. Unplug charger and disconnect from scooter when not in use.
- When the battery is fully charged, stop charging and unplug the unit.
- Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

**California Proposition 65**
**⚠ WARNING:**
This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

**NOTICE OF COMPLIANCE**
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.
**WARNING:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.





# JETSON

## Rave Extreme-Terrain Hoverboard.

## A guide for your ride.

Model: JRAVE-BLK

Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.

## Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

## Questions? Let us know.

**support.ridejetson.com**

Hours of Operation: 7 Days a Week, 10am–6pm
US 1-(888) 976-9904 | UK +44 (0)33 0838 2551

Manufactured in Yongkang, China
Imported by Jetson Electric Bikes LLC.
1 Revere Street, Brooklyn, New York 11211
www.ridejetson.com

  
Follow us @ridejetson
#MakeMoves

  

Date Code: 03/2020

Case23CV118 PL EX. 133-002

# JETSON

# Hali X All-Terrain Hoverboard.

# A guide for your ride.

**IMPORTANT, RETAIN FOR FUTURE REFERENCE: READ CAREFULLY**

**MODEL: JHALX-BLK | JHALX-PNK | JHALX-OS-BLK | JHALX-OS-PNK**

Designed in Brooklyn  |  Made in China

Case23CV118 PL EX. 133A-001



Case23CV118 PL EX. 133A-002

# Remember to be safe and, most importantly, have fun!

Case23CV118 PL EX. 133A-003

Case23CV118 PL EX. 133A-004

# Table of Contents

Safety Warnings ............................................................................................................4

What's in the Box ...........................................................................................................6

Specs & Features ..........................................................................................................9

Charging the Battery ...................................................................................................10

Indicator Lights ..........................................................................................................11

How to Recalibrate ....................................................................................................12

Riding the Hoverboard ..............................................................................................13

Helmet Safety .............................................................................................................14

Connecting to Bluetooth® .........................................................................................15

Care & Maintenance ..................................................................................................16

**Case23CV118 PL EX. 133A-005**

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.

4

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Care.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

⚠ **WARNING:**

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the unit or any components of the unit without instruction from Jetson Customer Care. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the foot rest while in operation. Always check the battery charge before using.

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the  following two conditions:
(1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation. Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation.  This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.  If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
• Reorient or relocate the receiving antenna.
• Increase the separation between the equipment and receiver.
• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
• Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/ or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

5

# Hali X Overview

**1. LED LIGHTS**

**2. POWER BUTTON**

**3. CHARGING PORT**

**4. CHARGER**

*ADULTS MUST ASSIST CHILDREN IN THE INITIAL ADJUSTMENT PROCEDURES OF THE PRODUCT.

6

**Case23CV118 PL EX. 133A-008**



FRONT VIEW

REAR VIEW

PLEASE NOTE: IMAGES MAY NOT REFLECT EXACT APPEARANCE OF ACTUAL PRODUCT.

Case23CV118 PL EX. 133A-009

Case23CV118 PL EX. 133A-010

# Specs & Features

- WEIGHT LIMIT: 220 LB
- PRODUCT WEIGHT: 19 LB
- TIRE SIZE: 6.3"
- PRODUCT DIMENSIONS: L 23.5" × W 7.1" × H 7.1"
- MAX SPEED: UP TO 12 MPH
- MAX RANGE: UP TO 12 MILES
- BATTERY: 25.2V, 4.0AH LITHIUM-ION
- MOTOR: 500W, DUAL HUB MOTOR
- CHARGER: UL LISTED, 100-240V
- CHARGE TIME: UP TO 5 HOURS
- CLIMBING ANGLE: UP TO 15°
- RECOMMENDED AGE: 12+

Case23CV118 PL EX. 133A-011

# 1. Get Started

## 1.1 Charging the Battery

• ONLY USE THE INCLUDED CHARGER
• PLUG THE CHARGER INTO THE WALL BEFORE THE CHARGING PORT
• DON'T TURN ON THE HALI X WHILE IT'S CHARGING
• CHARGE THE BATTERY UNTIL IT IS FULLY CHARGED - UP TO 3 HOURS

● - CHARGING

● - CHARGE COMPLETE



INDICATOR LIGHT

10

## 1.2 Indicator Lights



BATTERY INDICATOR LIGHT

STATUS LIGHT

| BATTERY INDICATOR LIGHT | 🟢 | 🟢 🟢 | 🟢 🟢 🟢 |
|---|---|---|---|
| PERCENTAGE | < 20% | 20-49% | 50% + |

| STATUS LIGHT | 🔵 🔵 🔵 | 🔴 🔴 🔴 |
|---|---|---|
| STATUS | YOUR HALI X IS ALL SET. | RECALIBRATE YOUR HALI X. |

**WARNING: THE HALI X WILL AUTOMATICALLY TILT UP AND SLOW DOWN ONCE THE BATTERY POWER GOES BELOW 10% AS A SAFETY PRECAUTION.**

11

Case23CV118 PL EX. 133A-013

## 1.3 How to Recalibrate



HOLD POWER BUTTON FOR 5 SECONDS

**FOLLOW THESE 3 SIMPLE STEPS:**

1. PLACE TURNED OFF HALI X ON A FLAT SURFACE. HOLD THE POWER BUTTON FOR 5 SECONDS UNTIL THE TUNE IS COMPLETE. THE HALI X IS NOW ON.
2. LET GO OF POWER BUTTON AND THEN PRESS IT AGAIN TO TURN HALI X OFF.
3. TURN HALI X BACK ON; RECALIBRATION IS NOW COMPLETE.

**\* KEEP THE HOVERBOARD LEVELED AND STILL THROUGHOUT THE RECALIBRATION PROCESS.**

Case23CV118 PL EX. 133A-014

# 2. Make Moves

## 2.1 Riding the Hoverboard

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



13

## 2.2 Helmet Safety



**THE FOREHEAD IS COVERED
BY THE HELMET.**



**THE FOREHEAD IS EXPOSED.
COULD CAUSE SERIOUS INJURY.**

Case23CV118 PL EX. 133A-016

## 2.3 Connecting to Bluetooth®

THE HOVERBOARD COMES EQUIPPED WITH A BLUETOOTH® SPEAKER.

**TO CONNECT TO YOUR BLUETOOTH® SPEAKER:**
• TURN ON THE HALI X, AND IT WILL BECOME DISCOVERABLE TO YOUR HANDHELD DEVICE.
• ACTIVATE YOUR BLUETOOTH® IN YOUR HANDHELD DEVICE'S SETTINGS.
• FIND THE HALI X IN YOUR HANDHELD DEVICE'S LIST AND SELECT IT.
• NOW YOU CAN PLAY YOUR MUSIC.

