

**FILED**

*11:29 am, 2/24/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,

    Plaintiffs,

vs.

WALMART INC. and JETSON ELECTRIC BIKES, LLC,

    Defendants.

Case No. 2:23-CV-118-KHR

---

### ORDER GRANTING PARTIES' JOINT MOTION FOR PERMISSION TO BRING TANGIBLE EVIDENCE TO TRIAL

Before the Court is the Parties' Joint Motion for Permission to Bring Tangible Evidence to Trial. [ECF No. 176]. Having reviewed the Parties' Motion, the Court hereby orders that counsel for Plaintiffs and counsel for Defendants may enter the courthouse and undergo a security screening with the following items when attending the trial of this case scheduled to begin on March 3, 2025:

Plaintiffs proposed items are as follows:

1. The hoverboard that is the subject of this case;

2. Exemplar hoverboards containing lithium-ion battery packs;

3. Exemplar lithium-ion battery packs;

4. Cigarette packs containing cigarettes;

5. Cigarette lighters; and

6. Manual and/or electric screw drivers to disassemble the exemplar hoverboards.

Defendants proposed items are as follows:

1. Exemplar hoverboard containing lithium ion battery pack.

The items above must be brought in through security outside the presence or vision of the jury and shall be stored outside of the courtroom until a ruling on their use as demonstratives is provided by the Court.

IT IS SO ORDERED.

Dated this 24th day of February, 2025.

Kelly H. Rankin
United States District Judge