Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
           greyson@GoodyLawGroup.com
*Attorneys for Plaintiffs*

T. Michael Morgan, Esq*
Florida Bar No.: 062229
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com

Josh M. Autry, Esq.*
New York Bar No.: 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
Email: jautry@forthepeople.com
*\* Pro Hac Vice Attorneys for
Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, | Case No.: 2:23-cv-00118-KHR |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| WALMART, INC. and JETSON ELECTRIC BIKES, LLC, | |
| Defendants. | |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Plaintiffs, STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, hereby provide the Court with the following proposed Voir Dire Questions and areas of proposed examination of the jury pool.

1.      Prior to asking questions, it would be Counsel's intent to spend a couple of minutes describing the purpose of questions about bias using an analogy or two.

2.      How many of you have some bias against personal injury type lawsuits?

3.      How many of you have some bias against pain and suffering type damages?

4.      How many of you have some bias against multimillion dollar verdicts for pain and suffering?

5.      How many of you have a concern that you may unintentionally raise the burden of proof if a case involves a significant amount of money for pain and suffering?

6.      This lawsuit involves a claim by the Plaintiffs for injuries they sustained when a product allegedly failed. Is there anything about the nature of this claim that could potentially prevent you from being a fair and impartial juror?

7.      How many of you, when you first heard this was a lawsuit for personal injuries, were suspicious or had serious concerns about this type of case? If so, why?

8.      How many of you have any role in importing or selling products from China?

9.      How many of you have any experience or have a close family member who has education, training or experience related to the design or manufacture of consumer products?

10.     How many of you have any experience in evaluating products to determine if they are safe to sell?

11.     How many of you have any education, training or experience in drafting instructions or warnings (which are two very different things) for any type of product?

12.     How many of you have ever personally been a party or a close family member was a party to a case involving a defective product? If so, what were the circumstances?

13.    How many of you or a close family member have been injured by a defective product regardless of whether filed or not?

14.    How many of you currently own stock in any form in Wal-Mart?

15.    How many of you have any connection, in any way shape or form, with Jetson Electric Bikes, LLC?

16.    How many of you own or have owned in the past a Jetson hoverboard?

17.    Does anyone have an engineering background?

18.    How many of you have negative thoughts, feelings, or some bias against awarding or calculating pain and suffering type damages? How many of you feel resistant to these types of damages regardless of what the evidence is?

19.    Under Wyoming law, any entity (business) that imports or sells a product from a foreign country — like China — is legally responsible if the product is defective and hurts someone. Some people just don't think that is fair. Some people say if the entity didn't actually design or manufacture the product it just isn't fair for them to be responsible if the product is defective. How many of you feel like this law is not fair and would be resistant to applying this law regardless of what the evidence is?

20.    Under Wyoming law, an importer, seller (retailer) or mfg is financially responsible for all injuries caused by a defective product. Judge Rankin will give you all the law on this and explain what constitutes a defective product, but in a defective product case the plaintiff or injured person is not required to prove that the defendant was negligent. Negligence is an entirely different legal concept. In a negligence case the question is whether the defendant did or did not do something that a reasonably careful person would do. In a defect case, even when a manufacture

is careful, if they distribute a defective product, they are responsible. How many of you feel like this law is not fair and would be resistant to applying this law regardless of what the evidence is?

21.     One of the things you are going to learn about the law in this case is that a product can be found to be defective simply because it did not have clear instructions or warnings. Some people are just naturally resistant to claims related to instructions or warning because they feel like they have gone too far. All seen memes and other social media posts about absurd warning signs. How many of you would be resistant to these types of claims, regardless of what the evidence is?

22.     How many of you have any experience with a defective product? Explain the circumstances.

23.     In Wyoming we all know that if you are over 21 years old you are legally allowed to consumer alcoholic beverages. Despite the fact that this is a law, some people just have negative thoughts and feelings about people who drink alcohol, and that is even stronger when the person is a parent. How many of you have some bias against people who drink alcohol regardless of what the evidence is?

24.     How many of you individually or have a close loved one who was burned? Very unique type of injury and oftentimes causes very significant psychological injuries. Tell me about your experience. Anything about that experience that would make it difficult for you to be an impartial juror on a case like this involving very significant burn injuries?

25.     In this case, and I don't think there will be any dispute on this, the burn injuries Mrs. Wadsworth and her son W.W. are gruesome. The folks who are selected as jurors in this case are going to be looking at some really difficult photos. The jurors in this case aren't going to have the luxury of looking away from these photos. How many of you know that you are squeamish

and will have a difficult time looking at photos like that and, if you are being honest, are going to want to look away?

26.     Does everyone understand that in a civil lawsuit the only remedy that is available is money? As horrible as that may sound to some people, it really is all about the money. For some people, talking about money is just uncomfortable. Whether it is talking about splitting up a bill at outback, talking to an employer about a well-deserved raise or even talking to loved ones about how expenses should be divided up, they are just uncomfortable talking about money. If we meet our burden, one of the things the jury will be doing is talking (or deliberating) about money. The only way this system works is if everyone is comfortable talking about and discussing how they see the evidence. How many of you, if you are being honest, are going to feel so uncomfortable talking about money that you have a concern that you won't actually express your thoughts or feelings during the deliberations?

27.     How many of you believe there should be limits or a cap on how much a jury should award a person in a personal injury case?

28.     Our system of justice doesn't work unless people like you take time out of their lives to serve as jurors on cases like this. It is a tremendous opportunity to actively participate in the administration of justice. That being said, sometimes we have folks who, based on what they have going on in their lives outside the courtroom, just DO NOT want to be here. They are going to be frustrated with the process regardless of how efficient things go. Just not the right time for them to serve as a juror on a case like this. How many of you just really don't want to be here and despite your best efforts feel like it would be difficult if not impossible for you to be a completely impartial juror on this case?

29.    Is there anything about the anticipated length or daily schedule of trial that presents a problem, whether it be personal, business, or health, that is significant enough that you feel the need to be excused from service on this jury?

30.    Is there anyone who has difficulty hearing such that it would be difficult for them to hear the evidence presented during a 12-day trial, even if the attorneys and witnesses are using microphones?

31.    Do you know, or think you might know me, or any of the members of my staff or the courtroom clerk?

32.    Do any of you know, or think you might know, the plaintiffs, Stephanie and Matthew Wadsworth, or any member of their family?

33.    Do any of you know other members of the jury panel?

34.    Have any of you ever seen, heard, or read anything about this case, or have any of you ever heard anyone express an opinion about it?

Date: February 24, 2025

*/s/ T. Michael Morgan, Esq.*
**T. Michael Morgan, Esq.***
Florida Bar No.: 062229
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Phone: 407-420-1414
Email: mmorgan@forthepeople.com

**Joshua Michael Autry, Esq.***
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com
*\*Pro Hac Vice*
*Counsel for the Plaintiffs*

Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ T. Michael Morgan, Esq.*
T. Michael Morgan, ESQ.*
MORGAN & MORGAN, P.A
Florida Bar No.: 062229
*\*Admitted Pro Hac Vice*