Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com

T. Michael Morgan, Esq.*
Florida Bar No.: 062229
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com

Josh M. Autry, Esq.*
New York Bar No.: 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
Email: jautry@forthepeople.com
**\*** *Pro Hac Vice*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR<br><br>JURY TRIAL DEMANDED |

### JOINT STATEMENT OF THE CASE

I will briefly summarize the plaintiffs' and the defendants' contentions. Please keep in mind these contentions are just that. They are not evidence, but simply a brief summary of what each party contends.

Plaintiffs claim that the fire that caused their injuries, damages, or loss was the result of a

defect in a hoverboard that Defendants [imported,]¹ distributed and/or sold, by Defendants' failure to warn Plaintiffs of the risk of a malfunction, by Defendants' breach of warranty to Plaintiffs, and/or by Defendants' negligence.

Defendants contend the fire was not caused by the hoverboard. Defendants contend the hoverboard was not defectively designed or manufactured and also that proper warning was provided. Defendants also claim that Stephanie Wadsworth was herself negligent, and that her actions were the sole cause or a contributing cause of the fire or Plaintiffs' injuries.

---

¹ Defendants consent to the joint statement with the exception of the inclusion of "imported."

| | |
|---|---|
| Date: February 24, 2025 | */s/ T. Michael Morgan, Esq.*<br>**T. Michael Morgan, Esq.***<br>Florida Bar No.: 062229<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801<br>Phone: 407-420-1414<br>Email: mmorgan@forthepeople.com<br><br>**Joshua Michael Autry, Esq.***<br>Pennsylvania Bar No. 208459<br>Kentucky Bar No. 98419<br>Tennessee Bar No. 41623<br>New York Bar No. 6161962<br>MORGAN & MORGAN, P.A.<br>199 Water Street, Suite 1500<br>New York, NY 10005<br>Telephone: (859) 899-8785<br>jautry@forthepeople.com<br>**Pro Hac Vice*<br>*Counsel for the Plaintiffs*<br><br>**Taly Goody, Esq.**<br>Wyoming Bar No.: 8-6737<br>Greyson M. Goody, Esq.<br>GOODY LAW GROUP<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 893-1983<br>Email: taly@GoodyLawGroup.com<br>greyson@GoodyLawGroup.com<br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ T. Michael Morgan, Esq.*
T. Michael Morgan, ESQ.*
MORGAN & MORGAN, P.A
Florida Bar No.: 062229
**Admitted Pro Hac Vice*

3