Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com

T. Michael Morgan, Esq.*
Florida Bar No.: 062229
MORGAN & MORGAN, P.A
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: mmorgan@forthepeople.com

Josh M. Autry, Esq.*
New York Bar No.: 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
Email: jautry@forthepeople.com
*Pro Hac Vice
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

Pursuant to the Final Pretrial Order (Doc. 166), Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and Matthew Wadsworth, by and through their undersigned counsel, submit this proposed Special Verdict Form to be submitted to the jury in the above-captioned matter.

1

We, the jury, present the following answers to the questions submitted by the Court, to which we have all agreed:

1.  Jetson Electric Bikes, LLC

    (a) Did Jetson import, design, manufacture, distribute, or sell a defective hoverboard?

    [  ] Yes          [  ] No

    Please continue to question 1(b).

    (b) Did Jetson breach a warranty related to the hoverboard?

    [  ] Yes          [  ] No

    Please continue to question 1(c).

    (c) Did Jetson breach a duty to provide adequate warnings, instructions, or information regarding the hoverboard?

    [  ] Yes          [  ] No

    Please continue to question 1(d).

    (d) Was Jetson negligent?

    [  ] Yes          [  ] No

    If your answer is "no" to all parts of question 1 above, please continue to question 2.
    If your answer is "yes" to any part of question 1 above, please continue to question 1(e).

    (e) Was Jetson's negligence, and/or breach of duty or warranty, and/or importation, design, manufacture, distribution, or sale of the hoverboard a cause of any Plaintiff's injuries or damages?

    [  ] Yes          [  ] No

    Please continue to question 2.


2.  Walmart Inc.

    (a) Did Walmart distribute or sell a defective hoverboard?

    [  ] Yes          [  ] No

2

Please continue to question 2(b).

(b) Did Walmart breach a warranty related to the hoverboard?

[  ] Yes          [  ] No

Please continue to question 2(c).

(c) Did Walmart breach a duty to provide adequate warnings, instructions, or information regarding the hoverboard?

[  ] Yes          [  ] No

Please continue to question 2(d).

(d) Was Walmart negligent?

[  ] Yes          [  ] No

If your answer is "no" to all parts of question 2 above, please continue to question 3.
If your answer is "yes" to any part of question 2 above, please continue to question 2(e).

(e) Was Walmart's negligence, and/or breach of duty or warranty, and/or distribution or sale of hoverboard a cause (substantial factor) of any Plaintiff's injuries or damages?

[  ] Yes          [  ] No

Please continue to question 3.


3.  Stephanie Wadsworth

    (a) Was Stephanie Wadsworth negligent?

    [  ] Yes          [  ] No

    If your answer is "no" to question 3(a), please continue to question 4.
    If your answer is "yes" to question 3(a), please continue to question 3(b).

    (b) Was Stephanie Wadsworth's negligence a cause (substantial factor) of any Plaintiff's injuries or damages?

    [  ] Yes          [  ] No

    If your answer is "no" to question 3(b), please continue to question 5.
    If your answer is "yes" to question 3(b), please continue to question 4.

3

4. Percentage of Fault

    For any or all parties for whom you answered "yes" to questions 1(e), 2(e), or 3(b) above, enter their percentage of fault. (Your total must equal 100%.)

    Jetson                    _____%

    Walmart               _____%

    Stephanie Wadsworth    _____%

    TOTAL:              100 %

    Please continue to question 5.

5. Damages

    (a) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by W.W., if any. Do not reduce these amounts by the percentages of fault you found.

    Past Medical Expenses:    $_____

    Future Medical Expenses:    $_____

    Pain:    $_____

    Suffering:    $_____

    Emotional Distress:    $_____

    Disability or Disfigurement:  $_____

    Loss of Enjoyment of Life:    $_____

    Loss of Stephanie Wadsworth's services, society, companionship, affection, love, advice, and/or guidance    $_____

    TOTAL:    $_____

    (b) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by K.W., if any. Do not reduce these amounts by the percentages of fault you found.

Pain:                          $_____

Suffering:                     $_____

Emotional Distress:            $_____

Loss of Enjoyment of Life:     $_____

Loss of Stephanie Wadsworth's services, society, companionship, affection, love, advice, and/or guidance                          $_____

TOTAL:                         $_____


(c) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by G.W., if any. Do not reduce these amounts by the percentages of fault you found.

Pain:                          $_____

Suffering:                     $_____

Emotional Distress:            $_____

Loss of Enjoyment of Life:     $_____

Loss of Stephanie Wadsworth's services, society, companionship, affection, love, advice, and/or guidance                          $_____

TOTAL:                         $_____


(d) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by L.W., if any.  Do not reduce these amounts by the percentages of fault you found.

Pain:                          $_____

Suffering:                     $_____

Emotional Distress:            $_____

Loss of Enjoyment of Life:     $_____

Loss of Stephanie Wadsworth's services, society, companionship, affection, love, advice, and/or guidance                          $_____

TOTAL:                          $_____

(e) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by Stephanie Wadsworth, if any. Do not reduce these amounts by the percentages of fault you found.

Past Medical Expenses:          $_____

Future Medical Expenses:        $_____

Pain:                           $_____

Suffering:                      $_____

Emotional Distress:             $_____

Disability or Disfigurement:    $_____

Loss of Enjoyment of Life:      $_____

TOTAL:                          $_____

(f) If you answered "yes" to questions 1(e) or 2(e), enter the amount of damages sustained by Plaintiff Matthew Wadsworth, if any. Do not reduce these amounts by the percentages of fault you found.

Loss of Stephanie Wadsworth's services, society, companionship, affection, love, advice, and/or guidance            $_____

TOTAL:                          $_____

Sign and date the verdict form and inform the Bailiff that you have reached your verdict.

Dated this _____day of _____, 20___.

                                _____
                                Jury Foreperson

6

Date: February 24, 2025

*/s/ T. Michael Morgan, Esq.*
**T. Michael Morgan, Esq.***
Florida Bar No.: 062229
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Phone: 407-420-1414
Email: mmorgan@forthepeople.com

**Joshua Michael Autry, Esq.***
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com
*\*Pro Hac Vice*
*Counsel for the Plaintiffs*

Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ T. Michael Morgan, Esq.*
T. Michael Morgan, ESQ.*
MORGAN & MORGAN, P.A
Florida Bar No.: 062229
*\*Admitted Pro Hac Vice*

7