Christoper C. Voigt, Wyo. Bar No. 6-3313
Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
cvoigt@crowleyfleck.com
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Eugene M. LaFlamme (Admitted pro hac vice)
Jared B. Giroux (Admitted pro hac vice)
Jillian L. Lukens (Admitted pro hac vice)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, | ) ) ) ) ) | **Case No. 2:23-cv-00118-KHR** |
| Plaintiffs, | ) ) | **DEFENDANTS'** |
| v. | ) ) | **SUPPLEMENTAL EXPERT WITNESS DISCLOSURES** |
| WALMART INC. and JETSON ELECTRIC BIKES, LLC, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Setting Case for Jury Trial, in accordance with Fed. R. Civ. P. 26(a)(2)(B), U.S.D.C.L.R. 26.1(3), and the Court's Order on Plaintiffs' and Defendants' Motions to Exclude Witnesses (Doc. 182), Defendants, Jetson Electric Bikes, LLC and Walmart

1

Inc. (hereinafter "Defendants"), by and through the undersigned counsel, hereby file their Supplemental Expert Witness Disclosure.

Pursuant to the Court's Order on Motion to Exclude Witnesses (Doc. 182), Defendants hereby supplement Dr. Gregory E. Gorbett's prior expert witness disclosures, (Doc. 80-4, 80-5, and 80-6), with his testimony list. This testimony list was provided to Plaintiffs' counsel, Attorney Rudwin Ayala, on October 23, 2024, in advance of Dr. Gorbett's deposition, but Defendants failed to formally supplement his expert disclosure with this Court. With this filing, Dr. Gorbett's prior disclosures are supplemented as follows:

1. **GREGORY E. GORBETT, Ph.D., IAAI-CFI, CFEI, CFPS**
   FIRE Dynamics Analysis
   330 Eastern Bypass, Suite 1
   PMB #231
   Richmond, KY 40475

Dr. Gorbett's four-year testimony list that was previously disclosed to Plaintiffs informally is attached hereto as Exhibit 1 and incorporated into Dr. Gorbett's previously filed expert disclosures. (Doc. 80-4, 80-5, and 80-6). The e-mail providing a copy of Dr. Gorbett's four-year testimony list to Attorney Rudwin Ayala on October 23, 2024, prior to Dr. Gorbett's October 24, 2024 deposition, is also attached hereto as Exhibit 2.

**McCOY LEAVITT LASKEY, LLC**

Dated: February 25, 2025         By: _/s/Eugene M. LaFlamme_
                                 Eugene M. LaFlamme      *Pro Hac Vice*
                                 Jared B. Giroux         *Pro Hac Vice*
                                 Jillian L. Lukens       *Pro Hac Vice*
                                 Riverwood Corporate Center III
                                 N19 W24200 Riverwood Drive, Ste. 125
                                 Waukesha, WI 53188
                                 Phone (262) 522-7000
                                 elaflamme@MLLlaw.com
                                 jgiroux@MLLlaw.com
                                 jlukens@MLLlaw.com

2

and

**CROWLEY FLECK, PLLP**

Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

and

Christopher C. Voigt, Wyo. Bar No. 6-3313
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529
Ph: (406-255-7239)
cvoigt@crowleyfleck.com

*Attorneys for Defendants*

Gregory E. Gorbett
Testimony Listing
2020 Through 1/28/24

**19077 – State of Ohio v. Joseph Reese Johnson (1/31/20 & 11/12/21)**
Type: Daubert Hearing

Style: State of Ohio v. Joseph Reese Johnson

Case Number: 2019 CR 01890

Court: Dayton, Ohio

**18006 – Paula Wilson v. State Auto Property and Casualty Insurance Co.  (2/28/20)**
Type: Deposition

Style: Paula Wilson v. State Auto

Case Number: 18-CI-00209

Court: Commonwealth of Kentucky – Harrison County


**19110 – Eurainna Walling v. Kesters (3/6/20)**
Type: Deposition

Style: Michael A. Bowers, Jr., Eurainna Walling, on Behalf of the Class of Persons Designated by Section 537.080, and, as next of friend, Surviving Minor Children v. Lee Kester and Teresa Kester

Case Number: 17AM-CC00033

Court: Circuit Court of Oregon County, MO


**19079 – Woodland Villas (3/13/20 & 3/15/20)**
Type: Deposition

Style: Debbie Pisani, Kevin Kelley, Dorothy Sohail, Paul Wade, Tracy Richardson, Kathleen Nicholas v. Paragon Properties, LLC; Woodland Villa Apartments, LLC, and Clay Beresford

Case Number: 18-010667-NO

Court: Circuit Court for the County of Wayne, MI

Page 1

EXHIBIT 1

G. Gorbett Testimony List
1/28/24

**21074 – Homerville, GA (6/21/22 & 8/18/22)**
Type: Deposition

Style: Emily Tolle & Baylee Tolle v. Atlanta Gas Light Company, Southern Gas Company, AGL resources, Samuel James Harper, Carl Nathaniel Bass, Zane Delmas Stalvey, Everett M. Lee, Jeff Busby, Steve Fiveash, and Promes Life

Case Number: 19cv-182

Court: Superior Court of Clinch County State of Georgia

**22033 – Minneapolis, MN - Chamberlain (7/18/22)**
Type: Trial

Style: State of Minnesota v. David Chamberlain

Case Number:

Court: Superior Court of Minneapolis County – Minneapolis, MN

**210XX – Nashville CRU (4/5/22)**
Type: Hearing

Style: Claude Garrett v. Tennessee

Case Number: 1992-B-961

Court: Criminal Court for Davidson County, Tennessee

**18124 – Beaverdam, KY - Whitfield (1/18/23)**
Type: Trial

Style: Commonwealth of Kentucky v. Virginia Whitfield

Case Number: 12-CR-00148

Court: Ohio County, Kentucky

G. Gorbett Testimony List
1/28/24

**18051 – Florida State V. Randy Seal (4/21/23)**
Type: Deposition

Style: State of Florida v. Randy Seal

Case Number: 2004-1683-CF

Court: Circuit Court, 7th Judicial Circuit, Putnam County, FL


**20022 – Dashia Marti, et al. v Walter Kidde Portable Equipment Inc., et al. (4/21/23)**
Type: Deposition

Style: City of St. Louis, MO

Case Number: 1722-CC11837

Court: Missouri Circuit Court, Twenty-Second Judicial Court, St. Louis City

Page 3

| | |
|---|---|
| **From:** | Eugene M. LaFlamme |
| **To:** | Rudwin Ayala x31665 |
| **Cc:** | Angie J. Hinrichs; Samanda Leroy x23123 |
| **Subject:** | RE: Wadsworth - Gorbett testimony list |
| **Date:** | Wednesday, October 23, 2024 2:05:40 PM |
| **Attachments:** | GEG_Testimony_2020-today.pdf |

Rudy,

Attached is Gorbett's testimony list.

Eugene

**Eugene M. LaFlamme|Partner**

McCoy Leavitt Laskey LLC

Phone:   262-522-7000 (Office)
         262-522-7026 (Direct)
         414-232-1561 (Mobile)
Email:   elaflamme@mlllaw.com

EXHIBIT 2