**EXHIBIT B**

| | |
|---|---|
| **From:** | Abla Alaoui <abla@pkblawfirm.com> |
| **Sent:** | Wednesday, February 19, 2025 2:04 PM |
| **To:** | Sandy Corrigan; Mike Morgan x5214; Eugene M. LaFlamme; Rudwin Ayala x31665 |
| **Cc:** | Holly L. Tysse; Jared B. Giroux; Rebecca A. Eder; Angie J. Hinrichs; Andrew F. Knopf; akelseyflowers@forthepeople.com; Samanda Leroy x23123; Abla Alaoui |
| **Subject:** | RE: *EXT*Wadsworth - Defense exhibits |

This message was received from an external email account. Please use caution when opening messages, attachments or external links from unknown senders.

Sandy, see notes below. Same sharefile link sent before will have the updates to the exhibits below.

[REDACTED]

- Updated Exhibit 1 – before photos
- Updated Exhibit 18 – complete records for Weston for 2/1/22-2/27/22 admission
- Updated Exhibit 47 – cleaner copy of the receipt.
- Updated Exhibit 67 -Nuttall photos in PDF to comply with format requirements
- Added 184-187, and 247 – the standards
- Added 201, 225 and 241
- Added PDFs of 96, 96A & 96B (Gorbett's excel files)
- Exhibit 43(f) – do not have. Do you have this from Sheaman?
- Exhibit 60,81 93, & 103 – just a catch all in the event we missed any photos of the experts' photos but does not appear so.

Abla Alaoui

**Paralegal to David A. Paul**
**P** 407.622.2111
**D** 321.558.7089
**F** 407.622.2112
**A** 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789

**PAUL | KNOPF | BIGGER**

PKBLAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

---

**From:** Sandy Corrigan <scorrigan@mlllaw.com>
**Sent:** Monday, February 17, 2025 2:59 PM
**To:** Abla Alaoui <abla@pkblawfirm.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder <reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits

Ms. Alaoui, we are missing a few of plaintiffs' exhibits, that are not identified in your incoming email.  Please provide:

43.f
60
81
93
103
201
225
241

- Also, if you are in possession of "Exhibits 184-187 and 247 are the UL Standards and NFPA 921. Will supplement upon receipt", please provide.

Thank you.

**Sandy Corrigan | Data Management Specialist & Litigation Paralegal**
McCoy Leavitt Laskey LLC
Phone:   262-522-7000 (Office)
         262-522-7016 (Direct)
Email:   scorrigan@mlllaw.com

---

**From:** Abla Alaoui <abla@pkblawfirm.com>
**Sent:** Monday, February 10, 2025 1:12 PM
**To:** Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder <reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits
**Importance:** High

Good afternoon, below is a ShareFile link with Plaintiffs' Trial Exhibits. Please see below notes.

[redacted]

**Notes:**
- Medical records – these are redacted for the most part, but we are doing one final review, and if we see any that need to be swapped, I will add it to the above link and let you know
- Exhibits 184-187 and 247 are the UL Standards and NFPA 921. Will supplement upon receipt.
- Exhibit 70 – this is the large CT scan file; we included a cover sheet and a link to the CT scans which all parties should already have access to (otherwise it will take days to upload).

Let me know if you have any questions or issues accessing the link above.

*Abla Alaoui*

*Paralegal to David A. Paul*
P 407.622.2111
D 321.558.7089
F 407.622.2112
A 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789

**PAUL | KNOPF | BIGGER**

**PKB**LAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

3