# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No. 2:23-cv-00118-KHR <br><br> **]PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' UNDISCLOSED EXHIBITS UNDER F.R.C.P. 37(c)** |

This matter comes before the Court upon *Defendants' Motion to Strike Plaintiffs' Undisclosed Exhibits under F.R.C.P. 37(c)* ("*Motion*"). Having consider the *Motion*, memorandum in support thereof, and being otherwise advised in the premises, the Court hereby **GRANTS** the *Motion*. Plaintiffs are precluded from attempting to admit proposed Exhibits 198 through 203, 208 through 246, and 248 through 251, as well as the portions of Exhibits 1, 5, and 18 that were not disclosed in discovery or identified by Plaintiffs in a Rule 26(a) disclosure as materials upon which they may rely to support their claims.

Dated this \_\_\_\_ day of _____, 2025.

_____
United States District Court Judge