# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>    Defendants. | Case No. 2:23-cv-00118-KHR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EFFORTS TO AMEND COMPLAINT AND ADD LOSS OF CONSORTIUM CLAIMS FOR MINOR PLAINTIFFS** |

This matter comes before the Court on *Defendants' Motion to Exclude Efforts to Amend Complaint and Add Loss of Consortium Claims for Minor Plaintiffs* ("*Motion*"). Having considered the *Motion*, memorandum in support thereof, and being otherwise advised in the premises, the Court hereby **GRANTS** to *Motion*. Plaintiffs have not properly sought leave to amend their claims, have not satisfied the "good cause" standard imposed by this Court's Initial Pretrial Order and Fed. R. Civ. P. 16(b)(4), and have unduly delayed in attempting to bring these new claims for damages. As such, Plaintiffs are precluded from attempting to present evidence pertaining to the unpled claims of "loss of consortium" for the four minor Plaintiffs and are also precluded from requesting the jury to award any damages related to claims of "loss of consortium" for the four minor Plaintiffs.

Dated this 25th day of _____, 2025.

_____
United States District Court Judge