# EXHIBIT 2

| Case | Wadsworth |
|---|---|
| Issue Code | Trial |

| MERRELL, ASHLEY 1/31/24 VOL 1 | | |
|---|---|---|
| 1 | 005:19 – 006:07 | 005: 19 Q First of all, could you state your full<br>20 name for the record?<br>21 A Ashley Carmen Merrell.<br>22 Q And I understand that at least as of<br>23 February 1, 2022, your last name was McPhie; is that<br>24 correct?<br>25 A Yes.<br>006: 1 Q Okay. So when we are looking at the<br>2 documents from your department, you are referenced as<br>3 Ashley McPhie but that is you, correct?<br>4 A Yes.<br>5 Q Okay. And I understand that you are now a<br>6 detective in the department, correct?<br>7 A Correct. |
| 2 | 007:09 – 008:07 | 007: 9 Q All right. You are here as a result of a<br>10 response that you made within your capacity as<br>11 officer at the Sweetwater County Sheriff's Office for<br>12 a February 1st, 2022 fire at the Wadsworth residence.<br>13 Do you recall that fire?<br>14 A Yes.<br>15 Q Okay. And do you have an independent<br>16 recollection of that fire as you sit here today?<br>17 A Yes.<br>18 Q Did you do anything to prepare for your<br>19 deposition today? |

| | | | | |
|---|---|---|---|---|
| | | | 20 | A   I watched my body cam footage. |
| | | | 21 | Q   Okay.  And I think there are, at least on |
| | | | 22 | our end, there are two body camera footages that I |
| | | | 23 | think are attributed to your body cam.  Did you watch |
| | | | 24 | both of them? |
| | | | 25 | A   I watched the longer one, the 30-minute |
| | | 008: | 1 | video this morning.  I watched the shorter, I think |
| | | | 2 | it was only, like, six-minute video last week. |
| | | | 3 | Q   Okay.  The six-minute video -- we'll walk |
| | | | 4 | through this.  But the six-minute video didn't really |
| | | | 5 | have any audio to it, correct? |
| | | | 6 | A   Correct, yeah.  That was just me adding me |
| | | | 7 | into the call. |
| 3 | 008:20 – 008:22 | 008: | 20 | Q   Okay.  At the time of February 1, 2022, |
| | | | 21 | what was your rank? |
| | | | 22 | A   I was a patrol deputy. |
| 4 | 011:01 – 011:17 | 011: | 1 | Q   Okay.  I'm going to show you what was |
| | | | 2 | previously marked as Exhibit 12.  This is a call |
| | | | 3 | detail report from the Sweetwater Combined |
| | | | 4 | Communications Center.  Are you familiar with this |
| | | | 5 | type of document? |
| | | | 6 | A   Yeah. |
| | | | 7 | Q   This basically provides a time line of the |
| | | | 8 | various entities that would have responded within the |
| | | | 9 | Sweetwater Combined Communication Center's, I guess |
| | | | 10 | group of agencies that it follows, correct? |
| | | | 11 | A   Correct. |
| | | | 12 | Q   Okay.  So if we are looking at, again, a |
| | | | 13 | time line of when you were on site, if we go to the |

| | | | |
|---|---|---|---|
| | | | 14  responding officer designations, we can see that you<br><br>15  are -- it's pretty small, given a 4C35 designation;<br><br>16  is that accurate?<br><br>17     A  Yes. |
| 5 | 012:06 – 012:09 | 012: | 6     Q  So it looks like you're given the arrival<br><br>7  designation at 4:40 a.m.  Is that when you arrive on<br><br>8  scene?<br><br>9     A  Yes. |
| 6 | 013:04 – 013:16 | 013: | 4     Q  Okay.  Were you on patrol duty that<br><br>5  evening?<br><br>6     A  Yes.<br><br>7     Q  Okay.  What were the hours of your shift<br><br>8  for the time period in which you responded to this<br><br>9  fire?<br><br>10    A  So at that point in time, we were on a<br><br>11  12-hour shift, and so I would have been working<br><br>12  graveyards.  So it would have been from six p.m.<br><br>13  until six a.m.<br><br>14    Q  Okay.  Was that your typical shift at the<br><br>15  time?<br><br>16    A  Yes. |
| 7 | 017:03 – 017:08 | 017: | 3     Q  Okay. Going back to your call summary, I<br><br>4  guess dispatch summary, it looks like you have a<br><br>5  completed designation of 5:51 a.m.  Do you see that?<br><br>6     A  I do.<br><br>7     Q  Is that when you would have left the scene?<br><br>8     A  Yes. |
| 8 | 020:19 – 021:17 | 020: | 19    Q  What was your role with respect to the<br><br>20  response to this fire?<br><br>21    A  Are you asking, like, what I did when I |

