# EXHIBIT 3

| Case | Wadsworth |
|---|---|
| Issue Code | Trial |

| SHEAMAN, JEFF 11/16/23 VOL 1 | | |
|---|---|---|
| 1 | 039:12 – 039:16 | 039: 12  Q.  So that's an overhead shot that was<br>13  identified during Chief Robinson's deposition for<br>14  Wadsworth residence.  We've marked A, B, C, D to<br>15  easily communicate about the sides of the home.<br>16     A.  Sure. |
| 2 | 203:25 – 204:09 | 203: 25  Q.  Did you take any video during your<br>204: 1  investigation?<br>2     A.  No, I did not.<br>3     Q.  I just have your photographs.  Do you<br>4  know if anyone else took any photographs?<br>5     A.  I don't -- I'm not sure if the fire<br>6  department did.  I don't know honestly if the<br>7  initial responding deputies did; that's not common<br>8  for them, but I know that there was, you know, body<br>9  camera, that kind of stuff -- |
| 3 | 204:21 – 205:06 | 204: 21  Q.  During the interviews, you have some<br>22  videos of those, it looks like you were taking some<br>23  notes?<br>24     A.  Yes.<br>25     Q.  And do you maintain those notes?<br>205: 1     A.  It depends on the circumstance.  A<br>2  lot of times I will, once I type my report, I will<br>3  shred the notes; and I believe I did so in this<br>4  case.<br>5     Q.  Meaning you shedded the notes? |

| | | | | |
|---|---|---|---|---|
| | | | 6 | A. Yes. |
| 4 | 205:13 – 206:03 | 205: | 13 | Q. Did you take any handwritten notes |
| | | | 14 | while you were on the scene? |
| | | | 15 | A. I don't believe I did. I was trying |
| | | | 16 | to think if I -- sometimes I'll at a fire I will |
| | | | 17 | bring a piece of paper and I'll kind of draw a |
| | | | 18 | little diagram, that kind of thing. I don't think |
| | | | 19 | I did on this case so I don't remember doing so. |
| | | | 20 | Q. Is the diagram something that you |
| | | | 21 | would technically save or would that be shredded |
| | | | 22 | with your other notes? |
| | | | 23 | A. That would be something that I would |
| | | | 24 | probably save, and I don't remember having that. |
| | | | 25 | The only diagram I remember in the report was the |
| | | 206: | 1 | one that I had Matthew draw out for me, so I don't |
| | | | 2 | think I took any diagrams or any drawing in this |
| | | | 3 | case. |
| 5 | 210:14 – 210:22 | 210: | 14 | Q. Okay. Deputy Hansen and Lieutenant |
| | | | 15 | Kaumo arrive within 30 seconds or so of each other. |
| | | | 16 | A. Kaumo wasn't, I don't believe -- well |
| | | | 17 | yeah, he did a report. I didn't see his above |
| | | | 18 | that. And then right about that there was another |
| | | | 19 | deputy that arrived, and that was 4 C 35 which is |
| | | | 20 | Ashley, it used to be McFee and now it's Merrell. |
| | | | 21 | Q. Okay. M-E-R-R-I-L? |
| | | | 22 | A. M-E-R-R-E-L-L. |
| 6 | 213:23 – 215:05 | 213: | 23 | Q. Were you the only investigator that |
| | | | 24 | did the -- for the witness interviews? |
| | | | 25 | A. Besides initial interviews when they |
| | | 214: | 1 | showed up, talked to, you know, Ryan Pasborg, |

2 whatever Deputy Hansen documented in his initial
3 report.
4     Q.  But as far as at least formally
5 recorded interviews, not ones that were necessarily
6 captured on body camera --
7     A.  Right.
8     Q.  -- formally recorded interviews, were
9 you the only investigator that did that?
10     A.  I was, yes.
11     Q.  Beyond, you know, Robinson or Urgman,
12 you did the only witness interviews, correct?
13     A.  Yes.  I think they would have
14 probably reached out to me to -- if they wanted to
15 talk to somebody, I think they probably would have
16 at least let me know, so.
17     Q.  Okay.  Did you ever talk to the
18 Wadsworth children prior to, I believe it was
19 March...
20     A.  March 4th?
21     Q.  March 4th of 2022?
22     A.  No.  I just basically talked to
23 Matthew Wadsworth, and then he kind of told me what
24 the kids told him, but I didn't talk to them until
25 March 4th.

