UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR |

**ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER AS TO NON-EXPERT TESTIMONY**

Having reviewed *Plaintiffs' Motion for Clarification of the Court's Order as to Non-Expert Testimony*, the Court hereby ORDERS that the parties may not offer or reference at trial any non-expert opinions about the origin or cause of the fire, including any statements to that effect by Plaintiffs' children, law enforcement officers, Mr. Pasborg, or any other lay witnesses.

IT IS SO ORDERED.

Dated:_____  _____
        Kelly H. Rankin
        United States District Judge

1