**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-00118-KHR |

## ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW
## CERTAIN WITNESSES TO APPEAR AND TESTIFY VIA ZOOM AT TRIAL

Having reviewed *Plaintiffs' Motion To Allow Certain Witnesses to Appear and Testify Via Zoom at Trial*, the Court hereby **GRANTS** the Motion. The following witnesses are permitted to appear and testify via Zoom at the trial of this matter:

1. **Christopher LaChappelle, M.D.**

2. **Callie Thompson, M.D.:**

3. **Giavonni Lewis, M.D.**

4. **Scott Sulentich, M.D.**

5. **Malinda "Mindy" Tollefson, CCSW**

Plaintiffs shall provide at least one day's notice to the Court of any witnesses being called via Zoom to allow Court personnel to prepare and provide the Zoom invite. Plaintiffs shall keep the Court and Defendants informed of any changes and will provide prompt notice of any modifications to the scheduled date or time of each witness's testimony. Plaintiffs will ensure that

all witnesses have the necessary technological capabilities to allow the Court and jury to clearly

hear and see them during their live remote testimony.

IT IS SO ORDERED.

Dated:_____

_____
Kelly H. Rankin
United States District Judge