# EXHIBIT 1

| | |
|---|---|
| **From:** | Sandy Corrigan <scorrigan@mlllaw.com> |
| **Sent:** | Tuesday, February 25, 2025 8:35 PM |
| **To:** | Abla Alaoui; Eugene M. LaFlamme; Jared B. Giroux |
| **Cc:** | Mike Morgan x5214; Andrew F. Knopf; Jillian L. Lukens; Holly L. Tysse |
| **Subject:** | RE: Defendants' Exhibits to Be Admitted w/o Objection After Opening |
| **Attachments:** | Defendants' Trial Exhibit List with Plaintiffs' Objections (01646754xABD21).PDF |

Attached is Defenses updated exhibit list, plaintiffs' original objections remain.

Below is a link to access the exhibits previously produced to you and produced to the court. The list was updated.

Per the court's instruction anything over 500MB was split to accommodate the court, those split docs are int the subfolder at the top.

https://mlllaw.syncedtool.com/shares/folder/JQGjl5QCNET/

**Sandy Corrigan | Data Management Specialist & Litigation Paralegal**
McCoy Leavitt Laskey LLC

Phone:  262-522-7000 (Office)
        262-522-7016 (Direct)
Email:  scorrigan@mlllaw.com