# EXHIBIT 6

| | |
|---|---|
| **From:** | Eugene M. LaFlamme <elaflamme@mlllaw.com> |
| **Sent:** | Monday, February 10, 2025 5:19 PM |
| **To:** | Abla Alaoui; Rebecca A. Eder; Mike Morgan x5214; Rudwin Ayala x31665 |
| **Cc:** | Holly L. Tysse; Jared B. Giroux; Angie J. Hinrichs; Andrew F. Knopf; Angela Kelsey-Flowers x5213; Samanda Leroy x23123; Stephanie Aguilar; Jillian L. Lukens |
| **Subject:** | RE: *EXT*Wadsworth - Defense exhibits |

Abla,

The TestCoo sample report is an exemplar exhibit. We do not have the report from the subject hoverboard as the serial number was not identifiable post fire. The exemplar report was not produced in discovery.

Becca is forwarding a new link very shortly with the corrected bates stamp.

Eugene

**Eugene M. LaFlamme | Partner**
McCoy Leavitt Laskey LLC
Phone:   262-522-7000 (Office)
             262-522-7026 (Direct)
             414-232-1561 (Mobile)
Email:    elaflamme@mlllaw.com

**From:** Abla Alaoui <abla@pkblawfirm.com>
**Sent:** Monday, February 10, 2025 4:53 PM
**To:** Rebecca A. Eder <reder@mlllaw.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>; Stephanie Aguilar <stephanie@pkblawfirm.com>; Jillian L. Lukens <jlukens@mlllaw.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits

Any luck finding this out and what is status of your exhibits being re-uploaded? Prior link was disabled.

*Abla Alaoui*

***Paralegal to David A. Paul***
**P** 407.622.2111
**D** 321.558.7089
**F** 407.622.2112
**A** 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789
**PAUL | KNOPF | BIGGER**

**PKB**LAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

**From:** Rebecca A. Eder <reder@mlllaw.com>
**Sent:** Monday, February 10, 2025 3:55 PM
**To:** Abla Alaoui <abla@pkblawfirm.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>; Stephanie Aguilar <stephanie@pkblawfirm.com>; Jillian L. Lukens <jlukens@mlllaw.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits

We are looking into it.

I've included Jill Lukens onto this email, please keep her copied on.


**Rebecca A. Eder | Litigation Paralegal**
McCoy Leavitt Laskey LLC

Phone:    262-522-7000 (Office)
             262-522-7024 (Direct)
Email:     reder@mlllaw.com

---

**From:** Abla Alaoui <abla@pkblawfirm.com>
**Sent:** Monday, February 10, 2025 2:50 PM
**To:** Rebecca A. Eder <reder@mlllaw.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Abla Alaoui <abla@pkblawfirm.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>; Stephanie Aguilar <stephanie@pkblawfirm.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits
**Importance:** High

Thank you. One other question – was looking through your exhibits and came across the attached TestCoo Sample Report. I don't recall seeing this in any of the jetson production documents we have. Can you please tell us whether this was ever produced in discovery and if so, when?


Abla Alaoui

*Paralegal to David A. Paul*
**P** 407.622.2111
**D** 321.558.7089
**F** 407.622.2112
**A** 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789
PAUL | KNOPF | BIGGER

PKBLAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

**From:** Rebecca A. Eder <reder@mlllaw.com>
**Sent:** Monday, February 10, 2025 3:18 PM
**To:** Abla Alaoui <abla@pkblawfirm.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme

<elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Angie J. Hinrichs
<ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>; akelseyflowers@forthepeople.com; Samanda
Leroy x23123 <sleroy@forthepeople.com>; Stephanie Aguilar <stephanie@pkblawfirm.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits


Yes, I will correct now, and send shortly.


**Rebecca A. Eder | Litigation Paralegal**
McCoy Leavitt Laskey LLC

Phone:  262-522-7000 (Office)
         262-522-7024 (Direct)
Email:  reder@mlllaw.com

---

**From:** Abla Alaoui <abla@pkblawfirm.com>
**Sent:** Monday, February 10, 2025 2:16 PM
**To:** Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin
Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder
<reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>;
akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>; Stephanie Aguilar
<stephanie@pkblawfirm.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits


Mr. LaFlamme – noticed that your exhibits are bate stamped with the wrong case number. Will you be re-
doing them? Wanted to check before we proceeded with downloading.


