# EXHIBIT 7

**AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION**
This authorization is intended to comply with the Health Insurance Portability and Accountability Act of 1996

Patient Name: W███ W███████          Previous Name: N/A

Date of Birth: ███ 2017               Social Security Number:

**AUTHORIZE DISCLOSURE FROM:**         **DISCLOSE PROTECTED HEALTH INFORMATION TO:**

University of Utah Hospital &          McCoy Leavitt Laskey LLC
Clinics / Burn Center                  N19 W24200 Riverwood Drive, Suite 125
50 North Medical Drive                 Waukesha, WI 53188
Salt Lake City, UT 84132               &
                                       Morgan & Morgan P.A
                                       Attn: Rudwin Ayala
                                       20 N. Orange Ave, Suite 1600
                                       Orlando, FL 32801

To: Medical Records Custodian and all other doctors who may have treated or examined me, and any and all other institutions or hospitals where I may have been treated or examined:

I understand that if the person(s) and/or organization listed above are not health car providers, health plans, or health care clearinghouses, who must follow the federal privacy standards, the health information disclosed as a result of this authorization may no longer be protected by the federal privacy standards and my health information may be re-disclosed without obtaining my authorization.

You, and each of you, are hereby authorized to permit the law firm of McCoy Leavitt Laskey LLC and/or their agents or employees, to examine and make copies of <u>ALL</u> records, reports, information or opinions relative to my employment or to my physical condition concerning any care or treatment you may have given me <u>in the past, present and beyond the date of the below signature</u>, including your record for medical charges, billing, invoices, or financial arrangements made for these services.

I authorize you to permit them to examine, copy, or receive copies of any and all medical and/or hospital records, reports, photographs, x-rays, papers, writings and accounts concerning such care, treatment, physical condition or prior physical condition which may be in your custody or under your control.

**THIS AUTHORIZATION REQUESTS THAT YOU PROVIDE MY ENTIRE RECORD AND DOES NOT AUTHORIZE YOU TO SEND SELECTED PORTIONS OF MY RECORD AT YOUR DISCRETION.** I am aware of my rights under the Health Insurance Portability and Accountability Act of 1996 and I understand that the law is intended to protect the privacy of protected health information.

**PURPOSE OF AUTHORIZATION:** Oral consultations are permitted. This authorization is given for the purpose of assisting in collecting evidence in relation to my injuries and damages suffered in accident on <u>February 1, 2022</u>. This authorization is **not** limited to the date of loss forward, see correspondence for dates requested.

**RIGHTS WITH RESPECT TO THIS AUTHORIZATION:** Right to Inspect or Copy the Health Information to be used or disclosed-I understand that I have the right to inspect or copy the health information I have authorized to be used or disclosed by this authorization form. I may arrange to inspect my health information or obtain copies of my health information by contacting the health information department. Right to Receive Copy of this Authorization-I understand that if I agree to sign this authorization, which I am not required to do so, I must be provided with a signed copy of the form. Right to refuse to sign this authorization-I understand that I am under no obligation to sign this form and that the person(s) and or organizations(s) listed above who I am authorizing to use and/or disclose my information may not condition treatment, payment, enrollment in a health plan or eligibility for health care benefits on my decision to sign this authorization. Right to Withdraw this Authorization-I understand that written notification is necessary to cancel this authorization. To obtain information on how to withdraw my authorization or to receive a copy of my withdrawal, I may contact the health information department. I am aware that my withdrawal will not be effective as to uses and/or disclosures of my health information that the person(s) and or organization(s) listed above have already made in reference to this authorization. A PHOTOCOPY OF THIS AUTHORIZATION IS AS VALID AS THE ORIGINAL.

**EXPIRATION DATE:** This Authorization is valid for one (1) year. I have had opportunity to review and understand the content of this authorization form. By signing this authorization I am confirming that is accurately reflects my wishes.

Subscribed and sworn to before me                Dated this  2nd  day of _____January_____, 2023. 2024
This _____ day of _____, 2023.

Please see attached Proof.com notarial certificate         *Stephanie Wadsworth*
_____                             _____
Notary Public, State of _____                         SIGNATURE
My Commission expires: _____                          PRINTED NAME: <u>Stephanie Wadsworth as</u>
                                                           <u>Parent and Legal Guardian for Weston Wadsworth</u>

# JURAT

State/Commonwealth of __TEXAS__ )
)
☐ City ☑ County of __Harris__ )

On __01/02/2024__, before me, __Alexis Trice__,
       Date                                        Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

__Stephanie Wadsworth__.
*Name of Affiant(s)*

☐ Personally known to me  -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                          *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: __driver_license__
                                                       *Type of ID Presented*

[Notary Seal: NOTARY PUBLIC STATE OF TEXAS]
Alexis Trice
ID NUMBER
133454288
COMMISSION EXPIRES
November 17, 2025

WITNESS my hand and official seal.

Notary Public Signature: *Alexis Trice*

Notary Name: __Alexis Trice__
Notary Commission Number: __133454288__
Notary Commission Expires: __11/17/2025__

*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: __AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION__

Document Date: __01/02/2024__

Number of Pages (including notarial certificate): __2__