# EXHIBIT 8

```
                                                              Page 1

          UNITED STATES DISTRICT COURT

       IN AND FOR THE DISTRICT OF WYOMING

                    -ooOoo-

   STEPHANIE WADSWORTH,         :
   Individually and as
   Parent and Legal             :
   Guardian of W.W., K.W.,
   G.W. and L.W., minor         : Case No.
   children, and MATTHEW          2:23-cv-00118-NDF JURY
   WADSWORTH,                   :

              Plaintiff,        :

   v.                           :

   WALMART, INC. and JETSON     :
   ELECTRIC BIKES, LLC,
                                :
              Defendants.
                                :
   _____

        DEPOSITION OF MATTHEW WADSWORTH
                TAKEN THROUGH
                   VERITEXT


      Taken on Monday, February 26, 2024
          9:57 a.m. to 2:47 p.m.

              At HAMPTON INN
        1055 Wild Horse Canyon Road
         Green River, Wyoming 82935

   Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
   Job No.:      CS6457156
```

1                    A P P E A R A N C E S
2
    For the Plaintiffs:
3
            Rudwin Ayala
4           MORGAN & MORGAN
            1700 Palm Beach Lakes Boulevard
5           Suite 500
            West Palm Beach, Florida 33401
6           Rayala@forthepeople.com
            (561) 227-5858
7
8   For the Defendants:
9           Eugene M. LaFlamme
            McCOY LEAVITT LASKEY, LLC
10          N19 W24200 Riverwood Drive
            Suite 125
11          Waukesha, Wisconsin 53188
            Elaflamme@mlllaw.com
12          (262) 522-7026
13
14
                         -ooOoo-
15
16
17
18
19
20
21
22
23
24
25

```
 1                        I N D E X
 2   EXAMINATIONS                                          PAGE
 3    Examination By Mr. Laflamme........................    4
 4    Examination By Mr. Ayala...........................  178
 5
 6                       E X H I B I T S
 7    EXHIBIT NO.           DESCRIPTION                   PAGE
 8      Exhibit 26  House layout with markings...........   55
 9      Exhibit 27  Bedroom 1 layout....................    60
10      Exhibit 28  Second house layout with markings....   64
11      Exhibit 29  Photo of shed.......................   101
12      Exhibit 30  Interstate Products website .........  104
                    screenshots
13
        Exhibit 31  Bomgaars website screen shots........  108
14
        Exhibit 32  Photo of extension cord.............   118
15
        Exhibit 33  Power by RV.........................   119
16
        Exhibit 34  Aerial photo of property............   120
17
        Exhibit 35  Yellow extension cord to a space ....  121
18                  heater
19      Exhibit 36  Photo of remnants from .............   124
                    smoking shed
20
        Exhibit 37  Walmart receipt.....................   136
21
        Exhibit 38  Plaintiff's Response to Request......  145
22                  to Produce
23      Exhibit 39  Plaintiff's Objections .............   145
                    and Answers to Defendant Jetson
24                  Electronic Bikes, LLC's First Set
                    of Interrogatories
25
                            -o0o-
```


```
                                                            Page 4
 1    February 26, 2024                              9:57 a.m.
 2                      P R O C E E D I N G S
 3                             -o0o-
 4    Thereupon --
 5                      MATTHEW WADSWORTH,
 6     was called as a witness, and having been first duly
 7     sworn to tell the truth, the whole truth, and nothing
 8              but the truth, testified as follows:
 9                          EXAMINATION
10    BY MR. LAFLAMME:
11          Q.   Mr. Wadsworth, my name is Eugene LaFlamme,
12    and I represent the defendants in this case.  And
13    you're aware that you are here today as a result of
14    your inclusion or filing of a lawsuit against Jetson
15    and Walmart; correct?
16          A.   Correct.
17          Q.   Okay.  What is your full name, for the
18    record?
19          A.   Matthew James Wadsworth.
20          Q.   And is "Matthew" two Ts?
21          A.   Correct.
22          Q.   M-a-t-t-h-e-w?
23          A.   Correct.
24          Q.   Okay.  What's your date of birth?
25          A.   4/13/1987.
```

Page 31

```
1    been diagnosed with ADHD?
2         A.    Correct.
3         Q.    Okay.  And is getting some medication as a
4    result of that?
5         A.    Correct.
6         Q.    Did he have any ADHD issues prior to the
7    fire?
8         A.    I believe so.
9         Q.    Okay.
10        A.    I don't know if it was diagnosed before the
11   fire.
12        Q.    Okay.  And K█████ is -- has some ADHD
13   treatment as well; is that correct?
14        A.    Yes.
15        Q.    Okay.  K█████ was getting the treatment
16   prior to the fire --
17        A.    Yes.
18        Q.    -- for ADHD.  And she's still under -- has
19   some treatment for ADHD --
20        A.    Yes.
21        Q.    -- ongoing?
22              All right.  Is G█████ receiving any
23   treatment for anything currently?
24        A.    No.
25        Q.    All right.  And how is W█████ doing?
```

