Christoper C. Voigt, Wyo. Bar No. 6-3313
Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
cvoigt@crowleyfleck.com
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com
*Attorneys for Defendants,*
*Walmart Inc. and Jetson Electric Bikes, LLC*

Eugene M. LaFlamme (Admitted pro hac vice)
Jared B. Giroux (Admitted pro hac vice)
Jillian L. Lukens (Admitted pro hac vice)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children and MATTHEW WADSWORTH,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>    Defendants. | Case No. 2:23-cv-00118-KHR<br><br>**DEFENDANTS' AMENDED EXPERT WITNESS DISCLOSURES** |

Defendants Walmart, Inc. ("Walmart") and Jetson Electric Bikes, LLC ("Jetson"), by and through their undersigned counsel, hereby amend their previous Expert Witness Disclosures (ECF No. 80). The amendments are limited to the report of previously disclosed expert Charity Rowsey (found at ECF No. 80-16) and are in response to the Court's *Order on Plaintiffs' and Defendants' Motions to Exclude Witnesses* (ECF No. 182). The Court's *Order* limited the opinions of Plaintiffs' designated expert, Dr. Snyder, (ECF No. 182, at pp. 17-28). Ms. Rowsey's opinions evaluated Dr. Snyder's opinions, including ones that are now excluded. Amendments to Ms. Rowsey's prior report are necessary to comply with the Court's ruling.

**6. CHARITY ROWSEY, CPA, MAFF, CVA**
Rowsey Financial Forensics, LLC
P.O. Box 59604
Helena, MT 59604

Ms. Rowsey, CPA, MAFF, CVA, is a certified public accountant and forensic financial investigator. Her opinions will be consistent with: (a) her amended written report and its supporting schedules, attached hereto as Exhibit A, (b) her file materials, and (c) deposition testimony. The basis and substance of Ms. Rowsey's opinions are set forth in her report and includes her review of the documents produced in this case, her review of discovery, her investigation, and her professional training, education, knowledge, experience, and skill.

Ms. Rowsey's curriculum vitae is included as a schedule to her Amended Report. Ms. Rowsey charged $385.00 per hour for her services.

Dated this 28th day of February, 2025.

                                                         _/s/ Holly L. Tysse_____
Timothy M. Stubson, Wyo. Bar No. 6-3144
Brandon E. Pryde, Wyo. Bar No. 8-6883
Holly L. Tysse, Wyo. Bar No. 7-5553
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(P) 307-232-6901
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
htysse@crowleyfleck.com

Christopher C. Voigt, Wyo. Bar No. 6-3313
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529
Ph: (406-255-7239)
cvoigt@crowleyfleck.com

Eugene M. LaFlamme *(pro hac vice)*
Jared B. Giroux *(pro hac vice)*
Jillian L. Lukens (*pro hac vice*)
McCoy Leavitt Laskey, LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(P) 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

*Attorneys for Defendants*
