**FILED**



4:01 pm, 2/28/25

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                Plaintiff,

vs.                                    Case Number: 23-CV-118-KHR

WALMART INC et al

                Defendant.

## CIVIL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order

Date: Feb 28, 2025       Time: 1:36 - 3:30 PM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | Jack Martin |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Josh Autry

Attorney(s) for Defendant(s)    Eugene LaFlamme, Holly Tysse, Jared Giroux

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 191 | Strike | Granted In Part and Denied In Part |

☐ Briefs to be filed on or before           by
                                          by

☐ Order to be prepared by    ☐ Court    ☐ Attorney

Other:
The Court entered oral rulings on defendant's trial brief [170], reaffirming its earlier rulings regarding the *Kaufman* incident, the Rogue model recall, and the Donwell incident prior acts evidence, as set forth in the Court's order on motions in limine [163].

The Court also entered an oral ruling on the defendant's motion to strike exhibits in document [191]. The Court ruled on plaintiff's deposition designation objection pertaining to deposition of Detective Merrell.

Civil Motion Minute Sheet
23-CV-118-KHR

Please see official transcript for details on the Court's rulings.

The Court also addressed trial-related procedural matters with parties.