# EXHIBIT 1

Page 1

1                   UNITED STATES DISTRICT COURT
                 IN AND FOR THE DISTRICT OF WYOMING

2

3                   CASE NO.: 2:23-CV-00118-NDF JURY

4

5

    STEPHANIE WADSWORTH, individually,   )
6   and as Parent and Legal Guardian     )
    of W.W., K.W., G.W., and L.W.,        )
7   minor children, and MATTHEW          )
    WADSWORTH,                           )
8                                         )
                    Plaintiffs,          )
9                                         )
    vs.                                   )
10                                        )
    WALMART, INC. and JETSON ELECTRIC    )
11  BIKES, LLC,                          )
                                          )
12                  Defendants.          )
    _____)

13

14

15              VIDEOCONFERENCE DEPOSITION OF

16                      ASHLEY MERRELL

17          Wednesday, January 31, 2024, 1:32 p.m.

18

19          BE IT REMEMBERED that the videoconference
        deposition of Ashley Merrell was taken by the attorney
        for the Defendants before Karla Steed-Layfield, Court
20      Reporter and Notary Public, in and for State of Idaho,
        in the above-entitled matter.

21

22

23

24  Reported by:  Karla Steed-Layfield, RMR, RPR, CSR
25  Job No. CS6418261

Page 2

```
 1                   A P P E A R A N C E S
 2

         For the Plaintiffs:
 3               MORGAN & MORGAN
                 BY:  Rudwin Ayala, Esquire
 4               1700 Palm Beach Lakes Blvd., #500
                 W. Palm Beach, FL  33401
 5               rayala@forthepeople.com
                 (Appeared remotely)
 6

         For the Defendants:
 7               MCCOY LEAVITT LASKEY, LLC
                 BY:  Eugene LaFlamme, Esquire
 8               N19 W24200 Riverwood Dr., Suite 125
                 Waukesha, WI  53188
 9               elaflamme@mlllaw.com
                 (Appeared remotely)
10

11

         Also present:  Stephanie Allen, Video technician
12                       (Appeared remotely)
13                       Peter Curran, IT Concierge
                         (Appeared remotely)
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                         I N D E X

2    Ashley Merrell

3        Direct Examination by Mr. LaFlamme  ..............  5

         Cross-Examination by Mr. Ayala ....................  48

4        Redirect Examination by Mr. LaFlamme .............  58

5        Court Reporter's Certificate .....................  62

6

7

8

9        Reporter's note:  No exhibits marked.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    P R O C E E D I N G S

2            THE VIDEOGRAHER:  We will now go on the

3        record.  We are here today, Wednesday,

4        January 31st, 2024 at 1:32 p.m. via zoom to

5        videotape the deposition of Ashley Merrell,

6        being taken at the instance of the defendant in

7        the matter of Wadsworth versus Walmart, Inc.,

8        et al., Case Number 2:23-CV-00118-NDF in the

9        United States District Court for the District

10       of Wyoming.

11            My name is Stephanie Allen, the video

12       technician and Karla Layfield is the court

13       reporter from T&T Reporting located in Idaho

14       Falls, Idaho, contracted by Veritext Legal

15       Solutions in Livingston, New Jersey.

16            The court reporter will now swear the

17       witness, then counsel will introduce themselves

18       and the parties they represent.

19            THE COURT REPORTER:  Ms. Merrell, please

20       raise your right hand.

21                         ASHLEY MERRELL,

22            having been duly sworn to tell the truth,

23       testified as follows:

24            THE WITNESS:  I do.

25            THE COURT REPORTER:  Thank you.

```
                                             Page 5
 1            MR. LAFLAMME:  I'm Eugene LaFlamme
 2       appearing on behalf of Jetson and Walmart.
 3            MR. AYALA:  Rudy Ayala on behalf of the
 4       Wadsworth family.
 5                      DIRECT EXAMINATION
 6  BY MR. LAFLAMME:
 7       Q    Ms. Merrell, thank you for taking the time
 8  this afternoon.
 9            I'm the noticing attorney so I will be
10  starting with the questions today and then Rudy Ayala
11  will probably have some follow-up questions as well
12  once I'm done with my questioning.
13            First of all, have you ever had your
14  deposition taken before?
15       A    I have not.
16       Q    Okay.  I will go through some ground rules
17  just to make this process go a little smoother and
18  hopefully quicker.
19            First of all, could you state your full
20  name for the record?
21       A    Ashley Carmen Merrell.
22       Q    And I understand that at least as of
23  February 1, 2022, your last name was McPhie; is that
24  correct?
25       A    Yes.
```

```
                                              Page 6

 1        Q    Okay.  So when we are looking at the
 2   documents from your department, you are referenced as
 3   Ashley McPhie but that is you, correct?
 4        A    Yes.
 5        Q    Okay.  And I understand that you are now a
 6   detective in the department, correct?
 7        A    Correct.
 8        Q    Since you haven't had your deposition taken
 9   before, obviously, I will be asking you a series of
10   questions.  If you don't understand my question, let
11   me know.  I will rephrase it or have it reread,
12   whichever may be appropriate in the circumstance,
13   okay?
14        A    Okay.
15        Q    And so far, you're doing pretty well.
16             Your audible responses, do say yes, no,
17   okay, those types of responses as opposed to just
18   nodding your head or shrugging your shoulders that
19   don't come across on paper, okay?
20        A    Okay.
21        Q    All right.  Since we are doing this
22   deposition by Zoom, there can sometimes be some
23   auditory issues.  We have been pretty lucky thus far,
24   it hasn't been an issue.
25             But if I pause or break up during any of my
```

1    questions, let me know and I will do the same for you

2    if you happen to pause or break up on my end, okay?

3        A    Okay.

4        Q    All right.  If you answer the question as

5    posed, we're going to presume that you understood the

6    question and that you're answering that question

7    truthfully, okay?

8        A    Okay.

9        Q    All right.  You are here as a result of a

10   response that you made within your capacity as

11   officer at the Sweetwater County Sheriff's Office for

12   a February 1st, 2022 fire at the Wadsworth residence.

13   Do you recall that fire?

14       A    Yes.

15       Q    Okay.  And do you have an independent

16   recollection of that fire as you sit here today?

17       A    Yes.

18       Q    Did you do anything to prepare for your

19   deposition today?

20       A    I watched my body cam footage.

21       Q    Okay.  And I think there are, at least on

22   our end, there are two body camera footages that I

23   think are attributed to your body cam.  Did you watch

24   both of them?

25       A    I watched the longer one, the 30-minute

1    video this morning.  I watched the shorter, I think

2    it was only, like, six-minute video last week.

3        Q    Okay.  The six-minute video -- we'll walk

4    through this.  But the six-minute video didn't really

5    have any audio to it, correct?

6        A    Correct, yeah.  That was just me adding me

7    into the call.

8        Q    Do you know if your patrol vehicle had a

9    dash camera that had been activated during your

10   response?

11       A    So at that point, my cameras were very

12   iffy, to say the least.  It should have activated

13   when I turned on my lights, but fortunately, only my

14   body camera got activated.

15       Q    That's all that we have, so I just wanted

16   to make sure that we did have all of the camera

17   footage that would be attributable to your response.

18   So it is just those two body camera videos?

19       A    Correct.

20       Q    Okay.  At the time of February 1, 2022,

21   what was your rank?

22       A    I was a patrol deputy.

23       Q    How long had you been with the Sweetwater

24   County Sheriff's Department?

25       A    Currently, almost four years.

1    Q    If you could, give me a brief thumbnail

2  sketch of what various vocations you have had in your

3  professional career.

4    A    So I started on the road.  It's pretty much

5  been roadwork and then about a year ago, I got into

6  detectives.  I was a FTO, so, like, a field trainer

7  training new officers.  But other than that, I hadn't

8  joined any other specialties.

9    Q    Okay.  Has that all been with Sweetwater

10  County Sheriff's Office?

11    A    It has.

12    Q    Have you worked for any other law

13  enforcement agencies or entities?

14    A    No, sir.

15    Q    So you would have started about four years

16  with the Sweetwater County Sheriff's Office?

17    A    Correct.

18    Q    Would have started as a patrol deputy?

19    A    Correct.

20    Q    Then about a year ago is when you got

21  designated detective, correct?

22    A    Correct.

23    Q    Any other positions that you have held

24  within the Sweetwater County Sheriff's Department?

25    A    No, sir.

1      Q    Okay.  For your educational background,
2   where did you attend high school?
3      A    Kemmerer High School in Kemmerer, Wyoming.
4      Q    And what year did you graduate?
5      A    2016.
6      Q    Any college after Kemmerer High School?
7      A    I completed my associate's through Western
8   Wyoming Community College in Rock Springs, Wyoming.
9      Q    What was the associate's degree in?
10     A    Criminal justice.
11     Q    What year did you get your associate's in
12   criminal justice?
13     A    2018.
14     Q    That would seem to bring us almost up to
15   the time in which you then got your job at Sweetwater
16   County Sheriff's Office?
17     A    Pretty close.  There was about a year in
18   between that time when I worked at a bank.
19     Q    Okay.  What did you do for the bank?
20     A    I did, like, account opening and account
21   processing.
22     Q    Okay.  Have you been full time with the
23   Sweetwater County Sheriff's Department since you
24   started about four years ago?
25     A    Yes, sir.

Page 11

1          Q     Okay.  I'm going to show you what was
2    previously marked as Exhibit 12.  This is a call
3    detail report from the Sweetwater Combined
4    Communications Center.  Are you familiar with this
5    type of document?
6          A     Yeah.
7          Q     This basically provides a time line of the
8    various entities that would have responded within the
9    Sweetwater Combined Communication Center's, I guess
10   group of agencies that it follows, correct?
11         A     Correct.
12         Q     Okay.  So if we are looking at, again, a
13   time line of when you were on site, if we go to the
14   responding officer designations, we can see that you
15   are -- it's pretty small, given a 4C35 designation;
16   is that accurate?
17         A     Yes.
18         Q     Is that still your designation today or did
19   that change when you became a detective?
20         A     No, that's still current.
21         Q     Then if we want to look at your summary of
22   your response, basically -- oops, sorry, I'm trying
23   to highlight it here to make it easier.
24               This is basically the summary of your
25   response to the scene; would that be accurate?

Page 12

1      A      Correct.

2      Q      This is on page six of Exhibit 12, correct?

3      A      Correct.

4      Q      Okay.

5      A      Yeah.

6      Q      So it looks like you're given the arrival

7      designation at 4:40 a.m.  Is that when you arrive on

8      scene?

9      A      Yes.

10     Q      Is there a -- obviously, you would have

11     been dispatched before that, correct?

12     A      Yes.

13     Q      How does that dispatch -- how did the

14     dispatch to the scene work?

15     A      So they give it to you -- dispatch gets

16     ahold of you over the radio and they advise of what

17     the call is and the location of the call.  So for

18     this one, it would have been a structure fire.

19     Q      Do you know where you were when you

20     received the dispatch call?

21     A      I can't tell you now.

22     Q      Do you know how long it took you to get

23     from wherever you were to the scene?

24     A      So from when my camera activated, I was at

25     the very top of Highway 374 which is kind of the

Page 13

1    entrance going towards Jamestown.

2              So I would have been coming in from Green

3    River into Jamestown.

4        Q    Okay.  Were you on patrol duty that

5    evening?

6        A    Yes.

7        Q    Okay.  What were the hours of your shift

8    for the time period in which you responded to this

9    fire?

10       A    So at that point in time, we were on a

11   12-hour shift, and so I would have been working

12   graveyards.  So it would have been from six p.m.

13   until six a.m.

14       Q    Okay.  Was that your typical shift at the

15   time?

16       A    Yes.

17       Q    You wouldn't have had anyone in your patrol

18   car, correct?

19       A    No, sir.

20       Q    And below the arrival designations, there

21   are a number of NMIN designations.  What does that

22   mean?

23       A    I believe that that would have just been

24   status checks -- actually, so that is probably name

25   checks.  It's when I try to run someone on the

Page 14

