# EXHIBIT 2

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (00:37):

Hi there. How are you better than you? Oh,

Ryan Pasborg (00:41):

I saved a life. That's all that matters To me.

Det. McPhie nka Merrell (00:43):

So are you the one who lives there?

Ryan Pasborg (00:44):

No, the people that live there are in my vehicle. I live out here in Jamestown. I was driving by and seen the flames.

Det. McPhie nka Merrell (00:51):

Okay.

Ryan Pasborg (00:51):

I kept hauling ass in. When I made arrival, the girl and the two boys were outside. I asked them if anybody else was inside. They said their mother, and that's when I made entrance.

Det. McPhie nka Merrell (01:05):

Perfect.

Ryan Pasborg (01:05):

And found her in the kitchen and got her out. Don't -- Go ahead.

Det. McPhie nka Merrell (01:09):

No, you're fine. Pulled her right out

Ryan Pasborg (01:12):

And stayed low and pulled her right out. I'm a volunteer firefighter for Superior.

Det. McPhie nka Merrell (01:16):

Okay, perfect. So you had an idea of what to do then. Okay. Let me get your information from you. What's your last name?

Ryan Pasborg (01:22):

Pasborg. P-A-S-B-O-R-G.

Det. McPhie nka Merrell (01:24):

G O R T?

Ryan Pasborg (01:27):

This transcript was exported on Feb 13, 2025 - view latest version here.

Nope. G PAS, B as in boy, OR, G as in George. BORG. Yep.

Det. McPhie nka Merrell (01:33):
Perfect. First name?

Ryan Pasborg (01:34):
Ryan,

Det. McPhie nka Merrell (01:36):
RYAN. Date of

Ryan Pasborg (01:37):
Twelve three eighty nine.

Det. McPhie nka Merrell (01:39):
Three eighty nine.

(01:40):
Phone number?

Ryan Pasborg (01:41):
Three oh seven four four eight zero two six.

Det. McPhie nka Merrell (01:44):
8 2 6 8. And then what's your address?

Ryan Pasborg (01:47):
40 36 Rio Verde Drive And she was not breathing when I got her out the house. I brought her back. We need you to stay out of the way for the fire department boss. Is it okay if I go to the house in front of it? I live there.

Det. McPhie nka Merrell (02:16):
Stay over here back up. Just pull over next to my car. Let the firefighters get through.

Ryan Pasborg (02:37):
I was in my other truck. I have my firefighter gear, but I don't have legal authority over here. Yeah.

Male Neighbor (02:43):
Can I please go check on my parents? So I just got a call from my sister. She said it was our house there on fire. I just drove all the way over here. I'm having,

Det. McPhie nka Merrell (02:51):
Okay. Well, if it's your house, you're not going over there?

This transcript was exported on Feb 13, 2025 - view latest version here.

Male Neighbor (02:54):

No. My house is the one in front of it.

Det. McPhie nka Merrell (02:56):

Okay. That Blue one right.

Ryan Pasborg (02:57):

 There's not no fire on house.

Male Neighbor (02:59):

Want to make sure my parents,

Ryan Pasborg (03:00):

they're fine.

Speaker 3 (03:01):

Yeah, I would For right now until the fire gets down, just stay over here. The people that just stay in your car right

Ryan Pasborg (03:08):

Now, you're all right. They're just fine. That fire's not close to their house. It's the house behind it. I got everybody out of the house. That house, there's no, that house is in no danger as of right now. Okay.

Det. McPhie nka Merrell (03:19):

Okay. I'm not going to have you go over there and just add another body over there right now. Okay.

Male Neighbor (03:23):

I Understand, man.

Det. McPhie nka Merrell (03:24):

Okay. Just go stay in your car for me. Roll up your window. Stay warm. Okay.

Female On Scene - EMT probably (03:36):

Got Some pretty severe burn. My partner's grabbing a stretcher. We have a,

(03:43):

She might calm down. Okay. Do you have airway burn and I don't want those to get worse. Okay.

