EXHIBIT 3

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman ([00:02](#)):

We will just come right in here. We got a little table for you guys set up. You guys want to sit here? There Chair for you buddy? Or you guys want to sit?

Matthew Wadsworth (Dad) ([00:17](#)):

You want to sit on my lap because I'm sitting down?

███ Wadsworth (age 8) ([00:20](#)):

Sure. I've never seen a chill like that.

Sgt. Sheaman ([00:23](#)):

That's kind of comfy, isn't it? It looks comfy. All right, well appreciate you coming in. Yeah, I said this won't take too long, so I just want to get all your guys' info play. You know what? Let me go get you guys. Do you guys want, do you guys like Play-Doh?

███ Wadsworth (age 8) ([00:44](#)):

Yes.

Sgt. Sheaman ([00:45](#)):

Yes. Play-Doh. I'll go get you some Play-Doh. Hang on.

███ Wadsworth (age 8) ([00:50](#)):

All toys. You know sometimes. Yeah. What happened in the past that scared me still Daddy. Guess what? Like the Dickies. We get to play with Play-Doh and we had a giant thing of Play-Doh. I

Sgt. Sheaman ([01:16](#)):

which one do you guys want.

███ Wadsworth (age 8) ([01:21](#)):

black Playdoh is extremely hard to find.

Sgt. Sheaman ([01:23](#)):

Black is?

███ Wadsworth (age 8) ([01:24](#)):

Yeah.

Sgt. Sheaman ([01:25](#)):

Is it really?

███ Wadsworth (age 8) ([01:25](#)):

Yeah,

Sgt. Sheaman ([01:26](#)):

This transcript was exported on Jan 30, 2025 - view latest version here.

We got a whole bunch of it back there. So go. Huh?

██████ Wadsworth (age 8) (01:29):

This is really hard to open.

Sgt. Sheaman (01:30):

Need some help?

Matthew Wadsworth (Dad) (01:32):

Here? I'll open it for you buddy.

██████ Wadsworth (age 8) (01:35):

It's

Sgt. Sheaman (01:37):

Do you want me to go grab, to go grab you a chair, buddy. I'll go get you another chair too.

██████ Wadsworth (age 8) (01:41):

Thank you.

Matthew Wadsworth (Dad) (01:44):

Well, I guess try not to get any Play-Doh on your

██████ Wadsworth (age 4) (01:49):

Coat.

Matthew Wadsworth (Dad) (01:50):

No, on your wrist. On your hand. On your bandage.

██████ Wadsworth (age 4) (01:56):

Just hand.

Matthew Wadsworth (Dad) (01:57):

Okay.

██████ Wadsworth (age 4) (01:58):

Get it out. Thank you.

Sgt. Sheaman (02:04):

There you go buddy. You

Matthew Wadsworth (Dad) (02:07):

Scoot Over around the corner there, ██████.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (02:09):

Alright, so Matt, then

Matthew Wadsworth (Dad) (02:12):

Which kiddo was which? ████████? ████ and ████████. All eight in order of age. I got this one out. Okay,

Sgt. Sheaman (02:20):

And ████████. ████████. How old are you bud?

████████ Wadsworth (age 8) (02:22):

Eight.

Sgt. Sheaman (02:23):

Eight And then ██████.

Matthew Wadsworth (Dad) (02:26):

████████████████.

Sgt. Sheaman (02:29):

And he's six.

Matthew Wadsworth (Dad) (02:30):

Yep.

Sgt. Sheaman (02:31):

And then ████████ is

Matthew Wadsworth (Dad) (02:31):

Four.

████████ Wadsworth (age 4) (02:32):

The ball. I'm making the ball.

Sgt. Sheaman (02:36):

████████. How's your hand bud? How's your hand?

████████ Wadsworth (age 4) (02:40):

This

Sgt. Sheaman (02:41):

Is it doing pretty good?

Matthew Wadsworth (Dad) (02:42):

Yeah,

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (02:43):

he's healing pretty good.

Matthew Wadsworth (Dad) (02:43):

Yeah.

Sgt. Sheaman (02:43):

Good.

Matthew Wadsworth (Dad) (02:45):

His legs a little slower, but he had to get grafts. So

(02:47):

Yeah, we go back Monday.

Sgt. Sheaman (02:50):

I was going to say when you go back,

Matthew Wadsworth (Dad) (02:51):

yeah.

Sgt. Sheaman (02:51):

Okay, so the two kiddos that were in the room are these two, right?

Matthew Wadsworth (Dad) (02:58):

Yep. Those two.

Sgt. Sheaman (02:59):

Okay. Yeah,

███████ Wadsworth (age 8) (02:59):

The fire was behind me.

Sgt. Sheaman (03:01):

The fire was behind you guys?

███████ Wadsworth (age 8) (03:02):

Yeah,

(03:02):

It Wasn't behind ██████. It melted through the window. It moved up the wall when it was, it wasn't by ████, it was just By me.

Sgt. Sheaman (03:11):

Okay.

This transcript was exported on Jan 30, 2025 - view latest version here.

█████ Wadsworth (age 8) (03:11):

It melted through the window.

█████ Wadsworth (age 6) (03:12):

Yeah, I was right next to the wall that it was

Sgt. Sheaman (03:15):

You guys were,

█████ Wadsworth (age 6) (03:16):

But there was a giant shed white.

Sgt. Sheaman (03:19):

You guys were in a bunk bed, right?

█████ Wadsworth (age 6) (03:20):

Yes.

Sgt. Sheaman (03:20):

So who was sleeping on top? Who was sleeping on the bunk?

█████ Wadsworth (age 8) (03:23):

I was on top.

Sgt. Sheaman (03:23):

You were on top

█████ Wadsworth (age 6) (03:24):

Of And there the window was right next to him.

█████ Wadsworth (age 8) (03:26):

The window was gone.

Sgt. Sheaman (03:27):

The window was right next to you guys, right?

█████ Wadsworth (age 6) (03:29):

It was not me. There's the only a tiny crack.

Sgt. Sheaman (03:33):

Okay.

█████ Wadsworth (age 6) (03:33):

On me. My side.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (03:35):

Okay.

Matthew Wadsworth (Dad) (03:35):

Yeah, you can see about that much of the window from the bottom bunk

Sgt. Sheaman (03:42):

From the bottom, okay. Okay. And it was right up against that wall, right? Yeah. Okay. So what do you guys remember as far as that fire? What do you guys remember first thing you remember?

████ Wadsworth (age 8) (03:51):

First thing I remember is waking up to the fire alarm laying and the fire being something hot behind my bag. Get up, see the fire jumping out of bed with my blanket.

Sgt. Sheaman (04:07):

Okay.

(04:08):

And then tell me,

████ Wadsworth (age 6) (04:11):

our sister thought the fire was us screaming when

████ Wadsworth (age 8) (04:15):

this is ████, that's one of ████ stories. ████, I yelled there's a fire. ████ got up and she thought it was just a joke, but it wasn't. It was.

Sgt. Sheaman (04:29):

So when you guys were in bed, was it daytime or nighttime?

████ Wadsworth (age 8) (04:32):

Nighttime.

Sgt. Sheaman (04:32):

It was nighttime. So you guys have been sleeping

████ Wadsworth (age 8) (04:34):

Four o'clock in the morning,

████ Wadsworth (age 6) (04:37):

but I was still sleeping.

Sgt. Sheaman (04:40):

You were still sleeping?

This transcript was exported on Jan 30, 2025 - view latest version here.

███ Wadsworth (age 6) (04:41):

Sweated. Yeah. You slept through the fire alarms.

Sgt. Sheaman (04:46):

So what did you guys, I know you said you felt heat

███ Wadsworth (age 8) (04:49):

Yes.

Sgt. Sheaman (04:50):

You felt the heat on your back.

███ Wadsworth (age 8) (04:51):

Yes.

███ Wadsworth (age 6) (04:52):

███ did, but I didn't.

Sgt. Sheaman (04:53):

So did he wake you up too? Were you awake too or did your brother wake you up?

███ Wadsworth (age 6) (04:59):

No, I woke up by myself.

Sgt. Sheaman (05:00):

Okay.

Matthew Wadsworth (Dad) (05:01):

Because Of the heat Or the alarm?

███ Wadsworth (age 6) (05:03):

The alarms.

Sgt. Sheaman (05:04):

Okay.

███ Wadsworth (age 4) (05:05):

My ears.

Sgt. Sheaman (05:07):

What did you guys, when you guys woke up, I know you said you felt heat, but what did you see? What were some of the things You saw?

███ Wadsworth (age 8) (05:12):

This transcript was exported on Jan 30, 2025 - view latest version here.

I just smelled myself. That's all I smelled.

Sgt. Sheaman (05:15):
You Smelled yourself?

████ Wadsworth (age 8) (05:16):
I smell myself. It smelled like there was a fire down in the basement, which there was, because there's pretty much always fires down because the basement, when its cold that day, it was cold. There was ice on the ground.

Sgt. Sheaman (05:29):
Okay.

████ Wadsworth (age 8) (05:30):
Snow and ice.

Sgt. Sheaman (05:31):
So you smelled fire, you said

████ Wadsworth (age 8) (05:33):
Yes.

