| | |
|---|---|
| Taly Goody, Esq. | T. Michael Morgan, Esq.* |
| Wyoming Bar No.: 8-6737 | Florida Bar No.: 062229 |
| Greyson M. Goody, Esq.* | MORGAN & MORGAN, P.A |
| GOODY LAW GROUP | 20 N. Orange Ave, Suite 1600 |
| 58 Malaga Cove Plaza | Orlando, FL 32801 |
| Palos Verdes Estates, CA 90274 | Telephone: (407) 420-1414 |
| Telephone: (310) 893-1983 | Email: mmorgan@forthepeople.com |
| Email: taly@GoodyLawGroup.com | |
| greyson@GoodyLawGroup.com | Josh M. Autry, Esq.* |
| | New York Bar No.: 6161962 |
| *Pro Hac Vice | MORGAN & MORGAN, P.A. |
| | 199 Water Street, Suite 1500 |
| | New York, NY 10005 |
| | Telephone: (859) 899-8785 |
| | Email: jautry@forthepeople.com |

*  *Pro Hac Vice*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br> Defendants. | Case No.: 2:23-cv-00118-KHR <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JOSH M. AUTRY IN SUPPORT**
**OF PLAINTIFFS' MOTION TO DETERMINE RECOVERABLE DAMAGES OR, IN**
**THE ALTERNATIVE, TO CONFORM PLEADINGS TO THE EVIDENCE**

Pursuant to 28 U.S.C. § 1746, I certify that attached hereto are true and correct copies of the following exhibits:

1. Deposition transcript of Malinda Tollefson

1

2. Deposition transcript of G.W.

3. Deposition transcript of L.W.

4. Deposition transcript of K.W.

5. Deposition transcript of Matthew Wadsworth

6. G.W.'s answers to interrogatories

7. K.W.'s answers to interrogatories

8. L.W.'s answers to interrogatories

9. W.W.'s answers to interrogatories

10. Deposition of Dr. Callie Thompson

11. Malinda Tollefson's Mental Health Initial Consultation documents on W.W.

Date: March 3, 2025                                  /s/ Josh M. Autry
                                                     Josh M. Autry