# EXHIBIT 3

**Page 33**

1  bed?
2      A.  Yes.
3      Q.  Okay.  All right.  When you woke up, did you
4  hear the smoke alarms?
5      A.  Yeah.
6      Q.  Were they loud?
7      A.  Yes.
8      Q.  Were they all going off, from what you could
9  tell?
10     A.  Yes.
11     Q.  Okay.  When you were standing outside, do you
12 remember having any conversation with K.W. or with
13 G.W.
14     A.  Yes.
15     Q.  Okay.  Do you remember what you talked about?
16     A.  No.
17     Q.  Did they seem scared too?
18     A.  Yes.
19     Q.  Were you worried for Mom?
20     A.  Yes.
21     Q.  Yeah.  You were worried for W.W.
22     A.  Yes.
23     Q.  After this fire, days and months after this
24 fire, did you ever have some bad thoughts about the
25 fire?

**Page 34**

1      A.  Yes.
2      Q.  Did you ever have nightmares?
3      A.  A lot.
4      Q.  Do you still have some?
5      A.  Yeah.
6      Q.  Okay.
7      A.  Every once in a while.
8      Q.  Not as many?
9      A.  Yeah.
10     Q.  Okay.  Do you ever get scared if you're around
11 fire?
12     A.  Sometimes.
13     Q.  Okay.  You were at Grandpa and Grandma's house
14 for a little while after the fire; right?
15     A.  Yes.
16     Q.  Does -- Grandma and Grandpa, do they have a
17 wood burning stove?
18     A.  Yeah.
19     Q.  Okay.  Did that scare you at all when they
20 went to use it?
21     A.  Yes.
22     Q.  Okay.  Do you ever have -- you may not know
23 what this word means, but if you don't, let me know
24 that.  Okay.
25         Do you ever have panic attacks?  Do you know

**Page 35**

1  what that means?
2      A.  (No verbal response.)
3      Q.  Okay.  Do you ever worry about you and your
4  family when you hear smoke alarms go off?
5      A.  Very much.
6      Q.  Are there ever times when the smoke alarms go
7  off, like when somebody's cooking or something like
8  that?
9      A.  Yeah.
10     Q.  Okay.  Does that worry you when you hear those
11 sounds?
12     A.  Yeah.
13     Q.  Does it make you remember this day?
14     A.  Yeah.
15        MR. AYALA:  Okay.  Those are all my questions,
16     buddy.  Thank you.
17            REDIRECT EXAMINATION
18 BY MR. LAFLAMME:
19     Q.  I just have one or two other questions.  I'll
20 be very quick; okay?
21     A.  Okay.
22     Q.  When you woke up to the glass that had
23 shattered, did you hear anything else besides the smoke
24 alarms?
25     A.  Yes.

**Page 36**

1      Q.  What else did you hear?
2      A.  The wood cracking like a campfire.
3      Q.  Okay.  You didn't hear any popping noises,
4  like when fireworks go off?
5      A.  Kind of.
6      Q.  Okay.  Was there a point when you heard a loud
7  bang when you were in the kitchen?
8      A.  Yes.
9      Q.  Okay.  Is that what you were thinking of, the
10 loud bang?
11     A.  Yes.
12     Q.  And when you heard the loud bang, was that
13 right before you, K.W. and G.W. went into the
14 garage and out the door?
15     A.  Yes.
16     Q.  Okay.  Do you know where the loud bang came
17 from?
18     A.  The hallway.  Around here.  Around this area.
19     Q.  So you heard a loud bang from back in the
20 bedrooms area?
21     A.  Yeah.
22     Q.  And that was when you were standing in the
23 kitchen just by the garage door; right?
24     A.  Yes.
25        MR. LAFLAMME:  Okay.  That's all the questions

9 (Pages 33 to 36)