# EXHIBIT 4

**Page 69**

1  Q. Would it be fair to say that at that time you
2  were still in shock?
3  A. Yes.
4  Q. Scared?
5  A. Yes.
6  Q. Cold?
7  A. Yes.
8  Q. By the way, you -- were you wearing short
9  sleeves?
10 A. I can't remember. I believe so, though.
11 Q. Okay. Did you suffer any injuries in the
12 fire?
13 A. I got a few -- few spots of two degree burns
14 on the bottom of my feet and frost bite, and took a
15 mental toll on me.
16 Q. Okay. And when you say second -- you're
17 assuming -- I'm assuming you're meaning second degree
18 burns on your feet?
19 A. Yes.
20 Q. Were those from the fire and the cold?
21 A. I had a few two degree from the fire and then
22 the whole bottom to my feet were frost bite.
23 Q. Okay. Did you get those treated?
24 A. Yes.
25 Q. Okay. And do you recall where you got that

**Page 70**

1  treated?
2  A. They had them looked at Castle Rock and they
3  just had to put some aloe vera on it.
4  Q. Okay. Aloe vera, you said?
5  A. Yes.
6  Q. Okay. Had they gotten better?
7  A. Yes.
8  Q. You're able to obviously still walk around and
9  engage in some of the activities that you discussed with
10 Mr. LaFlamme, like the swimming and wrestling things
11 like that?
12 A. Yes.
13 Q. You mentioned it took a mental toll on you.
14 Can you describe what you mean by that?
15 A. I stopped taking care of myself and started to
16 self-injure.
17 Q. Start again. When you -- did you self-injure
18 before?
19 A. No.
20 Q. What's been the most difficult thing for you
21 to kind of deal with from all of this?
22 A. Stopping the self-injury.
23 Q. Following your -- your Mom's return home from
24 the hospital, did you help and take care of her?
25 A. Yes.

**Page 71**

1  Q. Okay. In what ways?
2  A. I helped around the house. I helped where I
3  could. I helped take care of the boys.
4  Q. Okay. Did you assist her at all with any type
5  of wound care that she needed?
6  A. No.
7  Q. Did you help her either with bathing or
8  bandaging or cleaning?
9  A. I helped her with lotion and every once in a
10 while when Dad wasn't home.
11 Q. Okay. You helped take care of the kids?
12 A. Yes.
13 Q. Did that include by helping them get their
14 food or breakfast and things of that nature?
15 A. Yes.
16 Q. Helping them get ready for school?
17 A. No, I was already at school.
18 Q. Gotcha. How are you doing today from the
19 mental or psychological toll that it's taken on you?
20 A. I'm still struggling to stop. I think the
21 last time I self-injured was couple months ago.
22 Q. Are you receiving care or treatment for that?
23 A. I was going to therapy.
24 Q. Are you still going?
25 A. I stopped because of sports and just haven't

**Page 72**

1  had time to go back.
2  Q. Okay. Anything else by way of injury or
3  injuries that you relate to the fire?
4  A. I get flashbacks every once in a while.
5  Q. Flashbacks of that morning?
6  A. Yes.
7  Q. Do you have nightmares related to the fire?
8  A. Not as often, but every once in a while.
9  Q. Do you talk with the boys about what happened?
10 A. I don't, not now.
11 Q. Do you discuss any of it with your Mom or your
12 Dad?
13 A. Sometimes but typically not.
14 Q. Okay. Any other conversations that you recall
15 having with first responders, whether they're
16 investigators or EMTs, anybody about the fire?
17 A. No.
18    MR. AYALA: I think that's all I got for you.
19 Thank you.
20    REDIRECT EXAMINATION
21 BY MR. LAFLAMME:
22 Q. Just a couple of quick follow-up, K.W.
23 When you woke up during the fire, it was the smoke
24 alarms that you heard?
25 A. Yes.

18 (Pages 69 to 72)

Gwendolyn Parker & Associates
214-747-8007