# EXHIBIT 5

|  | Page 30 |
|---|---|
| 1 | Q.  Okay.  Has he sought any treatment as a |
| 2 | result of these issues? |
| 3 | A.  Yes. |
| 4 | Q.  And do you know who that has been through? |
| 5 | A.  I do not know the name.  It is -- |
| 6 |    (Clarification by the reporter.) |
| 7 |    THE WITNESS:  It is documented, I believe. |
| 8 | He has the name. |
| 9 | BY MR. LAFLAMME: |
| 10 | Q.  Let me see if I can find it here. |
| 11 |    Has it been through Castle Rock? |
| 12 | A.  No, it is through a therapist. |
| 13 | Q.  Okay.  Is the therapist's name |
| 14 | Julianne Forrester?  Does that sound familiar? |
| 15 | A.  It sounds familiar. |
| 16 | Q.  Okay. |
| 17 | A.  Stephanie deals with -- |
| 18 | Q.  Okay. |
| 19 | A.  I'm busy at work. |
| 20 | Q.  Understood.  And certainly, if there are |
| 21 | any questions that I'm asking that is more of a |
| 22 | Stephanie question, let me know because we will be |
| 23 | talking to Stephanie tomorrow. |
| 24 | A.  Okay. |
| 25 | Q.  And it looks like that he -- that L.W. has |

|  | Page 31 |
|---|---|
| 1 | been diagnosed with ADHD? |
| 2 | A.  Correct. |
| 3 | Q.  Okay.  And is getting some medication as a |
| 4 | result of that? |
| 5 | A.  Correct. |
| 6 | Q.  Did he have any ADHD issues prior to the |
| 7 | fire? |
| 8 | A.  I believe so. |
| 9 | Q.  Okay. |
| 10 | A.  I don't know if it was diagnosed before the |
| 11 | fire. |
| 12 | Q.  Okay.  And K.W. is -- has some ADHD |
| 13 | treatment as well; is that correct? |
| 14 | A.  Yes. |
| 15 | Q.  Okay.  K.W. was getting the treatment |
| 16 | prior to the fire -- |
| 17 | A.  Yes. |
| 18 | Q.  -- for ADHD.  And she's still under -- has |
| 19 | some treatment for ADHD -- |
| 20 | A.  Yes. |
| 21 | Q.  -- ongoing? |
| 22 |    All right.  Is G.W. receiving any |
| 23 | treatment for anything currently? |
| 24 | A.  No. |
| 25 | Q.  All right.  And how is W.W. doing? |

|  | Page 32 |
|---|---|
| 1 | A.  In what manner? |
| 2 | Q.  A fair clarification.  That was a pretty |
| 3 | broad question.  W.W. obviously had some physical |
| 4 | injuries in the fire; correct? |
| 5 | A.  Correct. |
| 6 | Q.  How is he -- do those physical injuries |
| 7 | give him any limitations presently? |
| 8 | A.  Physically, no. |
| 9 | Q.  Okay. |
| 10 | A.  Mentally, yes. |
| 11 | Q.  Okay.  And then -- go ahead. |
| 12 | A.  Let me clarify.  Physically, yes, on the |
| 13 | fact that the sun hurts. |
| 14 | Q.  Okay. |
| 15 | A.  So outside, he has to remain covered. |
| 16 | Q.  I assume the sun hurts the areas that he |
| 17 | had the burn injuries on? |
| 18 | A.  Correct. |
| 19 | Q.  Okay.  And I understand the burn injuries |
| 20 | were to both his hands and his arms and then his shins; |
| 21 | is that accurate? |
| 22 | A.  His knee, down his shin and then hands and |
| 23 | a place on his back. |
| 24 | Q.  Okay. |
| 25 | A.  Lower back. |

|  | Page 33 |
|---|---|
| 1 | Q.  Does he have to wear gloves when he goes |
| 2 | outside for sun coverage? |
| 3 | A.  For his hands, it's managed with sunscreen. |
| 4 | Q.  Okay.  And then -- so it sounds like for -- |
| 5 | his knee is typically covered then? |
| 6 | A.  Correct. |
| 7 | Q.  And his back is covered? |
| 8 | A.  Correct. |
| 9 | Q.  Okay.  As far as, understanding he's a |
| 10 | kindergartner, his ability to play at the school |
| 11 | playground and engage in those types of activities, it |
| 12 | sounds like he's able to do those, but needs to cover |
| 13 | up for some protection? |
| 14 | A.  Correct.  And they are -- the scars are |
| 15 | very sensitive. |
| 16 | Q.  Okay.  Sensitive to touch? |
| 17 | A.  Correct.  If a normal kid smacks his knee, |
| 18 | they will just keep running.  He will drop down crying. |
| 19 | Q.  Okay.  And is he currently getting any |
| 20 | ongoing treatment for the burn injuries? |
| 21 | A.  Yes. |
| 22 | Q.  And what does that treatment include? |
| 23 | A.  Laser.  I don't know the technical term. |
| 24 | Q.  Okay.  And is that something that is |
| 25 | currently ongoing, or has that reached its course? |

Veritext Legal Solutions
800-567-8658                                                                                              973-410-4098