# EXHIBIT 6

**INTERROGATORY NO. 3:** State with specificity the set-up of your bedroom including but not limited to the location of your bed to the exterior wall; the location of your closet to the exterior wall; the location of the bedroom door to the exterior wall; the location of the subject HOVERBOARD to the exterior wall; and the location of the toy box to the exterior wall.

**RESPONSE:** Plaintiff is 10 years old and is unable to recall the information for this interrogatory.  However, he will rely upon the testimony of his mother, Stephanie Wadsworth, for this response.

**INTERROGATORY NO. 4:** State with specificity all other battery powered and/or battery-operated toys or devices in your bedroom on the evening of the Incident.

**RESPONSE:** Plaintiff is 10 years old and is unable to recall the information for this interrogatory.

**INTERROGATORY NO. 5:** State with specificity, when you unplugged, or when you observed, the subject HOVERBOARD unplugged, on the evening of the Incident giving rise to this lawsuit.

**RESPONSE:** Plaintiff does not recall unplugging or observing anyone unplug the hoverboard on the evening of the Incident giving rise to this lawsuit.

**INTERROGATORY NO. 6:** Identify with specificity and detail, each and every item or category of damage you intend to claim in this case and provide a dollar amount claimed for each category to the extent the category is quantifiable.

**RESPONSE:** Any and all damages resulting from the fire and related to the property; any and all personal property loss, medical expenses, loss of consortium and any other expenses related to the incident, not limited to:

Professional Counseling Services, LLC
50 Shoshone Avenue

4