# EXHIBIT 7

**INTERROGATORY NO. 3:** State with specificity, when you unplugged, or when you observed, the subject HOVERBOARD unplugged, on the evening of the Incident giving rise to this lawsuit.

**RESPONSE:** Plaintiff does not recall unplugging or observing anyone unplug the hoverboard on the evening of the Incident giving rise to this lawsuit.

**INTERROGATORY NO. 4:** Identify with specificity and detail, each and every item or category of damage you intend to claim in this case and provide a dollar amount claimed for each category to the extent the category is quantifiable.

**RESPONSE:** Any and all damages resulting from the fire and related to the property; any and all personal property loss, medical expenses, loss of consortium and any other expenses related to the incident, not limited to:

> Castle Rock Medical Center
> 1400 Uinta Drive
> Green River, WY 82935
> DOS: 2/1/2022-2/9/2022
> Total Charges: $ 312.00
> Payments/Adjustments: $ 312.00
> Balance: $ 0.00
>
> University of Utah Hospitals and Clinics
> 50 North Medical Drive, Suite AA241
> Salt Lake City, UT 84132
> DOS: 2/2/2022-2/2/2022
> Total Charges: Unknown at this time
> Payments/Adjustments: Unknown at this time
> Balance: Unknown at this time
>
> Professional Counseling Services, LLC
> 50 Shoshone Avenue
> Green River, WY 82935
> DOS: Unknown at this time
> Total Charges: Unknown at this time
> Payments/Adjustments: Unknown at this time
> Balance: Unknown at this time