# EXHIBIT 9

**INTERROGATORY NO. 3:** State with specificity, when you unplugged, or when you observed, the subject HOVERBOARD unplugged, on the evening of the Incident giving rise to this lawsuit.

**RESPONSE:** Plaintiff does not recall unplugging or observing anyone unplug the hoverboard on the evening of the Incident giving rise to this lawsuit.

**INTERROGATORY NO. 4:** Identify with specificity and detail, each and every item or category of damage you intend to claim in this case and provide a dollar amount claimed for each category to the extent the category is quantifiable.

**RESPONSE:** Any and all damages resulting from the fire and related to the property; any and all personal property loss, medical expenses, loss of consortium and any other expenses related to the incident, not limited to:

> Castle Rock Medical Center
> 1400 Uinta Drive
> Green River, WY 82935
> DOS: 2/1/2022-4/22/2022
> Total Charges: $ 2,197.10
> Payments/Adjustments: $ 2,197.10
> Balance: $ 0.00
>
> University of Utah Hospitals and Clinics
> 50 North Medical Drive, Suite AA241
> Salt Lake City, UT 84132
> DOS: 2/1/2022-9/6/2022
> Total Charges: $89,141.46
> Payments/Adjustments: $88,677.66
> Balance: $463.80
>
> Memorial Hospital of Sweetwater County
> 1200 College Dr
> Rock Springs, WY 82901
> DOS: 2/1/2022-2/1/2022
> Total Charges: $ 2,132.36
> Payments/Adjustments: $ 2,132.36
> Balance: $ 0.00
>
> Professional Counseling Services, LLC