# EXHIBIT 10

|  | Page 26 |
|---|---|
| 1 | very least review of this note; is that fair? |
| 2 | A. That's correct. It was written by my nurse |
| 3 | practitioner, Mindy Orr, and then I review and co-signed |
| 4 | them. |
| 5 | Q. And at least according to this note from |
| 6 | September of 2022, you would have identified or Mindy |
| 7 | would have identified the 35 percent TBSA that we've |
| 8 | discussed; correct? |
| 9 | A. Correct. |
| 10 | Q. When you describe or she describes partial and |
| 11 | full thickness burns to the face, back, bilateral lower |
| 12 | extremities and bilateral hands on February 1st, what is |
| 13 | meant by partial versus full thickness burns? |
| 14 | A. Yeah. So partial thickness means that it was |
| 15 | not burned all the way through all layers of the skin |
| 16 | and therefore potentially has the chance to heal on its |
| 17 | own. That was similar to the burn on her -- I guess an |
| 18 | example would be the burn on her forehead that healed |
| 19 | without a skin graft. We also call those 2nd degree |
| 20 | burns. Partial and second degree are synonymous. |
| 21 | And then full thickness and third degree are |
| 22 | synonymous. And full thickness burns would be burns |
| 23 | that went all the way through all the layers of the skin |
| 24 | and need a skin grafting to close them. |
| 25 | Q. And you describe and Mindy describes in note |

|  | Page 27 |
|---|---|
| 1 | the fact that she underwent seven surgical interventions |
| 2 | that resulted in autograft placement to all of her full |
| 3 | thickness burn wounds; correct? |
| 4 | A. Uh-huh. |
| 5 | Q. This describes that she was discharged home |
| 6 | March 21st, 2022; does that sound accurate? |
| 7 | A. Yes. |
| 8 | Q. And as we know she continued to follow up with |
| 9 | outpatient care there at the clinic; correct? |
| 10 | A. Correct. |
| 11 | Q. A little further down here there's a section or |
| 12 | a chart that says "Pro M Eval-burn" and it has a few |
| 13 | different areas including depression, physical function, |
| 14 | PTSD, satisfaction, pain interference and 5-D itch |
| 15 | scale? |
| 16 | A. Yep. |
| 17 | Q. Can you describe what this chart -- what it is |
| 18 | and its significance? |
| 19 | A. So that is a University of Utah patient |
| 20 | reported outcomes. We call it "me-val" so patient |
| 21 | reported outcomes. Patients respond to these question |
| 22 | banks prior to their presentation. So there is a |
| 23 | promise measure for depression, physical function, |
| 24 | satisfaction and pain interference. Those are those |
| 25 | four. There's a PTSD risk assessment. And then the 5-D |

|  | Page 28 |
|---|---|
| 1 | itch scale is a scale that assesses basically the impact |
| 2 | of a patient's itching on their activities of daily |
| 3 | living in their daily life, sleeping, things like that. |
| 4 | Q. So by way of example, when depression is listed |
| 5 | as a 60 what is the significance of the 60? |
| 6 | A. That's a great question. I don't deal with any |
| 7 | of those, the depression, physical function, PTSD, |
| 8 | satisfaction or pain interference. It's all managed by |
| 9 | our social worker so I'm not familiar with what tools |
| 10 | they use. They actually changed. We don't even use |
| 11 | those anymore so I don't typically pay much attention to |
| 12 | them. I ask everyone the same questions in person about |
| 13 | their symptomatology. |
| 14 | Q. Okay. Based upon your recollection of |
| 15 | interactions with Stephanie, do you have any type of |
| 16 | understanding or opinion as to her emotional state |
| 17 | whether she has signs and symptoms consistent with |
| 18 | depression? |
| 19 | A. I can't speak to whether she has signs and |
| 20 | symptoms related to depression. I can speak to the fact |
| 21 | that she was significantly impacted by her response to |
| 22 | her injury, whether that was acute stress disorder |
| 23 | versus posttraumatic stress disorder depending on the |
| 24 | timing. She had a lot of challenges with returning to |
| 25 | home, returning to her usual life. And that was |

