# EXHIBIT 11

Patient: Wadsworth, ▮▮▮    DOB:    © 2007 - 2024 ClinicSource® www.ClinicSource.com

# Mental Health Initial Consultation

**Professional Counseling Services**

50 SHOSHONE AVE, STE B

GREEN RIVER, WY 829355327

(O) 307-337-9830

(F) 307-204-5487

| | | | |
|---|---|---|---|
| Performed on | 03/29/2022 | | |
| Provider | Tollefson, Malinda   1336318823 | | |

| | | | |
|---|---|---|---|
| Patient | Wadsworth, W▮▮▮ | Diagnosis | F43.0 |
| DOB/Age | ▮▮▮▮▮▮▮   4 Yrs. 6 Mos. | Phy. Referral | |
| Natural Language | English | Administered language | English |
| Interviewee | parents/W▮▮▮ | Relation to Patient | Parent/Guardian |

## PRESENTING CONCERN/PROBLEM

**Presenting Problem(s) Description:**

W▮▮▮'s home burned down on February 1, 2022. Mom and he are sill under medical care and mom almost lost her life. The family was sleeping and dad was at work when the family woke up to the house on fire. His mom tried to bring him out, but they almost did not make it out when a neighbor came by and went into the house and brought them both out, otherwise they would have died. W▮▮▮ is experiencing symptoms related to the event and parents are concerned about his sleep disturbances, ongoing medical treatment, and avoidance of showing people his scars.

**Reason for Referral/Treatment:**

W▮▮▮'s parents are worried about how the event is affecting W▮▮▮.

**Date of Onset:**

The home burned down on February 1, 2022

### ABUSE/TRAUMA HISTORY  ☐ None Reported

| Abuse/Trauma | Type I | Type II | Victim Status (P, S, T) | |
|---|---|---|---|---|
| ☐ Death of loved one | ☐ | ☐ | | Type I: single event, acute life threat, unexpected |
| ☐ Emotional/verbal abuse | ☐ | ☐ | | Type II: repeated, prolonged, unpredictable course |
| ☐ Physical abuse/violence | ☐ | ☐ | | |
| ☐ Sexual abuse/assault | ☐ | ☐ | | Victim Status: |
| ☐ Automobile accident | ☐ | ☐ | | Primary: direct experience with trauma event |
| ☐ Natural disaster | ☐ | ☐ | | Secondary: witness and helpers of trauma event |
| ☑ Other: fire | ☑ | ☐ | | Tertiary: indirectly affected by the trauma event |

| **Reaction to stressor/ traumatic events** | ☐ Depression   ☐ Suicidal thoughts   ☐ Suicidal attempts |
|---|---|
| | ☐ Avoidance of people/places   ☐ Other: |

It appears that at this point, W▮▮▮ is exhibiting symptoms associated with Acute Stress Disorder. The burning down of his home, coupled with his near-death experience with his mother. This has significantly impacted his psychological well-being. Since the event, dad reported the following symptoms: recurrent distressing memories of the fire incident, reluctance to talk about the fire or express emotions related to the event, efforts to numb or avoid thoughts, feelings, or memories associated with the trauma, inability to recall specific details about the traumatic event, and hypervigilance. While the symptoms presented align closely with those of Acute Stress Disorder, it's essential to consider differential diagnoses such as adjustment disorder, post-traumatic stress disorder (PTSD), and other anxiety disorders. However, given the recent onset of symptoms and the clear connection to the traumatic event, ASD appears to be the most fitting diagnosis at this time.

## REVIEW OF SYMPTOMS

**TRAUMA SYMPTOMS - PTSD**  ☐ Not present

**Intrusive Memories**

☑ Distressing recollections

☐ Distressing dreams

**EXHIBIT   92**

Date: 08/28/2024

Witness: Malinda Tollefson

Stenographer: Sara J. Vanchure

PCS_WW_001

**PL EX. 20-001**