**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR |

**ORDER GRANTING PLAINTIFFS' MOTION TO DETERMINE**
**RECOVERABLE DAMAGES OR, IN THE ALTERNATIVE,**
**TO CONFORM PLEADINGS TO THE EVIDENCE**

Having reviewed *the Plaintiffs' Motion to Determine Recoverable Damages or, in the Alternative, to Conform Pleadings to the Evidence*, the Court hereby ORDERS that the Minor-Plaintiffs may recover for all of their mental anguish, including consortium.

IT IS SO ORDERED.

Dated:_____                     _____
                                          HON. KELLY R. RANKIN
                                          United States District Judge

1