**FILED**

5:41 pm, 3/3/25

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
### Kelly H. Rankin, United States District Judge

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy | March 3, 2025 |
| Jan Davis, Court Reporter | Cheyenne, Wyoming |
| Jack Martin, Law Clerk | |

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                        Plaintiff's Attorneys:    Andrew Knopf
                                                                 Keith Mitnik
                                                                 Timothy Morgan
                                                                 Taly Goody

                        Plaintiffs,

v.

WALMART INC and
JETSON ELECTRIC BIKES LLC

                        Defendant's Attorney:    Eugene LaFlamme
                                                                Jared Giroux
                                                                Holly Tysse

                        Defendants.

## JURY TRIAL MINUTES - DAY 1

| | |
|---|---|
| 9:09 AM | Court in session. Above participants in the presence of 31 prospective jurors, with 14 seated in the jury box. |
| 9:10 AM | Opening remarks by the Court and explanation of case. |

| | |
|---|---|
| 9:15 AM | Introduction of case participants and court staff. |
| 9:20 AM | First oath given to prospective jurors. |
| 9:29 AM | Sidebar discussion held with counsel and Juror #1. |
| 9:30 AM | Juror #1 excused for cause.  Juror #27 called to the jury box. |
| 9:34 AM | Juror #5 (seated in gallery) excused for cause. |
| 9:35 AM | Sidebar discussion held with counsel and Juror #22. |
| 9:36 AM | Juror #22 excused for cause.  Juror #23 called to the jury box. |
| 9:42 AM | Preliminary questions asked to prospective jurors. |
| 10:01 AM | Voir dire by the Court commenced |
| 10:19 AM | Sidebar discussion held with counsel |
| 10:21 AM | Juror #30 excused for cause.  Juror #33 called to the jury box. Preliminary questions asked of Juror #33 and voir dire by the Court. |
| 10:37 AM | Juror #2 excused for cause.  Juror #20 called to the jury box. |
| 10:38 AM | Court in recess. |
| 10:58 AM | Court in session.  Preliminary questions asked of Juror #20 and voir dire by the Court. |
| 11:02 AM | Sidebar discussion held with counsel. |
| 11:07 AM | Juror #20 excused for cause.  Juror #13 called to the jury box. Preliminary questions asked of Juror #13 and voir dire by the Court. |
| 11:20 AM | Voir dire by Keith Mitnik for the plaintiffs. |
| 11:49 AM | Sidebar discussion held with counsel. |
| 11:53 AM | Jurors #19 and #23 excused for cause.  Jurors #14 and #34 called to the jury box.  Preliminary questions asked of Jurors #14 and #34 and voir dire by the Court. |
| 12:13 PM | Voir dire by Jared Giroux for the defendant |
| 12:30 PM | Additional voir dire by the court. |

| | |
|---|---|
| 12:34 PM | Sidebar discussion held with counsel. |
| 12:38 PM | Juror #24 excused for cause. Juror #17 called to the jury box. |
| 12:40 PM | Court in recess. |
| 12:54 PM | Court in session. Preliminary questions asked of Juror #17 and voir dire by the Court. |
| 1:00 PM | Voir dire of Juror #17 by Keith Mitnik for the plaintiff |
| 1:04 PM | Voir dire of Juror #17 by Jared Giroux for the defendant. |
| 1:10 PM | Follow up questions asked by the Court |
| 1:13 PM | Panel passed for cause |
| 1:15 PM | Sidebar discussion held with counsel |
| 1:17 PM | Court addressed the panel to advise them that they will not be dismissed until the jury selection process has concluded.<br><br>Peremptory challenges commence |
| 1:23 PM | Jurors #21, 27, 12, 13, 18, and 33 dismissed from the jury box. 8 selected jurors remain. All prospective jurors thanked and dismissed. |
| 1:26 PM | Impaneled jury sworn. |
| 1:33 PM | Jury dismissed for lunch. |
| 1:34 PM | Court recessed for lunch. |
| 2:38 PM | Court in session outside the presence of the jury to address plaintiff's trial brief filed today. |
| 3:02 PM | Jury brought into the courtroom. |
| 3:04 PM | Preliminary instructions read to the jury. |
| 3:26 PM | Court in recess to address technical issues |
| 3:37 PM | Court in session. |
| 3:38 PM | Jury brought into courtroom.<br>Opening statement by Keith Mitnik for the plaintiff. |

| | |
|---|---|
| 4:21 PM | Opening statement by Eugene LaFlamme for the defendant. |
| 5:00 PM | Jury dismissed for the day and instructed to reconvene at 8:30 AM. |
| 5:01 PM | Housekeeping and trial procedural matters discussed with counsel. Court addressed plaintiff's local counsel, Taly Goody's request to be excused from trial. The Court will excuse Mrs. Goody, however, she will need to be available either in person, or via Zoom, if needed. |
| 5:06 PM | Court recessed until 8:30 AM. |