

FILED

United States District Court
For The District of Wyoming
Kelly H. Rankin, United States District Judge

5:43 pm, 3/4/25

**Margaret Botkins**
**Clerk of Court**

MiYon Bowden, Courtroom Deputy  
Jan Davis, Court Reporter  
Jack Martin, Law Clerk  

March 4, 2025  
Cheyenne, Wyoming

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                              Plaintiff's Attorneys:    Andrew Knopf
                                                                                        Keith Mitnik
                                                                                        Timothy Morgan

                       Plaintiffs,

v.

WALMART INC and
JETSON ELECTRIC BIKES LLC

                                          Defendant's Attorney:    Eugene LaFlamme
                                                                       Jared Giroux
                                                                                       Holly Tysse

                       Defendants.

### JURY TRIAL MINUTES - DAY 2

8:33 AM       Court in session. Trial procedural matters discussed with counsel outside the presence of the jury.

8:50 AM       Jury brought into the courtroom.

| | |
|---|---|
| 8:51 AM | Plaintiff's Exhibits admitted: 2, 6-20, 25, 30, 31, 32, 43-A, 43-B, 43-C, 43-D, 44, 45, 45-A, 46, 47, 48, 57, 58, 60, 62, 63, 64, 65, 65-A, 66, 66-A, 68, 69, 70, 70-A, 71, 72, 74, 76, 83, 86, 87, 88, 89, 91, 91-A, 92, 94, 97, 98, 98-A, 99, 100, 100-A, 101, 101-A, 105, 106, 107, 107-A, 108, 109, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 147, 148, 149, 150, 157, 158, 165, 166, 167, 168, 169, 170, 171, 173, 174, 176, 177, 178, 179, 181, 182, 184, 185, 186, 194, 195, 196, and 247. |
| 9:00 AM | Exhibit #32 (SCSO Hansen bodycam video) published and played for the Court. |
| 10:10 AM | Court in recess |
| 10:25 AM | Court in session. Court addressed plaintiff's exhibit #60. Plaintiff confirmed that there is no Exhibit #60, it was inadvertently mentioned. |
| 10:27 AM | Jury brought back into the courtroom. Plaintiff calls first witness, Ryan Pasborg. Witness sworn. |
| 10:28 AM | Direct examination of Ryan Pasborg by Andrew Knopf for the plaintiff. |
| 10:57 AM | Cross examination of Mr. Pasborg by Jared Giroux for the defendant |
| 11:03 AM | Sidebar discussion held with counsel |
| 11:09 AM | Plaintiff moved to admit |
| 11:10 AM | Sidebar discussion held with counsel |
| 11:12 AM | Resume cross examination by |
| 11:14 AM | Redirect by Andrew Knopf for the plaintiff |
| 11:17 AM | Recross by Jared Giroux for the defendant |
| 11:20 AM | Plaintiff's Exhibits 35-1 and 35-2 (SCSO McPhie Body Cam) admitted and played for the Court. |
| 11:55 AM | Jury dismissed for lunch. Housekeeping matters discussed with counsel. |
| 11:57 AM | Court recessed for lunch. |
| 1:11 PM | Court in session. |
| 1:12 PM | Jury brought into the courtroom. Plaintiff calls next witness, Chief Bill Robinson via Zoom. |

| | |
|---|---|
| 1:14 PM | Witness sworn. |
| 1:13 PM | Direct examination of Chief Robinson by Andrew Knopf for the plaintiff |
| 1:45 PM | Sidebar discussion held with counsel |
| 1:50 PM | Resume direct examination by Andrew Knopf |
| 1:55 PM | Cross examination of Chief Robinson by Eugene LaFlamme for the defendant. |
| 1:59 PM | Zoom witness excused.  Exhibits #39 and #41 admitted. |
| 2:03 PM | Exhibit #39 (Detective Sheaman Interview with Ryan Pasborg) published and played for the Court. |
| 2:38 PM | Exhibit #41 (Detective Sheaman Interview with Wadsworth Family) published and played for the Court. |
| 2:52 PM | Court in recess. |
| 3:13 PM | Court in session. |
| 3:14 PM | Jury brought back into courtroom.  Exhibit #41 resumes playing for the Court. |
| 3:52 PM | Jury dismissed for a brief break while the Court addressed procedural matters with counsel. |
| 3:53 PM | Jury brought back into the courtroom.  Plaintiff calls next witness, Sergeant Jeff Sheaman |
| | Witness sworn. |
| 3:55 PM | Direct examination of Sgt. Sheaman by Andrew Knopf for the plaintiff. |
| 4:00 PM | Cross examination of Detective Sheaman |
| | Witness excused. |
| 4:01 PM | Plaintiff calls next witness, Michael Shulz. |
| | Witness sworn. |
| 4:02 PM | Direct examination of Mr, Shulz by Timothy Morgan for the plaintiff. |
| 4:56 PM | Sidebar discussion held with counsel. |

| | |
|---|---|
| 5:03 PM | Direct examination resumes. |
| 5:18 PM | Jury excused for the day, instructed to reconvene at 8:30 AM. |
| 5:19 PM | Trial procedural matters discussed with counsel outside the presence of the jury. |
| 5:29 PM | Defendant moved for a mistrial. |
| | The Court orally denied defendant's motion. |
| 5:31 PM | Court in recess. |