| | |
|---|---|
| Taly Goody, Esq.<br>Wyoming Bar No.: 8-6737<br>Greyson M. Goody, Esq.*<br>GOODY LAW GROUP<br>58 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 893-1983<br>Email: taly@GoodyLawGroup.com<br>greyson@GoodyLawGroup.com<br>*Local Counsel for Plaintiffs* | T. Michael Morgan, Esq.*<br>Florida Bar No.: 062229<br>MORGAN & MORGAN, P.A<br>20 N. Orange Ave, Suite 1600<br>Orlando, FL 32801<br>Telephone: (407) 420-1414<br>Email: mmorgan@forthepeople.com<br>**Pro Hac Vice*<br>*Attorney for Plaintiffs*<br><br>Josh Autry, Esq.*<br>Pennsylvania Bar No. 208459<br>Kentucky Bar No. 98419<br>Tennessee Bar No. 41623<br>New York Bar No. 6161962<br>**MORGAN & MORGAN, P.A.**<br>199 Water Street, Suite 1500<br>New York, NY 10005<br>Telephone: (859) 899-8785<br>Email: jautry@forthepeople.com<br>**Pro Hac Vice*<br>*Attorney for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and JETSON ELECTRIC BIKES, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00118-KHR<br><br>JURY TRIAL DEMANDED |

**<u>PLAINTIFF STEPHANIE WADSWORTH'S NOTICE AS TO HER</u>**
**<u>CLAIM FOR FUTURE MEDICAL EXPENSES</u>**

Plaintiff Stephanie Wadsworth hereby gives notice that she does not intend to pursue her claim for future medical expenses at the trial of this case. Accordingly, Plaintiffs withdraw their expert life care planner, Dr. Ronald E. Snyder, from their witness list and hereby disclose that they do not intend to call Dr. Snyder at trial.

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

Date: March 5, 2025

*/s/ Josh Autry, Esq.*\*
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com
*\*Pro Hac Vice*
*Counsel for the Plaintiffs*

T. Michael Morgan, Esq.*
Florida Bar No.: 062229
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Phone: 407-420-1414
Email: mmorgan@forthepeople.com
*\*Pro Hac Vice*
*Counsel for the Plaintiffs*

Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.*
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com
*Local Counsel for Plaintiffs*

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2025 a true and correct copy of the foregoing was electronically served to all counsel of record with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Counsel for Defendants:

Eugene M. LaFlamme – elaflamme@MLLlaw.com
Jared B. Giroux – jguiroux@MLLlaw.com
Jillian L. Lukens – jlukens@MLLlaw.com
Brandon Pryde – bpryde@rowleyfleck.com
Tim Stubson – tstubson@crowleyfleck.com
Christopher Voigt – cvoigt@crowleyfleck.com
Holly Tysse – htysse@crowleyfleck.com

*/s/ Josh Autry, Esq.\**
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
Morgan & Morgan, P.A.
\**Pro Hac Vice*