Taly Goody, Esq.  
Wyoming Bar No.: 8-6737  
Greyson M. Goody, Esq.  
GOODY LAW GROUP  
58 Malaga Cove Plaza  
Palos Verdes Estates, CA 90274  
Telephone: (310) 893-1983  
Email: taly@GoodyLawGroup.com  
greyson@GoodyLawGroup.com  

T. Michael Morgan, Esq.*  
Florida Bar No.: 062229  
MORGAN & MORGAN, P.A  
20 N. Orange Ave, Suite 1600  
Orlando, FL 32801  
Telephone: (407) 420-1414  
Email: mmorgan@forthepeople.com  

Josh M. Autry, Esq.*  
New York Bar No.: 6161962  
MORGAN & MORGAN, P.A.  
199 Water Street, Suite 1500  
New York, NY 10005  
Telephone: (859) 899-8785  
Email: jautry@forthepeople.com  
**Pro Hac Vice*  
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, <br>            Plaintiffs, <br><br> v. <br><br> WALMART, INC. and JETSON ELECTRIC BIKES, LLC, <br><br>            Defendants. | Case No.: 2:23-cv-00118-KHR |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO DETERMINE RECOVERABLE DAMAGES OR, IN THE ALTERNATIVE, TO CONFORM PLEADINGS TO THE EVIDENCE (ECF NO. 208)

Plaintiffs, through undersigned counsel, give notice that they are hereby withdrawing Plaintiffs' Motion to Determine Recoverable Damages or, in the Alternative, to Conform Pleadings to the Evidence (ECF No. 208), filed on March 3, 2025.

Date: March 5, 2025								Respectfully submitted,

/s/ Josh Autry, Esq.*
Pennsylvania Bar No. 208459
Kentucky Bar No. 98419
Tennessee Bar No. 41623
New York Bar No. 6161962
MORGAN & MORGAN, P.A.
199 Water Street, Suite 1500
New York, NY 10005
Telephone: (859) 899-8785
jautry@forthepeople.com
*Pro Hac Vice

**T. Michael Morgan, Esq.***
Florida Bar No.: 062229
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
Phone: 407-420-1414
Email: mmorgan@forthepeople.com
*Pro Hac Vice

**Taly Goody, Esq.**
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email: taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Josh Autry
Josh Autry