

FILED

**Margaret Botkins**
**Clerk of Court**

5:34 pm, 3/5/25

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States District Judge

MiYon Bowden, Courtroom Deputy  
Jan Davis, Court Reporter  
Jack Martin, Law Clerk

March 5, 2025  
Cheyenne, Wyoming

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and  
MATTHEW WADSWORTH

|  |  |
|---|---|
| Plaintiff's Attorneys: | Andrew Knopf |
|  | Keith Mitnik |
|  | Timothy Morgan |

Plaintiffs,

v.

WALMART INC and  
JETSON ELECTRIC BIKES LLC

|  |  |
|---|---|
| Defendant's Attorney: | Eugene LaFlamme |
|  | Jared Giroux |
|  | Holly Tysse |

Defendants.

### JURY TRIAL MINUTES - DAY 3

8:34 AM   Court in session. Trial procedural matters discussed with counsel outside the presence of the jury.

8:36 AM   Jury brought into the courtroom.

|   |   |
|---|---|
|   | Resume direct examination of Michael Schulz by Timothy Morgan for the plaintiff.  Screenshots of annotated Exhibit 32 admitted as 32-1a and 32-2a. |
| 10:15 AM | Court in recess. |
| 10:31 AM | Court in session. |
| 10:32 AM | Jury brought back into the courtroom.  Direct examination resumes.  Exhibit 45A-2 (annotated screenshot) admitted |
| 11:27 AM | Sidebar discussion held with counsel. |
| 11:32 AM | Direct examination resumes. |
| 11:49 AM | Court recessed for lunch. |
| 1:09 PM | Court in session.  Housekeeping matters discussed outside the presence of the jury. |
| 1:12 PM | Jury brought back into the courtroom.  Cross examination of Mr. Shulz by Jared Giroux for the defendant. |
| 1:39 PM | Sidebar discussion held with counsel. |
| 1:45 PM | Redirect examination by Timothy Morgan |
| 1:57 PM | Recross examination by Jared Giroux |
| 1:58 PM | Mr. Shulz excused from the witness stand. |
| 1:59 PM | Plaintiff's exhibits #1, 4, 5, 21, 22, 126, 127, 151, 153, 154, 155, 161, 172, 175, and 197 admitted. |
|   | Stipulations read to the Court by Mr. Morgan.  Jury instructed to accept stipulations as facts in this case and they are deemed as facts going forward for their consideration. |
| 2:03 PM | Plaintiff calls next witness Derek King. |
|   | Witness sworn |
| 2:04 PM | Direct examination of Derek King by Timothy Morgan for the plaintiff.  Exhibit #49-A-1 (annotated screenshot) admitted. |
| 3:06 PM | Court in recess |
| 3:21 PM | Court in session. |

| | |
|---|---|
| 3:23 PM | Jury brought back in the courtroom. |
| | Direct examination resumes.  Exhibits #77-016, 77-023, 77-022, 77-025, and 77-024 admitted. |
| 4:19 PM | Cross examination of Mr. King by Eugene LaFlamme for the defendant. |
| 4:51 PM | Redirect examination by Timothy Morgan |
| 4:52 PM | Sidebar discussion held with counsel |
| 4:54 PM | Redirect resumes |
| 5:05 PM | Recross examination by Eugene LaFlamme |
| 5:09 PM | Mr. King excused from the witness stand. |
| | Plaintiff addressed the Court with the corrected names of screenshot Exhibits 32-1-A and 32-1-B.  Admitted. |
| 5:11 PM | Jury dismissed until 8:45 AM |
| 5:12 PM | Housekeeping matters discussed with counsel. |
| 5:18 PM | Court in recess until 8:45 AM. |