**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STEPHANIE WADSWORTH, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH, | Case No.: 2:23-cv-00118-KHR |
| Plaintiffs, | |
| v. | |
| WALMART, INC. and JETSON ELECTRIC BIKES, LLC, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S RULING ON PUNITIVE DAMAGES AS TO WALMART (ECF 143)**

Having reviewed *Plaintiffs' Motion for Reconsideration of Court's Ruling on Punitive Damages as to Walmart (ECF 143)*, the Court hereby ORDERS that Plaintiffs' motion is **GRANTED**. Plaintiffs may seek punitive damages against Walmart.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Kelly H. Rankin
United States District Judge