FILED

United States District Court
For The District of Wyoming
Kelly H. Rankin, United States District Judge

3:07 pm, 3/6/25

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy<br>Jan Davis, Court Reporter<br>Jack Martin, Law Clerk | March 6, 2025<br>Cheyenne, Wyoming |

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                                    Plaintiff's Attorneys:    Andrew Knopf
                                                                                 Keith Mitnik
                                                                                     Timothy Morgan

                              Plaintiffs,

v.

WALMART INC and
JETSON ELECTRIC BIKES LLC

                                       Defendant's Attorney:    Eugene LaFlamme
                                                                       Jared Giroux
                                                                                     Holly Tysse

                              Defendants.

**JURY TRIAL MINUTES - DAY 4**

| | |
|---|---|
| 8:46 AM | Court in session. Trial procedural matters discussed outside the presence of the jury. |
| 8:49 AM | Jury brought into the courtroom. Plaintiff calls witness Sam Husain |

|  |  |
|---|---|
|  | Witness sworn |
| 8:50 AM | Direct examination of Sam Husain by Keith Mitnik for the plaintiff. |
|  | Exhibit 49-A admitted |
| 9:32 AM | Sidebar discussion held with counsel. |
| 9:35 AM | Direct examination resumed. |
| 10:05 AM | Sidebar discussion held with counsel. |
| 10:12 AM | Cross examination of Mr. Husain by Eugene LaFlamme for the defendant. |
| 10:15 AM | Jury dismissed for recess |
| 10:16 AM | Housekeeping matters discussed outside the presence of the jury. |
| 10:18 AM | Court in recess |
| 10:32 AM | Court in session.  Jury brought back into courtroom. |
| 10:35 AM | Cross examination resumed. |
| 10:43 AM | Sidebar discussion with counsel. |
| 10:46 AM | Mr. Husain excused from the witness stand. |
| 10:48 AM | Court in brief recess to set up Zoom connection with plaintiff's next witness. |
| 10:59 AM | Court in session.  Court awaits plaintiff's witness to join Zoom conference outside the presence of the jury. |
| 11:10 AM | Jury brought back into courtroom.  Plaintiff calls their witness, Dr. Scott Sulentich, via Zoom. |
|  | Witness sworn. |
| 11:12 AM | Exhibits #3 and 3A admitted.  Direct examination of Dr. Sulentich by Andrew Knopf for the plaintiff. |
| 11:39 AM | Cross examination of Dr. Sulentich by Jared Giroux for the defendant |
| 11:40 AM | Dr. Sulentich excused. |
| 11:41 AM | Court recessed for lunch. |

| | |
|---|---|
| 1:03 PM | Court in session.  Jury brought into the courtroom. |
| 1:04 PM | Plaintiff calls next witness, Dr. Callie Thompson, via Zoom. |
| | Witness sworn |
| 1:05 PM | Direct examination of Dr. Thompson by Andrew Knopf for the plaintiff. |
| 1:40 PM | Cross examination of Dr. Thompson by Holly Tysse for the defendant. |
| 1:44 PM | Redirect examination of Dr. Thompson by Andrew Knopf. |
| 1:45 PM | Dr. Thompson excused.  Plaintiff calls next witness, Coryn Kremers. |
| | Witness sworn. |
| 1:46 PM | Direct examination of Ms. Kremers by Keith Mitnik for the plaintiff. |
| 2:14 PM | Cross examination of Ms. Kremers by Jared Giroux for the defendant. |
| 2:21 PM | Sidebar discussion with counsel. |
| 2:23 PM | Redirect examination by Keith Mitnik. |
| | Exhibit #199 admitted. |
| 2:28 PM | Recross examination by Jared Giroux |
| 2:31 PM | Ms. Kremers excused from the witness stand. |
| 2:34 PM | Sidebar discussion held. |
| 2:36 PM | Jury dismissed and instructed to reconvene at 8:30 AM. |
| 2:38 PM | Court in recess until 8:30 AM. |