

**FILED**

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States District Judge

2:45 pm, 3/7/25

**Margaret Botkins**
**Clerk of Court**

MiYon Bowden, Courtroom Deputy  
Jan Davis, Court Reporter  
Jack Martin, Law Clerk

March 7, 2025  
Cheyenne, Wyoming

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and  
MATTHEW WADSWORTH

                Plaintiff's Attorneys:    Andrew Knopf  
                                                     Keith Mitnik  
                                                     Timothy Morgan

                Plaintiffs,

v.

WALMART INC and  
JETSON ELECTRIC BIKES LLC

                Defendant's Attorney:    Eugene LaFlamme  
                                                      Jared Giroux  
                                                     Holly Tysse

                Defendants.

## JURY TRIAL MINUTES - DAY 5

8:33 AM        Court in session. Trial procedural matters discussed outside the presence of the jury.

8:36 AM        Jury brought into the courtroom.

| | |
|---|---|
| 8:37 AM | Plaintiff calls W.W. for demonstration purposes only.  W.W., accompanied by his father, showed the jury the burn injury to his leg. |
| 8:39 AM | Plaintiff calls witness Lavonne Wadsworth.<br>Witness sworn |
| 8:40 AM | Direct examination of Lavonne Wadsworth by Andrew Knopf for the plaintiff. |
| 9:23 AM | Mrs. Wadsworth excused from the witness stand.  Plaintiff calls next witness, Lonnie D. Wadsworth.<br>Witness sworn. |
| 9:24 AM | Direct examination of Lonnie Wadsworth by Andrew Knopf for the plaintiff. |
| 9:54 AM | Mr. Wadsworth excused from the witness stand.  Plaintiff calls next witness, Matthew Wadsworth.<br>Witness sworn. |
| 9:55 AM | Direct examination of Matthew Wadsworth by Timothy Morgan for the plaintiff. |
| 10:15 AM | Court in recess |
| 10:32 AM | Court in session. |
| 10:33 AM | Jury brought back in courtroom.<br><br>Direct examination resumed. |
| 10:51 AM | Exhibit #53 admitted |
| 12:28 PM | Court in recess. |
| 12:40 PM | Court in session.  Jury brought into courtroom |
| 12:41 PM | Direct examination resumed. |
| 12:49 PM | Cross examination of Mr. Wadsworth by Jared Giroux for the defendant. |
| 1:03 PM | Redirect examination by Timothy Morgan. |
| 1:05 PM | Recross examination by Jared Giroux |
| 1:07 PM | Sidebar discussion held with counsel. |
| 1:08 PM | Recross resumed. |

| | |
|---|---|
| 1:10 PM | Sidebar discussion held with counsel. |
| 1:11 PM | To give context for the jury's consideration, a portion of Mr. Wadsworth's deposition read to the Court by Timothy Morgan. |
| 1:13 PM | Mr. Wadsworth excused from the witness stand. |
| 1:15 PM | Jury dismissed for the day and instructed to reconvene on Monday at 8:30 AM. |
| 1:16 PM | Housekeeping matters discussed with counsel outside the presence of the jury. |
| 1:18 PM | Court in recess until 8:30 AM Monday morning. |