**EXHIBIT A**                                                                Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF WYOMING
 3     - - - - - - - - - - - - - - - - - - - - - - - - - - -
       STEPHANIE WADSWORTH, individually
 4     and as Parent and legal guardian
       of WW, KW, GW and SW, minor
 5     children of MATTHEW WADSWORTH,
 6                      Plaintiffs,    Case No.
                                         2:23-cv-00118-NDF
 7         vs.
 8     WALMART, INC., and JETSON ELECTRIC
       BIKES, LLC,
 9
                        Defendants.
10
       - - - - - - - - - - - - - - - - - - - - - - - - - - -
11
                  VIDEO-RECORDED DEPOSITION OF:
12                 CORPORATE REPRESENTATIVE OF
                      JETSON ELECTRIC BIKES
13                         SAM HUSAIN
14          TAKEN AT:  McCOY, LEAVITT, LASKEY LAW
15          LOCATED AT:  N19 W24200 Riverwood Drive
                        Waukesha, Wisconsin
16
                        May 17, 2024
17
                    9:36 a.m. to 2:11 p.m.
18
            REPORTED BY:  VICKY L. ST. GEORGE, RMR.
19
       - - - - - - - - - - - - - - - - - - - - - - - - - - -
20
21
22
23
24
25     JOB NO. 6646833
```

Page 85

1  Q.   Has this product ever failed a UL certification or
2       recertification?
3  A.   Not to my knowledge.
4  Q.   When did UL certification 2272, when was that
5       implemented?
6  A.   This is completely going off --
7  Q.   If you know.
8            MR. LAFLAMME:  Just as a point of
9       clarification, are you talking about the standard in
10      general?
11           MR. AYALA:  Yes.
12           MR. LAFLAMME:  Okay.
13           THE WITNESS:  Going completely off of my
14      memory, I believe it was 2015 or 2016, 2015 or 2016.
15 BY MR. AYALA:
16 Q.   Do you know the reasons why that standard was
17      implemented?
18 A.   I don't know the specifics.
19           (Exhibit 54 marked.)
20 BY MR. AYALA:
21 Q.   Exhibit 54 is titled CPSC safety alert, it's the
22      Consumer Product Safety Commission safety alert
23      relating to Hoverboards.
24           First, are you familiar with the Consumer
25      Product Safety Commission?

Page 86

```
 1    A.    Yes, I am.
 2    Q.    Are you involved in communicating with that safety
 3          commission relating to Jetson products?
 4    A.    No.  It's done through our CPSC counsel.
 5    Q.    Is Jetson, is Jetson required to abide by any CPSC
 6          standards or requirements?
 7    A.    I would consult with my CPSC counsel on that.
 8    Q.    And who is that?
 9    A.    Rick Locker.
10    Q.    Where is he located?
11    A.    New York.
12    Q.    Does he work out of the Jetson office?
13    A.    No.
14    Q.    In looking at this CPSC safety alert, it describes
15          dangers posed by Hoverboards according to their
16          terminology, and it states that CPSC is aware of more
17          than 250 self-balancing scooter/Hoverboard incidents
18          related to fires or overheating, and it describes an
19          incidence in March of 2017 where a two-year-old girl
20          and a 10-year-old girl died in a house fire ignited
21          by a Hoverboard in Harrisburg, Pennsylvania.
22                Do you see that?
23    A.    I do see that here.
24    Q.    It also talks about reports of 13 burn injuries,
25          three smoke inhalation injuries and more than $4
```

Page 87

1        million dollars in property damage related to
2        Hoverboards, do you see that?
3    A.  Yes.
4    Q.  And pursuant to that initial advisory CPSC gives
5        recommendations to consumers, do you see that?
6    A.  Yes.
7    Q.  And in these recommendations it also discusses this
8        UL 2272 safety standard, do you see that?
9    A.  Yes, I do.
10   Q.  This last bullet point in the middle section states
11       "Hoverboards should be compliant with the UL 2272
12       safety standard."
13              Obviously this safety alert describes an
14       event from March of 2017, but is it your recollection
15       that the UL 2272 safety standard would have been
16       implemented in and about that timeframe of 2017?
17   A.  Yes.
18   Q.  That last bullet point goes on to state "however,
19       even UL 2272 compliance cannot guarantee that a
20       Hoverboard will not overheat or catch fire."
21              Do you see that?
22   A.  Yes.
23   Q.  Do you agree with that?
24              MR. LAFLAMME:  Object to form.
25              THE WITNESS:  Agree with what?  Sorry.

Page 88

1  BY MR. AYALA:
2  Q.   That even UL 2272 compliance cannot guarantee that a
3       Hoverboard will not overheat or catch fire.
4            MR. LAFLAMME:  Object to form.
5            THE WITNESS:  Yes.
6  BY MR. AYALA:
7  Q.   In fact, you, meaning Jetson, acknowledges and
8       appreciates that even some of its Hoverboards with UL
9       certification or recertification have in fact caught
10      on fire, correct?
11           MR. LAFLAMME:  Object to form.  Go ahead.
12           THE WITNESS:  Can you say that again?
13      Sorry.
14           MR. AYALA:  Yes, sir.
15 BY MR. AYALA:
16 Q.   Jetson agrees and acknowledges that some of its
17      Hoverboards even with UL certification 2272 have
18      caught on fire?
19           MR. LAFLAMME:  Object to form.
20           THE WITNESS:  I would not agree, but I
21      would acknowledge that Hoverboards, depending on the
22      circumstances and the use and the conditions, have
23      had a thermal event.
24 BY MR. AYALA:
25 Q.   So what part of my question do you not agree with?