# CPSC Safety Alert

**EXHIBIT B**

## Hoverboard Safety Alert

Since fall 2015, CPSC has led the way in warning the public about the dangers posed by hoverboards. CPSC is aware of more than 250 self-balancing scooter/hoverboard incidents related to fires or overheating. In March 2017, a 2-year-old girl and a 10-year-old girl died in a house fire ignited by a hoverboard in Harrisburg, Pennsylvania. In addition, CPSC has reports of 13 burn injuries, three smoke inhalation injuries and more than $4 million in property damage related to hoverboards.

**CPSC recommends that consumers, who own or use hoverboards, take these steps to reduce the risk of fire:**

- Use only chargers supplied with the hoverboard.

- Only charge a hoverboard when you are there to watch it. Do not charge unattended, especially overnight.



- Keep away from flammable items while charging or even storing your hoverboard.

- Check for recalls. Go to: www.CPSC.gov to see if the hoverboard has been recalled. Stop using a recalled hoverboard immediately and contact the manufacturer for the remedy.

- Have working smoke alarms and fire extinguishers on every level of your home, outside sleeping areas and inside each bedroom.

- Report incidents involving hoverboards overheating, smoking, or fire to CPSC at www.Saferproducts.gov.

- Hoverboards should be compliant with the UL 2272 safety standard. However, even UL 2272 compliance cannot guarantee that a hoverboard will not overheat or catch fire.

**How can you tell if your hoverboard is UL 2272 compliant?**

- Look for a certification mark for self-balancing scooters or personal e-Mobility on the front of the packaging and the holographic certification label with the Enhanced Mark on the bottom of the product. These labels are your indication that you have a genuine compliant product. The following example is one of a UL certification label:



EXHIBIT 54
5·17·24
Jetson

**U.S. CONSUMER PRODUCT SAFETY COMMISSION • (800) 638-2772 • www.cpsc.gov • www.SaferProducts.gov**



# CPSC Safety Alert

 

 

- If you bought your hoverboard before January 29, 2016 then your hoverboard is not UL 2272 compliant.

- Buy from a reputable source. If the price seems significantly lower than other hoverboards, the unit may not be UL 2272 compliant.

- Never purchase a hoverboard from a kiosk, a secondhand seller, or an online retailer without proof that the hoverboard is compliant with the UL 2272 safety standard.

- Many sellers/retailers claim to have UL-compliant battery packs, chargers or other components, but this does not mean they are UL 2272 compliant. UL 2272 covers the entire hoverboard unit, not just individual parts.

- If you are still unsure if the hoverboard is UL 2272 compliant, ask questions. Ask the seller/retailer to provide you with documentation of compliance with UL 2272 for the product.

11/2017