# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States District Judge



**FILED**

5:42 pm, 3/10/25

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy | March 10, 2025 |
| Jan Davis, Court Reporter | Cheyenne, Wyoming |
| Jack Martin, Law Clerk | |

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                                      Plaintiff's Attorneys:    Andrew Knopf
                                                                      Keith Mitnik
                                                                        Timothy Morgan

                                      Plaintiffs,

v.

WALMART INC and
JETSON ELECTRIC BIKES LLC

                                      Defendant's Attorney:    Eugene LaFlamme
                                                                       Jared Giroux
                                                                         Holly Tysse

                                      Defendants.

**JURY TRIAL MINUTES - DAY 6**

8:33 AM        Court in session.

8:34 AM        Jury brought into the courtroom.

| | |
|---|---|
| 8:37 AM | Plaintiff calls next witness, Stephanie Wadsworth. |
| 8:38 AM | Witness sworn. |
| | Direct examination of Stephanie Wadsworth by Timothy Morgan for the plaintiff. |
| 9:39 AM | Cross examination of Mrs. Wadsworth by Eugene LaFlamme for the defendant. |
| 9:53 AM | Redirect examination of Mrs. Wadsworth by Timothy Morgan. |
| 9:55 AM | Sidebar discussion held with counsel. |
| 9:58 AM | Court informed the jury of changes in order of witnesses. |
| 10:00 AM | Court in recess. |
| 10:15 AM | Court in session. |
| 10:17 AM | Jury brought back into courtroom |
| 10:18 AM | Defendant calls first witness, Joseph Filas. |
| | Witness sworn. |
| 10:19 AM | Direct examination of Joseph Filas by Jared Giroux for the defendant. |
| 11:02 AM | Sidebar discussion held with counsel. |
| 11:04 AM | Discussion held amongst counsel off the record. |
| 11:08 AM | Direct examination resumed. |
| 11:22 AM | Sidebar discussion held with counsel. |
| 11:25 AM | Direct examination resumed. |
| 11:35 AM | Sidebar discussion held with counsel. |
| 11:36 AM | Direct examination resumed. |
| 11:41 AM | Jury dismissed for lunch |
| 11:42 AM | Court in recess. |
| 1:04 PM | Court in session. Housekeeping matters discussed with counsel outside the presence of the jury. |

| | |
|---|---|
| 1:12 PM | Jury brought into the courtroom. Plaintiff calls next witness, Malinda Tollefson, via Zoom. |
| 1:13 PM | Witness sworn. |
| 1:14 PM | Direct examination of Malinda Tollefson by Andrew Knopf for the plaintiff. |
| 1:39 PM | Cross examination of Ms. Tollefson by Jared Giroux for the defendant. |
| 1:47 PM | Redirect examination by Andrew Knopf. |
| 1:48 PM | Ms. Tollefson excused from the Zoom call. |
| 1:49 PM | Sidebar discussion held with counsel. |
| 1:51 PM | Exhibit #27 and 49 admitted. |
| | Plaintiffs rest. |
| 1:52 PM | Jury dismissed for a brief recess. |
| 1:53 PM | Outside the presence of the jury, the Court heard arguments on defendant's oral motion under Rule 50(a)(1). |
| 2:13 PM | Court grants plaintiff's request to withdraw its express warranty claim (see official transcript for details). |
| 2:17 PM | Court denies the defendant's request to dismiss the case pursuant to Rule 50 (see official transcript for details). |
| 2:19 PM | Regarding plaintiff's motion for reconsideration [216], the Court denies the request (see official transcript for details). |
| 2:31 PM | Court in recess. |
| 2:40 PM | Court in session. Jury brought back into the courtroom. |
| 2:42 PM | Cross examination of Joseph Filas by Keith Mitnik for the plaintiff. |
| 3:48 PM | Sidebar discussion held with counsel. |
| 3:54 PM | Court in recess. |
| 4:05 PM | Court in session |
| 4:06 PM | Jury brought back into courtroom. |

| | |
|---|---|
| 4:07 PM | Redirect examination of Mr. Filas by Jared Giroux for the defendant. |
| 4:19 PM | Sidebar discussion held with counsel. |
| 4:20 PM | Redirect examination resumed. |
| 4:24 PM | Recross by Keith Mitnik. |
| 4:28 PM | Sidebar discussion held with counsel. |
| 4:30 PM | Defendant calls next witness, Brian Strandjord. |
| | Witness sworn. |
| | Direct examination of Brian Standjord by Eugene LaFlamme for the defendant. |
| 4:48 PM | Sidebar discussion held with counsel. |
| 4:50 PM | Direct examination resumed. |
| 4:59 PM | Exhibit #121-013 admitted. |
| 5:14 PM | Jury dismissed until 8:30 AM. |
| 5:15 PM | Housekeeping matters discussed with counsel outside the presence of the jury. |
| | Exhibit #121-013 will be substituted with Exhibit #102-007. |
| 5:20 PM | Court in recess until 8:30 AM. |