

FILED

**Margaret Botkins**
**Clerk of Court**

10:58 am, 3/13/25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC. and JETSON ELECTRIC BIKES, LLC,<br><br>　　　　　　　　　　Defendant. | Case Number: 23-CV-118-KHR |

## ORDER

IT IS HEREBY ORDERED that any meals provided for the Jury during their deliberations shall be paid for by the Court.

Dated this 13th day of March, 2025.

_____
Kelly H. Rankin
United States District Judge