Case 2:23-cv-00118-KHR  Document 232  Filed 03/13/25  Page 1 of 3



**FILED**

2:25 pm, 3/13/25

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States District Judge

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy | March 13, 2025 |
| Jan Davis, Court Reporter | Cheyenne, Wyoming |
| Jack Martin, Law Clerk | |

Case No. 23-CV-118-KHR

STEPHANIE WADSWORTH and
MATTHEW WADSWORTH

                                              Plaintiff's Attorneys:    Andrew Knopf
                                                                                    Keith Mitnik
                                                                                     Timothy Morgan

                                              Plaintiffs,

v.

WALMART INC and
JETSON ELECTRIC BIKES LLC

                                              Defendant's Attorney:    Eugene LaFlamme
                                                                                      Jared Giroux
                                                                                      Holly Tysse

                                             Defendants.

## JURY TRIAL MINUTES - DAY 9

| | |
|---|---|
| 8:35 AM | Court in session. Trial procedural matters discussed with counsel outside the presence of the jury. |
| 8:38 AM | Jury brought into the courtroom. |

| | |
|---|---|
| 8:39 AM | Closing argument by Keith Mitnik for the plaintiff. |
| 9:29 AM | Court in recess |
| 9:42 AM | Court in session. |
| 9:44 AM | Jury brought back into the courtroom. |
| | Closing argument by Eugene LaFlamme for the defendant. |
| 10:43 AM | Rebuttal by Keith Mitnik. |
| 11:05 AM | Final jury instructions read by the Court. |
| 11:09 AM | Bailiff sworn. |
| 11:12 AM | Jury dismissed for deliberations. |
| | Housekeeping matters discussed with counsel. |
| 11:13 AM | Court in recess. |
| 11:23 AM | Jury provided lunch, as directed by the Court. |
| 12:49 PM | Court in session. |
| 12:50 PM | Outside the presence of the jury, the plaintiffs confirmed with the Court that parties have reached a settlement. |
| 1:02 PM | Jury brought into the courtroom. |
| | The Court informed the jury of the settlement. |
| 1:07 PM | Jury thanked and dismissed. |
| | Final remarks to parties. |
| 1:09 PM | Court adjourned. |

Case 2:23-cv-00118-KHR   Document 232   Filed 03/13/25   Page 3 of 3