

**FILED**

*4:44 pm, 3/13/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,

    Plaintiffs,

vs.

WALMART INC. and JETSON ELECTRIC BIKES, LLC,

    Defendants.

Case No. 2:23-CV-118-KHR

## ORDER ON JURY COSTS

Before the Court is its Order on Jury Costs. On February 28, 2025, the parties were notified at a hearing that they had until March 1, 2025, to notify the Court of settlement before the imposition of jury costs. Trial began on March 3, 2025, and the parties settled the case roughly an hour after the jury began deliberations on March 13, 2025.

A district court's imposition of jury costs is reviewed under an abuse of discretion standard. *Sally Beauty Co. v. Beautyco, Inc.*, 372 F.3d 1186, 1189 (10th Cir. 2004) (citing *In re Baker*, 744 F.2d 1438, 1440 (10th Cir. 1984)). Our local rules provide: "Whenever any civil action scheduled for jury trial is settled or otherwise resolved after noon on the last working day prior to trial, jury costs may be assessed against any of the parties and/or

counsel. Likewise, when any civil action is settled during jury trial before verdict, jury costs may be assessed against any of the parties and/or counsel." U.S.D.C.L.R. 54.4.

Because the case settled after March 1, 2025, and prior to the verdict, the Court imposes jury costs on the parties.

IT IS ORDERED that the parties shall jointly and severally pay the jury costs in the amount of **$17,205.72**. Payment shall be made to the Clerk of U.S. District Court on or before April 14, 2025.

Dated this 13th day of March.

Kelly H. Rankin
United States District Judge