IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

10:11 am, 3/17/25

**Margaret Botkins
Clerk of Court**

STEPHANIE WADSWORTH, individually and as parent and legal guardian of W.W., K.W., G.W., and L.W., minor children, and MATTHEW WADSWORTH,

    Plaintiffs,

vs.

WALMART INC. and JETSON ELECTRIC BIKES, LLC,

    Defendants.

Case No. 2:23-CV-118-KHR

## ORDER AMENDING ORDER ON JURY COSTS

The Court hereby amends its Order on Jury Costs [ECF No. 238] as follows. The parties shall jointly and severally pay the jury costs in the amount of **$15,444.71**.[1] Payment remains due on or before April 14, 2025.

Dated this 17th day of March.

Kelly H. Rankin
United States District Judge

---

[1] If the parties seek a breakdown of the jury costs, please contact the Clerk of U.S. District Court.