**FILED**



*10:35 am, 3/17/25*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

**Margaret Botkins**
**Clerk of Court**

STEPHANIE WADSWORTH,                )

          Plaintiff,                )

                                    )

vs.                                                          )    Case Number: 23-CV-118-R

WALMART INC, et al,                        )

                                    )

          Defendants.                )

---

## ORDER AUTHORIZING JURORS' ADDITIONAL ATTENDANCE FEE

---

Pursuant to Title 28, United States Code, Section 1871(b)(2), "A petit juror required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he is required to hear such case."

The Court finds the jury trial in the above-entitled case commenced on March 3, 2025 and including travel days and weekend stayovers has continued in excess of ten days.

**IT IS THEREFORE ORDERED** the those affected petit jurors serving in the above-entitled case shall be paid an additional $10 for each day in excess of ten days until discharged by the Court.

**DATED** this 17th day of MARCH, 2025

KELLY H. RANKIN,
UNITED STATES DISTRICT JUDGE