T. Michael Morgan, Esq.
Florida Bar No.: 062229
MORGAN & MORGAN, P.A.
20 N. Orange Ave., Ste 1600
Orlando, FL 32801
Phone: 407-420-1414
mmorgan@forthepeople.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH,
Individually and as Parent and Legal
Guardian of W.W., K.W., G.W.,
and L.W., minor children, and
MATTHEW WADSWORTH,

Case No.: 2:23-cv-00118-KHR

      Plaintiffs,

    v.

WALMART, INC., and JETSON
ELECTRIC BIKES, LLC,

      Defendants.

---

## JOINT MOTION FOR SECOND EXTENSION OF TIME
## TO FILE DISMISSAL PAPERWORK

Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and Matthew Wadsworth, together with Defendants, Walmart, Inc. and Jetson Electric Bikes, LLC, by and through their undersigned counsel, jointly move for a second extension of the deadline to file dismissal paperwork.

Following trial and notice of settlement in this matter on March 13, 2025, the Court ordered that the parties file dismissal paperwork within sixty (60) days. On May 8, 2025, the parties requested and were granted a 45-day extension, making the current deadline June 26, 2025.

Since that time, the parties have continued working diligently to finalize all aspects of the settlement. This process has required careful consideration and agreement as to the allocation of proceeds among the six Plaintiffs, including four minor children. However, additional time is needed to finalize agreements and obtain Court approval for the settlement of the minors' claims and to resolve multiple outstanding liens.

The parties anticipate that the remaining items can be completed within the next thirty (30) days. As such, the parties respectfully request that the Court extend the deadline to file dismissal paperwork in this matter by thirty (30) days, up to and including Monday, July 28, 2025.

Respectfully submitted this 26th day of June, 2025.

By: */s/T. Michael Morgan\**
**T. Michael Morgan, Esq.**
Florida Bar No.: 062229
**MORGAN & MORGAN, P.A.**
Keith R. Mitnik, Esq.*
Eitan J. Goldrosen, Esq.*
20 N. Orange Ave., Ste 1600
Orlando, FL 32801
Phone: 407-420-1414
mmorgan@forthepeople.com
kmitnik@forthepeople.com
egoldrosen@forthepeople.com

   and

Joshua M. Autry*
**MORGAN & MORGAN, P.A.**
199 Water St., Ste 1500
New York, NY 10005
Phone: 859-899-8785
jautry@forthepeople.com

Andrew F. Knopf, Esq.*
**Paul Knopf Bigger**
1560 N. Orange Ave., Ste 300
Phone: 407-622-2111
andrew@pkblawfirm.com

By:*/s/Eugene M. LaFlamme\**
**Eugene M. LaFlamme, Esq.**
**MCCOY LEAVITT LASKEY LLC**
Jared B. Giroux, Esq. *
Jillian L. Lukens, Esq.*
N19 W24200 Riverwood Drive Suite 125
Waukesha, WI 53188
Phone: 262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

   and

Holly L. Tysse, Esq. (WY Bar# 7-5553)
**Crowley Fleck, PLLP**
Christopher C. Voigt (WY Bar# 6-3313)
Timothy M. Stubson (WY Bar# 6-3144)
Brandon E. Pryde (WY Bar# 8-6883)
111 West 2nd Street, Ste 220
Casper, WY 82601
Phone: 307-232-6901
htysse@crowleyfleck.com
cvoigt@crowleyfleck.com
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Counsel for Defendants*
*\*Pro Hac Vice*

Taly Goody, Esq. (WY Bar# 8-6737)
Greyson Goody, Esq.*
**Goody Law Group, LLP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Phone: 310-893-1983
Email: Taly@GoodyLawGroup.com
Email: Greyson@GoodyLawGroup.com
*Counsel for the Plaintiffs*
**Pro Hac Vice*