Taly Goody, Esq.
Wyoming Bar No.: 8-6737
Greyson M. Goody, Esq.*
GOODY LAW GROUP
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Telephone: (310) 893-1983
Email:
taly@GoodyLawGroup.com
greyson@GoodyLawGroup.com
**Pro Hac Vice*
*Counsel for Plaintiffs*

T. Michael Morgan, Esq.*
Florida Bar No.: 062229
MORGAN & MORGAN, P.A
Keith R. Mitnik, Esq.*
Eitan J. Goldrosen, Esq.*
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email:
mmorgan@forthepeople.com
kmitnik@forthepeople.com
egoldrosen@forthepeople.com

Andrew F. Knopf, Esq.*
Florida Bar No. 658871
Paul Knopf Bigger
1560 N. Orange Ave., Ste 300
Phone: 407-622-2111
Email: andrew@pkblawfirm.com

Joshua M. Autry*
New York Bar No.: 6161962
MORGAN & MORGAN, P.A.
199 Water St., Ste 1500
New York, NY 10005
Phone: 859-899-8785
Email: jautry@forthepeople.com
**Pro Hac Vice*
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH,
Individually and as Parent and Legal
Guardian of W.W., K.W., G.W.,
and L.W., minor children, and
MATTHEW WADSWORTH,

     Plaintiffs,

  v.

WALMART, INC., and JETSON
ELECTRIC BIKES, LLC,

     Defendants.

Case No.: 2:23-cv-00118-KHR

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(a), Plaintiffs, Stephanie Wadsworth, Individually and as Parent and Legal Guardian of W.W., K.W., G.W., and L.W., minor children, and Matthew Wadsworth, and the Defendants, Walmart, Inc. and Jetson Electric Bikes, LLC, by and through their undersigned counsel, hereby stipulate to and move this Court for entry of an Order dismissing this action with prejudice as to Defendants, WALMART, INC. and JETSON ELECTRIC BIKES, LLC, with each party to bear its own attorney's fees and costs.

Respectfully submitted this July 28, 2025.

By: /s/ T. Michael Morgan*
**T. Michael Morgan, Esq.**
Florida Bar No.: 062229
**MORGAN & MORGAN, P.A.**
Keith R. Mitnik, Esq.*
Eitan J. Goldrosen, Esq.*
20 N. Orange Ave., Ste 1600
Orlando, FL 32801
Phone: 407-420-1414
mmorgan@forthepeople.com
kmitnik@forthepeople.com
egoldrosen@forthepeople.com

and

Joshua M. Autry*
**MORGAN & MORGAN, P.A.**
199 Water St., Ste 1500
New York, NY 10005
Phone: 859-899-8785
jautry@forthepeople.com

By: /s/ Eugene M. LaFlamme*
**Eugene M. LaFlamme, Esq.**
**MCCOY LEAVITT LASKEY LLC**
Jared B. Giroux, Esq. *
Jillian L. Lukens, Esq.*
N19 W24200 Riverwood Drive
Suite 125
Waukesha, WI 53188
Phone:
262-522-7000
elaflamme@MLLlaw.com
jgiroux@MLLlaw.com
jlukens@MLLlaw.com

and

Holly L. Tysse, Esq. (WY Bar# 7-5553)
**Crowley Fleck, PLLP**
Christopher C. Voigt (WY Bar# 6-3313)
Timothy M. Stubson (WY Bar# 6-3144)
Brandon E. Pryde (WY Bar# 8-6883)
111 West 2nd Street, Ste 220
Casper, WY 82601

Andrew F. Knopf, Esq.*
**Paul Knopf Bigger**
1560 N. Orange Ave., Ste 300
Phone: 407-622-2111
andrew@pkblawfirm.com

Taly Goody, Esq. (WY Bar# 8-6737)
Greyson Goody, Esq.*
**Goody Law Group, LLP**
58 Malaga Cove Plaza
Palos Verdes Estates, CA 90274
Phone: 310-893-1983
Email: Taly@GoodyLawGroup.com
Email:
Greyson@GoodyLawGroup.com
*Counsel for the Plaintiffs*
*\*Pro Hac Vice*

Phone: 307-232-6901
htysse@crowleyfleck.com
cvoigt@crowleyfleck.com
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com
*Counsel for Defendants*
*\*Pro Hac Vice*

3