**FILED**



**4:15 pm, 7/28/25**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

STEPHANIE WADSWORTH,
individually and as parent and legal
guardian of W.W., K.W., G.W., and L.W.,
minor children, and MATTHEW
WADSWORTH,

      Plaintiffs,

vs.

WALMART INC. and JETSON
ELECTRIC BIKES, LLC,

      Defendants.

Case No.  2:23-CV-118-KHR

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Joint Stipulation for Dismissal with Prejudice [ECF No. 246] submitted by the parties, hereby enters this Order dismissing this action with prejudice as to Defendants. It is further ordered that each party shall bear their own fees and costs.

Dated this 28th day of July.

Kelly H. Rankin
United States District Judge