**TO CONNECT TO THE RIDE JETSON APP:**
• OPEN THE RIDE JETSON APP ON YOUR HANDHELD DEVICE.
• TAP THE BLUETOOTH® SYMBOL IN THE TOP LEFT CORNER OF THE APP.
• SELECT YOUR HALI X. DEFAULT PASSWORD IS 000000.
(TO CUSTOMIZE YOUR PASSWORD GO TO SETTINGS IN THE APP. IF YOU FORGET YOUR NEW PASSWORD, YOU CAN FACTORY RESET THE HALI X BY RECALIBRATING).
• YOU SHOULD NOW BE CONNECTED TO THE HALI X!

**MODE SETTINGS**
IN THE RIDE JETSON APP YOU CAN CHOOSE FROM THREE SETTINGS:
• BEGINNER MODE MAX SPEED: UP TO 8 MPH
• INTERMEDIATE MODE MAX SPEED: UP TO 10 MPH
• ADVANCED MODE MAX SPEED: UP TO 12 MPH
NOTE: OTHER FEATURES THAT CAN BE ADJUSTED INCLUDE STEERING SENSITIVITY, DRIVING FORCE, AND AUTO SHUTDOWN TIME.

**IF YOU ARE HAVING ISSUES CONNECTING TO BLUETOOTH®, FOLLOW THESE STEPS:**
1. TRY RESTARTING THE HALI X BY TURNING IT OFF AND THEN ON.
2. CLICK THE SCAN BUTTON TO REFRESH.
3. RESTART THE RIDE JETSON APP.
4. CONTACT JETSON CUSTOMER SUPPORT FOR ASSISTANCE.

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

Case23CV118 PL EX. 133A-017

# Care & Maintenance

**SPEED AND RIDING RANGE**

THE TOP SPEED IS 12 MPH, HOWEVER, MANY FACTORS WILL AFFECT HOW FAST YOU WILL BE ABLE TO RIDE:
• DRIVING SURFACE: A SMOOTH, FLAT SURFACE WILL INCREASE DRIVING DISTANCE.
• WEIGHT: MORE WEIGHT MEANS LESS DISTANCE.
• TEMPERATURE: RIDE, CHARGE, AND STORE THE HALI X ABOVE 50°F.
• MAINTENANCE: TIMELY BATTERY CHARGING WILL INCREASE DRIVING DISTANCE.
• SPEED AND DRIVING STYLE: FREQUENT STARTING AND STOPPING WILL REDUCE DRIVING DISTANCE.

**CLEANING THE HALI X**

TO CLEAN THE HALI X, CAREFULLY WIPE WITH A DAMP CLOTH, THEN DRY WITH A DRY CLOTH. DO NOT USE WATER TO CLEAN THE HALI X, AS THE ELECTRICAL AND ELECTRONIC SYSTEMS MAY GET WET, RESULTING IN PERSONAL INJURY OR MALFUNCTION OF THE HALI X.

**BATTERY**

• KEEP AWAY FROM FIRE AND EXCESSIVE HEAT.
• AVOID INTENSE PHYSICAL SHOCK, SEVERE VIBRATION, OR IMPACT.
• PROTECT FROM WATER OR MOISTURE.
• DO NOT DISASSEMBLE THE HALI X OR ITS BATTERY.
• IF THERE ARE ANY ISSUES WITH THE BATTERY, PLEASE CONTACT JETSON CUSTOMER SUPPORT.

**STORAGE**

• FULLY CHARGE THE BATTERY BEFORE STORING. THE BATTERY SHOULD BE FULLY CHARGED ONCE A MONTH AFTER THIS.
• COVER THE HALI X TO PROTECT AGAINST DUST.
• STORE THE HALI X INDOORS, IN A DRY PLACE.

Case23CV118 PL EX. 133A-018

# Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

 

Follow us @ridejetson
#MakeMoves



Case23CV118 PL EX. 133A-019

# Questions? Let us know.

support.ridejetson.com

**Hours of Operation:**
**7 Days a Week, 10am-6pm**

Manufactured in Shenzhen, China
Imported by Jetson Electric Bikes LLC.
86 34th Street 4th Floor, Brooklyn, New York 11232

www.ridejetson.com



Made in China
Date Code: 05/2021

Case23CV118 PL EX. 133A-020

# JETSON

**CONFIDENTIAL FILE INFORMATION
THIS PAGE NOT FOR PRINT**

DATE: 04/23/2021
FILE NAME: Hali X-manual.indd
PAGE SIZE: L5.5" *  H4.25" | L13.97cm *  H10.795cm
BOOKLET FORMAT; SADDLE STICHED BINDING
BLEED: .125" on all sides

## PRINTER SPECIFICATIONS

SCALE: 100%
MATERIALS:
- 250g C2S
- Printed double sided: 4C





PANTONE®
CMYK

CMYK
0 93 76 0

## DO NOT PRINT COMMENT,SCORING OR DIELINES LAYERS!

Physical sample according to specs must be approved
by JETSON Bike before proceeding to production.
COMMENTS (Internal reference only)
File created by Eitan Adika, Jangmu Lama
& Angelina Zavilevich

Case23CV118 PL EX. 133A-021

# JETSON

# Sync All-Terrain Hoverboard.

# A guide for your ride.

**IMPORTANT, RETAIN FOR FUTURE REFERENCE: READ CAREFULLY**

**MODEL: JSYNC-BLK | JSYNC-VIO | JSYNC-TEL | JSYNC-BLU | JSYNC-RED | JSYNC-GRN | JSYNC-ELC**

Designed in Brooklyn  |  Made in China

**Case23CV118 PL EX. 133B-001**



Case23CV118 PL EX. 133B-002

# Remember to be safe and, most importantly, have fun!

Case23CV118 PL EX. 133B-003

Case23CV118 PL EX. 133B-004

# Table of Contents

**Safety Warnings** ............................................................................................4

**What's in the Box** ..........................................................................................6

**Specs & Features** .........................................................................................9

**Charging the Battery** ...................................................................................10

**Indicator Lights** ...........................................................................................11

**How to Recalibrate** .....................................................................................12

**Riding the Hoverboard** ...............................................................................13

**Connecting to Bluetooth®** ..........................................................................14

**Care & Maintenance** ...................................................................................15

**Case23CV118 PL EX. 133B-005**

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.

4

Case23CV118 PL EX. 133B-006

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Care.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

## ⚠WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the unit or any components of the unit without instruction from Jetson Customer Care. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the foot rest while in operation. Always check the battery charge before using.

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation. Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
    • Reorient or relocate the receiving antenna.
    • Increase the separation between the equipment and receiver.
    • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
    • Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/ or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

5

# Sync Overview

**1. LED LIGHTS**

**2. POWER BUTTON**

**3. CHARGING PORT**

**4. CHARGER**

*ADULTS MUST ASSIST CHILDREN IN THE INITIAL ADJUSTMENT PROCEDURES OF THE PRODUCT.

6

**Case23CV118 PL EX. 133B-008**



FRONT VIEW

REAR VIEW

PLEASE NOTE: IMAGES MAY NOT REFLECT EXACT APPEARANCE OF ACTUAL PRODUCT.