| | | | | |
|---|---|---|---|---|
| | | | 22 | responded to the fire? |
| | | | 23 | Q  Correct. |
| | | | 24 | A  Okay. So for me, personally, I responded |
| | | | 25 | to the fire. I went to the entrance of the |
| | | 021: | 1 | residence, which is right off of Highway 374. I saw |
| | | | 2 | that the ambulance and a white pickup truck was |
| | | | 3 | stopped there and so I had stepped out with them. |
| | | | 4 | And come to find out, that is where the |
| | | | 5 | Wadsworth family was located and the individual who |
| | | | 6 | had seen the fire and reported the party. Then the |
| | | | 7 | ambulance was there checking out the family members. |
| | | | 8 | Then I made contact with the reporting |
| | | | 9 | party, Ryan Pasborg. I spoke to him and got his |
| | | | 10 | information and a statement from him. Then I talked |
| | | | 11 | to the Wadsworth kids and got their statements and |
| | | | 12 | information. |
| | | | 13 | Then once I was done speaking with them and |
| | | | 14 | got the kids with the grandparents or grandmother, |
| | | | 15 | then I went and just parked next to Sergeant Como to |
| | | | 16 | help with scene security until we could have day |
| | | | 17 | shift come out and relieve us. |
| 9 | 024:25 – 025:04 | 024: | 25 | Q  When you reviewed the body camera footage, |
| | | 025: | 1 | do you recall hearing the Wadsworth children indicate |
| | | | 2 | that the fire started outside of the house? |
| | | | 3 | MR. AYALA: Form. |
| | | | 4 | THE WITNESS: I do. |
| 10 | 025:11 – 025:24 | 025: | 11 | Q  And the comments from the children were |
| | | | 12 | that the fire -- they first saw the fire outside of |
| | | | 13 | the boys' bedroom window, correct? |

| | | | |
|---|---|---|---|
| | | | 14    MR. AYALA:  Form. |
| | | | 15    THE WITNESS:  No, I don't -- it wasn't |
| | | | 16    worded like that, no.  When I spoke with the |
| | | | 17    daughter, I just asked her if they knew where |
| | | | 18    the fire started and she had said no, and then |
| | | | 19    said outside by the shed. |
| | | | 20  BY MR. LAFLAMME: |
| | | | 21    Q    And I think they provided some information |
| | | | 22  to you about this shed, that was used as a smoking |
| | | | 23  shed by the parents? |
| | | | 24    A    Yes, the parents did smoke in there. |
| 11 | 026:05 – 026:10 | 026: | 5    Q    I am going to pull up, or at least your |
| | | | 6  first body camera footage, the 30-minute one.  Just |
| | | | 7  give me a second here.  (Pause).  Okay.  Can you |
| | | | 8  see -- it's a still shot right now.  But can you see |
| | | | 9  the screen? |
| | | | 10    A    Yes. |
| 12 | 026:22 – 027:10 | 026: | 22    Q    Okay.  And on the bottom left, there's a |
| | | | 23  designation of fire semicolon underscore 1620 |
| | | | 24  underscore capitalized HWY underscore 374-2.  Do you |
| | | | 25  know what that designation means? |
| | | 027: | 1    A    374 would have been Highway 374, the |
| | | | 2  highway or the location of where that house was.  I |
| | | | 3  believe the 1620 is the house address of where it was |
| | | | 4  at. |
| | | | 5    Q    Okay. Is this a designation that you give |
| | | | 6  it or is this generated through the system? |
| | | | 7    A    No, I would have had to label that myself |
| | | | 8  when I went through and labeled my body cam video. |