215: 1     Q.  Okay.  During your investigation, you
2 were aware that the boys, when they woke up, the
3 window was already broken, correct, in the bedroom?
4     A.  I believe that's what they told me,

| | | | | |
|---|---|---|---|---|
| | | | 5 | yes. |
| 7 | 215:15 – 217:05 | 215: | 15 | Q.  Looking at Exhibit 18, Detective |
| | | | 16 | Sergeant, does this appear to be the layout of the |
| | | | 17 | Wadsworth residence? |
| | | | 18 | A.  Yes, it does. |
| | | | 19 | Q.  And looking at -- it's been labeled |
| | | | 20 | as bedroom number 4, I believe.  Do you see that? |
| | | | 21 | A.  Um-hum, yes. |
| | | | 22 | Q.  Right by the directional signal? |
| | | | 23 | A.  Yes. |
| | | | 24 | Q.  Is that what you understand to be |
| | | | 25 | G.W.   and L.W.   bedroom? |
| | | 216: | 1 | A.  Yes, it was. |
| | | | 2 | Q.  Okay.  And there's a location of |
| | | | 3 | where a bed is situated in G.W.   and L.W.   room. |
| | | | 4 | Is that where the bed was situated, as you |
| | | | 5 | understand it? |
| | | | 6 | A.  It appears to -- I actually |
| | | | 7 | understood it more of a little bit further I guess |
| | | | 8 | to the north, wherever that north directional arrow |
| | | | 9 | is pointed.  So a little bit further into the room, |
| | | | 10 | if that makes sense.  But it could be, I don't |
| | | | 11 | remember.  I know that they said that they thought |
| | | | 12 | there was a small end table buy the bed as well, |
| | | | 13 | so. |
| | | | 14 | Q.  But you agree the bed was located by |
| | | | 15 | the window, correct? |
| | | | 16 | A.  Correct. |

| | | | | |
|---|---|---|---|---|
| | | | 17 | Q. And this was a bunkbed? |
| | | | 18 | A. Yes, it was. |
| | | | 19 | Q. And G.W. was on the upper bunk and |
| | | | 20 | L.W. was on the lower bunk? |
| | | | 21 | A. Yes. |
| | | | 22 | Q. And when G.W. woke up, the window |
| | | | 23 | had already been broken, correct? |
| | | | 24 | A. I believe that's what he told me. |
| | | | 25 | Q. And when G.W. woke up it's because |
| | | 217: | 1 | he saw fire behind him? |
| | | | 2 | A. Yes. |
| | | | 3 | Q. And then he felt fire on his back, |
| | | | 4 | correct? |
| | | | 5 | A. Yes. |
| 8 | 218:07 – 219:09 | 218: | 7 | Q. So I have put up the body camera |
| | | | 8 | footage which is labeled Fire;_1620_HWY, all |
| | | | 9 | capitalized, _374-2; and it is 30 minutes 19 |
| | | | 10 | seconds long. |
| | | | 11 | And this will be a couple of minutes. |
| | | | 12 | I just want to -- |
| | | | 13 | A. Okay. |
| | | | 14 | Q. -- play it for you and you can listen |
| | | | 15 | to it. |
| | | | 16 | (Playing video recording.) |
| | | | 17 | Q. Do you hear in the background say the |
| | | | 18 | fire started at the shed? |
| | | | 19 | A. I did, yes. |
| | | | 20 | Q. Okay. And that was at about 5 |
| | | | 21 | minutes 42 seconds. |