Abla Alaoui

***Paralegal to David A. Paul***
**P** 407.622.2111
**D** 321.558.7089
**F** 407.622.2112
**A** 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789

PAUL | KNOPF | BIGGER

---

**PKB**LAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

---

**From:** Abla Alaoui <abla@pkblawfirm.com>
**Sent:** Monday, February 10, 2025 2:12 PM
**To:** Mike Morgan x5214 <MMorgan@forthepeople.com>; Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin
Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder
<reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Andrew F. Knopf <andrew@pkblawfirm.com>;
akelseyflowers@forthepeople.com; Samanda Leroy x23123 <sleroy@forthepeople.com>
**Subject:** RE: *EXT*Wadsworth - Defense exhibits
**Importance:** High

Good afternoon, below is a ShareFile link with Plaintiffs' Trial Exhibits. Please see below notes.

https://link.edgepilot.com/s/2033b1a4/lKQ3z08ofk24Lm4b6kOBBQ?u=https://pkblawfirm.sharefile.com/d-s8d477803e4784ec1a8aeae809e82af9e

**Notes:**
- Medical records – these are redacted for the most part, but we are doing one final review, and if we see any that need to be swapped, I will add it to the above link and let you know
- Exhibits 184-187 and 247 are the UL Standards and NFPA 921. Will supplement upon receipt.
- Exhibit 70 – this is the large CT scan file; we included a cover sheet and a link to the CT scans which all parties should already have access to (otherwise it will take days to upload).

Let me know if you have any questions or issues accessing the link above.

*Abla Alaoui*

**_Paralegal to David A. Paul_**
**P** 407.622.2111
**D** 321.558.7089
**F** 407.622.2112
**A** 1560 N. Orange Ave., Suite 300, Winter Park, FL 32789

**PAUL | KNOPF | BIGGER**

**PKB**LAWFIRM.COM
FIRM | PRACTICE AREAS | ATTORNEYS | RESULTS

**From:** Mike Morgan x5214 <MMorgan@forthepeople.com>
**Sent:** Monday, February 10, 2025 1:53 PM
**To:** Eugene M. LaFlamme <elaflamme@mlllaw.com>; Rudwin Ayala x31665 <rayala@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder <reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>; Abla Alaoui <abla@pkblawfirm.com>; Andrew F. Knopf <andrew@pkblawfirm.com>
**Subject:** Re: *EXT*Wadsworth - Defense exhibits

Thank you adding Abla and Andrew to provide ours in the event you have not received yet.

Get Outlook for iOS

**Mike Morgan**
**Board Certified Civil Trial Attorney**
My Bio

**T:** (407) 236-5998
**F:** (407) 245-3389

20 North Orange Avenue, Suite 1600,
Orlando, FL 32801



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Eugene M. LaFlamme <elaflamme@mlllaw.com>
**Sent:** Monday, February 10, 2025 1:51:51 PM
**To:** Rudwin Ayala x31665 <rayala@forthepeople.com>; Mike Morgan x5214 <MMorgan@forthepeople.com>
**Cc:** Holly L. Tysse <htysse@crowleyfleck.com>; Jared B. Giroux <JGiroux@mlllaw.com>; Rebecca A. Eder <reder@mlllaw.com>; Angie J. Hinrichs <ahinrichs@mlllaw.com>
**Subject:** *EXT*Wadsworth - Defense exhibits

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Rudy and Mike,

Attached at the link are the electronic copies of defendants' exhibits as listed in the previously exchanged exhibit list.

https://link.edgepilot.com/s/1d7bd722/RFwAdenOv0O95eHazctUfg?u=https://mlllaw.syncedtool.com/shares/folder/WPuY2uPhJ1r/

Eugene

**Eugene M. LaFlamme | Partner**
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI  53188

Phone:   262-522-7000 (Office)
         262-522-7026 (Direct)
         414-232-1561 (Mobile)
         262-522-7020 (Facsimile)
Web:     https://www.mlllaw.com
Email:   elaflamme@mlllaw.com

Albuquerque, NM • Ann Arbor, MI • Chicago, IL • Jacksonville, FL • Kansas City, KS • Milwaukee, WI • San Antonio, TX • Portland, ME • Los Angeles, CA • San Diego, CA



THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE (E-MAIL) AND ANY ATTACHMENT(S) TO IT IS/ARE INTENDED FOR THE EXCLUSIVE USE OF THE INTENDED ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND/OR PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT(S) AND HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DO NOT DISTRIBUTE IT. INSTEAD, PLEASE NOTIFY McCOY LEAVITT LASKEY LLC AT 262-522-7000 OR BY EMAIL AT elaflamme@mlllaw.com AND DESTROY ALL COPIES OF THIS MESSAGE AND ANY ATTACHMENTS. THANK YOU.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**CAUTION:** This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information

**CAUTION:** This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information

**CAUTION:** This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information

**CAUTION:** This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information