Page 32

1    A.    In what manner?
2    Q.    A fair clarification.  That was a pretty
3    broad question.  W███████ obviously had some physical
4    injuries in the fire; correct?
5    A.    Correct.
6    Q.    How is he -- do those physical injuries
7    give him any limitations presently?
8    A.    Physically, no.
9    Q.    Okay.
10   A.    Mentally, yes.
11   Q.    Okay.  And then -- go ahead.
12   A.    Let me clarify.  Physically, yes, on the
13   fact that the sun hurts.
14   Q.    Okay.
15   A.    So outside, he has to remain covered.
16   Q.    I assume the sun hurts the areas that he
17   had the burn injuries on?
18   A.    Correct.
19   Q.    Okay.  And I understand the burn injuries
20   were to both his hands and his arms and then his shins;
21   is that accurate?
22   A.    His knee, down his shin and then hands and
23   a place on his back.
24   Q.    Okay.
25   A.    Lower back.

Page 33

```
 1        Q.    Does he have to wear gloves when he goes
 2   outside for sun coverage?
 3        A.    For his hands, it's managed with sunscreen.
 4        Q.    Okay.  And then -- so it sounds like for --
 5   his knee is typically covered then?
 6        A.    Correct.
 7        Q.    And his back is covered?
 8        A.    Correct.
 9        Q.    Okay.  As far as, understanding he's a
10   kindergartner, his ability to play at the school
11   playground and engage in those types of activities, it
12   sounds like he's able to do those, but needs to cover
13   up for some protection?
14        A.    Correct.  And they are -- the scars are
15   very sensitive.
16        Q.    Okay.  Sensitive to touch?
17        A.    Correct.  If a normal kid smacks his knee,
18   they will just keep running.  He will drop down crying.
19        Q.    Okay.  And is he currently getting any
20   ongoing treatment for the burn injuries?
21        A.    Yes.
22        Q.    And what does that treatment include?
23        A.    Laser.  I don't know the technical term.
24        Q.    Okay.  And is that something that is
25   currently ongoing, or has that reached its course?
```

Page 34

1      A.    Currently.
2      Q.    So, meaning, he has it recently and he will
3   have it in the future looking forward?
4      A.    Yes.
5      Q.    Do you have an understanding as to how long
6   he will need laser treatment?
7      A.    I believe that he has one more treatment
8   and then they will do a scar assessment to see if it is
9   beneficial and to continue.
10     Q.    Okay.
11     A.    And they had told us that they will most
12  likely continue.
13     Q.    Is this being done through the University
14  of Utah?
15     A.    Correct.
16     Q.    Who has been his primary doctor for the
17  burn injury treatment at University of Utah?
18     A.    There's a primary team.
19     Q.    Okay.  Is there a lead on that team or --
20     A.    No.
21     Q.    Okay.
22     A.    There are, I believe, three primary
23  doctors, and then there are multiple doctors underneath
24  them.
25     Q.    Okay.  Who are the three primary doctors?

Page 193

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF UTAH        )
                          )
 3   COUNTY OF SALT LAKE  )
 4              I, ABIGAIL D.W. JOHNSON, a Certified
 5   Shorthand Reporter and Registered Professional
 6   Reporter, hereby certify:
 7              THAT the foregoing proceedings were
 8   taken before me at the time and place therein set
 9   forth, at which time the witness was placed under oath
10   to tell the truth, the whole truth, and nothing but the
11   truth; that the proceedings were taken down by me in
12   shorthand and thereafter my notes were transcribed
13   through computer-aided transcription; and the foregoing
14   transcript constitutes a full, true, and accurate
15   record of such testimony adduced and oral proceedings
16   had, and of the whole thereof.
17              I FURTHER CERTIFY that I am not a
18   relative or employee of any attorney of the parties,
19   nor do I have a financial interest in the action.
20           (X) Review and signature was requested.
21           ( ) Review and signature was waived.
22           ( ) Review and signature was not requested.
23              I have subscribed my name on this
24   11th day of March, 2024.   /s/ Abigail D.W. Johnson
25
                     ABIGAIL D.W. JOHNSON, RPR, CRR, CRC
```