```
 1   computer to see if we have them in our Spillman
 2   system.
 3        Q    Maybe this will help as well.  I will go to
 4   the more detailed part of where it's located.  I
 5   think it's on page two.
 6             So about halfway down on page two of this
 7   Exhibit 12, you can see where your designation is and
 8   then there's a number of NMIN designations with some
 9   names --
10        A    Yes.
11        Q    -- associated with them to the right.
12        A    Yes.
13        Q    Does that mean -- so does that jive with
14   what you were thinking it was?
15        A    Yes.  So that's just when I go into my
16   system to see if we have the people added into our
17   Spillman system, just me searching to see if we have
18   them in-house.
19        Q    What is the Spillman system?
20        A    It's just the computer system that
21   Sweetwater County uses to track, like, our calls and
22   the screen that shows all the different calls that
23   are happening in the county, people that are on duty
24   at the time.
25             It has all of what we document everything
```

Page 15

1   in, all the names that we run through the system and

2   add into Spillman for people local in our community.

3   It's kind of just our central database that we use.

4        Q    What was the purpose of adding the names

5   into the Spillman system for your response at this

6   time?

7        A    So at that point in time, running their

8   names was just to see if we had any prior contacts

9   with them.  And then if we didn't, then at that

10  point, I would -- either at that point or later in

11  time, I would have added the people into the system,

12  into the Spillman system as people that were either

13  on scene or involved in some way.

14       Q    Okay.  When you say prior contact, does

15  that mean they were either a witness, victim or

16  someone involved in a prior response?

17       A    Yeah.  In any sort of law enforcement

18  capacity, when you add someone to a call, whether

19  it's an information call, a fire call, a domestic

20  call, you will add people's names into the system.

21  So you always look to see if they are in Spillman

22  before you add them so you don't create duplicate

23  profiles for someone.

24       Q    Do you recall if any of the names that you

25  put in had already been in Spillman?

Page 16

1          A     I don't recall.

2          Q     Okay.  Is there anything on Exhibit 2 [sic]

3     that would indicate whether they were in Spillman or

4     not previously?

5          A     No, with this exhibit, it wouldn't say if

6     they were already in the system or not, no.

7          Q     I think I said Exhibit 2.  I meant Exhibit

8     12, the document we're looking at.

9          A     Okay.

10         Q     So this document wouldn't tell you what the

11    results of any entry in the Spillman were, correct?

12         A     No.

13         Q     It just says that you were entering them

14    into Spillman at that time?

15         A     Or looking them up in the system.

16         Q     Okay.  There is then a DLIN designation

17    which seems to be attributed to ███ Wadsworth.

18              Do you know what a DLIN designation means?

19         A     So I don't know what the actual designation

20    means, no.  But then, again, it has the name, so I

21    would have just been looking up the name in Spillman.

22              I couldn't tell you exactly what the DLIN

23    means.

24         Q     So as far as what the difference is between

25    an NMIN and an DLIN designation, you're not aware of

Page 17

1    that?

2         A    No, I'm not.

3         Q    Okay.  Going back to your call summary, I

4    guess dispatch summary, it looks like you have a

5    completed designation of 5:51 a.m.  Do you see that?

6         A    I do.

7         Q    Is that when you would have left the scene?

8         A    Yes.

9         Q    Is that designation made by a physical

10   checking with dispatch or is that through some sort

11   of GPS tracking by dispatch?

12        A    No.  So we can either do it over the radio.

13   We do have the capabilities through the Spillman

14   system to clear our status ourselves and not have to

15   use dispatch for it.

16             So those are the two primary -- the two

17   ways that you can clear a call.

18        Q    How about for the arrival aspect of it; is

19   that done through a radio dispatch or is that done

20   through some sort of GPS type tracking?

21        A    Like I said on the complete, you can either

22   do it over the radio with dispatch or you can click

23   arrived through Spillman yourself and not have to

24   utilize dispatch.

25        Q    So a similar process?

Page 18

1      A      Yes.

2      Q      And 5:51 in the morning; so you would have

3  been basically at the end of your shift at that time;

4  is that correct?

5      A      Correct.

6      Q      Do you have a recollection as to what you

7  would have done after you left the scene around 5:51

8  in the morning?

9      A      Went home.

10     Q      Okay.  Do you have to go back to the patrol

11 office first?

12     A      No.

13     Q      You take your patrol car home with you

14 then?

15     A      Yeah, we have take-home cars.

16     Q      Okay.  I'm going to pull up another exhibit

17 which is Exhibit 16 which is the Sweetwater County

18 Sheriff's report.  Just give me a second here.

19 (pause)

20          Attached, or being shown to you is Exhibit

21 16 which is what we received in response to our

22 request for the Sweetwater County Sheriff's report,

23 and you can see it was marked as Exhibit 16 during

24 Detective Sheaman's deposition.

25          On the first page of this exhibit, it lists

1    you as a responding officer.  Do you see that?

2        A    Yes.

3        Q    Okay.  And I presume that designation just

4    means that you responded to the scene; is that

5    correct?

6        A    Yes.

7        Q    There's an initial narrative that is done

8    by Deputy Sheriff Hansen that starts on page three

9    and then goes to page four.

10            And there's a reference about halfway down

11   the page of page four, about you where it says:

12   McPhie gathered information on the patients and their

13   statements.  And then it says:  See DS McPhie's

14   supplement report.

15            Do you see that?

16       A    Yes.

17       Q    Did you do a supplement report?

18       A    I did not.

19       Q    Okay.  Was there a plan to do a supplement

20   report and it was not done or what was the process

21   there?

22       A    I don't even remember not doing it.  When

23   Jeff Sheaman told me I had not completed one, I was

24   actually surprised because in a situation like this,

25   it's kind of just assumed that a supplement should

```
 1    have been written for it.
 2            So I don't know what happened on my part.
 3    It was just human error on my part, and I did not
 4    complete one for this call.
 5        Q    What would the supplement report have
 6    included had you put one together?
 7        A    So it would have been similar to --
 8            MR. AYALA:  Form.
 9            THE WITNESS:  It would have stated what I
10        was called to respond to, the time of my
11        arrival, what my initial observations were when
12        I arrived and then my actions as I was on
13        scene.
14    BY MR. LAFLAMME:
15        Q    Okay.  So would it be fair to state that
16    your supplemental report would basically track what
17    we have seen on your body camera footage?
18        A    Yes.
19        Q    What was your role with respect to the
20    response to this fire?
21        A    Are you asking, like, what I did when I
22    responded to the fire?
23        Q    Correct.
24        A    Okay.  So for me, personally, I responded
25    to the fire.  I went to the entrance of the
```

Page 21

1    residence, which is right off of Highway 374.  I saw

2    that the ambulance and a white pickup truck was

3    stopped there and so I had stepped out with them.

4         And come to find out, that is where the

5    Wadsworth family was located and the individual who

6    had seen the fire and reported the party.  Then the

7    ambulance was there checking out the family members.

8         Then I made contact with the reporting

9    party, Ryan Pasborg.  I spoke to him and got his

10   information and a statement from him.  Then I talked

11   to the Wadsworth kids and got their statements and

12   information.

13        Then once I was done speaking with them and

14   got the kids with the grandparents or grandmother,

15   then I went and just parked next to Sergeant Como to

16   help with scene security until we could have day

17   shift come out and relieve us.

18        Q    Did you ever go up to the residence, the

19   Wadsworth residence that was on fire during your

20   response?

21        A    I was parking near it but no, I never,

22   like, went up to the house.

23        Q    Okay.  I know we see on your body camera

24   footage that when you enter the property, you made

25   contact with Mr. Pasborg, correct?

Page 22

1        A    Correct.

2        Q    And then you go and --

3            MR. LAFLAMME:  If you need to take a

4        minute, let me know.

5            THE WITNESS:  Oh, no, you're okay.  The AC

6        is on and it's freezing me out in here.  So

7        you're good.  I was just looking at the

8        thermostat.

9            MR. LAFLAMME:  All right.  I didn't know

10        if someone poked their head in and needed you.

11    BY MR. LAFLAMME:

12        Q    Then you spoke with the Wadsworth children

13    and mother and some of the other officers around,

14    correct?

15        A    Correct.  So I didn't speak with the

16    mother, just due to the extent of her injuries and

17    the ambulance needed to get her up to the hospital.

18    But I spoke with the children.  Then I drove over to

19    my sergeant and where John Hansen was parked and

20    spoke with them.

21        Q    Did you ever do a 360 on the house that was

22    on fire as part of your response?

23        A    Are you meaning, like, if I walked around

24    the house?

25        Q    Correct.

Page 23

1      A    No.

2      Q    Did you ever obtain any written statements,

3  witness statements from anyone?

4      A    I spoke with them but I didn't receive any

5  written statements from them.

6      Q    Okay.  And so the statements that you

7  obtained would have been the statements that we have

8  seen and that you would have recently seen again on

9  your body camera footage?

10      A    Correct.

11      Q    Were there any witness statements taken by

12  you on site that was not recorded by your body camera

13  footage?

14      A    No.

15      Q    Were you at all involved in the origin and

16  cause investigation?

17      A    No.

18      Q    Do you have any origin and cause

19  investigation training yourself?

20      A    No.

21      Q    I presume, then, you personally don't have

22  any opinions as to what the origin or cause may have

23  been of this fire; is that correct?

24      A    Yeah, none at all.

25      Q    When you left the scene at about 5:51 in

1    the morning, did you have any further involvement at

2    all in the response or investigation for this fire?

3        A    No.

4        Q    Did Detective Sheaman ever interview you

5    during his investigation?

6        A    No.

7        Q    Have you ever discussed with Detective

8    Sheaman the information you received from the

9    Wadsworth family kids about where they first saw the

10   flames?

11       A    No.

12       Q    I think you had indicated that you recently

13   reviewed your -- the body camera footage, the

14   30-minute one, correct.

15       A    Correct.

16       Q    When did you review that?

17       A    This morning.

18       Q    Did you view it all in totality?  Did you

19   watch the whole thing?

20       A    Not to the very end, not when I was just

21   sitting in my car looking up the names.  But I got

22   through pretty much all of it, up until I was done on

23   my phone calls talking with the Wadsworth kids, the

24   father and the grandfather.

25       Q    When you reviewed the body camera footage,

Page 25

1    do you recall hearing the Wadsworth children indicate

2    that the fire started outside of the house?

3              MR. AYALA:  Form.

4              THE WITNESS:  I do.

5    BY MR. LAFLAMME:

6        Q    Sorry.  Could you just repeat what your

7    answer was.  There was -- you and Mr. Ayala answered

8    at the same time or spoke at the same time.

9        A    I remember comments from the children being

10   made about that, yes, in the video.

11       Q    And the comments from the children were

12   that the fire -- they first saw the fire outside of

13   the boys' bedroom window, correct?

14             MR. AYALA:  Form.

15             THE WITNESS:  No, I don't -- it wasn't

16        worded like that, no.  When I spoke with the

17        daughter, I just asked her if they knew where

18        the fire started and she had said no, and then

19        said outside by the shed.

20   BY MR. LAFLAMME:

21       Q    And I think they provided some information

22   to you about this shed, that was used as a smoking

23   shed by the parents?

24       A    Yes, the parents did smoke in there.

25       Q    Did you ever have any discussion with

Page 26

```
 1   Detective Sheaman where you would have provided him
 2   any information that there was a smoking shed outside
 3   of that bedroom window?
 4       A   No.
 5       Q   I am going to pull up, or at least your
 6   first body camera footage, the 30-minute one.  Just
 7   give me a second here.  (Pause).  Okay.  Can you
 8   see -- it's a still shot right now.  But can you see
 9   the screen?
10       A   Yes.
11       Q   Okay.  And this is -- we're about seven
12   seconds in here.  But it's about a 30-minute body
13   camera video, correct?
14       A   Correct.
15       Q   And there's a designation in the upper
16   right-hand corner of X83117281.  Do you see that?
17       A   Yes.
18       Q   I understand that's a serial number for
19   your body cam.  Is that anything you can verify?
20       A   I cannot verify that.  I do not know what
21   that means.
22       Q   Okay.  And on the bottom left, there's a
23   designation of fire semicolon underscore 1620
24   underscore capitalized HWY underscore 374-2.  Do you
25   know what that designation means?
```

Page 27

1      A    374 would have been Highway 374, the

2  highway or the location of where that house was.  I

3  believe the 1620 is the house address of where it was

4  at.

5      Q    Okay.  Is this a designation that you give

6  it or is this generated through the system?

7      A    No, I would have had to label that myself

8  when I went through and labeled my body cam video.

9      Q    So this would be how you labeled it?

10      A    Yes.

11      Q    I'm going to play the video a little bit.

12  And the audio typically starts at 30 seconds on the

13  body cameras, correct?

14      A    Correct.

15      Q    So we're only about 16 seconds in so we're

16  not into the audio yet.  But this is about when you

17  are pulling up to the scene, correct?

18      A    Correct.

19      Q    Then to the left of the video at 24

20  seconds, is that Mr. Pasborg's truck?

21      A    Yes.

22      Q    And the audio kicked on on my end.  Were

23  you able to hear it on your end?

24      A    I believe it just barely kicked on as you

25  started talking.

Page 28

1       Q    Okay.

2       A    No, the audio is not playing on my part.

3       Q    Not playing?  Okay.  I have to hit a

4   special button to do that.  I'm going to need to redo

5   this quickly.

6            MR. LAFLAMME:  And Karla, you don't need

7       to take down what's on the video.  That will

8       make the transcript look a little funky, so

9       just what we are saying in the deposition.

10           THE COURT REPORTER:  Thank you.

11           (Video playing.)

12  BY MR. LAFLAMME:

13      Q    Can you hear it now?

14      A    Yes.  Yes.

15      Q    Okay.  About 40 seconds.  And that is --

16  Mr. Pasborg, is that who we see on the left-hand

17  side?

18      A    Yes.

19      Q    And I'll stop it at the one-minute mark.

20  But you've heard, I think, your voice on it as well,

21  correct?

22      A    Yes.

23      Q    Okay.  So just for the record, this would

24  be your body camera footage, correct?

25      A    Yes.

Page 29

1      Q    All right.  Thank you.

2            I will bounce around here a little bit.

3      But at the two-minute, 43 second mark, there's a

4      young man, he actually arrived a little bit earlier,

5      who I think lived in a neighboring house.  Is that

6      what you recall?

7      A    I believe it was his parents that lived in

8      the neighboring house.  He had gotten a phone call

9      that a house was on fire in the general area.

10     Q    Do you know what this individual's name is?

11     A    No.

12     Q    Did you ever -- strike that.

13            He wasn't on scene when the fire started,

14     correct?

15     A    No.

16     Q    So he was responding thinking that it may

17     have been his parents' house and was responding out

18     of concern for that?

19     A    Yes.

20     Q    Okay.  We're starting at the 3:56 mark.

21            Do you know who that ambulance personnel is

22     that is with you at that point, with the clipboard

23     there?

24     A    I do not know her last name but I believe

25     her first name is Heather.

Page 30