(04:00):

I'll let you guys get, have her name.

Det. McPhie nka Merrell (04:01):

You have it. Okay.

This transcript was exported on Feb 13, 2025 - view latest version here.

Female On Scene - EMT probably (04:03):

It's Stephanie

(04:03):

Wadsworth and her date of birth is 3/16/87 and we've got three kids in here. The one little boy in the front seat is also,

Male Voice Unknown (04:14):

it's not there. It's not theirs. It's not theirs. It's not their,

(04:17):

It's not ours. It's not not ours. It's not ours.

Det. McPhie nka Merrell (04:27):

I'm going to go,

(04:38):

Hi buddy. I'm Deputy McPhie. Hey, I need to ask you some questions real quick. Okay.

█████ Wadsworth (04:44):

There was a fire.

Det. McPhie nka Merrell (04:46):

Okay. What's your name? Honey.

█████ Wadsworth (04:49):

█████

Det. McPhie nka Merrell (04:49):

Is it ████████?

█████ Wadsworth (04:53):

█████.

Det. McPhie nka Merrell (04:54):

Okay. What's your last name? █████?

█████ Wadsworth (04:57):

Wadsworth.

Det. McPhie nka Merrell (05:00):

What's your date of birth?

█████ Wadsworth (05:03):

2013

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (05:04):

2015?

█████ Wadsworth (05:06):

13.

Det. McPhie nka Merrell (05:06):

Do you know the month and date?

█████ Wadsworth (05:09):

████████.

Det. McPhie nka Merrell (05:11):

████████. Okay. ██████ when the fire started for you, where were you at? In the house?

█████ Wadsworth (05:16):

In my bed. and It was behind.

Det. McPhie nka Merrell (05:18):

You were in your bed?

█████ Wadsworth (05:19):

right next to the fire.

Det. McPhie nka Merrell (05:22):

Right next to the fire?

█████ Wadsworth (05:22):

I was on the <>.

Det. McPhie nka Merrell (05:32):

were you just asleep when the fire happened?

█████ Wadsworth (05:34):

Yes. All of us were.

Stephanie Wadsworth (05:37):

My house is on fire.

█████ Wadsworth (05:41):

It started by the shed.

Stephanie Wadsworth (05:47):

This transcript was exported on Feb 13, 2025 - view latest version here.

My house is on fire.

█████ Wadsworth (05:50):
Yes. We're all fine. We're all alive.

Det. McPhie nka Merrell (05:55):
Okay. I'm going to shut the door for you, okay?

█████ Wadsworth (05:58):
Okay.

Det. McPhie nka Merrell (06:00):
Yeah.

Female On Scene - EMT probably (06:01):
Any of them? Good?

Det. McPhie nka Merrell (06:02):
I know one of the boys has burns. Hey buddy. I'm going to open up this door real quick.

█████ Wadsworth (06:10):
Where all the lights are at the ambulance.

████ Wadsworth (06:12):
He was right next to the window, but I was under the window.

Det. McPhie nka Merrell (06:17):
Under the window.

████ Wadsworth (06:18):
Under the window.

Det. McPhie nka Merrell (06:18):
Okay. What's your name, buddy?

████ Wadsworth (06:20):
████.

Det. McPhie nka Merrell (06:21):
What is it?

████ Wadsworth (06:22):
████--Y.

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (06:25):

What is it?

██████ Wadsworth (06:26):

████████.

Det. McPhie nka Merrell (06:33):

N E or N D

██████ Wadsworth (06:35):

N E.

Det. McPhie nka Merrell (06:36):

N E. Okay. Is your last name Wadsworth too?

██████ Wadsworth (06:38):

Yeah.

Det. McPhie nka Merrell (06:41):

Okay. What's your date of birth?

██████ Wadsworth (06:44):

When's your birthday?

Det. McPhie nka Merrell (06:47):

Do you know your birthday buddy?