Sgt. Sheaman (05:33):
Or did you smell like smoke?

████ Wadsworth (age 8) (05:35):
Smoke.

████ Wadsworth (age 6) (05:35):
I smelled smoke.

Sgt. Sheaman (05:36):
Okay.

████ Wadsworth (age 4) (05:39):
I didn't smell.

Sgt. Sheaman (05:40):
You didn't smell Smoke?

████ Wadsworth (age 6) (05:42):
His room was way,

████ Wadsworth (age 4) (05:43):

This transcript was exported on Jan 30, 2025 - view latest version here.

I only smell myself.

Sgt. Sheaman (05:45):
Just yourself. Okay.

██████ Wadsworth (age 4) (05:47):
Yeah.

Sgt. Sheaman (05:48):
What did you guys see? What do you guys remember seeing?

██████ Wadsworth (age 8) (05:50):
I remember seeing the fire behind me after I woke up.

██████ Wadsworth (age 6) (05:54):
I remember seeing

Sgt. Sheaman (05:55):
What did that look like to you?

██████ Wadsworth (age 8) (05:56):
It looks terrifying.

Sgt. Sheaman (05:58):
Terrifying. Okay.

██████ Wadsworth (age 6) (05:59):
And what I saw on the wall and the door was a glow.

Sgt. Sheaman (06:05):
Okay.

██████ Wadsworth (age 8) (06:07):
I got out after I got out. ██████ got really good at waking up, mom. So she woke up, mom straight away. The fire and those simple words.

Sgt. Sheaman (06:18):
When you guys saw the fire, where was the fire in the room?

██████ Wadsworth (age 8) (06:25):
It was by the window, next to me.

Sgt. Sheaman (06:28):
Okay.

This transcript was exported on Jan 30, 2025 - view latest version here.

███ Wadsworth (age 6) (06:29):

It went around the door outside and then

███ Wadsworth (age 8) (06:33):

it melted through the window and went outside.

Sgt. Sheaman (06:35):

Okay.

███ Wadsworth (age 6) (06:37):

Just a bit.

███ Wadsworth (age 8) (06:38):

No, by the time I woke up, there was no window, not a piece. There was only two pieces of a window and those two pieces were on my bed. They melted off and they fell off the frame.

Sgt. Sheaman (06:51):

Okay.

███ Wadsworth (age 8) (06:53):

Those,

Sgt. Sheaman (06:54):

So where was the fire at in the room compared to where you guys were at In bed?

███ Wadsworth (age 8) (07:04):

Where it started was behind my door where ███ hoverboard was.

Sgt. Sheaman (07:09):

Which, what makes you think that? What makes you think that?

███ Wadsworth (age 8) (07:13):

Because I went to use the restroom and I closed the door and it hit the hoverboard and it was very, at least, least 30 minutes later, it traveled. The fire traveled into the wall and moved up and melted to the glass and then it melted the glass and then it next to me.

Sgt. Sheaman (07:36):

Okay.

Matthew Wadsworth (Dad) (07:37):

Do you remember what time you went to the bathroom At?

███ Wadsworth (age 8) (07:44):

uhm 3:30.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (07:47):
3:30 that morning?

█████ Wadsworth (age 8) (07:48):
Yes.

Sgt. Sheaman (07:48):
What makes you remember that?

█████ Wadsworth (age 8) (07:54):
The clock. I usually, in the mornings, I thought it was █████ already left cuz thats when the lights are usually off and they always off though. they're pretty much always off. I went to, I checked the tablet, my tablet percentage, and it said it was 3:30.

Sgt. Sheaman (08:17):
Okay.

█████ Wadsworth (age 8) (08:19):
And then I'm pretty sure that's right.

Sgt. Sheaman (08:23):
So when you checked your tablet percentage, you're looking at the battery?

█████ Wadsworth (age 8) (08:26):
Yes.

Sgt. Sheaman (08:27):
So was that before or after you went to the bathroom?

█████ Wadsworth (age 8) (08:29):
The battery? No, not the battery. It was next to the battery and it tells you what time.

Sgt. Sheaman (08:34):
Okay.

█████ Wadsworth (age 8) (08:36):
It has a password. It just tells you big the time. Big. Okay.

Sgt. Sheaman (08:41):
So was that before or after you went to the bathroom?

█████ Wadsworth (age 8) (08:43):
Before.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (08:44):

Before. Okay.

▬▬ Wadsworth (age 8) (08:45):

And I usually bring it with me to make sure, by the time I was done, it was 3:30.

Sgt. Sheaman (08:55):

It was 3:30. Okay. You got a really good memory.

▬▬ Wadsworth (age 8) (08:59):

I left the door opened.

Sgt. Sheaman (09:02):

Okay.

▬▬ Wadsworth (age 8) (09:03):

After I got in bed, I left the door open on accidentally.

Sgt. Sheaman (09:06):

Okay. So when you got back in bed, that's important. So when you guys went to the bathroom, and which bathroom did you use? If you go out your room and you go left, did you use the bathroom right there or did you go all the way down at the bottom or the back of the hallway where he was sleeping?

Matthew Wadsworth (Dad) (09:21):

blue or did you use the blue Bathroom or the brown bathroom?

▬▬ Wadsworth (age 8) (09:24):

Brown.

Sgt. Sheaman (09:26):

Which was which bathroom?

Matthew Wadsworth (Dad) (09:27):

The one next, right across the hall,

Sgt. Sheaman (09:29):

The closest one. Okay, gotcha. Is the closest bathroom. And that access to that, correct me if I'm wrong,

Matthew Wadsworth (Dad) (09:35):

was around the corner.

Sgt. Sheaman (09:36):

Around the corner. Okay. Gotcha. Gotcha. Okay. So when you, So when you got up to use the bathroom, you had to open the door, the door was shut, right?

This transcript was exported on Jan 30, 2025 - view latest version here.

███████ Wadsworth (age 8) (09:47):

Yes.

Sgt. Sheaman (09:48):

Okay. So then when you went to the bathroom, you came back in, you didn't shut the door?

███████ Wadsworth (age 8) (09:51):

Yes.

Sgt. Sheaman (09:52):

Okay. Did anything catch your eye? Was there anything going on with where the hoverboard was or did you smell anything at that point?

███████ Wadsworth (age 8) (09:59):

After I went to use the restroom, I was sound asleep.

Sgt. Sheaman (10:03):

Okay, so you didn't do any time you got up or anything like that. You didn't plug the hoverboard in or unplug it or anything like that?

███████ Wadsworth (age 8) (10:11):

It wasn't plugged in. It was closed behind the door.

Sgt. Sheaman (10:18):

Okay. Okay. So do you remember, you just said that it wasn't plugged in, but you remember if it was actually, had you guys plugged it in before you went to bed?

███████ Wadsworth (age 8) (10:29):

No. At the time when I got up and I saw the hoverboard, it wasn't plugged in like we plugged it in Mom, I'm guessing mom unplugged it. She had the box. I'm pretty sure the box said not to.

Matthew Wadsworth (Dad) (10:47):

Guy I work with worked for a volunteer fire department in Vegas and he told us that they had problems with that in Vegas. Said do not leave it plugged in.

Sgt. Sheaman (11:01):

Yeah, Absolutely.

███████ Wadsworth (age 8) (11:04):

That was what I was.

Sgt. Sheaman (11:05):

What'd you make buddy? Looks good.

███████ Wadsworth (age 4) (11:08):

This transcript was exported on Jan 30, 2025 - view latest version here.

It's a circle.

Sgt. Sheaman (11:08):
Looks like a pancake.

█████ Wadsworth (age 4) (11:11):
It's a circle.

Sgt. Sheaman (11:12):
It's a circle.

█████ Wadsworth (age 4) (11:13):
Yeah.

Sgt. Sheaman (11:13):
Circles like you make a pancake and shape of a circle. Right.

█████ Wadsworth (age 4) (11:17):
But it looks like an egg.

Sgt. Sheaman (11:19):
Yeah, it kind of does too. I agree.

█████ Wadsworth (age 8) (11:24):
Guess what I made? It's a bone.

Sgt. Sheaman (11:28):
But █████, you said that you're pretty sure that was unplugged when you got up to go to the bathroom?

█████ Wadsworth (age 8) (11:35):
Yeah.

Sgt. Sheaman (11:35):
Okay. So you think maybe, was it plugged in, correct me if I'm wrong, was it plugged in when you guys went to bed?

█████ Wadsworth (age 8) (11:41):
I plugged it in when we went to bed.

Sgt. Sheaman (11:44):
Okay.

█████ Wadsworth (age 8) (11:44):
I'm guessing mom unplugged it in.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (11:45):

Okay.

███ Wadsworth (age 8) (11:46):

Because it wasn't plugged in when I got

███ Wadsworth (age 6) (11:50):

and she stayed up for a bit and I think

███ Wadsworth (age 8) (11:54):

she stays up for a bit and checks on us.

Sgt. Sheaman (11:57):

Okay.

███ Wadsworth (age 4) (11:57):

Look what i made.

███ Wadsworth (age 6) (11:58):

And she was thinking about the hoverboard instructions. So she went to look at

███ Wadsworth (age 8) (12:05):

Thats the guy that dad worked with, I'm guessing Dad, look what it your dad told Mom.