|  | Page 29 |
|---|---|
| 1 | compounded with some preexisting challenges she was |
| 2 | having, certainly having her burn injury and they also |
| 3 | lost their house or lost their place of living. So |
| 4 | there was a lot of challenges from a social, mental, |
| 5 | emotional standpoint for her. |
| 6 | Q. As of the last time you saw Stephanie was she |
| 7 | still dealing with some of those challenges that you |
| 8 | just described? |
| 9 | A. The last time I saw Stephanie -- I actually -- |
| 10 | I keep looking at the chart. I'm like it says I only |
| 11 | saw her in March. I remember where I saw her most |
| 12 | recently. I'm a counselor at Camp Nah Nah Mah, which is |
| 13 | our pediatric burn camp. Stephanie and Matthew brought |
| 14 | W▎ to burn camp this year and that was in the first |
| 15 | week in August or the last week in July so that was the |
| 16 | last time I saw them. And I do have a recollection both |
| 17 | when I saw her back in March and now that she is doing |
| 18 | much better from a reintegration with life, happiness, |
| 19 | staying on track with her treatment plans than she has |
| 20 | been in the past. |
| 21 | Q. Okay, great. To talk briefly about Camp |
| 22 | Nah Nah Mah, would that have been a camp there at the |
| 23 | university? |
| 24 | A. It's held at Camp Wapiti, which is in Tooele. |
| 25 | So it's a camp for kids ages 6 to 13 who have had a burn |