**Case23CV118 PL EX. 133B-009**

Case23CV118 PL EX. 133B-010

# Specs & Features

- WEIGHT LIMIT: 220 LB
- PRODUCT WEIGHT: 16 LB
- TIRE SIZE: 6.3″
- PRODUCT DIMENSIONS: L24.2″ × W7″ × H7.4″
- MAX SPEED: UP TO 10 MPH
- MAX RANGE: UP TO 8 MILES
- BATTERY: 36V, 2.0AH LITHIUM-ION
- MOTOR: 300W
- CHARGER: UL LISTED, 100-240V
- CHARGE TIME: UP TO 5 HOURS
- CLIMBING ANGLE: UP TO 15°
- RECOMMENDED AGE: 12+

Case23CV118 PL EX. 133B-011

# 1. Get Started

## 1.1 Charging the Battery

• ONLY USE THE INCLUDED CHARGER
• PLUG THE CHARGER INTO THE WALL BEFORE THE CHARGING PORT
• DON'T TURN ON THE SYNC WHILE IT'S CHARGING
• CHARGE THE BATTERY UNTIL IT IS FULLY CHARGED - UP TO 3 HOURS

● - CHARGING

● - CHARGE COMPLETE



INDICATOR LIGHT

10

Case23CV118 PL EX. 133B-012

## 1.2 Indicator Lights



STATUS LIGHT

BATTERY INDICATOR LIGHT

| BATTERY INDICATOR LIGHT | 🟢 | 🟢 🟢 | 🟢 🟢 🟢 |
|---|---|---|---|
| PERCENTAGE | < 20% | 20-49% | 50% + |

| STATUS LIGHT | 🔵 🔵 🔵 | 🔴 🔴 🔴 |
|---|---|---|
| STATUS | YOUR SYNC IS ALL SET. | RECALIBRATE YOUR SYNC. |

**WARNING: THE SYNC WILL AUTOMATICALLY TILT UP AND SLOW DOWN ONCE THE BATTERY POWER GOES BELOW 10% AS A SAFETY PRECAUTION.**

11

Case23CV118 PL EX. 133B-013

## 1.3 How to Recalibrate



HOLD POWER BUTTON FOR 5 SECONDS

**FOLLOW THESE 3 SIMPLE STEPS:**

1. PLACE TURNED OFF SYNC ON A FLAT SURFACE. HOLD THE POWER BUTTON FOR 5 SECONDS UNTIL THE TUNE IS COMPLETE. THE SYNC IS NOW ON.
2. LET GO OF POWER BUTTON AND THEN PRESS IT AGAIN TO TURN SYNC OFF.
3. TURN SYNC BACK ON; RECALIBRATION IS NOW COMPLETE.

\* KEEP THE HOVERBOARD LEVELED AND STILL THROUGHOUT THE RECALIBRATION PROCESS.

Case23CV118 PL EX. 133B-014

# 2. Make Moves

## 2.1 Riding the Hoverboard

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



13

## 2.2 Connecting to Bluetooth®

**THE HOVERBOARD COMES EQUIPPED WITH A BLUETOOTH® SPEAKER.**

**TO CONNECT TO YOUR BLUETOOTH® SPEAKER:**
• TURN ON THE SYNC AND IT WILL BECOME DISCOVERABLE TO YOUR HANDHELD DEVICE.
• ACTIVATE YOUR BLUETOOTH® IN YOUR HANDHELD DEVICE'S SETTINGS.
• FIND THE SYNC IN YOUR HANDHELD DEVICE'S LIST AND SELECT IT.
• NOW YOU CAN PLAY YOUR MUSIC.

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

14

**Case23CV118 PL EX. 133B-016**

# Care & Maintenance

**SPEED AND RIDING RANGE**

THE TOP SPEED IS 10 MPH, HOWEVER, MANY FACTORS WILL AFFECT HOW FAST YOU WILL BE ABLE TO RIDE:

• DRIVING SURFACE: A SMOOTH, FLAT SURFACE WILL INCREASE DRIVING DISTANCE.

• WEIGHT: MORE WEIGHT MEANS LESS DISTANCE.

• TEMPERATURE: RIDE, CHARGE, AND STORE THE SYNC ABOVE 50°F.

• MAINTENANCE: TIMELY BATTERY CHARGING WILL INCREASE DRIVING DISTANCE.

• SPEED AND DRIVING STYLE: FREQUENT STARTING AND STOPPING WILL REDUCE DRIVING DISTANCE.

**CLEANING THE SYNC**

TO CLEAN THE SYNC, CAREFULLY WIPE WITH A DAMP CLOTH, THEN DRY WITH A DRY CLOTH. DO NOT USE WATER TO CLEAN THE SYNC, AS THE ELECTRICAL AND ELECTRONIC SYSTEMS MAY GET WET, RESULTING IN PERSONAL INJURY OR MALFUNCTION OF THE SYNC.

**BATTERY**

• KEEP AWAY FROM FIRE AND EXCESSIVE HEAT.

• AVOID INTENSE PHYSICAL SHOCK, SEVERE VIBRATION, OR IMPACT.

• PROTECT FROM WATER OR MOISTURE.

• DO NOT DISASSEMBLE THE SYNC OR ITS BATTERY.

• IF THERE ARE ANY ISSUES WITH THE BATTERY, PLEASE CONTACT JETSON CUSTOMER SUPPORT.

**STORAGE**

• FULLY CHARGE THE BATTERY BEFORE STORING. THE BATTERY SHOULD BE FULLY CHARGED ONCE A MONTH AFTER THIS.

• COVER THE SYNC TO PROTECT AGAINST DUST.

• STORE THE SYNC INDOORS, IN A DRY PLACE.

Case23CV118 PL EX. 133B-017

# Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

 

Follow us **@ridejetson**
**#MakeMoves**



Case23CV118 PL EX. 133B-018

# Federal Communication Commission Statement (FCC, U.S.)

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

# FCC Caution:

Any changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate this equipment.

# IMPORTANT NOTES

# Co-location warning:

This transmitter must not be co-located or operating in conjunction with any other antenna or transmitter.

**DO NOT PRINT COMMENT,SCORING OR DIELINES LAYERS!**

Physical sample according to specs must be approved by JETSON Bike before proceeding to production.