|    |                   |       |    |                                                              |
|----|-------------------|-------|----|--------------------------------------------------------------|
|    |                   |       | 9  | Q   So this would be how you labeled it?                     |
|    |                   |       | 10 | A   Yes.                                                     |
| 13 | 027:15 – 027:18   | 027:  | 15 | Q   So we're only about 16 seconds in so we're               |
|    |                   |       | 16 | not into the audio yet.  But this is about when you          |
|    |                   |       | 17 | are pulling up to the scene, correct?                        |
|    |                   |       | 18 | A   Correct.                                                 |
| 14 | 028:23 – 028:25   | 028:  | 23 | Q   Okay.  So just for the record, this would                |
|    |                   |       | 24 | be your body camera footage, correct?                        |
|    |                   |       | 25 | A   Yes.                                                     |
| 15 | 030:14 – 031:07   | 030:  | 14 | Q   Okay.  Thank you.  Then at about 4:39 into               |
|    |                   |       | 15 | the video, that's when you start to interview G.W.           |
|    |                   |       | 16 | G.W.      , correct?                                         |
|    |                   |       | 17 | A   Correct.                                                 |
|    |                   |       | 18 | Q   And these parts of the video, these are the              |
|    |                   |       | 19 | parts that you've reviewed this morning as well?             |
|    |                   |       | 20 | A   Correct.                                                 |
|    |                   |       | 21 | Q   And do you hear in the background someone                |
|    |                   |       | 22 | say it started by the shed area?                             |
|    |                   |       | 23 | A   Yes.                                                     |
|    |                   |       | 24 | Q   And was that K.W.           that said                    |
|    |                   |       | 25 | that?                                                        |
|    |                   | 031:  | 1  | A   Yes.                                                     |
|    |                   |       | 2  | Q   And was she on the telephone with someone                |
|    |                   |       | 3  | at the time?                                                 |
|    |                   |       | 4  | A   Yes.                                                     |
|    |                   |       | 5  | Q   Do you know who she was on the telephone                 |
|    |                   |       | 6  | with?                                                        |
|    |                   |       | 7  | A   I do not.                                                |
| 16 | 032:13 – 033:14   | 032:  | 13 | Q   Okay.  Starting again at 6:05.  Then at                  |
|    |                   |       | 14 | about 6:11 is when you start to interview L.W.               |

| | | | | |
|---|---|---|---|---|
| | | | 15 | L.W. , correct? |
| | | | 16 | A   Correct. |
| | | | 17 | Q   At 6:47, we can see that's his sister; |
| | | | 18 | that's K.W. next to him? |
| | | | 19 | A   Yes. |
| | | | 20 | Q   Then at about 7:12 is when you start to |
| | | | 21 | interview K.W. correct? |
| | | | 22 | A   Correct. |
| | | | 23 | Q   And it looks like while you're interviewing |
| | | | 24 | K.W. , she is on a phone call as well? |
| | | | 25 | A   Yes. |
| | | 033: | 1 | Q   And do you know who she was on the phone |
| | | | 2 | with at this time? |
| | | | 3 | A   No. |
| | | | 4 | Q   And K.W. had indicated when you asked do |
| | | | 5 | you know what started the fire, that she responded |
| | | | 6 | that the fire was outside, correct? |
| | | | 7 |     MR. AYALA:  Form. |
| | | | 8 |     THE WITNESS:  She said no and then she |
| | | | 9 | said it was outside. |
| | | | 10 | BY MR. LAFLAMME: |
| | | | 11 | Q   Then at about eight minutes is when K.W. |
| | | | 12 | indicates that there's a shed and it's used for |
| | | | 13 | smoking, correct? |
| | | | 14 | A   Correct. |
| 17 | 034:16 – 034:25 | 034: | 16 | Q   Then I'm moving it up again to ten now six. |
| | | | 17 | Did you hear K.W. say the fire started at the |
| | | | 18 | porch? |

|    |                     |       |    |                                                                |
|----|---------------------|-------|----|----------------------------------------------------------------|
|    |                     |       | 19 | A   Yes.                                                       |
|    |                     |       | 20 | Q   And she's talking to someone on the phone                  |
|    |                     |       | 21 | at that point again, correct?                                  |
|    |                     |       | 22 | A   Yes.                                                       |
|    |                     |       | 23 | Q   Do you know who she is speaking to at that                 |
|    |                     |       | 24 | point?                                                         |
|    |                     |       | 25 | A   No.                                                        |
| 18 | 035:12 – 036:01     | 035:  | 12 | Q   I'm at 12:49.  It looks like you are                       |
|    |                     |       | 13 | talking to Pasborg again?                                      |
|    |                     |       | 14 | A   Correct.                                                   |
|    |                     |       | 15 | Q   And during that discussion, Mr. Pasborg, as                |
|    |                     |       | 16 | the first responder to the fire, obviously as a                |
|    |                     |       | 17 | civilian, though, indicated that he thought the                |
|    |                     |       | 18 | fire -- it looked like the fire started on the                 |
|    |                     |       | 19 | outside or at the exterior wall, correct?                      |
|    |                     |       | 20 | A   Correct.                                                   |
|    |                     |       | 21 | Q   Then further on in that same conversation,                 |
|    |                     |       | 22 | right around 13 minutes is where you have a statement          |
|    |                     |       | 23 | that raises some concern that maybe the parents                |
|    |                     |       | 24 | didn't put out some smoking material, correct?                 |
|    |                     |       | 25 | A   I said that just based off of the kids'                    |
|    |                     | 036:  | 1  | statements.                                                    |
| 19 | 036:09 – 036:11     | 036:  | 9  | Q   Their statements were immediately after the                |
|    |                     |       | 10 | fire, correct?                                                 |
|    |                     |       | 11 | A   Correct.                                                   |