| | | | | |
|---|---|---|---|---|
| | | | 22 | You were not aware of this body |
| | | | 23 | camera footage, correct? |
| | | | 24 | A.   No, I have not watched it. |
| | | | 25 | Q.   Do you know who's -- are you able to |
| | | 219: | 1 | tell who the officer is? |
| | | | 2 | A.   Yes. |
| | | | 3 | Q.   Who is that? |
| | | | 4 | A.   That's Detective Merrill -- |
| | | | 5 | Q.   Okay. |
| | | | 6 | A.   -- Ashley Merrill. |
| | | | 7 | Q.   And it's the body camera footage at |
| | | | 8 | Fire;_1620_HWY_374-2 id Detective Merrill. |
| | | | 9 | A.   Yes. |
| 9 | 220:11 – 220:16 | 220: | 11 | Q.   Okay.  And you agree with me that the |
| | | | 12 | children here are saying the fire started the |
| | | | 13 | outside -- |
| | | | 14 | A.   Right. |
| | | | 15 | Q.   -- correct? |
| | | | 16 | A.   Correct. |
| 10 | 221:06 – 221:24 | 221: | 6 | Q.   This is from the same. |
| | | | 7 |      (Playing video recording.) |
| | | | 8 | Q.   And did you hear K.W.   at about 10 |
| | | | 9 | minutes 42, 43 that the fire started outside on the |
| | | | 10 | porch? |
| | | | 11 | A.   Yes. |
| | | | 12 | Q.   Okay.  Going back 12 minutes 30 |
| | | | 13 | seconds. |
| | | | 14 |      (Playing video recording.) |
| | | | 15 | Q.   Stopped it at 13 minutes 18 seconds. |

|    |                   |      |                                                                                      |
|----|-------------------|------|--------------------------------------------------------------------------------------|
|    |                   |      | 16  There do hear Mr. Pasborg indicate that it looked                                |
|    |                   |      | 17  like the fire started outside of the exterior wall,                              |
|    |                   |      | 18  correct?                                                                         |
|    |                   |      | 19     A.   Right.                                                                   |
|    |                   |      | 20     Q.   And then you also hear Detective                                         |
|    |                   |      | 21  Merrill indicate that the kids felt that they it                                 |
|    |                   |      | 22  started around the shed and that the parents smoked                              |
|    |                   |      | 23  in there, correct?                                                               |
|    |                   |      | 24     A.   Yes.                                                                     |
| 11 | 232:07 – 232:11   | 232: | 7   Q.   Okay.  And you understand that arc                                          |
|    |                   |      | 8   damage to electrical wiring is created when the                                  |
|    |                   |      | 9   wires are energized and there's a fire attack once                               |
|    |                   |      | 10  the insulation is melted.                                                        |
|    |                   |      | 11     A.   Correct.                                                                 |
| 12 | 232:16 – 232:19   | 232: | 16     Q.   And did you -- you did not find any                                      |
|    |                   |      | 17  arc damage inside the boys' bedroom, correct?                                    |
|    |                   |      | 18     A.   No, I don't believe.  I took photos                                      |
|    |                   |      | 19  of that, too, and I don't believe I did.                                         |
| 13 | 233:16 – 233:20   | 233: | 16     Q.   And you didn't process any part of                                       |
|    |                   |      | 17  that shed, correct?                                                              |
|    |                   |      | 18     A.   No.  Just -- I mean we looked outside                                    |
|    |                   |      | 19  the area of the residence before going inside                                    |
|    |                   |      | 20  obviously.                                                                       |
| 14 | 236:20 – 237:02   | 236: | 20     Q.   Okay.  And L.W. and G.W.  were not                                       |
|    |                   |      | 21  injured in this fire, correct?                                                   |
|    |                   |      | 22     A.   No, they weren't.                                                        |
|    |                   |      | 23     Q.   And L.W. and G.W.  able to get out                                       |
|    |                   |      | 24  of their bedroom through their bedroom door, and                                 |
|    |                   |      | 25  then ultimately through the garage door without any                              |
|    |                   | 237: | 1   injuries, correct?                                                               |