```
 1      Q    Okay.  Do you know what ambulance
 2  department she is with?
 3      A    So currently, she is living down in Texas
 4  and she doesn't live up here in Sweetwater County.
 5      Q    Do you know what ambulance department she
 6  was with before?
 7      A    It would have been, I believe, Castle Rock
 8  Ambulance.
 9      Q    Okay.
10      A    At that point in time, we had two separate
11  ambulance services, and so they kind of jumped around
12  the county as calls needed.  But I believe at that
13  time, she was working for Castle Rock.
14      Q    Okay.  Thank you.  Then at about 4:39 into
15  the video, that's when you start to interview ███████
16  Wadsworth, correct?
17      A    Correct.
18      Q    And these parts of the video, these are the
19  parts that you've reviewed this morning as well?
20      A    Correct.
21      Q    And do you hear in the background someone
22  say it started by the shed area?
23      A    Yes.
24      Q    And was that ███████ Wadsworth that said
25  that?
```

Page 31

```
 1        A    Yes.
 2        Q    And was she on the telephone with someone
 3   at the time?
 4        A    Yes.
 5        Q    Do you know who she was on the telephone
 6   with?
 7        A    I do not.
 8        Q    Did you know the Wadsworth family at all
 9   before this fire?
10        A    No.
11        Q    Have you had any occasions to speak to them
12   since this fire?
13        A    No.
14        Q    Did you know Ryan Pasborg prior to the
15   fire?
16        A    No.
17        Q    Have you had any occasions to speak with
18   Mr. Pasborg since the fire?
19        A    No.
20        Q    To 5:57 on the video.
21        A    Yeah.
22        Q    It's a terrible still shot.  But do you
23   know who that ambulance person is?  Is that the same
24   Heather from before?
25        A    I believe so.
```

1      Q     Did you know any of the other ambulance
2  personnel that responded?
3      A     No.  Without seeing them on the video I
4  wouldn't be able to tell you who else was there.
5      Q     Okay.  Did you -- when you watched the
6  video this morning, did you recall when you went over
7  to the ambulance, and I believe ████████ was in the
8  ambulance.
9            Do you recall the individuals that were
10 ambulance personnel then?
11     A     Only Heather is the one that I could make
12 out from it.
13     Q     Okay.  Starting again at 6:05.  Then at
14 about 6:11 is when you start to interview ████████
15 Wadsworth, correct?
16     A     Correct.
17     Q     At 6:47, we can see that's his sister;
18 that's ████████ next to him?
19     A     Yes.
20     Q     Then at about 7:12 is when you start to
21 interview ████████, correct?
22     A     Correct.
23     Q     And it looks like while you're interviewing
24 ████████, she is on a phone call as well?
25     A     Yes.

Page 33

1        Q    And do you know who she was on the phone

2    with at this time?

3        A    No.

4        Q    And ████████ had indicated when you asked do

5    you know what started the fire, that she responded

6    that the fire was outside, correct?

7                MR. AYALA:  Form.

8                THE WITNESS:  She said no and then she

9         said it was outside.

10   BY MR. LAFLAMME:

11       Q    Then at about eight minutes is when ████████

12   indicates that there's a shed and it's used for

13   smoking, correct?

14       A    Correct.

15       Q    And you understood that to be outside of

16   the boys' bedroom window?

17       A    I did not know that, no.

18       Q    Okay.  And then it looks like you go back

19   up to the ambulance personnel.  And is that Heather

20   again?

21       A    I can't make it out from that video.

22       Q    Okay.  Can you make it out by her voice

23   there?

24       A    Yeah.  Yeah, I believe the person, if

25   you're looking at the screen to the -- on the

Page 34

```
 1    left-hand side, yeah, I believe that one is going to
 2    be Heather.
 3        Q    Okay.  We're at about eight minutes, 28
 4    seconds.  I'm going to move it up to nine minutes,
 5    five seconds.  I went a little too far.
 6             But do you recognize the individual that's
 7    in the ambulance?
 8        A    Yes, that's Mr. Pasborg.
 9        Q    Okay.  So he's obviously not part of the
10    ambulance personnel?
11        A    No.
12        Q    And in your review of the video this
13    morning, were there any other ambulance personnel
14    besides Heather you were able to identify?
15        A    No.
16        Q    Then I'm moving it up again to ten now six.
17    Did you hear ████████ say the fire started at the
18    porch?
19        A    Yes.
20        Q    And she's talking to someone on the phone
21    at that point again, correct?
22        A    Yes.
23        Q    Do you know who she is speaking to at that
24    point?
25        A    No.
```

Page 35

1      Q    It's at 10:44.  And then in that next

2   minute from 10:44 to 11:45, ███████ indicates that

3   she was on the phone with her inlaws.

4           Does that give you any information as to

5   specifically who she may have been talking to?

6      A    No.  No.  I don't know who her inlaws are.

7      Q    It sounded like it was some inlaws that she

8   was trying to locate her grandmother.  But that

9   wouldn't help you at all?

10     A    I know who the grandparents are, but I

11  don't know who she is referencing as the inlaws, no.

12     Q    I'm at 12:49.  It looks like you are

13  talking to Pasborg again?

14     A    Correct.

15     Q    And during that discussion, Mr. Pasborg, as

16  the first responder to the fire, obviously as a

17  civilian, though, indicated that he thought the

18  fire -- it looked like the fire started on the

19  outside or at the exterior wall, correct?

20     A    Correct.

21     Q    Then further on in that same conversation,

22  right around 13 minutes is where you have a statement

23  that raises some concern that maybe the parents

24  didn't put out some smoking material, correct?

25     A    I said that just based off of the kids'

Page 36

1    statements.

2         Q    Yeah.  And certainly that was based off of

3    what the kids had told you based on their eyewitness

4    accounts immediately after the fire, correct?

5              MR. AYALA:  Form.

6              THE WITNESS:  Based off of their

7         statements.

8    BY MR. LAFLAMME:

9         Q    Their statements were immediately after the

10   fire, correct?

11        A    Correct.

12        Q    And if we look up in the upper right-hand

13   corner, just so we can get an actual timestamp

14   designation as far as time of day, there's a time

15   designation of 11:52 when we are stopped at 13:18 in

16   the video.

17             Do you see that?

18        A    Yes.

19        Q    I believe that that's Zulu Time; is that

20   accurate?

21        A    I believe so with the Z at the end.  That

22   normally indicates Zulu Time, yes.

23        Q    So then to get to local time, local Wyoming

24   time from Zulu Time, it would be minus seven hours,

25   at least as of February 1?  Do you know that, or if

Page 37