██████ Wadsworth (06:48):

I think it's ███ something, but I'm not the best date.

██████ Wadsworth (06:51):

████████████.

██████ Wadsworth (06:54):

I don't.

██████ Wadsworth (06:55):

█████.

Det. McPhie nka Merrell (06:57):

██████ Okay. And how old are you right now?

██████ Wadsworth (07:01):

Det (Completed  01/30/25)                                      Page 7 of 24
Transcript by Rev.com

This transcript was exported on Feb 13, 2025 - view latest version here.

Six.

Det. McPhie nka Merrell (07:01):

You're six, so you're going to be turning seven in ██, right? Okay, perfect. Okay, sweetie. And then what's your name,

██ Wadsworth (07:10):

██? ██████. K A. it's with a K.

Det. McPhie nka Merrell (07:15):

Okay, go slower.

██ Wadsworth (07:15):

██ 12?

Det. McPhie nka Merrell (07:20):

Wadsworth?

██ Wadsworth (07:20):

Yep.

Female On Scene - EMT probably (07:22):

We'll get you in the ambulance. Where its Warm. Okay.

Det. McPhie nka Merrell (07:24):

Okay. And then what is it? June

██ Wadsworth (07:25):

██████.

Det. McPhie nka Merrell (07:28):

2009. Okay. Were you just asleep too Sweetie?

██ Wadsworth (07:30):

uh-huh

Det. McPhie nka Merrell (07:30):

You guys were all asleep?

██ Wadsworth (07:32):

Yeah.

Det. McPhie nka Merrell (07:32):

This transcript was exported on Feb 13, 2025 - view latest version here.

Okay.

([07:35](#)):

Do you guys by chance, have any idea what started the fire?

████ Wadsworth ([07:37](#)):

No, it was outside.

Det. McPhie nka Merrell ([07:39](#)):

It was outside

████ Wadsworth ([07:40](#)):

by the shed.

████ Wadsworth ([07:42](#)):

We have a giant shed and a giant clump of a log

████ Wadsworth ([07:48](#)):

could be from that because my parents smoke, and they might have not put it all the way out, but they always have put it out.

Det. McPhie nka Merrell ([07:56](#)):

Always have. Okay.

████ Wadsworth ([07:57](#)):

But again,

Det. McPhie nka Merrell ([07:58](#)):

and what did you say? What it is normally that they always put out? What did you say?

████ Wadsworth ([08:01](#)):

They smoke.

Det. McPhie nka Merrell ([08:03](#)):

They smoke. Okay, okay. Okay. I'm going to shut this door put on blankets and stay warm for me, okay?

████ Wadsworth ([08:09](#)):

Okay.

Det. McPhie nka Merrell ([08:09](#)):

Okay, buddy.

([08:21](#)):

Okay. What do you guys need help with?

This transcript was exported on Feb 13, 2025 - view latest version here.

**Female On Scene - EMT probably (08:25):**
We're going to Load her and get her to the hospital. Okay. Those kids got somebody with him?

**Det. McPhie nka Merrell (08:31):**
No, not that I,

**Stephanie Wadsworth (08:33):**
my in-laws are coming.

**Det. McPhie nka Merrell (08:35):**
Your in-laws are coming.

**Female On Scene - EMT probably (08:37):**
They are coming over to tend to the kids. Are you good with that? We need to get her,

**Det. McPhie nka Merrell (08:41):**
Yeah we'll figure out if you guys take her.

**Female On Scene - EMT probably (08:42):**
I Have her and the other kiddo.

**Det. McPhie nka Merrell (08:44):**
Okay. The other kiddos and the, there's another kiddo.

**Female On Scene - EMT probably (08:47):**
Yeah, he's good. He's Good.

**Det. McPhie nka Merrell (08:50):**
He's over in the ambulance too.

**Female On Scene - EMT probably (08:51):**
He's got some burns on his knees and his hand, but he's good. He's not even crying.