███ Wadsworth (age 4) (12:09):

Look what i made

Sgt. Sheaman (12:11):

Looks good buddy.

(12:13):

Looks good. Yeah, you did. Had you guys been playing with at Hoverboard the night before you guys went to bed?

███ Wadsworth (age 6) (12:24):

Yeah, ███ was

███ Wadsworth (age 8) (12:27):

and me and ███, really really were playing on it.

Sgt. Sheaman (12:32):

Okay. How long before bed did you guys Play on it?

███ Wadsworth (age 8) (12:35):

At least two hours.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (12:36):
About two hours? Okay.

█████ Wadsworth (age 8) (12:37):
Yeah.

Sgt. Sheaman (12:38):
And █████ with a K, right?

Matthew Wadsworth (Dad) (12:40):
Yes.

Sgt. Sheaman (12:40):
Okay.

█████ Wadsworth (age 6) (12:41):
█████ drove it into our room

█████ Wadsworth (age 8) (12:45):
because that's where she usually plays with it

Sgt. Sheaman (12:47):
In you guys' room.

█████ Wadsworth (age 8) (12:48):
Yeah, because at the time it was the cleanest place in the whole house.

Matthew Wadsworth (Dad) (12:53):
Okay. And you can shut off all the lights and it had All the fancy lights.

Sgt. Sheaman (12:58):
Right.

█████ Wadsworth (age 8) (12:59):
And she had,

Sgt. Sheaman (12:59):
Did it have the music and stuff too, like Bluetooth capability? It didn't have one of those things?

Matthew Wadsworth (Dad) (13:03):
I don't think so.

Sgt. Sheaman (13:04):
Okay.

This transcript was exported on Jan 30, 2025 - view latest version here.

█████ Wadsworth (age 8) (13:04):

It didn't, it might have, but it just,

Matthew Wadsworth (Dad) (13:08):

If it did, we didn't know about It.

█████ Wadsworth (age 8) (13:11):

Yeah.

Sgt. Sheaman (13:12):

Okay.

█████ Wadsworth (age 6) (13:13):

And █████ had a tablet having it sing and she left it in our room.

Sgt. Sheaman (13:20):

Left in your room. So when you guys play with that and you guys plug that hoverboard to charge it, where do you do that? Where do you plug it in?

█████ Wadsworth (age 8) (13:28):

Behind the door.

█████ Wadsworth (age 6) (13:29):

Our room.

Sgt. Sheaman (13:29):

Okay.

█████ Wadsworth (age 8) (13:30):

Behind the door and our room.

Sgt. Sheaman (13:32):

So when you guys walk and

█████ Wadsworth (age 6) (13:32):

Sometimes in the living room

Sgt. Sheaman (13:34):

And sometimes in the living room. Yeah. So when you guys walk into your room, like from the doorway, so if you look at your bedroom, you come in, where's the plug at from where the door's At?

█████ Wadsworth (age 6) (13:43):

It's right behind it.

This transcript was exported on Jan 30, 2025 - view latest version here.

█████ Wadsworth (age 8) (13:45):

At least three inches away from the door or foot.

Sgt. Sheaman (13:48):

Okay. So is it on this wall where you guys come in, the door opens this way, you guys come in door,

█████ Wadsworth (age 8) (13:53):

Opens this way, and it would be here if the door opened this way.

Sgt. Sheaman (13:59):

Okay. Okay. Okay. So when you guys got up, you heard the fire alarm going off, you guys felt heat, you guys saw flames. What'd you guys do next? Next

█████ Wadsworth (age 8) (14:16):

We got out of bed.

Sgt. Sheaman (14:17):

Okay.

█████ Wadsworth (age 8) (14:18):

Me jumping out of my bunk bed with my blanket.

Sgt. Sheaman (14:21):

Okay.

█████ Wadsworth (age 6) (14:21):

And after I told you we got out of the room, I got some things, my boots, snow boots and my coat.

Sgt. Sheaman (14:31):

Okay.

█████ Wadsworth (age 8) (14:31):

█████ was the only one somewhat processing.

Sgt. Sheaman (14:34):

Did you guys have a hard time at all getting out of the room with a fire?

█████ Wadsworth (age 8) (14:37):

No.

█████ Wadsworth (age 6) (14:37):

No.

Sgt. Sheaman (14:38):

This transcript was exported on Jan 30, 2025 - view latest version here.

No. Was there any fire, let me ask you this, was there any fire or anything you saw around the doorway?

████ Wadsworth (age 6) (14:43):

No.

████ Wadsworth (age 8) (14:44):

No.

████ Wadsworth (age 6) (14:44):

But the hoverboard hover I saw part of the hoverboard wheel gone,

Sgt. Sheaman (14:56):

Hoverboards gone.

████ Wadsworth (age 6) (14:57):

Some of the part of the,

████ Wadsworth (age 8) (14:59):

all I saw was half the hoverboard when I woke up.

Sgt. Sheaman (15:01):

Okay.

████ Wadsworth (age 8) (15:03):

All I saw was half of the hoverboard.

Sgt. Sheaman (15:04):

Okay.

████ Wadsworth (age 8) (15:05):

before Fire (??)

Sgt. Sheaman (15:06):

Okay. Did you guys see any flames or any fire coming from the hoverboard?

████ Wadsworth (age 8) (15:11):

No.

Sgt. Sheaman (15:12):

No.

████ Wadsworth (age 8) (15:12):

I saw one ash.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (15:14):

Okay.

██████ Wadsworth (age 8) (15:15):

I saw an ash.

Sgt. Sheaman (15:16):

What do you mean by ash? What does that look like?

██████ Wadsworth (age 8) (15:18):

It looks,

██████ Wadsworth (age 6) (15:19):

it looked like this.

██████ Wadsworth (age 8) (15:22):

No, I mean a spark

Sgt. Sheaman (15:24):

Spark.

██████ Wadsworth (age 8) (15:25):

Yes.

Sgt. Sheaman (15:25):

Okay. Okay.

██████ Wadsworth (age 4) (15:27):

Look what i made

Sgt. Sheaman (15:29):

So what did you guys do when you guys ran out of the room?

██████ Wadsworth (age 8) (15:33):

We tried to explain what is happening, happening to ██████. We tried and then she understood

██████ Wadsworth (age 6) (15:44):

before she walked out in our room where there was a glow

Sgt. Sheaman (15:50):

So did you guys, what was the first thing? What was the first place you guys went after you left your room

██████ Wadsworth (age 8) (15:54):

This transcript was exported on Jan 30, 2025 - view latest version here.

I was in the living room when mom was sleeping.

Sgt. Sheaman (15:57):
Okay. So you guys went and woke up Mom?

▮▮▮ Wadsworth (age 6) (15:59):
Yeah.

▮▮▮ Wadsworth (age 8) (16:00):
Yes.

Sgt. Sheaman (16:00):
Okay.

▮▮▮ Wadsworth (age 8) (16:00):
Me, I almost sat down for breakfast.

Sgt. Sheaman (16:04):
You what?

▮▮▮ Wadsworth (age 8) (16:05):
I almost sat down to eat breakfast.

Sgt. Sheaman (16:06):
You did? That morning. So then when you guys woke her up, then what'd you do?

▮▮▮ Wadsworth (age 8) (16:12):
We told her that there was a fire and mom said leave I wanted ▮▮▮ didnt. So she said stay in. I don't want, don't mom to go back in to look for us.

Sgt. Sheaman (16:26):
Okay. So where was ▮▮▮ at when you guys got up

▮▮▮ Wadsworth (age 8) (16:30):
In the bedroom?

▮▮▮ Wadsworth (age 6) (16:31):
Mom was running to get ▮▮▮

Sgt. Sheaman (16:34):
Okay.

▮▮▮ Wadsworth (age 6) (16:34):
She Ran through fire. She should have been on the ground. She was up

This transcript was exported on Jan 30, 2025 - view latest version here.

█████ Wadsworth (age 8) (16:39):

she was running, she passed out.

█████ Wadsworth (age 6) (16:42):

because of the smoke. she was up.

█████ Wadsworth (age 8) (16:45):

i heard three thumps. One was probably ████ and the other might have been something falling like a door because all I know is the door is gone now.

Sgt. Sheaman (16:56):

Okay. Right.

█████ Wadsworth (age 8) (16:57):

It Might've fell when it in

Sgt. Sheaman (17:00):

The door. In your bedroom?

█████ Wadsworth (age 8) (17:00):

Yes.

█████ Wadsworth (age 6) (17:01):

Every room.

Sgt. Sheaman (17:02):

Okay.

█████ Wadsworth (age 6) (17:02):

We can see our room

█████ Wadsworth (age 8) (17:04):

in every room, but ██████s and

█████ Wadsworth (age 6) (17:07):

we can see our room.

Sgt. Sheaman (17:09):

Okay.

█████ Wadsworth (age 8) (17:10):

But if you look in the kitchen, you can see our room and mom's room.

Sgt. Sheaman (17:14):

This transcript was exported on Jan 30, 2025 - view latest version here.