|  |  |
|---|---|
| Page 34<br>1  on his right leg near his knee.<br>2     Q.  Let me see if I can pull something up real<br>3  quick.  Do you see my screen?<br>4     A.  I can.<br>5     Q.  This appears to be an H&P note from June 6th,<br>6  2023 relating to W████, and it describes him a<br>7  four-year-old male who sustained an 8 percent TBSA<br>8  partial thickness and full thickness thermal burn to the<br>9  right lower extremity, bilateral hands and feet.  Did I<br>10 read that correctly?<br>11    A.  Yeah, that's correct.<br>12    Q.  Apparently on this date he was there for laser<br>13 treatment number 2 and it was described that he was<br>14 doing well, denied pain, has itchiness around his donor<br>15 site mostly and an area on the medial side of his right<br>16 hand as well.  Do you see that?<br>17    A.  I do.<br>18    Q.  In this case we took the deposition of<br>19 Dr. Lewis who talked a little bit about the concern of<br>20 not just the laser treatment but as to the type of burn<br>21 injury that he suffered, those in particular over his<br>22 joints.<br>23        First, you haven't had a chance to read<br>24 Dr. Lewis' deposition; correct?<br>25    A.  No, I don't know where I would see it. | Page 36<br>1  survivors for purposes of determining whether<br>2  intervention is needed and necessary to avoid some of<br>3  those complications?<br>4     A.  Yeah.  So a kid who was injured when W████ was<br>5  injured would be followed until they went through their<br>6  entire pubertal growth spurt, which is typically once<br>7  they graduate high school.<br>8     Q.  So we're talking really 17, 18 years old of<br>9  continued monitoring to try and identify any potential<br>10 need for intervention due to some of those risks that<br>11 you described?<br>12    A.  That's correct.<br>13    Q.  To date have you seen any of those<br>14 complications or the issues arise with W████?<br>15    A.  No, not to date.<br>16    Q.  Have the laser treatment that he's undergone<br>17 been successful?<br>18    A.  Yes, they have.<br>19    Q.  Do you know how many laser treatment he has<br>20 undergone?<br>21    A.  I do not.  He and his mom were getting them on<br>22 the same day.  I can definitely double check.  I'm going<br>23 to assume he had his eighth on the same day that his mom<br>24 did.  No, it looks like he actually had -- he's only had<br>25 seven.  One, two, three, four, five, six, seven.  He's |
| Page 35<br>1     Q.  No problem.  Is there any type of heightened<br>2  concern over burn injuries suffered by minors like<br>3  W████ that occur over joints?<br>4     A.  Yes.<br>5     Q.  Can you talk a little bit about what that<br>6  heightened concern is and how that would affect or<br>7  impact W████?<br>8     A.  So when you have a burn over a joint, even if<br>9  it doesn't receive a skin graft, if it takes longer than<br>10 14 to 21 days to heal, you're at increased risk for at<br>11 least tight scarring.  When that happens over a joint<br>12 your body's initial response to that is to contract.  So<br>13 if you have a burn here on the palm of your hand and<br>14 you're growing, what's going to happen is the skin on<br>15 the top part of your hand is going to grow fine but the<br>16 skin on the palm of your hand will not grow in the same<br>17 way, and you'll have kind of clawing of the hand.  This<br>18 is just an example.  So when a patient is growing you<br>19 don't want to really let them out of your sight for too<br>20 long.  You want to have regular follow-up with them<br>21 because a lot of times we can actually intervene before<br>22 it creates a deeper problem in the joints and tendons as<br>23 the patient is growing.<br>24    Q.  Is there a time period in which you want to<br>25 continue to monitor, continue to follow minor burn | Page 37<br>1  had seven and his last one was also that 5th of August.<br>2     Q.  And to the best of your knowledge is there a<br>3  plan to undergo an eighth treatment?<br>4     A.  He does not currently have any visits<br>5  scheduled.<br>6     Q.  Is the intention of you and/or the folks, the<br>7  providers at the burn unit that W████ undergo an eighth<br>8  treatment.<br>9     A.  Not necessarily.  If I was the one that was<br>10 seeing Stephanie I would have a conversation about what<br>11 we think the benefit is to W████ and if it's worth the<br>12 burden of the family taking two days out of their<br>13 schedule to bring him down given that he has had a very<br>14 good outcome with the seven lasers he's had.<br>15    Q.  Sitting here today are you aware of any<br>16 treatments or surgeries that are needed to address<br>17 W████'s burn injuries?<br>18    A.  Not at this time.<br>19    Q.  Will W████ undergo a reassessment even though<br>20 he hasn't completed his eight sessions?<br>21    A.  Yeah.  That will be up to Stephanie and Matthew<br>22 if they just want to combine the visits.  We would just<br>23 do his reassessment at seven instead of eight.<br>24    Q.  The camp that you described earlier -- I think<br>25 you said Camp Nah Nah Mah, was that just an emotional, |

|  | Page 38 |  | Page 40 |
|---|---|---|---|
| 1 | kind of like an emotional support camp for burn | 1 | management department and they would be happy to |
| 2 | survivors? | 2 | help you with that. |
| 3 | A. It's an everything support camp for burn | 3 | MR. AYALA: We can do that. |
| 4 | survivors. It really gives kids in particular but all | 4 | MS. LEE: Great, thanks. |
| 5 | burn survivors, especially if you're in a small town | 5 | MR. GIROUX: Dr. Thompson, do you need a brief |
| 6 | like Green River, Wyoming, you may be the only burn | 6 | break or are you okay? |
| 7 | survivor that's a child that you know. It gives kids a | 7 | THE WITNESS: I'm okay. |
| 8 | chance to come and be with other kids that also have | 8 | MR. GIROUX: Is everyone else good to go? I |
| 9 | burn scars. We let them be kids and play and be active. | 9 | don't have much. |
| 10 | But we also work a lot on scar acceptance, conversations | 10 | EXAMINATION |
| 11 | with people who may just be meeting you, practicing | 11 | BY MR. GIROUX: |
| 12 | scripts. That's what we worked on this past year is we | 12 | Q. Good morning your time, Dr. Thompson. My name |
| 13 | helped kids do their short and long scripts when someone | 13 | is Jared Giroux. I represent Walmart and Jetson in this |
| 14 | says, hey, what happened to you so they can be prepared | 14 | case. I got a few questions for you but not many. |
| 15 | and they don't feel anxious or nervous about having to | 15 | Thank you for taking the time to be here today. And I |
| 16 | talk about their burn injury. But a lot of it is just | 16 | may jump a little bit more since plaintiff's counsel has |
| 17 | fun and normalizing being a kid after they've been | 17 | already asked you a number of questions and I don't want |
| 18 | through some hard stuff. | 18 | to be duplicative and I apologize if I am. |
| 19 | Q. Okay. Would it be fair to say that you are | 19 | When you're talking about the eight different |
| 20 | unaware of any need and necessity for additional | 20 | laser treatments, is a patient such as Stephanie with 35 |
| 21 | therapy, laser treatments, or surgeries as it pertains | 21 | percent of her burns receiving treatments on the entire |
| 22 | to W____ until such time a reassessment can be | 22 | area of the burned portions of her body? |
| 23 | accomplished? | 23 | A. No. She would only be receiving CO2 laser on |
| 24 | A. Yes, that's correct. | 24 | areas that are thickened, firm or very itchy. |
| 25 | Q. And certainly even with a reassessment that can | 25 | Q. So in Stephanie's case did those change, you |