COMMENTS (internal reference only)

File created by Eltan Adika, Jangmu Lama & Angelina Zavilevich

PANTONE®
CMYK

CMYK
0 93 76 0

**PRINTER SPECIFICATIONS**

SCALE: 100%
MATERIALS:
• 250g C2S
• Printed double sided: 4C

DATE: 04/19/2021
FILE NAME: Sync-manual.indd
PAGE SIZE : L5.5" • H4.25" | L13.97cm • H10.795cm
BOOKLET FORMAT, SADDLE STICHED BINDING
BLEED: .125" on all sides

**CONFIDENTIAL FILE INFORMATION**
**THIS PAGE NOT FOR PRINT**

**JETSON**

# Questions? Let us know.

support.ridejetson.com

**Hours of Operation:**
**7 Days a Week, 10am-6pm**

**Manufactured in Shenzhen, China.**
**Imported by Jetson Electric Bikes LLC.**
**86 34th Street 4th Floor, Brooklyn, New York 11232**

**www.ridejetson.com**



Made in China
Date Code: 05/2021

# JETSON

# Sync All-Terrain Hoverboard.

## A guide for your ride.

**IMPORTANT, RETAIN FOR FUTURE REFERENCE: READ CAREFULLY**

**MODEL: JSYNC-BLK | JSYNC-VIO | JSYNC-TEL | JSYNC-BLU | JSYNC-RED | JSYNC-GRN | JSYNC-ELC**

Designed in Brooklyn  |  Made in China

Case23CV118 PL EX. 133C-001



Case23CV118 PL EX. 133C-002

**Remember to be safe and, most importantly, have fun!**

Case23CV118 PL EX. 133C-003

# Table of Contents

**Safety Warnings** ................................................................................................4

**What's in the Box** ..............................................................................................6

**Specs & Features** ..............................................................................................9

**Charging the Battery** .......................................................................................10

**Indicator Lights** ...............................................................................................11

**How to Recalibrate** .........................................................................................12

**Riding the Hoverboard** ...................................................................................13

**Helmet Safety** ..................................................................................................14

**Connecting to Bluetooth®** ..............................................................................15

**Care & Maintenance** .......................................................................................16

Case23CV118 PL EX. 133C-004

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.

4

Case23CV118 PL EX. 133C-005

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Care.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

# ⚠WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the unit or any components of the unit without instruction from Jetson Customer Care. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the foot rest while in operation. Always check the battery charge before using.

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the  following two conditions:
(1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation. Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation.  This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation.  If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
    • Reorient or relocate the receiving antenna.
    • Increase the separation between the equipment and receiver.
    • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
    • Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/ or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

5

# Sync Overview

**1. LED LIGHTS**

**2. POWER BUTTON**

**3. CHARGING PORT**

**4. CHARGER**

*ADULTS MUST ASSIST CHILDREN IN THE INITIAL ADJUSTMENT PROCEDURES OF THE PRODUCT.

6

Case23CV118 PL EX. 133C-007



FRONT VIEW

REAR VIEW

PLEASE NOTE: IMAGES MAY NOT REFLECT EXACT APPEARANCE OF ACTUAL PRODUCT.

7

# Specs & Features

- WEIGHT LIMIT: 220 LB
- PRODUCT WEIGHT: 16 LB
- TIRE SIZE: 6.3″
- PRODUCT DIMENSIONS: L24.2″ × W7″ × H7.4″
- MAX SPEED: UP TO 10 MPH
- MAX RANGE: UP TO 8 MILES
- BATTERY: 36V, 2.0AH LITHIUM-ION
- MOTOR: 300W
- CHARGER: UL LISTED, 100-240V
- CHARGE TIME: UP TO 4 HOURS
- CLIMBING ANGLE: UP TO 15°
- RECOMMENDED AGE: 12+

9

# 1. Get Started

## 1.1 Charging the Battery

- ONLY USE THE INCLUDED CHARGER
- PLUG THE CHARGER INTO THE WALL BEFORE THE CHARGING PORT
- DON'T TURN ON THE SYNC WHILE IT'S CHARGING
- CHARGE THE BATTERY UNTIL IT IS FULLY CHARGED - UP TO 4 HOURS

● - CHARGING

● - CHARGE COMPLETE



INDICATOR LIGHT

10

Case23CV118 PL EX. 133C-010

## 1.2 Indicator Lights



| BATTERY INDICATOR LIGHT | 🟢 | 🟢 🟢 | 🟢 🟢 🟢 |
|---|---|---|---|
| PERCENTAGE | < 20% | 20-49% | 50% + |

| STATUS LIGHT | 🔵 🔵 🔵 | 🔴 🔴 🔴 |
|---|---|---|
| STATUS | YOUR SYNC IS ALL SET. | RECALIBRATE YOUR SYNC. |

**WARNING: THE SYNC WILL AUTOMATICALLY TILT UP AND SLOW DOWN ONCE THE BATTERY POWER GOES BELOW 10% AS A SAFETY PRECAUTION.**

11

Case23CV118 PL EX. 133C-011

## 1.3 How to Recalibrate



HOLD POWER BUTTON FOR 5 SECONDS

**FOLLOW THESE 3 SIMPLE STEPS:**

1. PLACE TURNED OFF SYNC ON A FLAT SURFACE. HOLD THE POWER BUTTON FOR 5 SECONDS UNTIL THE TUNE IS COMPLETE. THE SYNC IS NOW ON.
2. LET GO OF POWER BUTTON AND THEN **HOLD FOR 2 SECONDS** TO TURN SYNC OFF.
3. TURN SYNC BACK ON; RECALIBRATION IS NOW COMPLETE.

**\* KEEP THE HOVERBOARD LEVELED AND STILL THROUGHOUT THE RECALIBRATION PROCESS.**

Case23CV118 PL EX. 133C-012

# 2. Make Moves

## 2.1 Riding the Hoverboard

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



13

## 2.2 Helmet Safety



**THE FOREHEAD IS COVERED
BY THE HELMET.**



**THE FOREHEAD IS EXPOSED.
COULD CAUSE SERIOUS INJURY.**

14

**Case23CV118 PL EX. 133C-014**

## 2.3 Connecting to Bluetooth®

**THE HOVERBOARD COMES EQUIPPED WITH A BLUETOOTH® SPEAKER.**

**TO CONNECT TO YOUR BLUETOOTH® SPEAKER:**
• **TURN ON THE SYNC AND IT WILL BECOME DISCOVERABLE TO YOUR HANDHELD DEVICE.**
• **ACTIVATE YOUR BLUETOOTH® IN YOUR HANDHELD DEVICE'S SETTINGS.**
• **FIND THE SYNC IN YOUR HANDHELD DEVICE'S LIST AND SELECT IT.**
• **NOW YOU CAN PLAY YOUR MUSIC.**

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

15

# Care & Maintenance

**SPEED AND RIDING RANGE**

THE TOP SPEED IS 10 MPH, HOWEVER, MANY FACTORS WILL AFFECT HOW FAST YOU WILL BE ABLE TO RIDE:
• DRIVING SURFACE: A SMOOTH, FLAT SURFACE WILL INCREASE DRIVING DISTANCE.
• WEIGHT: MORE WEIGHT MEANS LESS DISTANCE.
• TEMPERATURE: RIDE, CHARGE, AND STORE THE SYNC ABOVE 50°F.
• MAINTENANCE: TIMELY BATTERY CHARGING WILL INCREASE DRIVING DISTANCE.
• SPEED AND DRIVING STYLE: FREQUENT STARTING AND STOPPING WILL REDUCE DRIVING DISTANCE.