| | | | | |
|---|---|---|---|---|
| | | | 2 | A. Correct. |
| 15 | 238:09 – 238:13 | 238: | 9 | Q. And you're aware that when Mr. |
| | | | 10 | Pasborg had arrived there was fire outside of the |
| | | | 11 | house, correct? |
| | | | 12 | A. I believe that's what he said, he saw |
| | | | 13 | fire outside of the home. |
| 16 | 241:05 – 241:14 | 241: | 5 | Q. Well you don't know how tall this |
| | | | 6 | shed was, correct? |
| | | | 7 | A. Correct. |
| | | | 8 | Q. And you don't know how big the shed |
| | | | 9 | was, correct? |
| | | | 10 | A. Right, correct. |
| | | | 11 | Q. And you don't know what was in the |
| | | | 12 | shed, correct? |
| | | | 13 | A. Just based off what he said, a heater |
| | | | 14 | while they go in there and smoke, so I don't know. |
| 17 | 244:24 – 245:12 | 244: | 24 | Q. And this residence, the construction |
| | | | 25 | of it, it was wood paneling interior, correct? |
| | | 245: | 1 | A. Yes. |
| | | | 2 | Q. Okay. With a wood paneling interior, |
| | | | 3 | that fire will spread pretty quickly, correct? |
| | | | 4 | A. It does, yes. |
| | | | 5 | Q. All right. Because there's no |
| | | | 6 | drywall that has a one hour rating to it, correct? |
| | | | 7 | A. Right, correct. |
| | | | 8 | Q. So that wood paneling is |
| | | | 9 | immediately -- well not immediately, but it's much |
| | | | 10 | more consumable by a fire than had it been three |
| | | | 11 | quarter inch drywall. |

| | | | | |
|---|---|---|---|---|
| | | | 12 | A. Yes. |
| 18 | 246:23 – 247:11 | 246: | 23 | (Whereupon, Exhibit 19 was marked for |
| | | | 24 | identification.) |
| | | | 25 | BY MR. LaFLAMME: |
| | | 247: | 1 | Q. You can see the letterhead -- |
| | | | 2 | A. Yes. |
| | | | 3 | Q. -- above the meter box it looks like? |
| | | | 4 | A. Yes. |
| | | | 5 | Q. And that's where the electrical |
| | | | 6 | service would have come in? |
| | | | 7 | A. Right. |
| | | | 8 | Q. When this electrical service line is |
| | | | 9 | severed, that shuts off electricity to the house, |
| | | | 10 | correct? |
| | | | 11 | A. Yes. |
| 19 | 257:07 – 257:11 | 257: | 7 | Q. Okay. Wiring insulation, the |
| | | | 8 | insulation that goes around electrical wires, that |
| | | | 9 | typically melts pretty quickly in the fire, |
| | | | 10 | correct? |
| | | | 11 | A. Yeah, usually, yep. |
| 20 | 258:16 – 259:15 | 258: | 16 | (Whereupon, Exhibit 20 was marked for |
| | | | 17 | identification.) |
| | | | 18 | BY MR. LaFLAMME: |
| | | | 19 | Q. I'm showing you what we will mark as |
| | | | 20 | Exhibit 20. |
| | | | 21 | And this is a photo from your group |
| | | | 22 | of photos, and this is a photo of the hoverboard. |
| | | | 23 | And it looks like the hoverboard has been removed |
| | | | 24 | from this scene of this crime, correct? |
| | | | 25 | A. Correct. |

|  |  |  |
|---|---|---|
|  |  | 259: 1  Q.  Okay.  And was there a period of time |
|  |  | 2  where you removed the hoverboard from the scene and |
|  |  | 3  took some photographs of it? |
|  |  | 4     A.  Yes. |
|  |  | 5     Q.  Okay.  And you can see the lithium |
|  |  | 6  ion batteries here, correct? |
|  |  | 7     A.  Yes. |
|  |  | 8     Q.  Okay.  And do you see the yellow, |
|  |  | 9  green, red and blue wiring within the hoverboard? |
|  |  | 10    A.  Umm, connected to the square -- the |
|  |  | 11 box? |
|  |  | 12    Q.  Correct. |
|  |  | 13    A.  Yes. |
|  |  | 14    Q.  That's wiring insulation, correct? |
|  |  | 15    A.  Yes, I believe so. |
| 21 | 269:14 – 270:14 | 269: 14  Q.  And just for the record, this is |
|  |  | 15 video 1620_HWY_374, and this is also an hour and |
|  |  | 16 nine minutes long. |
|  |  | 17       (Playing video recording.) |
|  |  | 18    A.  And that's Deputy Hansen. |
|  |  | 19    Q.  That is Deputy Hansen? |
|  |  | 20    A.  Yes. |
|  |  | 21    Q.  Okay.  So that could be just a repeat |
|  |  | 22 of the -- |
|  |  | 23    A.  It could be. |
|  |  | 24    Q.  -- other video. |
|  |  | 25    A.  Yeah, it could be. |
|  |  | 270: 1  Q.  And here, as Hansen walks up, you can |