```
 1   you don't, that's fine.
 2        A    Yeah, I don't know that.
 3        Q    Okay.  So whatever the time zone difference
 4   is between Zulu Time and local Wyoming time as of
 5   February 1, that would be how we could backtrack to
 6   the actual local time; is that your understanding as
 7   well?
 8        A    Just from what you've told me.  I don't
 9   know Zulu Time.
10        Q    Okay.  No problem.
11             As far as how your body cam footage is
12   tracked, do you know if the Z indicates Zulu Time or
13   is that just what you're kind of guessing or
14   speculating?
15        A    Yeah, just off of prior knowledge, I know
16   that the Z at the end of time normally means Zulu
17   Time.
18             On my end of when I actually upload it, it
19   shows, like, actual Mountain Time, so I don't know if
20   that translates to Zulu Time.
21        Q    Okay.  So if we were to assume that this
22   was Zulu Time which would be a seven-hour difference,
23   11:52 would be 4:52 in the morning and that time
24   period makes sense with when you were on scene,
25   correct?
```

Page 38

1      A    Correct.

2      Q    Then if we go to the end of the video, it

3   ends at 12:09 Zulu Time.  Do you see that in the

4   upper right-hand corner?

5      A    Yes.

6      Q    At this point, I will back it up just a

7   little bit.  So I backed it up to 29 minutes 25

8   seconds.  At this point, you're in your vehicle,

9   correct?

10     A    Correct.

11     Q    Or maybe getting into your vehicle.

12          So when this body camera footage ends, is

13  that when you start entering names into the Spillman

14  system, I think is what you called it?

15     A    Yeah.  So I would have looked them up or

16  entered them into the -- in Spillman.

17     Q    Okay.  So this body camera footage ends at

18  12:09 Zulu Time.  Then just to kind of track the time

19  line here, if we go back to Exhibit 12, it looks like

20  at 5:10 is when you start entering the names,

21  correct?

22     A    Yes.

23     Q    Okay.  So basically you would have gotten

24  back into your vehicle and then shut your -- is it a

25  manual shutoff for your body camera?

1      A    Yes.

2      Q    You would have gotten into your vehicle,

3  shut off your body camera and then started to enter

4  the names into Spillman, correct?

5      A    Yes.

6      Q    Did you stay in your vehicle the entire

7  time until the next body camera video picks up?

8      A    Yeah.  I would have been out of my vehicle.

9  I believe in that time difference between the two

10  videos, if I remember right, I drove over where my

11  sergeant was parked and just sat over there until he

12  told me I could go home.

13      Q    I'm going to pull up the other video here

14  which is a shorter video and it doesn't really have

15  audio to it.

16          This is a six plus minute video, just shy

17  of seven minutes.  And this is the second body camera

18  footage attributable to your body cam; is that your

19  understanding as well?

20      A    Yes.

21      Q    And this also has the same designation as

22  the prior one, at least the first part.  And this is

23  designated fire semicolon underscore 1620 underscore

24  capital H capital W capital Y underscore 374.  Is

25  that the designation that you would have saved it as,

Page 40

1    correct?

2        A    Correct.

3        Q    Okay.  And it has the same, at least what

4    we believe to be the serial number of your body cam

5    in the upper right-hand corner.

6             Do you recognize this as your second body

7    camera video as well?

8        A    Yes.

9        Q    Okay.  So at this point when this body

10   camera picks up, it's at 12:44 Zulu which would be

11   5:44 a.m. local.  So there was about a little more

12   than a half hour of time in which your body camera

13   was off, correct?

14       A    Yes.

15       Q    We know that at least part of that time was

16   spent entering names into Spillman, correct?

17       A    Or looking them up, yes.

18       Q    Okay.  Then I think you indicated the other

19   part of the time, you would have maneuvered your

20   vehicle towards your sergeant?

21       A    Yes, to where it's located in that video.

22       Q    So this is after -- this video picks up

23   after you've already moved your vehicle?

24       A    Correct.

25       Q    Who was your sergeant?

Page 41

1      A      Rich Como.  Richard Como.

2      Q      Then when I reviewed this video, it's more

3   or less just basically you're sitting in your patrol

4   car at the scene, correct?

5      A      Correct.  Yeah.  That one would have just

6   been an accidental, like, me just accidentally

7   hitting the button.  And it was running and I just

8   never noticed it until I noticed it and then turned

9   it off.

10      Q      Okay.  That was going to be my next

11   question as to whether there's any significance to

12   your body camera footage being turned on at this

13   designated time?

14      A      No, that was just accidental.  I pressed

15   the button and didn't realize it for a few minutes.

16      Q      You reviewed this body camera footage last

17   week, correct?

18      A      Correct.

19      Q      And there's -- I reviewed it as well.  But

20   just for the record, there's no witness statements or

21   anything substantive by way of investigation on this

22   body camera footage, correct?

23      A      Correct.

24      Q      Once your body camera -- let me take a step

25   back.  How soon is your body camera footage uploaded

1    to the system at the sheriff's office?

2        A    That one kind of depends.  So we have to

3    manually upload it.  It doesn't just automatically

4    upload like the cloud would.  We have to manually go

5    in and upload it.

6        Q    Did you know when that would have been

7    done?

8        A    I don't know.  I don't.  Not off the top of

9    my head, no.  It could have been within a day or two

10   or three.  Normally, we try to keep our body camera

11   uploaded.  At either the end or the beginning of

12   every shift, we try to get everything uploaded.

13       Q    Do you have to go to the office to upload

14   it or can you upload it from your house or your

15   patrol car?

16       A    So you can upload -- I would have to

17   hardwire into it from my camera into my laptop that's

18   in my car.  I could manually do it that way but it

19   has to have -- be, like, connected to, like, a USC

20   into a computer to upload.

21       Q    So it's not a wireless download.  It's a

22   firm connection?

23       A    Yeah, that's how I do it.  There is an

24   option to do it through an app on your cellphone but

25   I didn't like that way.  It always just took way too

Page 43

1    long so I always just did the manual.

2        Q    And is it you who always does the manual

3    upload or do you ever give your body camera to

4    someone at the office to upload for you?

5        A    No, we are responsible for our own body

6    camera uploads.

7        Q    Then typically, I think you said it's

8    uploaded within one to three days; is that what you

9    said?

10       A    Yeah, it's pretty much as soon as you can.

11   At the end of the shift or at the beginning of the

12   next shift.  Just as soon as feasible.

13       Q    When you upload your body camera footage,

14   is it done on a response-by-response basis, or do you

15   basically just upload all of your body camera footage

16   for your entire shift?

17       A    That's just a personal preference.  Some

18   people do it after every single call that they

19   respond to and some people will wait until the end of

20   the day.  It's just a personal preference.

21       Q    Would you be the individual that would pull

22   the body or upload the body camera footage and

23   actually save it to the specific response file?

24       A    Repeat that.  I don't quite understand what

25   you're asking.

Page 44

1       Q    Sure.

2            Does the sheriff's department or their

3    document management process, do they save the

4    documents and videos into a specific response file?

5       A    So all of our body cam videos -- so all of

6    our body camera gets uploaded into evidence.com

7    through Axiom.  So we don't save our body camera

8    into, like, a files tab.  It all just goes to

9    evidence.com.

10      Q    Is that where it's stored as well?

11      A    Yes.

12      Q    So if you want to look up any body camera

13   footage, you don't actually go to the incident file,

14   you go to the software system that you just

15   referenced?

16      A    Yep, you have to go to evidence.com and

17   then you can look it up on there.

18      Q    Okay.  When you were on site, did you take

19   any photographs?

20      A    No.

21      Q    Do you maintain a hand notepad when you're

22   on site?

23      A    Yes.

24      Q    Do you recall physically taking handwritten

25   notes when you were on site?

Page 45

1    A    Yes.

2    Q    What happens to those handwritten notes?

3    A    Once the notebook becomes full or if it's,

4    like, sensitive information, it gets shredded.  I

5    just shred my notebook so they can't -- people can't

6    find them in the trash or get into hands where they

7    shouldn't be.

8    Q    Okay.  Do you recall taking handwritten

9    notes at this fire response?

10   A    I would have written their names down in my

11   notebook, yes.

12   Q    Would that typically be all that would have

13   been in there?

14   A    Yeah.  Because I'd base everything else off

15   of either memory or specific quotes off of my body

16   camera.

17   Q    Would you have done any diagrams of the

18   scene when you were there?

19   A    No.

20   Q    Have you ever talked to anyone about the

21   potential origin for this fire?

22   A    Like, recently, yes; but prior, no.

23   Q    And who did you speak to recently?

24   A    Jeff Sheaman.

25   Q    When did you speak to Detective Sheaman?

Page 46

1      A     After his deposition.  I don't know when

2    that was.  A couple of weeks ago, I guess.  A month

3    or so.

4      Q     Yeah, it was late November, early December,

5    that time period?

6      A     Yeah.

7      Q     Was it immediately after his deposition,

8    you know, within days of his deposition or was it

9    more recent once you got subpoenaed that you spoke

10   with Detective Sheaman?

11     A     No, it would have been after his.

12     Q     What did you two discuss about his

13   deposition?

14     A     I just asked him how it went and how long

15   his took.  Because his took, like, all day.  Because

16   he wasn't at the office so I wasn't sure if it lasted

17   all day or if he went home early.

18           Then I just asked him the facts of the case

19   and how his deposition went and what you guys asked,

20   and yeah.

21     Q     Did he tell you anything specific about his

22   deposition?

23     A     Not, like, specifics, no.  We mostly talked

24   about how long his was.

25     Q     Well, yours will be much less.  I can

Page 47

1  promise that.

2      A    I'm happy to hear that.

3      Q    Did he talk about any of the questions

4  about the origin of the fire that he was asked in his

5  deposition?

6      A    No, not any specific questions.

7      Q    So it sounds like there wasn't really any

8  substantive discussion about origin and cause issues

9  between you and Detective Sheaman after his

10  deposition; is that accurate?

11      A    That's accurate.  Yeah, I don't know

12  anything about origin and cause or how it works, so

13  it's not an interest of mine.

14      Q    Anyone else that you've talked to recently

15  about this fire?

16      A    No.

17      Q    In going back to February 1, 2022, after

18  you left the scene that morning, do you recall

19  talking to anyone about any origin and cause issues

20  with that fire?

21      A    No.

22      Q    I think you said -- I think I asked you

23  this before.  But you obviously don't have any origin

24  and cause opinions related to this fire, correct?

25      A    No.

Page 48

1        Q    And you wouldn't be able to testify about

2   any specific origin and cause conclusions by anyone

3   else, correct?

4        A    No, I don't know any of that.

5        Q    With respect to Detective Sheaman's origin

6   and cause opinions based on his investigation, you

7   aren't able to agree or disagree with those; is that

8   fair?

9        A    Yeah.  I don't have any opinion on it.

10       Q    Have you ever been involved in an origin

11  and cause investigation?

12       A    No.

13            MR. LAFLAMME:  I think that's probably all

14       the questions I have for you right now.

15       Attorney Ayala may have a couple, and then I

16       may have a couple of follow-up, but I don't

17       think it will be much longer.

18            THE WITNESS:  Okay.

19                     CROSS-EXAMINATION

20  BY MR. AYALA:

21       Q    Good afternoon, ma'am.  I introduced myself

22  just prior to the start of your deposition.  My name

23  is Rudy Ayala and I represent the Wadsworth family.

24            First and foremost, can you hear me okay?

25       A    I can.

Page 49

1      Q     Okay.  Do you need a break or are you good
2   to continue?  I won't be long, I promise.
3      A     No, I'm good.  Thank you.
4      Q     Okay.  I'm just going to ask some follow-up
5   questions to what you were just asked.  And I might
6   skip around a little bit so bear with me, please.
7      A     Okay.
8      Q     You were shown your body cam footage from
9   the date of this incident.
10          And my understanding from hearing your
11  testimony is that prior to this deposition starting,
12  you had a chance to review that 30-minute or so body
13  cam footage, true?
14     A     Yes.
15     Q     Okay.  I'm going to try to ask you
16  questions.  If, at any point, you need me to show you
17  the video, let me know.  But I think it sounds like
18  you have a pretty good recollection of what you
19  viewed prior to the deposition; is that fair?
20     A     Yes.
21     Q     It appears that when you first arrived at
22  the Wadsworth residence in response to this call, the
23  first individual that you came upon was Ryan Pasborg,
24  correct?
25     A     Yes.

Page 50

1      Q    He advised you that he, in essence, was the

2  first responder and was able to get everybody out of

3  the fire, correct?

4      A    Upon his arrival, the kids were already

5  outside the house but the mother was inside the house

6  and he did pull the mother out of the house.

7      Q    Right.  He said that the daughter and two

8  boys were outside and he went back in and he got the

9  mother, correct?

10     A    Correct.

11     Q    At a later point, did you also come to

12 learn that he pulled out ███████ as well?

13     A    Yes.  I think it was the daughter that -- I

14 could be wrong.  But yes, it was later I learned that

15 ███████ was still in the house as well.

16     Q    Okay.  Suffice it to say, Mr. Pasborg was

17 not at the residence at the time the fire began,

18 fair?

19     A    Yes.

20     Q    In talking with and interviewing the

21 children, all of them told you that they were

22 sleeping at the time the fire started, correct?

23     A    Yes.

24     Q    You asked the daughter about the fire and

25 if she knew how it started.  Her initial answer was

Page 51

1    no, correct?

2        A    Yes.

3        Q    And then she went on to say that it was

4    outside and I think she described that it was a shed.

5    At a later point, she was talking to somebody on the

6    phone and said it was out on the porch area.  Do you

7    remember hearing all that?

8        A    Yes.

9        Q    Okay.  When you spoke with ████, he

10   described that the fire -- he was in his bed and the

11   fire was behind him, correct?

12       A    I don't recall the part of it being behind

13   him.  I remember him saying he was in bed asleep.

14       Q    Okay.  And do you recall him saying

15   anything about how he was positioned in bed?

16       A    No.

17       Q    Do you recall him telling you that when he

18   woke up, he had glass on him?

19       A    No.

20       Q    Do you recall him telling you that he was

21   injured in any way when he woke up?

22       A    No.

23       Q    You spoke with ████ and you asked him, as

24   you asked everybody else, his date of birth.  He had

25   a little bit of difficulty coming up with that,

Page 52

1    right?

2           A       Yeah.

3           Q       Okay.  By the way, was this the first time

4    you ever responded to a fire?

5           A       An active fire, yes.

6           Q       Okay.  Was this the first time you ever

7    responded to an active scene of a crime or of a

8    traumatic event?

9           A       No.

10          Q       Fair to say that prior to this date,

11   February 1st, 2022, you responded to, I will just

12   say, multiple events, traumatic events that involved

13   witnesses?

14          A       Yes.

15          Q       Had you responded to traumatic events that

16   involved children as witnesses?

17          A       Prior to that, I had, like, young adults

18   but not that I can recall, not children children.

19          Q       Okay.  That's fair.

20                  And regardless if they were children, young

21   adults or even adults, has it been your experience in

22   responding to traumatic events, that witnesses that

23   are involved in that traumatic event could be

24   emotional?

25          A       Yes.

Page 53

1    Q    Can sometimes recollect a little bit
2    differently than how they occurred?
3            MR. LAFLAMME:  Object to form.
4            THE WITNESS:  I don't know if I would say,
5        from my experience, differently.  It would be
6        more of just latching on to one specific memory
7        and that's all they remember and kind of just
8        repeating that, the one event that happened
9        over and over and over again -- definitely from
10       that point in my career.
11   BY MR. AYALA:
12   Q    Okay.  All right.  At the very least, it's
13   not uncommon for, in this case, children who
14   experienced this fire emergency who at least, for one
15   of them, was in the house and got pulled out, to be
16   emotional and traumatized from this event?
17   A    Yeah.  Children -- definitely in this case,
18   they were definitely emotional.
19   Q    With regards to ████████, the daughter's
20   statements about the smoking shed and her belief that
21   it started outside, certainly that would seem to be
22   inconsistent with her prior statement to you that she
23   was sleeping at the time it started, fair?
24   A    Yes.
25           MR. LAFLAMME:  Object to form.

Page 54

```
1   BY MR. AYALA:

2       Q    Did it seem to you that the little boys

3   were repeating what the daughter was communicating to

4   you?

5               MR. LAFLAMME:  Object to form.

6               THE WITNESS:  The little boys didn't speak

7           too much besides giving me their basic

8           information.  They didn't speak too much.

9   BY MR. AYALA:

10      Q    Okay.  By the way, when ████████ mentioned

11  the porch, do you know what she was referring to?

12      A    I don't.

13      Q    As you testified earlier, you didn't

14  inspect or investigate the fire by walking up and

15  around the home, correct?

16      A    Correct.

17      Q    Okay.  You didn't have an opportunity to

18  speak with Mrs. Wadsworth, correct?

19      A    Correct.

20      Q    When you spoke with Mr. Wadsworth on the

21  phone, did you gain any information from him about

22  what might have caused the fire?

23      A    Not that I can recollect, no.

24      Q    Is it fair to say that that really wasn't

25  your goal or your role in responding to this fire,
```

Page 55

1    meaning learning what initially caused the fire?

2         A    Correct.

3         Q    You responded, you took statements.  You

4    were ensuring, at least, that those children and the

5    mother were safe and at least for some of them, on

6    their way to the hospital, fair?

7         A    Yes.

8         Q    From these conversations that you had with

9    the children, did you, yourself, conclude, one way or

10   another, whether the fire started inside or outside?

11        A    No.

12        Q    Do you agree with me that just based on

13   those brief conversations with the children, you

14   can't conclude, one way or another, where the fire

15   started?

16        A    Correct.

17        Q    You haven't had any conversations with any

18   of the children following that encounter that

19   morning, correct?

20        A    Correct.

21        Q    Any other conversations you had with other

22   responders?

23             You've told us about the conversation with

24   Detective Sheaman after his deposition.  But have you

25   talked with any other responders to this fire since

Page 56

1    that day?

2        A    No.

3        Q    Mr. LaFlamme covered it with you.  But you

4    never authored any type of report or notes, other

5    than just your handwritten notes that get thrown out

6    at the end?

7        A    Correct.

8        Q    Did you learn from anybody whether or not

9    the family used that shed the night prior?

10       A    No.  I didn't speak with anyone regarding

11   the shed so I didn't know what it was used for.

12       Q    Okay.  Other than Mr. Pasborg's comment

13   where he believed the fire may have started outside

14   or on the exterior wall of the house, do you recall

15   having any other conversation with him about the

16   origin of the fire?

17       A    No.

18       Q    When he said exterior wall, do you know

19   what he meant by that?

20       A    No.

21       Q    Have you learned from anybody the results

22   of any origin and cause investigation?

23       A    Just what me and Detective, or Jeff Sheaman

24   talked about and what his conclusion was.

25       Q    Okay.  And without really getting into all

Page 57