**Det. McPhie nka Merrell (09:06):**
Oh, wrong one. Hey buddy. What's your name? My dude

**Ryan Pasborg (09:17):**
███████.

**███████ Wadsworth (09:18):**
███████.

**Det. McPhie nka Merrell (09:19):**

This transcript was exported on Feb 13, 2025 - view latest version here.

█████. What an awesome name. Do you know your date of birth?

Ryan Pasborg (09:28):
When's your birthday?

Female On Scene - EMT probably (09:31):
Anytime you have to poke, breathing, let us know.

Det. McPhie nka Merrell (09:34):
When is it? You're not sure? That's okay, buddy.

█████ Wadsworth (09:40):
I had cupcakes and a cake.

Det. McPhie nka Merrell (09:42):
You had, well, when was that? Was it here recently?

█████ Wadsworth (09:46):
It was my fourth.

Det. McPhie nka Merrell (09:50):
It was your fourth birthday?

█████ Wadsworth (09:52):
Yeah.

Female On Scene - EMT probably (09:52):
Excuse me.

Det. McPhie nka Merrell (09:53):
Fourth. Yep. Sorry, sorry. Alrighty buddy. Alrighty. My dude. I will leave you in here. Stay warm. That'll work for now.

Female On Scene - EMT probably (10:06):
Thank you so much.

Ryan Pasborg (10:07):
Yeah, you're welcome. Of course,

(10:12):
My boss is kind of being a dick.

Det. McPhie nka Merrell (10:13):

This transcript was exported on Feb 13, 2025 - view latest version here.

Okay. If we need to, I can scoot the kids over into my car.

Ryan Pasborg ([10:17](#)):

You're fine. I just,

([10:19](#)):

If I have any troubles, what's your name?

Det. McPhie nka Merrell ([10:21](#)):

Can I give a card? Yep. I'll give you my card. If they gave you any grief, tell 'em to call me. Oh goodness. Poor kiddos.

Ryan Pasborg ([10:34](#)):

Yeah. I'm just glad everybody got out. That house can be replaceable.

Det. McPhie nka Merrell ([10:39](#)):

That's it. My gosh.

████ Wadsworth ([10:41](#)):

The fire started at the porch. One second.

Det. McPhie nka Merrell ([10:46](#)):

You're on the phone with your in-laws right now, aren't you?

████ Wadsworth ([10:48](#)):

Yeah.

Det. McPhie nka Merrell ([10:48](#)):

Okay. Do they live here in Green River?

████ Wadsworth ([10:51](#)):

My grandma and grandpa live right next door.

Det. McPhie nka Merrell ([10:52](#)):

Okay. Are they on their way over here?

████ Wadsworth ([10:55](#)):

I think so. I did just like, It'll probably take them while because they're older.

Det. McPhie nka Merrell ([11:00](#)):

They're older,

████ Wadsworth ([11:00](#)):

This transcript was exported on Feb 13, 2025 - view latest version here.

and I'm talking people who live in find right now and my dad is .

Det. McPhie nka Merrell (11:03):

Okay. Your dad lives up?

██████ Wadsworth (11:04):

Dad's coming home in right now.

Det. McPhie nka Merrell (11:06):

Okay. Where does your dad live at?

██████ Wadsworth (11:07):

My dad lives with us. He was at church and Dwight. I'm so glad he was working nights because it's so hard to wake up.

Det. McPhie nka Merrell (11:13):

Okay, so he's on his way home from church and Dwight then. Okay. And your in-laws live. Do you know their house number?

██████ Wadsworth (11:19):

No.

Det. McPhie nka Merrell (11:19):

You don't? Okay.

██████ Wadsworth (11:20):

No.

Det. McPhie nka Merrell (11:20):

Okay. That's okay. We'll just wait for him to,

██████ Wadsworth (11:23):

I'm surprised I was able to calm down enough to call them to talk to the people.

Det. McPhie nka Merrell (11:29):

Yeah, 100%.

██████ Wadsworth (11:31):

Because as I was on the phone, he was trying to help my mom because she was on the ground.