So you guys, when you guys woke up, your mom, did you guys go with her to go get ███████ and ██████ or did you guys go outside?

███████ Wadsworth (age 8) (17:23):
██████ stayed inside. She was already awake.

Sgt. Sheaman (17:26):
She was already awake.

Matthew Wadsworth (Dad) (17:26):
She already made it down to the living room.

Sgt. Sheaman (17:29):
She did. Okay. So she probably got woke up by the,

Matthew Wadsworth (Dad) (17:32):
Mom sent the three of them to go outside.

Sgt. Sheaman (17:34):
Gotcha.

Matthew Wadsworth (Dad) (17:34):
From the kitchen?

███████ Wadsworth (age 8) (17:35):
Yes.

Sgt. Sheaman (17:35):
She went to get Oh, the three of them. And then she went to get ██████?

Matthew Wadsworth (Dad) (17:39):
Correct.

Sgt. Sheaman (17:39):
Okay.

███████ Wadsworth (age 8) (17:40):
Yes. And she passed out.

Matthew Wadsworth (Dad) (17:41):
That's █████ got his boots and coat on.

Sgt. Sheaman (17:44):
Okay.

This transcript was exported on Jan 30, 2025 - view latest version here.

Matthew Wadsworth (Dad) (17:45):

And that's when he sat down for breakfast.

Sgt. Sheaman (17:46):

Gotcha.

Matthew Wadsworth (Dad) (17:47):

Yeah.

Sgt. Sheaman (17:51):

And you said you heard three thumps?

█████ Wadsworth (age 8) (17:53):

Yes.

Sgt. Sheaman (17:53):

Okay

Matthew Wadsworth (Dad) (17:54):

█████ door is cracked. So I'm assuming it was her plowing through the door and slamming against the wall and come back.

Sgt. Sheaman (18:00):

Okay.

█████ Wadsworth (age 8) (18:01):

No, and it wasn't that me and █████ were playing with the remember █████s big dump truck that didn't work anymore. We were pushing it and it slammed under the door super hard and it made the crack. Yeah,

Matthew Wadsworth (Dad) (18:18):

I know. Not what I'm saying, buddy.

Sgt. Sheaman (18:21):

So when you guys left the house, how did you get out?

█████ Wadsworth (age 8) (18:25):

The garage.

█████ Wadsworth (age 6) (18:25):

Garage.

█████ Wadsworth (age 8) (18:26):

Garage door. Garage Went to the door. The normal door. The normal door there was fire.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (18:31):

Okay. That's important too. Okay. That's pretty important too.

████ Wadsworth (age 6) (18:35):

So the main, we didn't want to go out the main door because the fire was closest to that one.

████ Wadsworth (age 8) (18:39):

No, actually the whole porch was on fire.

████ Wadsworth (age 6) (18:45):

I thought it was, but it wasn't.

Sgt. Sheaman (18:47):

You guys saw the fire around the door though?

████ Wadsworth (age 8) (18:50):

I did, ████ didn't because he was,

Matthew Wadsworth (Dad) (18:53):

████ did too.

Sgt. Sheaman (18:54):

So basically the reason why I'm asking you guys these questions is, so I investigate fires obviously. So were, you guys are telling me there's fire that's important to me. I want to find out where the fire started and how the fire started. So I've got a pretty good idea just being in the house afterwards and seeing after the fire was extinguished or put out. So I've got a pretty good idea, but you guys were kind of my number one eyewitnesses to see what's going on. So that's why I want to find out. So if you're telling me that you guys couldn't use that main door, that's really important to me because I know that the

████ Wadsworth (age 8) (19:26):

Firefighter

████ Wadsworth (age 6) (19:27):

That the main door, the fire was closest to the main door.

Sgt. Sheaman (19:30):

So that makes sense to me based off where I think the fire started, how that door would probably be, have fire around it and have a lot of damage to it with where the fire started. So you guys went out the garage?

████ Wadsworth (age 8) (19:43):

The garage door was at least two inches away, six feet away from the, at least

████ Wadsworth (age 6) (19:49):

Six feet

This transcript was exported on Jan 30, 2025 - view latest version here.

█████ Wadsworth (age 8) (19:49):
Away from the porch.

Sgt. Sheaman (19:51):
Okay. Did you guys see flames? When you guys left your bedroom, did you see flames anywhere else in the house?

█████ Wadsworth (age 8) (19:56):
No.

█████ Wadsworth (age 6) (19:56):
No

Sgt. Sheaman (19:57):
Nope. Okay. Just when you were leaving and over by the front door, right?

█████ Wadsworth (age 6) (20:01):
Just Outside?

█████ Wadsworth (age 8) (20:03):
Yeah, just outside.

Sgt. Sheaman (20:03):
Okay. Just from outside.

█████ Wadsworth (age 8) (20:04):
And from outside. The fire was like,

█████ Wadsworth (age 6) (20:07):
before we went out, we got out of the house and then it was filled with smoke. I saw a flame go around into the living room.

Sgt. Sheaman (20:17):
Okay. Could you guys see very well when you guys were leaving the house, do you remember there being a lot of smoke and stuff?

█████ Wadsworth (age 8) (20:24):
I almost passed out.

Sgt. Sheaman (20:25):
Did you?

█████ Wadsworth (age 8) (20:26):
Yeah, there was this, but smoke was so thick that I couldn't see.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (20:30):

Okay.

██████ Wadsworth (age 6) (20:31):

Yeah, I was doing this.

Sgt. Sheaman (20:33):

Okay.

██████ Wadsworth (age 8) (20:34):

██████ told us to get down, but we didn't because we didn't.

██████ Wadsworth (age 6) (20:37):

I did did, but ████████, you were sitting on your chair when

██████ Wadsworth (age 8) (20:40):

I was going to sit on it.

██████ Wadsworth (age 6) (20:43):

You what?

██████ Wadsworth (age 8) (20:44):

I was going to,

██████ Wadsworth (age 6) (20:44):

but I listened to ████████ I listened to her.

Sgt. Sheaman (20:48):

How old's ██████ again?

Matthew Wadsworth (Dad) (20:50):

12.

Sgt. Sheaman (20:50):

She's 12. Okay. Okay. Okay. When you guys, I'm going to go back to your bedroom for just a minute, but do you guys have anything else? When you said you had your, was it a tablet that was plugged in that you checked your clock?

██████ Wadsworth (age 8) (21:06):

No, it was plugged in the living room.

Sgt. Sheaman (21:08):

Oh, it was plugged in the living room? Yeah. Okay. So when you left to go to the bathroom, you walked into the living room, checked the time or picked up your tablet.

This transcript was exported on Jan 30, 2025 - view latest version here.

████ Wadsworth (age 8) (21:15):

because that's What I usually do To see,

Sgt. Sheaman (21:17):

do you guys plug anything else in your bedroom? Is there anything else you guys plug in? Anything like That?

████ Wadsworth (age 8) (21:23):

Just plug its tablet in there until it got lost under the couch

████ Wadsworth (age 6) (21:27):

and then I found it again, and then I lost it and then I found it.

████ Wadsworth (age 8) (21:31):

And then you lost it again.

████ Wadsworth (age 6) (21:33):

I lost it and then I never found it.

Sgt. Sheaman (21:35):

Okay. You guys had that closet there or that you guys had that closet, right? Kind of right where your bed was? Right. What do you guys keep in that closet?

████ Wadsworth (age 8) (21:45):

Toys.

(21:46):

Toys and clothes and also clothes.

Matthew Wadsworth (Dad) (21:52):

You guys didn't keep clothes in there?

████ Wadsworth (age 8) (21:53):

Yeah. You guys put clothes in there thing.

Matthew Wadsworth (Dad) (21:55):

Oh, the boxes on top? Yeah.

████ Wadsworth (age 8) (21:57):

Yeah. And I kept my electronics up on the top thing. So ████ doesn't touch them unless Needed.

Sgt. Sheaman (22:05):

Did they have anything that was kept in that closet? Anything that could have anything like a hoverboard or any kind of electronics that you could plug in, anything like that?

This transcript was exported on Jan 30, 2025 - view latest version here.

████ Wadsworth (age 8) (22:13):

There is no plugins in the closet.

Sgt. Sheaman (22:15):

Right. I was just curious if you had something in there that was, I don't know anything like a RC car or anything like that?

████ Wadsworth (age 8) (22:24):

I had RC car, but ████ destroyed it by trying to charge it. He cut the wires, but that was in the summertime.

Matthew Wadsworth (Dad) (22:31):

Okay. Where was your monster truck At?

████ Wadsworth (age 6) (22:35):

Mine, it was right behind the, right next to the toy box. It was the giant one. It was next.

Matthew Wadsworth (Dad) (22:41):

So it was next to, it was on the other side of the room.

████ Wadsworth (age 8) (22:45):

Okay. Yes. And it was charging (??)

Sgt. Sheaman (22:48):

Toy box.

████ Wadsworth (age 6) (22:49):

It was right next to the door.

████ Wadsworth (age 8) (22:51):

It was

Matthew Wadsworth (Dad) (22:52):

Next to the door. It was next to the door.

████ Wadsworth (age 8) (22:52):

It was over here. The charger, plug in would've been here and ████ was charging it over there.