|  | Page 39 |  | Page 41 |
|---|---|---|---|
| 1 | change as W____ continues to grow and get older up | 1 | know, each time she came in? What I mean by that is |
| 2 | through the age of either 17 or 18? | 2 | would the same areas be addressed in each of those eight |
| 3 | MR. GIROUX: Form. | 3 | laser treatments? |
| 4 | A. That's correct. He will need at least a | 4 | A. I haven't reviewed all eight of her laser op |
| 5 | once-a-year visit. | 5 | notes. I can say typically people are treated in the |
| 6 | Q. (By Mr. Ayala) You don't have an opinion yet | 6 | same areas, but the areas that are treated usually get |
| 7 | as to any need or benefit to scar revision surgeries | 7 | smaller as time goes on because the scar is flattened |
| 8 | given W____'s age; is that fair? | 8 | and you don't want to treat the flat scars. So if |
| 9 | A. That's fair. | 9 | something -- if the laser is actually working you should |
| 10 | Q. Any other recollection you have relating to | 10 | get a smaller percent TBSA that you laser each time. |
| 11 | either Stephanie or W____ and the care and interactions | 11 | Q. You mentioned that Stephanie's ability to cope |
| 12 | you've had with them that we haven't discussed? | 12 | when she returned home and deal with her injuries was |
| 13 | A. No, I don't think so. | 13 | compounded by some preexisting challenges. What did you |
| 14 | MR. AYALA: Those are all of my questions. | 14 | mean by that? |
| 15 | What I'd like to do -- and Suzanne, maybe you can | 15 | A. She has some concerning patterns of alcohol use |
| 16 | assist on this one. I'd like to attach the 2024 | 16 | prior to her admission. |
| 17 | records of W____ and Stephanie that we don't have | 17 | Q. And how would those patterns of alcohol use |
| 18 | in our file as of yet. Dr. Thompson mentioned | 18 | impact her ability to recover from the injuries she |
| 19 | August and having seen Stephanie at some point in | 19 | sauce sustained in the fire? |
| 20 | August of 2024. So we'd like to attach those as | 20 | MR. AYALA: Form. |
| 21 | Exhibit 1 to Dr. Thompson's deposition. | 21 | A. Not necessarily as far as her healing would |
| 22 | (Exhibit 1 to be marked for identification.) | 22 | impact that. But if you have a coping mechanism that |
| 23 | MS. LEE: I can help with that but I am not | 23 | you utilize and you have a big stressor and you receive |
| 24 | the custodian of the records so I actually need you | 24 | treatment so you're not using that coping mechanism |
| 25 | to make that request to our health information | 25 | anymore, it's very hard to just make coping mechanisms |