**CLEANING THE SYNC**

TO CLEAN THE SYNC, CAREFULLY WIPE WITH A DAMP CLOTH, THEN DRY WITH A DRY CLOTH. DO NOT USE WATER TO CLEAN THE SYNC, AS THE ELECTRICAL AND ELECTRONIC SYSTEMS MAY GET WET, RESULTING IN PERSONAL INJURY OR MALFUNC-TION OF THE SYNC.

**BATTERY**

• KEEP AWAY FROM FIRE AND EXCESSIVE HEAT.
• AVOID INTENSE PHYSICAL SHOCK, SEVERE VIBRATION, OR IMPACT.
• PROTECT FROM WATER OR MOISTURE.
• DO NOT DISASSEMBLE THE SYNC OR ITS BATTERY.
• IF THERE ARE ANY ISSUES WITH THE BATTERY, PLEASE CONTACT JETSON CUSTOMER SUPPORT.

**STORAGE**

• FULLY CHARGE THE BATTERY BEFORE STORING. THE BATTERY SHOULD BE FULLY CHARGED ONCE A MONTH AFTER THIS.
• COVER THE SYNC TO PROTECT AGAINST DUST.
• STORE THE SYNC INDOORS, IN A DRY PLACE.

Case23CV118 PL EX. 133C-016

# Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

 

Follow us @ridejetson
#MakeMoves



Case23CV118 PL EX. 133C-017

# Questions? Let us know.

**support.ridejetson.com**

**Hours of Operation:**
**7 Days a Week, 10am-6pm**

**Manufactured in Yueyang, China.**
**Imported by Jetson Electric Bikes LLC.**
**86 34th Street 4th Floor, Brooklyn, New York 11232**

**www.ridejetson.com**

   

Made in China
Date Code: 06/2021

Case23CV118 PL EX. 133C-018

**JETSON**

CONFIDENTIAL FILE INFORMATION
THIS PAGE NOT FOR PRINT

DATE: 05/24/2021
FILE NAME: Sync-manual.indd
PAGE SIZE: L 5.5" • H4.25" | L13.97cm • H10.795cm
BOOKLET FORMAT; SADDLE STICHED BINDING
BLEED: .125" on all sides

**PRINTER SPECIFICATIONS**

SCALE: 100%
MATERIALS:
• 250g C2S
• Printed double sided: 4C

PANTONE®
CMYK

CMYK
0 93 76 0

**DO NOT PRINT COMMENT,SCORING
OR DIELINES LAYERS!**

Physical sample according to specs must be approved
by JETSON Bike before proceeding to production.
COMMENTS (internal reference only)
File created by Elton Adika, Jangmu Lama
& Angelina Zavilevich

**Case23CV118 PL EX. 133C-019**

# FCC statement

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions:

1) this device may not cause harmful interference, and
2) this device must accept any interference received, including interference that may cause undesired operation.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

--Reorient or relocate the receiving antenna.

--Increase the separation between the equipment and receiver.

--Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

--Consult the dealer or an experienced radio/TV technician for help.

Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

FCC Radiation Exposure Statement

This device complies with FCC RF radiation exposure limits set forth for an uncontrolled environment. This transmitter must not be co-located or operating in conjunction with any other antenna or transmitter.

Case23CV118 PL EX. 133C-020

# JETSON

# **Mojo**
## All-Terrain Hoverboard.

## **A guide for your ride.**

**IMPORTANT: READ CAREFULLY AND RETAIN FOR FUTURE REFERENCE.**

**MODELS: JMOJO-BLK | JMOJO-GLD | JMOJO-PUR | JMOJO-BLU
        JMOJO-GRY | JMOJO-GRN | JMOJO-SBL**

Designed in Brooklyn  |  Made in China

**Case23CV118 PL EX. 133D-001**



Case23CV118 PL EX. 133D-002

**Jetson's top two riding rules:
Be safe. Have fun!**

Case23CV118 PL EX. 133D-003

**NOTICE OF COMPLIANCE**
This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
(1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation. Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
 • Reorient or relocate the receiving antenna.
 • Increase the separation between the equipment and receiver.
 • Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
 • Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

**Case23CV118 PL EX. 133D-004**

# Table of Contents

Safety Warnings .................................................................................................4

Product Overview ...............................................................................................6

Specs & Features ...............................................................................................7

Charging the Battery .........................................................................................9

Understanding the Indicator Lights ................................................................10

Low Battery Alerts ............................................................................................11

Powering On and Off ........................................................................................11

Connecting to the Bluetooth® Speaker ...........................................................12

Recalibrating ....................................................................................................13

Riding the Hoverboard .....................................................................................14

Helmet Safety ..................................................................................................17

Care & Maintenance ........................................................................................19

**Case23CV118 PL EX. 133D-005**

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.

4

**Case23CV118 PL EX. 133D-006**

• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact the Jetson Care Team.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

## ⚠ WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the unit or any components of the unit without instruction from the Jetson Care Team. This will void any warranty, and can lead to malfunctions which may cause injury.

### ADDITIONAL OPERATION PRECAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the foot rest while in operation. Always check the battery charge before using.

### DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/ or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

### ONE-YEAR GENERAL LIMITED WARRANTY

All new Jetson products, excluding parts and accessories, are warranted against defects in materials and workmanship for a period of one year from the date of original retail purchase when used in accordance with Jetson's user manuals (refer to ridejetson.com/support).

**Under this warranty, you will be able to direct your claims to Jetson, even in situations where you purchased the Jetson Product from one of our authorized retailers.**

To read the full terms of our warranty, visit ridejetson.com/warranty.

Case23CV118 PL EX. 133D-007

# Product Overview



FRONT VIEW

1. CHARGING PORT
2. POWER BUTTON
3. CHARGER



REAR VIEW



NOTE: IMAGES MAY NOT REFLECT EXACT APPEARANCE OF ACTUAL PRODUCT.

**Case23CV118 PL EX. 133D-008**

# Specs & Features

• TIRES: 6.5″ ALL-TERRAIN

• MAX SPEED: 10 MPH

• MAX RANGE: 8 MILES

• BATTERY: 36V, 2.0AH LITHIUM-ION

• MOTOR: 300W, DUAL-HUB

• CHARGER: 100-240V

• CHARGING TIME: UP TO 5 HOURS

• MAX CLIMBING ANGLE: 10°

• WEIGHT LIMIT: 220 LBS

• PRODUCT WEIGHT: 13 LBS

• PRODUCT DIMENSIONS: L23.2″ × W7.7″ × H6.8″

• RECOMMENDED AGE: 12+

\* ADULTS MUST ASSIST CHILDREN IN THE INITIAL ADJUSTMENT PROCEDURES OF THE PRODUCT.