|   |   |   |   |
|---|---|---|---|
|   |   |   | 2   see a good amount of fire down on the ground, |
|   |   |   | 3   correct? |
|   |   |   | 4        A.   Yes. |
|   |   |   | 5        Q.   You actually see more fire on the |
|   |   |   | 6   ground than you see venting out of the window, |
|   |   |   | 7   correct? |
|   |   |   | 8             MR. AYALA:  Form. |
|   |   |   | 9        A.   It's hard to tell from a still image |
|   |   |   | 10  obviously, but. |
|   |   |   | 11            (Playing video recording.) |
|   |   |   | 12       Q.   Throughout this video you see that |
|   |   |   | 13  there is fire on the -- |
|   |   |   | 14       A.   On the ground, yep. |
| 22 | 274:11 – 274:14 | 274: | 11       Q.   Did you ever go back to the scene |
|   |   |   | 12  after February 1 of 2022? |
|   |   |   | 13       A.   I don't believe I did, nope; that was |
|   |   |   | 14  the only time. |
| 23 | 281:05 – 281:14 | 281: | 5        Q.   The plug that you found at the scene |
|   |   |   | 6    was plugged into the outlet wall, correct? |
|   |   |   | 7        A.   Yes. |
|   |   |   | 8        Q.   You weren't able to trace that cord |
|   |   |   | 9   to the hoverboard itself, correct? |
|   |   |   | 10       A.   No, it burned away. |
|   |   |   | 11       Q.   Okay.  So as to whether it was |
|   |   |   | 12  actually plugged in based on the physical evidence |
|   |   |   | 13  that you saw, you can't make that determination. |
|   |   |   | 14       A.   No, I could not. |
| 24 | 292:25 – 293:06 | 292: | 25       Q.   Any glass debris found inside the |
|   |   | 293: | 1   room by any chance? |
|   |   |   | 2        A.   That's hard to say.  I can't say for |

| | | | | |
|---|---|---|---|---|
| | | | 3 | sure because there was so much debris -- |
| | | | 4 | Q. Okay. |
| | | | 5 | A. -- from the ceiling and everything, |
| | | | 6 | all the -- all the burned out material aside. |
| 25 | 305:21 – 306:01 | 305: | 21 | Q. Okay. They said in those statements |
| | | | 22 | that the window was already blown out when they |
| | | | 23 | woke up. Do you remember hearing that? |
| | | | 24 | A. I remember hearing that they had said |
| | | | 25 | that, and I don't remember if it's exactly what |
| | | 306: | 1 | they told me or not. I honestly don't remember. |
| 26 | 308:14 – 308:19 | 308: | 14 | Q. And they told you that it was hot and |
| | | | 15 | they saw some flames, right? |
| | | | 16 | A. Yes. |
| | | | 17 | Q. Okay. And I think one of them |
| | | | 18 | described it as a glow? |
| | | | 19 | A. Yes. |
| 27 | 317:15 – 319:05 | 317: | 15 | Q. Did you look at the breaker box in |
| | | | 16 | the basement? |
| | | | 17 | A. I don't believe I did. If I did, I |
| | | | 18 | probably would have photographed that. I don't |
| | | | 19 | believe I did. |
| | | | 20 | MR. LaFLAMME: Let me show you what |
| | | | 21 | we'll mark as Exhibit 21. |
| | | | 22 | (Whereupon, Exhibit 21 was marked for |
| | | | 23 | identification.) |
| | | | 24 | BY MR. LaFLAMME: |
| | | | 25 | Q. Exhibit 21 is a photo of the breaker |
| | | 318: | 1 | box at the Wadsworth residence. Do you see that? |
| | | | 2 | A. I do. |