```
 1   the details of that, obviously, you have no opinion
 2   even after hearing what he thought as to the cause
 3   and the origin of this fire, fair?
 4        A    Fair.
 5        Q    And what he communicated to you was that he
 6   believed that it began inside the home?
 7        A    Correct.
 8        Q    Did he communicate to you that he believed
 9   it began with a hoverboard?
10             MR. LAFLAMME:  Object to form.
11             THE WITNESS:  No, he never said with the
12        hoverboard.  He said the area where the
13        hoverboard was located.
14   BY MR. AYALA:
15        Q    Okay.  And where was that?
16        A    I'm not sure.  I didn't have any
17   involvement with the after investigations or
18   photographs, so I don't know what the layout of the
19   house was or where the hoverboard was located or
20   where the shed was.  I don't know the location any of
21   those.
22        Q    Okay.  So really all you remember is him
23   telling you that he believed and concluded after his
24   investigation that the fire began inside the home
25   somewhere?
```

Page 58

1    A    Correct.

2    Q    Okay.  And you have no opinion, one way or

3 another, as to whether that's true, whether there was

4 more to be investigated?  You have no opinion?

5    A    No, no opinion.

6         MR. AYALA:  Okay.  Ma'am, I appreciate

7    your time and your professionalism.  Those are

8    all my questions.

9         THE WITNESS:  Thank you, sir.

10         MR. LAFLAMME:  Detective Merrell, just a

11    couple of quick follow-up questions.

12         THE WITNESS:  Yep.

13                    REDIRECT EXAMINATION

14 BY MR. LAFLAMME:

15    Q    We showed you, as one of the exhibits, the

16 Sweetwater County Sheriff's Department report in this

17 case.  It was Exhibit 16.

18         Have you ever read that report in its

19 totality?

20    A    No.

21    Q    Is the -- are the only documents or

22 information that you looked at before your

23 deposition, just your two body camera footages?

24    A    Yes.

25    Q    Okay.  And did you speak to anyone about

Page 59

1    your deposition since you have been subpoenaed for

2    your deposition?

3        A    Just telling everyone that I had one and

4    what time it was.

5        Q    Okay.  Nothing substantive by way of asking

6    anyone else what they may have recalled at the scene

7    or anything like that?

8        A    No.

9        Q    So it was more of a casual conversation

10   that, hey, I'm being deposed on this date at this

11   time as well, type of situation?

12       A    Yes.

13       Q    Okay.

14           MR. LAFLAMME:  Thank you.  That's all the

15       questions I have.  I appreciate your time here

16       today.

17           THE WITNESS:  Yep, thank you, guys.

18           MR. LAFLAMME:  Karla --

19           THE VIDEOGRAHER:  This concludes the video

20       -- oops, sorry.  Go ahead, Mr. Ayala.

21           MR. LAFLAMME:  Yeah, go ahead.  We can --

22       I was just going to see if Karla needed any

23       spellings but that doesn't need to be on the

24       video.

25           THE COURT REPORTER:  Well, I actually did.

Page 60

1          ████████.  I didn't get the spelling on that.
2     If you could -- because sometimes they just
3     have the initials.  ████████.
4          MR. AYALA:  Yeah, I think it's just
5     K-A-M-I-L-E.  I may have spelled it wrong, but
6     I'll get it --
7          MR. LAFLAMME:  I think it's two Ls, but --
8          THE COURT REPORTER:  That's fine.  And
9     I've got ████████ and ████████ but I didn't get
10    ████████.
11         MR. LAFLAMME:  W-E-S-T-O-N.
12         THE COURT REPORTER:  O-N.  Okay.
13    Wonderful.  Thank you so much.
14         MR. AYALA:  Sure.
15         MR. LAFLAMME:  Thank you, Detective.
16         THE VIDEOGRAHER:  Shall we go off the
17    record?
18         MR. LAFLAMME:  Yes, we can go off the
19    record.
20         THE VIDEOGRAHER:  This concludes the video
21    deposition of Ashley Merrell.  The time is
22    2:54 p.m.  We will now go off the record.
23         (Discussion had whether witness would read
24    and/or waive reading of transcript.)
25         THE WITNESS:   No, I'm good.

Page 61

1

2          MR. LAFLAMME:  Okay.  Thank you.

3          THE COURT REPORTER:  Thank you.

4

5                    (Transcript orders taken.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 62

1                          REPORTER'S CERTIFICATE

2
        STATE OF IDAHO      )
3                           )    ss.
        COUNTY OF BANNOCK )

4

5

            I, Karla Steed-Layfield, RMR, RPR, CSR, and Notary
6       Public in and for the State of Idaho, do hereby
        certify:
7           Prior to being examined, Ashley Merrell, the
        witness named in the foregoing deposition, was by me
8       duly sworn to testify to the truth, the whole
        truth, and nothing but the truth;
9           That said deposition was taken down by me in
        shorthand at the time and place therein named and
10      thereafter reduced to typewriting under my direction,
        and that the foregoing transcript contains a full,
11      true, and verbatim record of said deposition.
            I further certify that I have no interest in the
12      event of the action.
            WITNESS my hand and seal this 8th day of
13      February, 2024.

14

15

16

17
                        KARLA S. LAYFIELD
18                      COMMISSION # 47907
                        NOTARY PUBLIC
                        STATE OF IDAHO
                   MY COMMISSION EXPIRES 01/26/2026
19                      _____
                        Karla Steed-Layfield
20                      Idaho CSR No. 1182
                        Notary Public in and for
21                      the State of Idaho

22

23

24

25

| & | |
|---|---|
| **&** 2:3 | |

**0**

**00118** 1:3 4:8

**1**

**1** 5:23 8:20 36:25 37:5 47:17
**10:44** 35:1,2
**1182** 62:20
**11:45** 35:2
**11:52** 36:15 37:23
**12** 11:2 12:2 13:11 14:7 16:8 38:19
**125** 2:8
**12:09** 38:3,18
**12:44** 40:10
**12:49** 35:12
**13** 35:22
**13:18** 36:15
**16** 18:17,21,23 27:15 58:17
**1620** 26:23 27:3 39:23
**1700** 2:4
**1:32** 1:17 4:4
**1st** 7:12 52:11

**2**

**2** 16:2,7
**2016** 10:5
**2018** 10:13

**2022** 5:23 7:12 8:20 47:17 52:11
**2024** 1:17 4:4 62:13
**24** 27:19
**25** 38:7
**28** 34:3
**29** 38:7
**2:23** 1:3 4:8
**2:54** 60:22

**3**

**30** 7:25 24:14 26:6,12 27:12 49:12
**31** 1:17
**31st** 4:4
**33401** 2:4
**360** 22:21
**374** 12:25 21:1 27:1,1 39:24
**374-2** 26:24
**3:56** 29:20

**4**

**40** 28:15
**43** 29:3
**48** 3:3
**4:39** 30:14
**4:40** 12:7
**4:52** 37:23
**4c35** 11:15

**5**

**5** 3:3
**500** 2:4
**53188** 2:8
**58** 3:4
**5:10** 38:20
**5:44** 40:11
**5:57** 31:20

**6**

**62** 3:5
**6:05** 32:13
**6:11** 32:14
**6:47** 32:17

**7**

**7:12** 32:20

**8**

**8th** 62:12

**a**

**a.m.** 12:7 13:13 17:5 40:11
**able** 27:23 32:4 34:14 48:1,7 50:2
**above** 1:20
**ac** 22:5
**accidental** 41:6 41:14
**accidentally** 41:6
**account** 10:20 10:20
**accounts** 36:4

**accurate** 11:16 11:25 36:20 47:10,11
**action** 62:12
**actions** 20:12
**activated** 8:9 8:12,14 12:24
**active** 52:5,7
**actual** 16:19 36:13 37:6,19
**actually** 13:24 19:24 29:4 37:18 43:23 44:13 59:25
**add** 15:2,18,20 15:22
**added** 14:16 15:11
**adding** 8:6 15:4
**address** 27:3
**adults** 52:17,21 52:21
**advise** 12:16
**advised** 50:1
**afternoon** 5:8 48:21
**agencies** 9:13 11:10
**ago** 9:5,20 10:24 46:2
**agree** 48:7 55:12
**ahead** 59:20,21
**ahold** 12:16

**al** 4:8
**allen** 2:11 4:11
**ambulance**
  21:2,7 22:17
  29:21 30:1,5,8
  30:11 31:23
  32:1,7,8,10
  33:19 34:7,10
  34:13
**answer** 7:4
  25:7 50:25
**answered** 25:7
**answering** 7:6
**anybody** 56:8
  56:21
**app** 42:24
**appeared** 2:5,9
  2:12,13
**appearing** 5:2
**appears** 49:21
**appreciate** 58:6
  59:15
**appropriate**
  6:12
**area** 29:9 30:22
  51:6 57:12
**arrival** 12:6
  13:20 17:18
  20:11 50:4
**arrive** 12:7
**arrived** 17:23
  20:12 29:4
  49:21
**ashley** 1:16,19
  3:2 4:5,21 5:21

6:3 60:21 62:7
**asked** 25:17
  33:4 46:14,18
  46:19 47:4,22
  49:5 50:24
  51:23,24
**asking** 6:9
  20:21 43:25
  59:5
**asleep** 51:13
**aspect** 17:18
**associate's** 10:7
  10:9,11
**associated**
  14:11
**assume** 37:21
**assumed** 19:25
**attached** 18:20
**attend** 10:2
**attorney** 1:19
  5:9 48:15
**attributable**
  8:17 39:18
**attributed** 7:23
  16:17
**audible** 6:16
**audio** 8:5 27:12
  27:16,22 28:2
  39:15
**auditory** 6:23
**authored** 56:4
**automatically**
  42:3
**aware** 16:25

**axiom** 44:7
**ayala** 2:3 3:3
  5:3,3,10 20:8
  25:3,7,14 33:7
  36:5 48:15,20
  48:23 53:11
  54:1,9 57:14
  58:6 59:20
  60:4,14

**b**

**back** 17:3
  18:10 33:18
  38:6,19,24
  41:25 47:17
  50:8
**backed** 38:7
**background**
  10:1 30:21
**backtrack** 37:5
**bank** 10:18,19
**bannock** 62:3
**barely** 27:24
**base** 45:14
**based** 35:25
  36:2,3,6 48:6
  55:12
**basic** 54:7
**basically** 11:7
  11:22,24 18:3
  20:16 38:23
  41:3 43:15
**basis** 43:14
**beach** 2:4,4
**bear** 49:6

**bed** 51:10,13
  51:15
**bedroom** 25:13
  26:3 33:16
**began** 50:17
  57:6,9,24
**beginning**
  42:11 43:11
**behalf** 5:2,3
**belief** 53:20
**believe** 13:23
  27:3,24 29:7
  29:24 30:7,12
  31:25 32:7
  33:24 34:1
  36:19,21 39:9
  40:4
**believed** 56:13
  57:6,8,23