(11:36):

I knew I heard a thud, but I was just stuff, and then when mom and ██████ didn't come out,

Det. McPhie nka Merrell (11:43):

This transcript was exported on Feb 13, 2025 - view latest version here.

it's okay. You're okay. You're safe. It's okay. It's okay to cry on this other blanket on.

████ Wadsworth (11:51):

It's got stuff on it. I know it's not the time right now,

Det. McPhie nka Merrell (11:56):

but I mean it might be. I was just telling her to put on that blanket, but she doesn't want to because the mom had it. Okay, I will shut the door. I'll shut the door so you can take some, okay,

Ryan Pasborg (12:08):

my heat's up. I just want to make sure.

Det. McPhie nka Merrell (12:09):

Okay. Your grandparents are on the way they said, so they should be here in just a minute. Hopefully

Ryan Pasborg (12:33):

I might take the day off.

Det. McPhie nka Merrell (12:37):

crazy. Start to your morning.

Ryan Pasborg (12:39):

Oh man.

Det. McPhie nka Merrell (12:41):

Crazy. Start my gosh. When you got here, how engulfed was it?

Ryan Pasborg (12:53):

It looked like the kitchen area and the flames. It looked like the flames started on the outside or in the exterior wall.

Det. McPhie nka Merrell (13:02):

Yeah, that's what the kiddo said. The parents smoke out on a shed attached to the back, and so I wonder if they just didn't put a cigarette all the way out.

Ryan Pasborg (13:12):

Yeah, I don't, my first reaction was who's in the house and how many?

Det. McPhie nka Merrell (13:17):

Yeah, Definitely this early. My gosh, Everyone's asleep.

Ryan Pasborg (13:22):

This transcript was exported on Feb 13, 2025 - view latest version here.

Just not going into details, but burning flesh and the way it moves in your hands when you grab a hold of somebody is just,

Det. McPhie nka Merrell (13:33):
It's all slimy and Sticky.

Ryan Pasborg (13:37):
You can fix that.

Det. McPhie nka Merrell (13:38):
That's It.

Ryan Pasborg (13:40):
I just had to get her out and that's all that mattered to me and not go down myself.

Det. McPhie nka Merrell (13:48):
Two people stuck in there. Lemme see there. Hey sweetie. What's your grandparents' name?

███ Wadsworth (14:11):
I don't remember.

Det. McPhie nka Merrell (14:12):
Is it Lori

███ Wadsworth (14:13):
Lon and Lavonne.

Det. McPhie nka Merrell (14:13):
Lavonne? Yeah. Okay. Lavonne. Okay. Lemme try to get a hold of their grandparents real quick.

Dispatch (14:35):
Four 11 Central.

Det. McPhie nka Merrell (14:37):
Oh my God. Go ahead.

Dispatch (14:41):
Four 11. We can see him in the city, but we don't see any in the county on our map. The closest one's going to be in the visitor center. Copy. I came the county, but I don't see any near me.

Lavonne Wadsworth (VOICEMAIL) (15:13):
You miss me. Leave a message.

This transcript was exported on Feb 13, 2025 - view latest version here.

Dispatch (15:39):

1 28 Central.

Lavonne Wadsworth (VOICEMAIL) (15:41):

You missed me. Leave a message.

Dispatch (15:51):

1 28 Central. Go ahead, central.

Dispatch 2 (16:02):

Are you guys still on scene or have you been route to the hospital yet?

Dispatch (16:06):

He's en route right now.

Dispatch 2 (16:10):

Copy en route to the hospital. 4 55

Dispatch (16:14):

Central MS one twenty eight.

Lon Wadsworth (16:16):

Hello?

Det. McPhie nka Merrell (16:17):

Hi. Does this phone number belong to Lavonne Wadsworth?

Lon Wadsworth (16:20):

It does.