████ Wadsworth (age 6) (22:58):

Pretend our toy box is from here to here and my truck was right here.

Sgt. Sheaman (23:05):

So if you guys,

This transcript was exported on Jan 30, 2025 - view latest version here.

██████ Wadsworth (age 8) (23:06):

this door was over here and the plugin would be over,

Sgt. Sheaman (23:11):

Heres hallway, fridge, everything.

Matthew Wadsworth (Dad) (23:16):

Yep.

Sgt. Sheaman (23:21):

This basically would've been, I guess their closet, correct?

Matthew Wadsworth (Dad) (23:27):

Yep.

Sgt. Sheaman (23:27):

And then your front door is here and then come around the corner

Matthew Wadsworth (Dad) (23:33):

And then it was like a little pantry right here. And then right on the corner is where the door was.

Sgt. Sheaman (23:38):

Yep. So roughly pantry, but the door. So the door swung in this way, correct.

Matthew Wadsworth (Dad) (23:45):

Yep.

Sgt. Sheaman (23:46):

So then you've got your doorway here,

Matthew Wadsworth (Dad) (23:49):

And then about two feet this way. We had a plastic toy box from here to the corner where it did the little jag for our closet.

Sgt. Sheaman (23:59):

So this was a toy box here. So say this is your room. This would be

Matthew Wadsworth (Dad) (24:05):

Back in this way about two feet. Okay.

Sgt. Sheaman (24:09):

Yep, go ahead. I appreciate it. Yep.

Matthew Wadsworth (Dad) (24:14):

This transcript was exported on Jan 30, 2025 - view latest version here.

Came In here. And that was the master closet.

Sgt. Sheaman (24:18):

Okay.

Matthew Wadsworth (Dad) (24:20):

That's the toy box. And then the bunk bed was here. And then they had a little nightstand and they had books in it. Bookshelf,

█████ Wadsworth (age 6) (24:35):

We had books in the nightstand.

Matthew Wadsworth (Dad) (24:37):

There was outlets about every three feet.

Sgt. Sheaman (24:40):

And I saw that they were raised a little bit and there was that outlet that was basically right here. And then, so this is the toy box?

Matthew Wadsworth (Dad) (24:49):

Yep. There was an outlet here, one behind the toy box, one on this corner, and then two on that wall,

Sgt. Sheaman (24:59):

Was anything plugged into any one of those other that you know of these other outlets? Nothing.

Matthew Wadsworth (Dad) (25:06):

No.

Sgt. Sheaman (25:06):

Okay. And this was, okay, this is bed this, would you say this is the nightstand?

Matthew Wadsworth (Dad) (25:13):

Yeah,

Sgt. Sheaman (25:20):

And this is a closet to bedroom over here?

Matthew Wadsworth (Dad) (25:22):

Yep.

Sgt. Sheaman (25:22):

Okay. Got. This is what, gotcha. Okay, that makes sense. And this right here was where that hoverboard was? Correct.

Matthew Wadsworth (Dad) (25:32):

This transcript was exported on Jan 30, 2025 - view latest version here.

Yes.

Sgt. Sheaman (25:32):
Where they had that plugged in. Okay.

(25:39):
Okay.

Matthew Wadsworth (Dad) (25:44):
Yeah, I was going through there. Even I'm not training it. I can tell it didn't start on their side of the room.

Sgt. Sheaman (25:51):
Right,

Matthew Wadsworth (Dad) (25:52):
Because there's still two by fours over there.

Sgt. Sheaman (25:54):
Yeah, absolutely. Well, and if you look, and I can go get those photos and show you too. What we look at too is, so this wall right here with your two eyes, that wall right here, if you're looking at it from say, here's your doorway or what's left of the doorway. So your studs basically were, and I don't know if you notice that. So when you see those studs coming down that wall, this is walking down the hallway, this is their doorway here. When you see those studs, what you're looking at is origin and cause is a V pattern. So when you look at a V pattern like that, you'll start seeing a burn pattern

Matthew Wadsworth (Dad) (26:37):
And you start where it's more burned closer to the origin.

Sgt. Sheaman (26:40):
Yes, yes, exactly. So there's

Matthew Wadsworth (Dad) (26:42):
More, it's like campfire, you throw a log over and it burns out.

Sgt. Sheaman (26:45):
Exactly. Yep. So what you're looking at is you're looking at this right here, you're looking at this, and that's your arrow. Okay. So basically it's saying that your point of origin started somewhere near that door. Not necessarily started right there in the hallway, but somewhere near that. So then you got this wall, so it starts taking off and it burns upwards. So it's less damage the further away from the fire it gets. Does that make sense?

Matthew Wadsworth (Dad) (27:08):
Yeah.

Sgt. Sheaman (27:08):

This transcript was exported on Jan 30, 2025 - view latest version here.

Across the hallway, when you look at your wall Exactly. Looking, if I'm looking from the bedroom straight through this wall right here, the same exact thing is where you see your guys' wood paneling. That wood paneling is like this.

(27:23):

You can see the wood paneling that's still somewhat intact

(27:27):

And you can see right there. So it started right down in there and it matched up. So I took a bunch of measurements and stuff like that, the back of the fridge right here where all that's burned away. And it actually exposed the back of the fridge. That's where it got hot. It got hot, hot, hot right there. And that tells you the more damage you can kind of compile and figure out exactly where that started. So I went in separate from the two fire chiefs in river, I'm talking. So they had me go in later and I just went in and I started looking around. He says, what do you think? And I said, right here. He said, me too. The other guy said, me too. So right there, all three of us went in completely. It's not like he came in and said, boom, this is where it started. Because then I'd be like, oh, okay, maybe I'm wrong, maybe he's wrong. Something like that.

Matthew Wadsworth (Dad) (28:14):

But All three,

Sgt. Sheaman (28:15):

just all three of us going separate, come to the same conclusion. Exactly. So that's what we figured. And I had no idea that, because you couldn't even see that hoverboard right there. I couldn't tell what it was. All I could see was what I thought was a little tire. Well, I knew they said it was the kid's bedroom, so I thought it could have been a

(28:30):

Monster truck or something like that. And then when I started looking, I saw the batteries, the battery packs, and I'm like, oh sure as hell. And that's why I figured it was like, yeah, I bet that's what it started. Which I can't say a hundred percent. Like I told you on the phone, I can't say a hundred percent. I don't want to go through a lawsuit with somebody saying, oh, you said my hoverboard or our company's hoverboard started this fire. I can't say that a hundred percent. I could just say that the fire started somewhere in the vicinity of where that was allegedly plugged in. So how sure are you, that thing wasn't plugged in? Or are you sure

Matthew Wadsworth (Dad) (29:04):

I'm not.

Sgt. Sheaman (29:05):

Okay.

Matthew Wadsworth (Dad) (29:07):

I do know it was a rule not to leave it plugged in overnight. Okay. But it could have.

Sgt. Sheaman (29:14):

So I'll tell you, when we leave here, I'll walk you over to my office and I'll show you those photos. Because there was the power box course, it was just dangling. But the power box did have something looked like plugged in or a you what?

This transcript was exported on Jan 30, 2025 - view latest version here.

████ Wadsworth (age 4) (29:29):

I, I'm done with this play-doh.

Sgt. Sheaman (29:30):

You can keep it.

████ Wadsworth (age 4) (29:32):

I'm done.

Sgt. Sheaman (29:33):

You're done. We'll play with it later. You don't have to

████ Wadsworth (age 4) (29:36):

Right here.

Sgt. Sheaman (29:37):

You're going to sit right there. Yeah, we'll take it with you if you want it. It's yours if want it. You can have it. It's up to you.

Matthew Wadsworth (Dad) (29:43):

You want to take it home with us, is what he's saying. He wants to give it to you.

Sgt. Sheaman (29:49):

Yeah, it's yours. It's present. You can have it. You like my watch?

████ Wadsworth (age 4) (29:57):

What time is it?

Sgt. Sheaman (29:58):

It is three o'clock. A little after Almost. That's pretty much similar to what they told you I think, right?

Matthew Wadsworth (Dad) (30:10):

Yeah.

Sgt. Sheaman (30:11):

Okay. Okay. How is she Doing,

Matthew Wadsworth (Dad) (30:15):

mom?

Sgt. Sheaman (30:16):

Yeah,

Matthew Wadsworth (Dad) (30:18):

This transcript was exported on Jan 30, 2025 - view latest version here.

Hopefully your last surgery was this last Tuesday. Okay. Starting to get her voice back a little bit.

Sgt. Sheaman (30:24):
Is she really? Yeah. Did they still have a

Matthew Wadsworth (Dad) (30:28):
Nope, she's off the vent.

Sgt. Sheaman (30:30):
Is she really? No kidding. That's awesome news.

Matthew Wadsworth (Dad) (30:32):
Yeah, it's been Almost a Little over a week and a half Now. She's been off.

Sgt. Sheaman (30:38):
Damn. That's good. What's the surgeries? Is it just like internal skin?

Matthew Wadsworth (Dad) (30:46):
Skin grafts,

Sgt. Sheaman (30:47):
skin. Oh, is it? Okay.