Case23CV118 PL EX. 133D-009

# 1. Getting Started

## 1.1 Charging the Battery

• ONLY USE THE INCLUDED CHARGER.
• PLUG THE CHARGER INTO THE WALL BEFORE THE CHARGING PORT.
• DO NOT TURN ON THE MOJO WHILE IT IS CHARGING.
• CHARGE THE BATTERY UNTIL IT IS FULLY CHARGED - UP TO 5 HOURS.
• NEVER LEAVE THE MOJO CHARGING OVERNIGHT.

**CHARGER INDICATOR LIGHT:**

🔴 - CHARGING

🟢 - CHARGE COMPLETE



CHARGING PORT

INDICATOR LIGHT

Case23CV118 PL EX. 133D-010

## 1.2 Understanding the Indicator Lights



| BATTERY INDICATOR LIGHTS | 🟢 | 🟢 🟢 | 🟢 🟢 🟢 |
|---|---|---|---|

| STATUS LIGHT | 🔵 | 🔴 |
|---|---|---|
| STATUS | YOUR MOJO IS ALL SET. | RECALIBRATE YOUR MOJO. (SEE PAGE 13 OF THIS MANUAL.) |

**IMPORTANT: ALWAYS CHARGE BATTERY TO 100%—UP TO 5 HOURS.**

Case23CV118 PL EX. 133D-011

## 1.3 Low Battery Alerts

WHEN THE HOVERBOARD BATTERY CHARGE NEARS DEPLETION, THE HOVERBOARD WILL ALERT YOU AS FOLLOWS:
- **BELOW 9% CHARGE** - ONLY ONE BATTERY INDICATOR LIGHT WILL ILLUMINATE, AND IT WILL BLINK CONTINUOUSLY. THE HOVERBOARD WILL ALSO VOICE "LOW BATTERY; PLEASE CHARGE" ONCE.
- **BELOW 4% CHARGE** - ONLY ONE BATTERY INDICATOR LIGHT WILL ILLUMINATE, AND IT WILL BLINK CONTINUOUSLY. THE HOVERBOARD WILL ALSO VOICE "LOW BATTERY; PLEASE CHARGE" TWICE AND MAKE A CONTINUOUS BEEPING SOUND.

## 1.4 Powering On and Off

SHORT-PRESS THE POWER BUTTON TO POWER ON. LONG-PRESS THE POWER BUTTON FOR 3 SECONDS TO POWER OFF. THE DECK AND RIM LIGHTS WILL TURN ON AND OFF WITH THE HOVERBOARD'S POWER.

POWER BUTTON



11

## 1.5 Connecting to the Bluetooth® Speaker

THE HOVERBOARD COMES EQUIPPED WITH A BLUETOOTH® SPEAKER.

**TO CONNECT TO YOUR BLUETOOTH® SPEAKER:**
• TURN ON THE MOJO, AND IT WILL BECOME DISCOVERABLE TO YOUR HANDHELD DEVICE.
• ACTIVATE YOUR BLUETOOTH® IN YOUR HANDHELD DEVICE'S SETTINGS.
• FIND THE MOJO IN YOUR HANDHELD DEVICE'S LIST AND SELECT IT TO CONNECT.
• NOW YOU CAN STREAM YOUR MUSIC THROUGH THE HOVERBOARD'S SPEAKER.

**IF YOU ARE HAVING ISSUES CONNECTING TO BLUETOOTH®, FOLLOW THESE STEPS:**
1. TRY RESTARTING THE MOJO BY TURNING IT OFF AND THEN ON.
2. TAP THE SCAN BUTTON ON YOUR DEVICE TO REFRESH.
3. CONTACT THE JETSON CARE TEAM FOR ASSISTANCE.

**TO ADJUST THE VOLUME OF THE MUSIC STREAMING FROM THE SPEAKER, USE THE VOLUME CONTROLS ON YOUR HANDHELD DEVICE.**

**THE LIGHTS ON THE MOJO WILL FLASH IN SYNC WITH SOUNDS OR MUSIC YOU HAVE STEAMING THROUGH THE SPEAKER.**

The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, inc. And any use of such marks by Jetson Electric Bike LLC. is under license. Other trademarks and trade names are those of their respective owners.

12

## 1.6 Recalibrating

SOMETIMES THE INTERNAL BALANCE MECHANISM OF YOUR HOVERBOARD NEEDS TO BE RESET. THIS PROCESS IS CALLED "RECALIBRATING."



HOLD POWER BUTTON
FOR 5 SECONDS

**HOW TO RECALIBRATE:**

1. TURN THE MOJO ON AND PLACE IT ON A FLAT SURFACE. ROTATE THE FOOT PADS UNTIL THEY ARE EVENLY ALIGNED AND PARALLEL TO THE GROUND.
2. PRESS THE POWER BUTTON FOR 5 SECONDS. RELEASE THE BUTTON AFTER YOU HEAR A SHORT MUSICAL TUNE AND THE ANNOUNCEMENT: "RECALIBRATION COMPLETE."
3. LET GO OF THE POWER BUTTON AND THEN PRESS IT FOR 3 SECONDS TO TURN MOJO OFF.
4. TURN MOJO BACK ON; RECALIBRATION IS NOW COMPLETE.

*** KEEP THE HOVERBOARD LEVELED AND STILL THROUGHOUT THE RECALIBRATION PROCESS.**

*** DO NOT LEAN OR APPLY ANY WEIGHT ON THE HOVERBOARD WHILE RECALIBRATING.**

**NOTE: YOU MAY HAVE TO REPEAT THE PROCESS UP TO THREE TIMES TO FULLY RECALIBRATE YOUR HOVERBOARD.**

13

# 2. Making Moves

## 2.1 Riding the Hoverboard

**TO MOVE FORWARD, APPLY EQUAL PRESSURE TO THE FRONT OF EACH FOOTBED.**
**TO MOVE BACKWARDS, APPLY PRESSURE TO THE BACK OF EACH FOOTBED.**



14

Case23CV118 PL EX. 133D-015

**TO TURN LEFT, APPLY EXTRA PRESSURE TO THE FRONT OF THE LEFT FOOTBED WITH THE FRONT OF YOUR LEFT FOOT.**



**Case23CV118 PL EX. 133D-016**

**TO TURN RIGHT, APPLY EXTRA PRESSURE TO THE FRONT OF THE RIGHT FOOTBED WITH THE FRONT OF YOUR RIGHT FOOT.**



**Case23CV118 PL EX. 133D-017**

## 2.3 Helmet Safety





**PROPER POSITIONING:**
**THE FOREHEAD IS COVERED**
**BY THE HELMET.**

**IMPROPER POSITIONING:**
**THE FOREHEAD IS EXPOSED.**
**A FALL COULD RESULT IN SERIOUS INJURY.**

\* WEAR A HELMET, APPROPRIATE CLOTHING, SHOES, AND SAFETY GEAR. AVOID CLOTHING THAT CAN GET CAUGHT INTO OR UNDER THE WHEELS. CLOSED-TOE, FLAT SHOES ARE RECOMMENDED. WEAR AN ASTM F1492 APPROVED HELMET AND PROTECTIVE GEAR TO PREVENT INJURY IN THE EVENT OF AN ACCIDENT.