|   |   |   |   |
|---|---|---|---|
|   |   |   | 3  Q. Okay. There are no circuits -- |
|   |   |   | 4  breakers that are tripped, correct? |
|   |   |   | 5      MR. AYALA: Form. |
|   |   |   | 6  A. Umm, I don't believe so. It might be |
|   |   |   | 7  the shadow, I was just looking at breaker 5, but |
|   |   |   | 8  that could just be just the shadows of where the |
|   |   |   | 9  switches are from the flash of the camera. I'm |
|   |   |   | 10 just looking to see if it's -- it looks like it's |
|   |   |   | 11 tripped. |
|   |   |   | 12 BY MR. LaFLAMME: |
|   |   |   | 13  Q. I figure if you looked at the |
|   |   |   | 14 numbers, the numbers are at the top by the flat |
|   |   |   | 15 part of the breaker. |
|   |   |   | 16  A. Yes. |
|   |   |   | 17  Q. Okay. And none of these are tripped, |
|   |   |   | 18 correct? |
|   |   |   | 19      MR. AYALA: Form. |
|   |   |   | 20  A. I would say no, I don't believe so. |
|   |   |   | 21 BY MR. LaFLAMME: |
|   |   |   | 22  Q. Okay. Meaning you don't see any that |
|   |   |   | 23 are tripped, correct? |
|   |   |   | 24  A. I don't think so. Like I said, |
|   |   |   | 25 I'm -- there's a couple of them that -- it's kind |
|   |   | 319: | 1  of hard to tell sometimes, but that's an updated |
|   |   |   | 2  breaker, so it doesn't look like they're tripped, I |
|   |   |   | 3  believed. |
|   |   |   | 4  Q. Okay. |
|   |   |   | 5  A. I don't believe. |
| 28 | 320:12 – 320:15 | 320: | 12 Q. Okay. In order for a circuit breaker |

| | | | |
|---|---|---|---|
| | | | 13  to trip in a fire, there needs to be electricity |
| | | | 14  powered to the house, correct? |
| | | | 15      A.   That's correct. |
| 29 | 323:01 – 323:04 | 323: | 1      Q.   And G.W.  said, in your interview |
| | | | 2  with him on March 4 2022, by the time I woke up |
| | | | 3  there was no window, correct? |
| | | | 4      A.   Yes, I remember him saying that. |
| 30 | 323:07 – 323:10 | 323: | 7      Q.   All right.  The kids never |
| | | | 8  indicated -- G.W.  and L.W.  never indicated that |
| | | | 9  they heard any popping noises, correct? |
| | | | 10     A.   Right. |
| 31 | 328:20 – 329:20 | 328: | 20     Q.   You're aware that, in the interviews |
| | | | 21  that you had with G.W.  and L.W.  that -- that |
| | | | 22  G.W.  described that the fire was behind him, |
| | | | 23  correct? |
| | | | 24     A.   Yes. |
| | | | 25     Q.   That he said it moved up the wall and |
| | | 329: | 1  melted through the window, correct? |
| | | | 2      A.   Yes. |
| | | | 3      Q.   Okay.  And that L.W.  said there was |
| | | | 4  a giant shed in that area, correct? |
| | | | 5      A.   I believe so, yes.  That's on my |
| | | | 6  report. |
| | | | 7      Q.   Okay. |
| | | | 8      A.   I believe so, yes. |
| | | | 9      Q.   And then you asked G.W.  where was |
| | | | 10  the fire in the room, and G.W.  said it was by the |
| | | | 11  window, correct? |
| | | | 12     A.   I remember that, yes. |

|  |  | |
|---|---|---|
|  |  | 13  Q. Okay. G.W. and L.W. never said 14 that they saw fire at the hoverboard, correct? 15  A. I don't -- I don't remember if they 16 did or not; I don't believe so though. 17  Q. One of them said that they saw it -- 18 ash by the hoverboard, but they never said they saw 19 fire at the hoverboard, correct? 20  A. I believe that's correct. |