**bikes** 1:11
**birth** 51:24
**bit** 27:11 29:2,4
  38:7 49:6
  51:25 53:1
**blvd** 2:4
**body** 7:20,22
  7:23 8:14,18
  20:17 21:23
  23:9,12 24:13
  24:25 26:6,12
  26:19 27:8,13
  28:24 37:11
  38:12,17,25
  39:3,7,17,18
  40:4,6,9,12

[body - completed]                                    Page 3

41:12,16,22,24
41:25 42:10
43:3,5,13,15,22
43:22 44:5,6,7
44:12 45:15
49:8,12 58:23
**bottom** 26:22
**bounce** 29:2
**boys** 25:13
33:16 50:8
54:2,6
**break** 6:25 7:2
49:1
**brief** 9:1 55:13
**bring** 10:14
**button** 28:4
41:7,15

**c**

**c** 2:1 4:1
**call** 8:7 11:2
12:17,17,20
15:18,19,19,20
17:3,17 20:4
29:8 32:24
43:18 49:22
**called** 20:10
38:14
**calls** 14:21,22
24:23 30:12
**cam** 7:20,23
26:19 27:8
37:11 39:18
40:4 44:5 49:8
49:13

**camera** 7:22
8:9,14,16,18
12:24 20:17
21:23 23:9,12
24:13,25 26:6
26:13 28:24
38:12,17,25
39:3,7,17 40:7
40:10,12 41:12
41:16,22,24,25
42:10,17 43:3
43:6,13,15,22
44:6,7,12
45:16 58:23
**cameras** 8:11
27:13
**capabilities**
17:13
**capacity** 7:10
15:18
**capital** 39:24
39:24,24
**capitalized**
26:24
**car** 13:18 18:13
24:21 41:4
42:15,18
**career** 9:3
53:10
**carmen** 5:21
**cars** 18:15
**case** 1:3 4:8
46:18 53:13,17
58:17

**castle** 30:7,13
**casual** 59:9
**cause** 23:16,18
23:22 47:8,12
47:19,24 48:2
48:6,11 56:22
57:2
**caused** 54:22
55:1
**cellphone**
42:24
**center** 11:4
**center's** 11:9
**central** 15:3
**certainly** 36:2
53:21
**certificate** 3:5
62:1
**certify** 62:6,11
**chance** 49:12
**change** 11:19
**checking** 17:10
21:7
**checks** 13:24
13:25
**children** 1:7
22:12,18 25:1
25:9,11 50:21
52:16,18,18,20
53:13,17 55:4
55:9,13,18
**circumstance**
6:12
**civilian** 35:17

**clear** 17:14,17
**click** 17:22
**clipboard**
29:22
**close** 10:17
**cloud** 42:4
**college** 10:6,8
**combined** 11:3
11:9
**come** 6:19 21:4
21:17 50:11
**coming** 13:2
51:25
**comment** 56:12
**comments** 25:9
25:11
**communicate**
57:8
**communicated**
57:5
**communicating**
54:3
**communication**
11:9
**communicati...**
11:4
**community**
10:8 15:2
**como** 21:15
41:1,1
**complete** 17:21
20:4
**completed** 10:7
17:5 19:23

computer  14:1
 14:20 42:20
concern  29:18
 35:23
concierge  2:13
conclude  55:9
 55:14
concluded
 57:23
concludes
 59:19 60:20
conclusion
 56:24
conclusions
 48:2
connected
 42:19
connection
 42:22
contact  15:14
 21:8,25
contacts  15:8
contains  62:10
continue  49:2
contracted
 4:14
conversation
 35:21 55:23
 56:15 59:9
conversations
 55:8,13,17,21
corner  26:16
 36:13 38:4
 40:5

correct  5:24
 6:3,6,7 8:5,6,19
 9:17,19,21,22
 11:10,11 12:1
 12:2,3,11
 13:18 16:11
 18:4,5 19:5
 20:23 21:25
 22:1,14,15,25
 23:10,23 24:14
 24:15 25:13
 26:13,14 27:13
 27:14,17,18
 28:21,24 29:14
 30:16,17,20
 32:15,16,21,22
 33:6,13,14
 34:21 35:14,19
 35:20,24 36:4
 36:10,11 37:25
 38:1,9,10,21
 39:4 40:1,2,13
 40:16,24 41:4
 41:5,17,18,22
 41:23 47:24
 48:3 49:24
 50:3,9,10,22
 51:1,11 54:15
 54:16,18,19
 55:2,16,19,20
 56:7 57:7 58:1
counsel  4:17
county  7:11
 8:24 9:10,16
 9:24 10:16,23

 14:21,23 18:17
 18:22 30:4,12
 58:16 62:3
couple  46:2
 48:15,16 58:11
court  1:1,19
 3:5 4:9,12,16
 4:19,25 28:10
 59:25 60:8,12
 61:3
covered  56:3
create  15:22
crime  52:7
criminal  10:10
 10:12
cross  3:3 48:19
cs6418261  1:25
csr  1:24 62:5
 62:20
curran  2:13
current  11:20
currently  8:25
 30:3
cv  1:3 4:8

**d**

d  3:1 4:1
dash  8:9
database  15:3
date  49:9 51:24
 52:10 59:10
daughter  25:17
 50:7,13,24
 54:3
daughter's
 53:19

day  21:16
 36:14 42:9
 43:20 46:15,17
 56:1 62:12
days  43:8 46:8
december  46:4
defendant  4:6
defendants
 1:12,19 2:6
definitely  53:9
 53:17,18
degree  10:9
department  6:2
 6:6 8:24 9:24
 10:23 30:2,5
 44:2 58:16
depends  42:2
deposed  59:10
deposition  1:15
 1:19 4:5 5:14
 6:8,22 7:19
 18:24 28:9
 46:1,7,8,13,19
 46:22 47:5,10
 48:22 49:11,19
 55:24 58:23
 59:1,2 60:21
 62:7,9,11
deputy  8:22
 9:18 19:8
described  51:4
 51:10
designated
 9:21 39:23
 41:13

**designation**
11:15,18 12:7
14:7 16:16,18
16:19,25 17:5
17:9 19:3
26:15,23,25
27:5 36:14,15
39:21,25
**designations**
11:14 13:20,21
14:8
**detail** 11:3
**detailed** 14:4
**details** 57:1
**detective** 6:6
9:21 11:19
18:24 24:4,7
26:1 45:25
46:10 47:9
48:5 55:24
56:23 58:10
60:15
**detectives** 9:6
**diagrams** 45:17
**difference**
16:24 37:3,22
39:9
**different** 14:22
**differently** 53:2
53:5
**difficulty** 51:25
**direct** 3:3 5:5
**direction** 62:10
**disagree** 48:7

**discuss** 46:12
**discussed** 24:7
**discussion**
25:25 35:15
47:8 60:23
**dispatch** 12:13
12:14,15,20
17:4,10,11,15
17:19,22,24
**dispatched**
12:11
**district** 1:1,1
4:9,9
**dlin** 16:16,18
16:22,25
**document** 11:5
14:25 16:8,10
44:3
**documents** 6:2
44:4 58:21
**doing** 6:15,21
19:22
**domestic** 15:19
**download**
42:21
**dr** 2:8
**drove** 22:18
39:10
**ds** 19:13
**due** 22:16
**duly** 4:22 62:8
**duplicate** 15:22
**duty** 13:4 14:23

**e**

**e** 2:1,1 3:1 4:1,1
60:5,11
**earlier** 29:4
54:13
**early** 46:4,17
**easier** 11:23
**educational**
10:1
**eight** 33:11
34:3
**either** 15:10,12
15:15 17:12,21
42:11 45:15
**elaflamme** 2:9
**electric** 1:10
**emergency**
53:14
**emotional**
52:24 53:16,18
**encounter**
55:18
**ends** 38:3,12,17
**enforcement**
9:13 15:17
**ensuring** 55:4
**enter** 21:24
39:3
**entered** 38:16
**entering** 16:13
38:13,20 40:16
**entire** 39:6
43:16
**entities** 9:13
11:8

**entitled** 1:20
**entrance** 13:1
20:25
**entry** 16:11
**error** 20:3
**esquire** 2:3,7
**essence** 50:1
**et** 4:8
**eugene** 2:7 5:1
**evening** 13:5
**event** 52:8,23
53:8,16 62:12
**events** 52:12,12
52:15,22
**everybody** 50:2
51:24
**evidence.com**
44:6,16
**evidence.com.**
44:9
**exactly** 16:22
**examination**
3:3,3,4 5:5
48:19 58:13
**examined** 62:7
**exhibit** 11:2
12:2 14:7 16:2
16:5,7,7 18:16
18:17,20,23,25
38:19 58:17
**exhibits** 3:9
58:15
**experience**
52:21 53:5

**experienced**
   53:14
**extent**  22:16
**exterior**  35:19
   56:14,18
**eyewitness**  36:3

## f

**facts**  46:18
**fair**  20:15 48:8
   49:19 50:18
   52:10,19 53:23
   54:24 55:6
   57:3,4
**falls**  4:14
**familiar**  11:4
**family**  5:4 21:5
   21:7 24:9 31:8
   48:23 56:9
**far**  6:15,23
   16:24 34:5
   36:14 37:11
**father**  24:24
**feasible**  43:12
**february**  5:23
   7:12 8:20
   36:25 37:5
   47:17 52:11
   62:13
**field**  9:6
**file**  43:23 44:4
   44:13
**files**  44:8
**find**  21:4 45:6
**fine**  37:1 60:8

**fire**  7:12,13,16
   12:18 13:9
   15:19 20:20,22
   20:25 21:6,19
   22:22 23:23
   24:2 25:2,12
   25:12,18 26:23
   29:9,13 31:9
   31:12,15,18
   33:5,6 34:17
   35:16,18,18
   36:4,10 39:23
   45:9,21 47:4
   47:15,20,24
   50:3,17,22,24
   51:10,11 52:4
   52:5 53:14
   54:14,22,25
   55:1,10,14,25
   56:13,16 57:3
   57:24
**firm**  42:22
**first**  5:13,19
   18:11,25 24:9
   25:12 26:6
   29:25 35:16
   39:22 48:24
   49:21,23 50:2
   52:3,6
**five**  34:5
**fl**  2:4
**flames**  24:10
**follow**  5:11
   48:16 49:4
   58:11

**following**  55:18
**follows**  4:23
   11:10
**footage**  7:20
   8:17 20:17
   21:24 23:9,13
   24:13,25 26:6
   28:24 37:11
   38:12,17 39:18
   41:12,16,22,25
   43:13,15,22
   44:13 49:8,13
**footages**  7:22
   58:23
**foregoing**  62:7
   62:10
**foremost**  48:24
**form**  20:8 25:3
   25:14 33:7
   36:5 53:3,25
   54:5 57:10
**forthepeople....**
   2:5
**fortunately**
   8:13
**four**  8:25 9:15
   10:24 19:9,11
**freezing**  22:6
**fto**  9:6
**full**  5:19 10:22
   45:3 62:10
**funky**  28:8
**further**  24:1
   35:21 62:11

## g

**g**  4:1
**g.w.**  1:6
**gain**  54:21
**gathered**  19:12
**general**  29:9
**generated**  27:6
**getting**  38:11
   56:25
**give**  9:1 12:15
   18:18 26:7
   27:5 35:4 43:3
**given**  11:15
   12:6
**giving**  54:7
**glass**  51:18
**go**  4:2 5:16,17
   11:13 14:3,15
   18:10 21:18
   22:2 33:18
   38:2,19 39:12
   42:4,13 44:13
   44:14,16 59:20
   59:21 60:16,18
   60:22
**goal**  54:25
**goes**  19:9 44:8
**going**  7:5 11:1
   13:1 17:3
   18:16 26:5
   27:11 28:4
   34:1,4 39:13
   41:10 47:17
   49:4,15 59:22

**good** 22:7
  48:21 49:1,3
  49:18 60:25
**gotten** 29:8
  38:23 39:2
**gps** 17:11,20
**graduate** 10:4
**grandfather**
  24:24
**grandmother**
  21:14 35:8
**grandparents**
  21:14 35:10
**graveyards**
  13:12
**green** 13:2
**ground** 5:16
**group** 11:10
**guardian** 1:6
**guess** 11:9 17:4
  46:2
**guessing** 37:13
  ▇▇▇▇ 30:15
  51:9 60:9
**guys** 46:19
  59:17

**h**

**h** 39:24
**half** 40:12
**halfway** 14:6
  19:10
**hand** 4:20
  26:16 28:16
  34:1 36:12
  38:4 40:5

44:21 62:12
**hands** 45:6
**handwritten**
  44:24 45:2,8
  56:5
**hansen** 19:8
  22:19
**happen** 7:2
**happened** 20:2
  53:8
**happening**
  14:23
**happens** 45:2
**happy** 47:2
**hardwire** 42:17
**head** 6:18
  22:10 42:9
**hear** 27:23
  28:13 30:21
  34:17 47:2
  48:24
**heard** 28:20
**hearing** 25:1
  49:10 51:7
  57:2
**heather** 29:25
  31:24 32:11
  33:19 34:2,14
**held** 9:23
**help** 14:3 21:16
  35:9
**hey** 59:10
**high** 10:2,3,6
**highlight** 11:23

**highway** 12:25
  21:1 27:1,2
**hit** 28:3
**hitting** 41:7
**home** 18:9,13
  18:15 39:12
  46:17 54:15
  57:6,24
**hopefully** 5:18
**hospital** 22:17
  55:6
**hour** 13:11
  37:22 40:12
**hours** 13:7
  36:24
**house** 14:18
  21:22 22:21,24
  25:2 27:2,3
  29:5,8,9,17
  42:14 50:5,5,6
  50:15 53:15
  56:14 57:19
**hoverboard**
  57:9,12,13,19
**human** 20:3
**hwy** 26:24

**i**

**idaho** 1:20 4:13
  4:14 62:2,6,20
  62:21
**identify** 34:14
**iffy** 8:12
**immediately**
  36:4,9 46:7