Det. McPhie nka Merrell (16:22):

Hey, this is Deputy McPhie with the Sweetwater County Sheriff's Department. Hey, I was just wondering if you guys are, it was kind of jumbled between tears and stress and everything like that. Are you guys heading over kind of towards your, I believe it's your daughter's house, the one that's on fire right now.

Lon Wadsworth (16:44):

Are we headed over there?

Det. McPhie nka Merrell (16:46):

Yeah, so I'm at the entrance to the house on 3 74 with all the kiddos. Mom is getting taken to the hospital. She got loaded up right away and is headed to the hospital, but I have all the kiddos over here with me.

This transcript was exported on Feb 13, 2025 - view latest version here.

Lon Wadsworth (17:01):

Okay. My wife is on her way over there right now.

Det. McPhie nka Merrell (17:06):

Okay, perfect. Perfect. I thought that's what everyone was saying. I just wanted to make sure that that was the plan.

Lon Wadsworth (17:13):

Can you tell me the condition of Stephanie?

Det. McPhie nka Merrell (17:16):

So she's pretty burnt up. She has pretty good exterior burns and some burning probably in her throat it sounds like. So she's, I'm not going to lie. She's pretty burnt up, so she's getting rushed right over to the hospital and one of her kiddos, ███████ is heading over there with her because he has burns on his legs just like on his knees.

Lon Wadsworth (17:45):

Okay.

Det. McPhie nka Merrell (17:45):

So he's heading over there in the ambulance with her, and so they're heading over there. You'll have to contact the hospital to figure out if they're going to life flight her over to Salt Lake, to the U of U burn center, or if they're going to just keep her here locally. But yeah, so she, she's already on her way over there. They loaded her up right away and took her, so.

Lon Wadsworth (18:11):

Okay. Yes. My wife should be over there

Det. McPhie nka Merrell (18:16):

In just a few minutes.

Lon Wadsworth (18:17):

Do you know if someone has communicated with Matt?

Det. McPhie nka Merrell (18:21):

So the dad, the oldest daughter, she was on the phone with him and he said that he is leaving Church in Dwight and on his way back. So it'll obviously take him a wee bit longer to get over here. So we'll just ship the kids over to your guys' house until dad gets over here. Does that work?

Lon Wadsworth (18:39):

That works? Yes.

Det. McPhie nka Merrell (18:40):

This transcript was exported on Feb 13, 2025 - view latest version here.

Okay, perfect. Sounds good. Well, we'll see you, your wife here in just a few minutes then.

Lon Wadsworth (18:47):
She's over there somewhere right now

Det. McPhie nka Merrell (18:49):
She is, yes. Okay. I wonder if she went down to the house. I'll get ahold of my other deputies and see if she,

Lon Wadsworth (18:57):
Okay. Could you tell me where you are at?

Det. McPhie nka Merrell (18:59):
So we are, so at 374, as soon as you,

Lon Wadsworth (19:04):
Ma'am, where are you at on the property?

Det. McPhie nka Merrell (19:08):
I'm literally right at the entrance of 3 74 going into the property.

Lon Wadsworth (19:13):
Okay. Out by the highway?

Det. McPhie nka Merrell (19:14):
Yep. Yep. I'm sitting right there. Another truck stopped out and has the kiddos in his truck too, so we're just kind of waiting for someone to come pick him up. Okay. Okay.

Lon Wadsworth (19:25):
Okay.

Det. McPhie nka Merrell (19:26):
Alrighty. Thank you.

Lon Wadsworth (19:27):
You bet.

Det. McPhie nka Merrell (19:28):
Thanks. Bye-Bye.

(19:39):
Where is grandma at? Hi, go ahead.

Lavonne Wadsworth (19:51):

This transcript was exported on Feb 13, 2025 - view latest version here.

My kids,

Det. McPhie nka Merrell (19:53):

they're in there.

Ryan Pasborg (20:00):

Mom's in the ambulance with ███████.

Det. McPhie nka Merrell (20:01):

Yep. They're headed. Yep. This is the grandparents. Tell the kiddo she's going to come get them and take them back to her house. Okay. Hi Lavonne.