Matthew Wadsworth (Dad) (30:49):
A lot of skin grafts.

Sgt. Sheaman (30:51):
What is her, what are they saying she, her internal injuries are,

Matthew Wadsworth (Dad) (30:54):
She had, I don't know what the name of the scale is, but it burns the lung, a one to four and she was at a four. So pretty severe that, huh? And she was intubated for 18 days. So there was, That Causes damage in itself, right?

Sgt. Sheaman (31:13):
Yeah. It was. Did she lose any digits, anything like that? Did she, nothing, huh?

Matthew Wadsworth (Dad) (31:20):
No. Just lost the skin off all of 'em. But had to do full skin grafts on the bottom of her feet. That'll be tough, but

Sgt. Sheaman (31:32):
He's done with surgery. Right? Okay, good. So he's recovering pretty. And they had to do skin grafts and stuff with him too.

This transcript was exported on Jan 30, 2025 - view latest version here.

Matthew Wadsworth (Dad) (31:39):

We got to go back. Double check. He's still got some scabs left on his skin graft and that.

Sgt. Sheaman (31:44):

Gotcha. Huh. lucky. that's just crazy. Well, I think that's all I got. Really. Still some stuff that they told you. So I just know that I just want to get it on video, audio, that kind of thing, just to cover my bases to say I did.

Matthew Wadsworth (Dad) (32:05):

██████ is Here.

Sgt. Sheaman (32:06):

Okay.

Matthew Wadsworth (Dad) (32:07):

She's out waiting room. Okay. Yeah, we can go grab her. Who'd she come here with? My mom.

Sgt. Sheaman (32:11):

With your mom? Okay. Yeah, we go grab her real quick. And then what I'll do too, is your mom going to Stay?

Matthew Wadsworth (Dad) (32:18):

Yeah. I don't have enough. Well, she might not.

Sgt. Sheaman (32:20):

Okay.

Matthew Wadsworth (Dad) (32:21):

I do have,

Sgt. Sheaman (32:21):

Because if you want, I can bring ██████ back here and then I can talk to her and then I'll show you those photos and show you kind what I'm talking about. Did you guys want to do that?

Matthew Wadsworth (Dad) (32:30):

Yeah.

(32:31):

Can you guys hang out for a second so I can talk to grandma? Yeah. Yeah. You playing with Play-Doh?

██████ Wadsworth (age 4) (32:37):

I'm done.

Matthew Wadsworth (Dad) (32:38):

Don't go anywhere.

This transcript was exported on Jan 30, 2025 - view latest version here.

████ Wadsworth (age 4) (32:39):

I'm done.

Matthew Wadsworth (Dad) (32:40):

i'll Find you. Mike. I'm done.

████ Wadsworth (age 8) (32:43):

Hide. Go away and steal. No, we can keep it. Go steal school. No.

████ Wadsworth (age 6) (32:59):

Why?

████ Wadsworth (age 8) (33:01):

Because it's a illegal and it's thing called kid jail. Okay, Yes, is go. Gets back after him. Put it over my eyes. My done ice cream. I'm done with. Done. I'm done. I'm done.

████ Wadsworth (age 4) (33:56):

I'm done. I'm done.

████ Wadsworth (age 6) (34:00):

Beep, beep, beep. Done. Make a snake. Make a snake. It it a smack. A make a tick. A a smack mine. I'm already done. What? I'm done with mine. I'm done with snack. I'm a little snack. What type of snake? I snake. No, no. Can you cook a hard to make? No. The one with the bla flo. That's a king coba. I look them all the time. No, we look at how to make, actually, I'm not kidding. And I make them all the time. I have to take, take the whole, almost the whole wall to do it. So making the D good you, you, why don't it not good for you? Well, the city blew up,

Matthew Wadsworth (Dad) (35:36):

So you're going to have to deal with something here for me, ████.

████ Wadsworth (age 12) (35:40):

Yay.

Sgt. Sheaman (35:41):

And actually, if you want to sit down here too, you can, that's fine too,

████ Wadsworth (age 4) (35:45):

Papa.

Sgt. Sheaman (35:46):

So I just kind of want to get your side of kind what happened as far as that night. Whatever you remember or you remember it. So what do you remember being about that night? Walk me through what happened from the time you were asleep to the time you got woke up.

████ Wadsworth (age 12) (36:01):

This transcript was exported on Jan 30, 2025 - view latest version here.

So I woke up to the fire alarms, but my brother scream at the same high pitch, so I took it off nothing. Heard my brother again, her screaming that there was fire. I got out of bed, I walked because I was still half asleep.

(36:12):

And

(36:12):

For all I knew it was a dream. I see a glow light and I'm confused. I look over fire and I wake my mom up and then we go in the corner of the kitchen. My mom goes back for my brother. I see the smoking bigger. So I tell my brother to get out there for a while. Someone comes in and gets my brother, my mom out.

██████ Wadsworth (age 6) (36:32):

Butzel was just stuck in the garage.

Matthew Wadsworth (Dad) (36:36):

That was a pretty quick explanation.

Sgt. Sheaman (36:37):

That was quick. So where's your bedroom? In the house?

██████ Wadsworth (age 12) (36:42):

Right next to one of the bathrooms,

Sgt. Sheaman (36:45):

Okay. Back by ██████'s room, right?

██████ Wadsworth (age 12) (36:47):

Yes.

Sgt. Sheaman (36:47):

In the back of the house?

██████ Wadsworth (age 12) (36:48):

Yeah.

Sgt. Sheaman (36:48):

Okay. Just to clarify with you two, I don't, before I ask you, nobody ever went out that back door, correct?

██████ Wadsworth (age 12) (36:55):

No.

Sgt. Sheaman (36:55):

Okay. Because for some reason the firefighters thought I was a firefighter before I was a cop. So unfortunately you get there and you forget sometimes

This transcript was exported on Jan 30, 2025 - view latest version here.

Matthew Wadsworth (Dad) (37:04):

They kept sneaking out of that bedroom door.

Sgt. Sheaman (37:06):

Okay,

Matthew Wadsworth (Dad) (37:07):

So We Did deadbolts.

Sgt. Sheaman (37:10):

Yep, I saw that. So one of the firefighters said that they made entry through that door open. When I got there, I'm looking at it, I'm like, because we had to unlock the deadbolt. And when we got there, when actually I got there, I'm sorry. When the fire department got there, they said they had to unlock that deadbolt or something. They, that's where they noticed it was deadbolt. And they were like, well, how did the heck did they get in here through that door? So there was some confusion on where they made entry into the house and how they would've done that because

Matthew Wadsworth (Dad) (37:37):

All the doors were kicked in, all the frames were broke out.

Sgt. Sheaman (37:41):

Okay, gotcha. So yeah, there was a little bit of confusion on that. So I was like, something didn't really add up until I got there with the firefighters and they don't

(37:49):

So when you got up, so you said you heard what you thought was either screaming or the Fire alarms?

█████ Wadsworth (age 12) (37:56):

I thought it was the fire alarm, but it's the same high pitched ████ and the boys, ████ stop

█████ Wadsworth (age 6) (38:00):

and you got a fire alarm in your room

Matthew Wadsworth (Dad) (38:03):

hey. Let Her tell her story. You told yours.

Sgt. Sheaman (38:05):

Okay. So then when you guys, so you woke up, you got up?

█████ Wadsworth (age 12) (38:09):

Yeah.

Sgt. Sheaman (38:09):

You walked out. And what was the first thing you saw?

█████ Wadsworth (age 12) (38:12):

This transcript was exported on Jan 30, 2025 - view latest version here.

I saw a glow (??) coming from ███ and ███s room.

Sgt. Sheaman ([38:15](#)):
Okay. Describe what that looked like.

███ Wadsworth (age 12) ([38:18](#)):
Just like a yellow glow you see from a fire. I was confused.

Sgt. Sheaman ([38:22](#)):
Okay.

███ Wadsworth (age 12) ([38:37](#)):
He's being rude.

Matthew Wadsworth (Dad) ([38:38](#)):
He's looking at you

Sgt. Sheaman ([38:49](#)):
And was that when you said you saw glow, you said that was coming out of the boys' rooms?

███ Wadsworth (age 12) ([38:52](#)):
Yeah.

Sgt. Sheaman ([38:52](#)):
Okay. So you walk down past that room?

███ Wadsworth (age 12) ([38:56](#)):
No, I looked, I

Sgt. Sheaman ([38:58](#)):
Okay. You

([38:59](#)):
Looked into it

███ Wadsworth (age 12) ([39:00](#)):
to see where it was.

Sgt. Sheaman ([39:01](#)):
Okay. What did you see?

███ Wadsworth (age 12) ([39:02](#)):
The fire.

Sgt. Sheaman ([39:02](#)):

This transcript was exported on Jan 30, 2025 - view latest version here.

Okay. What did the fire look like?Describe what that Looked like.

█████ Wadsworth (age 12) (39:05):
Big fire, a big campfire, like,

Sgt. Sheaman (39:08):
okay.

(39:10):
Where Was the fire at in the room? Did You see

█████ Wadsworth (age 12) (39:14):
by the window by the bunkbed.

Sgt. Sheaman (39:23):
Okay.