17

Case23CV118 PL EX. 133D-018

# Care & Maintenance

### RIDING RANGE
THE MAXIMUM RANGE PER BATTERY CHARGE IS 8 MILES.
HOWEVER, MANY FACTORS WILL AFFECT HOW FAR YOU CAN GO PER CHARGE:
• RIDING SURFACE: A SMOOTH, FLAT SURFACE WILL INCREASE RIDING DISTANCE.
• WEIGHT: MORE WEIGHT MEANS LESS DISTANCE.
• TEMPERATURE: RIDE, STORE, AND CHARGE THE MOJO ABOVE 50°F.
• MAINTENANCE: TIMELY BATTERY CHARGING AFTER EVERY RIDE WILL INCREASE RIDING DISTANCE.
• RIDING STYLE: FREQUENT STARTING AND STOPPING WILL REDUCE RIDING DISTANCE.
• RIDE ON A SMOOTH, FLAT SURFACE.

### CLEANING THE MOJO
• TO CLEAN THE MOJO, CAREFULLY WIPE WITH A DAMP CLOTH AND THEN DRY WITH A DRY CLOTH.
• DO NOT APPLY WATER DIRECTLY TO CLEAN THE MOJO, AS THE ELECTRICAL SYSTEMS MAY GET WET, RESULTING A
  MALFUNCTION OF THE MOJO THAT COULD PUT RIDER SAFETY AT RISK.
• IF THE ELECTRIC PARTS OR BATTERY GET WET, DO NOT POWER ON THE MOJO.

### BATTERY CARE
• KEEP AWAY FROM FIRE AND EXCESSIVE HEAT.
• AVOID INTENSE PHYSICAL IMPACT AND / OR SEVERE VIBRATION.
• PROTECT FROM WATER OR MOISTURE.
• DO NOT DISASSEMBLE THE MOJO OR ITS BATTERY.
• CONTACT THE JETSON CARE TEAM IF THERE ARE ANY ISSUES WITH THE BATTERY.

### STORING THE MOJO
• FULLY CHARGE THE BATTERY BEFORE STORING.
• THE BATTERY SHOULD BE FULLY CHARGED ONCE A MONTH WHILE IN STORAGE.
• COVER THE MOJO TO PROTECT IT FROM DUST.
• STORE THE MOJO INDOORS AND IN A DRY PLACE.

Case23CV118 PL EX. 133D-019

# Stay connected.
## Be sure to follow **@ridejetson**
## on social media to learn about fantastic offers,
## giveaways, and all the latest Jetson news.



# Loving your ride?

Then be sure to leave a review at ridejetson.com/reviews.
We can't wait to hear from you!



**#MakeMoves**

Case23CV118 PL EX. 133D-020

# Questions? Let us know.

ridejetson.com/support
ridejetson.com/chat

To exercise your product's
1-year limited warranty
or inquire about warranty
coverage, contact us directly.

US/CANADA: 1-888-976-9904
MEX: +001 888 976 9904
UK: +44 (0)33 0838 2551

**Manufactured in Yueyang, China**

**Imported by Jetson Electric Bikes LLC.**

**P.O. Box 320149, 775 4th Ave #2, Brooklyn, NY 11232**

**www.ridejetson.com**

  

Made in China
Date Code: 06/2022

# JETSON

## CONFIDENTIAL FILE INFORMATION
## THIS PAGE NOT FOR PRINT

DATE: 04/21/2022
FILE NAME: Mojo-manual.indd
PAGE SIZE: L5.5" * H4.25" | L13.97cm * H10.795cm
BOOKLET FORMAT; SADDLE STITCHED BINDING
BLEED: .125" on all sides

## PRINTER SPECIFICATIONS

SCALE: 100%
MATERIALS:
- 250g C2S
- Printed double sided: 4C



PANTONE®
CMYK



CMYK
0 93 76 0

## DO NOT PRINT COMMENT,SCORING
## OR DIELINES LAYERS!

Physical sample according to specs must be approved
by JETSON Bike before proceeding to production.
COMMENTS (Internal reference only)
File created by Eitan Adika, Jangmu Lama
& Angelina Zavilevich

# JETSON

## Tracer All-Terrain Hoverboard.

## A guide for your ride.

Model: JTRACE-BLK



Case23CV118
PL EX. 133E-001



Case23CV118 PL EX. 133E-002

# What's in the Box

1. Front LED Lights
2. Charging Port
3. Power Button
4. Charger







Please fully charge the battery prior to use.

# Specs & Features

- Weight Limit: 220 lb
- Product Weight: 19 lb
- Product Dimensions: 22.5" x 7" x 6.95"
- Recommended Age: 12+
- Tire Size: 6.5" All-Terrain Tires
- Max Speed: Up To 7 mph
- Max Range: Up To 7 Miles
- Battery: 36V, 2.0Ah Lithium-Ion
- Motor: 300W, Dual Hub
- Charger: UL Listed, 100-240V
- Charge Time: Up To 3 Hours
- Climbing Angle: Up To 15°

# 1. Get Started

## 1.1 Charging the Battery

- Only use the included charger
- Plug the charger into the wall before the Charging Port
- Don't turn on the Tracer while it's charging
- Charge the battery until it is fully charged - up to 3 hours



🔴 - Charging

🟢 - Charge Complete

Indicator Light

## 1.2 Indicator Lights



Status Indicator Light

Battery Indicator Light

| Battery Indicator Light | 🟢 | 🟢 🟢 |
|---|---|---|
| Percentage | < 20% | 20%+ |

Warning: The Tracer will automatically turn off once the battery power goes below 10% as a safety precaution.

**Status Indicator Light** - If the Status Indicator Light turns red or if you are having issues with the Tracer, you may need to recalibrate it.

## 1.3 How to Recalibrate



Hold for 5 seconds

Follow these 3 simple steps...

1. Place the Tracer on a flat, level surface.
2. Hold the Power Button (for about 5 seconds) until you are notified of a successful recalibration.
3. Restart the Tracer by turning it off and then on.

# 2. Make Moves

## 2.1 Riding the Tracer

**NEUTRAL**



**TURN LEFT**



**TURN RIGHT**



*Adults must assist children in the initial adjustment procedures of the product.
Please Note: Images may not reflect exact appearance of actual product.

**Case23CV118 PL EX. 133E-005**

# Care & Maintenance

## RIDING RANGE

The maximum range is 7 miles. However, many factors will affect how far you can go per charge:
• Driving Surface: A smooth, flat surface will increase driving distance.
• Weight: More weight means less distance.
• Temperature: Ride, store, and charge the Tracer above 50°F.
• Maintenance: Timely battery charging will increase driving distance.
• Driving Style: Frequent starting and stopping will reduce driving distance.