**incident** 44:13
  49:9
**included** 20:6
**inconsistent**
  53:22
**independent**
  7:15
**indicate** 16:3
  25:1
**indicated** 24:12
  33:4 35:17
  40:18
**indicates** 33:12
  35:2 36:22
  37:12
**individual** 21:5
  34:6 43:21
  49:23
**individual's**
  29:10
**individually**
  1:5
**individuals**
  32:9
**information**
  15:19 19:12
  21:10,12 24:8
  25:21 26:2
  35:4 45:4 54:8
  54:21 58:22
**initial** 19:7
  20:11 50:25
**initially** 55:1
**initials** 60:3

**injured** 51:21
**injuries** 22:16
**inlaws** 35:3,6,7
  35:11
**inside** 50:5
  55:10 57:6,24
**inspect** 54:14
**instance** 4:6
**interest** 47:13
  62:11
**interview** 24:4
  30:15 32:14,21
**interviewing**
  32:23 50:20
**introduce** 4:17
**introduced**
  48:21
**investigate**
  54:14
**investigated**
  58:4
**investigation**
  23:16,19 24:2
  24:5 41:21
  48:6,11 56:22
  57:24
**investigations**
  57:17
**involved** 15:13
  15:16 23:15
  48:10 52:12,16
  52:23
**involvement**
  24:1 57:17

**issue** 6:24
**issues** 6:23 47:8
  47:19

**j**

**jamestown**
  13:1,3
**january** 1:17
  4:4
**jeff** 19:23 45:24
  56:23
**jersey** 4:15
**jetson** 1:10 5:2
**jive** 14:13
**job** 1:25 10:15
**john** 22:19
**joined** 9:8
**jumped** 30:11
**jury** 1:3
**justice** 10:10,12

**k**

**k** 60:5
**k.w.** 1:6
**█████** 30:24
  32:18,21,24
  33:4,11 34:17
  35:2 53:19
  54:10 60:1,3
**karla** 1:19,24
  4:12 28:6
  59:18,22 62:5
  62:19
**keep** 42:10
**kemmerer** 10:3
  10:3,6

**kicked** 27:22
  27:24
**kids** 21:11,14
  24:9,23 35:25
  36:3 50:4
**kind** 12:25 15:3
  19:25 30:11
  37:13 38:18
  42:2 53:7
**knew** 25:17
  50:25
**know** 6:11 7:1
  8:8 12:19,22
  16:18,19 20:2
  21:23 22:4,9
  26:20,25 29:10
  29:21,24 30:1
  30:5 31:5,8,14
  31:23 32:1
  33:1,5,17
  34:23 35:6,10
  35:11 36:25
  37:2,9,12,15,19
  40:15 42:6,8
  46:1,8 47:11
  48:4 49:17
  53:4 54:11
  56:11,18 57:18
  57:20
**knowledge**
  37:15

**l**

**l** 60:5
**l.w.** 1:6

**label** 27:7
**labeled** 27:8,9
**laflamme** 2:7
  3:3,4 5:1,1,6
  20:14 22:3,9
  22:11 25:5,20
  28:6,12 33:10
  36:8 48:13
  53:3,25 54:5
  56:3 57:10
  58:10,14 59:14
  59:18,21 60:7
  60:11,15,18
  61:2
**lakes** 2:4
**laptop** 42:17
**laskey** 2:7
**lasted** 46:16
**latching** 53:6
**late** 46:4
**law** 9:12 15:17
**layfield** 1:19,24
  4:12 62:5,19
**████** 16:17
  32:14 51:23
  60:9
**layout** 57:18
**learn** 50:12
  56:8
**learned** 50:14
  56:21
**learning** 55:1
**leavitt** 2:7
**left** 17:7 18:7
  23:25 26:22

27:19 28:16
34:1 47:18
**legal** 1:6 4:14
**lights** 8:13
**line** 11:7,13
38:19
**lists** 18:25
**little** 5:17 27:11
28:8 29:2,4
34:5 38:7
40:11 49:6
51:25 53:1
54:2,6
**live** 30:4
**lived** 29:5,7
**living** 30:3
**livingston** 4:15
**llc** 1:11 2:7
**local** 15:2
36:23,23 37:4
37:6 40:11
**locate** 35:8
**located** 4:13
14:4 21:5
40:21 57:13,19
**location** 12:17
27:2 57:20
**long** 8:23 12:22
43:1 46:14,24
49:2
**longer** 7:25
48:17
**look** 11:21
15:21 28:8
36:12 44:12,17

**looked** 35:18
38:15 58:22
**looking** 6:1
11:12 16:8,15
16:21 22:7
24:21 33:25
40:17
**looks** 12:6 17:4
32:23 33:18
35:12 38:19
**ls** 60:7
**lucky** 6:23

**m**

**m** 60:5
**ma'am** 48:21
58:6
**made** 7:10 17:9
21:8,24 25:10
**maintain** 44:21
**make** 5:17 8:16
11:23 28:8
32:11 33:21,22
**makes** 37:24
**man** 29:4
**management**
44:3
**maneuvered**
40:19
**manual** 38:25
43:1,2
**manually** 42:3
42:4,18
**mark** 28:19
29:3,20

**marked** 3:9
11:2 18:23
**material** 35:24
**matter** 1:20 4:7
**matthew** 1:7
**mccoy** 2:7
**mcphie** 5:23
6:3 19:12
**mcphie's** 19:13
**mean** 13:22
14:13 15:15
**meaning** 22:23
55:1
**means** 16:18,20
16:23 19:4
26:21,25 37:16
**meant** 16:7
56:19
**members** 21:7
**memory** 45:15
53:6
**mentioned**
54:10
**merrell** 1:16,19
3:2 4:5,19,21
5:7,21 58:10
60:21 62:7
**mine** 47:13
**minor** 1:7
**minus** 36:24
**minute** 7:25 8:2
8:3,4 22:4
24:14 26:6,12
28:19 29:3
35:2 39:16

49:12
**minutes** 33:11
34:3,4 35:22
38:7 39:17
41:15
**mlllaw.com** 2:9
**month** 46:2
**morgan** 2:3,3
**morning** 8:1
18:2,8 24:1,17
30:19 32:6
34:13 37:23
47:18 55:19
**mother** 22:13
22:16 50:5,6,9
55:5
**mountain**
37:19
**move** 34:4
**moved** 40:23
**moving** 34:16
**multiple** 52:12

**n**

**n** 2:1 3:1 4:1
60:11,12
**n19** 2:8
**name** 4:11 5:20
5:23 13:24
16:20,21 29:10
29:24,25 48:22
**named** 62:7,9
**names** 14:9
15:1,4,8,20,24
24:21 38:13,20
39:4 40:16

45:10

**narrative** 19:7

**ndf** 1:3 4:8

**near** 21:21

**need** 22:3 28:4
28:6 49:1,16
59:23

**needed** 22:10
22:17 30:12
59:22

**neighboring**
29:5,8

**never** 21:21
41:8 56:4
57:11

**new** 4:15 9:7

**night** 56:9

**nine** 34:4

**nmin** 13:21
14:8 16:25

**nodding** 6:18

**normally** 36:22
37:16 42:10

**notary** 1:20
62:5,20

**note** 3:9

**notebook** 45:3
45:5,11

**notepad** 44:21

**notes** 44:25
45:2,9 56:4,5

**noticed** 41:8,8

**noticing** 5:9

**november** 46:4

**number** 4:8
13:21 14:8
26:18 40:4

**o**

**o** 4:1 60:11,12

**object** 53:3,25
54:5 57:10

**observations**
20:11

**obtain** 23:2

**obtained** 23:7

**obviously** 6:9
12:10 34:9
35:16 47:23
57:1

**occasions** 31:11
31:17

**occurred** 53:2

**office** 7:11 9:10
9:16 10:16
18:11 42:1,13
43:4 46:16

**officer** 7:11
11:14 19:1

**officers** 9:7
22:13

**oh** 22:5

**okay** 5:16 6:1,5
6:13,14,17,19
6:20 7:2,3,7,8
7:15,21 8:3,20
9:9 10:1,19,22
11:1,12 12:4
13:4,7,14
15:14 16:2,9

16:16 17:3
18:10,16 19:3
19:19 20:15,24
21:23 22:5
23:6 26:7,11
26:22 27:5
28:1,3,15,23
29:20 30:1,9
30:14 32:5,13
33:18,22 34:3
34:9 37:3,10
37:21 38:17,23
40:3,9,18
41:10 44:18
45:8 48:18,24
49:1,4,7,15
50:16 51:9,14
52:3,6,19
53:12 54:10,17
56:12,25 57:15
57:22 58:2,6
58:25 59:5,13
60:12 61:2

**once** 5:12 21:13
41:24 45:3
46:9

**oops** 11:22
59:20

**opening** 10:20

**opinion** 48:9
57:1 58:2,4,5

**opinions** 23:22
47:24 48:6

**opportunity**
54:17

**opposed** 6:17

**option** 42:24

**orders** 61:5

**origin** 23:15,18
23:22 45:21
47:4,8,12,19,23
48:2,5,10
56:16,22 57:3

**outside** 25:2,12
25:19 26:2
33:6,9,15
35:19 50:5,8
51:4 53:21
55:10 56:13

**own** 43:5

**p**

**p** 2:1,1 4:1

**p.m.** 1:17 4:4
13:12 60:22

**page** 12:2 14:5
14:6 18:25
19:8,9,11,11

**palm** 2:4,4

**paper** 6:19

**parent** 1:6

**parents** 25:23
25:24 29:7,17
35:23

**parked** 21:15
22:19 39:11

**parking** 21:21

**part** 14:4 20:2
20:3 22:22
28:2 34:9
39:22 40:15,19

51:12
**parties** 4:18
**parts** 30:18,19
**party** 21:6,9
**pasborg** 21:9
21:25 28:16
31:14,18 34:8
35:13,15 49:23
50:16
**pasborg's**
27:20 56:12
**patients** 19:12
**patrol** 8:8,22
9:18 13:4,17
18:10,13 41:3
42:15
**pause** 6:25 7:2
18:19 26:7
**people** 14:16,23
15:2,11,12
43:18,19 45:5
**people's** 15:20
**period** 13:8
37:24 46:5
**person** 31:23
33:24
**personal** 43:17
43:20
**personally**
20:24 23:21
**personnel**
29:21 32:2,10
33:19 34:10,13
**peter** 2:13

**phone** 24:23
29:8 32:24
33:1 34:20
35:3 51:6
54:21
**photographs**
44:19 57:18
**physical** 17:9
**physically**
44:24
**picks** 39:7
40:10,22
**pickup** 21:2
**place** 62:9
**plaintiffs** 1:8
2:2
**plan** 19:19
**play** 27:11
**playing** 28:2,3
28:11
**please** 4:19
49:6
**plus** 39:16
**point** 8:11
13:10 15:7,10
15:10 29:22
30:10 34:21,24
38:6,8 40:9
49:16 50:11
51:5 53:10
**poked** 22:10
**porch** 34:18
51:6 54:11
**posed** 7:5

**positioned**
51:15
**positions** 9:23
**potential** 45:21
**preference**
43:17,20
**prepare** 7:18
**present** 2:11
**pressed** 41:14
**presume** 7:5
19:3 23:21
**pretty** 6:15,23
9:4 10:17
11:15 24:22
43:10 49:18
**previously** 11:2
16:4
**primary** 17:16
**prior** 15:8,14
15:16 31:14
37:15 39:22
45:22 48:22
49:11,19 52:10
52:17 53:22
56:9 62:7
**probably** 5:11
13:24 48:13
**problem** 37:10
**process** 5:17
17:25 19:20
44:3
**processing**
10:21
**professional**
9:3

**professionali...**
58:7
**profiles** 15:23
**promise** 47:1
49:2
**property** 21:24
**provided** 25:21
26:1
**provides** 11:7
**public** 1:20
62:6,20
**pull** 18:16 26:5
39:13 43:21
50:6
**pulled** 50:12
53:15
**pulling** 27:17
**purpose** 15:4
**put** 15:25 20:6
35:24

**q**

**question** 6:10
7:4,6,6 41:11
**questioning**
5:12
**questions** 5:10
5:11 6:10 7:1
47:3,6 48:14
49:5,16 58:8
58:11 59:15
**quick** 58:11
**quicker** 5:18
**quickly** 28:5
**quite** 43:24

| quotes 45:15 | recollection | repeating 53:8 | responder |
|---|---|---|---|
| **r** | 7:16 18:6 | 54:3 | 35:16 50:2 |

**r** 2:1 4:1
**radio** 12:16
  17:12,19,22
**raise** 4:20
**raises** 35:23
**rank** 8:21
**rayala** 2:5
**read** 58:18
  60:23
**reading** 60:24
**realize** 41:15
**really** 8:4 39:14
  47:7 54:24
  56:25 57:22
**recall** 7:13
  15:24 16:1
  25:1 29:6 32:6
  32:9 44:24
  45:8 47:18
  51:12,14,17,20
  52:18 56:14
**recalled** 59:6
**receive** 23:4
**received** 12:20
  18:21 24:8
**recent** 46:9
**recently** 23:8
  24:12 45:22,23
  47:14
**recognize** 34:6
  40:6
**recollect** 53:1
  54:23

**recollection**
  7:16 18:6
  49:18
**record** 4:3 5:20
  28:23 41:20
  60:17,19,22
  62:11
**recorded** 23:12
**redirect** 3:4
  58:13
**redo** 28:4
**reduced** 62:10
**reference** 19:10
**referenced** 6:2
  44:15
**referencing**
  35:11
**referring** 54:11
**regarding**
  56:10
**regardless**
  52:20
**regards** 53:19
**related** 47:24
**relieve** 21:17
**remember**
  19:22 25:9
  39:10 51:7,13
  53:7 57:22
**remembered**
  1:18
**remotely** 2:5,9
  2:12,13
**repeat** 25:6
  43:24

**repeating** 53:8
  54:3
**rephrase** 6:11
**report** 11:3
  18:18,22 19:14
  19:17,20 20:5
  20:16 56:4
  58:16,18
**reported** 1:24
  21:6
**reporter** 1:20
  4:13,16,19,25
  28:10 59:25
  60:8,12 61:3