(20:13):

Hey there. Hey there. Deputy McPhie. Hey, it's okay. Deep breath. Deep breath for us.

Ryan Pasborg (20:19):

We got everybody out of the house, okay?

Det. McPhie nka Merrell (20:21):

Okay. Everyone's out of the house. Your daughter? Correct?

Lavonne Wadsworth (20:25):

Daughter-in-law.

Det. McPhie nka Merrell (20:26):

Your daughter-in-law. So she, her and ████████ are heading to the hospital right now. Okay. And so they already loaded her up, took 'em both. ████████ has burns on his knees and she does have pretty significant burns on the exterior though. Okay.

Ryan Pasborg (20:41):

Your Daughter-in-law does.

Det. McPhie nka Merrell (20:42):

Your daughter-in-law does. Okay. And so we just need a safe place for the kiddos to go till and dad's on his way from church in Dwight right now. Yeah, he's on his way back. It is obviously going to take him a few minutes to,

Lavonne Wadsworth (20:52):

he should go to the hospital and I'll take the kids. Actually, I walked over here. Can you drive them to my house?

Ryan Pasborg (20:58):

Absolutely.

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (20:59):
Are you okay with that?

Ryan Pasborg (21:00):
Yeah. Oh yeah.

(21:01):
Okay. And there's no reason for you to walk either. If, what's your name?

Lavonne Wadsworth (21:05):
Lavonne.

Ryan Pasborg (21:05):
It's okay. Why don't you climb back here in the backseat and Let's get grandma loaded up.

Det. McPhie nka Merrell (21:15):
Okay? Go ahead and take a seat in the front and we'll get you guys all over to your house. Okay?

Lavonne Wadsworth (21:22):
My husband was walking over. I don't know if he got his phone either.

Det. McPhie nka Merrell (21:26):
Okay. I was just on the phone with him two seconds ago. I don't know if he's walking over to the house. It didn't sound like, it sounded like he was still inside because I didn't hear anything.

Ryan Pasborg (21:35):
We'll watch for him.

Det. McPhie nka Merrell (21:36):
We'll watch for him. Okay. Walk around for me.

Ryan Pasborg (21:38):
I'm going to drive down, then I'll watch for

Det. McPhie nka Merrell (21:41):
Yeah, watch if he's there, pick him up and take him back.

Lavonne Wadsworth (21:43):
My House phone is nine one four zero nine one four zero. Yeah.

Ryan Pasborg (21:46):
8 7 5.

This transcript was exported on Feb 13, 2025 - view latest version here.

Lavonne Wadsworth (21:47):

Yeah,

(21:48):

He's probably Out by now,

Ryan Pasborg (21:49):

but I'm just helping. I'm sorry.

Det. McPhie nka Merrell (21:53):

No, I 100% appreciate it.

Ryan Pasborg (21:56):

I have a good memory

Det. McPhie nka Merrell (21:57):

all the help I can get. Hey sweetie, what's your dad's name?

███ Wadsworth (22:01):

Matt Wadsworth.

Det. McPhie nka Merrell (22:02):

Matt. Okay.

███ Wadsworth (22:03):

He works at Church and Dwight. He just switched to nights tonight.

Det. McPhie nka Merrell (22:05):

Okay. Okay. Sounds good. You guys get over to your grandma's house. Okay.

(22:30):

4 11, 4 35.

(22:37):

There's going to be a white truck with all the kids in the bathroom taking them all to the grandparents house, I think they might cross you guys.

Matt Wadsworth (25:07):

Hello?

Det. McPhie nka Merrell (25:08):

Hi, is this Matt?

Matt Wadsworth (25:10):

This is.

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (25:10):

Hey Matt, it's Deputy McPhie.

Matt Wadsworth (25:13):

Hi.

Det. McPhie nka Merrell (25:14):

Hey. So just to kind of give you an update, all of the kiddos are heading over to your mom's house.