(39:25):
Were the boys already out at that point?

█████ Wadsworth (age 12) (39:26):
Yes. They were in the living room trying to wake my mom up.

Sgt. Sheaman (39:29):
Okay. So what did you do after you looked in and saw the fire? What'd you do next?

█████ Wadsworth (age 12) (39:32):
I quickly went to the, I still walked because I was still half asleep, but I was little more Awake, so

(39:37):
I was able to go faster. And I woke my mom up pretty fast because I had to wake her up at five O'clock.

Sgt. Sheaman (39:41):
In the living room?

█████ Wadsworth (age 12) (39:42):
Yeah.

Sgt. Sheaman (39:43):
Okay. Okay. What happened right after that?

█████ Wadsworth (age 12) (39:47):
She got up and we all went to the kitchen. My brother █████ sat in his chair as if he was about to eat breakfast. I was like, █████, really? Not right now.

Sgt. Sheaman (40:00):

This transcript was exported on Jan 30, 2025 - view latest version here.

Okay.

▮▮▮▮ Wadsworth (age 12) (40:02):

And then my mom went back for my brother and then I saw the smoke getting thicker. So I told the boys to get out.

Sgt. Sheaman (40:08):

Okay.

Matthew Wadsworth (Dad) (40:08):

Forgot one part.

▮▮▮▮ Wadsworth (age 12) (40:10):

what?

Matthew Wadsworth (Dad) (40:11):

when mom told you to get her phone?

▮▮▮▮ Wadsworth (age 12) (40:13):

Oh yeah, my mom told me to get her phone. So I grabbed that. And then

Sgt. Sheaman (40:18):

Where was the phone at?

▮▮▮▮ Wadsworth (age 12) (40:19):

By the bed in the living room

Sgt. Sheaman (40:22):

on the floor. Okay.

▮▮▮▮ Wadsworth (age 12) (40:24):

And then me and the boys got out and then someone showed up and got ▮▮▮▮ And mom out.

Sgt. Sheaman (40:36):

How'd you guys get out of the house?

▮▮▮▮ Wadsworth (age 12) (40:38):

We went through the garage Door.

Sgt. Sheaman (40:39):

Through the garage door? Okay. Okay. What were you feeling at that time? What did you see while you guys were trying to get out of the house? What did you see? What did you feel?

▮▮▮▮ Wadsworth (age 12) (40:51):

This transcript was exported on Jan 30, 2025 - view latest version here.

I saw a lot of smoke and it was just, I didn't feel anything other than get out the house.

Sgt. Sheaman (40:58):
Okay.

Matthew Wadsworth (Dad) (40:58):
Why'd You Go out the garage?

█████ Wadsworth (age 12) (41:00):
Because the fire was on the outside of the house. Do you remember,

Sgt. Sheaman (41:04):
Okay. Did you guys ever try to go out the main door or anything?

█████ Wadsworth (age 12) (41:09):
I didn't. I looked out the window.

█████ Wadsworth (age 4) (41:11):
Don't touch it. I didn't want you to touch it.

Sgt. Sheaman (41:14):
Okay.

█████ Wadsworth (age 12) (41:14):
███, your brother.

█████ Wadsworth (age 6) (41:16):
I wasn't doing anything.

Matthew Wadsworth (Dad) (41:17):
███, don't touch his.

█████ Wadsworth (age 4) (41:22):
I didnt want you to touch it. I didnt want you to,

Matthew Wadsworth (Dad) (41:25):
███ you can fix it, buddy.

Sgt. Sheaman (41:27):
Did you see any fire or anything like that around that door?

█████ Wadsworth (age 12) (41:30):
Around the which one?

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (41:32):

the main door?

█████ Wadsworth (age 12) (41:33):

Yeah, it was by the shed.

Sgt. Sheaman (41:35):

Okay.

Matthew Wadsworth (Dad) (41:36):

Was that from outside or Inside?

█████ Wadsworth (age 12) (41:38):

I looked outside the window and then one of my brother, █████ I think opened the door. I was like, I just said, there's fire out there. Why would you open the door?

█████ Wadsworth (age 8) (41:49):

I didn't open the door.

█████ Wadsworth (age 12) (41:50):

Someone did.

█████ Wadsworth (age 8) (41:51):

Mom did?

█████ Wadsworth (age 12) (41:53):

No.

█████ Wadsworth (age 8) (41:53):

Yeah.

Sgt. Sheaman (41:54):

Open. Which door?

█████ Wadsworth (age 12) (41:56):

The main door.

█████ Wadsworth (age 8) (41:57):

Mom opened the main door and then she said a bad word.

█████ Wadsworth (age 12) (42:00):

Oh yeah, that was mom.

Sgt. Sheaman (42:02):

This transcript was exported on Jan 30, 2025 - view latest version here.

So you guys were outside at that point?

■■■ Wadsworth (age 12) (42:04):
No. Inside.

Sgt. Sheaman (42:04):
You guys were inside. Okay. So your mom opened the main door?

■■■ Wadsworth (age 12) (42:08):
Yep. Not knowing he was outside and then she said the F word and she closed it and we went to the corner. By the kitchen table. By the garage door.

Sgt. Sheaman (42:20):
Okay. Was this before or after she grabbed? She went to back to get ■■■

■■■ Wadsworth (age 12) (42:24):
Before.

Sgt. Sheaman (42:24):
Before.

■■■ Wadsworth (age 12) (42:25):
Okay. Because someone had to drag her out

Sgt. Sheaman (42:27):
And she said the F word. What do you think she said that for?

■■■ Wadsworth (age 12) (42:30):
There was fire in by the front door, which was our main exit.

Sgt. Sheaman (42:35):
Okay.

■■■ Wadsworth (age 8) (42:35):
She didn't know it was outside.

Sgt. Sheaman (42:38):
Okay.

■■■ Wadsworth (age 12) (42:39):
This is my story. Stop.

Matthew Wadsworth (Dad) (42:42):
Calm down.

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (42:42):

That's okay though. That makes actually sense. So that's okay.

██████ Wadsworth (age 8) (42:53):

It's not my fault that I'm trying to give him more information.

██████ Wadsworth (age 12) (42:59):

You should have said that when yoou were telling your story.

Sgt. Sheaman (43:03):

And then when you guys got these guys out and your mom and ██████ were still inside, how long were you guys outside before that guy showed up?

██████ Wadsworth (age 12) (43:15):

i Don't know.

Sgt. Sheaman (43:15):

Dunno you think. Seconds, minutes.

██████ Wadsworth (age 12) (43:19):

Probably seconds, but it probably felt like three minutes.

Sgt. Sheaman (43:22):

Sure. Okay. Okay. And then he put you guys, when he got there and he got them out, he put you guys all in his truck Right

██████ Wadsworth (age 12) (43:30):

After he drove the truck further away.

Sgt. Sheaman (43:32):

Okay.

██████ Wadsworth (age 12) (43:32):

And then I helped my mom get over there.

Sgt. Sheaman (43:35):

Okay. Okay. And ██████, you're 12, right?

██████ Wadsworth (age 12) (43:40):

Yes.

██████ Wadsworth (age 4) (43:40):

Okay. This is more better than collecting it while

This transcript was exported on Jan 30, 2025 - view latest version here.

Sgt. Sheaman (43:47):
Anything else you can think of?

███ Wadsworth (age 12) (43:49):
No.

Sgt. Sheaman (43:49):
That's it, huh?
(43:51):
Okay.
(43:54):
And you said no other issues with electrical in house, anything like that. I know you guys said you replaced a lot of that electrical.

Matthew Wadsworth (Dad) (44:01):
We replaced the main breaker. Main breaker three Years ago, something like that.

Sgt. Sheaman (44:06):
Did you guys, and I think I asked you on the phone, did you guys ever have any issues with breakers popping, anything like that? Or

Matthew Wadsworth (Dad) (44:12):
Just in the kitchen? When we plug too much stuff in. Okay. We plug our, run, our crock pot and our dryer at the same time, on the same circuited pop.

Sgt. Sheaman (44:24):
Did you guys have GFIs in there?

Matthew Wadsworth (Dad) (44:27):
Every room.

Sgt. Sheaman (44:27):
Okay.
(44:28):
Sweet.

███ Wadsworth (age 12) (44:32):
If there's a spark or something, then it won't, A power lock in.

Matthew Wadsworth (Dad) (44:34):
If there's a short in a circuit, it'll shut off that circuit.

███ Wadsworth (age 12) (44:39):

This transcript was exported on Jan 30, 2025 - view latest version here.

That's happened to a fan up the couch three years ago, kept mom's sleeping when ███ got massively threw the fan, a fan off the couch and broke the wire behind it while it was plugged in.

Matthew Wadsworth (Dad) (44:55):
Oh, broke the wire on the fan?

███ Wadsworth (age 12) (44:58):
Yeah.

Sgt. Sheaman (45:00):
███ when was the last Time you played with that hoverboard?

███ Wadsworth (age 12) (45:04):
Actually, I'm pretty sure it was that day before.

Sgt. Sheaman (45:06):
The day before. Did you play with it that night before you guys all went to bed?

███ Wadsworth (age 12) (45:10):
Yeah. Yeah.