## CLEANING THE Tracer

To clean the Tracer, carefully wipe with a damp cloth, then dry with a dry cloth. Do not use water to clean the Tracer, as the electrical and electronic systems may get wet, resulting in personal injury or malfunction of the Tracer. If the electric parts or battery get wet, do not power on the Tracer. Please contact Jetson Customer Support for assistance.

## BATTERY

• Keep away from fire and excessive heat.
• Avoid intense physical shock, severe vibration, or impact.
• Protect from water or moisture.
• Do not disassemble the Tracer or its battery.
• Contact Jetson Customer Support if there are any issues with the battery.

## STORAGE

• Fully charge the battery before storing. The battery should be fully charged once a month after this.
• Cover the Tracer to protect against dust.
• Store the Tracer indoors, in a dry place.

## MODIFICATIONS

Do not attempt to disassemble, modify, repair, or replace the product or any components of the unit without instruction from Jetson Customer Support. This will void any warranty, and can lead to malfunctions which may cause injury.

## ADDITIONAL OPERATION CAUTIONS

Do not lift the product off the ground while it is on and the wheels are in motion. This can result in freely spinning wheels, which may cause injury to yourself or others nearby. Do not jump on or off the product, and do not jump while using it. Always keep your feet firmly planted on the mat sensors while in operation. Always check the battery charge before using

## DISPOSAL OF USED BATTERY

Battery may contain hazardous substances which could endanger the environment and human health. This symbol marked on the battery and/or packaging indicates that used battery shall not be treated as municipal waste. Batteries should be disposed of at an appropriate collection point for recycling. By ensuring the used batteries are disposed of correctly, you will help preventing potential negative consequences for the environment and human health. The recycling of materials will help to conserve natural resources. For more information about recycling of used batteries, please contact your local municipality waste disposal service.

# Safety Warnings

• Before use, please read the user manual and safety warnings carefully, and make sure you understand and accept all the safety instructions. The user will be responsible for any loss or damage caused by improper use.
• Before each cycle of operation, the operator shall perform the preoperation checks specified by the manufacturer: That all guards and pads originally supplied by the manufacturer are in proper place and in serviceable condition; That the braking system is functioning properly; That any and all axle guards, chain guards, or other covers or guards supplied by the manufacturer are in place and in serviceable condition; That tires are in good condition, inflated properly, and have sufficient tread remaining; The area that the product is to be operated should be safe and suitable for safe operation.
• Components shall be maintained and repaired in accordance with the manufacturer's specifications and using only the manufacturer's authorized replacement parts with installation performed by dealers or other skilled persons.
• Warning against recharging non-rechargeable batteries.
• Don't allow hands, feet, hair, body parts, clothing, or similar articles to come in contact with moving parts, wheels, or drive train, while the motor is running.
• This product should not be used by children or persons with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have been given supervision or instruction (IEC 60335-1/A2:2006).
• Unsupervised children should not play with the product (IEC 60335-1/A2:2006).
• Adult supervision is required.
• The rider should not exceed 220 lb.
• Units shall not be operated to perform racing, stunt riding, or other maneuvers, which may cause loss of control, or may cause uncontrolled operator/passenger actions or reactions.
• Never use near motor vehicles.
• Avoid sharp bumps, drainage grates, and sudden surface changes. Scooter may suddenly stop.
• Avoid streets and surfaces with water, sand, gravel, dirt, leaves, and other debris. Wet weather impairs traction, braking, and visibility.
• Avoid riding around flammable gas, steam, liquid, or dust that could cause fire.
• Operators shall adhere to all of the manufacturer's recommendations and instructions, as well as comply with all laws and ordinances: Units without headlights shall be operated only with adequate daylight conditions of visibility, and; Owners shall be encouraged to highlight (for conspicuity) using lighting, reflectors, and for low-riding units, signal flags on flexible poles.
• Persons with the following conditions shall be cautioned not to operate: Those with heart conditions; Pregnant women; Persons with head, back, or neck ailments, or prior surgeries to those areas of the body; and persons with any mental or physical conditions that may make them susceptible to injury or impair their physical dexterity or mental capabilities to recognize, understand, and perform all of the safety instructions and to be able to assume the hazards inherent in unit use.
• Do not ride at night.
• Do not ride after drinking or taking prescription medication.
• Do not carry items when riding.
• Never operate the product barefooted.
• Always wear shoes and keep shoelaces tied.
• Make sure your feet are always placed securely on the deck.
• Operators always shall use appropriate protective clothing, including but not limited to a helmet, with appropriate certification, and any other equipment recommended by the manufacturer: Always wear protective equipment such as helmet, knee pads, and elbow pads.
• Always give way to pedestrians.
• Be alert to things in front and far away from you.
• Do not allow distractions when riding, such as answering the phone or engaging in any other activities.
• The product cannot be ridden by more than one person.
• When you ride the product along with other riders, always keep a safe distance to avoid a collision.
• When turning, be sure to maintain your balance.
• Riding with improperly adjusted brakes is dangerous and can result in serious injury or death.
• The brake may become hot while operating, do not touch the brake with your bare skin.
• Applying brakes too hard or too suddenly can lock up a wheel, which could cause you to lose control and fall. Sudden or excessive application of the brake may result in injury or death.
• If the brake loosens, please adjust with the hexagon wrench, or please contact Jetson Customer Support.
• Replace worn or broken parts immediately.
• Check whether all safety labels are in place and understood before riding.
• The owner shall allow the use and operation of the unit after a demonstration that such operators can understand and operate all components of the unit before use.
• Do not ride without proper training. Do not ride at high speeds, on uneven terrain, or on slopes. Do not perform stunts or turn abruptly.
• Recommended for indoor use.
• Prolonged exposure to UV rays, rain and the elements may damage the enclosure materials, store indoors when not in use.

## California Proposition 65

## ⚠ WARNING:

This product can expose you to a chemical such as Cadmium that is known to the state of California to cause cancer or birth defects or other reproductive harm. For more information go to www.p65warnings.ca.gov/product

### NOTICE OF COMPLIANCE

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Warning:** Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.
• Increase the separation between the equipment and receiver.
• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
• Consult the dealer or an experienced radio/ TV technician for help.
Shielded cables must be used with this unit to ensure compliance with the Class B FCC limits.

**Case23CV118 PL EX. 133E-007**



# Enjoying the ride?

Leave a review on ridejetson.com/reviews or share your photos with us online using the #RideJetson hashtag!

# Questions? Let us know.

**support.ridejetson.com**

Hours of Operation: 7 Days a Week, 10am-6pm
US 1-(888) 976-9904 | UK +44 (0)33 0838 2551

www.ridejetson.com

 

Follow us **@ridejetson**
**#MakeMoves**

Imported by Jetson Electric Bikes LLC.
86  34th Street 4th Floor,  Brooklyn NY 11232



Date Code: 08/2020
Made in China