**reporter's** 3:5,9
  62:1
**reporting** 4:13
  21:8
**represent** 4:18
  48:23
**request** 18:22
**reread** 6:11
**residence** 7:12
  21:1,18,19
  49:22 50:17
**respect** 20:19
  48:5
**respond** 20:10
  43:19
**responded** 11:8
  13:8 19:4
  20:22,24 32:2
  33:5 52:4,7,11
  52:15 55:3

**responder**
  35:16 50:2
**responders**
  55:22,25
**responding**
  11:14 19:1
  29:16,17 52:22
  54:25
**response** 7:10
  8:10,17 11:22
  11:25 15:5,16
  18:21 20:20
  21:20 22:22
  24:2 43:14,14
  43:23 44:4
  45:9 49:22
**responses** 6:16
  6:17
**responsible**
  43:5
**result** 7:9
**results** 16:11
  56:21
**review** 24:16
  34:12 49:12
**reviewed** 24:13
  24:25 30:19
  41:2,16,19
**rich** 41:1
**richard** 41:1
**right** 4:20 6:21
  7:4,9 14:11
  21:1 22:9 26:8
  26:16 29:1
  35:22 36:12

**[right - single]**

38:4 39:10
40:5 48:14
50:7 52:1
53:12
**river** 13:3
**riverwood** 2:8
**rmr** 1:24 62:5
**road** 9:4
**roadwork** 9:5
**rock** 10:8 30:7
30:13
**role** 20:19
54:25
**rpr** 1:24 62:5
**rudwin** 2:3
**rudy** 5:3,10
48:23
**rules** 5:16
**run** 13:25 15:1
**running** 15:7
41:7
**ryan** 21:9
31:14 49:23

**s**

**s** 2:1 4:1 60:11
**safe** 55:5
**sat** 39:11
**save** 43:23 44:3
44:7
**saved** 39:25
**saw** 21:1 24:9
25:12
**saying** 28:9
51:13,14

**says** 16:13
19:11,13
**scene** 11:25
12:8,14,23
15:13 17:7
18:7 19:4
20:13 21:16
23:25 27:17
29:13 37:24
41:4 45:18
47:18 52:7
59:6
**school** 10:2,3,6
**screen** 14:22
26:9 33:25
**seal** 62:12
**searching**
14:17
**second** 18:18
26:7 29:3
39:17 40:6
**seconds** 26:12
27:12,15,20
28:15 34:4,5
38:8
**security** 21:16
**see** 11:14 14:1
14:7,16,17
15:8,21 17:5
18:23 19:1,13
19:15 21:23
26:8,8,16
28:16 32:17
36:17 38:3
59:22

**seeing** 32:3
**seem** 10:14
53:21 54:2
**seems** 16:17
**seen** 20:17 21:6
23:8,8
**semicolon**
26:23 39:23
**sense** 37:24
**sensitive** 45:4
**separate** 30:10
**sergeant** 21:15
22:19 39:11
40:20,25
**serial** 26:18
40:4
**series** 6:9
**services** 30:11
**seven** 26:11
36:24 37:22
39:17
**sheaman** 19:23
24:4,8 26:1
45:24,25 46:10
47:9 55:24
56:23
**sheaman's**
18:24 48:5
**shed** 25:19,22
25:23 26:2
30:22 33:12
51:4 53:20
56:9,11 57:20
**sheriff** 19:8

**sheriff's** 7:11
8:24 9:10,16
9:24 10:16,23
18:18,22 42:1
44:2 58:16
**shift** 13:7,11,14
18:3 21:17
42:12 43:11,12
43:16
**shorter** 8:1
39:14
**shorthand** 62:9
**shot** 26:8 31:22
**shoulders** 6:18
**show** 11:1
49:16
**showed** 58:15
**shown** 18:20
49:8
**shows** 14:22
37:19
**shred** 45:5
**shredded** 45:4
**shrugging** 6:18
**shut** 38:24 39:3
**shutoff** 38:25
**shy** 39:16
**sic** 16:2
**side** 28:17 34:1
**significance**
41:11
**similar** 17:25
20:7
**single** 43:18

**sir** 9:14,25
  10:25 13:19
  58:9
**sister** 32:17
**sit** 7:16
**site** 11:13 23:12
  44:18,22,25
**sitting** 24:21
  41:3
**situation** 19:24
  59:11
**six** 8:2,3,4 12:2
  13:12,13 34:16
  39:16
**sketch** 9:2
**skip** 49:6
**sleeping** 50:22
  53:23
**small** 11:15
**smoke** 25:24
**smoking** 25:22
  26:2 33:13
  35:24 53:20
**smoother** 5:17
**software** 44:14
**solutions** 4:15
**somebody** 51:5
**soon** 41:25
  43:10,12
**sorry** 11:22
  25:6 59:20
**sort** 15:17
  17:10,20
**sounded** 35:7

**sounds** 47:7
  49:17
**speak** 22:15
  31:11,17 45:23
  45:25 54:6,8
  54:18 56:10
  58:25
**speaking** 21:13
  34:23
**special** 28:4
**specialties** 9:8
**specific** 43:23
  44:4 45:15
  46:21 47:6
  48:2 53:6
**specifically**
  35:5
**specifics** 46:23
**speculating**
  37:14
**spelled** 60:5
**spelling** 60:1
**spellings** 59:23
**spent** 40:16
**spillman** 14:1
  14:17,19 15:2
  15:5,12,21,25
  16:3,11,14,21
  17:13,23 38:13
  38:16 39:4
  40:16
**spoke** 21:9
  22:12,18,20
  23:4 25:8,16
  46:9 51:9,23

54:20
**springs** 10:8
**ss** 62:3
**start** 30:15
  32:14,20 38:13
  38:20 48:22
**started** 9:4,15
  9:18 10:24
  25:2,18 27:25
  29:13 30:22
  33:5 34:17
  35:18 39:3
  50:22,25 53:21
  53:23 55:10,15
  56:13
**starting** 5:10
  29:20 32:13
  49:11
**starts** 19:8
  27:12
**state** 1:20 5:19
  20:15 62:2,6
  62:21
**stated** 20:9
**statement**
  21:10 35:22
  53:22
**statements**
  19:13 21:11
  23:2,3,5,6,7,11
  36:1,7,9 41:20
  53:20 55:3
**states** 1:1 4:9
**status** 13:24
  17:14

**stay** 39:6
**steed** 1:19,24
  62:5,19
**step** 41:24
**stephanie** 1:5
  2:11 4:11
**stepped** 21:3
**stop** 28:19
**stopped** 21:3
  36:15
**stored** 44:10
**strike** 29:12
**structure** 12:18
**subpoenaed**
  46:9 59:1
**substantive**
  41:21 47:8
  59:5
**suffice** 50:16
**suite** 2:8
**summary** 11:21
  11:24 17:3,4
**supplement**
  19:14,17,19,25
  20:5
**supplemental**
  20:16
**sure** 8:16 44:1
  46:16 57:16
  60:14
**surprised**
  19:24
**swear** 4:16
**sweetwater**
  7:11 8:23 9:9

**[sweetwater - truthfully]** Page 15

9:16,24 10:15
10:23 11:3,9
14:21 18:17,22
30:4 58:16
**sworn** 4:22
62:8
**system** 14:2,16
14:17,19,20
15:1,5,11,12,20
16:6,15 17:14
27:6 38:14
42:1 44:14

**t**

**t** 60:11
**t&t** 4:13
**tab** 44:8
**take** 18:13,15
22:3 28:7
41:24 44:18
**taken** 1:19 4:6
5:14 6:8 23:11
61:5 62:9
**talk** 47:3
**talked** 21:10
45:20 46:23
47:14 55:25
56:24
**talking** 24:23
27:25 34:20
35:5,13 47:19
50:20 51:5
**technician** 2:11
4:12
**telephone** 31:2
31:5

**tell** 4:22 12:21
16:10,22 32:4
46:21
**telling** 51:17,20
57:23 59:3
**ten** 34:16
**terrible** 31:22
**testified** 4:23
54:13
**testify** 48:1
62:8
**testimony**
49:11
**texas** 30:3
**thank** 4:25 5:7
28:10 29:1
30:14 49:3
58:9 59:14,17
60:13,15 61:2
61:3
**thermostat**
22:8
**thing** 24:19
**think** 7:21,23
8:1 14:5 16:7
24:12 25:21
28:20 29:5
38:14 40:18
43:7 47:22,22
48:13,17 49:17
50:13 51:4
60:4,7
**thinking** 14:14
29:16

**thought** 35:17
57:2
**three** 19:8
42:10 43:8
**thrown** 56:5
**thumbnail** 9:1
**time** 5:7 8:20
10:15,18,22
11:7,13 13:8
13:10,15 14:24
15:6,7,11
16:14 18:3
20:10 25:8,8
30:10,13 31:3
33:2 36:14,14
36:19,22,23,24
36:24 37:3,4,4
37:6,9,12,16,17
37:19,20,22,23
38:3,18,18
39:7,9 40:12
40:15,19 41:13
46:5 50:17,22
52:3,6 53:23
58:7 59:4,11
59:15 60:21
62:9
**timestamp**
36:13
**today** 4:3 5:10
7:16,19 11:18
59:16
**together** 20:6
**told** 19:23 36:3
37:8 39:12

50:21 55:23
**took** 12:22
42:25 46:15,15
55:3
**top** 12:25 42:8
**totality** 24:18
58:19
**towards** 13:1
40:20
**track** 14:21
20:16 38:18
**tracked** 37:12
**tracking** 17:11
17:20
**trainer** 9:6
**training** 9:7
23:19
**transcript** 28:8
60:24 61:5
62:10
**translates**
37:20
**trash** 45:6
**traumatic** 52:8
52:12,15,22,23
**traumatized**
53:16
**truck** 21:2
27:20
**true** 49:13 58:3
62:11
**truth** 4:22 62:8
62:8,8
**truthfully** 7:7

**try** 13:25 42:10
42:12 49:15
**trying** 11:22
35:8
**turned** 8:13
41:8,12
**two** 7:22 8:18
14:5,6 17:16
17:16 29:3
30:10 39:9
42:9 46:12
50:7 58:23
60:7
**type** 11:5 17:20
56:4 59:11
**types** 6:17
**typewriting**
62:10
**typical** 13:14
**typically** 27:12
43:7 45:12

**u**

**uncommon**
53:13
**under** 62:10
**underscore**
26:23,24,24
39:23,23,24
**understand**
5:22 6:5,10
26:18 43:24
**understanding**
37:6 39:19
49:10

**understood** 7:5
33:15
**united** 1:1 4:9
**upload** 37:18
42:3,4,5,13,14
42:16,20 43:3
43:4,13,15,22
**uploaded** 41:25
42:11,12 43:8
44:6
**uploads** 43:6
**upper** 26:15
36:12 38:4
40:5
**usc** 42:19
**use** 15:3 17:15
**used** 25:22
33:12 56:9,11
**uses** 14:21
**utilize** 17:24

**v**

**various** 9:2
11:8
**vehicle** 8:8 38:8
38:11,24 39:2
39:6,8 40:20
40:23
**verbatim** 62:11
**verify** 26:19,20
**veritext** 4:14
**versus** 4:7
**victim** 15:15
**video** 2:11 4:11
8:1,2,3,4 25:10
26:13 27:8,11

27:19 28:7,11
30:15,18 31:20
32:3,6 33:21
34:12 36:16
38:2 39:7,13
39:14,16 40:7
40:21,22 41:2
49:17 59:19,24
60:20
**videoconfere...**
1:15,18
**videograher**
4:2 59:19
60:16,20
**videos** 8:18
39:10 44:4,5
**videotape** 4:5
**view** 24:18
**viewed** 49:19
**vocations** 9:2
**voice** 28:20
33:22
**vs** 1:9

**w**

**w** 2:4 39:24
60:11
**w.w.** 1:6
**w24200** 2:8
**wadsworth** 1:5
1:7 4:7 5:4
7:12 16:17
21:5,11,19
22:12 24:9,23
25:1 30:16,24
31:8 32:15

48:23 49:22
54:18,20
**wait** 43:19
**waive** 60:24
**walk** 8:3
**walked** 22:23
**walking** 54:14
**wall** 35:19
56:14,18
**walmart** 1:10
4:7 5:2
**want** 11:21
44:12
**wanted** 8:15
**watch** 7:23
24:19
**watched** 7:20
7:25 8:1 32:5
**waukesha** 2:8
**way** 15:13
41:21 42:18,25
42:25 51:21
52:3 54:10
55:6,9,14 58:2
59:5
**ways** 17:17
**wednesday**
1:17 4:3
**week** 8:2 41:17
**weeks** 46:2
**went** 18:9
20:25 21:15,22
27:8 32:6 34:5
46:14,17,19
50:8 51:3

**western**  10:7
██████  32:7
50:12,15 60:10
**whichever**  6:12
**white**  21:2
**wi**  2:8
**window**  25:13
26:3 33:16
**wireless**  42:21
**witness**  4:17,24
15:15 20:9
22:5 23:3,11
25:4,15 33:8
36:6 41:20
48:18 53:4
54:6 57:11
58:9,12 59:17
60:23,25 62:7
62:12
**witnesses**  52:13
52:16,22
**woke**  51:18,21
**wonderful**
60:13
**worded**  25:16
**work**  12:14
**worked**  9:12
10:18
**working**  13:11
30:13
**works**  47:12
**written**  20:1
23:2,5 45:10
**wrong**  50:14
60:5

**wyoming**  1:1
4:10 10:3,8,8
36:23 37:4

| x |
| --- |

**x**  3:1
**x83117281**
26:16

| y |
| --- |

**y**  39:24
**yeah**  8:6 11:6
12:5 15:17
18:15 23:24
31:21 33:24,24
34:1 36:2 37:2
37:15 38:15
39:8 41:5
42:23 43:10
45:14 46:4,6
46:20 47:11
48:9 52:2
53:17 59:21
60:4
**year**  9:5,20
10:4,11,17
**years**  8:25 9:15
10:24
**yep**  44:16
58:12 59:17
**young**  29:4
52:17,20

| z |
| --- |

**z**  36:21 37:12
37:16

**zone**  37:3
**zoom**  4:4 6:22
**zulu**  36:19,22
36:24 37:4,9
37:12,16,20,22
38:3,18 40:10

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.