(25:22):

She came and got 'em, so they're all heading over there. ████████ and your wife are heading to the hospital. They are probably dang close to getting to the hospital. They left quite a few minutes ago, so they are on the way in, out to the hospital. ████████ isn't too, too burn. He does have some burns on his knees. That's why they're taking him. And then your wife, she is pretty burnt up on the outside and then they do the ems said that they do believe that she might have some burnage in her throat and so they're taking her over there. It's obviously up to you if you want to go see your kiddos first over at your mom's house or just head straight to the hospital. But that's where your wife is going to be at here in the next few minutes.

Matt Wadsworth (26:08):

Okay. I'm passing Lowe's right now.

Det. McPhie nka Merrell (26:13):

Okay, perfect. So you're dang close then?

Matt Wadsworth (26:16):

Yep.

Det. McPhie nka Merrell (26:16):

Okay, perfect. So yes.

Matt Wadsworth (26:18):

How long ago did they leave for Rock Springs?

Det. McPhie nka Merrell (26:21):

Let's see. They left exactly 10 minutes ago and they're obviously running code there, so they should be getting there probably here in the next, I imagine three minutes they'll be getting to the hospital. I'm not sure if they're going to have to lifelight or anything like that. You have to because if they do Lifelight, they'll get her out of here quickly, quickly, quickly. If they're going to Lifelighter. So just call the emergency room and they can tell you if they have to lifelight or not, if you have to head over to Utah. Okay?

Matt Wadsworth (26:50):

Okay. Okay.

This transcript was exported on Feb 13, 2025 - view latest version here.

Det. McPhie nka Merrell (26:52):

Okay, perfect. If you have any other questions, anything else, just give me a call back on this phone number. Okay.

Matt Wadsworth (26:57):

Are you still at my house?

Det. McPhie nka Merrell (26:59):

I'm not at your house. I am just on 3 74 to the entrance of your house. So I haven't, I mean I see all the smoke, but I'm not even at your house. I haven't seen it yet.

Matt Wadsworth (27:10):

Is the fire out?

Det. McPhie nka Merrell (27:12):

I think that they're still working on getting it out from as much as I've heard is it is fully engulfed.

Matt Wadsworth (27:26):

Okay.

Det. McPhie nka Merrell (27:26):

Okay.

Matt Wadsworth (27:28):

Okay.

Det. McPhie nka Merrell (27:29):

Alrighty. Like I said, any other questions get ahold

Matt Wadsworth (27:32):

please don't pull me over when I pass.

Det. McPhie nka Merrell (27:34):

Assume when you get close, kind of slow it down. We do have some Green River PD officers on the road slowing people down.

Matt Wadsworth (27:41):

Okay.

Det. McPhie nka Merrell (27:41):

So just as you get close, kind of just slow it down a little bit to pull into your mom's house for me. Okay. But I won't touch you otherwise. Okay?

This transcript was exported on Feb 13, 2025 - view latest version here.

Matt Wadsworth (27:50):

Okay.

Det. McPhie nka Merrell (27:51):

Alrighty sir. Alrighty. If you need anything else, let me know. You're welcome.

Matt Wadsworth (27:57):

Thank you.

Det. McPhie nka Merrell (27:57):

Yep. Bye-bye.

(28:17):

1135.

Dispatch (28:26):

Go ahead.

Det. McPhie nka Merrell (28:29):

Do you need me over there at all?

Dispatch (28:42):

35. You're coming across oh four, so two one

Det. McPhie nka Merrell (28:47):

Oh,

(28:50):

Sorry about that. Do you need me over there at all?

Dispatch (28:58):

No. If you just want to put those people in the call that you got and if you just write a quick note who got transported?

Det. McPhie nka Merrell (29:10):

Copy.

Dispatch (29:14):

I just hang out there until that other ambulance comes and then we'll just have the ambulance come down and stay where we're

Det. McPhie nka Merrell (29:25):

Sounds good.