███ Wadsworth (age 8) (45:10):
, You remember? You let me play with the day when,

███ Wadsworth (age 12) (45:16):
No, the, not the day when the fire happened. It happened at four o'clock ███.

Sgt. Sheaman (45:22):
It be the day before

███ Wadsworth (age 12) (45:24):
 No, it was two days before play.

███ Wadsworth (age 8) (45:27):
The day before the fire happened. No.

███ Wadsworth (age 12) (45:28):
Yes, it was.

Matthew Wadsworth (Dad) (45:30):
Hey, don't argue.

Sgt. Sheaman (45:32):
And that's okay. Either way it's a problem. Do you remember plugging that in to the outlet there?

This transcript was exported on Jan 30, 2025 - view latest version here.

▓▓▓ Wadsworth (age 12) (45:37):

No, it was, it still had, at least it still had two of the lights on, so I, and I just put behind the boys' door,

▓▓▓ Wadsworth (age 4) (45:45):

what did I make?

Sgt. Sheaman (45:46):

Okay. Do you think that was two days before or do you think that was the night Before the fire started,

▓▓▓ Wadsworth (age 12) (45:51):

the night before I put it behind the door, two days before I let him use it.

Sgt. Sheaman (45:55):

Okay.

▓▓▓ Wadsworth (age 8) (45:56):

And then, ▓▓▓, I'm, I'm positive that I played on with it day before the fire happened.

Sgt. Sheaman (46:09):

So that night, that night before you guys went to bed, were you guys playing with it in your room?

▓▓▓ Wadsworth (age 8) (46:15):

▓▓▓? let me play with it before lunchtime and then a little bit an hour after lunchtime. Okay. And it died and then I plugged it in and then I was back at two.

Matthew Wadsworth (Dad) (46:25):

You guys had school on Monday, didn't you?

▓▓▓ Wadsworth (age 12) (46:27):

Yeah. That's what I'm saying. He's talking about the day before. Because we had school on Monday and we went to school. Remember?

Matthew Wadsworth (Dad) (46:36):

Yeah, I picked you up from the bus.

▓▓▓ Wadsworth (age 8) (46:39):

Yeah. But it was a half day. It was the day both. Yes. It was a half a day. It was a half day.

▓▓▓ Wadsworth (age 12) (46:45):

No, Monday was not a half day. Otherwise I wouldn't have had swim practice and I had swim practice that day

▓▓▓ Wadsworth (age 8) (46:51):

you had swim practice today and It was a half day.

This transcript was exported on Jan 30, 2025 - view latest version here.

███ Wadsworth (age 12) (46:53):

No, I didn't. I was at the rec center.

███ Wadsworth (age 8) (46:57):

Why?

Matthew Wadsworth (Dad) (46:58):

Because I took her to get better at swimming so she could compete in the meets.

███ Wadsworth (age 12) (47:02):

Yeah.

Matthew Wadsworth (Dad) (47:05):

Anyways, off topic.

Sgt. Sheaman (47:07):

No, that's Okay. That's all right. Trying to figure out when something happened or whatnot. Do you guys ever remember any, you guys, do you guys ever remember having any problem with that hoverboard? Was there ever an issue with It?

███ Wadsworth (age 8) (47:20):

Yes. I didn't work well with the carpet (??) and it made a zzzz like a like a

Matthew Wadsworth (Dad) (47:28):

Grinding

███ Wadsworth (age 8) (47:30):

Yes.

███ Wadsworth (age 12) (47:30):

It would do that. But what I think I did, I think before I had run it into the walls a lot and then that's when it started. And then I would use it in the carpet and it got better, ███, don't touch his stuff, don't touch it. Don't even touch it.

Sgt. Sheaman (47:49):

Do you guys ever remember, if not, that's okay, but do you ever remember when you were messing with that hoveboard saying it was plugged in? Do you remember ever picking that thing up? Did it ever feel hot to you or anything Like that?

███ Wadsworth (age 12) (48:00):

It did one, but I just left it alone. I put it in the kitchen, I think, and I told them don't touch it. Or I might be just thinking of something else

Sgt. Sheaman (48:13):

This transcript was exported on Jan 30, 2025 - view latest version here.

And that's okay. I just was curious if there was ever a time where you picked it up and whole couch is hot or if it was something out of ordinary,

█████ Wadsworth (age 12) (48:21):

It would be out of the ordinary. The first couple of days we had it, we plugged it in overnight because we didn't know. And then dad was telling someone about it that we got it, they were an old firefighter. So they told us that fires started by hoverboards, so then we stopped plugging it in overnight. And I told the boys, no, plug it in overnight, otherwise it might burn our house down. So we were very careful with that after that.

Sgt. Sheaman (48:53):

That's good. Like I said, I don't know if it was plugged in, there was something plugged into that outlet because there was something burn on the outlet, like the end of a plug.

█████ Wadsworth (age 12) (49:03):

I always have the plug plugged in, even if it's not plugged into board, that's where I last charged it. That's Where It was.

Sgt. Sheaman (49:09):

That makes a lot more sense actually. So plug's always plugged in.

█████ Wadsworth (age 12) (49:13):

Yep.

Sgt. Sheaman (49:13):

So then the cord, and then where does the cord plug into the hoverboard on

█████ Wadsworth (age 12) (49:17):

The side. There's a flap thing and you pull it up and

Sgt. Sheaman (49:22):

So you guys always left that plug plugged in the outlet?

█████ Wadsworth (age 12) (49:25):

Yeah. Cuz its habit.

Sgt. Sheaman (49:25):

You just plugged it. Okay.

█████ Wadsworth (age 12) (49:28)

It moves around all the time though. Sometimes it's in the kitchen and then it's in the boys' room and I'm using it.

Sgt. Sheaman (49:35):

When you guys plug that hoverboard in, does it light up or anything like that to show its Charges?

This transcript was exported on Jan 30, 2025 - view latest version here.

████ Wadsworth (age 12) (49:40):

There's green lights on the side that will blink. And then once that says the first one stops blinking, that one's charged. When all three of them are done blinking, that means it's at a hundred.

Sgt. Sheaman (49:51):

But no other lights come on when you ride or anything like that?

████ Wadsworth (age 12) (49:53):

Well when you ride it, it's a light up one because that's the only reason why they got for me because i rode it in the dark.

Sgt. Sheaman (50:00):

Okay.

████ Wadsworth (age 12) (50:01):

And then there was blue lights on the side.

Sgt. Sheaman (50:04):

Those lights didn't turn on though. And none of those lights turned on when you charged it, right?

████ Wadsworth (age 12) (50:07):

No.

Sgt. Sheaman (50:08):

Okay.

████ Wadsworth (age 12) (50:08):

The side of blue lights. So if it was, you get on and it was like,

Sgt. Sheaman (50:13):

okay, is There a way to turn that on, turn that hoverboard on when say you it charged, you unplug it. There's real way. Can you just get on it and ride it?

████ Wadsworth (age 12) (50:21):

No, you have to turn it on. There's a button on the opposite side of the plugin I think. No, wait. It's under it.

Sgt. Sheaman (50:29):

Under it.

████ Wadsworth (age 12) (50:30):

You Hold it or you just push it and it turns on.

Sgt. Sheaman (50:33):

This transcript was exported on Jan 30, 2025 - view latest version here.

Okay. Does it automatically light up when you turn it on?

█████ Wadsworth (age 12) (50:36):
Yep.

Sgt. Sheaman (50:37):
Okay.

█████ Wadsworth (age 12) (50:37):
And then same with off.

Sgt. Sheaman (50:39):
Okay, that makes sense.

█████ Wadsworth (age 12) (50:41):
And then when it dies, it's almost dying. It gets more plumy.

Sgt. Sheaman (50:44):
It Gets more what?

█████ Wadsworth (age 12) (50:45):
Less stable?

Sgt. Sheaman (50:47):
Okay. Gotcha. That makes sense.

█████ Wadsworth (age 8) (50:51):
it also starts a high pitch kind of.

█████ Wadsworth (age 12) (50:58):
That's when you get on it █████.

█████ Wadsworth (age 8) (51:01):
It's when you get on it and when it's gone to die. It starts,

█████ Wadsworth (age 12) (51:05):
yeah it starts Beeping.

(51:09):
So that when it Dies. You Don't break your hand open.

Sgt. Sheaman (51:11):
Oh Gosh. You say, yeah, that'd be bad, Right?

█████ Wadsworth (age 8) (51:21):

This transcript was exported on Jan 30, 2025 - view latest version here.

Yeah. Because if you're going super fast in a circle.

███████ Wadsworth (age 12) (51:24):

It's ██████s fault I dont know why it just is.

███████ Wadsworth (age 8) (51:26):

No its not.

███████ Wadsworth (age 12) (51:28):

go back, go play with your play-doh.

███████ Wadsworth (age 8) (51:28):

I Don't want to.

Sgt. Sheaman (51:31):

Well thanks guys, I appreciate it. I think that's all I got. If you guys want to look at those pictures real quick, I'll show you that. Show you what I kind see and stuff like that. You guys do that. Move over there. Come

Matthew Wadsworth (Dad) (51:42):

put the play-doh away, go over to his office. Put it away.